# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Case No.:

| | | |
|---|---|---|
| COREY COLEY, JR. | ) | |
| | ) | |
| Plaintiff, | ) | **INDEX OF EXHIBITS** |
| v. | ) | **TO COMPLAINT** |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

| Exhibit No. | Description |
|---|---|
| 1 | NCAA D1Manual |
| 2 | NIL at 3 -The Annual-Openhorse Report |
| 3 | NCSU Waiver Request (Redacted) |
| 4 | Denial of Waiver Request |
| 5 | Amended Denial of Waiver |
| 6 | Covid Waiver Policy |