EXHIBIT

1



# DIVISION I

## 2024-25 MANUAL

# Table of Contents

**CONSTITUTION**

**Article 1 Principles**    2

    **A**     The Primacy of Academic Experience.    2
    **B**     The Collegiate Student-Athlete Model.    2
    **C**     Integrity and Sportsmanship.    2
    **D**     Student-Athlete Well-Being.    2
    **E**     Institutional Control.    2
    **F**     Diversity, Equity and Inclusion.    2
    **G**     Gender Equity.    2
    **H**     Recruiting Standards.    2

**Article 2 Organization**    3

    **A**     The Association    3
    **B**     The Divisions    5
    **C**     The Conferences    5
    **D**     Member Colleges and Universities    6
    **E**     Student-Athletes    7

**Article 3 Finance**    8

    **A**     8

**Article 4 Rules, Compliance and Accountability**    9

    **A**     9

**Article 5 Amendments to the Constitution**    10

    **A**     10

**Article 6 Institutional Control**    11

    **A**     11

**OPERATING BYLAWS**

**Article 8 Institutional Control**    12

    **8.01**     General Principle.    12
    **8.1**     Institutional Governance.    12
    **8.2**     Budgetary Control.    13
    **8.3**     Exit Interviews.    13
    **8.4**     Responsibilities for Actions of Outside Entities.    13

**Article 9 Legislative Authority and Process**    14

    **9.02**     Definitions and Applications.    14
    **9.1**     Conventions and Meetings.    14
    **9.2**     Amendment Process.    15
    **9.3**     Other Legislative and Amendment Procedures.    20

**Article 10 Ethical Conduct**    23

    **10.01**     General Principle.    23
    **10.02**     Definitions and Applications.    23
    **10.1**     Unethical Conduct.    23
    **10.2**     Knowledge of Use of Banned Drugs.    23
    **10.3**     Sports Wagering Activities.    23

| | | |
|---|---|---|
| **10.4** | Disciplinary Action. | 24 |
| **Article 11 Conduct and Employment of Athletics Personnel** | | 25 |
| **11.01** | General Principles. | 25 |
| **11.02** | Definitions and Applications. | 25 |
| **11.1** | Conduct of Athletics Personnel. | 26 |
| **11.2** | Contractual Agreements. | 26 |
| **11.3** | Compensation and Remuneration. | 27 |
| **11.4** | Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes. | 27 |
| **11.5** | Requirements to Recruit Off Campus. | 29 |
| **11.6** | Scouting of Opponents. | 29 |
| **11.7** | Limitations on the Number and Duties of Coaches and Noncoaching Staff Members. | 29 |
| **Article 12 Amateurism and Athletics Eligibility** | | 33 |
| **12.01** | General Principles. | 33 |
| **12.02** | Definitions and Applications. | 33 |
| **12.1** | General Regulations. | 35 |
| **12.2** | Involvement With Professional Teams. | 41 |
| **12.3** | Use of Agents. | 44 |
| **12.4** | Employment. | 46 |
| **12.5** | Promotional Activities. | 47 |
| **12.6** | Financial Donations From Outside Organizations. | 51 |
| **12.7** | Athletics Eligibility Requirements. | 52 |
| **12.8** | Seasons of Competition: Five-Year Rule. | 54 |
| **12.9** | U.S. Service Academy Exceptions, Special Eligibility Provisions. | 64 |
| **12.10** | Certification of Eligibility. | 64 |
| **12.11** | Ineligibility. | 65 |
| **12.12** | Restoration of Eligibility. | 66 |
| **Article 13 Recruiting** | | 70 |
| **13.01** | General Principles. | 70 |
| **13.02** | Definitions and Applications. | 70 |
| **13.1** | Contacts and Evaluations. | 74 |
| **13.2** | Offers and Inducements. | 92 |
| **13.4** | Recruiting Materials. | 94 |
| **13.5** | Transportation. | 96 |
| **13.6** | Official (Paid) Visit. | 98 |
| **13.7** | Unofficial (Nonpaid) Visit. | 102 |
| **13.8** | Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches and Other Individuals Associated With Prospective Student-Athletes. | 105 |
| **13.9** | Letter-of-Intent Programs, Financial Aid Agreements and Offers. | 107 |
| **13.10** | Publicity. | 108 |
| **13.11** | Tryouts. | 109 |
| **13.12** | Sports Camps and Clinics. | 118 |
| **13.13** | High School All-Star Games. | 124 |
| **13.14** | Use of Recruiting Funds. | 125 |
| **13.15** | Precollege Expenses. | 126 |

**13.16**    U.S. Service Academy Exceptions and Waivers.    128
**13.17**    Recruiting Calendars.    129
**13.18**    Basketball Event Certification.    137

**Article 14 Academic Eligibility**    139
**14.01**    General Principles.    139
**14.02**    Definitions and Applications.    140
**14.1**    Admission, Enrollment and Academic Credentials.    141
**14.2**    Full-Time Enrollment.    141
**14.3**    Freshman Academic Requirements.    145
**14.4**    Progress-Toward-Degree Requirements.    150
**14.5**    Transfer Regulations.    158
**14.6**    Postgraduate Student Participation.    166
**14.7**    Additional Waivers for Eligibility Requirements.    167
**14.8**    Academic Performance Program.    168
**14.9**    Academic Integrity.    169

**Article 15 Financial Aid**    173
**15.01**    General Principles.    173
**15.02**    Definitions and Applications.    174
**15.1**    Maximum Limit on Financial Aid -- Individual.    177
**15.2**    Elements of Financial Aid.    177
**15.3**    Terms and Conditions of Awarding Institutional Financial Aid.    181
**15.5**    Maximum Institutional Grant-in-Aid Limitations by Sport.    185

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**    201
**16.01**    General Principles.    201
**16.02**    Definitions and Applications.    201
**16.1**    Awards.    201
**16.2**    Complimentary Admissions and Ticket Benefits.    203
**16.3**    Academic and Other Support Services.    204
**16.4**    Medical Expenses.    205
**16.5**    Housing and Meals.    205
**16.6**    Expenses for Student-Athlete's Friends and Family Members.    206
**16.7**    Entertainment.    207
**16.8**    Expenses Provided by the Institution for Practice and Competition.    207
**16.9**    Other Expenses Provided by the Institution.    208
**16.10**    Provision of Expenses by Individuals or Organizations Other Than the Institution.    208
**16.11**    Benefits, Gifts and Services.    208
**16.12**    Expense Waivers.    210

**Article 17 Playing and Practice Seasons**    214
**17.01**    General Principles.    214
**17.02**    Definitions and Applications.    214
**17.1**    General Playing-Season Regulations.    217
**17.2**    Women's Acrobatics and Tumbling.    228
**17.3**    Baseball.    230
**17.4**    Basketball.    233
**17.5**    Women's Beach Volleyball.    239

| **17.6** | Women's Bowling. | 241 |
|---|---|---|
| **17.7** | Cross Country. | 243 |
| **17.8** | Women's Equestrian. | 246 |
| **17.9** | Fencing. | 248 |
| **17.10** | Field Hockey. | 251 |
| **17.11** | Football. | 253 |
| **17.12** | Golf. | 261 |
| **17.13** | Gymnastics. | 263 |
| **17.14** | Ice Hockey. | 266 |
| **17.15** | Lacrosse. | 268 |
| **17.16** | Rifle. | 271 |
| **17.17** | Women's Rowing. | 273 |
| **17.18** | Women's Rugby. | 275 |
| **17.19** | Skiing. | 277 |
| **17.20** | Soccer. | 279 |
| **17.21** | Softball. | 282 |
| **17.22** | Women's Stunt. | 284 |
| **17.23** | Swimming and Diving. | 286 |
| **17.24** | Tennis. | 289 |
| **17.25** | Track and Field, Indoor/Outdoor. | 292 |
| **17.26** | Women's Triathlon. | 295 |
| **17.27** | Volleyball. | 297 |
| **17.28** | Water Polo. | 301 |
| **17.29** | Men's Wrestling. | 303 |
| **17.30** | Women's Wrestling. | 306 |
| **17.31** | Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico. | 308 |
| **17.32** | Foreign Tours. | 308 |
| **17.33** | Playing Rules. | 310 |
| **17.34** | Outside Competition. | 310 |
| **Article 18 Championships and Postseason Football** | | 316 |
| **18.01** | General Principles. | 316 |
| **18.02** | Definitions and Applications. | 316 |
| **18.1** | Regulations and Authority for Conduct of Championships. | 316 |
| **18.2** | Criteria for Establishment or Continuation of Championships. | 317 |
| **18.3** | Current Championships. | 318 |
| **18.4** | Eligibility for Championships. | 319 |
| **18.5** | Automatic Qualification by Conference. | 324 |
| **18.6** | Playing Rules for Championships. | 324 |
| **18.7** | Postseason Football. | 324 |
| **Article 19 Infractions Program** | | 327 |
| **19.01** | General Principles. | 327 |
| **19.02** | Definitions and Applications. | 327 |
| **19.1** | Violation Structure. | 327 |
| **19.2** | Responsibility to Cooperate. | 328 |
| **19.3** | Public Disclosure and Dashboard. | 330 |

| | | |
|---|---|---|
| **19.4** | Committee on Infractions. | 330 |
| **19.5** | Infractions Appeals Committee. | 332 |
| **19.6** | Enforcement Staff Review and Investigation of Alleged Violations. | 333 |
| **19.7** | Standards of Review and Resolution Methods (Level I/II Cases) | 334 |
| **19.8** | Full Hearing Resolution. | 336 |
| **19.9** | Limited Resolution. | 338 |
| **19.10** | Negotiated Resolution. | 340 |
| **19.11** | Committee on Infractions Decisions. | 341 |
| **19.12** | Penalties. | 342 |
| **19.13** | Appeal of Committee on Infractions Decisions. | 348 |
| **19.14** | Notice of Allegations, Opportunity to Respond and Penalties (Level III Cases). | 350 |
| **Article 20 Division Membership** | | 357 |
| **20.01** | General Principles. | 357 |
| **20.02** | Definitions and Applications. | 357 |
| **20.1** | Eligibility for Membership. | 359 |
| **20.2** | Active Membership. | 360 |
| **20.3** | Member Conference. | 367 |
| **20.4** | Establishment of and Compliance With Division Criteria. | 369 |
| **20.5** | Multidivision Classification/Reclassification of Football Subdivision. | 371 |
| **20.6** | Change of Division Membership. | 373 |
| **20.7** | Division Legislation. | 376 |
| **20.8** | Eligibility for National Collegiate and Division Championships. | 377 |
| **20.9** | Division I Membership. | 377 |
| **Article 21 Governance Structure and Committees** | | 388 |
| **21.02** | Definitions and Applications. | 388 |
| **21.1** | Division I Board of Directors. | 390 |
| **21.2** | Division I Council. | 391 |
| **21.3** | Committee on Academics. | 394 |
| **21.4** | Playing Rules Oversight Panel. | 395 |
| **21.5** | Association-Wide Committees -- General Committees. | 395 |
| **21.6** | Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities. | 398 |
| **21.7** | Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities. | 400 |
| **21.8** | Common Committees -- Committees With Only Championship Administration Responsibilities. | 401 |
| **21.9** | Common Committees -- Committees With Governance Administration Responsibilities. | 402 |
| **21.10** | Division I Committees. | 403 |
| **Article 22 Name, Image and Likeness Activities** | | 413 |
| **22.01** | General Principles. | 413 |
| **22.02** | Definitions and Applications. | 413 |
| **22.1** | Role of Institutions in Student-Athlete Name, Image and Likeness Activities. | 413 |
| **22.2** | Disclosure. | 413 |
| **22.3** | Professional Service Providers. | 414 |
| **22.4** | Education. | 414 |

# ADMINISTRATIVE BYLAWS

**Article 31 Executive Regulations**                                         415

    **31.01**   General Principles.                                      415

    **31.02**   Definitions and Applications.                           415

    **31.1**   Administration of NCAA Championships.                    415

    **31.2**   Eligibility for Championships.                           419

    **31.3**   Selection of Teams and Individuals for Championships Participation.   421

    **31.4**   Financial Administration of Championships.               425

    **31.5**   Financial Administration of Postseason Football.         427

    **31.6**   Rights to NCAA Properties and Marketing Restrictions.   427

    **31.7**   General Financial Management.                            428

    **31.8**   Personnel.                                               431

    **31.9**   National Statistics Program.                             431

# Table of Figures

**Article 12 Amateurism and Athletics Eligibility**

**12-1**  Hardship Waiver Criteria                                                                                    67

**12-2**  Delayed Enrollment Conditions.                                                                          69

**Article 13 Recruiting**

**13-1**  Notification of Transfer Windows                                                                      138

**Article 14 Academic Eligibility**

**14-1**  Initial Eligibility                                                                                              171

**14-2**  Academic Integrity Analysis                                                                            172

**Article 15 Financial Aid**

**15-1**  Financial Aid Maximum Limits                                                                        197

**15-2**  How to Determine a Counter                                                                            199

**15-3**  Where to Count Student-Athletes Who Participate in More Than One Intercollegiate Sport    200

**Article 16 Awards, Benefits and Expenses for Enrolled Student-Athletes**

**16-1**  Participation Awards                                                                                         211

**16-2**  Championship Awards                                                                                      212

**16-3**  Special Achievement Awards                                                                           213

**Article 17 Playing and Practice Seasons**

**17-1**  Maximum Numbers of Contests and Dates of Competition for Each Sport               312

**17-2**  First Practice, Contest or Date of Competition, and End of Season Dates               313

**17-3**  First Contest Date -- Basketball                                                                        315

**Article 19 Infractions Program**

**19-1**  Penalty Guidelines                                                                                            352

**19-2**  Processing a Typical NCAA Infractions Appeals Case                                        356

## II. ORGANIZATION OF THE NCAA MANUAL

Divisions I, II and III each have a separate Manual that contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions. However, legislation that includes references to one or both of the other divisions will appear in its entirety. In addition, since each division's Manual does not contain legislation specific to the other divisions, some bylaws may have gaps in the numbering sequence.

### Constitution

Articles 1 through 6 are the constitution, which consists of information relevant to the organization of the Association and the more important principles for the conduct of intercollegiate athletics.

| | |
|---|---|
| **Preamble** | |
| **Article 1** | Principles |
| **Article 2** | Organization |
| **Article 3** | Finance |
| **Article 4** | Rules, Compliance and Accountability |
| **Article 5** | Amendments to the Constitution |
| **Article 6** | Institutional Control |

### Operating Bylaws

Articles 8 through 21 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

| | |
|---|---|
| **Article 8** | Institutional Control |
| **Article 9** | Legislative Authority and Process |
| **Article 10** | Ethical Conduct |
| **Article 11** | Conduct and Employment of Athletics Personnel |
| **Article 12** | Amateurism and Athletics Eligibility |
| **Article 13** | Recruiting |
| **Article 14** | Academic Eligibility |
| **Article 15** | Financial Aid |
| **Article 16** | Awards, Benefits and Expenses for Enrolled Student-Athletes |
| **Article 17** | Playing and Practice Seasons |
| **Article 18** | Championships and Postseason Football |
| **Article 19** | Infractions Program |
| **Article 20** | Division Membership |
| **Article 21** | Governance Structure and Committees |
| **Article 22** | Name, Image and Likeness |

### Administrative Bylaw

Article 31 is an administrative bylaw, which sets forth policies and procedures for the implementation of the NCAA championships and the business of the Association. Amendments to Article 31 may be adopted by the Board of Directors or Council for the efficient administration of the activities that they govern. The bylaw also may be amended through the regular legislative process.

| | |
|---|---|
| **Article 31** | Executive Regulations |

The legislation included in the Division I Manual is also available online via the NCAA Legislative Services Database for the Internet (LSDBi) at www.NCAA.org. The LSDBi Manual is updated throughout the year to reflect any adopted legislation, modifications of wording, incorporations and editorial revisions. Therefore, the LSDBi Manual includes the most up-to-date legislation available and a mechanism for quickly searching and locating legislation through a variety of user-friendly methods.

Custom Manuals may be produced and printed from LSDBi. Users may select entire articles or specific constitutional provisions and bylaws to include in an abridged format. For example, a user may produce an abridged Manual that only includes legislation that is specific to recruiting.

## III. VOTING REQUIREMENTS FOR MANUAL

The Manual presents all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms define voting requirements currently in effect in the Manual:

- **Constitution —** Provisions in the constitution, Articles 1 through 6, require a two-thirds majority vote of the total membership (present and voting) for adoption or amendment.

- **Area of Autonomy —** An area of autonomy is a legislative provision that provides legislative flexibility to the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference and Southeastern Conference and their member institutions. The abovementioned conferences are granted autonomy in these areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being. The requirements for adoption, amendment and expansion of the areas of autonomy are set forth in Bylaw 9.2.2.1. A legislative provision that is an area of autonomy is identified by a capital letter A in brackets and bold font immediately after the title of the provision.

- **Common provision —** Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign **[#]** in brackets and bold font immediately after the title of the provision and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Federated provision —** Legislation that is derived from divided bylaws in the 1988-89 Manual. Such legislation can be adopted or amended by a majority vote of one or more of the subdivisions voting separately.

- **Division dominant —** A division dominant provision is one that applies to all members of Division I and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at an annual or special Convention. Division dominant provisions are identified by a diamond symbol **[◆]** in brackets and bold font immediately after the title of the provision.

- **Football Championship Subdivision Dominant —** A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Bylaw 9.2.2.2. Football Championship Subdivision dominant provisions are identified by the initialization FCSD in brackets and bold font immediately after the title of the provision.

---

### Symbols Designating Voting Requirements and Subdivisions for Which Federated Legislation Is Applicable

| Provision | Symbol |
|---|---|
| Area of Autonomy | A |
| Common | # |
| Division dominant | ◆ |
| Federated | |
|    Football Bowl Subdivision | FBS |
|    Football Championship Subdivision | FCS |
|    Football Bowl Subdivision and Championship Subdivision | FBS/FCS |
|    Football Championship Subdivision Dominant. | FCSD |

---

## IV.DE MINIMIS AND RESTITUTIONVIOLATIONS

• **De Minimis —** Violations of articles designated by a capital letter D in brackets and bold font **[D]** at the end of the legislative language shall be considered institutional violations; however, the involved prospective student-athlete's or student-athlete's eligibility shall not be affected.

• **Restitution —** For violations of articles designated by a capital letter R in brackets and bold font **[R]** at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $200 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of their choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. Violations of such provisions remain institutional violations and documentation of the individual's repayment shall be forwarded to the enforcement services staff with the institution's self-report of the violation.

## V. DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on the page immediately before this user's guide.

## VI. LEGISLATION THAT IS SHADED

Legislation, incorporations of interpretations, editorial revisions and modifications of wording approved or adopted after August 1, 2023, are set off by a gray background and include an adoption or revision date.

## VII. NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date is enclosed in a box and set off by a gray background.

# Commitments to the Division I Collegiate Model

In addition to the purposes and fundamental policy of the National Collegiate Athletic Association, as set forth in Constitution 1, members of Division I support the following commitments in the belief that these commitments assist in defining the nature and purposes of the division. These commitments are not binding on member institutions but serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences.

**The Commitment to Value-Based Legislation.** Bylaws proposed and enacted by member institutions governing the conduct of intercollegiate athletics shall be designed to foster competition in amateur athletics, promote the Association's enduring values and advance the Collegiate Model as set forth in the NCAA Constitution. In some instances, a careful balancing of these values may be necessary to help achieve the purposes of the Association.

**The Commitment to Amateurism.** Member institutions shall conduct their athletics programs for students who choose to participate in intercollegiate athletics as a part of their educational experience and in accordance with NCAA bylaws, thus maintaining a line of demarcation between student-athletes who participate in the Collegiate Model and athletes competing in the professional model.

**The Commitment to Fair Competition.** Bylaws shall be designed to promote the opportunity for institutions and eligible student-athletes to engage in fair competition. This commitment requires that all member institutions compete within the framework of the Collegiate Model of athletics in which athletics competition is an integral part of the student-athlete's effort to acquire a degree in higher education. The commitment to fair competition acknowledges that variability will exist among members, including facilities, geographic locations and resources, and that such variability should not be justification for future legislation. Areas affecting fair competition include, but are not limited to, personnel, eligibility and amateurism, recruiting, financial aid, the length of playing and practice seasons, and the number of institutional competitions per sport.

**The Commitment to Integrity and Sportsmanship.** It is the responsibility of each member institution to conduct its athletics programs and manage its staff members, representatives and student-athletes in a manner that promotes the ideals of higher education and the integrity of intercollegiate athletics. Member institutions are committed to encouraging behavior that advances the interests of the Association, its membership and the Collegiate Model of athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity and ethical conduct. These values should be manifest not only in athletics participation, but also in the broad spectrum of activities affecting the athletics programs.

**The Commitment to Institutional Control and Compliance.** It is the responsibility of each member institution to monitor and control its athletics programs, staff members, representatives and student-athletes to ensure compliance with the Constitution and bylaws of the Association. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. It is also the responsibility of each member institution to report all breaches of conduct established by these bylaws to the Association in a timely manner and cooperate with the Association's enforcement efforts. Upon a conclusion that one or more violations occurred, an institution shall be subject to such disciplinary and corrective actions as may be prescribed by the Association on behalf of the entire membership.

**The Commitment to Student-Athlete Well-Being.** Intercollegiate athletics programs shall be conducted in a manner designed to enhance the well-being of student-athletes who choose to participate and to prevent undue commercial or other influences that may interfere with their scholastic, athletics or related interests. The time required of student-athletes for participation in intercollegiate athletics shall be regulated to minimize interference with their academic pursuits. It is the responsibility of each member institution to establish and maintain an environment in which student-athletes' activities, in all sports, are conducted to encourage academic success and individual development and as an integral part of the educational experience. Each member institution should also provide an environment that fosters fairness, sportsmanship, safety, honesty and positive relationships between student-athletes and representatives of the institution.

**The Commitment to Sound Academic Standards.** Standards of the Association governing participation in intercollegiate athletics, including postseason competition, shall be designed to ensure proper emphasis on educational objectives and the opportunity for academic success, including graduation, of student-athletes who choose to participate at a member institution. Intercollegiate athletics programs shall be maintained as an important component of the educational program, and student-athletes shall be an integral part of the student body. Each member institution's admission and academic standards for student-athletes shall be designed to promote academic progress and graduation and shall be consistent with the standards adopted by the institution for the student body in general.

**The Commitment to Responsible Recruiting Standards.** Recruiting bylaws shall be designed to promote informed decisions and balance the interests of prospective student-athletes, their educational institutions, the Association's member institutions and intercollegiate athletics as a whole. This commitment includes minimizing the role of external influences on prospective student-athletes and their families and preventing excessive contact or pressure in the recruitment process.

**The Commitment to Diversity and Inclusion.** The Division I membership believes in and is committed to the core values of diversity, inclusion and equity, because realization of those values improves the learning environment for all student-athletes and enhances excellence within the membership and in all aspects of intercollegiate athletics. The membership shall create diverse and inclusive environments, promote an atmosphere of respect for and sensitivity to the dignity of every person, and include diverse perspectives in the pursuit of academic and athletic excellence. Member institutions, with assistance from the national office, are expected to develop inclusive practices that foster positive learning and competitive environments for student-athletes, as well as professional development and opportunities for athletics administrators, coaches and staff from diverse backgrounds.

# Preamble

The National Collegiate Athletic Association is a voluntary, self-governing organization of four-year colleges, universities and conferences committed to the well-being and development of student-athletes, to sound academic standards and the academic success of student-athletes, and to diversity, equity and inclusion. Member institutions and conferences believe that intercollegiate athletics programs provide student-athletes with the opportunity to participate in sports and compete as a vital, co-curricular part of their educational experience. The member schools and conferences likewise are committed to integrity and sportsmanship in their athletics programs and to institutional control of and responsibility for those programs. The basic purpose of the Association is to support and promote healthy and safe intercollegiate athletics, including national championships, as an integral part of the education program and the student-athlete as an integral part of the student body. *(Adopted: 1/20/22 effective 8/1/22)*

# Principles

**A The Primacy of Academic Experience.** Intercollegiate student-athletes are matriculated, degree-seeking students in good standing with their institutions who choose voluntarily to participate in NCAA sports. It is the responsibility of each member institution to establish and maintain an environment in which a student-athlete's activities are conducted with the appropriate primary emphasis on the student-athlete's academic experience. Intercollegiate athletics programs shall be maintained as a vital component of each institution's broader educational program. The admission, academic standing and academic progress of student-athletes shall be consistent with the policies and standards adopted by the institution. *(Adopted: 1/20/22 effective 8/1/22)*

**B The Collegiate Student-Athlete Model.** Student-athletes may not be compensated by a member institution for participating in a sport but may receive educational and other benefits in accordance with guidelines established by their NCAA division. *(Adopted: 1/20/22 effective 8/1/22)*

**C Integrity and Sportsmanship.** It is the responsibility of each member to conduct its athletics program in a manner that promotes the ideals of higher education, human development and the integrity of intercollegiate athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity, ethical conduct, and the rules of their conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**D Student-Athlete Well-Being.** Intercollegiate athletics programs shall be conducted by the Association, divisions, conferences and member institutions in a manner designed to protect, support and enhance the physical and mental health and safety of student-athletes. Each member institution shall facilitate an environment that reinforces physical and mental health within athletics by ensuring access to appropriate resources and open engagement with respect to physical and mental health. Each institution is responsible for ensuring that coaches and administrators exhibit fairness, openness and honesty in their relationship with student-athletes. Student-athletes shall not be discriminated against or disparaged because of their physical or mental health. *(Adopted: 1/20/22 effective 8/1/22)*

**E Institutional Control.** It is the responsibility of each member institution to monitor and control its athletics program and to provide education and training to ensure compliance with the rules established by the Association, its division and conference. It is the responsibility of each member institution to report all rules violations to its NCAA division and conference in a timely manner and to cooperate fully with enforcement efforts. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

**F Diversity, Equity and Inclusion.** The Association is committed to diversity, equity and inclusion. The Association, divisions, conferences and member institutions shall create diverse and inclusive environments and shall provide education and training with respect to the creation of such environments and an atmosphere of respect for and sensitivity to the dignity of every person. The Association, divisions, conferences and member institutions shall commit to promoting diversity and inclusion in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**G Gender Equity.** The Association is committed to gender equity. Activities of the Association, its divisions, conferences and member institutions shall be conducted in a manner free of gender Divisions, conferences and member institutions shall commit to preventing gender bias in athletics activities and events, hiring practices, professional and coaching relationships, leadership and advancement opportunities. *(Adopted: 1/20/22 effective 8/1/22)*

**H Recruiting Standards.** Divisional bylaws shall be designed to promote informed decisions and balance the interests of prospective and current (or transfer) student-athletes, their educational institutions and intercollegiate athletics as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

# Organization

## A The Association *(Adopted: 1/20/22 effective 8/1/22)*

**1** The membership of the NCAA encompasses public and private institutions and conferences of widely varying mission, size, resources and opportunities. Accordingly, Association-wide governance must reflect these differences through the delegation of authorities and responsibilities to the divisions, conferences and individual member institutions except where necessary to promote and maintain the Association's core principles. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The Association shall: *(Adopted: 1/20/22 effective 8/1/22)*

   **a** Conduct all NCAA championships. Each member in good standing in its division shall be eligible to compete in NCAA championships assuming it meets applicable Association, division and conference requirements. The Association shall oversee broadcasting, communications and media rights for all NCAA-conducted national championships. *(Adopted: 1/20/22 effective 8/1/22)*

   **b** When requested a Board of Governors recognized committee, the Committee on Competitive Safeguards and Medical Aspects of Sports or a division, develop and promulgate guidance, rules and policies based on consensus of the medical, scientific, sports medicine and sport governing communities, as appropriate, for student-athlete physical and mental health, safety and performance. The Association shall make available such guidance, rules and policies to all members. *(Adopted: 1/20/22 effective 8/1/22)*

   **c** Promote gender equity, diversity and inclusion in all aspects of intercollegiate athletics. *(Adopted: 1/20/22 effective 8/1/22)*

   **d** Establish the rules for sports competitions and participation, with flexibility at the divisional, subdivisional or federated level as deemed necessary. *(Adopted: 1/20/22 effective 8/1/22)*

   **e** Manage the Association's intellectual property and maintain historical and statistical records of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

   **f** Serve as liaison to the United States Olympic and Paralympic Committee. *(Adopted: 1/20/22 effective 8/1/22)*

   **g** Provide regulatory services as requested by each division. *(Adopted: 1/20/22 effective 8/1/22)*

   **h** Defer to appropriate authorities in areas where neither the Association nor the divisions have enforcement/infractions authority. *(Adopted: 1/20/22 effective 8/1/22)*

**3** The Board of Governors: *(Adopted: 1/20/22 effective 8/1/22)*

   **a** Composition of the Board of Governors shall include, with due attention to diversity and gender equity, the following voting members: *(Adopted: 1/20/22 effective 8/1/22)*

      **(i)** Four members from Division I, to include at least one member institution president or chancellor and one conference commissioner. *(Adopted: 1/20/22 effective 8/1/22)*

      **(ii)** One member from the Division II Executive Board. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

      **(iii)** One member from the Division III Presidents Council. *(Adopted: 1/20/22 effective 8/1/22)*

      **(iv)** Two independent members who are not currently employed or compensated by any member institution. *(Adopted: 1/20/22 effective 8/1/22)*

      **(v)** One graduated NCAA student-athlete, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

      **(vi)** Ex officio nonvoting members of the Board of Governors shall include the NCAA president, the chairs of the Division I Council and Division II and Division III Management Councils, the president of one Historically Black College and University (HBCU), and one former NCAA student-athlete from each of the two divisions not represented by the student-athlete voting member of the Board of Governors, who shall have graduated not more than four years prior to appointment. *(Adopted: 1/20/22 effective 8/1/22)*

   **b** Selection of the members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

      **(i)** Division I members of the Board of Governors shall be appointed by the Division I Board of Directors; Divisions II and III members of the Board of Governors shall be appointed by the Division II Executive Board and Division III Presidents Council, respectively. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**(ii)** Independent members of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Each divisional Student-Athlete Advisory Committee shall nominate one graduated student-athlete member for the Board of Governors. One of those nominees shall be selected by the other eight members of the Board of Governors to be a voting member representing all three divisions. The other two nominees shall be ex officio members of the Board of Governors. [See Article 2-A-3-a-(vi) above.] The selection process for the student-athlete voting member and ex officio members of the Board of Governors must ensure that both men's and women's sports are represented. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** The HBCU ex officio member of the Board of Governors shall be selected by the Division I, II and III members of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Each member of the Board of Governors shall have a two-year term, renewable for an additional two years. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Duties and responsibilities: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Provide final approval and oversight of the Association's budget, internal and external audits, enterprise risk management, strategic planning, allocation of assets and establish policies related to fiduciary responsibility; *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Employ the Association's president, who shall be administratively responsible to the Board of Governors. Annually, in consultation with the governing bodies of the three divisions, evaluate the president. Approve employment terms of the president, including but not limited to compensation, benefits, discipline and termination. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Approve Association contracts involving media rights and revenue producing agreements, consulting as appropriate with divisional governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** In consultation with the leadership of the divisional governing bodies, adopt and implement legal strategy, Association risk mitigation, and government relations and policy matters that affect the Association as a whole. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Provide Board of Governors meeting agendas in advance to the chair of the Division I Board of Directors, and chairs of the Division II Executive Board and Division III Presidents Council to solicit comment and advice, and report fully to the same individuals Board of Governors actions. For matters pertaining primarily to one division, the Board of Governors will consult with and solicit comment from that division's Board of Directors, Executive Board or Presidents Council with due attention to its views. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**(vi)** May create an executive committee and other committees or bodies to fulfill the duties and responsibilities of the Board of Governors. *(Adopted: 1/20/22 effective 8/1/22)*

**(vii)** Formulate policies and procedures consistent with this constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**(viii)** Convene at least one combined meeting per year of the divisional presidential governing bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ix)** Convene at least one same-site meeting per year of the Division I Council and the Division II and Division III Management Councils. *(Adopted: 1/20/22 effective 8/1/22)*

**(x)** Sponsor proposed amendments to the constitution to the entire membership for a vote. *(Adopted: 1/20/22 effective 8/1/22)*

**(xi)** Monitor adherence by the divisions to the principles in Article I. Call for a vote of the entire membership on the action of any division that it determines to be contrary to the basic purposes and general principles set forth in the Association's constitution. This action may be overridden by the Association's entire membership by a two-thirds majority vote of those institutions voting. *(Adopted: 1/20/22 effective 8/1/22)*

**(xii)** Call for an annual or special convention of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Duties and responsibilities of the NCAA president: *(Adopted: 1/20/22 effective 8/1/22)*

**(i)** Administer the national office to implement directions of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(ii)** Enter into, administer and enforce all Association contracts, including Board of Governors approved contracts concerning media rights and revenue producing agreements and initiatives of the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(iii)** Recommend to the Board of Governors measures in response to an action or statement by an institution or its representatives that materially violates a constitutional principle and undermines the interests of the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**(iv)** Undertake other actions necessary to accomplish the purposes of the Association as determined by the Board of Governors and divisional leadership bodies. *(Adopted: 1/20/22 effective 8/1/22)*

**(v)** Serve as an ex officio member of the Board of Governors with authority to vote in instances when the vote of the Board of Governors results in a tie. *(Adopted: 1/20/22 effective 8/1/22)*

## B The Divisions *(Adopted: 1/20/22 effective 8/1/22)*

**1** Each division shall have independent authority to organize itself, consistent with the principles of the Association. Each division is authorized to structure itself as it deems necessary, including creation of subdivisions or creation of a new division and determination of membership eligibility for these new organizations, including the role of conferences. New divisions or subdivisions must be self-funded by the originating division. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Each division shall set standards for academic eligibility. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall determine its own governing structure and membership. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Each division shall establish guidelines regarding student-athlete benefits, including commercialization of name, image or likeness and to prevent exploitation of student-athletes or abuses by individuals or organizations not subject to the authority of the student-athlete's school. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each division shall establish policies and procedures for enforcement of Association and division rules and regulations, and the Association will provide requested support for divisional implementation. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall determine the sports in which it conducts a national championship and the access criteria for participation. *(Adopted: 1/20/22 effective 8/1/22)*

**7** Two or more divisions may establish a national collegiate championship in a sport in which they do not have separate divisional championships. *(Adopted: 1/20/22 effective 8/1/22)*

**8** Each division shall determine whether to allow an institution to classify a sport in a division other than the division in which it holds membership and the division shall determine the process for reclassification, and the privileges, conditions and obligations of multidivision classification. *(Adopted: 1/20/22 effective 8/1/22)*

**9** Each division shall determine the policies under which conferences are formed and operated. *(Adopted: 1/20/22 effective 8/1/22)*

**10** Each division shall oversee the operations of its member conferences and their adherence to the principles and provisions in this constitution. *(Adopted: 1/20/22 effective 8/1/22)*

**11** Each division shall ensure its member institutions implement the provisions of Section D below. *(Adopted: 1/20/22 effective 8/1/22)*

**12** Authorities not explicitly enumerated in this constitution for Association-wide governance are reserved to the divisions or, at their discretion, to subdivisions, conferences or individual institutions. *(Adopted: 1/20/22 effective 8/1/22)*

## C The Conferences *(Adopted: 1/20/22 effective 8/1/22)*

**1** A member conference is a group of colleges and/or universities, created and operated in a manner governed by the policies of its division, that conducts competition among its members, determines a conference champion in one or more sports in which the NCAA conducts a championship, and meets the conference membership requirements established by its division. *(Adopted: 1/20/22 effective 8/1/22)*

**a** Multisport Conferences: Multisport conferences are the primary conference members and serve a critical role in Association and divisional governance as they represent the positions of their member colleges and universities. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Multisport conferences must meet all specified divisional membership criteria, including number of member institutions, sports sponsorship minimums and regular-season competition requirements. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Multisport conferences may be allocated voting representation on NCAA committees, working groups, task forces and other organizational bodies with oversight over Association or division-wide policy, as determined by the divisions. *(Adopted: 1/20/22 effective 8/1/22)*

**2** Single-Sport Conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** A single-sport conference conducts competition and determines a conference champion among its members in one sport. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Single-sport conferences must meet all specified divisional membership criteria for single-sport conferences. *(Adopted: 1/20/22 effective 8/1/22)*

**c** The governance and legislative role for a single-sport conference is limited to issues impacting the single sport and subject to the structure and requirements of its division. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Each division shall have the authority to determine the membership requirements for multisport and single-sport conference members and the role and representation of multisport conference members in the divisional governance structure. *(Adopted: 1/20/22 effective 8/1/22)*

**4** All conferences: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Must adhere to the principles and provisions in this constitution and those established by their division, including in the conduct of athletics events. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Must provide to student-athletes any conference policies for its licensing, marketing, sponsorship, advertising, and other commercial agreements that may involve use of a student-athlete's name, image or likeness. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Shall comply completely and promptly with the rules and regulations governing the division's enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**5** Each conference shall support its member institutions in implementing the provisions of Section D below, subject to guidance from its division. *(Adopted: 1/20/22 effective 8/1/22)*

## D Member Colleges and Universities *(Adopted: 1/20/22 effective 8/1/22)*

**1** All members of the NCAA must: *(Adopted: 1/20/22 effective 8/1/22)*

**a** Ensure participating student-athletes are in good standing with the member institution, the conference, division and national Association. *(Adopted: 1/20/22 effective 8/1/22)*

**b** Annually submit documentation demonstrating compliance with the division's academic program and publish progress-toward-degree requirements for student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**c** Submit annually to the division and the NCAA financial data as determined by the division detailing operating revenues, expenses and capital relating to the intercollegiate athletics program. *(Adopted: 1/20/22 effective 8/1/22)*

**d** Establish an administrative structure that provides independent medical care for student-athletes, affirms the autonomous authority of primary athletics health care providers, and implements NCAA guidance, rules and policies based on consensus of the medical, scientific, sports medicine, and sport governing communities. The physicians and health care staff at each member institution have the ultimate decision-making authority over the health and welfare of student-athletes. Consistent with the member institutions' primary obligation with respect to student-athlete health and safety, member institutions will make NCAA guidance, rules and policies available to student-athletes. Member institutions shall be responsible for the oversight and administration of coach, administrator and staff education on relevant student-athlete physical and mental health topics, prevailing consensus for engaging student-athletes about physical and mental health, how to most effectively support student-athlete physical and mental health, and appropriate resources on campus or in the local community. Member institutions are responsible for regulating practice schedules, taking into consideration the health of student-athletes and their academic success. *(Adopted: 1/20/22 effective 8/1/22)*

**e** Maintain written policies for its licensing, marketing, sponsorship, advertising and other commercial agreements that may involve the use of a student-athlete's name, image or likeness. Each institution shall provide such policies to student-athletes and make those policies publicly available. *(Adopted: 1/20/22 effective 8/1/22)*

**f** In furtherance of institutional commitments to integrity and sportsmanship, to student-athletes, and to support diversity, equity, and inclusion, appoint individuals who have the following designations: faculty athletics representative; senior woman administrator; athletics healthcare administrator; athletics diversity and inclusion designee; and senior compliance administrator. Each institution will have the flexibility to assign duties associated with each position that best serves the needs of the institution and student-athletes. *(Adopted: 1/20/22 effective 8/1/22)*

**g** Establish a student-athlete advisory committee. Its duties may be established by the institution, but student-athletes must constitute a majority of the membership of the committee. *(Adopted: 1/20/22 effective 8/1/22)*

**h** Comply completely and promptly with the rules and regulations governing the divisional enforcement process and shall cooperate fully in that process as a condition of membership in the Association. *(Adopted: 1/20/22 effective 8/1/22)*

**2** An institution's membership in the NCAA may be suspended, terminated or otherwise disciplined (including loss of or reduction in rights to participate in governance processes or financial penalties) for removal of the member's accreditation, failure to pay dues or failure to satisfy academic performance progress, or failure to abide by the principles stated in this constitution or those established by an institution's division. *(Adopted: 1/20/22 effective 8/1/22)*

## E Student-Athletes *(Adopted: 1/20/22 effective 8/1/22)*

**1** Student-athletes shall have voting representation on the Board of Governors, Division I Board of Directors, Division II Executive Board and Division III Presidents Council. *(Adopted: 1/20/22 effective 8/1/22, Revised: 1/31/24 effective 2/1/24)*

**2** The president or chancellor of each member institution shall appoint and support the faculty athletics representative as the principal point of contact to whom student-athletes can report any action, activity or behavior by anyone associated with the athletics program inconsistent with this constitution's principle of student-athlete health and well-being. In this role, the faculty athletics representative is a reporting contact for student-athletes independent of the institution's athletics department, but not a legal advocate for student-athletes. The faculty athletics representative, in this capacity, shall report directly to the member institution's president or chancellor. *(Adopted: 1/20/22 effective 8/1/22)*

# Finance

**A** Resources will be allocated to the three divisions to provide standard membership services, including championships. Division II will receive 4.37% and Division III will receive 3.18% of all operating revenue sources, as agreed on January 9, 1996. *(Adopted: 1/20/22 effective 8/1/22)*

**B** All Division II and Division III member schools and conferences shall receive services from the national office. Each division may choose to support additional service needs through their divisional budget. An annual review will be conducted to validate the additional Association service expenses that Divisions II and III pay for directly out of their allocations. *(Adopted: 1/20/22 effective 8/1/22)*

**C** All members shall pay Association-wide membership dues set by the Board of Governors on an annual basis that contribute to the NCAA budget. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Each division shall have oversight and final approval of its own budget and expenditures and the division's revenue distribution to its members. *(Adopted: 1/20/22 effective 8/1/22)*

**E** Divisions may levy assessments on their members, which can be allocated to the divisional budget. Any divisional levy or increase in divisional membership dues by a division may be kept and allocated by the division acting independently of the Association or other divisions. *(Adopted: 1/20/22 effective 8/1/22)*

# Rules, Compliance and Accountability

**A** Each member institution, consistent with the principle of institutional control, shall hold itself accountable to support and comply with the rules and principles approved by the membership. Further, each school shall ensure that its staff, student-athletes, and other individuals and groups representing the institution's athletics interests comply with applicable rules (institutional, conference, divisional and Association-wide) in the conduct of the institution's intercollegiate athletics programs. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Each division shall determine the methods of investigation and adjudication to hold accountable its members whose representatives engage in behaviors that violate the rules and principles approved by the membership. *(Adopted: 1/20/22 effective 8/1/22)*

**1** Those accountability measures shall identify the people who engage in investigation and adjudication and define their operating authority. *(Adopted: 1/20/22 effective 8/1/22)*

**2** The measures shall be designed to prioritize integrity and fair play, provide fair investigative and adjudicatory procedures and prescribe appropriate penalties in a timely manner. *(Adopted: 1/20/22 effective 8/1/22)*

**3** Member institutions shall cooperate fully in all accountability measures established by the applicable division and shall take all necessary measures to ensure the cooperation of their staff, student-athletes, and institutional representatives. *(Adopted: 1/20/22 effective 8/1/22)*

**4** Divisional and, as appropriate, conference regulations must ensure to the greatest extent possible that penalties imposed for infractions do not punish programs or student-athletes not involved nor implicated in the infraction(s). *(Adopted: 1/20/22 effective 8/1/22)*

**5** Investigation of alleged infractions and, if appropriate, sanctions or penalties, by a division or conference should be consistent and timely. Decisions with respect to minor infractions should be prompt and proportionate. *(Adopted: 1/20/22 effective 8/1/22)*

**6** Each division shall annually report to the Board of Governors all major infractions as defined by each division during the preceding year, the status of investigations, and penalties imposed. *(Adopted: 1/20/22 effective 8/1/22)*

# Amendments to the Constitution

**A** Provisions of the NCAA constitution may be amended only at a special or annual Convention. The membership shall receive reasonable notice of proposed amendments. An amendment may be sponsored only by the Board of Governors or by a two-thirds vote of a divisional leadership body. A sponsored amendment shall require a two-thirds majority vote of all delegates present and voting. The chair of each divisional Student-Athlete Advisory Committee shall be eligible to vote. *(Adopted: 1/20/22 effective 8/1/22)*

**B** Sponsored amendments shall include a statement of intent and rationale. Amendments to amendments may be sponsored as set forth above but may not expand the scope of the original amendment. Amendments to amendments shall require a two-thirds majority vote of all delegates present and voting. *(Adopted: 1/20/22 effective 8/1/22)*

**C** Approved amendments shall become effective on the first day of August following adoption, unless another effective date is approved by a two-thirds majority vote of all delegates present and voting.
*(Adopted: 1/20/22 effective 8/1/22)*

**D** Before the end of a special or annual Convention, any member who voted on the prevailing side may move for reconsideration. *(Adopted: 1/20/22 effective 8/1/22)*

# Institutional Control

**A** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and the division and conference of which it is a member. A member institution's president or chancellor has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. *(Adopted: 1/20/22 effective 8/1/22)*

**B** If an institution has a nongoverning athletics board or council or an athletics advisory board, administration, faculty members and student-athletes shall constitute at least a majority of the board. *(Adopted: 1/20/22 effective 8/1/22)*

**C** It is the responsibility of the Association and each division, conference and member institution to comply with federal and state laws and local ordinances, including with respect to gender equity, diversity and inclusion. *(Adopted: 1/20/22 effective 8/1/22)*

**D** Consistent with the principle of institutional control, no provision in this constitution should be construed to restrict or limit colleges and universities, public or private, from adopting or maintaining missions and policies consistent with their legal rights or obligations as institutions of high learning. *(Adopted: 1/20/22 effective 8/1/22)*

# Institutional Control

## 8.01 General Principle.

**8.01.1 Institutional Control.** The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and by the conference(s), if any, of which it is a member. Administrative control or faculty control, or a combination of the two, shall constitute institutional control. *(Revised: 1/20/22)*

**8.01.2 Responsibility for Control.** It is the responsibility of each member institution to control its intercollegiate athletics program in compliance with the rules and regulations of the Association. The institution's president or chancellor is responsible for the administration of all aspects of the athletics program. *(Adopted: 8/1/22)*

**8.01.3 Responsibility to Monitor and Report.** An institution shall comply with all applicable rules and regulations of the Association in the conduct of its intercollegiate athletics programs. It shall monitor its programs to ensure compliance and to identify and report instances in which compliance has not been achieved. An institution shall cooperate fully with any enforcement efforts and shall take appropriate corrective actions, as necessary. Members of an institution's staff, student-athletes, and other individuals and groups representing the institution's athletics interests shall comply with the applicable Association rules, including rules requiring cooperation with enforcement efforts, and the member institution shall be responsible for such compliance. *(Adopted: 8/1/22)*

## 8.1 Institutional Governance.

**8.1.1 President or Chancellor.** A member institution's president or chancellor has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. The term "president or chancellor" refers to the individual with primary executive authority for an institution and does not include an individual who has executive responsibility over a system of institutions. *(Revised: 3/8/06, 5/22/13, 1/20/22)*

**8.1.2 Athletics Board.** A board in control of athletics or an athletics advisory board, which has responsibility for advising or establishing athletics policies and making policy decisions, is not required. However, if such a board exists, it must conform to the following provisions. *(Revised: 1/20/22)*

    **8.1.2.1 Composition.** Administration and/or faculty staff members shall constitute at least a majority of the board in control of athletics or an athletics advisory board, irrespective of the president or chancellor's responsibility and authority or whether the athletics department is financed in whole or in part by student fees. If the board has a parliamentary requirement necessitating more than a simple majority in order to transact some or all of its business, then the administrative and faculty members shall be of sufficient number to constitute at least that majority. *(Revised: 3/8/06, 1/20/22)*

        **8.1.2.1.1 Administrator Defined.** An administrator (for purposes of this legislation) is an individual employed by the institution as a full-time administrative staff member who holds an academic appointment, is directly responsible to the institution's president or chancellor or serves as a chief administrative official (e.g., admissions director, finance officer, department head, or athletics department head). Other nonacademic staff members and individuals who are members of an institution's board of trustees or similar governing body would not be considered to be administrators for purposes of this regulation. *(Revised: 3/8/06, 1/20/22)*

        **8.1.2.1.2 Board Subcommittee.** If a board subcommittee is appointed, it is not necessary for the subcommittee to have majority control by administration and/or faculty members (see Bylaw 8.1.2.1), provided all actions of the subcommittee are approved by the entire board before becoming effective. However, if the subcommittee's actions are effective permanently or become effective immediately and remain in effect until reviewed by the entire board at a later date, the subcommittee's membership must satisfy the majority-control requirement. *(Revised: 1/20/22)*

        **8.1.2.1.3 Attendance.** A parliamentary majority of administrators and faculty members of a board in control of athletics is not required to be present at any single meeting in order to conduct business. *(Revised: 1/20/22)*

    **8.1.2.2 Chair or Voting Delegate.** Only an administrator or faculty member (as opposed to a student, alumnus or governing board member) may serve as chair of a member institution's board in control of intercollegiate athletics or represent the board as the institution's voting delegate at Conventions. Institutional representatives in these positions have responsibility for advising or establishing athletics policies and making policy decisions that require administrative and/or faculty control. *(Revised: 1/20/22)*

**8.1.3 Faculty Athletics Representative.** A member institution shall designate an individual to serve as faculty athletics representative. An individual so designated after January 12, 1989, shall be a member of the institution's faculty or an administrator who holds faculty rank and shall not hold an administrative or coaching position in the athletics department. Duties of the faculty athletics representative shall be determined by the member institution. *(Adopted: 1/11/89, Revised: 1/20/22)*

## 8.2 Budgetary Control.

**8.2.1 Normal Budgeting Procedures.** The institution's annual budget for its intercollegiate athletics programs shall be controlled by the institution and subject to its normal budgeting procedures. *(Revised: 1/20/22)*

**8.2.2 President or Chancellor Approval.** The institution's president or chancellor or an institutional administrator designated by the president or chancellor from outside the athletics department shall approve the annual budget in the event that the institution's normal budgeting procedures do not require such action. *(Revised: 3/8/06, 1/20/22)*

## 8.3 Exit Interviews.
The institution's director of athletics, senior woman administrator or designated representatives (excluding coaching staff members) shall conduct exit interviews in each sport with a sample of student-athletes (as determined by the institution) whose eligibility has expired. Interviews shall include questions regarding the value of the students' athletics experiences, the extent of the athletics time demands encountered by the student-athletes, proposed changes in intercollegiate athletics and concerns related to the administration of the student-athletes' specific sports. *(Adopted: 1/10/91 effective 8/1/91, Revised: 8/7/14, 1/20/22)*

## 8.4 Responsibilities for Actions of Outside Entities.

**8.4.1 Independent Agencies or Organizations.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of an independent agency, corporate entity (e.g., apparel or equipment manufacturer) or other organization when a member of the institution's executive or athletics administration, or an athletics department staff member, has knowledge that such agency, corporate entity or other organization is promoting the institution's intercollegiate athletics program. *(Revised: 2/16/00, 1/20/22)*

**8.4.2 Representatives of Athletics Interests.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of individuals, a corporate entity (e.g., apparel or equipment manufacturer) or other organization when a member of the institution's executive or athletics administration or an athletics department staff member has knowledge or should have knowledge that such an individual, corporate entity or other organization: *(Revised: 2/16/00, 1/20/22)*

(a) Has participated in or is a member of an agency or organization as described in Bylaw 8.4.1;

(b) Has made financial contributions to the athletics department or to an athletics booster organization of that institution;

(c) Has been requested by the athletics department staff to assist in the recruitment of prospective student-athletes or is assisting in the recruitment of prospective student-athletes;

(d) Has assisted or is assisting in providing benefits to enrolled student-athletes; or

(e) Is otherwise involved in promoting the institution's athletics program.

**8.4.2.1 Agreement to Provide Benefit or Privilege.** Any agreement between an institution (or any organization that promotes, assists or augments in any way the athletics interests of the member institution, including those identified per Bylaw 8.4.1) and an individual who, for any consideration, is or may be entitled under the terms of the agreement to any benefit or privilege relating to the institution's athletics program, shall contain a specific clause providing that any such benefit or privilege may be withheld if the individual has engaged in conduct that is determined to be a violation of NCAA legislation. The clause shall provide for the withholding of the benefit or privilege from a party to the agreement and any other person who may be entitled to a benefit or privilege under the terms of the agreement. *(Adopted: 1/10/95, Revised: 1/20/22)*

**8.4.2.2 Retention of Identity as "Representative."** Any individual participating in the activities set forth in Bylaw 8.4.2 shall be considered a "representative of the institution's athletics interests," and once so identified as a representative, it is presumed the person retains that identity. *(Revised: 1/20/22)*

# Legislative Authority and Process

## 9.02 Definitions and Applications.

### 9.02.1 Legislative Provisions.

**9.02.1.1 Area of Autonomy.** An area of autonomy is a legislative provision that provides legislative flexibility to the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference and Southeastern Conference and their member institutions. The abovementioned conferences are granted autonomy in these areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being. The requirements for adoption, amendment and expansion of the areas of autonomy are set forth in Bylaw 9.2.2.1. A legislative provision that is an area of autonomy is identified by a capital letter A. *(Revised: 1/20/22, 4/22/24 effective 8/2/24)*

**9.02.1.2 Division Dominant.** A division dominant provision is a regulation that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by the diamond symbol (♦). *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

**9.02.1.3 Common.** A common provision is a regulation that applies to more than one of the divisions of the Association. A common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process described in Bylaw 9.2, and must be approved by all applicable divisions to be effective. Common provisions are identified by the pound sign (#). *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22)*

**9.02.1.4 Federated.** A federated provision is a regulation adopted by the division acting pursuant to the divisional legislative process. Such a provision applies only to the division or subdivision that adopts it. *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

**9.02.1.5 Football Championship Subdivision Dominant.** A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Bylaw 9.2. Football Championship Subdivision dominant provisions are identified by the initialization FCSD. *(Revised: 1/15/11, 1/20/22)*

## 9.1 Conventions and Meetings.

### 9.1.1 Operational Procedures.

**9.1.1.1 Quorum.** For purposes of voting on division dominant legislation, 40 members of the division shall constitute a quorum. *(Revised: 1/20/22)*

**9.1.1.2 Parliamentary Rules.** The rules contained in the current edition of Robert's Rules of Order, Newly Revised, shall be the parliamentary authority for the conduct of all meetings of the division. Additionally, they shall be the deciding reference used in case of parliamentary challenge in all instances to which they apply and in which they are not superseded by the NCAA constitution, bylaws or any special rule of order adopted by the Association in accordance with Bylaw 9.3.3.1. *(Revised: 1/20/22)*

**9.1.1.3 Football Classification, Voting.** A member institution shall be entitled to vote on legislative issues pertaining only to football in the subdivision in which it is classified. *(Revised: 1/20/22)*

**9.1.1.3.1 Restriction.** An active member or member conference with no football program shall not be permitted to vote on issues affecting only football. *(Revised: 1/20/22)*

**9.1.1.3.2 Football Championship Subdivision Member Applying Bowl Subdivision Football Legislation.** A Football Championship Subdivision member that elects to be governed by the legislation pertaining to the Football Bowl Subdivision in accordance with Bylaw 20.7.1.1.1 shall be eligible to vote on issues pertaining to championship subdivision football. *(Revised: 12/15/06, 1/20/22)*

**9.1.1.3.3 Conference of Football Bowl Subdivision and Football Championship Subdivision Members.** A conference whose members are divided between the Football Bowl Subdivision and the Football Championship Subdivision shall vote in the subdivision in which the majority of its members are classified; or if the membership is

divided equally between the two subdivisions, the subdivision in which it shall vote shall be determined by the Council Coordination Committee. *(Revised: 11/1/07, 8/7/14 effective 8/1/15, 12/15/16 effective 8/1/08, 1/20/22)*

## 9.2 Amendment Process.

### 9.2.1 Authorizing Legislation.

#### 9.2.1.1 Amendment -- Division Dominant Provisions.
The division dominant provisions may be amended only at an annual or special Convention. Federated provisions may be amended as specified in Bylaw 9.2.2. *(Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 1/20/22)*

#### 9.2.1.2 Amendment-to-Amendment -- Division Dominant Provisions.
A proposed amendment to a division dominant provision may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed legislation may refine and change proposals in any manner that is germane to the original proposal. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

### 9.2.2 Division I Legislative Process.

#### 9.2.2.1 Process for Areas of Autonomy.

##### 9.2.2.1.1 Authority to Adopt or Amend Legislation.
The Atlantic Coast Conference, Big Ten Conference, Big 12 Conference and Southeastern Conference and their member institutions shall have the authority to adopt or amend legislation that is identified as an area of autonomy. *(Adopted: 8/7/14, Revised: 1/20/22, 4/22/24 effective 8/2/24)*

##### 9.2.2.1.2 Areas of Autonomy.
The Atlantic Coast Conference, Big Ten Conference, Big 12 Conference and Southeastern Conference and their member institutions are granted autonomy in the following areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being: *(Adopted: 8/7/14, Revised: 1/20/22, 4/22/24 effective 8/2/24)*

(a) **Athletics Personnel.** Definitions and limitations on athletics personnel and legislation to meet the support needs of student-athletes while properly managing the number of personnel directly or indirectly associated with a sport in a manner consistent with the need for competitive balance.

(b) **Insurance and Career Transition.** Legislation related to student-athletes securing loans to purchase career-related insurance products (e.g., disability, loss-of-value), institutions providing insurance-related expenses for student-athletes and the role of agents and advisors in assisting student-athletes with career planning and decision making.

(c) **Promotional Activities Unrelated to Athletics Participation.** Legislation related to promotional activities for careers and pursuits unrelated athletics participation.

(d) **Recruiting Restrictions.** Legislation designed to reduce the infringement on a prospective student-athlete's academic preparation.

(e) **Preenrollment Expenses and Support.** Legislation related to expenses and support provided in the recruiting process and the transition to college enrollment, including assistance to families to visit campus, medical expenses and academic support during the summer prior to enrollment, and transportation to enroll.

(f) **Financial Aid.** Legislation related to a student-athlete's individual limit on athletically related financial aid, terms and conditions of awarding institutional financial aid, and the eligibility of former student-athletes to receive undergraduate financial aid.

(g) **Awards, Benefits and Expenses.** Legislation related to awards, benefits and expenses for enrolled student-athletes and their families and friends.

(h) **Academic Support.** Legislation related to the academic support of student-athletes.

(i) **Health and Wellness.** Legislation related to the health and wellness of student-athletes, including insurance and other items to permit appropriate and sufficient care.

(j) **Meals and Nutrition.** Legislation related to meals and nutritional demands for student-athletes.

(k) **Time Demands.** Legislation that establishes an appropriate balance between athletics and other student-athlete activities and fosters participation in educational opportunities outside intercollegiate athletics.

###### 9.2.2.1.2.1 Additions to the Areas of Autonomy.
Additions to the areas of autonomy may be recommended to the Board of Directors on support of three of the conferences named in Bylaw 9.2.2.1.1. An

addition shall require a 60 percent majority vote of the president or chancellor members of the Board of Directors present and voting. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.2.1.1 Standard of Review.** An addition to the areas of autonomy shall be subject to the standard that it must permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes, support legislative changes that will otherwise enhance student-athlete well-being, or complement and align with the values of higher education. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.2.2 Application to Other Conferences/Institutions.** Legislation set forth as an area of autonomy may be applied by other member institutions at each conference's discretion, which may include delegation of such discretion to its member institutions. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.3 Sponsorship.**

**9.2.2.1.3.1 Amendment.** An amendment to an area of autonomy may be sponsored by any conference listed in Bylaw 9.2.2.1.1, subject to review by the other conferences listed in Bylaw 9.2.2.1.1 and approval by a presidential review group that includes at least one representative from each conference listed in Bylaw 9.2.2.1.1. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.3.2 Amendment-to-Amendment.** An amendment to an amendment of an area of autonomy may be sponsored by one of the conferences named in Bylaw 9.2.2.1.1. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.4 Submission Deadlines.**

**9.2.2.1.4.1 Concept.** A concept under consideration for sponsorship as an amendment to an area of autonomy must be submitted to the national office by 5 p.m. Eastern time September 15. *(Adopted: 8/4/16, Revised: 1/20/22)*

**9.2.2.1.4.2 Amendment.** An amendment to an area of autonomy must be submitted to the national office by 5 p.m. Eastern time November 1. The sponsor may refine and change its proposal in any manner that is germane to the original proposal until 5 p.m. Eastern time December 1. *(Adopted: 8/7/14, Revised: 8/4/16, 8/8/18, 1/20/22)*

**9.2.2.1.4.3 Amendment-to-Amendment.** An amendment to an amendment of an area of autonomy may be submitted to the national office until 5 p.m. Eastern time December 1. Any such amendment shall not increase the modification of the provision to be amended in the original proposal. *(Adopted: 8/7/14, Revised: 8/4/16, 8/8/18, 1/20/22)*

**9.2.2.1.5 Notification to Membership.**

**9.2.2.1.5.1 Notice of Autonomy Concepts.** Proposed autonomy concepts shall be posted on the NCAA website for membership review and comment after September 15. *(Adopted: 8/4/16, Revised: 1/20/22)*

**9.2.2.1.5.2 Initial Notification.** Proposed amendments shall be available on the NCAA website for membership review and comment not later than November 15. *(Adopted: 8/7/14, Revised: 8/4/16, 8/8/18, 1/20/22)*

**9.2.2.1.5.3 Official Notice.** Proposed amendments and amendments-to-amendments shall be available on the NCAA website for membership review and comment not later than December 15. *(Adopted: 8/7/14, Revised: 8/4/16, 8/8/18, 1/20/22)*

**9.2.2.1.6 Membership and Council Review.**

**9.2.2.1.6.1 Membership Review.** All Division I members may provide comments related to proposed amendments and amendments-to-amendments via the NCAA website from the date of the initial notification to the membership through December 15 (5 p.m. Eastern time). *(Adopted: 8/7/14, Revised: 8/4/16, 1/20/22)*

**9.2.2.1.6.2 Council Review.** The Council shall review proposed amendments. The review may include a position of support or opposition. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.6.3 Forum Review.** The conferences named in Bylaw 9.2.2.1.1 shall review proposed amendments and amendments-to-amendments during a forum that is conducted before a business session during which voting on the proposed amendments and amendments-to-amendments occurs. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.7 Voting Process.**

**9.2.2.1.7.1 Business Session.** Consideration of proposed amendments and amendments-to-amendments shall occur during a business session involving the member institutions of the conferences named in Bylaw 9.2.2.1.1. The president or chancellor of each institution shall appoint one representative and each of the conferences shall appoint three student-athlete representatives to cast votes on proposed amendments and amendments-to-amendments. *(Adopted: 8/7/14, Revised: 1/20/22)*

**9.2.2.1.7.2 Adoption of Amendments and Amendments-to-Amendments.** Adoption of proposed amendments and amendments-to-amendments shall require: *(Adopted: 8/7/14, Revised: 1/20/22)*

(a) Approval of three of the five conferences based on a simple majority vote of the institutions within each conference and a 60 percent majority vote of the eligible institutions and student-athlete representatives; or

(b) Approval of four of the five conferences based on a simple majority vote of the institutions within each conference and a simple majority vote of the eligible institutions and student-athlete representatives.

**9.2.2.1.7.3 Finality of Action.** An amendment adopted during a business session shall be final upon adjournment of the business session. The concept of a defeated amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14, Revised: 1/20/22)*

## 9.2.2.2 Process for Areas of Council-Governance and Football-Specific Legislation.

**9.2.2.2.1 Authority to Adopt or Amend Legislation.** Federated legislation applicable to Division I may be adopted or amended at any meeting of the Council. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.1.1 Emergency or Noncontroversial Legislation.** The Council may adopt emergency or noncontroversial legislation during any meeting by at least a three-fourths majority vote of its members present and voting. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

### 9.2.2.2.2 Sponsorship.

**9.2.2.2.2.1 Amendments and Amendments-to-Amendments.** An amendment or an amendment-to-amendment in an area of Council governance may be sponsored by the Board of Directors, the Council or a conference listed in Bylaw 21.1.1-(a), 21.1.1-(b) or 21.1.1-(c). A football-specific amendment or amendment-to-amendment may be sponsored by a Football Bowl Subdivision conference or a Football Championship Subdivision conference. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

### 9.2.2.2.3 Submission Deadlines.

**9.2.2.2.3.1 Concept.** A conference must submit a concept under consideration for sponsorship as an amendment to the national office by 5 p.m. Eastern time July 15. *(Adopted: 1/24/19, Revised: 1/20/22)*

**9.2.2.2.3.2 Amendment.** An amendment sponsored by the Council or a conference listed in Bylaw 21.1.1-(a), 21.1.1-(b) or 21.1.1-(c) or a football-only conference as described in Bylaw 21.2.5 must be submitted to the national office by 5 p.m. Eastern time November 1. A conference may sponsor an amendment only if it submitted a concept of the amendment by the preceding July 15 deadline. From the submission deadline until 5 p.m. Eastern time February 1, the sponsoring conference or Council may refine and change its proposal in any manner that is germane to the original proposal. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16, 4/8/18, 1/24/19, 1/20/22)*

**9.2.2.2.3.3 Amendment-to-Amendment.** An amendment to an amendment identified for a vote in January may be submitted to the national office until 5 p.m. Eastern time December 15. An amendment to an amendment identified for a vote in April may be submitted to the national office until 5 p.m. Eastern time February 1. Any such amendment shall not increase the modification of the provision to be amended in the original proposal. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

### 9.2.2.2.4 Notification to Membership.

**9.2.2.2.4.1 Initial Notification.** Proposed amendments shall be available on the NCAA website for membership review and comment not later than November 15. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/24/19, 1/20/22)*

**9.2.2.2.4.2 Official Notice.** Proposed amendments and amendments-to-amendments shall be available on the NCAA website for membership review and comment not later than February 8. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16, 1/20/22)*

### 9.2.2.2.5 Membership and Council Review.

**9.2.2.2.5.1 Membership Review.** All Division I members may provide comments related to proposed amendments and amendments-to-amendments via the NCAA website until March 1 (5 p.m. Eastern time). *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16, 1/20/22)*

**9.2.2.2.5.2 Council Review.** The Council shall review proposed amendments. The review may include a position of support or opposition. The Council may sponsor an amendment-to-amendment by majority vote of its members present and voting through February 8. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16, 1/20/22)*

### 9.2.2.2.6 Voting Process.

**9.2.2.2.6.1 Adoption of Amendments and Amendments-to-Amendments.** Adoption of proposed amendments and amendments-to-amendments submitted by the applicable deadline shall require a majority vote of representatives of the Council present and voting. An amendment-to-amendment that is proposed outside of the legislated submission deadline and that does not increase the modification of the provision to be amended in the original proposal may be adopted by a three-fourths majority vote of the Council members present and voting. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16, 10/4/17, 1/20/22)*

**9.2.2.2.6.1.1 Bowl Subdivision and Championship Subdivision Football.** Members of the Council who are representatives of conferences that are members of the Football Bowl Subdivision and the Football Championship Subdivision shall vote separately in their respective subdivisions on legislative issues that pertain only to football. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.6.1.1.1 Geographical Representation of Independents.** An institution classified as a Football Bowl Subdivision independent or a Football Championship Subdivision independent shall have its views expressed on football issues by a predetermined Football Bowl Subdivision or Football Championship Subdivision conference representative, respectively, within the institution's geographical region. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.6.2 Finality of Action.** Legislation adopted by the Council, other than emergency or noncontroversial legislation, shall be considered final at the conclusion of the next Board of Directors meeting, subject to review by the Board of Directors as described in Bylaw 21.1.2. Emergency or noncontroversial legislation adopted by the Council shall be considered final at the conclusion of the Council meeting during which it was adopted. If a proposal does not receive a majority vote of Council members present and voting, it shall be considered defeated. The concept of a defeated amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14 effective 8/1/15, Revised: 10/4/17, 1/20/22)*

**9.2.2.2.7 Rescission Process.** An amendment adopted with less than an 85 percent majority vote of Council members present and voting shall be subject to a 60-day rescission period. An amendment adopted with an 85 percent majority vote or greater of Council members present and voting shall not be subject to a rescission process. The concept of a rescinded amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.7.1 Notification to Membership.** Notification of the adoption of legislation by the Council shall be provided to the membership within 15 days of the date of the Board of Directors meeting on which the adoption becomes final. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.7.2 Submission of Rescission Requests.** A rescission request may be submitted through the NCAA website by an active member institution with voting privileges. A request must be received in the national office not later than 5 p.m. Eastern time within 60 days of the date of the Board of Directors meeting on which the adoption becomes final. A request must be approved by the institution's chancellor or president. The institution's chancellor or president or a designated representative may submit the rescission request to the national office. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.7.3 Threshold for Rescission.** An amendment shall be rescinded upon submission of rescission requests from at least two-thirds of all active Division I institutions that are eligible to submit a request. An amendment that pertains only to football shall be rescinded in the applicable subdivision upon submission of rescission requests from at least two-thirds of all active Football Bowl Subdivision or Football Championship Subdivision institutions that are eligible to submit a request. *(Adopted: 8/7/14 effective 8/1/15, Revised: 1/20/22)*

**9.2.2.2.8 Other Rules and Procedures.** The Board of Directors or the Council may approve such additional rules and procedures governing the legislative process consistent with the provisions of this section (Bylaw 9.2.2) as it determines are necessary to ensure an efficient process to meet the legislative needs of the membership. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/4/17, 1/20/22)*

**9.2.2.2.8.1 Sunset Provision.** If the Council takes no action on a proposal within one year of its initial or subsequent consideration, the proposal shall be considered defeated. *(Adopted: 10/4/17, Revised: 1/20/22)*

## 9.2.3 Sponsorship -- Amendments to Division Dominant Provisions.

**9.2.3.1 Amendment.** An amendment to a division dominant provision may be sponsored only by the Board of Directors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97, 1/20/22)*

**9.2.3.2 Amendment-to-Amendment.** An amendment-to-amendment to a division dominant provision may be sponsored only by the Board of Directors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97, 1/20/22)*

**9.2.3.3 Editorial Changes.** The presiding officer may permit changes in the wording of a proposed amendment of a purely editorial nature or to correct typographical errors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97, 1/20/22)*

## 9.2.4 Submission Deadline.

### 9.2.4.1 Division Dominant Provisions.

**9.2.4.1.1 Amendments.** Amendments to division dominant provisions shall be sponsored by the Board of Directors in accordance with the following deadlines: *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

(a) Annual Convention -- September 1.

(b) Special Convention -- Ninety days before a special Convention.

**9.2.4.1.1.1 Exception.** The Board of Directors, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.2.4.1.2 Amendments-to-Amendments.** The Board of Directors must submit amendments to its original proposals in writing and such amendments must be submitted not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original proposal. Any amendment to a proposed amendment submitted after September 15 shall not increase the modification of the original proposal and must be submitted in writing not later than 5 p.m. Eastern time November 1 before an annual Convention or 60 days before a special Convention. The Board of Directors may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided the proposed amendment-to-amendment has been approved by two-thirds of the Board of Directors and copies are distributed before or during the Division I Business Session. *(Adopted: 1/9/96 effective 8/1/97, Revised: 3/1/06, 1/20/22)*

## 9.2.5 Notification to Membership.

### 9.2.5.1 Amendments to Division Dominant Provisions.

**9.2.5.1.1 Initial Publication.** Amendments to division dominant provisions shall be published for the information of the membership as follows: *(Adopted: 1/19/96 effective 8/1/97, Revised: 1/20/22)*

(a) Not later than September 22 for an annual Convention.

(b) Not later than 75 days before a special Convention.

**9.2.5.1.2 Official Notice.** A copy of the proposed amendments shall be made available not later than November 15 before an annual Convention or 45 days preceding a special Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.2.5.1.3 Delayed Date.** If the Board of Directors establishes a date later than July 15 or September 1 for the submission of amendments to division dominant provisions for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

**9.2.5.1.4 Amendments-to-Amendments.** Copies of all amendments-to-amendments to division dominant provisions submitted by the September 15 deadline shall be published by September 22. Copies of all other amendments-to-amendments submitted by the November 1 deadline shall be published in the Official Notice of the Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

## 9.2.6 Adoption of Amendment, Voting Requirements.

**9.2.6.1 Division Dominant Provision.** Adoption of an amendment to a division dominant provision shall require a two-thirds majority vote of all delegates of the affected division present and voting at a division's annual or special Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/5/06, 1/20/22)*

## 9.2.7 Adoption of Amendment-to-Amendment, Voting Requirements.

**9.2.7.1 Division Dominant Provision.** A proposed amendment to an amendment of a division dominant provision shall be approved by a majority vote of the delegates of the affected division present and voting. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

## 9.2.8 Special Voting Requirements. The following topics are subject to special voting requirements. *(Revised: 1/20/22)*

**9.2.8.1 Division Championship.** A division championship per Bylaw 18.02.1.2 may be established by a majority vote of the Board of Directors subject to all requirements, standards and conditions prescribed in Bylaw 18.2. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22)*

**9.2.8.2 Voting on Football Issues.** An active member or voting member conference with no football program shall not be permitted to vote on issues affecting only football. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

### 9.2.9 Intent and Rationale.

**9.2.9.1 Amendments to Division Dominant Provisions.** All amendments to division dominant provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and, if applicable, a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

### 9.2.10 Effective Date.

**9.2.10.1 Division Dominant Provisions.** All amendments to division dominant provisions shall become effective not earlier than the first day of August following adoption by the Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.2.10.1.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date prior to the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective upon adjournment of the Convention. *(Revised: 1/10/95 effective 8/1/95, 1/9/96, 1/20/22)*

### 9.2.11 Reconsideration.

**9.2.11.1 Vote on Division Dominant Provisions.** Prior to adjournment of any Convention, an affirmative or negative vote on an amendment to a division dominant provision may be subjected to one motion for reconsideration of that action by any member who voted on the prevailing side in the original consideration. Reconsideration of the vote must occur in the appropriate division business session. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

## 9.3 Other Legislative and Amendment Procedures.

### 9.3.1 Interpretations of Bylaws.

**9.3.1.1 Authorization.** The Board of Directors and the Council (or the Legislative Committee on behalf of the Council), and the Interpretations Committee in the interim between meetings of the Board of Directors and Council (or Legislative Committee), are empowered to make interpretations of the bylaws. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 4/16/15, 10/4/17, 1/20/22)*

**9.3.1.1.1 Modification of Wording.** In addition to its general authority to make binding interpretations of NCAA legislation, the Council, by a two-thirds majority of its members present and voting, may interpret legislation consistent with the intent of the membership in adopting the legislation if sufficient documentation and testimony are available to establish clearly that the wording of the legislation is inconsistent with that intent. The Council shall initiate the legislative process to confirm any such interpretations. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 1/20/22)*

**9.3.1.2 Interpretation Process.**

**9.3.1.2.1 Staff Interpretation (Determination).** The academic and membership affairs staff shall respond to a request from a member institution for an interpretation of NCAA rules. *(Revised: 1/14/97 effective 8/1/97, 8/5/04, 4/24/08, 1/20/22)*

**9.3.1.2.1.1 Appeal of Staff Interpretation.** An institution may appeal a staff interpretation to the Interpretations Committee. Such a request must be submitted in writing by the institution's conference or by one of the five individuals who are authorized to request interpretations on behalf of the institution (president or chancellor, faculty athletics representative, athletics director, senior woman administrator, senior compliance administrator, or a designated substitute for the president or chancellor and/or athletics director, as specified in writing to the national office). *(Revised: 1/10/91, 1/11/94, 1/14/97 effective 8/1/97, 3/8/06, 4/24/08, 4/16/15, 1/20/22)*

**9.3.1.2.1.1.1 Institutional Participation.** An institution may participate by teleconference in the appeal of an interpretation if the activity at issue already has occurred and the interpretative decision could result in an individual or institutional violation. The Interpretations Committee shall establish policies and procedures relating to an institution's participation. *(Adopted: 4/25/02, Revised: 8/5/04, 4/24/08, 4/16/15, 1/20/22)*

**9.3.1.2.1.2 Review of Staff Interpretations.** The Interpretations Committee shall review all staff interpretations. *(Adopted: 4/24/08, Revised: 4/16/15, 1/20/22)*

**9.3.1.2.1.3 Publication and Notification.** A staff interpretation shall be binding on the requesting institution on notification of the response to its interpretation request, unless the interpretation is modified or reversed on appeal or review by the Interpretations Committee. A staff interpretation that has been reviewed and approved by the Interpretations Committee shall be binding on all other institutions on publication to the membership (e.g., announced on the NCAA website or Legislative Services Database for the Internet). *(Adopted: 4/24/08, Revised: 4/16/15, 1/20/22)*

**9.3.1.2.2 Review of Interpretations Committee's Decision.** The Legislative Committee shall review all interpretations issued by the Interpretations Committee and may approve, reverse or modify such interpretations. A member institution may appeal a decision of the Interpretations Committee to the Legislative Committee. The appeal must be submitted in writing by the institution's president or chancellor, faculty athletics representative or director of athletics. The Legislative Committee shall establish the procedures for such an appeal. A decision of the Legislative Committee is final and no additional appeal opportunity shall exist for a member institution. *(Adopted: 1/11/94, Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 8/5/04, 3/8/06, 11/1/07 effective 8/1/08, 10/28/10, 8/7/14, 4/16/15, 10/4/17, 1/20/22)*

**9.3.1.2.2.1 Areas of Autonomy.** The members of the Legislative Committee who are representatives from the conferences named in Bylaw 9.2.2.1.1 shall act on behalf of the committee on matters that relate to the areas of autonomy listed in Bylaw 9.2.2.1.2. *(Adopted: 10/4/17, Revised: 1/20/22)*

**9.3.1.2.3 Publication and Notification.** Interpretations issued by the Interpretations Committee shall be binding on notification to affected institutions and on all member institutions after publication and notification to the membership. *(Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 8/5/04, 4/16/15, 1/20/22)*

**9.3.1.2.4 Revision.** Interpretations approved by the Legislative Committee may not be revised by the Interpretations Committee. The Interpretations Committee may only recommend to the Legislative Committee revisions of such interpretations. *(Revised: 1/15/97 effective 8/1/97, 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 4/16/15, 10/14/17, 1/20/22)*

**9.3.1.3 Committee for Legislative Relief.** An institution may appeal a decision of the NCAA staff regarding the application of NCAA legislation to a particular situation to the Committee for Legislative Relief when no other entity (other than the Board of Directors) has the authority to act. In reaching its decision, the committee shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation. The committee shall establish the process for such a review, subject to the review of the Legislative Committee. A decision of the Committee for Legislative Relief shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Revised: 1/16/93, 8/1/96 effective 8/1/97, 11/1/00, 11/1/07 effective 8/1/08, 8/7/14, 10/29/15, 10/4/17, 1/20/22)*

## 9.3.2 Resolutions.

**9.3.2.1 Authorization.** Legislation may be enacted through resolutions not inconsistent with the constitution, bylaws (including administrative bylaws) and special rules of order. *(Revised: 1/20/22)*

**9.3.2.2 Scope and Application.** Legislation enacted through resolutions shall be of a temporary nature, effective only for a limited time as specified in the resolution itself. *(Revised: 1/20/22)*

**9.3.2.3 Division Dominant Provisions.**

**9.3.2.3.1 Sponsorship.** A resolution related to a division dominant provision may be sponsored by the Board of Directors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.3.2.3.2 Submission Deadline.** A proposed resolution related to a division dominant provision must be submitted prior to November 1. The Board of Directors may sponsor resolutions at the time of the Convention without meeting this deadline provided the proposed resolution has been approved by a two-thirds majority vote of the Board of Directors and copies are distributed during the Division I Business Session. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.3.2.3.3 Voting Requirements.**

**9.3.2.3.3.1 Adoption -- Annual/Special Convention.** Adoption of a resolution shall require a majority vote of the delegates of the division present and voting at an annual or special Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**9.3.2.3.3.2 Mail Ballot.** If a majority of the delegates of the division present and voting so direct, a resolution shall be referred to the entire membership of the division for a mail vote conducted under conditions approved by the Board of Directors Administrative Committee. A two-thirds majority of members of the division voting in any

such mail vote shall be required for the enactment of the legislation proposed in the resolution. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

### 9.3.3 Special Rules of Order.

**9.3.3.1 Division Business Session.** The division may adopt special rules of order not inconsistent with the bylaws by a two-thirds majority of the delegates of the applicable division present and voting at any annual or special Convention. *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

### 9.3.4 Statements of Division Philosophy.

**9.3.4.1 Authorization.** The division or a subdivision, through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division or subdivision. *(Revised: 1/20/22)*

**9.3.4.2 Scope and Application.** Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division or subdivision and for planning and implementation of programs by institutions and conferences. *(Adopted: 1/20/22)*

**9.3.4.3 Adoption Process.** A statement of division philosophy may be adopted through the legislative process set forth in Bylaw 9.2.2. If a statement of division philosophy is adopted, it shall be published in the NCAA Manual. *(Revised: 1/9/96 effective 8/1/97, 1/20/22)*

# Ethical Conduct

## 10.01 General Principle.

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

## 10.02 Definitions and Applications.

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 4/26/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 4/26/07 effective 8/1/07)*

## 10.1 Unethical Conduct.
Unethical conduct by a prospective student-athlete or student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if the individual does not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 2/22/01, 8/4/05, 4/27/06, 1/8/07, 5/9/07, 10/23/07, 5/6/08, 1/16/10, 10/5/10, 4/28/16 effective 8/1/16, 8/31/22 effective 1/1/23)*

   (a) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid;

   (b) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner");

   (c) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice, or state and federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 18.4.1.4.8; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law;

   (d) Engaging in any athletics competition under an assumed name or with intent to otherwise deceive; or

   (e) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status.

## 10.2 Knowledge of Use of Banned Drugs.
A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance within the banned-drug classes, as set forth in Bylaw 18.4.1.4.6, shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.12.

## 10.3 Sports Wagering Activities. [#]
The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competition: *(Adopted: 4/26/07 effective 8/1/07)*

   (a) Staff members of an institution's athletics department;

   (b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

   (c) Staff members of a conference office; and

   (d) Student-athletes.

**10.3.1 Scope of Application. [#]** The prohibition against sports wagering applies to any institutional practice or any competition (intercollegiate, amateur or professional) in a sport in which the Association conducts championship competition, in bowl subdivision football and in emerging sports for women. *(Adopted: 4/26/07 effective 8/1/07)*

Case 5:25-cv-00098-D    Document 1-2    Filed 02/21/25    Page 35 of 443

**10.3.1.1 Exception. [#]** The provisions of Bylaw 10.3 are not applicable to traditional wagers between institutions (e.g., traditional rivalry) or in conjunction with particular contests (e.g., bowl games). Items wagered must be representative of the involved institutions or the states in which they are located. *(Adopted: 4/26/07 effective 8/1/07)*

**10.3.2 Suspension by a Non-NCAA National or International Sports Governing Body. [#]** A student-athlete under a sports wagering related suspension from a non-NCAA national or international sports governing body shall not participate in intercollegiate competition for the duration of the suspension. *(Adopted: 1/22/20)*

## 10.4 Disciplinary Action. [#] 
Prospective or enrolled student-athletes found in violation of the provisions of this regulation shall be ineligible for further intercollegiate competition, subject to appeal to the Committee on Student-Athlete Reinstatement for restoration of eligibility. Institutional staff members found in violation of the provisions of this regulation shall be subject to disciplinary or corrective action as set forth in Bylaw 19.12, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 1/10/90, 4/27/00 effective 8/1/00, 4/26/07 effective 8/1/07, 7/31/14)*

# Conduct and Employment of Athletics Personnel

## 11.01 General Principles.

**11.01.1 Exemplary Conduct.** Individuals employed by or associated with member institutions for the administration, the conduct or the coaching of intercollegiate athletics are, in the final analysis, teachers of young people. Their responsibility is an affirmative one, and they must do more than avoid improper conduct or questionable acts. Their own moral values must be so certain and positive that those younger and more pliable will be influenced by a fine example. Much more is expected of them than of the less critically placed citizen. *(Revised: 8/31/22 effective 1/1/23)*

## 11.02 Definitions and Applications.

**11.02.1 Bonus.** A bonus is a direct cash payment over and above an athletics department staff member's institutional salary in recognition of a specific and extraordinary achievement (see Bylaw 11.3.2.3).

**11.02.2 Countable Coach -- Sports Other than Football.** In sports other than football, a countable coach is an institutional staff member or any other individual outside the institution (e.g., consultant, professional instructor) with whom the institution has made arrangements who engages in off-campus recruiting activities or provides technical or tactical instruction related to a sport to a student-athlete at any time. *(Revised: 1/8/14 effective 8/1/14, 1/18/23 effective 7/1/23, 6/26/24)*

    **11.02.2.1 Replacement Due to Extenuating Circumstances. [A]** An institution may replace temporarily or on a limited basis one of its countable coaches if the coach is unable to perform any or all duties because of extenuating circumstances. The replacement coach may perform only those coaching, administrative or recruiting duties that the replaced coach is unable to perform. *(Revised: 1/11/94, 4/25/02 effective 8/1/02, 1/18/23 effective 7/1/23)*

    **11.02.2.2 Replacement for National, Olympic or Paralympic Team Coaches. [A]** An institution may replace a coach temporarily or on a limited basis when that coach takes a leave of absence to participate on or to coach a national team, Olympic or Paralympic team, provided the replacement is limited to a one-year period and the coach who is replaced performs no recruiting or other duties on behalf of the institution. *(Adopted: 1/14/97, Revised: 4/25/02 effective 8/1/02, 1/18/23 effective 7/1/23)*

**11.02.3 Graduate Student Coach -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, a graduate student coach is any coach who has received a baccalaureate degree and has either received the individual's first baccalaureate degree or has exhausted athletics eligibility in football (whichever occurs later) within the previous seven years (time spent under contract as a professional football player is excepted from this requirement) and is enrolled in graduate level coursework at the institution. For an individual who did not participate in football, exhaustion of eligibility occurs at the expiration of the individual's five-year period of eligibility. The individual is not required to be enrolled in a specific graduate degree program unless required by institutional policy. The following provisions shall apply: *(Revised: 1/11/89, 1/10/91, 1/10/92, 1/16/93, 1/9/96 effective 8/1/96, 11/1/01 effective 8/1/02, 5/25/06, 12/15/06, 1/8/07 effective 8/1/07, 11/1/07 effective 8/1/08, 1/16/10 effective 8/1/10, 4/29/10 for new appointments, 1/15/11 effective 8/1/11, 4/26/12, 8/21/12, 1/19/13 effective 8/1/13, 10/21/13, 4/25/18, 5/1/19, 1/22/20, 9/27/21, 7/20/22 effective 8/1/22, 1/18/23 effective 7/1/23)*

  (a) The individual may not serve as a graduate student coach for a period of more than two years except that if the individual successfully completes 24-semester or 36-quarter hours during the initial two-year period, the individual may serve as a graduate student coach for a third year; and

  (b) The individual may not evaluate or contact prospective student-athletes off campus.

**11.02.4 Student Assistant Coach. [A]** A student assistant coach is any coach who is a student-athlete who has exhausted eligibility in the sport or has become injured to the point that the individual is unable to practice or compete ever again, and who meets the following additional criteria: *(Revised: 1/9/96, 1/12/04 effective 8/1/04, 3/10/04, 5/26/06, 8/11/09, 4/29/10 effective 8/1/10, 8/7/14, 1/15/16 effective 8/1/16, 2/7/20, 1/18/23 effective 7/1/23)*

  (a) Is enrolled at the institution where the individual most recently participated in intercollegiate athletics;

  (b) Is enrolled as a full-time graduate student within the individual's five-year period of eligibility (see Bylaw 12.8) or is enrolled as a full-time undergraduate student in the individual's first baccalaureate degree program, except that during the individual's final semester or quarter of the degree program, the individual may be enrolled in less than a full-time degree

program of studies, provided the individual is carrying (for credit) the courses necessary to complete the degree requirements; and

(c) Is not involved in contacting and evaluating prospective student-athletes off campus.

**11.02.5 Manager. [A]** A manager is an individual who performs traditional managerial duties (e.g., equipment, laundry, hydration) and meets the following additional criteria: *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/29/10 effective 8/1/10, 8/7/14, 6/12/19, 1/18/23 effective 7/1/23)*

(a) In sports other than basketball, the individual shall be appointed as a manager within seven years of the individual's initial full-time collegiate enrollment. [Circumstances that are excepted from the application of a student-athlete's five-year period of eligibility per Bylaw 12.8.1 (e.g., military service, religious mission) are excepted from the application of the seven-year period];

(b) The individual shall be a full-time undergraduate or graduate student (see Bylaws 14.2.2 and 14.2.2.1.5) at the institution for which the individual serves as a manager, except that during the individual's final semester or quarter of a degree program, the individual may be enrolled in less than a full-time program of studies, provided the individual is carrying (for credit) the courses necessary to complete the degree requirements;

(c) The individual may participate in limited on-court or on-field activities during practice (e.g., assist with drills, throw batting practice) or competition (e.g., assist with warm-up activities) involving student-athletes on a regular basis;

(d) The individual shall not provide instruction to student-athletes;

(e) The individual shall not participate in countable athletically related activities (e.g., practice player) except as permitted in Bylaw 11.02.5-(c); and

(f) The individual shall forfeit any remaining eligibility in the sport at the institution where the individual serves as a manager.

# 11.1 Conduct of Athletics Personnel.

**11.1.1 Responsibility for Violations of NCAA Regulations.** Institutional staff members found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in Bylaw 19.12, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 7/31/14)*

**11.1.1.1 Responsibility of Head Coach.** An institution's head coach shall be held responsible for the head coach's actions and the actions of all institutional staff members who report, directly or indirectly, to the head coach. In order to assist the NCAA Division I Committee on Infractions in penalty deliberations, the enforcement staff will gather information regarding whether the head coach promoted an atmosphere within the program and monitored the activities of all institutional staff members involved with the program who report, directly or indirectly, to the coach. *(Adopted: 4/28/05, Revised: 10/30/12, 7/16/14, 8/31/22 effective 1/1/23)*

**11.1.2 Use of Association Name or Affiliation.** Staff members of member institutions and others serving on the Association's committees or acting as consultants shall not use, directly or by implication, the Association's name or their affiliation with the Association in the endorsement of products or services.

**11.1.3 Representing Individuals in Marketing Athletics Ability/Reputation.** Staff members of the athletics department of a member institution shall not represent, directly or indirectly, any individual in the marketing of athletics ability or reputation to an agent, a professional sports team or a professional sports organization, including receiving compensation for arranging commercial endorsements or personal appearances for former student-athletes, except as specified in Bylaw 11.1.3.1, and shall not receive compensation or gratuities of any kind, directly or indirectly, for such services. *(Revised: 1/10/92, 1/11/94)*

**11.1.3.1 Exception -- Professional Sports Counseling Panel and Head Coach.** An institution's professional sports counseling panel or a head coach in a sport may contact agents, professional sports teams or professional sports organizations on behalf of a student-athlete, provided no compensation is received for such services. The head coach shall consult with and report the coach's activities on behalf of the student-athlete to the institution's professional sports counseling panel. If the institution has no such panel, the head coach shall consult with and report the coach's activities to the president or chancellor [or an individual or group (e.g., athletics advisory board) designated by the president or chancellor]. *(Revised: 11/1/01 effective 8/1/02, 3/8/06)*

**11.1.4 Strength and Conditioning Coach Certification.** A strength and conditioning coach shall be certified and maintain current certification through a nationally accredited strength and conditioning certification program. *(Adopted: 4/24/14 effective 8/1/15)*

# 11.2 Contractual Agreements.

**11.2.1 Stipulation That NCAA Enforcement Provisions Apply.** Contractual agreements or appointments between a president or chancellor, director of athletics or any contracted or appointed athletics department staff member and an institution shall include the stipulation that: *(Revised: 3/10/04, 7/31/14, 8/8/18 for contracts or appointments executed on or after 8/8/18)*

(a) The individual has an affirmative obligation to cooperate fully in the infractions process, including the investigation and adjudication of a case (see Bylaw 19.2.1); and

(b) An individual who is found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA infractions process (see Bylaw 19), including suspension without pay or termination of employment.

**11.2.2 Athletically Related Income and Benefits.** Contractual agreements, including letters of appointment, between a full-time or part-time athletics department staff member and an institution shall include the stipulation that an athletics department staff member who receives athletically related income or benefits from a source outside the institution (e.g., income from endorsement or consultation contracts with apparel companies, equipment manufacturers, television and radio programs; income from ownership, control or management of a foundation, organization or other entities; etc.) must report such earnings [other than cash or cash equivalent (as opposed to tangible items) if the total amount received is $600 or less] to the president or chancellor on an annual basis. (See Bylaw 11.3.2.1.1.) *(Adopted: 8/8/18)*

# 11.3 Compensation and Remuneration.

**11.3.1 Control of Employment and Salaries.** The institution, as opposed to any outside source, shall remain in control of determining who is to be its employee and the amount of salary the employee is to receive within the restrictions specified by NCAA legislation.

**11.3.2 Income in Addition to Institutional Salary.**

**11.3.2.1 Bona Fide Outside Employment.** A staff member may earn income and receive benefits in addition to the institutional salary by performing services for outside groups consistent with the institution's policy related to outside income and benefits applicable to all full-time or part-time employees. The approval of such income and benefits shall be consistent with the institution's policy. *(Revised: 1/10/92, 4/26/01 effective 8/1/01, 4/28/16 effective 8/1/16, 8/8/18)*

**11.3.2.1.1 Noninstitutional Income and Benefits Disclosure.** A full-time or part-time athletics department staff member who receives athletically related income or benefits from a source outside the institution (e.g., income from endorsement or consultation contracts with apparel companies, equipment manufacturers, television and radio programs; income from ownership, control or management of a foundation, organization or other entities; etc.) must report such earnings to the president or chancellor on an annual basis; however, the athletics staff member is not required to report any cash or cash equivalent (as opposed to tangible items) if the total amount received is $600 or less. (See Bylaw 11.2.2.) *(Adopted: 8/8/18)*

**11.3.2.2 Supplemental Pay.** An outside source is prohibited from paying or regularly supplementing an athletics department staff member's annual salary and from arranging to supplement that salary for an unspecified achievement. This includes the donation of cash from outside sources to the institution earmarked for the staff member's salary or supplemental income. It would be permissible for an outside source to donate funds to the institution to be used as determined by the institution, and it would be permissible for the institution, at its sole discretion, to use such funds to pay or supplement a staff member's salary.

**11.3.2.3 Bonuses for Specific and Extraordinary Achievement.** An institution may permit an outside individual, group or agency to supplement an athletics department staff member's salary with a direct cash payment in recognition of a specific and extraordinary achievement (e.g., contribution during career to the athletics department of the institution, winning a conference or national championship, number of games or meets won during career/season), provided such a cash supplement is in recognition of a specific achievement and is in conformance with institutional policy.

**11.3.2.4 Recruiting Service Consultants.** Institutional athletics department staff members may not serve as consultants or participate on advisory panels for any recruiting or scouting service involving prospective student-athletes. *(Adopted: 1/16/93, Revised: 11/17/21)*

**11.3.2.5 Consultant for Noninstitutional Athletics Events Involving Prospective Student-Athletes.** An athletics department staff member may not serve as a consultant for a noninstitutional athletics event that primarily involves prospective student-athletes. *(Adopted: 1/15/11, Revised: 11/17/21)*

# 11.4 Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes.

**11.4.1 High School, Preparatory School or Two-Year College Coach.** An institution may not employ a high school, preparatory school or two-year college coach who remains a coach in the same sport at the high school, preparatory school or two-year college. This provision does not preclude employment of a high school, preparatory school or two-year college coach in a different sport. Men's and women's teams in the same sport are considered different sports for purposes of this legislation. Men's and women's teams in the same sport are considered different sports even if an athlete from the opposite gender is playing on a high school, preparatory school or two-year college men's or women's team, provided the team is classified as a separate team (as opposed to a "mixed" team) by the appropriate institution or the state high school, preparatory school or two-year college governing body. (See Bylaw 13.12.2.2 for regulations relating to the employment of high school, preparatory school or two-year college coaches in institutional camps or clinics.) *(Revised: 1/10/91, 3/16/07, 1/16/10)*

**11.4.1.1 Contract for Future Employment.** An institution is permitted to enter into a contractual agreement with a high school, preparatory school or two-year college coach for an employment opportunity that begins with the next academic year, provided the employment contract with the member institution is not contingent upon the enrollment of a prospective student-athlete and the coach does not begin any coaching duties (e.g., recruiting, selection of coaching staff) for the member institution while remaining associated with the high school, preparatory school or two-year college.

**11.4.2 Individual Associated with a Prospective Student-Athlete -- Men's Basketball.** In men's basketball, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or a volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department staff position other than a countable coach. *(Adopted: 1/16/10 a contract signed before 10/29/09 may be honored, Revised: 6/17/11, 1/18/23 effective 7/1/23, 6/26/24)*

**11.4.2.1 Application.** A violation of Bylaw 11.4.2 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.20) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 11.4.2 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 6/20/13)*

**11.4.2.2 Exception -- Reassignment.** An institution may reassign an individual associated with a prospective student-athlete from a countable coach to another athletics department staff position, provided the individual has been a countable coach at the institution for at least one full season. A season is defined as the time between the institution's start of on-court preseason practice and the institution's last regular-season contest. *(Adopted: 4/28/16, Revised: 4/13/17, 3/3/21, 1/18/23 effective 7/1/23, 6/26/24)*

**11.4.3 Individual Associated with a Recruited Prospective Student-Athlete -- Women's Basketball.** In women's basketball, during a two-year period before a recruited prospective student-athlete's anticipated enrollment and a two-year period after the recruited prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or volunteer basis) or enter into a contract for future employment with an individual associated with the recruited prospective student-athlete in any athletics department staff position other than a countable coach. *(Adopted: 4/26/17 effective 8/1/17 a contract signed before 1/18/17 may be honored, Revised: 1/18/23 effective 7/1/23, 6/27/24 effective 6/26/24)*

**11.4.3.1 Application.** A violation of Bylaw 11.4.3 occurs if an individual associated with a recruited prospective student-athlete (see Bylaws 13.02.15.1 and 13.02.18) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete. A violation of Bylaw 11.4.3 also occurs if an individual associated with a recruited prospective student-athlete is employed and, within two years after such employment, a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17 effective 8/1/17)*

**11.4.3.2 Exception -- Reassignment.** An institution may reassign an individual associated with a recruited prospective student-athlete from a countable coach to another athletics department staff position, provided the individual has been a countable coach at the institution for at least one full season. A season is defined as the time between the institution's start

of on-court preseason practice and the end of institution's last regular-season contest. *(Adopted: 4/26/17 effective 8/1/17, Revised: 3/3/21, 1/18/23 effective 7/1/23, 6/26/24)*

**11.4.4 Individual Associated with a Prospective Student-Athlete -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department position except for a permissible off-campus recruiter or graduate student coach (see Bylaw 11.02.3). *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored., Revised: 6/26/24)*

**11.4.4.1 Application. [FBS]** A violation of Bylaw 11.4.4 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.21) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 11.4.4 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17)*

**11.4.4.2 Exception -- Reassignment. [FBS]** An institution may reassign an individual associated with a prospective student-athlete from an off-campus recruiter position to an athletics department staff position, provided the individual has been an off-campus recruiter or graduate student coach at the institution the previous academic year. *(Adopted: 4/26/17, Revised: 3/3/21, 6/26/24)*

# 11.5 Requirements to Recruit Off Campus.

**11.5.1 Annual Rules Education Requirement.** A coach shall not engage in off-campus recruiting activities until the coach has received, from the coach's institution, rules education covering NCAA legislation, including Bylaw 13 and other bylaws [e.g., Bylaw 15.3 (institutional financial aid award) and 14.3 (freshman academic requirements)] that relates to the recruitment of prospective student-athletes. Continuing rules education must occur, at a minimum, on an annual basis. *(Adopted: 1/10/91 effective 8/1/92, Revised: 12/15/21 effective 8/1/22)*

# 11.6 Scouting of Opponents.

**11.6.1 Off-Campus, In-Person Scouting Prohibition.** Off-campus, in-person scouting of future opponents (in the same season) is prohibited, except as provided in Bylaws 11.6.1.1 and 11.6.1.2. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/14/97 effective 8/1/97, 1/19/13 effective 8/1/13, 1/15/14)*

**11.6.1.1 Exception -- Same Event at the Same Site.** An institutional staff member may scout future opponents also participating in the same event at the same site. *(Revised: 1/11/94 effective 8/1/94, 10/28/97 effective 8/1/98, 1/19/13 effective 8/1/13, 9/19/13, 2/7/20, 6/30/21 effective 8/1/21)*

**11.6.1.2 Exception -- Conference or NCAA Championships.** An institutional staff member may attend a contest in the institution's conference championship or an NCAA championship contest in which a future opponent participates (e.g., an opponent on the institution's spring nonchampionship-segment schedule participates in a fall conference or NCAA championship). *(Adopted: 1/15/14, Revised: 2/7/20, 6/30/21 effective 8/1/21)*

# 11.7 Limitations on the Number and Duties of Coaches and Noncoaching Staff Members.

**11.7.1 Designation of Coaching Category -- Sports Other than Football.** In sports other than football, an individual who coaches and either is uncompensated or receives compensation or remuneration of any sort from the institution, even if such compensation or remuneration is not designated for coaching, shall be designated as a head coach, assistant coach or student assistant coach by certification of the institution. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 1/18/14 effective 8/1/14, 1/18/23 effective 7/1/23, 6/26/24)*

**11.7.1.1 Placement Within Categories. [A]** If an institution has not reached its limit on the number of coaches in any category, any type of coach may be counted in that category. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04)*

**11.7.2 Noncoaching Staff Member with Sport-Specific Responsibilities -- Men's Basketball.** In men's basketball, a noncoaching staff member with sport-specific responsibilities (e.g., director of operations, administrative assistant) is prohibited from participating in on-court or on-field activities (e.g., assist with drills, throw batting practice, signal plays) and is prohibited from participating with or observing student-athletes in the staff member's sport who are engaged in nonorganized

voluntary athletically related activities (e.g., pick-up games). *(Adopted: 1/16/10, Revised: 1/18/14 effective 8/1/14, 6/26/24, 7/11/24 effective 8/1/24)*

**11.7.3 Noncoaching Staff Member with Sport-Specific Responsibilities -- Sports Other than Men's Basketball and Football.** In sports other than men's basketball and football, a noncoaching staff member with sport-specific responsibilities (e.g., director of operations, administrative assistant) may participate in limited on-court or on-field activities (e.g., assist with drills, throw batting practice) during practice and competition involving student-athletes on a regular basis. A noncoaching staff member with sport-specific responsibilities is prohibited from participating with or observing student-athletes in the staff member's sport who are engaged in nonorganized voluntary athletically related activities (e.g., pick-up games) and is prohibited from signaling plays during practice and competition (see Bylaw 11.02.2). *(Adopted: 7/11/24 effective 8/1/24)*

**11.7.4 Football. [FBS/FCS]**

**11.7.4.1 Technical and Tactical Instruction. [FBS/FCS]** In football, any institutional staff member may provide technical and tactical instruction to student-athletes. An institution may not make arrangements with an individual outside the institution (e.g., consultant, professional instructor) to provide technical or tactical instruction to student-athletes. *(Adopted: 6/26/24)*

**11.7.4.1.1 Exception -- Postseason Practice Session. [FBS/FCS]** An employee of a professional sports organization or team may conduct a postseason practice session per Bylaw 17.11.7.4 *(Adopted: 6/26/24)*

**11.7.4.2 Limit on the Number of Off-Campus Recruiters. [FBS/FCS]** In bowl subdivision football, an institution may employ up to 11 institutional staff members who may contact or evaluate prospective student-athletes off campus. In championship subdivision football, an institution may employ up to 13 institutional staff members who may contact or evaluate prospective student-athletes off campus. *(Adopted: 6/26/24)*

**11.7.4.2.1 Designation of Head Coach. [FBS/FCS]** One institutional staff member must be designated as the head coach of the football program. The head coach must be included in the limit on the number of off-campus recruiters. *(Adopted: 6/26/24)*

**11.7.4.2.2 Requirement to Engage in On-Campus Coaching Duties. [FBS/FCS]** An institutional staff member must regularly engage in on-campus coaching activities with student-athletes to be designated as a permissible off-campus recruiter (see Bylaw 13.1.2.8.1). *(Adopted: 6/26/24)*

**11.7.4.2.3 Additional Off-Campus Recruiters -- National Service Academies. [FBS]** National service academies may employ four additional off-campus recruiters. *(Adopted: 6/26/24)*

**11.7.4.2.4 Replacement Due to Extenuating Circumstances. [FBS/FCS]** An institution may replace temporarily or on a limited basis one of its off-campus recruiters if the off-campus recruiter is unable to perform any or all duties because of extenuating circumstances. The replacement off-campus recruiter may perform only those recruiting duties that the replaced off-campus recruiter is unable to perform. *(Adopted: 6/26/24)*

**11.7.4.2.5 Replacement for National, Olympic or Paralympic Team Coaches. [FBS/FCS]** An institution may replace an off-campus recruiter temporarily or on a limited basis when that off-campus recruiter takes a leave of absence to participate on or to coach a national team, Olympic or Paralympic team, provided the replacement is limited to a one-year period and the off-campus recruiter who is replaced performs no recruiting or other duties on behalf of the institution. *(Adopted: 6/26/24)*

**11.7.4.3 Limit on the Number of Graduate Student Coaches -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution may employ up to four graduate student coaches. *(Adopted: 6/26/24)*

**11.7.4.4 Limit on the Number of Strength and Conditioning Coaches -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, not more than five strength and conditioning coaches are permitted to work with a football student-athletes in any capacity, including all workouts (required and voluntary), practices and game-related activities. *(Adopted: 6/26/24)*

**11.7.4.5 Limit on the Number of Student Assistant Coaches. [FBS/FCS]** The limit on the number of student assistant coaches shall be the same as the limit on the number of off-campus recruiters. *(Adopted: 6/26/24)*

**11.7.4.6 Sprint Football. [FBS/FCS]** Any institutional staff member may provide technical and tactical instruction to sprint football student-athletes. Sprint football coaches are prohibited from off-campus recruiting. *(Adopted: 6/26/24)*

**11.7.5 Limitations on Number of Coaches and Off-Campus Recruiters.** There shall be a limit on the number of coaches (other than student assistant coaches per Bylaw 11.02.4) who may be employed by an institution and who may contact or evaluate prospective student-athletes off campus in each sport as follows: *(Revised: 1/10/91 effective 8/1/92, 1/10/92 effective 8/1/92, 1/9/96 effective 8/1/96, 1/14/97, 4/25/02 effective 8/1/02, 1/12/04 effective 8/1/04, 4/29/04 effective 8/1/04, 4/28/05,*

| Sport | Limit | Sport | Limit |
|---|---|---|---|
| Women's Acrobatics and Tumbling | 5 | Women's Skiing | 3 |
| Baseball | 4 | Men's Soccer | 4 |
| Men's Basketball | 6 (only 4 may recruit off campus at the same time. See Bylaw 11.7.5.1) | Women's Soccer | 4 |
| Women's Basketball | 6 (only 4 may recruit off campus at the same time. See Bylaw 11.7.5.2) | Softball | 4 |
| Women's Beach Volleyball | 3 | Women's Stunt | 4 |
| Women's Bowling | 3 | Men's Swimming | 3 |
| Women's Equestrian | 4 | Men's Swimming and Diving | 4 |
| Men's Fencing | 3 | Women's Swimming | 3 |
| Women's Fencing | 3 | Women's Swimming and Diving | 4 |
| Football, Bowl Subdivision | (See Bylaw 11.7.4) | Men's Tennis | 3 |
| Football, Championship Subdivision | (See Bylaw 11.7.4) | Women's Tennis | 3 |
| Field Hockey | 4 | Men's Cross Country (No Track and Field) | 3 |
| Men's Golf | 3 | Men's Track and Field | 4 |
| Women's Golf | 3 | Men's Cross Country/Track and Field | 6 |
| Men's Gymnastics | 4 | Women's Cross Country (No Track and Field) | 3 |
| Women's Gymnastics | 4 | Women's Track and Field | 4 |
| Men's Ice Hockey | 4 | Women's Cross Country/Track and Field | 6 |
| Women's Ice Hockey | 4 | Women's Triathlon | 3 |
| Men's Lacrosse | 4 | Men's Volleyball | 4 |
| Women's Lacrosse | 4 | Women's Volleyball | 4 |
| Men's Rifle | 3 | Men's Water Polo | 4 |
| Women's Rifle | 3 | Women's Water Polo | 4 |
| Women's Rowing | 7 | Men's Wrestling | 4 |
| Women's Rugby | 4 | Women's Wrestling | 4 |
| Men's Skiing | 3 | | |

**11.7.5.1 Number of Coaches Recruiting Off-Campus at the Same Time -- Men's Basketball.** In men's basketball, only four countable coaches may use a recruiting-person day during any single day of the applicable recruiting period in September through April. During the evaluation periods beginning in May through July, only four countable coaches may evaluate prospective student-athletes off campus during each evaluation period. *(Adopted: 6/26/24)*

**11.7.5.2 Number of Coaches Recruiting Off-Campus at the Same Time -- Women's Basketball.** In women's basketball, only four countable coaches may use a recruiting-person day during any single day of the applicable contact or evaluation period in September through the Wednesday prior to the NCAA Division I Women's Basketball Championship

game. During the evaluation periods beginning with the third weekend in April through July, only four countable coaches may evaluate prospective student-athletes off campus during each evaluation period. *(Adopted: 6/26/24)*

**11.7.5.3 Combined Sports Program. [A]** An institution that conducts a combined program in a sport (one in which all coaching staff members in the same sport are involved in practice activities or competition with both the men's and women's teams on a daily basis) may employ the total number of coaches specified separately for men and for women in that sport. *(Adopted: 1/16/93)*

**11.7.5.3.1 Exception -- Swimming and Diving. [A]** An institution that conducts separate men's and women's swimming programs and a combined men's and women's diving program and employs a countable coach for the combined diving program may include the coach in the limitations for men's swimming and diving or women's swimming and diving. *(Adopted: 1/18/23 effective 7/1/23)*

**11.7.5.3.2 Exception -- Cross Country (No Track and Field). [A]** An institution that conducts a combined men's and women's cross country program without track and field may only employ up to five countable coaches. *(Adopted: 4/13/23 effective 7/1/23)*

**11.7.5.4 Exceptions to Number Limits. [A]** No individual other than coaches designated to fill the coaching limits set forth in Bylaw 11.7.5 may participate in any manner in the coaching of the intercollegiate team of a member institution during any game, practice or other organized activity, with the following exceptions: *(Revised: 1/10/91 effective 8/1/92)*

**11.7.5.4.1 Weight or Strength Coach. [A]** A weight (strength and conditioning) coach may conduct flexibility, warm-up and physical conditioning activities prior to any game and prior to or during any practice or other organized activities without being included in the limitations on number of coaches. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.5.4.2 Student Assistant Coach. [A]** An institution may employ student assistant coaches (see Bylaw 11.02.4). The limit on the number of student assistant coaches in each sport shall be the same as the limit on the number of coaches in the sport per Bylaw 11.7.5. *(Revised: 1/10/91 effective 8/1/92, 8/23/05, 4/29/10 effective 8/1/10, 1/15/16 effective 8/1/16)*

**11.7.5.4.3 Special Attrition Provision.** The institution is permitted to meet these limitations through normal attrition only if the institution had in effect prior to September 15, 1990, a written obligation to the assistant coach through academic tenure, an enforceable contract or formal security-of-employment commitment. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.5.4.4 Additional Coaches -- National Service Academies.** A national service academy may employ two additional coaches in basketball and one additional coach in men's ice hockey. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 6/24/23)*

**11.7.5.4.5 Exception -- Swimming and Diving. [A]** An institution that sponsors either men's swimming and diving or women's swimming and diving, but not both, may employ an additional countable coach. *(Adopted: 1/18/23 effective 7/1/23)*

**11.7.5.4.6 Exception -- Women's Equestrian. [A]** In women's equestrian, an institution that uses both the hunt seat riding discipline and the western riding discipline may employ one additional countable coach. *(Adopted: 1/18/23 effective 7/1/23)*

**11.7.5.4.7 Exception for Lightweight Rowing. [A]** An institution that conducts a rowing program that includes heavyweight rowing and lightweight rowing may employ two additional coaches. Each of the institution's rowing teams must have at least one "eight" or two "fours" that compete in at least four spring events. *(Adopted: 1/9/96 effective 8/1/96)*

# Amateurism and Athletics Eligibility

## 12.01 General Principles.

**12.01.1 Eligibility for Intercollegiate Athletics.** Only an amateur student-athlete is eligible for intercollegiate athletics participation in a particular sport.

**12.01.2 Clear Line of Demarcation.** Member institutions' athletics programs are designed to be an integral part of the educational program. The student-athlete is considered an integral part of the student body, thus maintaining a clear line of demarcation between college athletics and professional sports.

**12.01.3 "Individual" vs. "Student-Athlete."** NCAA amateur status may be lost as a result of activities prior to enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person prior to and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment.

**12.01.4 Permissible Grant-in-Aid.** A grant-in-aid administered by an educational institution is not considered to be pay or the promise of pay for athletics skill, provided it does not exceed the financial aid limitations set by the Association's membership.

## 12.02 Definitions and Applications.

**12.02.1 Agent. [A]** An agent is any individual who, directly or indirectly: *(Adopted: 1/14/12)*

(a) Represents or attempts to represent an individual for the purpose of marketing the individual's athletics ability or reputation for financial gain; or

(b) Seeks to obtain any type of financial gain or benefit from securing a prospective student-athlete's enrollment at an educational institution or from a student-athlete's potential earnings as a professional athlete.

**12.02.1.1 Application. [A]** An agent may include, but is not limited to, a certified contract advisor, financial advisor, marketing representative, brand manager or anyone who is employed or associated with such persons. *(Adopted: 1/14/12)*

**12.02.1.2 NCAA Certification Requirement -- Men's Basketball. [A]** In men's basketball, any individual who solicits a prospective or enrolled student-athlete to enter into an agency contract or attempts to obtain employment for an individual with a professional sports team or organization or as a professional athlete must be certified and maintain active certification per the policies and procedures of the NCAA agent certification program. (See Bylaw 12.3.1.3.) *(Adopted: 8/8/18)*

**12.02.1.2.1 Exception. [A]** A family member of a prospective or enrolled student-athlete or an individual acting solely on behalf of a professional sports team or organization is not required to be certified through the NCAA agent certification program. *(Adopted: 8/8/18)*

**12.02.1.2.2 Responsibility of NCAA-Certified Agent. [A]** An NCAA-certified agent is presumed responsible for the actions of all employees who report, directly or indirectly, to the NCAA-certified agent. Improper conduct of an NCAA-certified agent's employees shall subject the agent to disciplinary action pursuant to the NCAA agent certification program. *(Adopted: 8/8/18)*

**12.02.2 Actual and Necessary Expenses.** Actual and necessary expenses are limited to: *(Adopted: 1/19/13 effective 8/1/13)*

(a) Meals;

(b) Lodging;

(c) Apparel, equipment and supplies;

(d) Coaching and instruction;

(e) Health/medical insurance;

(f) Transportation (expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season/preparation for an event and from training/practice/event site to home at the end of season/event);

(g) Medical treatment and physical therapy;

(h) Facility usage;

(i) Entry fees; and

(j) Other reasonable expenses.

**12.02.2.1 Application** Unless otherwise permitted by the NCAA constitution or bylaws, actual and necessary expenses may be provided only if such expenses are for competition on a team or in a specific event or for practice that is directly related to such competition. The value of such expenses must be commensurate with the fair market value of similar goods and services in the locality in which the expenses are provided and must not be excessive in nature. Actual and necessary expenses shall not include the expenses or fees of anyone other than the individual who participates as a member of the team or in a specific event. *(Adopted: 1/19/13 effective 8/1/13)*

## 12.02.3 Calculation of Actual and Necessary Expenses -- Individual Sports and Women's Beach Volleyball. In individual sports and women's beach volleyball, the calculation of an individual's actual and necessary expenses shall be based on expenses incurred during each calendar year (January-December), rather than on an event-by-event basis. *(Adopted: 1/19/13 effective 8/1/13, Revised: 1/23/19 Immediate; may be applied retroactively to expenses incurred on or after January 1, 2019.)*

## 12.02.4 Family Member. A family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 4/25/18)*

## 12.02.5 Individual. An individual, for purposes of this bylaw, is any person of any age without reference to enrollment in an educational institution or status as a student-athlete.

## 12.02.6 Intercollegiate Competition. Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/95, 1/9/06, 7/31/23)*

(a) Represents the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies;

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification; or

(c) Competes and receives expenses (e.g., transportation, meals, housing, entry fees) from the institution for the competition.

**12.02.6.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 is exempted from the application of this legislation. *(Revised: 1/10/92)*

**12.02.6.2 Participation on an Institution's Club Team.** Participation on a collegiate institution's club team is exempted from the application of this legislation, provided the institution did not sponsor the sport on the varsity intercollegiate level at the time of participation. *(Adopted: 6/24/09)*

## 12.02.7 Limited Benefit -- Prior to Initial Full-Time Enrollment at an NCAA Institution -- Expenses from a Permissible Source. Prior to initial full-time enrollment at an NCAA institution, if an individual receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the individual's actual and necessary expenses by $300 or less, the eligibility of the individual shall not be affected. *(Adopted: 1/19/13 effective 8/1/13)*

## 12.02.8 Limited Benefit -- Enrolled Student-Athlete -- Expenses from a Permissible Source. If a student-athlete engages in permissible outside competition and receives expenses from a permissible source (e.g., event sponsor, club team) that exceed the student-athlete's actual and necessary expenses by $300 or less, the eligibility of the student-athlete shall not be affected and the institution is not required to submit a self-report of the infraction. *(Adopted: 1/19/13 effective 8/1/13)*

## 12.02.9 Organized Competition. Athletics competition shall be considered organized if any of the following conditions exists: *(Adopted: 7/31/14)*

(a) Competition is scheduled and publicized in advance;

(b) Official score is kept;

(c) Individual or team standings are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) A team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**12.02.10 Pay.** Pay is the receipt of funds, awards or benefits not permitted by the governing legislation of the Association for participation in athletics.

**12.02.11 Professional Athlete.** A professional athlete is one who receives any kind of payment, directly or indirectly, for athletics participation except as permitted by the governing legislation of the Association.

**12.02.12 Professional Athletics Team.** A professional team is any organized team that: *(Revised: 4/25/02 effective 8/1/02, 8/8/02, 4/23/03, 4/24/04, 10/28/04)*

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation. Actual and necessary expenses are limited to the items listed in Bylaw 12.02.2, provided the value of these items is commensurate with the fair market value in the locality of the player(s) and is not excessive in nature; or

(b) Declares itself to be professional.

**12.02.13 Religious Mission, Official.** An official religious mission is one that is established by the religious organization of which the individual is a member and that results in the individual being unable to attend a collegiate institution during the period of the mission. *(Revised: 1/9/06, 4/2/10)*

**12.02.14 Student-Athlete.** A student-athlete is a student whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department, as specified in Bylaw 20.2.4.7. A student is not deemed a student-athlete solely on the basis of prior high school athletics participation.

**12.02.15 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are considered the same sport for purposes of Bylaw 12.1, 12.2, 12.3 and 12.8.3.2. *(Adopted: 1/18/14 effective 8/1/14)*

**12.02.16 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaws 12.1, 12.2, 12.3 and 12.8.3.2. *(Adopted: 8/26/10, Revised: 7/31/14)*

# 12.1 General Regulations.
An individual must comply with the following to retain amateur status. (See Bylaw 12.12 regarding the eligibility restoration process.)

**12.1.1 Validity of Amateur Status.** As a condition and obligation of membership, it is the responsibility of an institution to determine the validity of the information on which the amateur status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) and student-athlete is based. (See Bylaw 14.01.3.) *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 1/8/07, 4/30/07)*

**12.1.1.1 Amateurism Certification Process.** An institution shall use an initial eligibility center approved by the Board of Governors to determine the validity of the information on which the amateur status of a student-athlete is based. *(Adopted: 1/9/06 effective 8/1/06 for final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 4/30/07, 10/30/14)*

**12.1.1.1.1 Scope.** The certification of amateur status issued by the NCAA Eligibility Center is limited to activities that occur prior to the prospective student-athlete's request for final amateurism certification or the prospective student-athlete's initial full-time enrollment at an NCAA member institution, whichever occurs earlier. *(Adopted: 4/30/07, Revised: 6/20/23)*

**12.1.1.1.2 Institutional Responsibilities.**

**12.1.1.1.2.1 Amateur Status After Certification.** An institution is responsible for certifying the amateur status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) from the time the prospective student-athlete requests that a final certification be issued by the NCAA Eligibility Center or from the time the prospective student-athlete initially enrolls as a full-time student at an NCAA member institution (whichever occurs earlier). *(Adopted: 4/30/07, Revised: 6/20/23)*

**12.1.1.1.2.2 Sharing Information and Reporting Discrepancies.** If an institution receives additional information or otherwise has cause to believe that a prospective student-athlete's amateur status has been jeopardized, the institution is responsible for promptly notifying the NCAA Eligibility Center of such

information. Further, an institution is responsible for promptly reporting to the NCAA Eligibility Center all discrepancies in information related to a student-athlete's amateurism certification. *(Adopted: 4/30/07)*

**12.1.1.1.3 Eligibility for Practice or Competition.** Prior to engaging in practice or competition, a student-athlete shall receive a final certification of amateur status based on activities that occur prior to the student-athlete's request for final certification or initial full-time enrollment at an NCAA Division I or II institution (whichever occurs earlier). *(Adopted: 4/30/07)*

**12.1.1.1.3.1 Temporary Certification.** If a prospective student-athlete reports for athletics participation before the student's amateur status has been certified, the student may practice, but not compete, for a maximum period of 45 days. After this period, the student's amateur status must be certified in order to continue to practice or to compete. *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 11/29/09)*

**12.1.1.1.3.2 Effect of Violations.** A violation of Bylaw 12.1.1.1.3 or Bylaw 12.1.1.1.3.1 in which the student-athlete is subsequently certified without conditions shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

**12.1.1.1.4 Eligibility for Practice After a Final Not-Certified Certification.** After a final not-certified certification is rendered, a student-athlete may continue to engage in practice activities, provided the institution has submitted a notice of appeal. At the point in which all appeal opportunities have been exhausted and no eligibility has been granted, the student-athlete may no longer participate in practice activities. *(Adopted: 3/21/07)*

**12.1.2 Amateur Status.** An individual loses amateur status and thus shall not be eligible for intercollegiate competition in a particular sport if the individual: *(Revised: 4/25/02 effective 8/1/02, 4/23/03 effective 8/1/03, 4/29/10 effective 8/1/10)*

(a) Uses athletics skill (directly or indirectly) for pay in any form in that sport;

(b) Accepts a promise of pay even if such pay is to be received following completion of intercollegiate athletics participation;

(c) Signs a contract or commitment of any kind to play professional athletics, regardless of its legal enforceability or any consideration received, except as permitted in Bylaw 12.2.5.1;

(d) Receives, directly or indirectly, a salary, reimbursement of expenses or any other form of financial assistance from a professional sports organization based on athletics skill or participation, except as permitted by NCAA rules and regulations;

(e) Competes on any professional athletics team per Bylaw 12.02.12, even if no pay or remuneration for expenses was received, except as permitted in Bylaw 12.2.3.2.1;

(f) After initial full-time collegiate enrollment, enters into a professional draft (see Bylaw 12.2.4); or

(g) Enters into an agreement with an agent.

**12.1.2.1 Prohibited Forms of Pay.** "Pay," as used in Bylaw 12.1.2 above, includes, but is not limited to, the following:

**12.1.2.1.1 Salary, Gratuity or Compensation.** Any direct or indirect salary, gratuity or comparable compensation.

**12.1.2.1.2 Division or Split of Surplus.** Any division or split of surplus (bonuses, game receipts, etc.).

**12.1.2.1.3 Educational Expenses.** Educational expenses not permitted by the governing legislation of this Association (see Bylaw 15 regarding permissible financial aid to enrolled student-athletes).

**12.1.2.1.3.1 Educational Expenses or Services -- Prior to Collegiate Enrollment.** A prospective student-athlete may receive educational expenses or services (e.g., tuition, fees, living expenses, books, tutoring, standardized test preparatory classes) prior to collegiate enrollment from any individual or entity other than an agent, professional sports team/organization, member institution or a representative of an institution's athletics interests, provided the payment for such expenses or services is disbursed directly to the individual, organization or educational institution (e.g., high school, preparatory school) providing the educational expenses or services. *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/14/08, 5/1/19, 7/31/23)*

**12.1.2.1.3.1.1 Professional Sports Team/Organization -- Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, prior to collegiate enrollment, a professional sports team/organization may provide payment for educational expenses or services (e.g., tuition, fees, living expenses, books, tutoring, standardized test preparatory classes) provided to a prospective student-athlete, provided such payment is disbursed directly to the individual, organization or educational institution (e.g., high school, preparatory school) providing the educational expenses or services. *(Adopted: 5/1/19, Revised: 7/31/23)*

**12.1.2.1.3.2 Educational Expenses From Outside Sports Team or Organization -- After Collegiate Enrollment.** Educational expenses provided to an individual after initial collegiate enrollment by an outside sports team or organization that are based on any degree on the recipient's athletics ability [except for financial aid that is received from a team or organization that conducts a competitive sports program by an individual who is not a member of that team or organization (see Bylaw 15.2.6.4)], even if the funds are given to the institution to administer to the recipient. *(Revised: 1/10/95, 4/25/02 effective 8/1/02, 1/15/11 effective 8/1/11, 8/18/11)*

**12.1.2.1.3.2.1 Educational Expenses -- Olympic Committee.** A student-athlete may receive educational expenses awarded by the U.S. Olympic and Paralympic Committee (or for international student-athletes, expenses awarded by the equivalent organization of a foreign country) pursuant to the applicable conditions set forth in Bylaw 15.2.6.5. *(Adopted: 4/15/97, Revised: 11/1/00, 4/25/02 effective 8/1/02, 10/17/19)*

**12.1.2.1.3.2.2 Educational Expenses -- National Governing Body.** A student-athlete may receive educational expenses awarded by a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country) pursuant to the applicable conditions set forth in Bylaw 15.2.6.5. *(Adopted: 10/28/97 effective 8/1/98, Revised: 11/1/00, 4/25/02 effective 8/1/02)*

**12.1.2.1.4 Expenses, Awards and Benefits.** Excessive or improper expenses, awards and benefits.

**12.1.2.1.4.1 Cash or Equivalent Award.** Cash, or the equivalent thereof (e.g., trust fund), as an award for participation in competition at any time, even if such an award is permitted under the rules governing an amateur, noncollegiate event in which the individual is participating. An award or a cash prize that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency. *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.1.4.1.1 Exception -- Prospective Student-Athlete's Educational Institution.** A financial award may be provided to a prospective student-athlete's educational institution in conjunction with the prospective student-athlete being recognized as part of an awards program in which athletics participation, interests or ability is a criterion, but not the sole criterion, in the selection process. Such an award must also include nonathletics criteria, such as the prospective student-athlete's academic record and nonathletics extracurricular activities and may not be based on the prospective student-athlete's place finish or performance in a particular athletics event. In addition, it is permissible for an outside organization (other than a professional sports organization) to provide actual and necessary expenses for the prospective student-athlete (and the prospective student-athlete's family members) to travel to a recognition event designed to recognize the prospective student-athlete's accomplishments in conjunction with selection as the recipient of a regional, national or international award. *(Adopted: 10/28/99, Revised: 4/25/18)*

**12.1.2.1.4.1.2 Operation Gold Grant.** An individual (prospective student-athlete or student-athlete) may accept funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold program. *(Adopted: 4/26/01 effective 8/1/01, Revised: 10/17/19)*

**12.1.2.1.4.1.3 Incentive Programs for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from a country's national Olympic and/or Paralympic governing body (equivalent to the U.S. Olympic and Paralympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 1/17/15 effective 8/1/15, Revised: 10/17/19, 1/22/20)*

**12.1.2.1.4.2 Expenses/Awards Prohibited by Rules Governing Event.** Expenses incurred or awards received by an individual that are prohibited by the rules governing an amateur, noncollegiate event in which the individual participates.

**12.1.2.1.4.3 Expenses from an Outside Sponsor.** An individual who participates in a sport as a member of a team may receive actual and necessary expenses for competition and practice held in preparation for such competition (directly related to the competition and conducted during a continuous time period preceding the competition) from an outside sponsor (e.g., team, neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial full-time collegiate enrollment, other than a professional sports organization). An individual who participates in a sport as an individual (not a member of a team) may receive actual and necessary expenses associated with an athletics event and practice immediately preceding the event, from an outside sponsor (e.g., neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial full-time collegiate enrollment, other than a professional sports organization). *(Revised: 8/26/10, 1/19/13 effective 8/1/13, 11/7/13)*

**12.1.2.1.4.3.1 Expenses Prior to Full-Time Collegiate Enrollment -- Professional Sports Organization.** Prior to full-time collegiate enrollment, an individual may accept up to actual and necessary expenses for competition and practice held in preparation for such competition from a professional sports organization that sponsors the event. *(Adopted: 10/16/12)*

**12.1.2.1.4.3.2 Expenses/Benefits Related to Olympic or Paralympic Games.** Members of an Olympic or Paralympic team may receive all nonmonetary benefits and awards provided to members of an Olympic or Paralympic team beyond actual and necessary expenses and any other item or service for which it can be demonstrated that the same benefit is available to all members of that nation's Olympic or Paralympic team or the specific sport Olympic or Paralympic team. *(Adopted: 11/1/00, Revised: 1/19/13 effective 8/1/13, 1/22/20)*

**12.1.2.1.4.4 Expenses for Family Members of Participants in Athletics Competition.** Expenses received by the family members of a participant in athletics competition from a nonprofessional organization sponsoring the competition in excess of actual and necessary travel, housing and food expenses, or any entertainment expenses, unless such expenses are made available to the family members of all participants in the competition. *(Adopted: 1/16/93, Revised: 1/11/97, 4/25/18, 7/31/23)*

**12.1.2.1.4.4.1 Postseason Events.** A student-athlete may designate either additional individuals or substitutes (not to exceed a total of six individuals) to receive entertainment expenses related to an event organized by the nonprofessional sponsor of a postseason game specifically for the family members of participating student-athletes. [See Bylaw 17.11.6.2.1-(c).] The additional individuals or substitutes designated by the student-athlete shall be subject to the review and approval of the institution's athletics director (or designee). *(Adopted: 4/29/04 effective 8/1/04, Revised: 4/25/18, 1/23/19, 6/26/24 effective 8/1/24)*

**12.1.2.1.5 Payment Based on Performance.** Any payment conditioned on the individual's or team's place finish or performance or given on an incentive basis that exceeds actual and necessary expenses, or receipt of expenses in excess of the same reasonable amount for permissible expenses given to all individuals or team members involved in the competition. *(Revised: 4/25/02 effective 8/1/02, 1/19/13 effective 8/1/13)*

**12.1.2.1.5.1 Operation Gold Grant.** An individual (prospective student-athlete or student-athlete) may accept funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold program. *(Adopted: 4/26/01, Revised: 10/17/19)*

**12.1.2.1.5.2 Incentive Programs for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from a country's national Olympic and/or Paralympic governing body (equivalent to the U.S. Olympic and Paralympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 1/17/15 effective 8/1/15, Revised: 10/17/19, 1/22/20)*

**12.1.2.1.5.3 Awards Based on Performance in Outside Competition.** An individual may receive an award (e.g., trophy, medal, saddle) based on place finish or performance in outside competition, subject to the applicable awards limits (see Bylaw 16.1). *(Adopted: 8/26/10)*

**12.1.2.1.6 Preferential Treatment, Benefits or Services.** Preferential treatment, benefits or services because of the individual's athletics reputation or skill or pay-back potential as a professional athlete, unless such treatment, benefits or services are specifically permitted under NCAA legislation. **[R]** *(Revised: 1/11/94, 1/14/08)*

**12.1.2.1.7 Prize for Participation in Institution's Promotional Activity.** Receipt of a prize for participation (involving the use of athletics ability) in a member institution's promotional activity that is inconsistent with the provisions of Bylaw 12.5 or approved official interpretations. *(Revised: 11/1/07 effective 8/1/08)*

**12.1.2.2 Use of Overall Athletics Skill -- Effect on Eligibility.** Participation for pay in competition that involves the use of overall athletics skill (e.g., "superstars" competition) constitutes a violation of the Association's amateur-status regulations; therefore, an individual participating for pay in such competition is ineligible for intercollegiate competition in all sports. (See Bylaw 12.5.2.3.3 for exception related to promotional contests.) *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.3 Road Racing.** "Road racing" is essentially the same as cross country or track and field competition and cannot be separated effectively from those sports for purposes of Bylaws 12.1, 12.2 and 12.8.3.2. Therefore, a student-athlete who accepts pay in any form for participation in such a race is ineligible for intercollegiate cross country or track and field competition. *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.4 Exceptions to Amateurism Rule.**

**12.1.2.4.1 Exception for Prize Money Based on Performance -- Sports Other Than Tennis.** In sports other than tennis, an individual may accept prize money based on place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, family member's expenses). *(Adopted: 4/25/02 effective 8/1/02, Revised: 12/12/06 applicable to any expenses received by a prospective student-athlete on or after 8/23/06, 4/26/12, 1/19/13 effective 8/1/13, 4/25/18)*

**12.1.2.4.2 Exception for Prize Money -- Tennis.**

**12.1.2.4.2.1 Prior to Full-Time Enrollment.** In tennis, prior to full-time collegiate enrollment, an individual may accept up to $10,000 per calendar year in prize money based on place finish or performance in athletics events. Such prize money may be provided only by the sponsor of an event in which the individual participates. Once the individual has accepted $10,000 in prize money in a particular year, the individual may receive additional prize money on a per-event basis, provided such prize money does not exceed the individual's actual and necessary expenses for participation in the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, family member's expenses). *(Adopted: 4/26/12, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.4.2.2 After Initial Full-Time Collegiate Enrollment.** In tennis, after initial full-time collegiate enrollment, an individual may accept prize money based on place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, family member's expenses). *(Adopted: 1/19/13 effective 8/1/13, Revised: 4/25/18)*

**12.1.2.4.3 Exception for Payment Based on Team Performance.** An individual may accept payment from an amateur team or the sponsor of the event based on a team's place finish or performance, or given on an incentive basis (e.g., bonus), provided the combination of such payments and expenses provided to the individual does not exceed actual and necessary expenses to participate on the team. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, family member's expenses). *(Adopted: 10/28/10, Revised: 1/19/13 effective 8/1/13, 4/25/18)*

**12.1.2.4.4 Exception for Insurance. [A]** An individual may borrow against future earnings potential from an established, accredited commercial lending institution for the purpose of purchasing insurance incidental to participation in athletics (e.g., critical injury or illness, loss of value) (see Bylaw 16.11.1.4), provided a third party (including a representative of an institution's athletics interests) is not involved in arrangements for securing the loan. However, an institution's president or chancellor (or a designated representative from outside the department of athletics) may designate an institutional staff member (or staff members) (e.g., professional sports counseling panel) to assist a student-athlete with arrangements for securing the loan and insurance. *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 1/16/10, 1/17/15, 8/3/22)*

**12.1.2.4.5 Exception for Institutional Fundraising Activities Involving the Athletics Ability of Student-Athletes.** Institutional, charitable or educational promotions or fundraising activities that involve the use of athletics ability by a student-athlete to obtain funds (e.g., "swim-a-thons") are permitted only if: *(Revised: 5/11/05)*

(a) All money derived from the activity or project goes directly to the institution, conference or the charitable, educational or nonprofit agency;

(b) The student-athlete receives no compensation or prizes for participation; and

(c) The provisions of Bylaw 12.5.1 are satisfied.

**12.1.2.4.6 Exception for U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program.** An individual may receive the comprehensive benefits of the U.S. Olympic and Paralympic Committee Elite Athlete Health Insurance Program. *(Adopted: 1/10/90, Revised: 10/17/19)*

**12.1.2.4.7 Exception for Training Expenses.** An individual (prospective or enrolled student-athlete) may receive actual and necessary expenses [including grants, but not prize money, whereby the recipient has qualified for the grant based on performance in a specific event(s)] to cover developmental training, coaching, facility usage, equipment, apparel, supplies, comprehensive health insurance, travel, housing and food without jeopardizing the individual's eligibility for intercollegiate athletics, provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee, the appropriate national governing body in the sport (or, for international student-

athletes, the equivalent organization of that nation) or a governmental entity. *(Adopted: 1/10/91, Revised: 4/27/00, 1/19/13 effective 8/1/13, 10/17/19, 7/31/23)*

**12.1.2.4.8 Exception for Developmental Training Expenses for Elite Athletes.** An individual (prospective or enrolled student-athlete) who has been designated by the U.S. Olympic and Paralympic Committee and the sport-affiliated national governing body (or the international equivalent) as an elite athlete may receive developmental training expenses related to training, coaching, sport experts other than coaches, training partners, facility usage, equipment, apparel, supplies, comprehensive health insurance, travel (including travel for parents or guardians, coaches, sport experts and training partners), housing and food without jeopardizing the individual's eligibility for intercollegiate athletics, provided such expenses are approved and provided directly by the U.S. Olympic and Paralympic Committee or the appropriate national governing body in the sport (or, for international student-athletes, the equivalent organization of that nation). *(Adopted: 1/23/20, Revised: 7/31/23)*

**12.1.2.4.9 Exception for Benefits to Family Members -- National Team Competition.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for an individual's family members to attend national team competition in which the individual will participate. In addition, an individual's family members may receive nonmonetary benefits provided to the family members of all national team members in conjunction with participation in national team competition. (See Bylaw 16.02.4.) *(Adopted: 1/11/94, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.4.10 Exception for Payment of NCAA Eligibility Center Fee.** A high school booster club (as opposed to specific individuals) may pay the necessary fee for prospective student-athletes at that high school to be certified by the NCAA Eligibility Center, provided no particular prospective student-athlete is singled out because of athletics ability or reputation. *(Adopted: 1/11/94, Revised: 5/9/07)*

**12.1.2.4.11 Exception for NCAA College Basketball Academies.** The NCAA may provide actual and necessary expenses for a prospective student-athlete and one individual accompanying the prospective-student athlete to attend an NCAA College Basketball Academy per the policies and procedures of the NCAA College Basketball Academy. *(Adopted: 8/8/18 effective 4/1/19, Revised: 10/5/22)*

**12.1.2.4.12 Exception for Camp or Academy Sponsored by a Professional Sports Organization.** An individual may receive actual and necessary expenses from a professional sports organization to attend an academy, camp or clinic, provided: *(Adopted: 1/10/95, Revised: 11/1/01 effective 8/1/02)*

(a) No NCAA institution or conference owns or operates the academy, camp or clinic;

(b) No camp participant is above the age of 15;

(c) The professional sports organization provides to the participants nothing more than actual and necessary expenses to attend the camp or clinic and equipment/apparel necessary for participation;

(d) Athletics ability or achievements may not be the sole criterion for selecting participants; and

(e) Academy participants must be provided with academic services (e.g., tutoring).

**12.1.2.4.13 Exception for Receipt of Free Equipment and Apparel Items by a Prospective Student-Athlete.** It is permissible for prospective student-athletes (as opposed to student-athletes) to receive free equipment and apparel items for personal use from apparel or equipment manufacturers or distributors under the following circumstances: *(Adopted: 1/11/97)*

(a) The apparel or equipment items are related to the prospective student-athlete's sport and are received directly from an apparel or equipment manufacturer or distributor;

(b) The prospective student-athlete does not enter into an arrangement (e.g., open account) with an apparel or equipment manufacturer or distributor that permits the prospective student-athlete to select apparel and equipment items from a commercial establishment of the manufacturer or distributor; and

(c) A member institution's coach is not involved in any manner in identifying or assisting an apparel or equipment manufacturer or distributor in determining whether a prospective student-athlete is to receive any apparel or equipment items.

**12.1.2.4.14 Expenses for Participation in Olympic or Paralympic Exhibitions.** An individual may receive actual and necessary expenses from the U.S. Olympic and Paralympic Committee, national governing body or the nonprofessional organizations sponsoring the event to participate in Olympic or Paralympic tours or exhibitions involving Olympic or Paralympic team members and/or members of the national team, provided that if the individual is a student-athlete, no class time is missed, and the exhibition does not conflict with dates of institutional competition. *(Adopted: 10/28/97 effective 8/1/98, Revised: 10/17/19, 1/22/20)*

**12.1.2.4.15 Commemorative Items for Student-Athletes Participating in Olympic Games, Paralympic Games, World University Games (Universiade), World University Championships, Pan American Games, Parapan American Games, World Championships and World Cup Events.** It is permissible for student-athletes to receive commemorative items incidental to participation in the Olympic Games, Paralympic Games, World University Games (Universiade), World University Championships, Pan American Games, Parapan American Games, World Championships and World Cup events through the applicable national governing body. These benefits may include any and all apparel, leisure wear, footwear and other items that are provided to all athletes participating in the applicable event. *(Adopted: 11/1/00 effective 8/1/01, Revised: 1/14/12, 1/22/20)*

**12.1.2.4.16 Exception -- NCAA First-Team Program.** A prospective student-athlete who is a participant in the NCAA First-Team Mentoring Program may receive actual and necessary expenses to attend the First-Team Program's annual educational conference and training seminar. *(Adopted: 8/7/03)*

**12.1.3 Amateur Status if Professional in Another Sport.** A professional athlete in one sport may represent a member institution in a different sport and may receive institutional financial assistance in the second sport. *(Revised: 4/27/06 effective 8/1/06)*

# 12.2 Involvement With Professional Teams.

## 12.2.1 Tryouts.

**12.2.1.1 Tryout Before Enrollment -- Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, a student-athlete remains eligible in a sport even though, prior to enrollment in a collegiate institution, the student-athlete may have tried out with a professional athletics team in a sport or received not more than one expense-paid visit from each professional team (or a combine including that team), provided such a visit did not exceed 48 hours and any payment or compensation in connection with the visit was not in excess of actual and necessary expenses. The 48-hour tryout period begins at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. A self-financed tryout may be for any length of time. *(Revised: 12/22/08, 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.1.1.1 Exception for National Hockey League Scouting Combine -- Men's Ice Hockey.** In men's ice hockey, prior to full-time enrollment in a collegiate institution, a prospective student-athlete may receive actual and necessary expenses from the National Hockey League to attend the NHL scouting combine regardless of the duration of the combine. *(Adopted: 1/16/10)*

**12.2.1.2 Tryout Before Enrollment -- Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, prior to initial full-time collegiate enrollment, an individual may participate in a tryout with a professional team or league, provided not more than actual and necessary expenses is received to participate. *(Adopted: 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.1.3 Tryout After Enrollment.** After initial full-time collegiate enrollment, an individual who has eligibility remaining may try out with a professional athletics team (or participate in a combine including that team) at any time, provided the individual does not miss class. The individual may receive actual and necessary expenses in conjunction with one 48-hour tryout per professional team (or a combine including that team). The 48-hour tryout period shall begin at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. A self-financed tryout may be for any length of time, provided the individual does not miss class. *(Revised: 1/10/92, 4/24/03, 5/26/06, 4/26/07 effective 8/1/07)*

**12.2.1.3.1 Exception for Major League Baseball Draft Combine.** In baseball, a student-athlete may receive actual and necessary travel, housing and food expenses from Major League Baseball or the national governing body to attend the MLB draft combine regardless of the duration of the combine. *(Adopted: 4/13/23, Revised: 7/31/23)*

**12.2.1.3.2 Exception for Basketball Draft Combine.** In basketball, a student-athlete may receive actual and necessary travel, housing and food expenses from a professional sports organization to attend that organization's basketball draft combine regardless of the duration of the camp. [See Bylaw 14.6.4-(e).] *(Adopted: 4/23/03, Revised: 5/26/06, 4/26/07 effective 8/1/07, 11/7/13, 7/31/23)*

**12.2.1.3.3 Exception -- Men's Basketball.** In men's basketball, an individual may receive actual and necessary expenses each year in conjunction with one 48-hour tryout per professional team and in conjunction with a

professional organization's draft combine. An individual who is invited to participate in a professional organization's draft combine is permitted to miss class for such participation and associated travel. *(Adopted: 1/14/16)*

**12.2.1.3.4 Exception for National Hockey League Scouting Combine -- Men's Ice Hockey.** In men's ice hockey, a student-athlete may receive actual and necessary travel, housing and food expenses from the National Hockey League to attend the NHL scouting combine regardless of the duration of the combine. *(Adopted: 1/16/10, Revised: 7/31/23)*

**12.2.1.3.5 Exception for Major League Soccer Showcase.** In men's soccer, a student-athlete may receive actual and necessary travel, housing and food expenses from Major League Soccer to attend the MLS Showcase regardless of the duration of the event and without such activity being considered a tryout with a professional team. An individual who is invited to participate in a professional organization's draft combine is permitted to miss class for such participation and associated travel. *(Adopted: 6/26/24 effective 8/1/24)*

**12.2.1.3.6 Exception -- Postseason Practice Session -- Football. [FBS/FCS]** In football, a student-athlete may participate in a postseason practice per Bylaw 17.11.7.4 without such activity being considered a tryout with a professional team. *(Adopted: 4/25/18 effective 8/1/18)*

**12.2.1.3.7 Outside Competition Prohibited.** During a tryout, an individual may not take part in any outside competition (games or scrimmages) as a representative of a professional team.

## 12.2.2 Practice Without Competition.

**12.2.2.1 Practice Without Competition -- Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of NCAA legislation governing tryouts with professional athletics teams (see Bylaw 12.2.1) and the individual does not: *(Revised: 4/13/10 effective 8/1/10)*

(a) Receive any compensation for participation in the practice sessions;

(b) Enter into any contract or agreement with a professional team or sports organization; or

(c) Take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2.2 Practice Without Competition -- Sports Other Than Men's Ice Hockey and Skiing.**

**12.2.2.2.1 Before Enrollment.** In sports other than men's ice hockey and skiing, prior to initial full-time enrollment in a collegiate institution, an individual may participate in practice sessions conducted by a professional team, provided not more than actual and necessary expenses is received to participate. *(Adopted: 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.2.2.2 After Enrollment.** In sports other than men's ice hockey and skiing, after initial full-time collegiate enrollment, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of Bylaw 12.2.1.3 and the individual does not: *(Adopted: 4/13/10 effective 8/1/10)*

(a) Receive any compensation for participation in the practice sessions;

(b) Enter into any contract or agreement with a professional team or sports organization; or

(c) Take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2.3 Prohibited Involvement of Institution's Coach.** An institution's coaching staff member may not arrange for or direct student-athletes' participation in football or basketball practice sessions conducted by a professional team.

## 12.2.3 Competition.

**12.2.3.1 Competition Against Professionals.** An individual may participate singly or as a member of an amateur team against professional athletes or professional teams. *(Revised: 8/24/07)*

**12.2.3.2 Competition With Professionals.** An individual shall not be eligible for intercollegiate athletics in a sport if the individual ever competed on a professional team (per Bylaw 12.02.12) in that sport. However, an individual may compete on a tennis, golf, two-person beach volleyball or two-person synchronized diving team with persons who are competing for cash or a comparable prize, provided the individual does not receive payment or prize money that exceeds actual and necessary expenses, which may only be provided by the sponsor of the event. *(Revised: 1/9/96 effective 8/1/96, 1/14/97, 4/25/02 effective 8/1/02, 4/28/14, 7/31/15)*

**12.2.3.2.1 Exception -- Competition Before Initial Full-Time Collegiate Enrollment -- Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, before initial full-time collegiate enrollment, an individual may compete on a professional team (per Bylaw 12.02.12), provided the individual

does not receive more than actual and necessary expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.3.3.2.2 Professional Player as Team Member.** An individual may participate with a professional on a team, provided the professional is not being paid by a professional team or league to play as a member of that team (e.g., summer basketball leagues with teams composed of both professional and amateur athletes).

**12.2.3.3.2.3 Professional Coach or Referee.** Participation on a team that includes a professional coach or referee does not cause the team to be classified as a professional team.

**12.2.3.3.2.4 Major Junior Ice Hockey.** Ice hockey teams in the United States and Canada, classified by the Canadian Hockey Association as major junior teams, are considered professional teams under NCAA legislation.

**12.2.3.3.2.4.1 Limitation on Restoration of Eligibility.** An appeal for restoration of eligibility may be submitted on behalf of an individual who has participated on a major junior ice hockey team under the provisions of Bylaw 12.12; however, such individual shall be denied at least the first year of intercollegiate athletics competition in ice hockey at the certifying institution and shall be charged with the loss of at least one season of eligibility in ice hockey. *(Revised: 1/11/89)*

**12.2.3.3.2.5 Exception -- Olympic, Paralympic or National Teams.** It is permissible for an individual (prospective student-athlete or student-athletes) to participate on Olympic, Paralympic or national teams that are competing for prize money or are being compensated by the governing body to participate in a specific event, provided the student-athlete does not accept prize money or any other compensation (other than actual and necessary expenses). *(Adopted: 8/8/02, Revised: 1/22/20)*

**12.2.3.3 Competition in Professional All-Star Contest.** A student-athlete who agrees to participate in a professional (players to be paid) all-star game becomes ineligible to compete in any intercollegiate contest that occurs after that agreement. Thus, a senior entering into such an agreement immediately following the last regular-season intercollegiate contest would not be eligible to compete in a bowl game, an NCAA championship or any other postseason intercollegiate contest.

## 12.2.4 Draft and Inquiry.

**12.2.4.1 Inquiry.** An individual may inquire of a professional sports organization about eligibility for a professional-league player draft or request information about the individual's market value without affecting the individual's amateur status.

**12.2.4.2 Draft List.** After initial full-time collegiate enrollment, an individual loses amateur status in a particular sport when the individual asks to be placed on the draft list or supplemental draft list of a professional league in that sport, even though: *(Revised: 4/25/02 effective 8/1/02)*

(a) The individual asks to be removed from the draft list prior to the actual draft;

(b) The individual's name remains on the list but the individual is not drafted; or

(c) The individual is drafted but does not sign an agreement with any professional athletics team.

**12.2.4.2.1 Exception -- Men's Basketball -- Four-Year College Student-Athlete.**

**12.2.4.2.1.1 National Basketball Association.** In men's basketball, a student-athlete may enter the National Basketball Association's draft each year during collegiate participation without jeopardizing eligibility in that sport, provided: *(Adopted: 8/8/18)*

(a) The student-athlete requests an evaluation from the National Basketball Association's Undergraduate Advisory Committee before entering the draft;

(b) The student-athlete requests to be removed from the draft list and declares the intent to resume intercollegiate participation not later than 10 days after the conclusion of the NBA draft combine;

(c) The student-athlete's declaration of intent is submitted in writing to the institution's director of athletics; and

(d) The student-athlete is not drafted.

**12.2.4.2.1.2 Professional League Other Than the National Basketball Association.** In men's basketball, a student-athlete may enter a professional league's draft (other than the National Basketball Association's draft) each year during the student-athlete's four-year college participation without jeopardizing eligibility in that sport, provided: *(Adopted: 4/30/09 effective 8/1/09, Revised: 4/28/11 effective 8/1/11, 1/14/16, 8/8/18)*

(a) The student-athlete requests to be removed from the draft list and declares the intent to resume intercollegiate participation not later than 10 days after the conclusion of the professional league's draft combine. If the professional league does not conduct a draft combine, the student-athlete must request to be removed from the draft list not later than the end of the day before the first day of the spring National Letter of Intent signing period for the applicable year;

(b) The student-athlete's declaration of intent is submitted in writing to the institution's director of athletics; and

(c) The student-athlete is not drafted.

**12.2.4.2.2 Exception -- Basketball -- Two-Year College Prospective Student-Athlete.** In basketball, a prospective student-athlete enrolled at a two-year collegiate institution may enter a professional league's draft one time during the prospective student-athlete's two-year college participation without jeopardizing eligibility in that sport, provided the prospective student-athlete is not drafted by any team in that league. *(Adopted: 4/24/03 effective 8/1/03)*

**12.2.4.2.3 Exception -- Women's Basketball -- Four-Year College Student-Athlete.** In women's basketball, a student-athlete may enter a professional league's draft one time during collegiate participation without jeopardizing eligibility in that sport, provided the student-athlete is not drafted by any team in that league and the student-athlete declares the intention to resume intercollegiate participation within 30 days after the draft. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 1/11/94, Revised: 1/10/95, 1/14/97 effective 4/16/97, 4/24/03 effective 8/1/03, 4/30/09 effective 8/1/09, 8/8/18)*

**12.2.4.2.4 Exception -- Football. [FBS/FCS]** In football, a student-athlete (as opposed to a prospective student-athlete) may enter the National Football League draft one time during collegiate participation without jeopardizing eligibility in that sport, provided the student-athlete is not drafted by any team in that league and the student-athlete declares the intention to resume intercollegiate participation within 72 hours following the National Football League draft declaration date. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 10/31/02, Revised: 4/14/03, 12/15/06)*

**12.2.4.2.5 Exception -- Sports Other Than Basketball and Football.** A student-athlete in a sport other than basketball or football may enter a professional league's draft one time during collegiate participation without jeopardizing eligibility in the applicable sport, provided the student-athlete is not drafted and, within 72 hours following the draft, declares the intention to resume participation in intercollegiate athletics. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 4/26/07 effective 8/1/07)*

**12.2.4.3 Negotiations.** An individual may request information about professional market value without affecting amateur status. Further, the individual (or family members) or the institution's professional sports counseling panel may enter into negotiations with a professional sports organization without the loss of the individual's amateur status. An individual who retains an agent shall lose amateur status. *(Adopted: 1/10/92, Revised: 4/25/18)*

**12.2.5 Contracts and Compensation.** An individual shall be ineligible for participation in an intercollegiate sport if the individual has entered into any kind of agreement to compete in professional athletics, either orally or in writing, regardless of the legal enforceability of that agreement. *(Revised: 1/10/92)*

**12.2.5.1 Exception -- Before Initial Full-Time Collegiate Enrollment -- Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, before initial full-time collegiate enrollment, an individual may enter into an agreement to compete on a professional team (per Bylaw 12.02.12), provided the agreement does not guarantee or promise payment (at any time) in excess of actual and necessary expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.5.2 Nonbinding Agreement.** An individual who signs a contract or commitment that does not become binding until the professional organization's representative or agent also signs the document is ineligible, even if the contract remains unsigned by the other parties until after the student-athlete's eligibility is exhausted.

# 12.3 Use of Agents. [A]

**12.3.1 General Rule. [A]** An individual shall be ineligible for participation in an intercollegiate sport if the individual ever has agreed (orally or in writing) to be represented by an agent for the purpose of marketing athletics ability or reputation in that sport. Further, an agency contract not specifically limited in writing to a sport or particular sports shall be deemed applicable to all sports, and the individual shall be ineligible to participate in any sport.

**12.3.1.1 Exception -- Baseball and Men's Ice Hockey -- Prior to Full-Time Collegiate Enrollment. [A]** In baseball and men's ice hockey, prior to full-time collegiate enrollment, an individual who is drafted by a professional baseball or men's ice hockey team may be represented by an agent or attorney during contract negotiations. The individual may not receive benefits (other than representation) from the agent or attorney and must pay the going rate for the

representation. If the individual does not sign a contract with the professional team, the agreement for representation with the agent or attorney must be terminated prior to full-time collegiate enrollment. *(Adopted: 1/15/16, Revised: 1/19/18)*

**12.3.1.2 Exception -- NCAA-Certified Agents -- Men's Basketball. [A]**

**12.3.1.2.1 Elite Senior Prospective Student-Athletes. [A]** In men's basketball, on or after July 1 immediately before the prospective student-athlete's senior year in high school, a prospective student-athlete identified as an elite senior in accordance with established policies and procedures may be represented by an NCAA-certified agent (see Bylaw 12.02.1.2). *(Adopted: 8/8/18 Applicability to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft., Revised: 6/12/19)*

**12.3.1.2.2 Enrolled Student-Athletes and Two-Year College Prospective Student-Athletes -- After Request for Evaluation From NBA Undergraduate Advisory Committee. [A]** In men's basketball, after the conclusion of the playing season, a student-athlete or a two-year college prospective student-athlete who has requested an evaluation from the NBA Undergraduate Advisory Committee may be represented by an NCAA-certified agent (see Bylaw 12.02.1.2). *(Adopted: 8/8/18)*

**12.3.1.2.3 Expenses From an NCAA-Certified Agent. [A]**

**12.3.1.2.3.1 Expenses Before Agreement. [A]** Before signing a written agreement with an NCAA-certified agent, a prospective student-athlete or student-athlete (and family members) who is eligible to be represented by an NCAA-certified agent may receive transportation and meals from an NCAA-certified agent in the locale where the prospective student-athlete or student-athlete is located (e.g., locale of home or institution) in conjunction with the process to select an agent. *(Adopted: 8/8/18 For an elite senior high school prospective student-athlete, effective date to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft. Expenses permissible after appropriate changes to the Uniform Athlete Agent Act, Revised Uniform Athlete Agent Act and relevant state laws.)*

**12.3.1.2.3.2 Expenses After Agreement. [A]** After signing a written agreement with an NCAA-certified agent, the agent may provide the prospective student-athlete or student-athlete (and family members) with transportation, lodging and meals associated with meeting with the agent or a professional team. *(Adopted: 8/8/18 For an elite senior high school prospective student-athlete, effective date to be determined after NBA and NBPA evaluation of, and determination permitting, the eligibility for high school students to enter the NBA draft. For an enrolled student-athlete or two-year college prospective student-athlete, effective immediately.)*

**12.3.1.2.4 No Missed Class Time. [A]** A prospective or enrolled student-athlete shall not miss class in conjunction with the agent selection process or to meet with an agent or professional team. *(Adopted: 8/8/18)*

**12.3.1.2.5 Written Agreement. [A]** An agreement between a prospective student-athlete or student-athlete and an NCAA-certified agent shall be in writing. An agreement that involves a prospective student-athlete shall be disclosed to the NCAA national office. An agreement that involves a student-athlete shall be disclosed to the student-athlete's institution. If a high school prospective student-athlete does not sign a contract with a professional team, the agreement must be terminated before full-time enrollment. If a student-athlete or two-year college prospective student-athlete does not sign a contract with a professional team, the agreement must be terminated before full-time enrollment in the ensuing regular academic term. *(Adopted: 8/8/18)*

**12.3.1.2.6 Compensation for Representation. [A]** A prospective student-athlete or student-athlete is not required to compensate an NCAA-certified agent for services provided. *(Adopted: 8/8/18)*

**12.3.1.3 Representation for Future Negotiations. [A]** An individual shall be ineligible per Bylaw 12.3.1 if the individual enters into an oral or written agreement with an agent for representation in future professional sports negotiations that are to take place after the individual has completed eligibility in that sport.

**12.3.1.4 Benefits from Prospective Agents. [A]** An individual shall be ineligible per Bylaw 12.3.1 if the individual (or family members or friends) accepts transportation or other benefits from: *(Revised: 1/14/97, 1/16/19)*

(a) Any person who represents any individual in the marketing of athletics ability. The receipt of such expenses constitutes compensation based on athletics skill and is an extra benefit not available to the student body in general; or

(b) An agent, even if the agent has indicated no interest in representing the student-athlete in the marketing of the student-athlete's athletics ability or reputation and does not represent individuals in the student-athlete's sport.

**12.3.1.5 Exception -- Career Counseling and Internship/Job Placement Services. [A]** A student-athlete may use career counseling and internship/job placement services available exclusively to student-athletes, provided the student-athlete is not placed in a position in which the student-athlete uses athletics ability. *(Adopted: 4/28/11)*

**12.3.2 Legal Counsel. [A]** Securing advice from a lawyer concerning a proposed professional sports contract shall not be considered contracting for representation by an agent under this rule, unless the lawyer also represents the individual in negotiations for such a contract.

**12.3.2.1 Presence of a Lawyer at Negotiations. [A]** A lawyer may not be present during discussions of a contract offer with a professional organization or have any direct contact (in person, by telephone or by mail) with a professional sports organization on behalf of the individual. A lawyer's presence during such discussions is considered representation by an agent.

**12.3.3 Athletics Scholarship Agent. [A]** Any individual, agency or organization that represents a prospective student-athlete for compensation in placing the prospective student-athlete in a collegiate institution as a recipient of institutional financial aid shall be considered an agent or organization marketing the individual's athletics ability or reputation.

**12.3.3.1 Talent Evaluation Services and Agents. [A]** A prospective student-athlete may allow a scouting service or agent to distribute personal information (e.g., high school academic and athletics records, physical statistics) to member institutions without jeopardizing athletics eligibility, provided the fee paid to such an agent is not based on placing the prospective student-athlete in a collegiate institution as a recipient of institutional financial aid.

**12.3.4 Professional Sports Counseling Panel. [A]** It is permissible for an authorized institutional professional sports counseling panel to: *(Adopted: 1/16/93, Revised: 1/11/94, 1/16/10)*

(a) Advise a student-athlete about a future professional career;

(b) Assist a student-athlete with arrangements for securing a loan for the purpose of purchasing insurance against a disabling injury or illness and with arrangements for purchasing such insurance;

(c) Review a proposed professional sports contract;

(d) Meet with the student-athlete and representatives of professional teams;

(e) Communicate directly with representatives of a professional athletics team to assist in securing a tryout with that team for a student-athlete;

(f) Assist the student-athlete in the selection of an agent by participating with the student-athlete in interviews of agents, by reviewing written information player agents send to the student-athlete and by having direct communication with those individuals who can comment about the abilities of an agent (e.g., other agents, a professional league's players association); and

(g) Visit with player agents or representatives of professional athletics teams to assist the student-athlete in determining market value (e.g., potential salary, draft status).

**12.3.4.1 Appointment by President or Chancellor. [A]** This panel shall consist of at least three persons appointed by the institution's president or chancellor (or a designated representative from outside the athletics department). *(Revised: 3/8/06)*

**12.3.4.2 Composition. [A]** The majority of panel members shall be full-time employees outside the institution's athletics department. No sports agent or any person employed by a sports agent or agency may be a member of the panel. All panel members shall be identified to the NCAA national office. *(Revised: 1/11/94, 1/10/05, 1/20/17 effective 8/1/17)*

## 12.4 Employment.

**12.4.1 Criteria Governing Compensation to Student-Athletes.** Compensation may be paid to a student-athlete: **[R]** *(Revised: 11/22/04, 4/19/19 for violations occurring on or after 4/19/19)*

(a) Only for work actually performed; and

(b) At a rate commensurate with the going rate in that locality for similar services.

**12.4.1.1 Athletics Reputation.** Such compensation may not include any remuneration for value or utility that the student-athlete may have for the employer because of the publicity, reputation, fame or personal following obtained because of athletics ability.

**12.4.2 Specific Athletically Related Employment Activities.**

**12.4.2.1 Fee-for-Lesson Instruction.** A student-athlete may receive compensation for teaching or coaching sport skills or techniques in the student-athlete's sport on a fee-for-lesson basis, provided: **[R]** *(Revised: 1/9/96 effective 8/1/96, 4/25/02 effective 8/1/02, 4/2/03 effective 8/1/03, 1/23/19)*

(a) Institutional facilities are not used;

(b) Playing lessons shall not be permitted;

(c) The compensation is paid by the lesson recipient (or the recipient's family member) and not another individual or entity;

(d) Instruction to each individual is comparable to the instruction that would be provided during a private lesson when the instruction involves more than one individual at a time; and

(e) The student-athlete's name, picture or appearance is not used to promote or advertise the availability of fee-for-lesson sessions.

**12.4.2.2 National Team Practice and Competition** A student-athlete may receive actual and necessary expenses and reasonable benefits associated with national team practice and competition (e.g., health insurance, broken-time payments). **[R]** *(Revised: 1/19/13 effective 8/1/13)*

**12.4.2.3 Athletics Equipment Sales.** A student-athlete may not be employed to sell equipment related to the student-athlete's sport if the student-athlete's name, picture or athletics reputation is used to advertise or promote the product, the job or the employer. If the student-athlete's name, picture or athletics reputation is not used for advertising or promotion, the student-athlete may be employed in a legitimate sales position, provided the student-athlete is reimbursed at an hourly rate or set salary in the same manner as any nonathlete salesperson. **[R]**

**12.4.2.4 Goodwill Tour Commissions.** A student-athlete representing the institution in a goodwill tour during summer months, in conjunction with the tour, may sell such items as jackets, blazers or similar institutional promotional items to booster groups or other friends of the institution on a salary, but not a commission, basis. **[R]**

**12.4.3 Camp/Clinic Employment, General Rule.** A student-athlete may be employed by the student-athlete's institution, by another institution, or by a private organization to work in a camp or clinic as a counselor, unless otherwise restricted by NCAA legislation (see Bylaw 13.12 for regulations relating to camps and clinics).

**12.4.4 Self-Employment. [A]** A student-athlete may establish a business, provided the student-athlete's name, photograph, appearance or athletics reputation is not used to promote the business. *(Adopted: 12/12/06)*

# 12.5 Promotional Activities.

### 12.5.1 Permissible.

**12.5.1.1 Institutional, Charitable, Educational or Nonprofit Promotions.** An institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a conference or a noninstitutional charitable, educational or nonprofit agency may use a student-athlete's name, picture or appearance to support its charitable or educational activities or to support activities considered incidental to the student-athlete's participation in intercollegiate athletics, provided the following conditions are met: *(Revised: 1/11/89, 1/10/91, 1/10/92, 1/16/93, 1/9/96, 11/12/97, 4/26/01, 4/28/05, 4/27/16 effective 8/1/06, 5/6/08, 4/28/16 effective 8/1/16)*

(a) The student-athlete's participation is subject to the limitations on participants in such activities as set forth in Bylaw 17;

(b) The specific activity or project in which the student-athlete participates does not involve co-sponsorship, advertisement or promotion by a commercial agency other than through the reproduction of the sponsoring company's officially registered regular trademark or logo on printed materials such as pictures, posters or calendars. The company's emblem, name, address, telephone number and website address may be included with the trademark or logo. Personal names, messages and slogans (other than an officially registered trademark) are prohibited;

(c) The name or picture of a student-athlete with remaining eligibility may not appear on an institution's printed promotional item (e.g., poster, calendar) that includes a reproduction of a product with which a commercial entity is associated if the commercial entity's officially registered regular trademark or logo also appears on the item;

(d) The student-athlete does not miss class;

(e) All moneys derived from the activity or project go directly to the institution, conference or the charitable, educational or nonprofit agency;

(f) The student-athlete may accept actual and necessary expenses from the institution, conference or the charitable, educational or nonprofit agency related to participation in such activity;

(g) The student-athlete's name, picture or appearance is not used to promote the commercial ventures of any nonprofit agency;

(h) Any commercial items with names, likenesses or pictures of multiple student-athletes (other than highlight films or media guides per Bylaw 12.5.1.7) may be sold only at the institution in which student-athletes are enrolled, the institution's conference, institutionally controlled (owned and operated) outlets or outlets controlled by the charitable, educational or nonprofit organization (e.g., location of the charitable or educational organization, site of charitable event during the event). Items that include an individual student-athlete's name, picture or likeness (e.g., name on

jersey, name or likeness on a bobble-head doll), other than informational items (e.g., media guide, schedule cards, institutional publications), may not be sold; and

(i) The student-athlete and an authorized representative of the charitable, educational or nonprofit agency affirm that the student-athlete's name, image or appearance is used in a manner consistent with the requirements of this section.

**12.5.1.1.1 Promotions Involving NCAA Championships, Events, Activities or Programs.** The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of an enrolled student-athlete to generally promote NCAA championships or other NCAA events, activities or programs. *(Adopted: 8/7/03)*

**12.5.1.1.2 Promotions Involving Commercial Locations/Sponsors.** An institution, a conference or a charitable, educational or nonprofit organization may use the appearance, name or picture of an enrolled student-athlete to promote generally its fundraising activities at the location of a commercial establishment, provided the commercial establishment is not a co-sponsor of the event and the student-athlete does not promote the sale of a commercial product in conjunction with the fundraising activity. A commercial establishment would become a co-sponsor if the commercial establishment either advertises the presence of the student-athlete at the commercial location or is involved directly or indirectly in promoting the activity. *(Adopted: 1/10/92)*

**12.5.1.1.3 Distribution of Institutional Items through Commercial Outlets.** An institution may distribute noncommercial items that include names or pictures of student-athletes (items not for sale) at commercial establishments, provided the institution generally distributes such items to other commercial establishments in the community and the distribution of the items does not require the recipient to make a purchase at the commercial establishment. *(Adopted: 1/16/93, Revised: 5/21/08)*

**12.5.1.1.4 Player/Trading Cards.** An institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a conference or a noninstitutional charitable, educational or nonprofit agency may distribute but may not sell player/trading cards that bear a student-athlete's name or picture. *(Adopted: 1/11/94 effective 8/1/94)*

**12.5.1.1.4.1 Exception -- Olympic, Paralympic or National Team.** A national governing body may sell player/trading cards that bear the name or picture of a student-athlete who is a member of the Olympic, Paralympic or national team in that sport, provided all of the funds generated through the sale of such cards are deposited directly with the applicable Olympic, Paralympic or national team. *(Adopted: 1/6/96, Revised: 1/22/20)*

**12.5.1.1.5 Schedule Cards.** An advertisement on an institution's wallet-size playing schedule that includes the name or picture of a student-athlete may include language other than the commercial product's name, trademark or logo, provided the commercial language does not appear on the same page as the picture of the student-athlete. **[D]** *(Adopted: 1/10/92, Revised: 1/14/08, 5/21/08)*

**12.5.1.1.6 Effect of Violations.** The following violations of Bylaw 12.5.1.1 shall be considered institutional violations; however, the student-athlete's eligibility shall not be affected: *(Adopted: 1/14/97, Revised: 4/26/07, 10/29/09, 4/28/16 effective 8/1/16)*

(a) An institution, without the student-athlete's knowledge or consent, uses or permits the use of the student-athlete's name or picture in a manner contrary to Bylaw 12.5.1.1; or

(b) A violation in which the only condition of the legislation not satisfied is the requirement that the student-athlete and an authorized representative of the charitable, educational or nonprofit agency affirm that the student-athlete's name, image or appearance is used in a manner consistent with the requirements of Bylaw 12.5.1.1, provided the affirmation would have been given if requested.

**12.5.1.2 U.S. Olympic and Paralympic Committee/National Governing Body Advertisement Prior to Collegiate Enrollment.** Prior to initial, full-time collegiate enrollment, an individual may receive payment for the display of athletics skill in a commercial advertisement, provided: *(Adopted: 1/11/94, Revised: 10/17/19)*

(a) The individual receives prior approval to appear in the advertisement from the U.S. Olympic and Paralympic Committee or the applicable national governing body;

(b) The U.S. Olympic and Paralympic Committee or national governing body approves of the content and the production of the advertisement;

(c) The individual forwards the payment to the U.S. Olympic and Paralympic Committee or national governing body for the general use of the organization(s); and

(d) The funds are not earmarked for the individual.

**12.5.1.3 Continuation of Modeling and Other Nonathletically Related Promotional Activities After Enrollment. [A]** If an individual accepts remuneration for or permits the use of the individual's name or picture to advertise or promote the sale or use of a commercial product or service prior to enrollment in a member institution, continued remuneration for the use of the individual's name or picture (under the same or similar circumstances) after enrollment is permitted without jeopardizing eligibility to participate in intercollegiate athletics only if all of the following conditions apply: *(Revised: 1/14/97, 3/10/04)*

(a) The individual's involvement in this type of activity was initiated before enrollment in a member institution;

(b) The individual became involved in such activities for reasons independent of athletics ability;

(c) No reference is made in these activities to the individual's name or involvement in intercollegiate athletics;

(d) The individual does not endorse the commercial product; and

(e) The individual's remuneration under such circumstances is at a rate commensurate with the individual's skills and experience as a model or performer and is not based in any way upon the individual's athletics ability or reputation.

**12.5.1.4 Congratulatory Advertisement.** It is permissible for a student-athlete's name or picture, or the group picture of an institution's athletics squad, to appear in an advertisement of a particular business, commercial product or service, provided: *(Revised: 11/1/07 effective 8/1/08, 5/21/08)*

(a) The primary purpose of the advertisement is to publicize the sponsor's congratulations to the student-athlete or team;

(b) The advertisement does not include a reproduction of the product with which the business is associated or any other item or description identifying the business or service other than its name or trademark;

(c) There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or service of the advertiser;

(d) The student-athlete has not signed a consent or release granting permission to use the student-athlete's name or picture in a manner inconsistent with the requirements of this section; and

(e) If the student-athlete has received a prize from a commercial sponsor in conjunction with participation in a promotional contest and the advertisement involves the announcement of receipt of the prize, the receipt of the prize is consistent with the provisions of Bylaw 12.5.2.3.3 and official interpretations.

**12.5.1.5 Educational Products Related to Sport-Skill Instruction.** It is permissible for a student-athlete's name or picture to appear in books, articles and other publications, films, videotapes, and other types of electronic reproduction related to sport-skill demonstration, analysis or instruction, provided: *(Revised: 1/9/06 effective 8/1/06, 1/23/19)*

(a) Such print and electronic media productions are for educational purposes;

(b) There is no indication that the student-athlete expressly or implicitly endorses a commercial product or service;

(c) The student-athlete does not receive, under any circumstances, any remuneration for such participation; however, the student-athlete may receive actual and necessary expenses related to participation; and

(d) The student-athlete has signed a release statement ensuring that the student-athlete's name or image is used in a manner consistent with the requirements of this section.

**12.5.1.6 Camps.** An institutional or privately owned camp may use a student-athlete's name, picture and institutional affiliation only in the camp counselor section in its camp brochure to identify the student-athlete as a staff member. A student-athlete's name or picture may not be used in any other way to directly advertise or promote the camp. **[D]** *(Revised: 4/26/01 effective 8/1/01, 4/17/02, 7/12/04, 1/9/06)*

**12.5.1.7 Promotion by Third Party of Highlight Video or Media Guide.** Any party other than the institution or a student-athlete (e.g., a distribution company) may sell and distribute an institutional highlight video or an institutional or conference media guide that contains the names and pictures of enrolled student-athletes only if: *(Revised: 1/16/93)*

(a) The institution specifically designates any agency that is authorized to receive orders for the video or media guide;

(b) Sales and distribution activities have the written approval of the institution's athletics director;

(c) The distribution company or a retail store is precluded from using the name or picture of an enrolled student-athlete in any poster or other advertisement to promote the sale or distribution of the video or media guide; and

(d) There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or service of the advertiser.

**12.5.1.8 Promotion of NCAA and Conference Championships.** The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of a student-athlete to generally promote NCAA championships. A student-athlete's name or picture may appear in a poster that promotes a

conference championship, provided the poster is produced by a member that hosts a portion of the championship or by the conference. *(Adopted: 1/11/89, Revised: 8/7/03)*

**12.5.1.9 Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade) and World University Championships.** A student-athlete's name or picture may be used to promote Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade) or World University Championships as specified in this section. *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 1/14/12, 1/22/20)*

**12.5.1.9.1 Sale and Distribution of Promotional Items.** Promotional items (e.g., posters, postcards, film, videotapes) bearing the name or picture of a student-athlete and related to these events may be sold or distributed by the national or international sports governing body sponsoring these events or its designated third-party distributors. It is not permissible for such organizations to sell player/trading cards that bear a student-athlete's name or picture, except as noted in Bylaw 12.5.1.1.4.1. Promotional items may include a corporate sponsor's trademark or logo but not a reproduction of the product with which the business is associated. The name or picture of the student-athlete may not be used by the distribution company or retail store on any advertisement to promote the sale or distribution of the commercial item. *(Adopted: 1/10/92, Revised: 1/16/93, 1/11/94 effective 8/1/94)*

**12.5.1.9.1.1 Corporate Sponsors.** A corporate sponsor may sell a promotional item related to these events that uses the name or picture of a team but not an individual student-athlete. *(Adopted: 1/10/92)*

**12.5.2 Nonpermissible.**

**12.5.2.1 Advertisements and Promotions After Becoming a Student-Athlete.** After becoming a student-athlete, a student-athlete shall not be eligible for participation in intercollegiate athletics if the student-athlete:

(a) Accepts any remuneration for or permits the use of the student-athlete's name or picture to advertise, recommend or promote directly the sale or use of a commercial product or service of any kind; or

(b) Receives remuneration for endorsing a commercial product or service through the student-athlete's use of such product or service.

**12.5.2.1.1 Exceptions.** The individual's eligibility will not be affected, provided the individual participated in such activities prior to enrollment and the individual:

(a) Meets the conditions set forth in Bylaw 12.5.1.3 that would permit continuation of such activities; or

(b) Takes appropriate steps upon becoming a student-athlete to retract permission for the use of the individual's name or picture and ceases receipt of any remuneration for such an arrangement.

**12.5.2.1.2 Improper Use of Student-Athlete's Name or Picture.** If an institution, without the student-athlete's knowledge or consent, uses or permits the use of the student-athlete's name or picture in a manner contrary to Bylaw 12.5.2.1, the violation shall be considered an institutional violation; however, the student-athlete's eligibility shall not be affected. *(Adopted: 1/11/97)*

**12.5.2.2 Use of a Student-Athlete's Name or Picture Without Knowledge or Permission.** If a student-athlete's name or picture appears on commercial items (e.g., T-shirts, sweatshirts, serving trays, playing cards, posters) or is used to promote a commercial product sold by an individual or agency without the student-athlete's knowledge or permission, the student-athlete (or the institution acting on behalf of the student-athlete) is required to take steps to stop such an activity in order to retain eligibility for intercollegiate athletics. Such steps are not required in cases in which a student-athlete's photograph is sold by an individual or agency (e.g., private photographer, news agency) for private use. *(Revised: 1/11/97, 5/12/05)*

**12.5.2.3 Specifically Restricted Activities.** A student-athlete's involvement in promotional activities specified in this section is prohibited.

**12.5.2.3.1 Name-the-Player Contest.** A student-athlete may not permit use of the student-athlete's name or picture in a "name-the-player" contest conducted by a commercial business for the purpose of promoting that business.

**12.5.2.3.2 Athletics Equipment Advertisement.** A student-athlete's name or picture may not be used by an athletics equipment company or manufacturer to publicize the fact that the institution's team uses its equipment.

**12.5.2.3.3 Promotional Contests.** Receipt of a prize for winning an institutional or noninstitutional promotional activity (e.g., making a half-court basketball shot, being involved in a money scramble) by a prospective student-athlete or student-athlete (or a family member) does not affect athletics eligibility, provided the prize is won through a random drawing in which all members of the general public or the student body are eligible to participate. *(Revised: 1/9/96 effective 8/1/96, 3/25/05, 6/12/07)*

**12.5.2.4 Other Promotional Activities.** A student-athlete may not participate in any promotional activity that is not permitted under Bylaw 12.5.1. *(Adopted: 11/1/01)*

**12.5.3 Media Activities.** A student-athlete may participate in media activities, including but not limited to, radio, television and internet-based programs (e.g., coaches' shows), and writing projects when the student-athlete's appearance or participation is related in any way to status as a student-athlete. The student-athlete shall not receive any remuneration for participation in the activity. The student-athlete shall not make any endorsement, expressed or implied, of any commercial product or service. The student-athlete may, however, receive actual and necessary expenses directly related to the appearance or participation in the activity. A student-athlete participating in such media activities may not miss class, except for class time missed in conjunction with away-from-home competition or to participate in an NCAA or conference-sponsored media activity. *(Revised: 1/16/93, 1/14/97, 1/9/06, 4/27/06, 1/20/17 effective 8/1/17)*

**12.5.4 Use of Commercial Trademarks or Logos on Equipment, Uniforms and Apparel.** A student-athlete may use athletics equipment or wear athletics apparel that bears the trademark or logo of an athletics equipment or apparel manufacturer or distributor in athletics competition and pre- and postgame activities (e.g., celebrations on the court, pre- or postgame press conferences), provided the following criteria are met. **[D]** *(Revised: 1/11/94, 1/10/95, 1/9/96 effective 8/1/96, 2/16/00, 5/27/11)*

(a) Athletics equipment (e.g., shoes, helmets, baseball bats and gloves, batting or golf gloves, hockey and lacrosse sticks, goggles and skis) shall bear only the manufacturer's normal label or trademark, as it is used on all such items for sale to the general public; and

(b) The student-athlete's institution's official uniform (including numbered racing bibs and warm-ups) and all other items of apparel (e.g., socks, head bands, T-shirts, wrist bands, visors or hats, swim caps and towels) shall bear only a single manufacturer's or distributor's normal label or trademark (regardless of the visibility of the label or trademark), not to exceed 2-1/4 square inches in area (rectangle, square, parallelogram) including any additional material (e.g., patch) surrounding the normal trademark or logo. The student-athlete's institution's official uniform and all other items of apparel shall not bear a design element similar to the manufacturer's trademark/logo that is in addition to another trademark/logo that is contrary to the size restriction.

**12.5.4.1 Laundry Label.** If an institution's uniform or any item of apparel worn by a student-athlete in competition contains washing instructions on the outside of the apparel on a patch that also includes the manufacturer's or distributor's logo or trademark, the entire patch must be contained within a four-sided geometrical figure (rectangle, square, parallelogram) that does not exceed 2-1/4 square inches. **[D]** *(Adopted: 1/10/95)*

**12.5.4.2 Pre- or Postgame Activities.** The restriction on the size of a manufacturer's or distributor's logo is applicable to all apparel worn by student-athletes during the conduct of the institution's competition, which includes any pre- or postgame activities (e.g., postgame celebrations on the court, pre- or postgame press conferences) involving student-athletes. **[D]** *(Adopted: 1/10/95)*

**12.5.4.3 Outside Team Uniforms and Apparel.** The provisions of Bylaw 12.5.4-(b) do not apply to the official uniforms and apparel worn by outside teams.

**12.5.4.4 Title-Sponsor Recognition.** Racing bibs and similar competition identification materials (e.g., bowl-game patches) worn by participants may include the name of the corporate sponsor of the competition, provided the involved commercial company is the sole title sponsor of the competition. **[D]**

# 12.6 Financial Donations From Outside Organizations.

## 12.6.1 Professional Sports Organizations.

**12.6.1.1 To Intercollegiate Event.** A professional sports organization may serve as a financial sponsor of an intercollegiate competition event, provided the organization is not publicly identified as such. A professional sports organization may serve as a financial sponsor of an activity or promotion that is ancillary to the competition event and may be publicly identified as such. **[D]** *(Adopted: 1/10/92, Revised: 8/5/04, 1/14/12)*

**12.6.1.2 Developmental Funds to NCAA.** A professional sports organization may provide funds for intercollegiate athletics developmental purposes in a particular sport (e.g., officiating expenses, research and educational projects, the conduct of summer leagues, purchase of equipment). However, such funds shall be provided in an unrestricted manner and administered through the Association's national office.

**12.6.1.3 To Institution, Permissible.** A member institution may receive funds from a professional sports organization, provided: *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/14/12, 4/17/12)*

(a) The money is placed in the institution's general fund and used for purposes other than athletics;

(b) The money is placed in the institution's general scholarship fund and commingled with funds for the assistance of all students generally;

(c) The money is received by the institution as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the institution's budget for the specific event, including ancillary activities and promotions; or

(d) The money is received by the institution as a result of a reciprocal contractual marketing relationship and is placed in the athletics department's budget for the specific purpose of marketing and promoting any institutionally sponsored sport other than football and men's basketball.

**12.6.1.4 To Conference, Permissible.** A member conference may receive funds from a professional sports organization, provided the money is received by the conference as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the conference's budget for the specific event, including ancillary activities and promotions. *(Adopted: 1/14/12)*

**12.6.1.5 To Institution, Nonpermissible.** A member institution shall not accept funds from a professional sports organization if:

(a) The funds are for the purpose of recognizing the development of a former student-athlete in a particular sport. The receipt of such funds by an institution would make additional money available that could benefit student-athletes and thus result in student-athletes indirectly receiving funds from a professional sports organization;

(b) The money, even though not earmarked by the donor, is received and credited to institutional funds for the financial assistance of student-athletes generally; or

(c) The money is placed in the institution's general fund and credited to the athletics department for an unspecified purpose.

**12.6.1.6 Revenues Derived from Pro-Am Events.** The distribution of revenues from an event involving an intercollegiate athletics team and a professional sports team (e.g., a baseball game in which a member institution's team plays against a professional baseball team) or pro-am event (e.g., golf, tennis) that results in a member institution's receiving a share of receipts from such a contest is permitted, provided the institution has a formal agreement with the professional sports team regarding the institution's guarantee or share of receipts and the contractual terms are consistent with agreements made by the professional team or individuals for similar intercollegiate or nonprofessional competition.

**12.6.1.7 Promotion of Professional Athletics Contests.** A member institution may host and promote an athletics contest between two professional teams from recognized professional sports leagues as a fundraising activity for the institution. *(Revised: 1/9/96 effective 8/1/96)*

**12.6.1.8 Reciprocal Marketing Agreements -- Sports Other Than Football and Men's Basketball.** In sports other than football and men's basketball, an institution's marketing department may enter into a reciprocal contractual relationship with a professional sports organization for the specific purpose of marketing and promoting an institutionally sponsored sport. *(Adopted: 4/29/04 effective 8/1/04, Revised: 2/17/12)*

## 12.6.2 Organizations (Nonprofessional Sports Organizations).

**12.6.2.1 Individual Athletics Performance.** A member institution shall not accept funds donated from a nonprofessional sports organization based on the place finish of a student-athlete or the number of student-athletes representing the institution in an event. However, the organization may donate an equal amount of funds to every institution with an athlete or team participating in a particular event.

**12.6.2.2 Individual and Team Rankings.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's national or regional ranking. *(Revised: 1/9/06 effective 8/1/06)*

**12.6.2.3 Academic Performance.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's academic performance (e.g., the number of Academic All-American award recipients).

# 12.7 Athletics Eligibility Requirements.

**12.7.1 Postseason and Regular-Season Competition.** To be eligible for regular-season competition, NCAA championships, and for postseason football bowl games, the student-athlete shall meet all eligibility requirements.

**12.7.1.1 Postseason Competition -- Midyear Enrollees -- Football. [FBS/FCS]** In football, a midyear enrollee (freshman or transfer) is not eligible to participate in postseason competition that occurs before or during the student-athlete's initial term of full-time enrollment at the institution. *(Adopted: 6/13/18)*

**12.7.2 Student-Athlete Statement.**

**12.7.2.1 Content and Purpose.** Prior to participation in intercollegiate competition each academic year, a student-athlete shall sign a statement in a form prescribed by the Legislative Committee in which the student-athlete submits information related to eligibility, recruitment, financial aid, amateur status, previous positive-drug tests administered by any other athletics organization and involvement in organized gambling activities related to intercollegiate or professional athletics competition under the Association's governing legislation. Failure to complete and sign the statement shall result in the student-athlete's ineligibility for participation in all intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight, and the student-athlete subsequently signs the form; however, the violation shall be considered an institutional violation per Bylaw 8.01.3. *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 2/19/97, 4/24/03, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**12.7.2.2 Administration.** The statement shall be administered to each student-athlete by the athletics director or the athletics director's designee prior to the student's participation in intercollegiate competition each academic year, and the statement shall be available for examination upon request by an authorized representative of the NCAA. *(Revised: 8/4/89, 1/9/06 effective 8/1/06, 7/30/10, 1/23/19)*

**12.7.2.3 Institutional Responsibility -- Notification of Positive Test.** The institution shall promptly notify the NCAA's chief medical officer, in writing, regarding a student-athlete's disclosure of a previous positive test for banned substances administered by any other athletics organization. *(Adopted: 1/14/97 effective 8/1/97, Revised: 7/31/14)*

**12.7.3 Drug-Testing Consent Form.**

**12.7.3.1 Content and Purpose.** Each academic year, a student-athlete shall sign a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Legislative Committee in which the student consents to be tested for the use of drugs prohibited by NCAA legislation. Failure to complete and sign the consent form prior to practice or competition, or before the Monday of the fourth week of classes (whichever occurs first) shall result in the student-athlete's ineligibility for participation (practice and competition) in all intercollegiate athletics. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/10/95 effective 8/1/95, 1/14/97, 4/24/03, 8/5/04, 11/1/07 effective 8/1/08, 7/30/10, 8/7/14, 10/4/17)*

**12.7.3.2 Administration.** The following procedures shall be used in administering the form (see Bylaw 20.2.4.9): *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/27/00, 7/30/10, 7/31/14, 1/23/19)*

(a) The consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee each academic year; and

(b) The athletics director or the athletics director's designee shall disseminate the list of banned drug classes to all student-athletes and educate them about products that might contain banned drugs. All student-athletes are to be notified that the list may change during the academic year, that updates may be found on the NCAA website (www.ncaa.org) and informed of the appropriate athletics department procedures for disseminating updates to the list; and

(c) The consent form shall be available for examination upon request by an authorized representative of the NCAA.

**12.7.3.3 Exception -- 14-Day Grace Period.** A student-athlete who is "trying out" for a team is not required to complete the form until 14 days from the first date the student-athlete engages in countable athletically related activities or before the student-athlete participates in a competition, whichever occurs earlier. *(Adopted: 4/27/06 effective 8/1/06, Revised: 7/31/14)*

**12.7.3.4 Effect of Violation.** A violation of Bylaw 12.7.3 or its subsections shall be considered institutional violations per Bylaw 8.01.3; however, a violation shall not affect the student-athlete's eligibility, provided the student-athlete signs the consent form. *(Revised: 4/28/05 effective 8/1/05, 7/30/10)*

**12.7.4 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.**

**12.7.4.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Legislative Committee in which the student-athlete authorizes/consents to the institution's physicians, athletics directors and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance Program (ISP), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/ consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**12.7.4.2 Administration.** The following procedures shall be used in administering the form: *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 7/30/10, 1/23/19)*

    (a) The authorization/consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year.

    (b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate.

**12.7.5 Eligibility Requirements for Male Students to Practice With Women's Teams.** A male student may engage in practice sessions with women's teams subject to the following conditions: *(Revised: 5/12/05, 5/29/08, 7/31/14, 4/26/17, 7/31/23)*

(a) A male student who practices with an institution's women's team must be verified as eligible for practice in accordance with Bylaw 14.2.1 and must have eligibility remaining under the five-year rule (see Bylaw 12.8.1);

(b) It is not permissible for an institution to provide a male student financial assistance in return for practicing with a women's team. A male student who is receiving financial aid or any compensation for serving in any position in the athletics department may not practice with a women's team. A male student-athlete who is a counter in a men's sport may not engage in practice sessions with an institution's women's team in any sport;

(c) It is not permissible for an institution to provide a male student housing and food to remain on campus during a vacation period to participate in practice sessions with a women's team;

(d) It is not permissible for a recruited male student-athlete who is serving an academic year of residence as a nonqualifier to participate in practice sessions with a women's team. A nonrecruited male student who is serving an academic year of residence as a nonqualifier may participate in practice sessions with a women's team;

(e) It is permissible for an institution to provide practice apparel to a male student for the purpose of practicing with a women's team; and

(f) A male student who practices with an institution's women's basketball team may participate in required summer athletic activities, provided the student was enrolled full time at the conclusion of the regular academic term (e.g., spring semester or quarter) immediately preceding the institution's summer term.

> **12.7.5.1 Travel Expenses In Conjunction With Away-From-Home Competition -- Women's Basketball.** A male student who regularly engages in practice sessions with an institution's women's basketball team may receive travel expenses to participate in practice sessions in conjunction with the institution's away-from-home competition. *(Adopted: 6/26/24)*

## 12.8 Seasons of Competition: Five-Year Rule.
A student-athlete shall not engage in more than four seasons of intercollegiate competition in any one sport (see Bylaws 12.02.6 and 14.3.3). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the individual completes all seasons of participation in all sports within the time periods specified below: *(Revised: 7/31/14)*

**12.8.1 Five-Year Rule.** A student-athlete shall complete the student-athlete's seasons of participation within five calendar years from the beginning of the semester or quarter in which the student-athlete first registered for a minimum full-time program of studies in a collegiate institution, with time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government being excepted. For international students, service in the armed forces or on an official religious mission of the student's home country is considered equivalent to such service in the United States. *(Revised: 4/2/10, 7/31/14)*

    **12.8.1.1 Determining the Start of the Five-Year Period.** For purposes of starting the count of time under the five-year rule, a student-athlete shall be considered registered at a collegiate institution (domestic or foreign; see Bylaw 14.02.4) when the student-athlete initially registers in a regular term (semester or quarter) of an academic year for a minimum full-time program of studies, as determined by the institution, and attends the student's first day of classes for that term (see Bylaw 12.8.2). *(Revised: 7/31/14)*

    **12.8.1.2 Service Exceptions to the Five-Year Rule.** Time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government is excepted from the application of the five-year rule. Among such services that qualify a student-athlete for an extension of the five-year rule are: *(Revised: 4/2/10, 7/31/14)*

    (a) Military Sea Transport Service;

    (b) Peace Corps; or

(c) Service as a conscientious objector ordered by the Selective Service Commission (or the equivalent authority in a foreign nation) in lieu of active military duty.

**12.8.1.2.1 Elapsed Time/Service to Enrollment.** If a student-athlete enrolls in a regular term of a collegiate institution at the first opportunity following completion of any one of the commitments described in the exceptions to this bylaw, the elapsed time (the exact number of calendar days) between completion of the commitment and the first opportunity for enrollment may be added to the exact number of days served on active duty in the armed services, with foreign aid services or on official religious missions and will not count toward the student-athlete's five years of eligibility. It is not permissible to extend the five-year period by any additional time beyond the first opportunity to enroll (the opening day of classes of the first regular term at the institution in which the student-athlete enrolls as a regular student immediately following the termination of the active-duty commitment). *(Revised: 4/2/10, 7/31/14)*

**12.8.1.2.2 Collegiate Enrollment Concurrent With Service Assignment.** Any time in which a student-athlete is enrolled for a minimum full-time load as a regular student in a collegiate institution while simultaneously on active duty in the U.S. military, on an official religious mission or with a recognized foreign aid service of the U.S. government shall count against the five calendar years in which the student-athlete's seasons of eligibility must be completed. *(Revised: 4/2/10, 7/31/14)*

**12.8.1.3 Academic Study Abroad Exception.** Time spent participating in a full-time study-abroad program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17)*

(a) The institution recognizes the student-athlete as a full-time student at the time of participation in the study-abroad program;

(b) At the time of participation in the study-abroad program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c) The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the study-abroad program;

(d) The student-athlete satisfactorily completes the study-abroad program; and

(e) The student-athlete earns a baccalaureate degree within five years or fewer.

**12.8.1.4 Internship or Cooperative Educational Work Experience Program Exception.** Time spent participating in a full-time internship or cooperative educational work experience program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17)*

(a) The institution recognizes the student-athlete as a full-time student at the time of participation in the internship or cooperative educational work experience program;

(b) At the time of participation in the internship or cooperative educational work experience program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c) The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the internship or cooperative educational work experience program;

(d) The student-athlete satisfactorily completes the internship or cooperative educational work experience program; and

(e) The student-athlete earns a baccalaureate degree within five years or fewer.

**12.8.1.5 Pregnancy Exception.** A member institution may approve a one-year extension of the five-year period of eligibility for a female student-athlete for reasons of pregnancy. *(Revised: 7/31/14)*

**12.8.1.6 Athletics Activity Waiver.** The Committee on Student-Athlete Reinstatement, or a committee designated by it, shall have the authority to waive this provision by a two-thirds majority of its members present and voting to permit student-athletes to participate in: *(Revised: 1/10/91, 1/9/96, 1/14/12, 7/31/14, 10/17/19, 1/22/20)*

(a) Official Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade), World University Championships, Olympic and Paralympic training, tryouts and competition;

(b) Officially recognized training and competition directly qualifying participants for final Olympic or Paralympic tryouts; or

(c) Official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or non-Paralympic sport, the equivalent organization of that sport).

**12.8.1.6.1 Junior Level Competition.** The athletics activity waiver does not apply to junior level training, tryouts or competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the training, tryouts or competition specified in Bylaw 12.8.1.6. *(Adopted: 2/17/17)*

**12.8.1.6.2 Athletics Activity Waiver Criteria.** Extensions of the five-year period of eligibility for student-athletes by the Committee on Student-Athlete Reinstatement, or its designated committee, shall be based on the following criteria: The member institution in which the student-athlete is enrolled must establish to the satisfaction of the Committee on Student-Athlete Reinstatement (by objective evidence) that the student-athlete was unable to participate in intercollegiate athletics as a result of participation in one of the activities listed in the above legislation for a specific period of time. Further, such an extension shall be limited to one time and for a period not to exceed one year per student-athlete, per sport. *(Revised: 8/11/98, 7/31/14)*

**12.8.1.7 Five-Year Rule Waiver.** The Committee on Student-Athlete Reinstatement, or its designated committee, by a two-thirds majority of its members present and voting, may approve waivers of the five-year rule as it deems appropriate. *(Revised: 7/30/10, 7/31/14)*

**12.8.1.7.1 Waiver Criteria.** A waiver of the five-year period of eligibility is designed to provide a student-athlete with the opportunity to participate in four seasons of intercollegiate competition within a five-year period. This waiver may be granted, based upon objective evidence under the following circumstances: *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 4/27/00, 7/30/10, 7/31/14, 4/25/18, 5/19/22 applicable to a student-athlete who qualifies for a waiver that would provide the opportunity to participate in four seasons of competition within a five-year period)*

(a) The student-athlete did not use a season of intercollegiate competition due to an institutional decision to redshirt the student-athlete; the student-athlete was listed on the institution's squad list and was eligible for competition during the segment of the season that concludes with the NCAA championship; and the student-athlete was deprived of the opportunity to participate in intercollegiate competition in one other season due to circumstances beyond the control of the student-athlete or institution. (The use of this provision is limited to one time in a student-athlete's period of eligibility); or

(b) The student-athlete is deprived of the opportunity to participate for more than one season in his or her sport within the five-year period of eligibility for reasons that are beyond the control of the student-athlete or the institution.

**12.8.1.7.1.1 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete or the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 8/12/97, 1/9/06, 7/30/10, 7/31/14)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation;

(c) Reliance by the student-athlete upon written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete or prospective student-athlete, which directly leads to that individual not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition;

(d) Natural disasters (e.g., earthquake, flood); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual upon whom the student-athlete is legally dependent, which prohibit the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent.

**12.8.1.7.1.2 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete or the institution and cause a participation opportunity to be used include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/9/96, 7/30/10, 7/31/14)*

(a) A student-athlete's decision to attend an institution that does not sponsor the student-athlete's sport, or decides not to participate at an institution that does sponsor the sport;

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, or disciplinary reasons or incarceration culminating in or resulting from a conviction;

(c) Reliance by a student-athlete upon misinformation from a coaching staff member;

(d) Redshirt year;

(e) Ineligibility to participate as a result of a transfer year of residence or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of the five-year period of eligibility.

**12.8.1.7.1.3 Circumstances of Extraordinary or Extreme Hardship.** The Committee on Student-Athlete Reinstatement reserves the right to review requests that do not meet the more-than-one-year criteria of this waiver for circumstances of extraordinary or extreme hardship. *(Revised: 4/25/18)*

**12.8.1.7.1.4 Practice While Waiver is Pending.** A student-athlete who has exhausted five years of eligibility may continue to practice (but not compete) for a maximum of 30 consecutive calendar days, provided the student-athlete's institution has submitted a waiver request. The student-athlete may not commence practice until the institution has filed such a request. Further, if such a request is denied prior to exhausting the 30-day practice period, the student-athlete must cease all practice activities upon the institution's notification of the denial. *(Revised: 4/25/18)*

## 12.8.2 Additional Applications of the Five-Year Rule.

**12.8.2.1 Athletics Competition.** Even though a student is enrolled for less than a minimum full-time program of studies at a collegiate institution, the student's five-year period of eligibility begins if the individual represents the institution in intercollegiate athletics. *(Revised: 7/31/14)*

**12.8.2.2 Nonrecognized College.** Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the five-year rule only if: *(Revised: 1/10/90, 8/8/02, 7/31/14)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**12.8.2.3 Joint College/High School Program.** A student-athlete's eligibility under the five-year rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for high school students in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not participate in intercollegiate athletics while enrolled in the joint program. *(Revised: 11/1/01 effective 8/1/02, 7/31/14)*

**12.8.2.4 Vocational Program.** A student-athlete's eligibility under the five-year rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics. *(Revised: 7/31/14)*

**12.8.2.5 Eligibility for Practice.** To be eligible to participate in organized practice sessions, a student-athlete shall have eligibility remaining under the five-year rule (see Bylaws 14.2.1.7 and 14.2.1.8). A student-athlete receiving institutional financial aid after having engaged in four seasons of intercollegiate competition in a sport may continue to take part in organized, institutional practice sessions in that sport without being a counter (see Bylaw 15.02.3). **[D]** *(Revised: 8/5/04, 7/31/14, 3/27/18)*

## 12.8.3 Criteria for Determining Season of Competition.

**12.8.3.1 Minimum Amount of Competition.** Any competition, regardless of time, during a season in an intercollegiate sport shall be counted as a season of competition in that sport, except as provided in Bylaws 12.8.3.1.1, 12.8.3.1.2, 12.8.3.1.3, 12.8.3.1.4, 12.8.3.1.5 and 12.8.3.1.6. This provision is applicable to intercollegiate athletics

competition conducted by a two-year or four-year collegiate institution at the varsity or subvarsity level. *(Revised: 1/11/94, 4/28/05 effective 8/1/05, 5/9/06, 1/16/10 effective 8/1/10, 7/31/14, 8/8/18 effective 8/1/18)*

**12.8.3.1.1 Two-Year College Scrimmages.** A two-year college prospective student-athlete may compete in a scrimmage as a member of a two-year college team without counting such competition as a season of competition, provided the competition meets all of the following conditions: *(Adopted: 1/11/94, Revised: 5/9/06, 7/31/14)*

(a) The scrimmage is approved by the two-year college;

(b) No official score is kept;

(c) No admission is charged;

(d) No official time is kept;

(e) The scrimmage is played prior to the two-year college's first regularly scheduled outside competition; and

(f) The prospective student-athlete participates in not more than two such scrimmages or dates of competition per academic year.

**12.8.3.1.2 Exception -- Nonchampionship Segment Competition -- Field Hockey, Men's Soccer, Women's Soccer, Women's Volleyball and Men's Water Polo.** In field hockey, men's soccer, women's soccer, women's volleyball and men's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete was academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 11/1/01, Revised: 8/8/02, 10/31/02, 5/9/06, 7/31/14)*

**12.8.3.1.3 Exception -- Nonchampionship Segment Competition -- Baseball, Women's Beach Volleyball, Lacrosse, Softball, Men's Volleyball and Women's Water Polo.** In baseball, women's beach volleyball, lacrosse, softball, men's volleyball and women's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete remains academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 6/28/17)*

**12.8.3.1.4 Preseason Exhibitions/Preseason Practice Scrimmages.** A student-athlete may compete in preseason exhibition contests and preseason practice scrimmages (as permitted in the particular sport per Bylaw 17) without counting such competition as a season of competition. *(Revised: 5/9/06, 7/31/14, 4/26/17)*

**12.8.3.1.5 Alumni Game, Fundraising Activity or Celebrity Sports Activity.** A student-athlete may engage in outside competition in either one alumni game, one fundraising activity or one celebrity sports activity during a season without counting such competition as a season of competition, provided the event is exempted from the institution's maximum number of contests or dates of competition as permitted in the particular sport per Bylaw 17. *(Adopted: 1/16/10 effective 8/1/10, Revised: 7/31/14)*

**12.8.3.1.6 Exception -- Football.** In football, a student-athlete representing a Division I institution may compete in up to four contests in a season without using a season of competition. *(Adopted: 8/8/18 effective 8/1/18 for competition that occurs on or after 8/1/18, Revised: 6/12/19)*

**12.8.3.1.7 Exception -- Men's Wrestling.** In men's wrestling, a student-athlete representing a Division I institution may compete in up to five dates of competition during the student-athlete's initial year of collegiate enrollment without using a season of competition. Competition in a conference championship tournament, the NCAA Division I Wrestling Championships, or any other season-ending championship event shall not be exempted from counting as a season of competition. *(Adopted: 6/30/22 effective 8/1/22)*

**12.8.3.2 Delayed Enrollment -- Seasons of Competition.**

**12.8.3.2.1 Sports Other Than Men's Ice Hockey, Skiing and Tennis.** In sports other than men's ice hockey, skiing and tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term during a one-year period (by October 1 or March 1 immediately after one year has elapsed) after the student-athlete's high school graduation date or the graduation date of the student-athlete's class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to a delayed enrollment condition based on the number of contests (or dates of competition) in which the student-athlete participated as a percentage of the maximum number of permissible contests (or dates of competition) in the sport per NCAA Bylaw 17 for each calendar year after the one-year period and prior to full-time collegiate enrollment in which the student-athlete has participated in organized competition per Bylaw 12.02.9. (See Figure 12-2.) *(Adopted: 1/9/96 effective 8/1/97, Revised: 4/29/04 effective 8/1/04,*

**12.8.3.2.1.1 Exception -- Transfer Student.** A student-athlete is not required to fulfill an academic year of residence before being eligible to represent the institution in intercollegiate competition, provided the student-athlete: *(Adopted: 1/23/19)*

(a) Attended a collegiate institution (or institutions) as a full-time student for at least two semesters or three quarters (excluding summer terms); and

(b) Satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit for each term of full-time attendance.

**12.8.3.2.1.2 Exception -- National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the one-year time period after the prospective student-athlete's high school graduation date or the graduation date of the prospective student-athlete's class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.8.3.2.1: *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18 applicable to a student-athlete who initially enrolls full time in a collegiate institution on or after 8/1/18, 10/17/19, 1/22/20)*

(a) Official Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships and established regional competition (e.g., North American Championships, European Championships) or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams);

(b) Officially recognized competition from which participants may be selected to a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships and established regional competition (e.g., North American Championships, European Championships) or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams) and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation).

**12.8.3.2.1.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.8.3.2.1. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.8.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19)*

**12.8.3.2.1.4 Track and Field and Cross Country.** A student-athlete who has participated in organized competition after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and prior to full-time collegiate enrollment during a cross country, indoor track and field, or outdoor track and field season (as opposed to general road racing events) shall be charged with a season of competition in the sport in which the student has participated for each calendar year after the one-year time period in which the student participated in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 7/31/14)*

**12.8.3.2.1.5 Road Racing.** A student-athlete who has participated in road racing activities after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and prior to full-time collegiate enrollment shall be charged with a season of competition in each of the sports of cross country, indoor track and field, outdoor track and field, and triathlon for each calendar year after the one-year time period in which the student-athlete participates in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 1/18/14 effective 8/1/14, 7/31/14)*

**12.8.3.2.2 Tennis.** In tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term within six months (by October 1 or March 1 immediately after six months have elapsed) after the student-athlete's high school graduation date or the graduation date of the student-athlete's class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International

Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to a delayed enrollment condition based on the number of dates of competition in which the student-athlete participated as a percentage of the maximum number of permissible dates of competition in the sport per NCAA Bylaw 17 for each calendar year after the six-month period and prior to full-time collegiate enrollment in which the student-athlete has participated in organized competition per Bylaw 12.02.9. (See Figure 12-2.) *(Adopted: 4/29/10 effective 8/1/12, Revised: 7/31/14, 4/26/23, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24)*

**12.8.3.2.2.1 Exception -- Transfer Student.** A student-athlete is not required to fulfill an academic year of residence before being eligible to represent the institution in intercollegiate competition, provided the student-athlete: *(Adopted: 1/23/19)*

(a) Attended a collegiate institution (or institutions) as a full-time student for at least two semesters or three quarters (excluding summer terms); and

(b) Satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit for each term of full-time attendance.

**12.8.3.2.2.2 Exception -- National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the six-month time period after the prospective student-athlete's high school graduation date or the graduation date of the prospective student-athlete's class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.8.3.2.2: *(Adopted: 1/15/11 effective 8/1/12, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18, 10/17/19, 1/22/20)*

(a) Official Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships competition or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams);

(b) Officially recognized competition from which participants may directly qualify for final tryouts for a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships or the junior level equivalent (e.g., Youth Olympic Games, U20 World Cup, junior national teams) and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation.)

**12.8.3.2.2.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.8.3.2.2. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll is exempt from the application of Bylaw 12.8.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19)*

**12.8.3.2.2.4 Matriculation After 20th Birthday -- Tennis.** In tennis, a student-athlete who is eligible under Bylaw 12.8.3.2.2, but who participates in organized tennis events after the student-athlete's 20th birthday and before full-time enrollment at the certifying institution shall be subject to a delayed enrollment condition based on the number of dates of competition in which the student-athlete participated as a percentage of the maximum number of permissible dates of competition in the sport per NCAA Bylaw 17. (See Figure 12-2.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 6/10/04, 7/31/14, 1/23/19, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24)*

**12.8.3.2.2.4.1 Exception -- Continuous Full-Time Enrollment.** A student-athlete who is eligible under Bylaw 12.8.3.2.2 and who maintained full-time enrollment in a collegiate institution during each regular academic term from initial full-time enrollment in a collegiate institution to initial full-time enrollment at the certifying institution is not subject to the application of Bylaw 12.8.3.2.2.4. *(Adopted: 4/25/18)*

**12.8.3.2.2.4.2 Exception -- Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships Participation.** Participation in the Olympic

Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships or the junior level equivalents (e.g., Youth Olympic Games, U20 World Cup, junior national teams) is exempt from the application of Bylaw 12.8.3.2.2.4. *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/14/12, 7/31/14, 4/25/18 effective 8/1/18 applicable to a student-athlete who initially enrolls full time in a collegiate institution on or after 8/1/18, 1/22/20)*

**12.8.3.2.2.4.3 Service Exceptions.** Participation in organized competition during time spent in the armed services, on an official religious mission or with a recognized foreign aid service of the U.S. government is exempt from the application of Bylaw 12.8.3.2.2. Additionally, if a student-athlete enrolls as a full-time student in a regular term of a collegiate institution at the first opportunity following completion of the service commitment, the period between completion of the service commitment and the first opportunity to enroll student is exempt from the application of Bylaw 12.8.3.2.1. *(Adopted: 4/25/18, Revised: 1/23/19, 6/12/19)*

**12.8.3.2.3 Low-level and Minimally Organized Participation.** A student-athlete may be granted relief from delayed enrollment conditions during the amateurism certification process for participation that meets the definition of organized competition (see Bylaw 12.02.9) but is determined to be low-level or minimally organized participation. *(Adopted: 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24)*

**12.8.3.3 Track and Field and Cross Country.** Cross country, indoor track and field, and outdoor track and field shall be considered separate sports. *(Revised: 1/10/90, 7/31/14)*

**12.8.3.4 Intercollegiate Competition.** A student-athlete is considered to have engaged in a season of intercollegiate competition when the student-athlete competes in an athletics event involving any one of the conditions characterizing intercollegiate competition (per Bylaw 12.02.6). *(Revised: 7/31/14)*

**12.8.3.5 Participation After 21st Birthday -- Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, any participation as an individual or a team representative in organized sports competition by a student during each 12-month period after the student's 21st birthday and prior to initial full-time enrollment in a collegiate institution shall result in a delayed enrollment condition based on the number of contests (or dates of competition) in which the student-athlete participated as a percentage of the maximum number of permissible contests (or dates of competition) in the sport per NCAA Bylaw 17. (See Figure 12-2.). Participation in organized competition during time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government shall be excepted. *(Revised: 1/10/90, 1/16/93, 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 6/10/04, 1/17/09 effective 8/1/10, 4/13/10 effective 8/1/11, 7/31/14, 4/25/18, 1/10/24 effective 8/1/24 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/24)*

**12.8.3.6 Foreign-Tour Competition.** A student-athlete who did not compete during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and prior to the start of the next academic year shall not be charged with a season of eligibility (see Bylaw 17.32.1.4). *(Revised: 8/11/98, 7/31/14)*

**12.8.3.7 Participation on an Institution's Club Team.** An individual is charged with a season of competition for participation in intercollegiate competition (see Bylaw 12.02.6) as a member of an institution's club team if that institution sponsored the sport as a varsity intercollegiate sport and as a club sport at the time of participation. *(Adopted: 6/24/09, Revised: 7/31/14)*

**12.8.4 Hardship Waiver.** A student-athlete may be granted an additional year of competition by the conference or the Committee on Student-Athlete Reinstatement for reasons of "hardship." Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions: *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 8/1/97, 4/26/01 effective 8/1/01, 11/1/01, 4/3/02, 8/8/02, 3/10/04, 5/11/05, 9/18/07, 11/1/07 effective 8/1/08, 4/24/08, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

(a) The incapacitating injury or illness occurs in one of the four seasons of intercollegiate competition at any two-year or four-year collegiate institutions or occurs after the first day of classes in the student-athlete's senior year in high school;

(b) The injury or illness occurs prior to the first contest or date of competition of the second half of the playing season that concludes with the NCAA championship in that sport and results in incapacity to compete for the remainder of that playing season; and

(c) The injury or illness occurs when the student-athlete has not participated in more than three contests or dates of competition or 30 percent of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition, whichever is greater.

**12.8.4.1 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences of the Association or, in the case of an independent member institution, by the Committee on Student-Athlete Reinstatement. *(Revised: 10/28/04, 4/20/09, 7/31/14)*

**12.8.4.1.1 Review of Denied Waiver.** A conference that denies an institution's hardship waiver may submit the waiver to the Committee on Student-Athlete Reinstatement. The committee shall have the authority to review and determine whether to approve the waiver based on circumstances that may warrant relief from the application of the legislated waiver criteria. *(Adopted: 4/20/09, Revised: 7/31/14)*

**12.8.4.2 Criteria for Administration of Hardship Waiver.**

**12.8.4.2.1 Nature of Injury/Illness.** It is not necessary for the incapacitating injury or illness to be the direct result of the student's participation in the institution's organized practice or game competition. *(Revised: 11/1/01, 7/31/14)*

**12.8.4.2.2 Medical Documentation.** Contemporaneous or other appropriate medical documentation, from a physician (a medical doctor) who administered care at the time of the injury or illness, that establishes the student-athlete's inability to compete as a result of that injury or illness shall be submitted with any hardship-waiver request. Documentation from an individual other than a physician (e.g., chiropractor, physical therapist) may only be used to support the physician's documentation. For a case involving a psychological or mental illness, the required contemporaneous or other appropriate medical documentation may be provided by an individual (e.g., psychiatrist, psychologist) who is qualified and licensed to diagnose and treat the particular illness. *(Adopted: 4/20/99, Revised: 2/22/01, 7/31/14, 10/17/19)*

**12.8.4.2.3 First Half and 30 Percent of Season Denominator.** The denominator used to determine the first half and 30 percent of a season is the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition (see Figure 12-1). *(Revised: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.3.1 Exception -- Indoor and Outdoor Track and Field.** For an institution that sponsors both indoor and outdoor track and field, the number of completed dates of competition, including postseason competition, in the applicable season (either indoor or outdoor) is used to determine the first half and 30 percent of the season. For an institution that sponsors only indoor or outdoor track and field (but not both), the maximum number of dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 plus one date of competition is used to determine the first half and 30 percent of the season. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.3.2 Fraction in the First-Half-of-Season Computation.** A computation of the first-half-of-season that results in a fractional portion of a contest or date of competition shall be rounded up to the next whole number. The first contest or date of competition immediately following the rounded value is the first contest or date of competition in the second half of the season (see Figure 12-1). *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.3.3 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 30-percent of a 29-game basketball schedule -- 8.7 games -- shall be considered nine games). *(Revised: 1/14/97 effective 8/1/97, 4/26/07, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.4 Playing Season that Concludes with the NCAA Championship.** In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., golf, ice hockey), completed competition for the entire season (e.g., nonchampionship and championship segments) shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. In sports in which the playing season may be divided into two segments, but championship selection is based on competition during only one segment of the season (e.g., baseball, soccer), completed competition for only the championship segment shall be used when identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated. *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.5 Exclusions from the First Half and 30 Percent of Season.** In identifying the first contest or date of competition in the second half of the season and the number of contests or dates of competition in which the student-athlete has participated, the following competitions shall be excluded: *(Adopted: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

(a) Preseason exhibition contests and preseason practice scrimmages that do not count toward the use of a season of competition per Bylaw 12.8.3.1.4; and

(b) Annual exemptions (e.g., alumni game, foreign team in the United States) as specified in Bylaw 17 for the applicable sport, except for a conference championship and other postseason competition.

**12.8.4.2.6 Reinjury in Second Half of Season.** A student-athlete who suffers an injury in the first half of the season that concludes with the NCAA championship or who suffers an injury after the first day of classes in the student-athlete's senior year of high school, attempts to return to competition during the second half of that season and then is unable to participate further as a result of aggravating the original injury does not qualify for the hardship waiver. *(Revised: 11/1/01, 8/8/02, 7/31/14)*

**12.8.4.2.7 Outside Competition in Second Half of Season.** An individual who engages in outside competition during the second half of the institution's playing season that concludes with the NCAA championship, including competition while not representing the institution, does not qualify for a hardship waiver. *(Adopted: 10/17/19, Revised: 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.4.2.8 Transfer Student-Athletes.** The application of the hardship legislation for a transfer student-athlete may be based on the method that would be most beneficial to the student-athlete (the rule applicable to the division in which the injury or illness occurred or the Division I rule). The application of a particular division's legislation must include all the applicable elements of that division's legislation. It is not permissible to use selected elements of the legislation of more than one division. *(Adopted: 11/12/97, Revised: 4/26/01 effective 8/1/01, 9/17/09, 7/31/14)*

**12.8.4.2.9 Foreign-Tour Competition.** A student-athlete who qualifies for a hardship for the previous academic year would not use a season of competition if the student-athlete represents the institution on a certified foreign tour during the summer-vacation period at the conclusion of that academic year. *(Adopted: 1/10/92, Revised: 4/26/01, 7/31/14)*

**12.8.5 Season-of-Competition Waiver -- Competition While Ineligible.** In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 12.12, a student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement when the student-athlete participated in a limited amount of competition as a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority; or the student-athlete's good-faith, erroneous reliance on a coaching staff member's decision to put the student-athlete into competition prior to the coaching staff member receiving a formal declaration of the student-athlete's eligibility from the institution's appropriate certifying authority. The competition must have occurred under all of the following conditions: *(Adopted: 1/16/93, Revised: 1/14/97 effective 8/1/97, 4/20/99, 4/25/02 effective 8/1/02, 8/4/05, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

(a) The competition occurred while the student-athlete was representing an NCAA member institution;

(b) The competition occurred within 60 days of the date the student-athlete first reported for athletics participation;

(c) The student-athlete did not participate in more than two events or 10 percent (whichever number is greater) of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition. All competition against outside participants that triggers the use of a season of competition shall be countable under this limitation in determining the number of events in which the student-athlete participated;

(d) The student-athlete was involved innocently and inadvertently in the erroneous determination or declaration of eligibility, which permitted the student-athlete to compete while ineligible; and

(e) In the case of a coaching staff member's erroneous decision, the student-athlete had reason to believe the student-athlete would be eligible to participate, and the student-athlete did not contribute to the coaching staff member's erroneous decision to allow the student-athlete to participate.

**12.8.5.1 Ten Percent Calculation.** The requirements specified in Bylaw 12.8.4.2.3 shall apply to the 10 percent calculation specified in this waiver. *(Adopted: 1/16/93, Revised: 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.6 Season-of-Competition Waiver -- Competition While Eligible.** A student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement in a case in which the student-athlete participated in a limited amount of competition while eligible due to a coach's documented misunderstanding of the legislation or other extenuating circumstances. In cases in which a student-athlete does not meet the criteria of this waiver, the Committee on Student-Athlete Reinstatement shall have authority to review and grant a waiver based on additional documented extenuating circumstances. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14)*

**12.8.6.1 Coach's Documented Misunderstanding.** The student-athlete participated as a result of good faith, reliance on a coaching staff member's decision to put the student-athlete in an alumni contest, exhibition contests, scrimmages, or nonchampionship segment contests based on the coach's documented misunderstanding of NCAA legislation and the competition occurred under the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

(a) The competition occurred while the student-athlete was representing an NCAA institution;

(b) The competition occurred prior to the completion of the first 20 percent of the playing season that concludes with the NCAA championship in that sport; and

(c) The student-athlete did not compete in more than two events or 10 percent (whichever number is greater) of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition. All competition against outside participants that triggers the use of a season of competition shall be countable under this limitation in determining the number of events in which the student-athlete participated.

**12.8.6.1.1 Percent Calculation.** The requirements specified in Bylaw 12.8.4.2.3 shall apply to the percent calculation specified in this waiver. *(Adopted: 10/20/04, Revised: 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

**12.8.6.2 Extenuating Circumstances.** Extenuating circumstances include, but are not limited to, the following: *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14)*

(a) The student-athlete failed to complete the entire season of competition at the institution as a result of a life-threatening injury or illness suffered by a member of the student-athlete's immediate family, that clearly is supported by contemporaneous medical documentation;

(b) The student-athlete failed to complete the entire season of competition at the institution as a result of extreme financial difficulties as a result of a specific event (e.g., layoff, death in family) experienced by the student-athlete or an individual upon whom the student-athlete is legally dependent and prohibited the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent;

(c) The student-athlete's institution dropped the sport (in which the student practiced or competed) from its intercollegiate program.

**12.8.6.2.1 Conditions of Competition.** The competition must have occurred under all of the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 1/14/08 effective 8/1/04, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

(a) The competition occurred prior to the first contest or date of competition of the second half of the playing season that concludes with the NCAA championship in the sport; and

(b) The student-athlete did not compete in more than three contests or dates of competition or 30 percent of the maximum number of contests or dates of competition of the playing season that concludes with the NCAA championship as set forth in Bylaw 17 for the applicable sport plus one contest or date of competition, whichever is greater.

**12.8.6.2.1.1 Percent Calculation.** The requirements specified in Bylaws 12.8.4.2.3, 12.8.4.2.4 and 12.8.4.2.5 shall apply to the percent calculation specified in this waiver. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 1/14/08, 7/31/14, 6/30/22 effective 8/1/22 for injuries and illnesses occurring on or after 8/1/22)*

# 12.9 U.S. Service Academy Exceptions, Special Eligibility Provisions.

**12.9.1 Five-Year Rule.** The Committee on Student-Athlete Reinstatement, by a two-thirds majority of its members present and voting, may approve waivers to the five-year rule (see Bylaw 12.8) for student-athletes of the national service academies who have exhausted eligibility in one sport but wish to compete in another sport or sports in which they have eligibility remaining. *(Revised: 4/24/03 effective 8/1/03, 7/31/14)*

**12.9.2 Transfer Status.** A student who has attended as a freshman (plebe) only in the official summer-enrollment program of one of the four national service academies is not considered a transfer in the application of the transfer regulations of Bylaw 14.5. *(Revised: 7/31/14)*

# 12.10 Certification of Eligibility.

**12.10.1 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur prior to allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). A violation of this bylaw in which the institution fails to certify a student-athlete's eligibility prior to allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 3/8/06, 1/14/08, 7/31/14)*

**12.10.2 Squad-List Form.** The institution's athletics director shall compile on a form approved by the Legislative Committee a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the designated categories. A student-athlete's name must be on the official institutional form in order for the student to be eligible to represent the institution in intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight and the student-athlete is subsequently added to the form; however, the violation shall be considered an institutional violation per Bylaw 8.01.3. (See Bylaw 15.5.11 for details about the administration of the squad list.) *(Revised: 1/14/97, 11/1/07 effective 8/1/08, 7/31/14, 8/7/14, 10/4/17)*

# 12.11 Ineligibility.

**12.11.1 Obligation of Member Institution to Withhold Student-Athlete From Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations of the Association, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 12.12 if it concludes that the circumstances warrant restoration. *(Revised: 7/31/14)*

**12.11.2 Ineligibility Resulting From Recruiting Violation.** An institution shall not enter a student-athlete (as an individual or as a member of a team) in any intercollegiate competition if it is acknowledged by the institution or established through the Association's infractions process that the institution or a representative of its athletics interests violated the Association's legislation in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 12.12 if it concludes that circumstances warrant restoration. *(Revised: 7/31/14)*

**12.11.2.1 Payment of Legal Fees During Appeal. [A]** An institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete either has signed a National Letter of Intent with the institution or (if the institution is not a subscribing member of the National Letter of Intent program) the prospective student-athlete has been accepted for enrollment by the institution and has provided written confirmation of intent to enroll at the institution. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). *(Revised: 7/31/14)*

**12.11.3 Application of Ineligibility Ruling Pending Appeal.** Once an interpretation (per Bylaw 9.3.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Bylaw 9.3.1.2.1.1 or 9.3.1.2.2) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership. *(Revised: 12/22/08, 7/31/14)*

**12.11.4 Ineligible Participation.**

**12.11.4.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport if the student-athlete participates in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility if it concludes that the circumstances warrant restoration (see Bylaw 12.12). *(Revised: 7/31/14)*

**12.11.4.2 Restitution.** If a student-athlete who is ineligible under the terms of the bylaws or other legislation of the Association is permitted to participate in intercollegiate competition contrary to such NCAA legislation but in accordance with the terms of a court restraining order or injunction operative against the institution attended by such student-athlete or against the Association, or both, and said injunction is voluntarily vacated, stayed or reversed or it is finally determined by the courts that injunctive relief is not or was not justified, the Board of Directors may take any one or more of the

following actions against such institution in the interest of restitution and fairness to competing institutions: *(Revised: 4/26/01 effective 8/1/01, 11/1/07 effective 8/1/08, 8/1/22, 8/31/22 effective 1/1/23)*

(a) Require that individual records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(b) Require that team records and performances achieved during participation by such ineligible student-athlete shall be vacated or stricken;

(c) Require that team victories achieved during participation by such ineligible student-athlete shall be abrogated and the games or events forfeited to the opposing institutions;

(d) Require that individual awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(e) Require that team awards earned during participation by such ineligible student-athlete shall be returned to the Association, the sponsor or the competing institution supplying same;

(f) Determine that the institution is ineligible for one or more NCAA championships in the sports and in the seasons in which such ineligible student-athlete participated;

(g) Determine that the institution is ineligible for invitational and postseason meets and tournaments in the sports and in the seasons in which such ineligible student-athlete participated;

(h) Require that the institution shall remit to the NCAA the institution's share of television receipts (other than the portion shared with other conference members) for appearing on any live television series or program if such ineligible student-athlete participates in a contest selected for such telecast, or if the Board of Directors concludes that the institution would not have been selected for such telecast but for the participation of such ineligible student-athlete during the season of the telecast; any such funds thus remitted shall be devoted to the NCAA postgraduate scholarship program; and

(i) Require that the institution that has been represented in an NCAA championship by such a student-athlete shall be assessed a financial penalty as determined by the Committee on Infractions.

## 12.12 Restoration of Eligibility.

**12.12.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under any applicable provision of the constitution, bylaws or other regulations of the Association, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility.

**12.12.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student. *(Revised: 1/11/94, 3/8/06, 7/31/14)*

**12.12.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for the student-athlete's involvement in a violation of NCAA regulations (as defined by Bylaw 19), and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in any violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons.

**FIGURE 12-1**
**Hardship Waiver Criteria**
***For injuries and illnesses occurring on or after August 1, 2022***

Use the figure below to identify the values for first half and 30 percent of the season for the applicable sport. Then apply the values to the institution's completed schedule for the playing season that concludes with the NCAA championship[1] as follows:

1.   When counting on the schedule to identify the first contest in the second half of the season, exclude the following:

    a.   Preseason exhibition contests and preseason practice scrimmages that do not count towards use of a season of competition per Bylaw 12.8.3.1.4; and

    b.   Bylaw 17 annual exemptions (e.g., alumni game, foreign team in the United States) except for the conference championship and other postseason competition which must be counted.

2.   When counting the number of contests or dates of competition in which the student-athlete has participated, exclude the following:

    a.   Preseason exhibition contests and preseason practice scrimmages that do not count toward use of a season of competition per Bylaw 12.8.3.1.4; and

    b.   Bylaw 17 annual exemptions (e.g., alumni game, foreign team in the United States) except for the conference championship and other postseason competition which must be counted.

3.   Please note, an individual who engages in outside competition during the second half of the playing season that concludes with the NCAA championship, including competition while not representing the institution (e.g., unattached), does not qualify for a hardship waiver per Bylaw 12.8.4.2.7.

| Sport | Denominator[2] | 30 Percent of Denominator | First Half of Playing Season |
|---|---|---|---|
| Acrobatics and Tumbling | 13 | 4 | Before the start of the 8th date of competition |
| Baseball | 57 | 18 | Before the start of the 30th contest |
| Basketball | No QRSMTE = 30 With QRSMTE = 32 | No QRSMTE = 9 With QRSMTE = 10 | No QRSMTE = Before the start of the 16th contest With QRSMTE = Before the start of the 17th contest |
| Beach Volleyball | 17 | 6 | Before the start of the 10th date of competition |
| Bowling, Women's | 33 | 10 | Before the start of the 18th date of competition |
| Cross Country | 8 | 3 | Before the start of the 5th date of competition |
| Equestrian, Women's | 16 | 5 | Before the start of the 9th date of competition |
| Fencing | 12 | 4 | Before the start of the 7th date of competition |
| Field Hockey | 21 | 7 | Before the start of the 12th contest |
| FBS Football[3] | 13 | 4 | Before the start of the 8th contest |
| FCS Football[3,4] | 12 or 13 | 4 | Before the start of the 7th or 8th contest |
| Golf | 25 | 8 | Before the start of the 14th date of competition |
| Gymnastics | 14 | 5 | Before the start of the 8th date of competition |
| Ice Hockey | 35 | 11 | Before the start of the 19th contest |
| Lacrosse, Men's | 18 | 6 | Before the start of the 10th date of competition |
| Lacrosse, Women's | 18 | 6 | Before the start of the 10th contest |
| Rifle | 14 | 5 | Before the start of the 8th date of competition |
| Rowing, Women's | 21 | 7 | Before the start of the 12th contest |

Case 5:25-cv-00098-D     Document 1-2     Filed 02/21/25     Page 79 of 443

| | | | |
|---|---|---|---|
| Rugby, Women's | 17 | 6 | Before the start of the 10th contest |
| Skiing | | | |
|     Alpine | 33 | 10 | Before the start of the 18th date of competition |
|     Nordic | 33 | 10 | Before the start of the 18th date of competition |
| Soccer | 21 | 7 | Before the start of the 12th contest |
| Softball | 57 | 18 | Before the start of the 30th contest |
| Stunt, Women's | 17 | 6 | Before the start of the 10th date of competition |
| Swimming and Diving | 21 | 7 | Before the start of the 12th date of competition |
| Tennis | 26 | 8 | Before the start of the 14th date of competition |
| Track and Field (Indoor/Outdoor) | Completed dates of competition[5] | Will vary[5] | Based on the institution's completed dates of competition.[5] |
| Track and Field (Indoor Only) | 19 | 6 | Before the start of the 11th date of competition |
| Track and Field (Outdoor Only) | 19 | 6 | Before the start of the 11th date of competition |
| Triathlon, Women's | 7 | 3 | Before the start of the 5th date of competition |
| Volleyball, Men's | 29 | 9 | Before the start of the 16th date of competition |
| Volleyball, Women's | 33 | 10 | Before the start of the 18th contest |
| Water Polo | 22 | 7 | Before the start of the 13th contest |
| Wrestling | 17 | 6 | Before the start of the 10th date of competition |

[1] Nonchampionship segment competition is not considered for purposes of hardship waiver eligibility.
[2] Bylaw 17 maximum for the sport plus one pursuant to Bylaw 12.8.4.2.3.
[3] A Division I football student-athlete may compete in up to four contests without using a season of competition.
[4] See Bylaw 17.11.6.1 to determine appropriate standard denominator based on application of maximum limitations legislation.
[5] See Bylaw 12.8.4.2.3.1 for additional information regarding the first half and 30 percent of season calculations for indoor and outdoor track and field.

# FIGURE 12-2 Delayed Enrollment Conditions

| Sport | Max | Contests 20% | Contests 50% | Dates of Competition 20% | Dates of Competition 50% |
|---|---|---|---|---|---|
| Acrobatics and Tumbling | 12 | | | 3 | 6 |
| Baseball | 56 | 12 | 28 | | |
| Basketball | 29 | 6 | 15 | | |
| Bowling, Women's | 32 | | | 7 | 16 |
| Cross Country | 7 | | | 2 | 4 |
| Equestrian, Women's | 15 | | | 3 | 8 |
| Fencing | 11 | | | 3 | 6 |
| Field Hockey | 20 | 4 | 10 | | |
| Football | | | | | |
|     FBS | 12 | 3 | 6 | | |
|     FCS | 11 | 3 | 6 | | |
| Golf | 24 | | | 5 | 12 |
| Gymnastics | 13 | | | 3 | 7 |
| Ice Hockey | 34 | 7 | 17 | | |
| Lacrosse | 17 | | | 4 | 9 |
| Rifle | 13 | | | 3 | 7 |
| Rowing, Women's | 20 | | | 4 | 10 |
| Rugby, Women's | 11 | 3 | 6 | | |
| Beach Volleyball, Women's | 16 | | | 4 | 8 |
| Skiing | 32 | | | 7 | 16 |
| Soccer | 20 | 4 | 10 | | |
| Softball | 56 | 12 | 28 | | |
| Stunt | 16 | | | 4 | 8 |
| Swimming and Diving | 20 | | | 4 | 10 |
| Tennis | 25 | | | 5 | 13 |
| Track and Field | | | | | |
|     Indoor | 9 | | | 2 | 5 |
|     Outdoor | 9 | | | 2 | 5 |
| Triathlon, Women's | 6 | | | 2 | 3 |
| Volleyball, Men's | 28 | | | 6 | 14 |
| Volleyball, Women's | 32 | 7 | 16 | | |
| Water Polo | 21 | | | 5 | 11 |
| Wrestling | 16 | | | 4 | 8 |

| Percentage of Maximum Number of Contests/Dates of Competition | | |
|---|---|---|
| (Applied to each 12-month period after the legislated grace period and before initial full-time collegiate enrollment, or for purposes of Bylaw 12.8.3.2.2.4, initial full-time enrollment at the certifying institution.) | | |
| ≤20% | >20% and ≤ to 50% | >50% |
| Apply a one-for-one withholding condition when the student-athlete competed in 20% or less of the maximum number of contests or dates of competition. | Charge one season of competition when the student-athlete competed in greater than 20% and less than or equal to 50% of the maximum number of contests or dates of competition. | Require an academic year of residence and charge one season of competition when the student-athlete competed in greater than 50% of the maximum number of contests or dates of competition. (See note.) |

**Note**: The academic year of residence does not apply to Bylaw 12.8.3.5 (participation after 21st birthday – men's ice hockey and skiing) or to student-athletes who meet the exception in Bylaw 12.8.3.2.2.4-b (matriculation after 20th birthday – tennis). Further, relief of the academic year of residence will not be provided if the individual engaged in more than 50% of the maximum number of contests (dates of competition) in the applicable sport during any 12-month period of the delay.

# Recruiting

## 13.01 General Principles.

**13.01.1 Eligibility Effects of Recruiting Violation.** The recruitment of a student-athlete by a member institution or any representative of its athletics interests in violation of the Association's legislation, as acknowledged by the institution or established through the Association's infractions process, shall result in the student-athlete becoming ineligible to represent that institution in intercollegiate athletics. The Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such a violation only when circumstances clearly warrant restoration. A student is responsible for the student's involvement in a violation of NCAA regulations during the student's recruitment, and involvement in a Level I or Level II violation (see Bylaws 19.1.2 and 19.1.3) may cause the student to become permanently ineligible for intercollegiate athletics competition at that institution. *(Revised: 7/31/14)*

**13.01.2 Institutional Responsibility in Recruitment.** A member of an institution's athletics staff or a representative of its athletics interests shall not recruit a prospective student-athlete except as permitted by this Association, the institution and the member conference, if any.

**13.01.3 Additional Recruiting Restrictions.** The Committee on Academics shall have the authority to determine the circumstances that would require an institution or team that fails to satisfy the academic performance program to apply additional recruiting restrictions. The Committee on Academics shall establish and annually publish to the membership such circumstances under which the additional restrictions apply (see Bylaw 14.8). *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/7/14)*

## 13.02 Definitions and Applications.

**13.02.1 Business Day.** A business day is any weekday that is not recognized as a national holiday, including any weekday during which an institution is closed for other reasons (e.g., holiday break). *(Adopted: 4/29/10 effective 8/1/10)*

**13.02.2 Camps.**

**13.02.2.1 Diversified Sports Camp.** A diversified sports camp is a camp that offers a balanced camping experience, including participation in seasonal summer sports and recreational activities, without emphasis on instruction, practice or competition in any particular sport.

**13.02.2.2 Specialized Sports Camp.** A specialized sports camp is a camp that places special emphasis on a particular sport or sports and provides specialized instruction.

**13.02.3 Competition Site.** The "competition site" is the facility in which athletics competition is actually conducted, including any dressing room or meeting facility used in conjunction with the competition.

**13.02.4 Contact.** A contact is any face-to-face encounter between a prospective student-athlete or the prospective student-athlete's family members and an institutional staff member or athletics representative during which any dialogue occurs in excess of an exchange of a greeting. Any such face-to-face encounter that is prearranged (e.g., staff member takes a position in a location where contact is possible) or that takes place on the grounds of the prospective student-athlete's educational institution or at the site of organized competition or practice involving the prospective student-athlete or the prospective student-athlete's high school, preparatory school, two-year college or all-star team shall be considered a contact, regardless of whether any conversation occurs. However, an institutional staff member or athletics representative who is approached by a prospective student-athlete or the prospective student-athlete's family members at any location shall not use a contact, provided the encounter was not prearranged and the staff member or athletics representative does not engage in any dialogue in excess of a greeting and takes appropriate steps to immediately terminate the encounter. *(Revised: 1/11/94 effective 8/1/94, 4/25/18)*

**13.02.5 Periods of Recruiting Activities.**

**13.02.5.1 Contact Period.** A contact period is a period of time when it is permissible for authorized athletics department staff members to make in-person, off-campus recruiting contacts and evaluations. **[D]**

**13.02.5.2 Evaluation Period.** An evaluation period is a period of time when it is permissible for authorized athletics department staff members to be involved in off-campus activities designed to assess the academic qualifications and playing ability of prospective student-athletes. No in-person, off-campus recruiting contacts shall be made with the prospective student-athlete during an evaluation period. **[D]** *(Revised: 10/30/14)*

**13.02.5.3 Recruiting Period -- Men's Basketball.** In men's basketball, a recruiting period is a period of time when it is permissible for authorized athletics department staff members to make in-person, off-campus recruiting contacts and evaluations. **[D]** *(Adopted: 10/27/11 effective 8/1/12)*

**13.02.5.4 Quiet Period.** A quiet period is a period of time when it is permissible to make in-person recruiting contacts only on the institution's campus. No in-person, off-campus recruiting contacts or evaluations may be made during the quiet period. **[D]** *(Revised: 10/30/14)*

    **13.02.5.4.1 Exception -- Women's Volleyball.** In women's volleyball, an institutional coaching staff member may have incidental contact with a two-year college prospective student-athlete who is attending and being honored at the annual American Volleyball Coaches Association (AVCA) awards banquet, provided no recruiting conversation occurs. **[D]** *(Adopted: 7/27/21)*

**13.02.5.5 Dead Period.** A dead period is a period of time when it is not permissible to make in-person recruiting contacts or evaluations on or off the institution's campus or to permit official or unofficial visits by prospective student-athletes to the institution's campus. It remains permissible, however, for an institutional staff member to communicate with (other than in person) a prospective student-athlete during a dead period. **[D]** *(Revised: 1/11/94, 12/6/13, 10/30/14)*

    **13.02.5.5.1 Exception -- After Commitment.** Except for the application of Bylaw 13.02.5.5.1.1, a prospective student-athlete is no longer subject to the application of a dead period after one of the following events occurs: *(Adopted: 1/16/10 effective 8/1/10, Revised: 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 11/25/13, 4/6/16, 4/28/16 effective 8/1/16, 7/9/18)*

  (a) The prospective student-athlete signs a National Letter of Intent (NLI) or the institution's written offer of admission and/or financial aid; or

  (b) The institution receives a financial deposit in response to the institution's offer of admission.

    In basketball and football, for institutions that subscribe to the National Letter of Intent program, this exception does not apply to an individual who only signs an institution's written offer of admission and/or financial aid prior to the initial regular (as opposed to early) signing date of the National Letter of Intent program in the applicable sport. In sports other than basketball and football, for institutions that subscribe to the National Letter of Intent program, this exception does not apply to an individual who only signs an institution's written offer of admission prior to the initial signing date of the National Letter of Intent program in applicable sport.

    **13.02.5.5.1.1 November, December and January Dead Period -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, it is not permissible for an institution to make an in-person, on- or off-campus contact with a prospective student-athlete during the November, December and January dead period, even if the prospective student-athlete has signed the institution's written offer of admission and/or financial aid or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. However, it is permissible for the institution to make such contact with a prospective student-athlete who has signed a National Letter of Intent with the institution or has arrived in the locale of the institution for initial full-time enrollment. **[D]** *(Adopted: 4/6/16, Revised: 6/12/19, 10/24/23)*

**13.02.5.6 Recruiting Shutdown.** A recruiting shutdown is a period of time when no form of recruiting (e.g., contacts, evaluations, official or unofficial visits, correspondence or making or receiving telephone calls) is permissible. *(Adopted: 4/25/18)*

**13.02.6 Enrolled Student-Athlete.** An enrolled student-athlete is an individual whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department.

**13.02.7 Evaluation.** Evaluation is any off-campus activity designed to assess the academic qualifications or athletics ability of a prospective student-athlete, including any visit to a prospective student-athlete's educational institution (during which no contact occurs) or the observation of a prospective student-athlete participating in any practice or competition at any site. *(Revised: 1/10/91 effective 8/1/91, 1/11/94 effective 8/1/94)*

    **13.02.7.1 Evaluation Days -- Football, Golf, Women's Volleyball and Women's Beach Volleyball.** An evaluation day is defined as one off-campus recruiter engaged in the evaluation of any prospective student-athlete on one day (12:01 a.m. to midnight). Two off-campus recruiters making evaluations on the same day shall use two evaluation days. See Bylaws 13.1.7.4.1, 13.1.7.9, 13.1.7.10, 13.1.7.12 and 13.1.7.13. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/12/99 effective 8/1/99, 4/27/00 effective 8/1/01, 4/25/02 effective 8/1/02, 4/28/05 effective 8/1/05, 1/14/08 effective 8/1/08, 4/14/08, 1/16/10 effective 8/1/10, 1/15/11 effective 8/1/11, 4/26/17 effective 8/1/17, 4/25/18 effective 8/1/18, 6/26/24)*

**13.02.8 Family Member.** A family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 1/15/16 effective 8/1/16, Revised: 4/25/18)*

**13.02.9 Recruiting-Person Days -- Men's Basketball.** In men's basketball, a recruiting-person day is defined as one coach engaged in an off-campus recruiting activity of a men's basketball prospective student-athlete on one day (12:01 a.m. to midnight); two coaches engaged in recruiting activities on the same day shall use two recruiting-person days. Men's basketball staff members shall not exceed 100 recruiting-person days September 1 through April 30. *(Adopted: 4/28/05 effective 8/1/05, Revised: 3/28/07, 5/9/08, 4/26/17, 8/8/18 effective 4/1/19, 1/20/22 effective 8/1/22, 1/10/24)*

**13.02.9.1 Exception -- After Commitment.** Recruiting activity involving only a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission shall not be counted as a recruiting-person day. *(Adopted: 4/26/17)*

**13.02.9.2 Tournament Application.** Each day of a tournament or tier of a tournament in which a coach engages in off-campus evaluation activity shall count as a separate recruiting-person day. *(Adopted: 12/12/06)*

**13.02.10 Recruiting-Person Days -- Women's Basketball.** In women's basketball, a recruiting-person day is defined as one coach engaged in an off-campus recruiting activity of a women's basketball prospective student-athlete on one day (12:01 a.m. to midnight); two coaches engaged in recruiting activities on the same day shall use two recruiting-person days. Women's basketball staff members shall not exceed 65 recruiting-person days each year (measured August 1 through July 31). *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/8/07 effective 8/1/07, 3/27/07, 5/9/08, 1/19/13 effective 8/1/13, 4/26/17, 1/20/22 effective 8/1/22)*

**13.02.10.1 Exceptions.** *(Adopted: 4/26/17, Revised: 1/20/22 effective 8/1/22)*

(a) Recruiting activity involving only a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or from whom the institution has received a financial deposit in response to its offer of admission does not count toward the recruiting-person day limitation.

(b) A coach's involvement in off-campus recruiting activities during the April, May, June and July evaluation periods does not count toward the 65 recruiting-person day limitation.

(c) A coach's involvement in international evaluation activities during 10 calendar days in June, July and August.

**13.02.10.2 Tournament Application.** Each day of a tournament or tier of a tournament in which a coach engages in off-campus evaluation activity shall count as a separate recruiting person day. *(Adopted: 12/12/06)*

**13.02.11 Recruiting-Person Days -- Football.** In football, a recruiting-person day is defined as one off-campus recruiter engaged in an off-campus recruiting activity of a football prospective student-athlete on one day (12:01 a.m. to midnight); two off-campus recruiters engaged in recruiting activities on the same day shall use two recruiting-person days. Football staff members shall not exceed 140 (180 for U.S. service academies) recruiting-person days during the spring contact period. *(Adopted: 4/13/23 effective 8/1/23, Revised: 6/26/24)*

**13.02.11.1 Exception -- After Commitment. [FBS/FCS]** Recruiting activity involving only a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission shall not be counted as a recruiting-person day. *(Adopted: 4/13/23 effective 8/1/23)*

**13.02.12 Home.** In general, a prospective student-athlete's "home" is the prospective student-athlete's legal residence, or the community of the educational institution in which the prospective student-athlete is enrolled while residing there.

**13.02.13 National Letter of Intent.** The National Letter of Intent referred to in this bylaw is the official document administered by the Collegiate Commissioners Association and used by subscribing member institutions to establish the commitment of a prospective student-athlete to attend a particular institution.

**13.02.14 Prospective Student-Athlete.** A prospective student-athlete is a student who has started classes for the ninth grade. In addition, a student who has not started classes for the ninth grade becomes a prospective student-athlete if the institution provides such an individual (or the individual's family members or friends) any financial assistance or other benefits that the institution does not provide to prospective students generally. An individual remains a prospective student-athlete until: *(Revised: 1/11/89, 1/10/90, 4/28/05, 1/17/09, 1/19/13 effective 8/1/13, 4/25/18, 1/23/19, 5/18/22, 4/13/23, 5/17/23)*

(a) The individual signs a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution receives the individual's financial deposit in response to its offer of admission, completes all high school

graduation requirements or all transfer academic eligibility requirements and receives benefits or expenses from the institution that may be provided to a student-athlete (see Bylaw 16);

(b) The individual participates in summer athletic activities, or regular squad practice or competition that occurs before the beginning of any term at the institution;

(c) The individual enrolls in and attends classes during the institution's summer term before initial full-time enrollment or enrolls in a minimum full-time program of studies and attends classes in a regular term at the institution; or

(d) The individual reports to an institutional orientation session that is open to all incoming students within 14 calendar days prior to the opening day of classes of a regular academic year term.

### 13.02.14.1 Reversion to Prospective-Student-Athlete Status.
An individual who becomes a student-athlete per Bylaw 13.02.14-(a) and does not attend class while enrolled in a minimum full-time program of studies during the first regular academic term becomes a prospective student-athlete until: *(Adopted: 5/18/22, Revised: 4/13/23, 5/17/23)*

(a) The individual participates in required summer athletic activities, regular squad practice or competition that occurs before the beginning of any term at the institution;

(b) The individual enrolls in and attends classes during the institution's summer term before initial full-time enrollment or enrolls in a minimum full-time program of studies and attends classes in a regular term at the institution; or

(c) The individual reports to an institutional orientation session that is open to all incoming students within 14 calendar days prior to the opening day of classes of a regular academic year term.

### 13.02.14.2 Exception -- After Commitment.
After an individual has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or after the institution has received the individual's financial deposit in response to its offer of admission, the individual shall no longer be subject to the restrictions of Bylaw 13.1. The individual remains a prospective student-athlete for purposes of applying the remaining provisions of Bylaw 13 and other bylaws. In basketball and football, for institutions that subscribe to the National Letter of Intent program, this exception does not apply to an individual who only signs an institution's written offer of admission and/or financial aid prior to the initial regular (as opposed to early) signing date of the National Letter of Intent program in the applicable sport. In sports other than basketball and football, for institutions that subscribe to the National Letter of Intent program, this exception does not apply to an individual who only signs an institution's written offer of admission prior to the initial signing date of the National Letter of Intent program in the applicable sport. *(Adopted: 4/28/05, Revised: 1/19/13 effective 8/1/13, 4/28/16 effective 8/1/16, 7/9/18)*

## 13.02.15 Recruiting.
Recruiting is any solicitation of a prospective student-athlete or a prospective student-athlete's family members by an institutional staff member or by a representative of the institution's athletics interests for the purpose of securing the prospective student-athlete's enrollment and ultimate participation in the institution's intercollegiate athletics program. *(Revised: 4/25/18)*

### 13.02.15.1 Recruited Prospective Student-Athlete.
Actions by staff members or athletics representatives that cause a prospective student-athlete to become a recruited prospective student-athlete at that institution are: *(Revised: 1/10/90, 1/11/94 effective 8/1/94, 1/10/05 effective 8/1/05, 12/13/05, 4/26/17 effective 8/1/17, 4/25/18)*

(a) Providing the prospective student-athlete with an official visit;

(b) Having an arranged, in-person, off-campus encounter with the prospective student-athlete or the prospective student-athlete's family members; or

(c) Issuing a National Letter of Intent or the institution's written offer of athletically related financial aid to the prospective student-athlete. Issuing a written offer of athletically related financial aid to a prospective student-athlete to attend a summer session prior to full-time enrollment does not cause the prospective student-athlete to become recruited.

## 13.02.16 Representative of Athletics Interests.
A "representative of the institution's athletics interests" is an individual, independent agency, corporate entity (e.g., apparel or equipment manufacturer) or other organization who is known (or who should have been known) by a member of the institution's executive or athletics administration to: *(Revised: 2/16/00, 4/25/18)*

(a) Have participated in or to be a member of an agency or organization promoting the institution's intercollegiate athletics program;

(b) Have made financial contributions to the athletics department or to an athletics booster organization of that institution;

(c) Be assisting or to have been requested (by the athletics department staff) to assist in the recruitment of prospective student-athletes;

(d) Be assisting or to have assisted in providing benefits to enrolled student-athletes or their family members; or

(e) Have been involved otherwise in promoting the institution's athletics program.

**13.02.16.1 Duration of Status.** Once an individual, independent agency, corporate entity or other organization is identified as such a representative, the person, independent agency, corporate entity or other organization retains that identity indefinitely. *(Revised: 2/16/00)*

**13.02.17 Significant Other.** A significant other is a spouse, fiancé or fiancée, domestic partner, or any individual whose relationship to an identified individual (e.g., prospective student-athlete, coach, student-athlete) is the practical equivalent of a spouse. *(Adopted: 4/25/18)*

**13.02.18 Telephone Calls.** All electronically transmitted human voice exchange (including videoconferencing and videophones) shall be considered telephone calls. *(Adopted: 1/10/95, Revised: 1/9/96 effective 8/1/96, 1/14/97, 4/27/00 effective 8/1/00, 9/6/00, 4/29/04 effective 8/1/04, 4/26/07 effective 8/1/07)*

**13.02.19 Visits by Prospective Student-Athletes.**

**13.02.19.1 Official Visit.** An official visit to a member institution by a prospective student-athlete is a visit financed in whole or in part by the member institution.

**13.02.19.2 Unofficial Visit.** An unofficial visit to a member institution by a prospective student-athlete is a visit made at the prospective student-athlete's own expense. The provision of any expenses or entertainment valued at more than $100 by the institution or representatives of its athletics interests shall require the visit to become an official visit, except as permitted in Bylaws 13.5 and 13.7. *(Revised: 2/22/07, 5/9/08)*

**13.02.20 Individual Associated with a Prospective Student-Athlete -- Basketball.** In basketball, an individual associated with a prospective student-athlete is any person who maintains (or directs others to maintain) contact with the prospective student-athlete, the prospective student-athlete's family members, or coaches at any point during the prospective student-athlete's participation in basketball, and whose contact is directly or indirectly related to either the prospective student-athlete's athletic skills and abilities or the prospective student-athlete's recruitment by or enrollment in an NCAA institution. This definition includes, but is not limited to family members, handlers, personal trainers and coaches. This definition does not include an individual who maintained (or directed others to maintain) contact with the prospective student-athlete, the prospective student-athlete's relatives or legal guardians, or coaches only while employed in the athletics department at a four-year institution. An individual who meets this definition retains such status during the enrollment of the prospective student-athlete at the institution. *(Adopted: 8/26/10, Revised: 4/26/17 effective 8/1/17, 4/25/18, 3/3/21)*

**13.02.21 Individual Associated with a Prospective Student-Athlete -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an individual associated with a prospective student-athlete is any person who maintains (or directs others to maintain) contact with the prospective student-athlete, the prospective student-athlete's family members, or coaches at any point during the prospective student-athlete's participation in football, and whose contact is directly or indirectly related to either the prospective student-athlete's athletic skills and abilities or the prospective student-athlete's recruitment by or enrollment in an NCAA institution. This definition includes, but is not limited to, family members, handlers, personal trainers and coaches. This definition does not include an individual who maintained (or directed others to maintain) contact with the prospective student-athlete, the prospective student-athlete's relatives or legal guardians, or coaches only while employed in the athletics department at a four-year institution. An individual who meets this definition retains such status during the enrollment of the prospective student-athlete at the institution. *(Adopted: 4/26/17, Revised: 4/25/18, 3/3/21)*

# 13.1 Contacts and Evaluations. Recruiting contacts (per Bylaw 13.02.4) and telephone calls by institutional staff members or representatives of the institution's athletics interests are subject to the provisions set forth in this bylaw. **[D]** *(Revised: 1/10/91 effective 7/1/91, 6/13/08, 10/30/14)*

**13.1.1 Contactable Individuals.**

**13.1.1.1 Time Period for Off-Campus Contacts -- General Rule.** Off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before August 1 at the beginning of the individual's junior year in high school. U.S. service academy exceptions to this provision are set forth in Bylaw 13.16.1. **[D]** *(Revised: 1/10/91 effective 7/1/91, 1/11/94 effective 3/15/94, 1/10/95, 1/14/97 effective 5/1/97, 10/28/97, 4/26/01 effective 8/1/01, 4/29/04 effective 8/1/04, 4/28/05, 1/9/06, 2/26/07, 6/13/08, 4/30/09, 1/15/11, 10/30/14, 4/25/18, 5/1/19)*

**13.1.1.1.1 Exception -- Baseball and Softball.** In baseball and softball, off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before September 1 at the beginning of the individual's junior year in high school. **[D]** *(Adopted: 4/18/18 effective 4/25/18, Revised: 4/26/23)*

**13.1.1.1.2 Exception -- Men's Basketball.** In men's basketball, off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before the opening day of the individual's junior year in high school. Contacts that occur during a prospective student-athlete's junior year during recruiting periods other than the

April recruiting periods may occur only at the prospective student-athlete's educational institution. During the April recruiting periods of a prospective student-athlete's junior year, contacts may occur at either the prospective student-athlete's educational institution or residence. *(Adopted: 10/27/11 effective 8/1/12, Revised: 10/30/14, 4/25/18, 8/8/18 effective 4/1/19, 5/7/19, 1/10/24)*

**13.1.1.1.3 Exception -- Women's Basketball.** In women's basketball, off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before September 1 at the beginning of the individual's senior year in high school. Contacts may occur only at the prospective student-athlete's educational institution or residence. **[D]** *(Adopted: 4/26/17 effective 8/1/17, Revised: 4/25/18, 1/22/20, 1/20/22 effective 8/1/22)*

**13.1.1.1.4 Exception -- Football. [FBS/FCS]** In football, off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before January 1 of the individual's junior year in high school. During the two permissible recruiting opportunities during each contact period following January 1 of a prospective student-athlete's junior year, one contact may occur at any location and one contact may occur only at the prospective student-athlete's educational institution. **[D]** *(Revised: 5/1/19, 4/13/23 effective 8/1/23, 6/26/24 effective 8/1/24)*

**13.1.1.1.5 Exception -- Lacrosse.** In lacrosse, off-campus recruiting contacts shall not be made with an individual (or the individual's family members) before September 1 at the beginning of the individual's junior year in high school. Contacts that occur during a prospective student-athlete's junior year may occur only at the prospective student-athlete's educational institution or residence. **[D]** *(Adopted: 1/19/13 effective 8/1/13, Revised: 10/30/14, 4/14/17, 4/26/17 effective 8/1/17, 4/25/18, 5/1/19)*

**13.1.1.2 Two-Year College Prospective Student-Athletes -- First Year of Enrollment -- Not a Qualifier.** A prospective student-athlete who was not a qualifier as defined in Bylaw 14.02.10.1 and who is in the first year of full-time enrollment (first two semesters or three quarters) at a two-year college may not be contacted in person on an institution's campus for recruiting purposes. Off-campus contact with such a prospective student-athlete may only occur at the prospective student-athlete's educational institution. **[D]** *(Revised: 10/30/14, 4/16/15, 5/1/19)*

**13.1.1.3 Four-Year College Prospective Student-Athletes.** An athletics staff member or other representative of the institution's athletics interests shall not communicate or make contact with the student-athlete of another NCAA Division I institution, or any individual associated with the student-athlete (e.g., family member, scholastic or nonscholastic coach, advisor), directly or indirectly, without first obtaining authorization through the notification of transfer process. Before making contact, directly or indirectly, with a student-athlete of an NCAA Division II or Division III institution, or an NAIA four-year collegiate institution, an athletics staff member or other representative of the institution's athletics interests shall comply with the rule of the applicable division or the NAIA rule for making contact with a student-athlete. [See Bylaw 19.1.3-(f).] *(Revised: 1/10/91, 1/16/93, 1/11/94, 4/26/01, 4/29/04 effective 8/1/04, 4/29/10 effective 8/1/10, 10/30/14, 8/8/18 effective 10/15/18, 4/28/21 applicable to transfer student-athletes seeking eligibility during the 2021-22 academic year)*

**13.1.1.3.1 Notification of Transfer -- Undergraduate Student-Athletes.** A student-athlete may initiate the notification of transfer process by providing the student-athlete's institution with a written notification of transfer and completing an educational module related to transferring. Notification of transfer must be initiated during a period specified for the applicable sport (see also Figure 13-1). If notification of transfer is provided during a specified period, the student-athlete's institution shall enter the student-athlete's information into the national transfer database within two business days of receipt of a written notification of transfer from the student-athlete or receipt of confirmation of the student-athlete's completion of the educational module, whichever occurs later. **[D]** *(Adopted: 8/8/18 effective 10/15/18, Revised: 4/28/21, 8/31/22, 9/21/22, 10/5/22, 2/2/23 effective 2/27/23, 10/4/23, 4/18/24)*

(a) In fall sports other than football, the student must provide written notification of transfer during:

    (1) A 30 consecutive-day period beginning seven days after championship selections are made in the sport; or

    (2) May 1-15.

(b) In football, a student-athlete must provide written notification of transfer during:

    (1) A 30 consecutive-day period beginning the Monday after the first Saturday in December; or

    (2) April 16-30.

        (i) **Exception -- Participants in Postseason Contests.** Student-athletes who are members of teams that participate in a postseason contest (bowl game, NCAA Division I Football Championship, College Football Playoff, etc.) may also provide written notification of transfer during a five consecutive-day period beginning the day after their team's final postseason contest.

(c) In winter sports other than basketball, a student must provide written notification of transfer during a 45 consecutive-day period beginning seven days after championship selections are made in the sport.

(d) In basketball, a student must provide written notification of transfer during a 45 consecutive-day period beginning the day after championship selections.

(e) In spring sports, the student must provide written notification of transfer during:

  (1) December 1-15; or

  (2) A 30 consecutive-day period beginning seven days after championship selections are made in the sport.

(f) In emerging sports for women, the student must provide written notification of transfer during the applicable period (30 consecutive-day period or May 1-15 for fall sports or 45 consecutive-day period for winter and spring sports) beginning seven days after selections are made for a recognized national intercollegiate championship event in the sport.

### 13.1.1.3.1.1 Exceptions.

#### 13.1.1.3.1.1.1 Head Coach Departure or Athletics Aid Reduction, Cancellation or Nonrenewal.
A student-athlete may initiate notification of transfer during a 30 consecutive-day period beginning the day after either of the following occurs: *(Adopted: 8/31/22 applicable to transfer student-athletes seeking eligibility during the 2023-24 academic year and thereafter, Revised: 8/1/24)*

(a) The head coach of the student-athlete's team departs or announces departure from the institution; or

(b) The student-athlete received or was issued athletically related financial aid after the academic year of initial, full-time enrollment at the certifying institution and such aid is reduced, canceled or not renewed after the period of award, unless the recipient:

  (1) Is rendered ineligible for intercollegiate competition based on the recipient's action or inaction;

  (2) Fraudulently misrepresents any information on an application, letter of intent or financial aid agreement (see Bylaw 15.3.4.2.4);

  (3) Engages in serious misconduct warranting substantial disciplinary penalty (see Bylaw 15.3.4.2.5);

  (4) Voluntarily (on the recipient's own initiative) withdraws from a sport at any time for personal reasons; or

  (5) Violates a nonathletically related condition outlined in the financial aid agreement or violates a documented institutional rule or policy (e.g., academics policies or standards, athletics department or team rules or policies);

  (6) Provides written notification of transfer to the institution.

#### 13.1.1.3.1.1.2 Discontinued Sport Exception.
A student-athlete whose current four-year collegiate institution dropped (or has publicly announced it will drop) the sport (in which the student has practiced or competed at that institution in intercollegiate competition) from its intercollegiate program while the student is in attendance may initiate the notification of transfer process at any time by providing the student-athlete's institution with a written notification of transfer and completing an educational module related to transferring. *(Adopted: 1/11/23, Revised: 4/18/24)*

### 13.1.1.3.2 Notification of Transfer -- Postgraduate Student-Athletes.
A student-athlete who will participate as a postgraduate student at another institution following the next regular academic term or academic year (two semesters/three quarters) may initiate the notification of transfer process at any time between October 1 and the end of the final period specified for the applicable sport in Bylaw 13.1.1.3.1 by providing the student-athlete's institution with a written notification of transfer and completing an educational module related to transferring. The student-athlete's institution shall enter the student-athlete's information into the national transfer database within two business days of receipt of a written notification of transfer from the student-athlete or receipt of confirmation of the student-athlete's completion of the educational module, whichever occurs later. *(Adopted: 9/21/22, Revised: 4/18/24, 6/26/24)*

#### 13.1.1.3.2.1 Exceptions.
A student-athlete who will participate as a postgraduate student at another institution during the next academic year or regular term who qualifies for an exception to the notification of transfer periods for undergraduate student-athletes (see Bylaw 13.1.1.3.1.1) may initiate notification of transfer consistent with the applicable exception. *(Adopted: 4/18/24)*

### 13.1.1.3.3 Written Policies.
An institution shall have written policies related to the implications of a student-athlete providing written notification of transfer, including a description of services and benefits (e.g., academic support services, access to athletics facilities) that will or will not be provided to a student-athlete upon receipt of notification. Such policies shall be published and generally available to student-athletes (e.g., student-athlete handbook, institution's website). *(Adopted: 4/28/16 effective 8/1/16, Revised: 8/8/18 effective 10/15/18)*

**13.1.1.3.4 Student-Athlete Withdrawn From Four-Year College.** An institution may contact a student-athlete who has withdrawn officially from a four-year collegiate institution without obtaining authorization through the notification of transfer process only if at least one academic year has elapsed since the withdrawal. *(Revised: 8/8/18 effective 10/15/18)*

> **13.1.1.3.4.1 Exception -- Official Religious Mission.** An institution shall not contact a student-athlete who has begun service on an official religious mission without obtaining authorization through the notification of transfer process if the student-athlete signed a National Letter of Intent (NLI) and attended, as a full-time student, the institution with which the NLI was signed. If such a student-athlete has completed the official religious mission and does not enroll full time in a collegiate institution within one calendar year of completion of the mission, an institution may contact the student-athlete without obtaining authorization through the notification of transfer process. **[D]** *(Adopted: 1/17/09 effective 8/1/09, Revised: 4/2/10, 10/30/14, 8/8/18 effective 10/15/18)*

**13.1.1.3.5 Transfer From Institution Placed on Probation by Committee on Infractions.** It is not necessary for an institution to obtain authorization through the notification of transfer process to recruit a student-athlete at an institution that has been placed on probation with sanctions that preclude it from competing in postseason competition during the remaining seasons of the student-athlete's eligibility. However, the student-athlete's institution must be notified of the recruitment and may establish reasonable restrictions related to the contact (e.g., no visits during class time), provided such restrictions do not preclude the opportunity for the student-athlete to discuss transfer possibilities with the other institution [see Bylaw 14.7.2-(c)]. **[D]** *(Adopted: 1/10/92, Revised: 1/9/06 effective 8/1/06, 10/30/14, 8/8/18 effective 8/1/19, 12/20/18, 8/31/22 effective 1/1/23)*

**13.1.1.3.6 Transfer From Institution Ineligible for Postseason Competition -- Academic Performance Program.** On approval by the Committee on Academics, an institution may contact a student-athlete at another institution whose team is ineligible for postseason competition during the remaining seasons of the student-athlete's eligibility due to sanctions pursuant to the Academic Performance Program, without obtaining authorization through the notification of transfer process. The student-athlete's institution must be notified of the recruitment and may establish reasonable restrictions related to the contact (e.g., no visits during class time), provided such restrictions do not preclude the opportunity for the student-athlete to discuss transfer possibilities with the other institution [see Bylaw 14.7.2-(d)]. **[D]** *(Adopted: 1/9/06 effective 8/1/06, Revised: 8/7/14, 10/30/14, 8/8/18 effective 10/15/18)*

**13.1.1.3.7 Transfer While Ineligible Due to Positive Drug Test.** If a student-athlete who is declared ineligible due to a positive drug test administered by the NCAA transfers to another NCAA institution, the institution from which the student-athlete transferred must notify the new institution of the student-athlete's ineligibility (see Bylaw 18.4.1.4.4). **[D]** *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/30/14)*

## 13.1.2 Permissible Recruiters.

**13.1.2.1 General Rule.** All in-person, on- and off-campus recruiting contacts with a prospective student-athlete or the prospective student-athlete's family members shall be made only by authorized institutional staff members. Such contact, as well as correspondence and telephone calls, by representatives of an institution's athletics interests is prohibited except as otherwise permitted in this section. **[D]** *(Revised: 8/5/04, 10/30/14, 4/25/18)*

**13.1.2.2 General Exceptions.** This regulation is not applicable to: *(Adopted: 1/11/94, Revised: 1/10/95, 1/11/97, 1/14/97 effective 8/1/97, 4/26/12, 4/26/17 effective 8/1/17, 4/25/18)*

(a) **Admissions Program.** Off-campus recruiting contacts made by an institution's regular admissions program representative and directed at all prospective students including nonathletes.

(b) **Coach Who Is Prospective Student-Athlete's Family Member.** Recruiting contact and evaluation limitations do not apply to a coaching staff member who is a family member of a participant in any activity being observed (e.g., practices, contests or camps), provided the attendance by the coaching staff member at such activity does not involve any personal contact with any other participating prospective student-athlete.

(c) **Significant Other of Prospective Student-Athlete's Coach.** Recruiting contact and evaluation limitations do not apply to a coaching staff member observing a contest that involves prospective student-athletes coached by the coach's significant other, provided the attendance by the coaching staff member at such contest does not involve any personal contact with any prospective student-athlete participating in the contest.

(d) **Established Family Friend/Neighbor.** Contacts made with a prospective student-athlete by an established family friend or neighbor, it being understood that such contacts are not made for recruiting purposes and are not initiated by a member of an institution's coaching staff.

(e) **Significant Other of Staff Member.**

(1) **On Campus.** A significant other of an institutional staff member on campus.

(2) **Off Campus During Official Visit.** A significant other of an athletics department staff member during a prospective student-athlete's official visit and within a 30-mile radius of the institution's main campus during the prospective student-athlete's official visit.

(f) **Interpreter.** An interpreter present during an institution's in-person, off-campus contact with a prospective student-athlete or the prospective student-athlete's family members, provided that if the institution is involved in making the arrangements for the use of the interpreter, the interpreter must be a faculty member or a professional interpreter. It is not permissible for the interpreter to be an enrolled student-athlete, a family member of an enrolled student-athlete or a representative of the institution's athletics interests.

(g) **Unavoidable Incidental Contact.** An unavoidable incidental contact made with a prospective student-athlete by representatives of the institution's athletics interests, provided the contact is not prearranged by the representative or an athletics department staff member, does not take place on the grounds of the prospective student-athlete's educational institution or at the sites of organized competition and practice involving the prospective student-athlete or the prospective student-athlete's team (high school, preparatory school, two-year college or all-star team), is not made for the purpose of recruitment of the prospective student-athlete, and involves only normal civility.

(h) **Family Members of Enrolled Student-Athletes.** On-campus contacts between a prospective student-athlete or the prospective student-athlete's family members accompanying the prospective student-athlete and the family members of an enrolled student-athlete.

(i) **Former Student-Athletes.** On-campus contacts between a former student-athlete and a prospective student-athlete, the prospective student-athlete's family members and/or other individuals accompanying the prospective student-athlete.

**13.1.2.3 General Restrictions -- Staff Members and Governing Board.** The following are additional restrictions that apply to an institution's staff members and governing board. **[D]** *(Revised: 4/27/00, Adopted: 1/16/10, 4/13/10, 4/29/10, 7/31/13, 4/25/18)*

(a) **Noncoaching Staff Members with Sport-Specific Responsibilities.** A noncoaching staff member with sport-specific responsibilities (except a staff member who only performs clerical duties) shall not attend an on- or off-campus athletics event in the staff member's sport that involves prospective student-athletes (e.g., high school contest, noninstitutional sports camp) unless the staff member is a family member of a participant in the activity. A staff member who is a family member of a participant may attend such an event, subject to the following conditions:

(1) Attendance shall not be for evaluation purposes (the staff member shall not provide information related to the performance of a prospective student-athlete back to the institution's coaching staff); and

(2) The staff member shall not have direct contact with a prospective student-athlete or a prospective student-athlete's family members or coach (other than the family member, if applicable) participating in the activity.

(b) **Board of Governors/Regents.** Recruiting contacts on or off campus between a member of the institution's board of governors (or regents) and a prospective student-athlete are not permissible.

**13.1.2.4 Other Restrictions, Athletics Representatives.** The following are additional restrictions that apply to athletics representatives: **[D]** *(Revised: 10/30/14)*

(a) **Telephone Conversation.** An athletics representative of a member institution may speak to a prospective student-athlete via the telephone only if the prospective student-athlete initiates the telephone conversation and the call is not for recruiting purposes. Under such circumstances, the representative must refer questions about the institution's athletics program to the athletics department staff;

(b) **Observing Prospective Student-Athlete's Contest.** An athletics representative may view a prospective student-athlete's athletics contest on the athletics representative's own initiative, subject to the understanding that the athletics representative may not contact the prospective student-athlete on such occasions;

(c) **Evaluation of Prospective Student-Athlete.** An athletics representative may not contact a prospective student-athlete's coach, principal or counselor in an attempt to evaluate the prospective student-athlete; and

(d) **Visiting Prospective Student-Athlete's Institution.** An athletics representative may not visit a prospective student-athlete's educational institution to pick up film/videotape or transcripts pertaining to the evaluation of the prospective student-athlete's academic eligibility or athletics ability.

**13.1.2.5 Off-Campus Contacts or Evaluations.** Only those coaches who are identified by the institution, in accordance with Bylaws 11.7.4.2, 11.7.5.4 and 11.7.5, may contact or evaluate prospective student-athletes off campus. Institutional staff members (e.g., faculty members) may contact prospective student-athletes for recruiting purposes in all

sports, on campus, within one mile of campus boundaries during an unofficial visit or within 30 miles of campus during the prospective student-athlete's official visit. **[D]** *(Revised: 1/10/91 effective 8/1/92, 8/5/04, 5/26/06, 7/31/13, 4/26/17 effective 8/1/17)*

**13.1.2.6 Head Coach Restrictions -- Football. [FBS/FCS]**

**13.1.2.6.1 Assistant Coach Publicly Designated as Institution's Next Head Coach. [FBS]** In bowl subdivision football, an institution's assistant coach who has been publicly designated by the institution to become its next head coach shall be subject to the recruiting restrictions applicable to the institution's head coach. *(Adopted: 1/16/10)*

**13.1.2.6.2 Off-Campus Contact. [FBS/FCS]** In football, during a prospective student-athlete's junior year of high school, the head coach may make in-person, off-campus contact only during one calendar day at the prospective student-athlete's educational institution. During a prospective student-athlete's senior year of high school, the head coach may make in-person, off-campus contact only during one calendar day at any location. During such contact, the head coach may be accompanied by assistant coaches, who otherwise are required to observe the restrictions contained in the bylaws. **[D]** *(Revised: 1/10/92 effective 8/1/92, 8/5/04, 12/15/06, 4/25/18, 4/13/23 effective 8/1/23)*

**13.1.2.6.3 Spring Contact Period. [FBS]** In bowl subdivision football, during the spring contact period, the head coach (and any assistant coach who has been publicly designated by the institution to become the next head coach) shall not engage in off-campus recruiting activities, participate in an off-campus coaching clinic, visit a prospective student-athlete's educational institution for any reason, meet with a prospective student-athlete's coach at an off-campus location, or attend or speak at a banquet or meeting that is designed to recognize prospective student-athletes (e.g., high school awards banquet, high school all-star banquet). In addition, the head coach (or any assistant coach who has been publicly designated by the institution to become the next head coach) shall not make an in-person, off-campus contact with a prospective student-athlete during the spring contact period at any location, even if the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. **[D]** *(Adopted: 1/14/08, Revised: 1/17/09, 10/20/14, 10/30/14, 9/29/15, 4/13/23 effective 8/1/23)*

**13.1.2.7 Student-Athletes and Other Enrolled Students.** The following conditions apply to recruiting activities involving enrolled student-athletes and other enrolled students: **[D]** *(Revised: 8/5/04, 5/29/08, 4/26/12, 6/23/15, 1/18/23 effective 7/1/23)*

(a) **Off-Campus Contacts.** Off-campus in-person contact between an enrolled student-athlete (or an enrolled student) and a prospective student-athlete is permissible, provided such contact does not occur at the direction of an institutional staff member.

(b) **Transportation and Expenses.** An institution may not provide an enrolled student-athlete (or enrolled student) with transportation or expenses to recruit a prospective student-athlete except for those expenses specified in Bylaw 13.6.7.5 when the student-athlete serves as a student host.

(c) **Correspondence.** It is permissible for an enrolled student-athlete (or enrolled student) to engage in correspondence (written or electronic), provided a student-athlete is not required to engage in such correspondence on a student-athlete's required day off.

(d) **Telephone Calls.** An enrolled student-athlete may participate in telephone calls with a prospective student-athlete initiated by an institutional staff member, provided the call does not occur on a student-athlete's required day off. An enrolled student-athlete may receive telephone calls made at the expense of a prospective student-athlete prior to the date on which an institution may begin placing telephone calls to a prospective student-athlete, provided there is no direct or indirect involvement by athletics department staff.

**13.1.2.8 Talent Scout.** An institution may not pay any costs incurred by an athletics talent scout or a representative of its athletics interests in studying or recruiting prospective student-athletes. An institution may not provide any such person a fee or honorarium and thereby claim the person as a staff member entitled to expense money. **[D]** *(Revised: 8/5/04)*

**13.1.2.8.1 Employment Prohibition.** An institution may not employ an individual who will be involved with recruiting or evaluating prospective student-athletes if the individual does not reside in the institution's general locale. Such an individual would be considered an athletics talent scout rather than a regular institutional staff member. *(Revised: 10/30/14, 11/16/23)*

**13.1.2.8.2 Expense Prohibition.** An institution may not pay expenses (other than meals provided in the institution's home community) for representatives of its athletics interests to visit its campus for the purpose of becoming familiar with the institution's academic and athletics programs and campus facilities in order to represent the

institution better when recruiting prospective student-athletes. The provision of such expenses would be considered payment of costs incurred by athletics talent scouts. **[D]** *(Revised: 10/30/14)*

### 13.1.3 Telephone Calls.

**13.1.3.1 Time Period for Telephone Calls -- General Rule.** Telephone calls to an individual (or the individual's family members) may not be made before June 15 at the conclusion of the individual's sophomore year in high school (subject to the exceptions below). Thereafter, an institution may make telephone calls to the prospective student-athlete at its discretion. **[D]** *(Revised: 1/10/91 effective 7/1/91, 1/16/93, 1/9/96 effective 8/1/96, 4/22/98, 4/26/01, 4/29/04 effective 8/1/04, 4/28/05 effective 8/1/05, 1/9/06, 6/13/08, 1/15/11, 1/18/14 effective 8/1/14, 10/30/14, 4/25/18, 5/1/19)*

**13.1.3.1.1 Exception -- Baseball.** In baseball, telephone calls to an individual (or the individual's family members) may not be made before August 1 at the beginning of the individual's junior year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), telephone calls to the individual (or the individual's family members) may not be made before the opening day of classes of the individual's junior year of high school. Thereafter, an institution may make telephone calls to the prospective student-athlete at its discretion. **[D]** *(Adopted: 4/26/23)*

**13.1.3.1.2 Exception -- Lacrosse and Softball.** In lacrosse and softball, telephone calls to an individual (or the individual's family members) may not be made before September 1 at the beginning of the individual's junior year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), telephone calls to the individual (or the individual's family members) may not be made before the opening day of classes of the individual's junior year of high school. Thereafter, an institution may make telephone calls to the prospective student-athlete at its discretion. **[D]** *(Revised: 5/1/19, 1/20/22, 4/26/23)*

**13.1.3.1.3 Exception -- Women's Basketball.** In women's basketball, telephone calls to an individual (or the individual's family members) may not be made before June 1 at the conclusion of the individual's sophomore year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), telephone calls to the individual (or the individual's family members) may not be made before the day after the conclusion of the individual's sophomore year in high school. Thereafter, an institution may make telephone calls to the prospective student-athlete at its discretion. **[D]** *(Adopted: 1/20/22)*

**13.1.3.1.3.1 Additional Restrictions -- Women's Basketball -- July Evaluation Periods.** In women's basketball, during the July evaluation periods, all communication with a prospective student-athlete, the prospective student-athlete's family members, the prospective student-athlete's coach or any individual associated with the prospective student-athlete as a result of the prospective student-athlete's participation in basketball, directly or indirectly, is prohibited. **[D]** *(Revised: 4/28/05 effective 8/1/05, 1/18/14 effective 8/1/14, 10/30/14, 4/25/18, 5/1/19, 1/20/22)*

**13.1.3.1.4 Exception -- Men's Basketball.** In men's basketball, telephone calls to an individual (or the individual's family members) may not be made before June 15 at the conclusion of the individual's sophomore year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), telephone calls to the individual (or the individual's family members) may not be made before the day after the conclusion of the individual's sophomore year in high school. Thereafter, an institution may make telephone calls to a prospective student-athlete at its discretion. **[D]** *(Adopted: 11/1/01 effective 4/1/02, Revised: 4/29/04 effective 8/1/04, 4/28/05 effective 8/1/05, 1/9/06, 4/29/10 effective 8/1/10, 10/27/11 effective 6/15/12, 10/30/14, 4/25/18)*

**13.1.3.1.5 Exception -- Men's Ice Hockey.** In men's ice hockey, an institution is permitted to make telephone calls to an individual (or the individual's family members) at its discretion beginning January 1 of the individual's sophomore year in high school. **[D]** *(Adopted: 4/26/07, Revised: 1/18/14, 10/30/14, 4/25/18)*

**13.1.3.1.6 Exception -- Telephone Calls to a Prospective Student-Athlete's Coach who is the Family Member of a Prospective Student-Athlete.** Telephone calls may be placed at the institution's discretion to a prospective student-athlete's coach who is the family member of a prospective student-athlete. *(Adopted: 4/28/16, Revised: 4/25/18)*

**13.1.3.1.8 Exception -- Unofficial-Visit -- Football and Basketball.** In football and basketball, institutional staff members may make telephone calls to a prospective student-athlete (or those individuals accompanying prospective student-athlete) beginning the day immediately preceding the prospective student-athlete's unofficial visit (per Bylaw 13.7) until the conclusion of the visit. *(Adopted: 4/26/17 effective 8/1/17, Revised: 1/23/19, 7/17/23 effective 8/1/23, 6/26/24 effective 8/1/24)*

**13.1.3.1.9 Exception -- Telephone Calls Regarding Institutional Camp or Clinic Logistical Issues.** Telephone calls to an individual (or the individual's family members or coach) that relate solely to institutional camp

or clinic logistical issues (e.g., missing registration information) are not subject to the restrictions on telephone calls, provided no recruiting conversation or solicitation of particular individuals to attend a camp or clinic occurs during such calls. *(Adopted: 9/24/09, Revised: 4/25/18, 7/17/23 effective 8/1/23)*

**13.1.3.2 Additional Restrictions.**

**13.1.3.2.1 During Conduct of Athletics Contest.** Telephone calls to a prospective student-athlete (or the prospective student-athlete's family members) may not be made during the conduct of any of the institution's intercollegiate athletics contests in that sport from the time the institution's team reports on call at the competition site at the direction of the coach until the competition has concluded and the team has been dismissed by the coach. **[D]** *(Revised: 1/16/93, 1/9/96, 1/8/09, 10/30/14, 4/25/18)*

**13.1.3.2.2 Off-Campus Contact Exception.** Institutional staff members (see Bylaw 13.1.3.1.8) may make unlimited telephone calls to a prospective student-athlete on the day a permissible, in-person, off-campus contact occurs with the prospective student-athlete. *(Adopted: 1/10/92, Revised: 1/16/93, 12/12/06)*

**13.1.3.2.3 Telephone Calls From an Individual -- Baseball.** In baseball, an institutional staff member may not receive telephone calls from an individual (or the individual's family members) before August 1 at the beginning of the individual's junior year in high school. **[D]** *(Adopted: 4/26/23)*

**13.1.3.2.4 Telephone Calls From an Individual -- Basketball and Football.** In basketball and football, institutional staff members may receive telephone calls from an individual (or the individual's family members) at any time. *(Adopted: 1/10/92, Revised: 1/10/95, 8/14/02, 12/12/06, 4/26/12, 4/14/17, 4/18/18 effective 4/25/18, 5/11/19, 12/15/21, 4/26/23)*

**13.1.3.2.5 Telephone Calls From an Individual -- Sports Other than Baseball, Basketball, Football, Lacrosse, Men's Ice Hockey and Softball.** In sports other than baseball, basketball, football, lacrosse, men's ice hockey and softball, an institutional staff member may not receive telephone calls from an individual (or the individual's family members) before June 15 at the conclusion of the individual's sophomore year in high school. **[D]** *(Adopted: 5/1/19)*

**13.1.3.2.6 Telephone Calls From an Individual -- Lacrosse and Softball.** In lacrosse and softball, an institutional staff member may not receive telephone calls from an individual (or the individual's family members) before September 1 at the beginning of the individual's junior year in high school. **[D]** *(Adopted: 4/14/17, Revised: 4/18/18 effective 4/25/18)*

**13.1.3.2.7 Telephone Calls From an Individual -- Men's Ice Hockey.** In men's ice hockey, an institutional staff member may not receive telephone calls from an individual (or the individual's family members) before January 1 of the individual's sophomore year in high school. **[D]** *(Adopted: 5/1/19)*

**13.1.3.3 Nonpermissible Callers.**

**13.1.3.3.1 Representatives of Athletics Interests.** Representatives of an institution's athletics interests (as defined in Bylaw 13.02.15) are prohibited from making telephonic communications with a prospective student-athlete or the prospective student-athlete's family members. **[D]** *(Revised: 10/30/14, 4/25/18)*

**13.1.3.3.1.1 Prospective Student-Athlete Initiates Call.** An athletics representative of a member institution may speak to a prospective student-athlete via the telephone only if the prospective student-athlete initiates the telephone conversation and the call is not for recruiting purposes. Under such circumstances, the representative must refer questions about the institution's athletics program to the athletics department staff. **[D]** *(Revised: 10/30/14)*

**13.1.4 Visit to Prospective Student-Athlete's Educational Institution.** Visits to a prospective student-athlete's educational institution that will occur during that portion of the day when classes are being conducted for all students must receive the approval of the executive officer (or the executive officer's designated representative) of the prospective student-athlete's educational institution. A coaching staff member may not visit a prospective student-athlete's educational institution during a dead period or recruiting shutdown. **[D]** *(Revised: 10/27/11 effective 8/1/12, 12/6/13, 10/30/14, 12/16/22)*

**13.1.4.1 Men's Basketball.** In men's basketball, institutional staff members may visit a prospective student-athlete's educational institution on not more than one calendar day during a particular week within a recruiting period that occurs during the academic year, regardless of the number of prospective student-athletes enrolled in the institution or whether any prospective student-athlete is contacted on that day. During the May evaluation period, if a nonscholastic event occurs at the educational institution of a participating prospective student-athlete, institutional staff members may visit the prospective student-athlete's educational institution on not more than one calendar day during a particular week (see Bylaw 13.1.4.5). During the June and July evaluation periods, there are no limitations on the number of times an institutional

staff member may visit a prospective student-athlete's educational institution. **[D]** *(Revised: 10/27/11 effective 8/1/12, 10/30/14, 10/17/19, 7/13/20, 1/10/24)*

**13.1.4.1.1 Tournament Exception.** In men's basketball, visiting a prospective student-athlete's educational institution on consecutive days during a particular week to observe a tournament or tier of a tournament shall count as a single visit (see Bylaws 13.1.7.14 and 13.1.7.13.1). *(Revised: 10/27/11 effective 8/1/12)*

**13.1.4.2 Women's Basketball.** In women's basketball, institutional staff members may visit a prospective student-athlete's educational institution on not more than one calendar day during a particular week within a contact period, regardless of the number of prospective student-athletes enrolled in the institution or whether any prospective student-athlete is contacted on that day. *(Revised: 1/11/94 effective 8/1/94, 10/27/11 effective 8/1/12, 10/30/14, 10/17/19, 6/26/24 effective 8/1/24)*

**13.1.4.2.1 Visits During Evaluation Period -- Women's Basketball.** In women's basketball, institutional staff members may visit a prospective student-athlete's educational institution on not more than one calendar day during a particular week within an evaluation period that occurs during the academic year. During the July evaluation period, there are no limitations on the number of times an institutional staff member may visit a prospective student-athlete's educational institution. **[D]** *(Adopted: 1/11/94 effective 8/1/94, Revised: 8/12/97, 9/15/97, 10/27/11 effective 8/1/12, 10/30/14, 10/17/19)*

**13.1.4.2.1.1 Tournament Exception.** In women's basketball, visiting a prospective student-athlete's educational institution on consecutive days during a particular week to observe a tournament or tier of a tournament shall count as a single visit (see Bylaws 13.1.7.14 and 13.1.7.13.1). *(Revised: 1/11/94 effective 8/1/94, 10/27/11 effective 8/1/12)*

**13.1.4.3 Football.** In football, institutional staff members may visit a prospective student-athlete's educational institution not more than twice within a contact period, regardless of the number of prospective student-athletes enrolled in the institution or whether any prospective student-athlete is contacted on that day. A visit to a prospective student-athlete's educational institution counts as a recruiting opportunity for all prospective student-athletes in the sport at that educational institution. (See Bylaw 13.1.5.3.) **[D]** *(Adopted: 6/26/24 effective 8/1/24)*

**13.1.4.3.1 Visits During Evaluation Period -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, not more than two coaches per institution may visit a prospective student-athlete's educational institution on any one calendar day during an evaluation period. **[D]** *(Adopted: 6/26/24 effective 8/1/24)*

**13.1.4.4 Multiple-Sport Athlete -- Basketball or Football.** If a prospective student-athlete is a multisport athlete being recruited by the same institution for more than one sport, one of which is football or basketball, all staff members from the same institution are permitted only one visit per week to the prospective student-athlete's educational institution, and all visits must take place on the same day of the week. **[D]** *(Revised: 10/27/11 effective 8/1/12, 10/30/14)*

**13.1.4.5 Competition Not Involving Educational Institution Visited -- Basketball and Football.** An institution does not use its one visit per week to an educational institution if the coach observes competition between prospective student-athletes who do not attend that institution and the coach does not engage in recruitment activities with any prospective student-athlete who attends the institution where the competition is being conducted. *(Adopted: 1/16/93, Revised: 10/27/11 effective 8/1/12)*

## 13.1.5 Contacts.

**13.1.5.1 Sports Other Than Baseball, Basketball, Football, Lacrosse and Softball.** In sports other than baseball, basketball, football, lacrosse and softball, each institution is limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaw 13.1.5.7). Beginning August 1 at the start of the prospective student-athlete's junior year of high school, not more than three of the seven opportunities per year may be off-campus contacts at any site and shall include contacts with the prospective student-athlete's family members, but shall not include contacts made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5. **[D]** *(Adopted: 9/12/03, Revised: 3/10/04, 1/9/06, 1/18/14, 10/30/14, 4/26/17 effective 8/1/17, 4/16/18, 4/18/18 effective 4/25/18, 4/25/18, 5/1/19, 7/7/20)*

**13.1.5.2 Baseball.** In baseball, each institution is limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaw 13.1.5.7). Beginning September 1 of a prospective student-athlete's junior year of high school, not more than three of the seven opportunities may be off-campus contacts each year, including contacts with the prospective student-athlete's family members. A contact made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5 does not count as a recruiting opportunity. **[D]** *(Revised: 5/1/19, 4/26/23)*

**13.1.5.3 Football. [FBS/FCS]** In football, after January 1 of a prospective student-athlete's junior year each institution shall be limited to two recruiting opportunities (contacts and evaluations combined) per prospective student-athlete during each contact period, which shall include contacts made with the prospective student-athlete's family members but shall not include contacts made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5. Football staff members shall not exceed 140 (180 for U.S. service academies) recruiting-person days during the spring contact period. **[D]** *(Adopted: 9/12/03, Revised: 12/15/06, 10/30/14, 4/26/17 effective 8/1/17, 4/25/18, 4/13/23 effective 8/1/23, 6/26/24 effective 8/1/24)*

**13.1.5.3.1 Exception -- Fall Evaluation Period. [FBS/FCS]** The one evaluation per prospective student-athlete per year during the fall evaluation period shall not count as a recruiting opportunity. *(Adopted: 4/13/23 effective 8/1/23)*

**13.1.5.3.2 Additional Restrictions -- Contacts During the Junior Year. [FBS/FCS]** During the two permissible recruiting opportunities during each contact period following January 1 of a prospective student-athlete's junior year, one contact may occur at any location and one contact may occur only at the prospective student-athlete's educational institution. **[D]** *(Adopted: 4/13/23 effective 8/1/23, Revised: 6/26/24 effective 8/1/24)*

**13.1.5.4 Men's Basketball.** In men's basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaw 13.1.5.7). A contact made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5 does not count as a recruiting opportunity. Men's basketball staff members shall not exceed 100 recruiting-person days September 1 through April 30. *(Adopted: 9/12/03, Revised: 4/28/05 effective 8/1/05, 5/9/08, 10/27/11 effective 8/1/12, 10/30/12, 10/30/14, 4/26/17 effective 8/1/17, 8/8/18 effective 4/11/19, 1/20/22 effective 8/1/22, 1/10/24)*

**13.1.5.5 Women's Basketball.** In women's basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaw 13.1.5.7). A contact made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5 does not count as a recruiting opportunity. Women's basketball staff members shall not exceed 65 recruiting-person days each year (measured August 1 through July 31). A coach's involvement in off-campus recruiting activities during the April, May, June and July evaluation periods does not count toward the limitation on recruiting-person days. **[D]** *(Adopted: 9/12/03, Revised: 3/10/04, 4/28/05 effective 8/1/05, 1/8/07 effective 8/1/07, 5/9/08, 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 10/30/14, 4/26/17 effective 8/1/17, 1/20/22 effective 8/1/22)*

**13.1.5.5.1 Contact With Family Member Who Serves as Nonscholastic Coach.** In women's basketball, in-person off-campus contact with a family member of a prospective student-athlete who serves on the staff of the prospective student-athlete's nonscholastic team shall count as a contact, unless the family member also serves as a head coach of the prospective student-athlete's scholastic team and the contact is unrelated to recruitment of the prospective student-athlete. *(Revised: 10/17/05, 4/25/18)*

**13.1.5.5.2 Additional Restrictions -- July Evaluation Periods.** In women's basketball, during the July evaluation periods, all communication with a prospective student-athlete, the prospective student-athlete's family members, the prospective student-athlete's coach or any individual associated with the prospective student-athlete as a result of the prospective student-athlete's participation in basketball, directly or indirectly, is prohibited. **[D]** *(Revised: 4/28/05 effective 8/1/05, 10/30/14, 4/25/18)*

**13.1.5.6 Lacrosse and Softball.** In lacrosse and softball, each institution is limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaw 13.1.5.7). Beginning September 1 at the start of a prospective student-athlete's junior year of high school, not more than three of the seven opportunities may be off-campus contacts each year, including contacts with the prospective student-athlete's family members. A contact made during an official visit per Bylaw 13.6 or an unofficial visit per Bylaw 13.7.5 does not count as a recruiting opportunity. **[D]** *(Revised: 4/16/18, 4/18/18 effective 4/25/18, 5/1/19)*

**13.1.5.7 Counting Contacts and Evaluations.** Evaluations that occur September 1 through May 31 count against the permissible number of recruiting opportunities, except for evaluations that occur on the same day as a permissible contact (see Bylaw 13.1.5.4.1). From June 1 through August 31, evaluations do not count against the annual number of recruiting opportunities. Contacts (see Bylaw 13.02.4) count against the permissible number of total recruiting opportunities regardless of the time period. All contacts and evaluations are subject to recruiting calendar restrictions. *(Revised: 10/30/12, 4/28/16 effective 8/1/16, 4/26/17)*

**13.1.5.8 On Same Day.** Any number of contacts made during the same day (defined as 12:01 a.m. to midnight) shall count as one contact. *(Revised: 1/10/91 effective 8/1/91)*

**13.1.5.9 Letter-of-Intent Signing.** Any in-person, off-campus contact made with a prospective student-athlete for the purpose of signing a letter of intent or other commitment to attend the institution or attendance at activities related to the signing of a letter of intent or other commitment to attend the institution shall be prohibited. In football, such in-person,

on-campus contact made with a prospective student-athlete for the purpose of signing a letter of intent or other commitment to attend the institution or attendance at activities related to the signing of a letter of intent or other commitment to attend the institution is also prohibited. *(Revised: 1/10/95 effective 8/1/95, 10/30/14, 6/26/24 effective 8/1/24)*

**13.1.5.9.1 Delivery of Letter of Intent.** In-person, off-campus delivery of a letter of intent by an institutional staff member shall be prohibited. The letter may be delivered by express mail, courier service, regular mail, electronic mail or facsimile machine. **[D]** *(Adopted: 1/10/92, Revised: 1/10/95 effective 8/1/95, 11/22/04, 10/30/14)*

**13.1.5.10 Post-High School Contacts.** In sports other than men's basketball and football, the contact limitations apply to the period before October 15 following the prospective student-athlete's completion of high school and the period beginning October 15 following the prospective student-athlete's completion of high school. In men's basketball, an institution shall be limited to three contacts with a prospective student-athlete beginning October 15 following the prospective student-athlete's completion of high school, even if the institution did not use all its recruiting opportunities for the prospective student-athlete in the previous year. In football, an institution shall be limited to two recruiting opportunities (contact and evaluations combined) per contact period beginning October 15 following the prospective student-athlete's completion of high school. *(Revised: 1/10/90, 10/27/11 effective 8/1/12, 10/30/14, 6/22/15, 4/13/17, 6/26/24 effective 8/1/24)*

## 13.1.6 Contact Restrictions at Specified Sites.

**13.1.6.1 Prospective Student-Athlete's Educational Institution.** Any staff member desiring to contact a prospective student-athlete at the prospective student-athlete's high school, preparatory school or two-year college first shall obtain permission for such contact from that institution's executive officer (or the executive officer's authorized representative). Contact may be made only when such permission is granted. Institutions also are bound by this provision when recruiting international prospective student-athletes. **[D]** *(Revised: 8/5/04, 10/27/11 effective 8/1/12, 1/19/13 effective 8/1/13, 4/28/16)*

**13.1.6.1.1 No Contact When Classes Are in Session -- Women's Basketball.** In women's basketball, contact may not be made during the time of the day when classes are in session. For two-year colleges that conduct classes throughout the day, contact may not be made until after 4 p.m. local time and the prospective student-athlete shall not miss class for such contact. *(Adopted: 4/28/16, Revised: 1/10/24)*

**13.1.6.2 Contact With Prospective Student-Athletes Involved in Competition.**

**13.1.6.2.1 Sports Other Than Basketball.** In sports other than basketball, in-person contact may not be made with a prospective student-athlete at any site prior to any athletics competition (including a noninstitutional, private camp or clinic, but not an institutional camp or clinic) in which the prospective student-athlete is a participant on a day of competition, even if the prospective student-athlete is on an official or unofficial visit. In-person contact may occur after the prospective student-athlete's competition concludes for the day and the prospective student-athlete has been released by the appropriate authority (e.g., coach). **[D]** *(Adopted: 5/1/19, Revised: 7/17/20)*

**13.1.6.2.2 Basketball.** In basketball, in-person contact may not be made with a prospective student-athlete or the prospective student-athlete's family members on a day of athletics competition (including a noninstitutional, private camp or clinic, but not an institutional camp or clinic) in which the prospective student-athlete is a participant, even if the prospective student-athlete is on an official or unofficial visit. If a prospective student-athlete reports on call (at the direction of a coach or comparable authority) and becomes involved in competition-related activity (e.g., traveling to an away from-home game) prior to the day of competition, in-person contact may not be made with the prospective student-athlete from the time the prospective student-athlete reports on call until the day after the end of competition and the prospective student-athlete has been released by the appropriate institutional authority. Such contact shall be governed by the following: **[D]** *(Revised: 1/11/89, 1/10/91, 1/11/94, 1/9/96 effective 7/1/96, 4/3/02, 4/24/03, 3/23/06, 12/12/06, 9/18/07, 1/15/14, 4/28/16 effective 8/1/16, 5/1/19, 7/17/20, 10/5/22)*

(a) In-person contact is permitted with a prospective student-athlete involved in a tournament that is not conducted on consecutive days, provided the contact occurs on a day in which the prospective student-athlete does not participate in competition and the prospective student-athlete is released by the appropriate institutional authority ;

(b) In-person contact with a prospective student-athlete who is on an extended road trip (e.g., traveling with a team from one contest or event to another), is permitted the day after competition and prior to the commencement of travel to the next competition, provided the prospective student-athlete has been released by the appropriate institutional authority ;

(c) In men's basketball, communication with a prospective student-athlete's coach or any other individual associated with the prospective student-athlete's participation in basketball, directly or indirectly, is prohibited during the time period in which the prospective student-athlete is participating in a certified event, June scholastic event, National Basketball Players Association Top 100 Camp, USA Basketball Junior National Team Minicamp or NCAA College Basketball Academy; however, an institutional coaching staff member may communicate (but not have in-person contact) with the prospective student-athlete, the prospective student-athlete's family members or the prospective student-athlete's high school coach (or high school administrator) during the time period in which the prospective student-athlete is participating in those events; and

(d) In women's basketball, during the July evaluation periods, all communication with a prospective student-athlete, the prospective student-athlete's family members, the prospective student-athlete's coach or any individual associated with the prospective student-athlete as a result of the prospective student-athlete's participation in basketball, directly or indirectly, is prohibited; however, an institutional coaching staff member may communicate (but not have in-person contact) with the prospective student-athlete, the prospective student-athlete's family members or the prospective student-athlete's chaperone during the time period in which the prospective student-athlete is participating in the NCAA College Basketball Academy.

**13.1.6.2.3 Approved Events.** It is permissible for athletics staff members who are responsible for conducting an approved athletics event (see Bylaw 13.11.3) involving prospective student-athletes to come in normal contact with participants; however, under no circumstances may recruitment take place.

**13.1.6.2.4 Athletics Events Outside Contact or Recruiting Period -- Football and Basketball.** In-person contact with a prospective student-athlete shall not be made on or off the institution's campus at the site of practice or competition for any athletics event in which the prospective student-athlete participates outside the permissible contact or recruiting periods in football and basketball. When a prospective student-athlete in football or basketball participates in an athletics contest or event (including a noninstitutional, private camp or clinic, but not an institutional camp or clinic) on an institution's campus outside a contact or recruiting period, it is not permissible for an authorized institutional staff member to have contact with the prospective student-athlete until the calendar day following release from the contest or event. Further, if a prospective student-athlete is visiting an institution's campus immediately before or after participating in an athletics contest or event on the institution's campus, the prospective student-athlete must depart the locale of the institution the calendar day before or after the contest or event. **[D]** *(Revised: 1/11/89, 4/3/02, 6/1/07, 10/30/14)*

**13.1.6.2.5 All-Star Contests -- Football. [FBS/FCS]** In football, in-person contact with a prospective student-athlete who is participating in an all-star contest shall not be made from the time the prospective student-athlete arrives in the locale of the contest until the prospective student-athlete returns home or to the prospective-student-athlete's educational institution. **[D]** *(Adopted: 10/30/13, Revised: 10/30/14)*

**13.1.6.2.6 Contact by Student-Athletes and Other Enrolled Students.** Contact between an enrolled student-athlete (or an enrolled student) and a prospective student-athlete at the prospective student-athlete's practice or competition site is not permissible if it occurs at the direction of an institutional staff member (see Bylaw 13.1.2.7). **[D]** *(Adopted: 6/23/15)*

**13.1.6.3 Bowl Games.** During a dead period, a prospective student-athlete may attend an institution's bowl game practice session at the bowl site, provided the practice is open to the general public and the prospective student-athlete observes the practice only from an area reserved for that purpose for the general public. No contact between the prospective student-athlete and institutional staff members or representatives of the institution's athletics interests may occur. **[D]** *(Adopted: 1/10/92, Revised: 5/27/11, 10/30/14)*

**13.1.7 Evaluations.**

**13.1.7.1 Visit (Without Contact) to Prospective Student-Athlete's Educational Institution.** A visit (without contact) by a coaching staff member to a prospective student-athlete's educational institution counts as an evaluation for all prospective student-athletes in that sport at that educational institution. *(Adopted: 1/10/92)*

**13.1.7.1.1 Competition Not Involving Educational Institution Visited.** A member institution does not use an evaluation for prospective student-athletes at an educational institution if the coach observes competition at that institution between prospective student-athletes who do not attend that institution. *(Adopted: 1/11/94)*

**13.1.7.2 Evaluations Are Sport Specific.** The limitations on the number of evaluations in Bylaw 13.1.7 are sport specific. Therefore, a prospective student-athlete being earnestly recruited [see Bylaw 15.5.9.7.1-(d)] by an institution in more than one sport may be evaluated on the permissible number of occasions in each of those sports during the academic year. Evaluations are counted against the sport of the coach making the evaluation. *(Adopted: 1/10/92)*

**13.1.7.2.1 Recruiting Opportunities in Cross Country and Track and Field.** An institution is limited to a total of seven recruiting opportunities (contacts and evaluations combined) during the academic year during which the prospective student-athlete competes in any or all of the sports of cross country and indoor and outdoor track and field, provided not more than three of the opportunities are contacts. **[D]** *(Adopted: 1/16/93, Revised: 4/22/98)*

**13.1.7.3 Evaluations -- Sports Other Than Football and Basketball.** In sports other than football and basketball, during the academic year, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete and not more than three of the seven opportunities may be contacts (see Bylaws 13.1.5.1 and 13.1.5.7). **[D]** *(Adopted: 9/12/03, Revised: 4/29/04, 1/9/06, 6/16/15)*

**13.1.7.3.1 Evaluations During Contact Periods -- Women's Lacrosse.** Evaluations of live athletics activities during a contact period shall be limited to: **[D]** *(Adopted: 4/8/16 effective 9/1/16)*

(a) Regularly scheduled high school, preparatory school and two-year college contests/tournaments and practices; and

(b) Regular scholastic activities involving prospective student-athletes enrolled only at the institution where the regular scholastic activities occur.

**13.1.7.4 Evaluations -- Football. [FBS/FCS]** In football, institutional staff members shall be limited to one evaluation per prospective student-athlete per year during the fall evaluation period. **[D]** *(Adopted: 9/12/03, Revised: 4/13/23 effective 8/1/23)*

**13.1.7.4.1 Evaluation Days. [FBS/FCS]** In football, each institution is limited to 33 (42 for U.S. service academies) evaluation days (see Bylaw 13.02.7.1) during the fall evaluation period. **[D]** *(Adopted: 6/16/15, Revised: 4/13/23 effective 8/1/23)*

**13.1.7.4.2 Scholastic and Nonscholastic Activities -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, all live athletics evaluations shall be limited to: **[D]** *(Adopted: 6/16/15)*

(a) Regularly scheduled high school, preparatory school and two-year college contests and practices;

(b) Regular scholastic activities involving prospective student-athletes enrolled only at the institution where the regular scholastic activities occur; or

(c) Events, other than all-star contests and associated activities (e.g., practice, banquets, coaches clinics, etc.), that are organized and conducted solely by the applicable state high school athletics association, state preparatory school association or state or national junior college athletics association.

**13.1.7.4.2.1 Other Evaluation Events -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institutional staff member shall not attend a recruiting event (other than those permitted pursuant to Bylaw 13.1.7.4.2) in which information (e.g., athletics or academic credentials, highlight or combine video) related to prospective student-athletes is presented or otherwise made available. **[D]** *(Adopted: 6/16/15)*

**13.1.7.4.3 Scholastic and Nonscholastic Activities -- Championship Subdivision Football. [FCS]** In championship subdivision football, live athletics evaluations may be conducted at scholastic or nonscholastic athletics activities, except for all-star contests and associated activities other than practice (e.g., banquets, coaches clinics, etc.), provided there is no institutional involvement in arranging or directing such activities. An institutional staff member may attend a recruiting event (other than a permissible live athletics event) in which information (e.g., athletics or academic credentials, highlight video) related to prospective student-athletes is presented or otherwise made available. **[D]** *(Adopted: 6/16/15, Revised: 4/28/16 effective 8/1/16)*

**13.1.7.4.4 All-Star Contests -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institutional staff member shall not attend an all-star contest or other activities associated with such a contest (e.g., practice, banquets, coaches clinics, etc.). **[D]** *(Adopted: 6/16/15, Revised: 4/28/16 effective 8/1/16)*

**13.1.7.4.5 All-Star Contest -- Championship Subdivision Football. [FCS]** In championship subdivision football, an institutional staff member shall not attend an all-star contest or activities, other than practice, associated with such a contest (e.g., banquet, coaches clinics, etc.). **[D]** *(Adopted: 4/28/16 effective 8/1/16)*

**13.1.7.5 Evaluations -- Men's Basketball.** In men's basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) during the academic year (September 1 through April 30) per prospective student-athlete (see Bylaws 13.1.5.4, 13.1.5.4.1, 13.1.5.7 and 13.1.5.10). Men's basketball coaching staff members shall not exceed 100 recruiting-person days September 1 through April 30. *(Adopted: 9/12/03, Revised: 4/28/05 effective 8/1/05, 5/9/08, 10/27/11 effective 8/1/12, 10/30/12, 6/16/15, 4/28/16 effective 8/1/16, 8/8/18 effective 4/1/19, 1/20/22 effective 8/1/22, 1/10/24)*

**13.1.7.5.1 Academic Year Recruiting Periods.** Evaluations of live athletics activities during the academic year recruiting periods shall be limited to: *(Revised: 6/16/15, 1/10/24)*

(a) Regularly scheduled high school, preparatory school and two-year college contests/tournaments and practices;

(b) Regular scholastic activities involving prospective student-athletes enrolled only at the institution where the regular scholastic activities occur; and

(c) Regularly scheduled international scholastic team or nonscholastic team practice and competition.

**13.1.7.5.2 May Evaluation Period.** Evaluations of live athletics activities during the May evaluation period shall be limited to nonscholastic events that are certified per Bylaw 13.18. *(Revised: 6/16/15, 1/10/24)*

**13.1.7.5.3 June Evaluation Periods.** During the June evaluation periods, evaluations of live athletics activities are limited to: *(Adopted: 8/8/18 effective 4/1/19, Revised: 10/3/18 effective 4/1/19, 10/18/19, 1/10/24)*

(a) Scholastic and intercollegiate events that:

    (1) Are approved by the National Federation of State High School Associations, the NCAA (for events conducted by scholastic associations that are not members of the National Federation of State High School Associations) or an applicable two-year college governing body (NJCAA, CCCAA, NWAC);

    (2) For events involving high school prospective student-athletes, are organized and conducted exclusively by the applicable state high school athletics association and/or state high school basketball coaches association (or if there is no state high school basketball coaches association, the state high school coaches association) or the applicable scholastic association that is not a member of the National Federation of State High School Associations. For events involving two-year college prospective student-athletes, are organized and conducted exclusively by the applicable two-year college governing body and/or two-year college coaches association; and

    (3) Occur at any location other than an NCAA Division I institution, subject to current certification processes used by the National Federation of State High School Associations and the NCAA.

(b) Two days of the National Basketball Players Association Top 100 Camp.

**13.1.7.5.4 July Evaluation Periods.** During the July evaluation periods and subject to additional recruiting calendar restrictions (see Bylaw 13.17.2), a member of an institution's basketball coaching staff may attend institutional basketball camps per Bylaw 13.12.1.1, noninstitutional organized events (e.g., camps, leagues, tournaments and festivals) that are certified per Bylaw 13.18, noninstitutional organized events that are approved, sponsored or conducted by an applicable state, national or international governing body and are not organized and conducted primarily for a recruiting purpose (e.g., intrastate and interstate high school basketball games, state high school all-star games, international competitions and practices associated with such contests) and the NCAA College Basketball Academy. **[D]** *(Revised: 6/16/15, 8/8/18 effective 4/1/19, 12/14/18)*

**13.1.7.5.4.1 Practice in Preparation for a Certified Event.** An institutional coaching staff member may attend organized team practices in preparation for a certified event, provided such practice time has been designated by the organizer as part of the event. **[D]** *(Revised: 6/16/15)*

**13.1.7.5.4.2 Events Organized and Conducted for Recruiting Purposes.** A coaching staff member shall not attend events that are approved, sponsored or conducted by an applicable state, national or international governing body but are organized and conducted primarily for a recruiting purpose, unless such events are certified per Bylaw 13.18. **[D]** *(Revised: 6/16/15)*

**13.1.7.5.5 NBA Draft Combine.** Evaluations conducted at the National Basketball Association (NBA) Draft Combine are not included in the 100 recruiting-person days. *(Revised: 6/16/15, 1/20/22 effective 8/1/22)*

**13.1.7.5.6 National Team Activities.**

**13.1.7.5.6.1 Team Coached by Division I Coach.** A coaching staff member may attend a live organized athletic activity (e.g., training camps, mini-camps, tryouts, competition) involving a national team, including junior level teams (e.g., U18 national team), outside an evaluation or recruiting period, provided the team is coached by a Division I institution's coach (head or assistant) and the activity is approved, sponsored or conducted by the applicable national governing body (e.g., USA Basketball). **[D]** *(Adopted: 4/26/17, Revised: 1/23/19 effective 4/1/19)*

**13.1.7.5.6.2 Summer USA Basketball Junior National Team Minicamp.** During June, July and August, a coaching staff member's attendance at a USA Basketball Junior National Team minicamp is not subject to the restrictions of the men's basketball recruiting calendar. *(Adopted: 1/23/19 effective 4/1/19)*

**13.1.7.5.7 Regional Championships Approved, Sponsored or Conducted by FIBA.** A coaching staff member may attend regional championships (e.g., FIBA U18 European Championship, FIBA Americas U18 Championship, etc.) that are approved, sponsored or conducted by the International Basketball Federation (FIBA) outside permissible recruiting and evaluation periods. A coaching staff member may attend organized practices associated with such events, provided the practice time has been designated as part of the event by the event organizer. **[D]** *(Adopted: 4/26/17, Revised: 6/28/17)*

**13.1.7.6 Evaluations -- Women's Basketball.** In women's basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospective student-athlete per year (see Bylaws 13.1.5.5 and 13.1.5.7). Women's basketball staff members shall not exceed 65 recruiting-person days each year (measured August 1 through July 31). A coach's involvement in off-campus recruiting activities during the April, May, June and July evaluation periods does not count toward the limitation on recruiting-person days. **[D]** *(Adopted: 9/12/03, Revised: 4/29/04, 4/28/05 effective 8/1/05, 1/9/06, 1/8/07 effective 8/1/07, 5/9/08, 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 6/15/15, 4/26/17 effective 8/1/17, 1/20/22 effective 8/1/22)*

**13.1.7.6.1 Evaluation Periods Other Than June or July.** Evaluations of live athletics activities outside of June or July shall be limited to: **[D]** *(Revised: 6/16/15, 4/26/17 effective 8/1/17, 4/25/18, 1/20/22 effective 8/1/22, 1/5/23)*

(a) Regularly scheduled high school, preparatory school and two-year college contests/tournaments and practices;

(b) Regular scholastic activities involving prospective student-athletes enrolled only at the institution where the regular scholastic activities occur;

(c) Evaluations at certified nonscholastic events (per Bylaw 13.18) during the Friday, Saturday and Sunday of the third weekend in April and the Friday, Saturday and Sunday of the third weekend of May; and

(d) International scholastic and nonscholastic practice and competition.

**13.1.7.6.1.1 National Standardized Testing Weekends.** Evaluations at nonscholastic events during evaluation periods other than June or July shall not occur during any weekend (including Friday, Saturday and Sunday) during which the PSAT, SAT or ACT national standardized tests are administered. If the PSAT, SAT or ACT is administered during the third weekend in April, the nonscholastic evaluation weekend (including Friday, Saturday and Sunday) shall occur during the fourth weekend in April. *(Revised: 6/16/15, 4/26/17 effective 8/1/17, 4/25/18 effective 8/1/18, 1/5/23)*

**13.1.7.6.2 June Evaluation Period.** During the June evaluation period, evaluations of live athletics activities are limited to: *(Adopted: 1/5/23, Revised: 1/10/24)*

(a) Scholastic and intercollegiate events that:

(1) Are approved by the National Federation of State High School Associations, the NCAA (for events conducted by scholastic associations that are not members of the National Federation of State High School Associations) or an applicable two-year college governing body (NJCAA, CCCAA, NWAC);

(2) For events involving high school prospective student-athletes, are organized and conducted exclusively by the applicable state high school athletics association and/or state high school basketball coaches association (or if there is no state high school basketball coaches association, the state high school coaches association) or the applicable scholastic association that is not a member of the National Federation of State High School Associations. For events involving two-year college prospective student-athletes, are organized and conducted exclusively by the applicable two-year college governing body and/or two-year college coaches association; and

(3) Occur at any location other than an NCAA Division I institution, subject to current certification processes used by the National Federation of State High School Associations and the NCAA.

**13.1.7.6.3 July Evaluation Period.** During the July evaluation period, an institutional coaching staff member may attend institutional basketball camps per Bylaw 13.12.1.1, international scholastic and nonscholastic practice and competition, noninstitutional organized events (e.g., camps, leagues, tournaments and festivals) that are certified per Bylaw 13.18 and the NCAA College Basketball Academy. **[D]** *(Revised: 6/16/15, 4/25/18, 1/20/22 effective 8/1/22, 10/5/22)*

**13.1.7.6.4 On-Campus Events.** Evaluations at nonscholastic events and noninstitutional camps or clinics that occur on a Division I campus are prohibited. **[D]** *(Revised: 6/16/15)*

**13.1.7.6.5 Practice in Preparation for a Certified Event.** An institutional coaching staff member may attend organized team practices in preparation for a certified event, provided such practice time has been designated by the organizer as part of the event. **[D]** *(Revised: 6/16/15)*

**13.1.7.6.6 Events Not Subject to Certification Program.** During any contact or evaluation period, an institutional coaching staff member may attend noninstitutional organized events that are approved, sponsored or conducted by an applicable state, national or international governing body and are not organized and conducted primarily for a recruiting purpose (e.g., intrastate and interstate high school basketball games, state high school all-star games, international competitions and practices associated with such contests). A coaching staff member shall not attend events that are approved, sponsored or conducted by an applicable state, national or international governing body but are organized and conducted primarily for a recruiting purpose, unless such events are certified per Bylaw 13.19. **[D]** *(Revised: 6/16/15)*

**13.1.7.6.7 International Evaluations.** An institutional coaching staff member may evaluate at any international scholastic or nonscholastic competition or practice during any contact or evaluation period and other permissible events (see Bylaws 13.1.7.6.8 and 13.1.7.16). Academic year international evaluations count toward the 65 recruiting-person day limit. Up to 10 calendar days may be used for international evaluations during June, July and August, during an evaluation period or other permissible events. Up to two coaching staff members per institution per day may attend international scholastic or nonscholastic competition or practice during the 10 calendar days. **[D]** *(Adopted: 1/20/22 effective 8/1/22)*

**13.1.7.6.8 National Team Activities and Regional Championships.** During quiet and dead periods, 10 of the 65 permissible recruiting-person days may be used at the following: **[D]** *(Adopted: 4/26/17, Revised: 4/25/18, 7/3/19, 1/20/22 effective 8/1/22)*

(a) **National Team Activities.** Up to two coaching staff members per institution per calendar day may attend any live organized athletic activity (e.g., training camps, mini-camps, tryouts, intra-squad competition) involving a national team, including junior level teams (e.g., U18 national team) provided the team is coached by a Division I institution's coach (head or assistant) or has a Division I coach involved (e.g., floor coach, selection committee member, evaluator) and the activity is approved, sponsored or conducted by the applicable national governing body (e.g., USA Basketball); and

(b) **Regional Championships.** Up to two coaching staff members per institution per calendar day may attend any regional championship [e.g., International Basketball Federation (FIBA) U18 European Championship, FIBA Americas U18 Championship, etc.] that is approved, sponsored or conducted by FIBA. A coaching staff member may attend organized practices associated with such events, provided the practice time has been designated as part of the event by the event organizer.

**13.1.7.7 On Same Day.** Any number of evaluations or observations made during the same calendar day (defined as 12:01 a.m. to midnight) shall count as one evaluation. *(Adopted: 1/16/93)*

**13.1.7.8 Evaluations in Team Sports.** In team sports, an institution shall use an evaluation for each prospective student-athlete participating in a practice or contest observed by the institution's coach, except an evaluation that occurs on the same day as a permissible contact (see Bylaw 13.1.5.7). An institution's coach who is attending an event in which prospective student-athletes from multiple educational institutions participate in drills (e.g., combine) shall use an evaluation only for each prospective student-athlete participating in the event that the coach observes engaging in the drills. *(Revised: 6/28/04, 5/14/05, 10/30/12, 4/13/23)*

**13.1.7.9 Evaluation Days -- Women's Volleyball.** In women's volleyball, each institution is limited to 80 evaluation days (measured August 1 through July 31) per Bylaw 13.02.7.1. A coach's employment activities in an institutional camp or clinic (including another NCAA four-year institution's camp or clinic) or a noninstitutional, privately owned camp or clinic within a 50-mile radius of the institution do not count toward the evaluation days limitation. A coach's involvement outside the contact/evaluation period with a local sports club per Bylaw 13.11.2.5 shall count toward the limit. A coach's employment activities in a noninstitutional, privately owned camp or clinic outside a 50-mile radius of the institution shall count toward the limit. **[D]** *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/8/07 effective 8/1/07, 4/25/18 effective 8/1/18, 1/18/23 effective 7/1/23)*

**13.1.7.10 Evaluation Days -- Women's Beach Volleyball.** In women's beach volleyball, an institution is limited to 50 evaluation days (measured August 1 through July 31) per Bylaw 13.02.7.1. Evaluation days are specific to academic evaluations, beach volleyball practice and beach volleyball competition only (no evaluations of other athletics activities). A coach's involvement outside a beach volleyball contact or evaluation period with a local sports club (volleyball or beach volleyball) per Bylaw 13.11.2.5 shall count toward the limit. **[D]** *(Adopted: 1/15/11 effective 8/1/11, Revised: 4/26/17 effective 8/1/17)*

**13.1.7.11 Evaluations in Individual Sports.** An institution's coach who is attending a practice or event in which prospective student-athletes from multiple institutions participate in drills (e.g., combine) or competition in an individual sport on a specific day shall use an evaluation only for those participants whom the coach observes engaging in practice or

competition. The evaluation is not counted for a particular prospective student-athlete if a contact is made with that prospective student-athlete during the same day (see Bylaw 13.1.5.7). *(Adopted: 1/10/92, Revised: 1/11/94 effective 8/1/94, 6/28/04, 5/4/05, 10/30/12)*

**13.1.7.12 Evaluation Days -- Men's Golf.** In men's golf, each institution is limited to 45 evaluation days (measured August 1 through July 31) per Bylaw 13.02.7.1. A coach's employment activities in instructional camps or clinics do not count toward the evaluation days limitation. **[D]** *(Adopted: 4/25/18 effective 8/1/18)*

**13.1.7.13 Evaluation Days -- Women's Golf** In women's golf, each institution is limited to 55 evaluation days (measured August 1 through July 31) per Bylaw 13.02.7.1. A coach's employment activities in instructional camps or clinics do not count toward the evaluation days limitation. *(Adopted: 6/26/24 effective 8/1/24)*

**13.1.7.14 Tournament and Multiple-Day Event Evaluations.** Evaluation during each day of a tournament or multiple-day event (e.g., jamboree, round robin, showcase) held during the academic year shall count as a separate evaluation except as follows (see Bylaws 13.1.4.1.1 and 13.1.4.2.1.1): *(Revised: 1/14/97, 3/22/06, 1/22/20)*

(a) Evaluation of multiple contests in a tournament or multiple-day event that occurs on consecutive days shall count as a single evaluation.

(b) Evaluation of multiple contests in a single tier of a tournament or multiple-day event (e.g., sectional, district, regional) shall count as a single observation. If a particular tier of a tournament is subdivided into identifiable segments (e.g., conducted on different weekends), evaluation of contests in each identifiable segment counts as a single observation.

**13.1.7.15 Open Events in Which College Teams Compete.** An institution does not use an evaluation if the institution's team competes in an open event (e.g., track and field meet) in which prospective student-athletes also compete. *(Adopted: 1/10/92)*

**13.1.7.16 Coaches' Attendance at Elite and Junior Level International Events.** Coaching staff members may attend Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade) or World University Championships competition or the junior level equivalent competition (e.g., Youth Olympic Games, Junior World Championships, U19 World University Games) that occurs outside the permissible contact and evaluation periods. However, attendance at qualifying competition for such events, including tryouts, remains subject to the applicable recruiting calendars. *(Adopted: 1/9/06 effective 8/1/06, Revised: 8/11/11, 1/14/12, 4/28/16, 1/22/20)*

**13.1.7.16.1 Associated Practices.** A coaching staff member may attend organized practices associated with Olympic, Paralympic, Pan American, Parapan American, World Championships, World Cup, World University Games (Universiade) or World University Championships competition or the junior level equivalent competition that occurs outside the permissible contact and evaluation periods (or recruiting periods in men's basketball), provided such practice time has been designated as part of the event by the event organizer. *(Adopted: 10/4/16, Revised: 1/22/20)*

**13.1.7.17 Evaluation of Individuals Before They Become Prospective Student-Athletes.** In sports other than men's basketball, softball and women's volleyball, a coaching staff member may observe an individual who has not entered the ninth grade participating in an athletically related activity, provided such observation occurs during a contact or evaluation period when it is permissible to evaluate prospective student-athletes. In men's basketball, softball and women's volleyball, a coaching staff member may observe an individual who has not entered the seventh grade participating in an athletically related activity, provided such observation occurs during a period when it is permissible to evaluate prospective student-athletes. **[D]** *(Adopted: 12/12/06, Revised: 6/9/10, 10/27/11 effective 8/1/12, 4/25/18, 10/27/21 effective 1/1/22)*

**13.1.7.18 Off-Campus Observation of Recruiting or Scouting Service Video.** Off-campus observation of a prospective student-athlete via video made available by a recruiting or scouting service is considered an evaluation activity and is subject to applicable evaluation regulations. *(Adopted: 1/16/10)*

**13.1.7.19 Coaches' Involvement in Local Sports Clubs -- No Requirement to Count Evaluations.** A coaching staff member is not required to count evaluations for any observations of prospective student-athletes that occur while the coach is participating in permissible activities and acting on behalf of a local sports club (e.g., coaching or instructional activities, scouting future opponents). *(Adopted: 1/10/13)*

**13.1.8 Banquets, Meetings and NCAA Promotional Activities.**

**13.1.8.1 Coaching Staff Member -- During a Contact, Evaluation, Recruiting or Quiet Period.** During a contact, evaluation, recruiting or quiet period, a coach may speak at or attend a banquet or meeting where prospective student-athletes are in attendance or at a prospective student-athlete's educational institution without using one of the institution's permissible contacts or evaluations, provided: **[D]** *(Adopted: 1/19/22)*

(a) The event is initiated and conducted by an entity outside the coach's institution;

(b) The individual does not make a recruiting presentation in conjunction with the appearance;

(c) The individual does not have direct contact with a prospective student-athlete (or a prospective student-athlete's family members) in attendance; and

(d) The individual does not engage in evaluation activities.

### 13.1.8.1.1 Basketball and Football -- Banquets or Meetings at a Prospective Student-Athlete's Educational Institution During a Contact, Evaluation or Recruiting Period.
A coach who speaks at a meeting or banquet at a prospective student-athlete's educational institution where prospective student-athletes are in attendance during a contact, evaluation or recruiting period uses the institution's once-per-week visit to a prospective student-athlete's educational institution. *(Adopted: 1/19/22)*

### 13.1.8.2 Noncoaching Staff Members With Sport-Specific Responsibilities -- During a Contact, Evaluation, Recruiting or Quiet Period.
A noncoaching staff member with sport-specific responsibilities may not speak at or attend a banquet or meeting at a prospective student-athlete's educational institution at any time, regardless of whether prospective student-athletes are in attendance. During a contact, evaluation, recruiting or quiet period, a noncoaching staff member with sport-specific responsibilities may speak at or attend a banquet or meeting at a location other than a prospective student-athlete's educational institution where prospective student-athletes are in attendance, provided: **[D]** *(Adopted: 1/19/22, Revised: 5/8/23)*

(a) The event is initiated and conducted by an entity outside the staff member's institution;

(b) The individual does not make a recruiting presentation in conjunction with the appearance;

(c) The individual does not have direct contact with a prospective student-athlete (or a prospective student-athlete's family members) in attendance; and

(d) The individual does not engage in evaluation activities.

### 13.1.8.3 During a Dead Period or Recruiting Shutdown.
During a dead period or recruiting shutdown, a coach or noncoaching staff member with sport-specific responsibilities may not attend or speak at a meeting or banquet held at a prospective student-athlete's educational institution, regardless of whether prospective student-athletes are in attendance, and may not speak at a meeting or banquet at another location where prospective student-athletes are in attendance. A coach or noncoaching staff member with sport-specific responsibilities may attend a meeting or banquet at a location other than a prospective student-athlete's educational institution where prospective student-athletes are in attendance, provided: **[D]** *(Adopted: 1/19/22, Revised: 12/16/22, 5/8/23)*

(a) The event is open to the general public;

(b) The event is initiated and conducted by an entity outside the coach or staff member's institution; and

(c) The individual does not evaluate, make a recruiting presentation or have direct contact with any prospective student-athlete (or a prospective student-athlete's family members) in attendance.

### 13.1.8.4 Noncoaching Staff Members Without Sport-Specific Responsibilities.
A noncoaching staff member without sport-specific responsibilities (e.g., athletics director, compliance administrator, athletics academic counselor) may speak at or attend a meeting or banquet where prospective student-athletes are in attendance at any time, provided the individual does not make a recruiting presentation and no recruiting conversations occur. **[D]** *(Adopted: 1/19/22)*

### 13.1.8.5 Virtual Attendance.
A member of the institution's athletics staff may virtually participate (e.g., videoconference, prerecorded message) in a meeting or banquet where prospective student-athletes will be in attendance at any time, provided: **[D]** *(Adopted: 1/19/22)*

(a) The request to participate was initiated by an entity outside the staff member's institution;

(b) The individual does not make a recruiting presentation and no recruiting conversations occur.

### 13.1.8.6 Postseason Game Exception -- Football. [FBS/FCS]
In football, a coach may speak at or attend a meeting or banquet (at which prospective student-athletes are in attendance) in conjunction with the institution's appearance in a postseason contest that occurs during a dead period only if the meeting or banquet is open to the general public, it is a scheduled activity associated with the contest, and the coach does not make a recruiting presentation or have any direct contact with any prospective student-athlete (or a prospective student-athlete's family members) in attendance. **[D]** *(Adopted: 9/15/97, Revised: 4/25/18)*

### 13.1.8.7 NCAA Promotional Activities Exception.
An institution's coach may participate in NCAA promotional activities (e.g., autograph sessions, fan festivals and opening ceremonies) at NCAA championship events, provided contacts with prospective student-athletes are not prearranged and recruiting activities do not occur. **[D]** *(Adopted: 4/28/05)*

### 13.1.9 Funeral/Memorial Services.
An institutional staff member may attend the funeral or memorial services of a student-athlete, a prospective student-athlete or a member of the student-athlete's or a prospective student-athlete's family, at

which prospective student-athletes also may be in attendance, provided no recruiting contact occurs. **[D]** *(Adopted: 4/28/05, Revised: 1/15/11 effective 8/1/11, 4/28/16 effective 8/1/16, 5/1/19)*

**13.1.10 Conference-Sponsored Sportsmanship Initiatives.** A conference office may coordinate sportsmanship initiatives that may involve prospective student-athletes and their educational institutions subject to the following conditions (see Bylaws 13.4.3.4, 13.10.1.3 and 13.15.1.8): **[D]** *(Adopted: 4/26/07 effective 8/1/07, Revised: 10/30/14)*

(a) Any participating prospective student-athlete must attend a high school within a 30-mile radius of a conference member institution's campus;

(b) Any initiative that requires the actual presence of a prospective student-athlete shall not take place on an institution's campus; and

(c) An institution's student-athletes may participate, subject to the conditions of Bylaw 12.5.1.1.

# 13.2 Offers and Inducements.

**13.2.1 General Regulation.** An institution's staff member or any representative of its athletics interests shall not be involved, directly or indirectly, in making arrangements for giving or offering to give any financial aid or other benefits to a prospective student-athlete or the prospective student-athlete's family members or friends, other than expressly permitted by NCAA regulations. Receipt of a benefit by a prospective student-athlete or the prospective student-athlete's family members or friends is not a violation of NCAA legislation if it is determined that the same benefit is generally available to the institution's prospective students or their family members or friends or to a particular segment of the student body (e.g., international students, minority students) determined on a basis unrelated to athletics ability. **[R]** *(Revised: 10/28/97, 11/1/00, 3/24/05, 4/25/18)*

**13.2.1.1 Specific Prohibitions.** Specifically prohibited financial aid, benefits and arrangements include, but are not limited to, the following: **[R]** *(Revised: 10/28/97, 11/1/00, 4/23/08, 4/25/18)*

(a) An employment arrangement for a prospective student-athlete's family members;

(b) Gift of clothing or equipment;

(c) Co-signing of loans;

(d) Providing loans to a prospective student-athlete's family members or friends;

(e) Cash or like items;

(f) Any tangible items, including merchandise;

(g) Free or reduced-cost services, rentals or purchases of any type;

(h) Free or reduced-cost housing;

(i) Use of an institution's athletics equipment (e.g., for a high school all-star game);

(j) Sponsorship of or arrangement for an awards banquet for high school, preparatory school or two-year-college athletes by an institution, representatives of its athletics interests or its alumni groups or booster clubs; and

(k) Expenses for academic services (e.g., tutoring, test preparation) to assist in the completion of initial-eligibility or transfer-eligibility requirements or improvement of the prospective student-athlete's academic profile in conjunction with a waiver request.

**13.2.1.2 Additional Prohibition -- Consulting Fees -- Men's Basketball.** In men's basketball, an institution or staff member shall not provide a consulting fee to an individual associated with a prospective student-athlete or to a consulting firm in which an individual associated with a prospective student-athlete has a proprietary or financial interest. *(Adopted: 8/26/10)*

**13.2.1.3 Additional Prohibition -- Consulting Fees -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution or staff member shall not provide a consulting fee to an individual associated with a prospective student-athlete or to a consulting firm in which an individual associated with a prospective student-athlete has a proprietary or financial interest. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored)*

**13.2.1.4 Notification of Ineligibility and Consequences -- Basketball.** If a violation of Bylaw 13.2.1 occurs in which an institution or a basketball staff member employed (either on a salaried or volunteer basis) an individual associated with a recruited prospective student-athlete at the institution's camp or clinic, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective

student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 8/12/10, Revised: 4/26/17 effective 8/1/17)*

**13.2.1.5 Notification of Ineligibility and Consequences -- Football. [FBS/FCS]** If a violation of Bylaw 13.2.1 occurs in which an institution or staff member employed (either on a salaried or volunteer basis) an individual associated with a recruited prospective student-athlete at the institution's camp or clinic, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 4/26/17)*

**13.2.2 Institutional Preenrollment Fees. [A]** An institution may waive, pay in advance or guarantee payment of any institutional preenrollment fee for a prospective student-athlete who has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission. A preenrollment fee is one that is required by the institution for enrollment and includes the following: *(Adopted: 1/15/16, Revised: 7/31/23)*

(a) The institution's processing fee required prior to the admissions office's evaluation of the prospective student-athlete's application;

(b) The orientation-counseling tests fee required of all incoming students;

(c) The preadmission academic testing fee;

(d) Advance tuition payment for a prospective student-grantee;

(e) Housing deposit;

(f) Damage deposits for dormitory rooms;

(g) ROTC deposits for military equipment;

(h) Immunizations; or

(i) Any other pre-enrollment fee required of prospective students.

**13.2.3 Awards to Prospective Student-Athletes.** An institution is limited to providing the following awards to prospective student-athletes: *(Adopted: 1/10/91, Revised: 1/15/11, 1/23/19)*

(a) Awards to prospective student-athletes for outstanding athletics accomplishments are prohibited, except as provided in (c) below;

(b) Awards to high school, preparatory school or two-year-college athletics teams in the name of an NCAA member institution are prohibited, regardless of the institution's involvement (or lack thereof) in the administration of the award; and

(c) Any award presented at an open event conducted by an institution or held on its campus (see Bylaw 13.11.3.1) or at high school, preparatory school and two-year-college athletics contests or matches under the provisions of Bylaw 13.11.3.4 must be limited in value to $50 but may bear the institution's name and logo.

**13.2.4 Employment of Prospective Student-Athletes.**

**13.2.4.1 Prior to Completion of Senior Year.** An institution may employ a prospective student-athlete, provided the employment is arranged through normal institutional employment procedures (e.g., website, local newspaper, bulletin board listings) and without the intervention of any sport-specific staff member (e.g., no involvement with the hiring or supervision of the prospective student-athlete). Any compensation received by the prospective student-athlete must be for work actually performed and commensurate with the going rate for such services in the locale. (See Bylaws 13.12.1.7.1 and 13.12.1.7.1.1.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/19/13 effective 8/1/13, 1/22/20)*

**13.2.4.2 After Completion of Senior Year.** An institution may arrange for employment or employ a prospective student-athlete and sport-specific staff members may be involved with the hiring or supervision of the prospective student-athlete, provided the employment does not begin prior to the completion of the prospective student-athlete's senior year in high school. (See Bylaws 13.12.1.7.1 and 13.12.1.7.1.1.) *(Revised: 1/19/13 effective 8/1/13, 1/22/20)*

**13.2.4.2.1 Two-Year College Prospective Student-Athletes.** Once a prospective student-athlete has enrolled as a full-time student in a two-year college, the arrangement of employment by an institution for such a prospective student-athlete shall be permitted, provided the employment does not begin prior to the time period in which the prospective student-athlete has officially withdrawn from or has completed requirements for graduation at the two-year college. (See Bylaws 13.12.1.7.1 and 13.12.1.7.1.1.) *(Adopted: 1/12/99, Revised: 1/19/13 effective 8/1/13)*

**13.2.4.3 Transportation to Summer Job.** An institution or its representatives shall not provide a prospective student-athlete free transportation to and from a summer job unless it is the employer's established policy to transport all employees to and from the job site.

**13.2.5 Loans to Prospective Student-Athletes.** Arrangement of educational loans by an institution for a prospective student-athlete shall be permitted, provided the loan is not made prior to the completion of the prospective student-athlete's senior year in high school. Such loans must be from a regular lending agency and based on a regular repayment schedule.

**13.2.6 Summer Housing for Prospective Student-Athletes. [A]** An institution may rent dormitory space to a prospective student-athlete during the summer months at the regular institutional rate, provided it is the institution's policy to make such dormitory space available on the same basis to all prospective students. *(Revised: 4/28/05 effective 8/1/05, 1/19/13 effective 8/1/13)*

**13.2.7 Medical Expenses -- Basketball. [A]** In basketball, an institution may finance medical expenses (including rehabilitation and physical therapy expenses) for a prospective student-athlete who sustains an injury while participating in: *(Adopted: 1/14/12, Revised: 1/19/13, 4/26/17)*

(a) An on-campus evaluation (see Bylaw 13.11.2.1);

(b) A voluntary summer workout conducted by an institution's strength and conditioning coach who is not a countable coach in basketball (see Bylaw 13.11.3.9); or

(c) Required summer athletic activities (see Bylaw 13.11.3.10).

**13.2.8 Medical Expenses -- Football. [FBS/FCS]**

**13.2.8.1 Medical Expenses -- Bowl Subdivision Football.** In bowl subdivision football, an institution may finance medical expenses (including rehabilitation and physical therapy expenses) for a prospective student-athlete who sustains an injury while participating in voluntary summer conditioning activities that are conducted by an institution's strength and conditioning coach (see Bylaw 13.11.3.8.1) or while participating in required summer athletic activities (see Bylaw 13.11.3.11). *(Adopted: 4/24/03 effective 5/1/03, Revised: 12/15/06, 10/30/13, 4/26/17, 6/26/24)*

**13.2.8.2 Medical Expenses -- Championship Subdivision Football.** In championship subdivision football, an institution may finance medical expenses (including rehabilitation and physical therapy expenses) for a prospective student-athlete who sustains an injury while participating in voluntary summer conditioning activities that are conducted by an institution's strength and conditioning coach or a coach who is a certified strength and conditioning coach (see Bylaw 13.11.3.8.2) or while participating in required summer athletic activities (see Bylaw 13.11.3.11). *(Adopted: 4/24/03 effective 5/1/03, Revised: 4/29/04, 12/15/06, 5/4/09, 10/30/13, 4/26/17, 6/26/24)*

**13.2.9 Medical Expenses -- Sports Other Than Basketball and Football. [A]** In sports other than basketball and football, an institution may finance medical expenses (including rehabilitation and physical therapy expenses) for a prospective student-athlete who sustains an injury while participating in voluntary summer workouts conducted by an institution's strength and conditioning coach who is not a countable coach in any sport (see Bylaw 13.11.3.9). *(Adopted: 4/28/16, Revised: 4/26/17)*

**13.2.10 Life-Threatening Injury or Illness.** An institution may provide a donation (up to $100) to a charity on behalf of a prospective student-athlete or may provide other reasonable tokens of support (e.g., flowers, card) in the event of the death of the prospective student-athlete or the death or life-threatening injury or illness of a member of the prospective student-athlete's family. *(Adopted: 1/12/04, Revised: 4/28/05, 5/26/06, 1/15/11 effective 8/1/11, 4/28/16 effective 8/1/16, 5/1/19)*

**13.2.11 Benefits for Prospective Student-Athlete's Family Members.** An institutional staff member may provide a benefit to a member of the prospective student-athlete's family, provided: *(Revised: 5/11/05)*

(a) The family member has a pre-existing established relationship with the institutional staff member; and

(b) The benefit provided is consistent with the nature and level of benefits that the institutional staff member has provided to the family member prior to the prospective student-athlete starting classes for the ninth grade.

## 13.4 Recruiting Materials.

**13.4.1 Recruiting Materials and Electronic Correspondence -- General Rule.** An institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to an individual (or the individual's family members) until June 15 at the conclusion of the individual's sophomore year in high school. **[D]** *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 1/9/96 effective 7/1/96, 11/1/01 effective 4/1/02, 4/29/04 effective 8/1/04, 1/10/05, 4/28/05 effective 8/1/05, 4/26/07, 4/15/08, 6/13/08, 3/29/10, 10/27/11 effective 6/15/12, 1/18/14, 4/25/18, 5/1/19, 11/17/21)*

**13.4.1.1 Exception -- Baseball.** In baseball, an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to an individual (or the individual's family members) until August 1 at the beginning of the individual's junior year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to the individual (or the individual's family members) until the opening day of classes of the individual's junior year in high school. *(Adopted: 4/26/23)*

**13.4.1.2 Exception -- Lacrosse and Softball.** In lacrosse and softball, an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to an individual (or the individual's family members) until September 1 at the beginning of the individual's junior year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to the individual (or the individual's family members) until the opening day of classes of the individual's junior year in high school. **[D]** *(Revised: 5/1/19, 5/18/22, 4/13/23 effective 8/1/23)*

**13.4.1.3 Exception -- Men's Basketball.** In men's basketball, an institution shall not provide recruiting materials, including general correspondence related to athletics, to an individual (or the individual's family members) until June 15 at the conclusion of the individual's sophomore year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an institution shall not provide recruiting materials, including general correspondence related to athletics, to an individual (or the individual's family members) until the day after the conclusion of the individual's sophomore year in high school. **[D]** *(Adopted: 4/28/05 effective 8/1/05, Revised: 4/15/08, 4/29/10 effective 8/1/10, 5/27/11, 1/18/14, 4/25/18)*

**13.4.1.4 Exception -- Women's Basketball.** In women's basketball, an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to an individual (or the individual's family members) until June 1 at the conclusion of the individual's sophomore year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an institution shall not provide recruiting materials, including general correspondence related to athletics, or send electronic correspondence to the individual (or the individual's family members) until the day after the conclusion of the individual's sophomore year in high school. **[D]** *(Adopted: 5/18/22)*

**13.4.1.5 Exception -- Men's Ice Hockey.** In men's ice hockey, an institution shall not provide recruiting materials, including general correspondence related to athletics, to an individual (or the individual's family members) until January 1 of the individual's sophomore year in high school. **[D]** *(Adopted: 1/18/14, Revised: 4/25/18)*

**13.4.1.6 Exception -- Electronic Correspondence to a Prospective Student-Athlete's Coach Who Is the Family Member of a Prospective Student-Athlete.** Electronic Correspondence may be sent at the institution's discretion to a prospective student-athlete's coach who is the family member of a prospective student-athlete. *(Adopted: 4/28/16, Revised: 4/25/18)*

**13.4.1.7 Exception -- Electronic Correspondence in Conjunction With an Unofficial Visit.** Electronic correspondence may be sent to a prospective student-athlete (or those individuals accompanying the prospective student-athlete) beginning the day immediately preceding the unofficial visit until the conclusion of the visit. If otherwise impermissible correspondence occurs under this exception and a scheduled unofficial visit is canceled due to circumstances beyond the control of the prospective student-athlete or the institution (e.g., trip is canceled by the prospective student-athlete, inclement weather conditions), such correspondence shall not be considered institutional violations. *(Adopted: 4/26/17 effective 8/1/17, Revised: 1/23/19)*

**13.4.1.8 Exception -- Electronic Correspondence Regarding Institutional Camp or Clinic Logistical Issues.** Electronic correspondence to an individual (or the individual's family members or coach) that relates solely to institutional camp or clinic logistical issues (e.g., missing registration information) may be sent at any time, provided the correspondence does not contain recruiting language and no solicitation of particular individuals to attend a camp or clinic occurs. **[D]** *(Adopted: 9/24/09, Revised: 10/27/11 effective 6/15/12, 1/19/13 effective 8/1/13, 1/18/14 , 1/18/14 effective 8/1/14, 4/28/16 , 4/28/16 effective 8/1/16, 4/25/18, 11/17/21)*

**13.4.1.9 Responding to Prospective Student-Athlete's Request.** Institutional staff members (including athletics staff members) may respond to a prospective student-athlete's letter or electronic correspondence requesting information from an institution's athletics department prior to the permissible date on which an institution may begin to provide recruiting materials to a prospective student-athlete, provided the written response does not include information that would initiate the recruitment of the prospective student-athlete or information related to the institution's athletics program (e.g., the reply contains an explanation of current NCAA legislation or a referral to the admissions department). An electronic

reply must be a permissible form of electronic correspondence. **[D]** *(Revised: 5/26/06, 4/20/11, 1/18/14 effective 8/1/14, 11/17/21)*

**13.4.1.10 Recruiting Materials.** As specified below, an institution may provide only the following materials to a prospective student-athlete, the prospective student-athlete's family members, coaches or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved: *(Adopted: 4/28/05 effective 8/1/05, Revised: 3/8/06, 5/25/06, 12/12/06, 1/8/07 effective 8/1/07, 4/14/08, 4/15/08, 4/24/08 effective 8/1/08, 9/24/09, 4/29/10 effective 8/1/10, 5/27/11, 1/18/14 effective 8/1/14, 4/25/18, 1/23/19, 11/17/21, 6/26/24)*

 (a) **General Correspondence.** There are no restrictions on the design or content of general correspondence and attachments, except that the size of the printed material may not exceed 8½ by 11 inches when opened in full. There are no restrictions on the design or content of an envelope used to send general correspondence and attachments, except that the size of the envelope may not exceed 9 by 12 inches.

 (b) **Camp or Clinic Information.** Camp or clinic information may be provided at any time. (See Bylaw 12.5.1.6.)

 (c) **Nonathletics Institutional Publications.** An institution may provide nonathletics institutional publications (e.g., official academic, admissions and student-services publications published by the institution) available to all students at any time.

 (d) **Educational Material Published by the NCAA.** Educational material published by the NCAA (e.g., NCAA Guide for the College-Bound Student-Athlete) may be provided at any time.

 (e) **Preenrollment Information.** An institution may provide any necessary preenrollment information regarding orientation, conditioning, academics and practice activities to a prospective student-athlete, provided prospective student-athlete has signed a National Letter of Intent or institutional financial aid agreement, or has been officially accepted for enrollment.

 (f) **Video/Audio Materials.** An institution may provide video or audio materials to a prospective student-athlete.

**13.4.2 Conference Restrictions.** A member conference is precluded from providing recruiting materials to prospective student-athletes. **[D]** *(Revised: 1/11/94 effective 8/1/94, 4/24/03 effective 8/1/03, 3/26/04)*

# 13.5 Transportation.

**13.5.1 General Restrictions.** An institution may not provide transportation to a prospective student-athlete other than on an official paid visit or, on an unofficial visit, to view a practice or competition site in the prospective student-athlete's sport and other institutional facilities and to attend a home athletics contest at any local facility when accompanied by an institutional staff member. During the official paid visit, transportation may be provided to view a practice or competition site and other institutional facilities located outside a 30-mile radius of the institution's campus. **[R]** *(Revised: 1/11/89, 10/28/97, 11/1/00, 1/9/06 effective 8/1/06, 4/27/06)*

**13.5.1.1 Nonpermissible Transportation.** If nonpermissible transportation is provided, the institution may not avoid a violation of this rule by receiving reimbursement for mileage from the prospective student-athlete.

**13.5.2 Transportation on Official Paid Visit.**

**13.5.2.1 General Restrictions.** An institution may pay a prospective student-athlete's actual transportation costs for an official visit to its campus from any location, provided the prospective student-athlete returns to the original point of departure or travels to the prospective student-athlete's home, educational institution or site of competition. Use of a limousine or helicopter for such transportation is prohibited. **[R]** *(Revised: 1/9/06, 5/26/06, 4/25/18)*

**13.5.2.2 Automobile Transportation.** If a prospective student-athlete travels by automobile on an official paid visit, the institution may pay round-trip expenses to the individual incurring the expense (except the prospective student-athlete's coach as set forth in Bylaw 13.8.1.2) at the same mileage rate it allows its own personnel. Any automobile may be used by the prospective student-athlete, provided the automobile is not owned or operated or its use arranged by the institution or any representative of its athletics interests. **[R]** *(Revised: 1/11/94)*

**13.5.2.2.1 Use of Automobile.** The institution or representatives of its athletics interests shall not provide an automobile for use during the official visit by the prospective student-athlete or by a student host. **[R]**

**13.5.2.2.2 Coach Accompanying Prospective Student-Athlete and Family Members.** Except as permitted in Bylaw 13.5.2.4, a coaching staff member shall not accompany a prospective student-athlete in the coach's sport to or from an official visit unless the prospective student-athlete travels only by automobile. If such transportation is used, the official visit shall begin when the coach begins transporting the prospective student-athlete and the prospective student-athlete's family members to campus. A coach who makes an in-person, off-campus contact (any dialogue in excess of an exchange of a greeting) with the prospective student-athlete (or the prospective student-athlete's family

members) during a permissible contact period prior to transporting the prospective student-athlete and the prospective student-athlete's family members to campus for an official visit is charged with a countable contact. On completion of the visit, the coach shall terminate contact with the prospective student-athlete and the prospective student-athlete's family members immediately. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/14/97 effective 8/1/97, 11/12/97, 1/14/08 effective 8/1/08, 4/25/18, 4/26/23 effective 7/1/23)*

**13.5.2.2.2.1 Football Championship Subdivision Exception. [FCS]** In championship subdivision football, any member of an institution's athletics department who has been certified pursuant to a conference certification program may provide such transportation for a prospective student-athlete between the prospective student-athlete's home or educational institution and the member institution. *(Adopted: 1/10/91 effective 8/1/91, Revised: 12/15/06, 1/18/23 effective 7/1/23)*

**13.5.2.2.3 Local Transportation.** An institution transporting a prospective student-athlete (and those accompanying the prospective student-athlete) during the official visit may use institutional vehicles normally used to transport prospective students while visiting the campus, institutional vehicles normally used to transport the institution's athletics teams, or the personal vehicle of an institutional staff member or student host. *(Adopted: 8/5/04, Revised: 4/25/18, 4/26/23 effective 7/1/23)*

**13.5.2.3 Air Transportation.** An institution providing air transportation to a prospective student-athlete and the prospective student-athlete's family members to or from an official campus visit must use commercial transportation at coach-class airfare. Coaching staff members shall not accompany a prospective student-athlete to or from an official visit when air travel is used, except as permitted in Bylaw 13.5.2.4. *(Revised: 1/10/95 effective 8/1/95, 8/5/04, 4/26/23 effective 7/1/23)*

**13.5.2.3.1 Ticket Discounts.** An institution may not arrange payment of the airline ticket to allow a prospective student-athlete (or the prospective student-athlete's family members or friends) to take advantage of ticket bonuses, rebates, refunds, upgrades or other benefits connected with the purchase of the ticket. **[R]** *(Revised: 8/5/04, 4/25/18)*

**13.5.2.4 From Airport or Bus or Train Station.** During the official visit, any member of an institution's athletics department staff may provide ground transportation for a prospective student-athlete and the prospective student-athlete's family members between the campus and any bus or train station or airport. If a prospective student-athlete is transported by a member of the institution's athletics department from an airport or bus or train station other than the major airport or bus or train station nearest the institution, the official visit begins with the initiation of the ground transportation by the member of the institution's athletics department staff. *(Revised: 4/28/05, 7/27/07, 4/26/23 effective 7/1/23)*

**13.5.2.5 Visiting Two or More Institutions.** Two or more institutions to which a prospective student-athlete is making official visits on the same trip may provide travel expenses, provided there is no duplication of expenses, only actual and necessary expenses are provided, and the two-night limitation is observed at each institution. *(Revised: 4/26/23 effective 7/1/23)*

**13.5.2.6 Transportation of Prospective Student-Athlete's Family Members or Friends.** An institution may provide the actual round-trip cost for up to two family members to accompany a prospective student-athlete on an official visit. Additionally, the institution may: *(Revised: 1/11/94, 5/12/05, 7/27/07, 1/14/08 effective 8/1/08, 8/7/14, 1/16/19, 4/26/23 effective 7/1/23)*

(a) Provide automobile-mileage reimbursement to a prospective student-athlete on an official visit, even if additional family members or friends accompany the prospective student-athlete;

(b) Permit additional family members of a prospective student-athlete to ride in an automobile driven by a coaching staff member for the purpose of providing ground transportation to a prospective student-athlete as part of an official visit; and

(c) Provide transportation between its campus and any bus or train station or airport for additional family members of a prospective student-athlete making an official visit.

**13.5.3 Transportation on Unofficial Visit.** During an unofficial recruiting visit, the institution may provide the prospective student-athlete with transportation to view practice and competition sites in the prospective student-athlete's sport and other institutional facilities and to attend a home athletics contest at any local facility. The institution may use an institutional vehicle normally used to transport prospective students visiting campus, an institutional vehicle normally used to transport the institution's athletics team or the personal vehicle of an institutional staff member. An institutional staff member must accompany the prospective student-athlete during such transportation. Payment of any other transportation expenses, shall be considered a violation. **[R]** *(Revised: 1/11/89, 4/27/00, 3/10/04, 4/28/05, 1/9/06 effective 8/1/06, 4/27/06, 4/25/18)*

**13.5.4 Transportation Prior to Initial Enrollment. [A]** An institution or its representatives shall not furnish a prospective student-athlete, directly or indirectly, with transportation to the campus for enrollment. However, it is permissible for any member of the institution's staff to provide: *(Revised: 4/26/01 effective 8/1/01, 1/9/06, 10/17/13, 8/7/14)*

(a) Transportation from the nearest bus or train station or major airport to the campus on the occasion of the prospective student-athlete's initial arrival at the institution to attend classes for a regular term or to participate in preseason practice, or for initial enrollment for the institution's summer term for a prospective student-athlete who has been awarded athletically related financial aid for the prospective student-athlete's initial summer term; and

(b) Transportation from and to the nearest bus or train station or major airport on the occasion of the prospective student-athlete's arrival and departure from the institution to attend the institution's required new-student orientation, provided the prospective student-athlete has been accepted for admission to the institution.

# 13.6 Official (Paid) Visit.

**13.6.1 Institutional Policies.** An institution must have written departmental policies related to official visits that apply to prospective student-athletes, student hosts, coaches and other athletics administrators that are approved by the institution's president or chancellor. The institution is responsible for the development and enforcement of appropriate policies and penalties regarding specified areas, as identified by the Board of Directors. The institution shall have an outside entity (e.g., conference office) evaluate its policies related to official visits once every four years. The institution may be held accountable through the NCAA infractions process for activities that clearly demonstrate a disregard for its stated policies. *(Adopted: 8/5/04, Revised: 3/8/06, 7/31/14, 1/23/19)*

**13.6.2 Limitations on Official Visits.**

**13.6.2.1 First Opportunity to Visit.**

**13.6.2.1.1 Sports Other Than Baseball, Basketball, Football, Lacrosse and Softball.** In sports other than baseball, basketball, football, lacrosse and softball, a prospective student-athlete may not be provided an expense-paid visit earlier than August 1 of the prospective student-athlete's junior year in high school. **[D]** *(Revised: 10/28/11 effective 8/1/12, 11/1/01 effective 4/1/02, 8/5/04, 4/28/05, 4/26/17 effective 8/1/17, 4/25/18 effective 8/1/18, 5/11/18, 5/1/19)*

**13.6.2.1.2 Baseball, Lacrosse and Softball.** In baseball, lacrosse, and softball, a prospective student-athlete may not be provided an expense-paid visit earlier than September 1 of the prospective student-athlete's junior year in high school. If a prospective student-athlete attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), the prospective student-athlete may not be provided an expense-paid visit earlier than the opening day of classes of the prospective student-athlete's junior year in high school. **[D]** *(Revised: 5/11/19, 1/22/20)*

**13.6.2.1.3 Men's Basketball.** In men's basketball, a prospective student-athlete may not be provided an expense-paid visit earlier than August 1 at the beginning of the prospective student-athlete's junior year in high school. If a prospective student-athlete attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), the prospective student-athlete may not be provided an expense-paid visit earlier than the opening day of classes of the prospective student-athlete's junior year in high school. **[D]** *(Adopted: 11/1/01 effective 4/1/02, Revised: 4/3/02, 8/5/04, 4/28/05, 5/12/05, 10/27/11 effective 8/1/12, 1/19/13 effective 8/1/13, 4/26/17 effective 8/1/17, 5/11/18, 8/8/18 effective 8/15/18, 1/22/20)*

**13.6.2.1.4 Women's Basketball.** In women's basketball, a prospective student-athlete may not be provided an expense-paid visit earlier than January 1 of the prospective student-athlete's junior year in high school. *(Revised: 5/11/18, 1/20/22 effective 8/1/22)*

**13.6.2.1.4.1 July Evaluation Periods -- Women's Basketball.** In women's basketball, an institution may not provide an expense-paid visit to a prospective student-athlete during the July evaluation periods (see Bylaw 13.1.5.5.2), unless the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received a financial deposit in response to its offer of admission. *(Revised: 4/28/05 effective 8/1/05, Revised: 6/28/06, 1/19/13 effective 8/1/13, 5/11/18)*

**13.6.2.1.5 Football. [FBS/FCS]** In football, an institution may provide a prospective student-athlete an expense-paid visit beginning April 1 of a prospective student-athlete's junior year through the Sunday before the last Wednesday in June. However, an institution shall not provide a prospective student-athlete an expense-paid visit in conjunction with the prospective student-athlete's participation in an institutional camp or clinic. Thereafter, an institution may provide an expense-paid visit beginning September 1 of the prospective student-athlete's senior year in high school. **[D]** *(Adopted: 4/26/17 effective 8/1/17, Revised: 5/11/18, 1/23/19 effective 8/1/19)*

**13.6.2.1.5.1 Exception -- Home Football Contest. [FBS/FCS]** In August of a prospective student-athlete's senior year in high school, an institution may provide an expense-paid visit to the prospective student-athlete 48

hours before through 48 hours after an institution's home contest that occurs on the institution's campus or in a facility normally used for its home contests. *(Adopted: 1/23/19 effective 8/1/19)*

**13.6.2.1.6 Nonqualifier or Academic Redshirt in First Year.** A prospective student-athlete who is not a qualifier and who is enrolled in the prospective student-athlete's first year of full-time enrollment (first two semester or three quarters) at a two-year college may not be provided an expense-paid visit to a member institution. Such a prospective student-athlete may be provided an expense-paid visit once the individual has completed an academic year (two semesters or three quarters) of full-time enrollment at a two-year college. *(Revised: 8/1/12 effective 8/1/16, 4/16/15, 5/11/18, 4/26/23 effective 7/1/23)*

**13.6.2.2 Number of Official Visits -- Institutional Limitations.** An institution may finance one visit to its campus for a prospective student-athlete before October 15 following completion of high school and one visit beginning October 15 following completion of high school, including a visit related to a possible transfer. **[D]** *(Revised: 1/19/91 effective 8/1/91, 1/11/94 effective 8/1/94, 11/12/97, 1/12/99 effective 8/1/99, 10/29/09, 4/28/16 effetive 8/1/16, 4/26/17 effective 8/1/17, 5/11/18)*

**13.6.2.2.1 Exception -- Additional Visit After Departure of Head Coach.** After a new head coach is hired, an institution may finance one additional visit for a prospective student-athlete who previously received an official visit to the institution. Visits provided pursuant to this exception shall also be excluded from the limitations on the number of official visits set forth in Bylaw 13.6.2.2. **[D]** *(Adopted: 4/25/18, Revised: 5/11/18, 4/26/23 effective 7/1/23, 6/27/24 effective 6/26/24)*

**13.6.2.2.2 Football. [FBS/FCS]** In football, an institution may provide 70 official visits on an annual basis (April 1 through March 31). The institution must maintain a written record of the visits provided. **[D]** *(Revised: 5/11/18, 5/16/18, 1/22/20, 1/10/24 effective 4/1/24)*

**13.6.2.2.2.1 National Service Academies and Institutions That Do Not Subscribe to the National Letter of Intent. [FBS/FCS]** A national service academy or an institution that does not subscribe to the National Letter of Intent may provide 84 official visits, 70 of which may be provided prior to the initial date of the regular signing period of the National Letter of Intent. An official visit provided to a senior prospective student-athlete April 1 through July 31 may count toward the previous year's limit. *(Adopted: 1/22/20, Revised: 1/10/24 effective 4/1/24)*

**13.6.2.3 Visit to Off-Campus Contest.** An institution may not provide a prospective student-athlete with transportation to attend an off-campus contest outside a 30-mile radius of the member institution's main campus. **[D]** *(Revised: 4/24/03, 8/5/04, 1/9/06 effective 8/1/06, 11/1/07 effective 8/1/08, 8/21/12)*

**13.6.2.4 Visit While Competing in Open Event.** A host institution may pay the expenses of a recruited prospective student-athlete to participate in an established "open" event, provided the expenses of all other competitors in that event are paid; the expenses are not paid from athletics department (nonmeet) funds; and the expenses of the prospective student-athlete are limited to actual transportation, housing and food. This trip shall be considered the one paid visit to the institution's campus with the prospective student-athlete remaining not more than two nights. *(Revised: 4/26/23 effective 7/1/23, 7/31/23)*

**13.6.2.5 NCAA College Basketball Academies -- Basketball.** In basketball, a high school or preparatory school prospective student-athlete may not be provided an expense-paid visit during the NCAA College Basketball Academy. *(Adopted: 1/14/21 a contract signed before October 29, 2020 may be honored, Revised: 10/5/22)*

**13.6.3 Requirements for Official Visit.** The following requirements must be met before an institution may provide an official visit to a prospective student-athlete: **[D]** *(Adopted: 4/26/07 effective 8/1/07, Revised: 5/9/07, 11/1/07 effective 8/1/08, 8/7/14, 2/10/16)*

(a) A prospective student-athlete must present the institution with a high school (or college) academic transcript;

(b) A high school or preparatory school prospective student-athlete must register with the NCAA Eligibility Center; and

(c) A high school or preparatory school prospective student-athlete must be placed on the institution's institutional request list (IRL) with the NCAA Eligibility Center.

**13.6.3.1 NCAA Eligibility Center.** A prospective student-athlete's fulfillment of these academic requirements may be certified by the NCAA Eligibility Center approved by the Board of Governors. *(Adopted: 4/26/07 effective 8/1/07, Revised: 10/30/14)*

**13.6.4 Length of Official Visit.** An institution shall not provide more than two consecutive nights of lodging to a prospective student-athlete in conjunction with an official visit. A prospective student-athlete may remain in the locale in which the institution is located after the visit for reasons unrelated to the official visit, provided that at the completion of the visit, the

individual departs the institution's campus, and the institution does not pay any expenses thereafter, including the cost of return transportation to the prospective student-athlete's home. Additionally, if the prospective student-athlete does not return home prior to attending the institution, the one-way transportation to the campus would be considered a violation of Bylaw 13.5.4, which prohibits transportation to enroll. *(Revised: 1/9/96 effective 8/1/96, 8/5/04, 4/26/23 effective 7/1/23)*

**13.6.4.1 Transportation.** The prospective student-athlete's transportation to and from the campus must be without delay for personal reasons or entertainment purposes. The institution may not pay any expenses for entertainment (other than the actual and reasonable cost of meals) in conjunction with the prospective student-athlete's transportation. At the completion of the visit, the prospective student-athlete must depart the institution's campus immediately; otherwise, the institution may not pay any expenses incurred by the prospective student-athlete upon departure from the institution's campus, including the cost of the prospective student-athlete's transportation home. *(Revised: 9/24/09, 4/26/23 effective 7/1/23)*

**13.6.4.1.1 Coach Accompanying Prospective Student-Athlete.** If a coach accompanies a prospective student-athlete on an official visit by automobile per Bylaw 13.5.2.2.2, the visit shall begin when the coach begins transporting the prospective student-athlete to campus. A coach who makes an in-person, off-campus contact (any dialogue in excess of an exchange of a greeting) with the prospective student-athlete or the prospective student-athlete's family members during a permissible contact period prior to transporting the prospective student-athlete to campus for an official visit is charged with a countable contact. Upon completion of the visit, the coach shall terminate contact with the prospective student-athlete and the prospective student-athlete's family members immediately. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/25/18, 4/26/23 effective 7/1/23)*

**13.6.4.1.2 Lodging in the Locale of the Institution Before Visit.** A prospective student-athlete and up to four family members accompanying the prospective student-athlete may receive lodging in the locale of the institution without beginning the visit if the prospective student-athlete arrives in the locale too late to begin the official visit that day. *(Adopted: 9/24/09, Revised: 10/27/11 effective 8/1/12, 1/19/13 effective 8/1/13, 1/15/16 effective 8/1/16, 4/26/23 effective 7/1/23)*

**13.6.4.1.3 Meals and Lodging While in Transit.** An institution may pay the actual costs for meals and lodging for a prospective student-athlete and up to two family members accompanying the prospective student-athlete incurred while traveling to and from campus on the official visit. *(Revised: 10/27/11 effective 8/1/12, 1/19/13 effective 8/1/13, 4/25/18, 1/16/19, 4/26/23 effective 7/1/23)*

**13.6.4.2 Exception for Extenuating Circumstances.** An institution may provide a prospective student-athlete with additional expenses in conjunction with an official visit for reasons beyond the control of the prospective student-athlete and the institution (e.g., inclement weather conditions, natural disaster, flight delays or cancellations, airport security activity). *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/23/19, 4/26/23 effective 7/1/23)*

**13.6.5 Transportation on Official Visit.** For regulations relating to transportation on the official visit, see Bylaw 13.5.2.

**13.6.6 Accommodations on Official Visit.** A prospective student-athlete on an official visit and up to four family members accompanying the prospective student-athlete shall be provided lodging and meals as lodging and meals are normally provided to regular students. Local commercial facilities may be used but at a scale comparable to that of normal student life and only within a 30-mile radius of the institution's campus. Lodging may not include special accessories (e.g., Jacuzzis, luxury suite) that are not available generally to all guests residing at the establishment. (See Bylaw 13.6.7.7 for restrictions on meals provided to prospective student-athletes on official visits.) **[R]** *(Revised: 8/5/04, 10/29/15, 4/26/23 effective 7/1/23)*

**13.6.6.1 Lodging for Additional Persons.** Additional persons (e.g., additional family members, friends) may stay in the same room as the prospective student-athlete or other family members accompanying the prospective student-athlete, but the institution shall not pay the costs resulting from the additional occupants. The additional occupants shall not be prospective student-athletes being recruited by the institution. *(Adopted: 1/15/16 effective 8/1/16, Revised: 4/26/23 effective 7/1/23)*

**13.6.7 Entertainment/Tickets on Official Visit. [A]**

**13.6.7.1 General Restrictions. [A]** An institution may provide entertainment, pursuant to Bylaw 13.6.7.4, on the official visit for a prospective student-athlete and up to four family members accompanying the prospective student-athlete within a 30-mile radius of the institution's main campus. Entertainment and contact by representatives of the institution's athletics interests during the official visit are prohibited. It is not permissible to entertain friends (including dates) of a prospective student-athlete at any time at any site. **[R]** *(Revised: 10/28/97, 11/1/00, 4/23/14, 1/15/16 effective 8/1/16)*

**13.6.7.2 Complimentary Admissions.** During the official visit, a maximum of five complimentary admissions to a home athletics event at any facility within a 30-mile radius of the institution's main campus in which the institution's intercollegiate team practices or competes may be provided to a prospective student-athlete. Such complimentary

admissions are for the exclusive use of the prospective student-athlete and those persons accompanying the prospective student-athlete on the visit and may be issued through digital ticketing or a pass list on an individual-game basis. Such admissions may provide seating only in the general seating area of the facility used for conducting the event. Providing seating during the conduct of the event (including intermission) for the prospective student-athlete or those persons accompanying the prospective student-athlete in the facility's press box, special seating box or bench area is specifically prohibited. *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 10/28/97, 11/1/00, 4/26/01 effective 8/1/01, 4/24/03, 1/9/06, 4/24/08 effective 8/1/08, 1/15/16 effective 8/1/16, 1/16/19 effective 8/1/19, 4/15/21, 4/26/23 effective 7/1/23)*

**13.6.7.2.1 Conference Tournaments.** A member institution may not provide complimentary admissions to a prospective student-athlete for a postseason conference tournament. The prospective student-athlete may purchase tickets only in the same manner as any other member of the general public. **[R]** *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/08 effective 8/1/08)*

**13.6.7.2.2 NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for an NCAA championship (all rounds) or other postseason contests (e.g., bowl game, NAIA or NIT championship) constitutes excessive entertainment and is prohibited. The prospective student-athlete may purchase these tickets only in the same manner as any other member of the general public. **[R]** *(Revised: 1/10/92, 4/28/08 effective 8/1/08)*

**13.6.7.2.3 Purchase of Game Tickets in Same Locale.** An institution may reserve tickets, only for the use of additional individuals accompanying a prospective student-athlete during an official visit and for seat locations adjacent to the complimentary seats being provided to the prospective student-athlete. Such tickets must be purchased at face value. **[R]** *(Adopted: 1/10/92, Revised: 4/28/08 effective 8/1/08, 4/25/18)*

**13.6.7.2.4 Exception.** A member institution may provide complimentary admissions to a prospective student-athlete for a home athletics event that has been relocated outside a 30-mile radius of the institution's main campus due to the home facility's inoperable conditions (e.g., construction or facility repairs), which result in the facility being unavailable for safe use. *(Adopted: 4/28/05)*

**13.6.7.3 Parking.** An institution may arrange special on-campus parking for prospective student-athletes during an official visit. *(Adopted: 1/10/92)*

**13.6.7.4 Entertainment Expenses. [A]** An institution may provide up to $60 per person to entertain a prospective student-athlete, student host and up to four family members accompanying the prospective student-athlete during an official visit, which excludes the cost of meals and admission to campus athletics events. Additional individuals accompanying the prospective student-athlete on the official visit may pay the actual cost of entertainment arranged by the institution. The entertainment allowance may not be used for the purchase of souvenirs, such as T-shirts or other institutional mementos. The institution or representatives of its athletics interests shall not provide cash to a prospective student-athlete or the prospective student-athlete's family members for entertainment purposes. **[R]** *(Adopted: 4/26/23 effective 7/1/23, Revised: 11/16/23)*

**13.6.7.5 Student Host. [A]** A student host must be either a current student-athlete or a student designated in a manner consistent with the institution's policy for providing campus visits or tours to prospective students in general. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/10/92, 1/9/96 effective 8/1/96, 10/28/97, 11/1/00, 8/5/04, 5/12/05, 4/27/06, 2/23/09, 4/26/12 effective 8/1/12, 6/16/15, 1/15/16 effective 8/1/16, 1/19/18 effective 8/1/18, 4/26/23 effective 7/1/23)*

**13.6.7.5.1 Nonqualifier and Academic Redshirt Prohibition.** The student host must be enrolled in the institution being visited by a prospective student-athlete. A nonqualifier (see Bylaw 14.02.10.3) or an academic redshirt (see Bylaw 14.02.10.2) may not serve as a student host during the student-athlete's first academic year of residence. **[D]** *(Revised: 3/19/97, 4/24/03 effective 8/1/03, 3/26/04, 8/2/12 effective 8/1/16)*

**13.6.7.5.2 Use of Automobile.** The institution or representatives of its athletics interests shall not provide an automobile for use by the prospective student-athlete or the student host. **[R]** *(Revised: 4/24/03 effective 8/1/03)*

**13.6.7.6 Student Support Group Assisting in Recruiting.** An institution may not provide a free meal or entertainment to a member of an institutional student support group that assists in the recruitment of a prospective student-athlete during an official visit unless the student is designated as the one student host for that prospective student-athlete. Any additional arrangement between the institution and members of such a support group (e.g., compensation, providing a uniform) is left to the discretion of the institution. *(Adopted: 1/16/93)*

**13.6.7.7 Meals on Official Visit. [A]** The cost of actual meals, not to exceed three per day, on the official visit for a prospective student-athlete and up to four family members accompanying the prospective student-athlete need not be included in the entertainment expense. Meals must be comparable to those provided to student-athletes during the academic year. An institution may provide, at its discretion, reasonable snacks (e.g., pizza, hamburger) to the prospective

student-athlete and up to four family members in addition to the three meals. **[R]** *(Adopted: 1/10/92, Revised: 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 8/5/04, 1/9/06, 4/26/12 effective 8/1/12, 1/15/16 effective 8/1/16, 1/19/18, 4/26/23 effective 7/1/23)*

**13.6.7.8 Normal Retail Cost. [A]** If a boat, snowmobile, recreational vehicle or similar recreational equipment (including those provided by an institutional staff member or a representative of the institution's athletics interests) is used to entertain a prospective student-athlete or the prospective student-athlete's family members, the normal retail cost of the use of such equipment shall be assessed against the $60 per person entertainment figure; further, if such normal retail costs exceeds the $60 per person entertainment allowance, such entertainment may not be provided. **[R]** *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 4/24/03 effective 8/1/03, 4/17/12 effective 8/1/12, 1/19/18 effective 8/1/18, 1/16/19, 4/26/23 effective 7/1/23)*

**13.6.7.9 Activities During Official Visit.** An institution may not arrange miscellaneous, personalized recruiting aids (e.g., personalized jerseys, personalized audio/video scoreboard presentations) and may not permit a prospective student-athlete to engage in any game-day simulations (e.g., running onto the field with the team during pregame introductions) during an official visit. Personalized recruiting aids include any decorative items and special additions to any location outside of athletics facilities the prospective student-athlete will visit (e.g., hotel room, dorm room, student union) regardless of whether the items include the prospective student-athlete's name or picture. An institution may decorate common areas in athletics facilities (e.g., lobby, coach's office, suite in arena) for an official visit, provided the decorations are not personalized and the common areas are not accessible or visible to the general public while decorated. *(Adopted: 8/5/04, Revised: 5/14/05, 4/25/18 effective 8/1/18)*

**13.6.7.10 Professional Tryout or Workout Activities.** During an official visit, a prospective student-athlete may not attend events in which professional tryout or workout activities occur. (See Bylaw 13.7.3.7.) *(Adopted: 1/8/07)*

**13.6.8 Visit Unrelated to Athletics Recruitment.** During a visit to campus for reasons unrelated to athletics recruitment (e.g., admissions weekend) and for which expenses are provided by a department other than athletics, an institution may arrange a meeting between a prospective student-athlete who is admitted to the institution and the institution's coaching staff without such an arrangement constituting an official visit. *(Adopted: 1/22/20)*

**13.6.9 Notice of Student-Athlete Time Demands Expectations.** The NCAA Eligibility Center shall provide prospective student-athletes with notice of general time demands expectations related to being a student-athlete. An institution, in conjunction with an official visit, may provide additional general time demands expectations and specific expectations applicable to the sport or sports in which the prospective student-athlete is being recruited. *(Adopted: 1/19/17 effective 8/1/17)*

# 13.7 Unofficial (Nonpaid) Visit.

## 13.7.1 First Opportunity to Visit.

**13.7.1.1 Sports Other Than Baseball, Basketball, Football, Men's Ice Hockey, Lacrosse and Softball.** In sports other than baseball, basketball, football, men's ice hockey, lacrosse and softball, an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur with an individual (or the individual's family members) before August 1 at the beginning of the individual's junior year in high school. *(Adopted: 4/25/18, Revised: 8/8/18 effective 8/15/18, 5/1/19)*

**13.7.1.2 Baseball, Lacrosse and Softball.** In baseball, lacrosse and softball, an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur with an individual (or the individual's family members) before September 1 at the beginning of the individual's junior year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur earlier than the opening day of classes of the individual's junior year in high school. *(Revised: 5/1/19, 1/22/20)*

**13.7.1.3 Men's Basketball.** In men's basketball, an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur with an individual (or the individual's family members) before August 1 at the beginning of the individual's sophomore year in high school. If an individual attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur earlier than opening day of classes of the individual's sophomore year in high school. *(Adopted: 8/8/18 effective 8/15/18, Revised: 1/22/20)*

**13.7.1.4 Women's Basketball and Football.** In women's basketball and football, an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission)

may occur with an individual (or the individual's family members) at any time, subject to recruiting calendar restrictions per Bylaw 13.17.3 and 13.7.5, respectively. *(Adopted: 7/1/19)*

**13.7.1.5 Men's Ice Hockey.** In men's ice hockey, an unofficial visit with athletics department involvement (e.g., contact with athletics department staff, athletics-specific tour, complimentary admission) shall not occur with an individual (or the individual's family members) before January 1 of the individual's sophomore year in high school. *(Adopted: 5/1/19)*

**13.7.2 Number Permitted.** A prospective student-athlete may visit a member institution's campus at the prospective student-athlete's own expense an unlimited number of times. *(Adopted: 4/25/18)*

**13.7.2.1 Exception -- Men's Basketball.** In men's basketball, a prospective student-athlete may not make an unofficial visit in July unless the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received a financial deposit from the prospective student-athlete in response to an offer of admission. A high school or preparatory school prospective student-athlete may not make an unofficial visit during the NCAA College Basketball Academy. *(Adopted: 11/1/01 effective 4/1/02, Revised: 4/12/11 effective 8/1/11, 11/7/13, 1/14/21)*

**13.7.2.2 Exception -- Women's Basketball.** In women's basketball, a prospective student-athlete may not make an unofficial visit during the July evaluation periods (see Bylaw 13.1.5.5.2) unless the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received a financial deposit from the prospective student-athlete in response to an offer of admission. A high school or preparatory school prospective student-athlete may not make an unofficial visit during the NCAA College Basketball Academy. *(Adopted: 4/28/05 effective 8/1/05, Revised: 6/28/06, 1/19/13 effective 8/1/13, 10/5/22)*

**13.7.3 Entertainment/Tickets.**

**13.7.3.1 General Restrictions. [A]** During an unofficial visit, the institution may not pay any expenses or provide any entertainment except a maximum of three complimentary admissions (issued through digital ticketing or a pass list) to a home athletics event at any facility within a 30-mile radius of a member institution's main campus in which the institution's intercollegiate team practices or competes. Such complimentary admissions are for the exclusive use of the prospective student-athlete and those persons accompanying the prospective student-athlete on the visit and must be issued on an individual-game basis. Such admissions may provide seating only in the general seating area of the facility used for conducting the event. Providing seating during the conduct of the event (including intermission) for the prospective student-athlete or those accompanying the prospective student-athlete in the facility's press box, special seating box(es) or bench area is specifically prohibited. Complimentary admissions may not be provided during a dead period, except as provided in Bylaw 13.7.3.5. **[R]** *(Revised: 1/10/90 effective 8/1/90, 1/11/94, 4/24/03, 12/6/13, 4/15/21)*

**13.7.3.1.1 Exception -- Nontraditional Family. [A]** If a prospective student-athlete is a member of a nontraditional family (e.g., divorce, separation), the institution may provide up to two additional complimentary admissions to the prospective student-athlete in order to accommodate the family members accompanying the prospective student-athlete (e.g., stepparents) to attend a home athletics event. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/16/19)*

**13.7.3.1.2 Meals.** A prospective student-athlete on an unofficial visit to an institution may pay the actual cost of meals (or the regular cost of training-table meals) and eat with other prospective student-athletes who are on their official visits or with enrolled student-athletes. **[R]**

**13.7.3.1.2.1 Exception -- Championship Subdivision Football. [FCS]** A championship subdivision football program that restricts its total number of official visits to 25 may provide one meal to a football prospective student-athlete in the institution's on-campus student dining facilities without the visit counting as an official visit. The institution also may provide one meal to the prospective student-athlete's family members in the institution's on-campus student dining facilities without the visit counting as an official visit, provided it is the institution's normal policy to provide such a meal under similar circumstances to all prospective students' family members visiting the campus. A prospective student-athlete who is given such a meal may not also be provided by the institution with an official visit in any sport. **[R]** *(Adopted: 1/11/94, Revised: 12/15/06, 4/25/18)*

**13.7.3.1.2.2 Exception -- Sports Other Than Football and Basketball.** In sports other than football and basketball, a prospective student-athlete visiting an institution's campus as part of an admissions event (open house) may be provided with one meal in the institution's on-campus student dining facility and may have contact with institutional coaching staff members only during such an event without the visit counting as an official visit. The institution must be able to certify that it is the institution's normal policy to provide such a meal to all prospective student-athletes (including nonathletes) attending the admissions event. **[R]** *(Adopted: 1/14/97 effective 8/1/97)*

**13.7.3.1.3 Housing -- Lodging in Dormitories.** A prospective student-athlete on an unofficial visit may stay in an enrolled student-athlete's dormitory room only if the prospective student-athlete pays the regular institutional rate for such lodging. **[R]**

**13.7.3.1.4 Transportation During Unofficial Visit.** For regulations relating to transportation on an unofficial visit, see Bylaw 13.5.3.

**13.7.3.1.5 Reserving Game Tickets. [A]** An institution may reserve tickets (in addition to the permissible complimentary admissions) for the use of additional individuals accompanying a prospective student-athlete during an unofficial visit and for seat locations adjacent to the complimentary seats being provided to the prospective student-athlete. Such tickets must be purchased at face value. **[R]** *(Adopted: 1/10/92, Revised: 1/16/19 effective 8/1/19)*

**13.7.3.1.6 Parking.** An institution may not arrange special parking for a prospective student-athlete to use while attending a member institution's campus athletics event during an unofficial visit. **[R]** *(Adopted: 1/10/92)*

**13.7.3.1.7 Academic Interviews.** An athletics department staff member may arrange academic interviews for a prospective student-athlete on an unofficial visit.

**13.7.3.1.8 Student Host.** A student host must either be a current student-athlete or a student who is designated in a manner consistent with the institution's policies for providing campus visits or tours to prospective students in general. *(Revised: 8/5/04)*

**13.7.3.2 Home Games at Site Other Than Regular Home Facility.** If an institution schedules any regular-season home games at a site not designated as its regular home facility, the host institution may provide a maximum of three complimentary admissions to any such game for the exclusive use of a prospective student-athlete and those persons accompanying the prospective student-athlete. Tournament and postseason games are excluded. The institution shall not arrange or permit any other entertainment or payment of expenses, including transportation, except as permitted in Bylaw 13.5.3. **[R]** *(Revised: 4/24/03)*

**13.7.3.3 Conference Tournaments.** A member institution may not provide complimentary admissions to a prospective student-athlete for a postseason conference tournament. The prospective student-athlete may purchase tickets only in the same manner as any other member of the general public. **[R]** *(Revised: 1/10/91 effective 8/1/91)*

**13.7.3.4 NCAA Championships or Other Postseason Contests.** The provision of complimentary or reduced-cost admissions to prospective student-athletes for an NCAA championship (all rounds) or other postseason contests (e.g., bowl game, NAIA or NIT championship) constitutes excessive entertainment and is prohibited. The prospective student-athlete may purchase tickets to such events only in the same manner as any other member of the general public. **[R]** *(Revised: 1/10/92)*

**13.7.3.5 Visit Unrelated to Recruitment.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for a purpose having nothing whatsoever to do with the prospective student-athlete's athletics recruitment by the institution (e.g., band trip, fraternity weekend, athletics team's attendance at a sporting event with the high school coach). The institution's athletics department or representatives of its athletics interests may not be involved in any way with the arrangements for the visit, other than the institution providing (in accordance with established policy) free admissions to an athletics event on a group basis, rather than personally to the prospective student-athlete. Such admissions may be provided during a dead period. **[R]** *(Revised: 12/6/13)*

**13.7.3.6 Visit Related to National Student-Athlete Day or National Girls and Women in Sports Day.** The limitations on providing entertainment to a prospective student-athlete shall not extend to a visit to the institution's campus for activities related to National Student-Athlete Day and National Girls and Women in Sports Day. **[R]** *(Adopted: 1/14/97, Revised: 4/22/98 effective 8/1/98)*

**13.7.3.7 Professional Tryout or Workout Activities.** During an unofficial visit, a prospective student-athlete may not attend events in which professional tryout or workout activities occur. (See Bylaw 13.6.7.10.) **[R]** *(Adopted: 1/8/07)*

**13.7.4 Activities During Unofficial Visit.** An institution may not arrange miscellaneous, personalized recruiting aids (e.g., personalized jerseys, personalized audio/video scoreboard presentations) and may not permit a prospective student-athlete to engage in any game-day simulations (e.g., running onto the field with the team during pregame introductions) during an unofficial visit. Personalized recruiting aids include any decorative items and special additions to any location outside of athletics facilities the prospective student-athlete will visit (e.g., hotel room, dorm room, student union) regardless of whether the items include the prospective student-athlete's name or picture. An institution may decorate common areas in athletics facilities (e.g., lobby, coach's office, suite in arena) for an unofficial visit, provided the decorations are not personalized and the common areas are not accessible or visible to the general public while decorated. *(Adopted: 8/5/04, Revised: 5/14/05, 4/27/06, 4/25/18 effective 8/1/18)*

**13.7.5 Off-Campus Contact Within One Mile of Campus Boundaries.** Off-campus contact between an institutional staff member and a prospective student-athlete (and those accompanying the prospective student-athlete) and off-campus contact between an enrolled student-athlete and a prospective student-athlete (and those accompanying the prospective student-athlete) may occur during an unofficial visit within one mile of campus boundaries. *(Adopted: 4/26/17 effective 8/1/17)*

# 13.8 Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches and Other Individuals Associated With Prospective Student-Athletes.

**13.8.1 Entertainment Restrictions.** Entertainment of a high school, preparatory school or two-year college coach or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved shall be limited to providing a maximum of two complimentary admissions (issued through digital ticketing or a pass list) to home intercollegiate athletics events at any facility within a 30-mile radius of the institution's main campus, which must be issued on an individual-game basis. Such entertainment shall not include food and refreshments, room expenses, or the cost of transportation to and from the campus or the athletics event. It is not permissible to provide complimentary admissions to any postseason competition (e.g., NCAA championship, conference tournament, bowl game). An institutional coaching staff member is expressly prohibited from spending funds to entertain the prospective student-athlete's coach on or off the member institution's campus. *(Revised: 4/3/02, 8/5/04, 4/28/05 effective 8/1/05, 10/30/14, 4/15/21)*

    **13.8.1.1 Exception -- Nonathletics Personnel.** An institutional department outside the athletics department (e.g., president's office, admissions) may host nonathletics high school, preparatory school or two-year college personnel (e.g., guidance counselors, principals) in conjunction with a home intercollegiate athletics event and may provide such individuals reasonable expenses (e.g., food, refreshments, parking, room) and a nominal gift, provided the visit is not related to athletics recruiting and there is no involvement by the institution's athletics department in the arrangements for the visit, other than providing (in accordance with established policy) free admissions to an athletics event. **[D]** *(Adopted: 3/8/12, Revised: 10/30/14)*

    **13.8.1.2 Transportation Reimbursement.** An institution shall not reimburse a high school, preparatory school or two-year college coach for expenses incurred in transporting a prospective student-athlete to visit the campus. **[D]** *(Revised: 10/30/14)*

    **13.8.1.3 Transportation to Off-Campus Contest.** If a high school, preparatory school or two-year college coach transports members of the coach's athletics squad to an off-campus site to watch NCAA member institutions compete, an institution may not reimburse the coach for the transportation costs or provide complimentary tickets for the coach or any of the team members. **[D]** *(Revised: 10/30/14)*

    **13.8.1.4 Purchase of Game Tickets.** An institution may not reserve tickets (in addition to the permissible complimentary admissions) to be purchased by high school, preparatory or two-year college coaches (or individuals accompanying them) to attend an institution's athletics contest. Tickets may be purchased only in the same manner as any other member of the general public. **[D]** *(Adopted: 1/10/92, Revised: 10/30/14)*

    **13.8.1.5 Noncoaching-Related Organization.** If a high school, preparatory school or two-year college coach is a member of a noncoaching-related organization (e.g., state high school principals association, college fraternity alumni organization, institution's alumni association), an institution may entertain the group, provided there is no direct involvement by the institution's athletics department. **[D]** *(Revised: 10/30/14)*

**13.8.2 Material Benefits.** Arrangements by an institution that involve a material benefit for a high school, preparatory school or two-year college coach, or for any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved, (e.g., the provision of a gift such as a tangible item bearing the institution's insignia, the offer to pay a portion of the coach's or other individual's personal expenses, compensation based on the number of campers sent to an institution's camp, or an arrangement to provide transportation for the coach or other individual) are prohibited. **[D]** *(Revised: 8/5/04, 10/30/14)*

    **13.8.2.1 Gifts at Coaches Clinic.** An institution may not provide gifts to high school, preparatory school or two-year college coaches in conjunction with its coaches clinic or other events. This specifically prohibits the provision of a door prize to the coach, even if the cost of the prize is included in the cumulative admission fee (the admission fee charged to each person, when combined, would cover the cost of the prize). Materials (e.g., clipboards, file folders) may be provided to each person attending the clinic, provided the items are included in the registration or admission fee. **[D]** *(Revised: 1/16/93, 1/11/94, 10/30/14)*

**13.8.3 Employment Conditions.**

**13.8.3.1 Employment in Athletically Related Institutional Activities -- Basketball.** An institution shall not employ (either on a salaried or a volunteer basis) an individual as a speaker or presenter at any athletically related institutional event or activity (e.g., booster club function, outside consultant) if that individual is involved in coaching prospective student-athletes or is associated with a prospective student-athlete as a result of the prospective student-athlete's participation in basketball. *(Adopted: 1/17/09)*

**13.8.3.2 Employment in Athletically Related Institutional Activities -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution shall not employ (either on a salaried or a volunteer basis) or enter into a contract for future employment with an individual as a speaker or presenter at any athletically related institutional event or activity (e.g., booster club function, outside consultant) if that individual is involved in coaching prospective student-athletes or is associated with a prospective student-athlete as a result of the prospective student-athlete's participation in football. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored)*

**13.8.3.3 Individual Associated with a Prospective Student-Athlete -- Men's Basketball.** In men's basketball, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department staff position other than a countable coach. *(Adopted: 1/16/10, Revised: 6/13/11, 1/18/23 effective 7/1/23, 6/26/24)*

**13.8.3.3.1 Application.** A violation of Bylaw 13.8.3.3 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.20) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 13.8.3.3 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 6/20/13)*

**13.8.3.3.2 Exception -- Reassignment.** An institution may reassign an individual associated with a prospective student-athlete from a countable coach to another athletics department staff position, provided the individual has been a countable coach at the institution for at least one full season. A season is defined as the time between the institution's start of on-court preseason practice and the end of the institution's last regular-season contest. *(Adopted: 4/28/16, Revised: 4/13/17, 3/3/21, 1/18/23 effective 7/1/23, 6/26/24)*

**13.8.3.4 Individual Associated with a Recruited Prospective Student-Athlete -- Women's Basketball.** In women's basketball, during a two-year period before a recruited prospective student-athlete's anticipated enrollment and a two-year period after the recruited prospective student-athlete's actual enrollment, an institution shall not employ (or enter into a contract for future employment with) an individual associated with the recruited prospective student-athlete in any athletics department staff position other than a countable coach. *(Adopted: 4/26/17 effective 8/1/17 a contract signed before 1/18/17 may be honored, Revised: 1/18/23 effective 7/1/23, 6/26/24)*

**13.8.3.4.1 Application.** A violation of Bylaw 13.8.3.4 occurs if an individual associated with a recruited prospective student-athlete (see Bylaws 13.02.15.1 and 13.02.20) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete. A violation of Bylaw 13.8.3.4 also occurs if an individual associated with a recruited prospective student-athlete is employed and, within two years after such employment, a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17 effective 8/1/17)*

**13.8.3.4.2 Exception -- Reassignment.** An institution may reassign an individual associated with a recruited prospective student-athlete from a countable coach to another athletics department staff position, provided the individual has been a countable coach at the institution for at least one full season. A season is defined as the time between the institution's start of on-court preseason practice and the end of institution's last regular-season contest. *(Adopted: 4/26/17 effective 8/1/17, Revised: 3/3/21, 1/18/23 effective 7/1/23, 6/26/24)*

**13.8.3.5 Individual Associated with a Prospective Student-Athlete -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-

year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or a volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department position except for a permissible off-campus recruiter or graduate student coach (see Bylaw 11.02.3).. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored, Revised: 6/26/24)*

**13.8.3.5.1 Application. [FBS]** A violation of Bylaw 13.8.3.5 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.21) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 13.8.3.5 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17)*

**13.8.3.5.2 Exception -- Reassignment.** An institution may reassign an individual associated with a prospective student-athlete from an off-campus recruiter position to an athletics department staff position, provided the individual has been an off-campus recruiter at the institution for the previous academic year. *(Adopted: 4/26/17, Revised: 3/3/21, 6/26/24)*

**13.8.3.6 Graduate Teaching Assistants.** A high school, preparatory school or two-year college coach who is enrolled in a bona fide postgraduate program at a member institution is permitted to receive legitimate compensation as a graduate teaching assistant.

**13.8.3.7 Employment in Different Sport.** A high school, preparatory school or two-year college coach who remains associated with the high school, preparatory school or two-year college in a coaching capacity in a different sport may be employed as a member of an institution's coaching staff. *(Revised: 3/16/07)*

**13.8.3.8 Employment in Same Sport.** A high school, preparatory school or two-year college coach who remains associated with the high school, preparatory school or two-year college in a coaching capacity in the same sport shall not be employed as a member of an institution's coaching staff.

**13.8.3.8.1 Contract for Future Employment.** A member institution is permitted to enter into a contractual agreement with a high school, preparatory school or two-year college coach for an employment opportunity that begins with the next academic year, provided the employment contract with the member institution is not contingent upon the enrollment of a prospective student-athlete and the coach does not begin any coaching duties (e.g., recruiting, selection of coaching staff) for the member institution while remaining associated with the high school, preparatory school or two-year college.

# 13.9 Letter-of-Intent Programs, Financial Aid Agreements and Offers.

**13.9.1 Oral Offers -- Men's Ice Hockey.** In men's ice hockey, an athletics department staff member shall not, directly or indirectly, provide an individual an oral offer (or indicate that an offer will or may be made) of athletically related financial aid, other institutional financial aid, admission to the institution or as a member of an intercollegiate team before August 1 at the beginning of the individual's junior year in high school. *(Adopted: 5/1/19)*

**13.9.2 Requirements for Written Offer of Athletically Related Financial Aid.** The following requirements must be met before an institution may provide a written offer of athletically related financial aid (per Bylaw 15.3.2.2) to a prospective student-athlete: **[D]** *(Adopted: 4/26/07 effective 8/1/07, Revised: 4/30/09 effective 8/1/10)*

(a) A high school or preparatory school prospective student-athlete must register with the NCAA Eligibility Center;

(b) A high school or preparatory school prospective student-athlete must be placed on the institution's institutional request list (IRL) with the NCAA Eligibility Center; and

(c) A high school, preparatory school or transfer (if applicable) prospective student-athlete must complete the amateurism certification questionnaire administered by the NCAA Eligibility Center.

**13.9.3 Letter of Intent Restriction.** A member institution may not participate in an institutional or conference athletics letter-of-intent program or issue an institutional or conference financial aid agreement that involves a signing date that precedes the initial regular (as opposed to early) signing date for the National Letter of Intent program in the same sport. However, an institution may permit a prospective student-athlete to sign an institutional or conference letter of intent during the National Letter of Intent early signing period in the applicable sport. **[D]** *(Revised: 8/5/04, 12/12/06, 4/26/07 effective 8/1/07)*

**13.9.3.1 Mailing of Financial Aid Offer.** An institutional or conference financial aid form may be included in the normal mailing of the National Letter of Intent, but none of the forms enclosed in the mailing may be signed by the prospective student-athlete prior to the initial signing date in that sport in the National Letter of Intent program. **[D]** *(Revised: 8/5/04)*

**13.9.3.2 Written Offer of Aid Before Signing Date.** Before August 1 of an individual's senior year in high school, an institution shall not, directly or indirectly, provide a written offer of athletically related financial aid or indicate in writing to the individual that an athletically related grant-in-aid will be offered by the institution. On or after August 1 of a prospective student-athlete's senior year in high school, an institution may indicate in writing to a prospective student-athlete that an athletically related grant-in-aid will be offered by the institution; however, the institution may not permit the prospective student-athlete to sign a form indicating acceptance of such an award before the initial signing date in the applicable sport in the National Letter of Intent program. **[D]** *(Revised: 8/5/04, 4/29/10 effective 8/1/10, 3/3/11)*

    **13.9.3.2.1 Nontraditional Academic Calendars.** If a prospective student-athlete attends an educational institution that uses a nontraditional academic calendar (e.g., Southern Hemisphere), an institution may indicate in writing on or after the opening day of classes of the prospective student-athlete's senior year in high school that an athletically related grant-in-aid will be offered by the institution; however, the institution may not permit the prospective student-athlete to sign a form indicating acceptance of such an award before the initial signing date in that sport in the National Letter of Intent program. **[D]** *(Adopted: 6/23/15)*

# 13.10 Publicity.

## 13.10.1 Publicity Before Commitment.

    **13.10.1.1 Comments Before Commitment.** Before the signing of a prospective student-athlete to a National Letter of Intent or an institution's written offer of admission and/or financial aid or before the institution receives the prospective student-athlete's financial deposit in response to its offer of admission, an institution may comment publicly only to the extent of confirming its recruitment of the prospective student-athlete. The institution may not comment generally about the prospective student-athlete's ability or the contribution that the prospective student-athlete might make to the institution's team; further, the institution is precluded from commenting in any manner as to the likelihood of the prospective student-athlete committing to or signing with that institution. **[D]** *(Revised: 1/19/13 effective 8/1/13)*

        **13.10.1.1.1 Evaluations for Media, Recruiting Services.** Athletics department staff members shall not evaluate or rate a prospective student-athlete for news media, scouting services or recruiting services. **[D]** *(Revised: 1/19/13 effective 8/1/13)*

    **13.10.1.2 Involvement in Media Activities.** A member institution shall not permit a prospective student-athlete to appear, be interviewed or otherwise be involved (in person or via audio or video) on: *(Revised: 8/14/04, 1/18/13 effective 7/31/13, 12/15/21)*

(a) Media activity (e.g., podcast, radio or television program, social media livestream) conducted by the institution's coach;

(b) Media activity in which the institution's coach is participating; or

(c) Media activity for which a member of the institution's athletics staff has been instrumental in arranging program material.

        **13.10.1.2.1 Announcer for Broadcast of Prospective Student-Athlete's Athletics Contest.** An institution's coach or noncoaching staff member with sport-specific responsibilities may not serve as an announcer or commentator for any athletics contest in which a prospective student-athlete is participating, or appear (in person or by means of audio or video) on a media broadcast of such contest. This restriction does not apply to contests involving national teams in which prospective student-athletes may be participants, including the Olympic and Paralympic Games. *(Revised: 1/10/95, 1/12/99, 8/5/04, 1/19/13 effective 8/1/13, 5/1/19, 1/22/20, 12/15/21)*

        **13.10.1.2.2 Game Broadcast/Telecast.** A prospective student-athlete may not be interviewed during the broadcast or telecast of an institution's intercollegiate contest. A member institution may not permit a station telecasting a game to show a videotape of competition involving high school, preparatory school or two-year college prospective student-athletes. **[D]** *(Revised: 8/5/04, 1/19/13 effective 8/1/13)*

    **13.10.1.3 Conference-Sponsored Sportsmanship Initiatives.** It is permissible for a conference to broadcast at any time, and through any medium, a public service announcement that may include prospective student-athletes, provided the following criteria are met (see Bylaw 13.1.10): *(Adopted: 4/26/07 effective 8/1/07)*

(a) A conference office is responsible for development of the public service announcement;

(b) The scope of the public service announcement is limited exclusively to promoting sportsmanship; and

(c) The public service announcement is not designed to solicit the enrollment of prospective student-athletes.

**13.10.1.4 Prospective Student-Athlete's Visit.** An institution shall not publicize (or arrange for publicity of) a prospective student-athlete's visit to the institution's campus. Further, a prospective student-athlete may not participate in team activities that would make the public or media aware of the prospective student-athlete's visit to the institution (e.g., running out of the tunnel with team, celebratory walks to or around the stadium/arena, on-field pregame celebrations). **[D]** *(Revised: 1/14/97, 9/12/03)*

**13.10.1.5 Introduction of Prospective Student-Athlete.** An institution may not introduce a visiting prospective student-athlete at a function (e.g., the institution's sports award banquet or an intercollegiate athletics contest) that is attended by media representatives or open to the general public. **[D]** *(Revised: 1/14/97)*

**13.10.1.6 Intent to Enroll.** An institution shall not publicize (or arrange for publicity of) a prospective student-athlete's intention to accept its offer of financial assistance. **[D]** *(Revised: 1/14/97)*

**13.10.1.7 Photograph of Prospective Student-Athlete.** It is permissible for an institution to photograph a prospective student-athlete during a campus visit to be used in the institution's permissible publicity and promotional activities (e.g., press release, media guide) and the photograph may be provided to the prospective student-athlete. **[D]** *(Adopted: 1/16/93, Revised: 1/11/94, 4/24/03 effective 8/1/03, 3/26/04, 11/17/04, 1/19/13 effective 8/1/13, 4/26/17 effective 8/1/17)*

> **13.10.1.7.1 Exception -- Photographs During Unofficial Visits -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, during an unofficial visit, an institution may not arrange for photographs or photograph a prospective student-athlete or those accompanying the prospective student-athlete. *(Adopted: 1/10/24 effective 3/1/24)*

**13.10.1.8 Exception -- Telephone Call or Electronic Correspondence With Multiple Prospective Student-Athletes Before Commitment.** An institution may conduct a telephone call (per Bylaw 13.1.3) with or send electronic correspondence (per Bylaw 13.4.1) to multiple prospective student-athletes who have not signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or from whom the institution has not received a financial deposit in response to its offer of admission. *(Adopted: 4/15/21, Revised: 11/17/21)*

**13.10.1.9 Exception -- Actions That Indicate Approval of Content on Social Media Platforms.** An athletics department staff member may take actions (e.g., "like," "favorite," republish, etc.) on social media platforms that indicate approval of content on social media platforms that was generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. (See Bylaw 11.3.2.4.) *(Adopted: 4/28/16 effective 8/1/16)*

**13.10.1.10 Exception -- Enrolled Student-Athletes.** An enrolled student-athlete may publicly comment on social media about a prospective student-athlete, provided such comments are not made at the direction of an institutional staff member. *(Adopted: 4/25/18)*

**13.10.2 Publicity After Commitment.** There are no restrictions on publicity related to a prospective student-athlete after the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or after the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. In basketball and football, for institutions that subscribe to the National Letter of Intent program, this provision does not apply to a prospective student-athlete who only signs an institution's written offer of admission and/or financial aid prior to the initial regular (as opposed to early) signing date of the National Letter of Intent program in the applicable sport. In sports other than basketball and football, for institutions that subscribe to the National Letter of Intent program, this provision does not apply to an individual who only signs an institution's written offer of admission prior to the initial signing date of the National Letter of Intent program in the applicable sport. **[D]** *(Revised: 1/14/97, 4/29/04 effective 8/1/04, 8/25/04, 1/19/13 effective 8/1/13, 4/28/16 effective 8/1/16, 7/9/18, 11/17/21)*

# 13.11 Tryouts.

**13.11.1 Prohibited Activities.** A member institution, on its campus or elsewhere, shall not conduct (or have conducted on its behalf) any physical activity (e.g., practice session or test/tryout) at which one or more prospective student-athletes (as defined in Bylaws 13.11.1.1 and 13.11.1.2) reveal, demonstrate or display their athletics abilities in any sport except as provided in Bylaws 13.11.2 and 13.11.3. **[D]** *(Revised: 8/5/04, 1/17/09)*

**13.11.1.1 Definition of "Prospective Student-Athlete" for Tryout-Rule Purposes -- Sports Other Than Men's Basketball, Softball and Women's Volleyball.** In sports other than men's basketball, softball and women's volleyball, for purposes of the tryout rule, the phrase "prospective student-athlete" shall include any individual who has started classes for the ninth grade and is not enrolled in the member institution at the time of the practice or test therein described. *(Revised: 1/11/89, 1/17/09, 4/25/18, 10/27/21 effective 1/1/22)*

**13.11.1.2 Definition of "Prospective Student-Athlete" for Tryout-Rule Purposes -- Men's Basketball, Softball and Women's Volleyball.** In men's basketball, softball and women's volleyball, for purposes of the tryout rule, the phrase "prospective student-athlete" shall include any individual who has started classes for the seventh grade and is not enrolled in the member institution at the time of the practice or test therein described. *(Adopted: 1/17/09, Revised: 4/25/18, 10/27/21 effective 1/1/22)*

**13.11.1.3 Competition Against Prospective Student-Athletes -- Sports Other Than Football.** In sports other than football, an institution's varsity intercollegiate team may compete against a two-year college team but may not compete against a high school or preparatory school team. An institution's varsity team may not participate in a contest against an outside team (e.g., nonscholastic team) that includes high school prospective student-athletes except for permissible contests while on a foreign tour, exempted contests against a foreign team in the United States and the U.S. national team. In individual sports, it is permissible for an institution's varsity team and an outside team that includes prospective student-athletes to participate in the same open event, provided the event either involves no team scoring or the event uses team scoring such that the institution's varsity team and the outside team are in separate scoring categories. Subvarsity teams are not bound by this prohibition. **[D]** *(Revised: 8/5/04, 1/9/06 effective 8/1/06, 2/26/07, 9/18/07, 1/16/10 effective 8/1/10, 4/29/10 effective 8/1/10 a contract signed before 8/14/09 may be honored)*

**13.11.1.4 Competition Against Prospective Student-Athletes -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution's varsity and subvarsity intercollegiate teams shall not compete against any team that includes prospective student-athletes. **[D]** *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/29/10 effective 8/1/10 a contract signed by 8/14/09 may be honored)*

> **13.11.1.4.1 Exception -- National Service Academy Subvarsity Team. [FBS]** A national service academy's subvarsity team may compete against a two-year college team, a high school team or a preparatory school team, provided no payment or other inducement (e.g., guarantee) is provided to such a team and no recruiting activities occur with members of such a team in conjunction with the competition. **[D]** *(Adopted: 1/15/11 effective 8/1/11)*

**13.11.1.5 Competition Against Prospective Student-Athletes -- Championship Subdivision Football. [FCS]** In championship subdivision football, an institution's varsity intercollegiate team shall not compete against a high school or preparatory school team. An institution's varsity intercollegiate team may compete against a two-year college team and its subvarsity team may compete against a two-year college team, a high school team or a preparatory school team, provided no payment or other inducement (e.g., guarantee) is provided to such a team and no recruiting activities occur with members of such a team in conjunction with such competition. **[D]** *(Adopted: 4/29/10 effective 8/1/10 a contract signed before 8/14/09 may be honored)*

**13.11.1.6 Competition in Conjunction with a High School, Preparatory School or Two-Year College.** In basketball, football, women's gymnastics and volleyball, an institution shall not permit competition between or among high schools, preparatory schools or two-year colleges to be conducted in conjunction with an intercollegiate athletics event (see Bylaw 13.15.1.5). **[D]** *(Revised: 1/10/90, 1/10/95, 8/5/04, 4/25/18 effective 8/1/18)*

> **13.11.1.6.1 Criteria.** An intercollegiate contest may be scheduled on the same day as a high school, preparatory school or two-year college contest (without being considered to be scheduled "in conjunction" with that event) only if the college and high school, preparatory school or two-year college events are conducted in separate sessions, separate tickets are sold for the events, and the playing facility is cleared between the contests. *(Revised: 1/10/90, 1/10/95)*

**13.11.1.7 Nonscholastic-Based Basketball.** In basketball, a member of an institution's coaching staff or an institutional staff member with basketball-specific duties (e.g., director of basketball operations, manager, administrative personnel) may only participate in coaching activities involving a nonscholastic-based basketball team that includes the staff member's child or children and that is of the opposite gender than the institution's team with which the staff member is associated. A coaching staff member or an institutional staff member with basketball-specific duties may not participate on teams that include individuals with eligibility remaining or that include individuals of prospective student-athlete age or younger, regardless of the gender of the participants. **[D]** *(Revised: 8/5/04, 4/28/05 effective 8/1/05, 1/9/06)*

> **13.11.1.7.1 Planning or Operation of Nonscholastic Events -- Men's Basketball.** In men's basketball, a staff member or a representative of the institution's athletics interests shall not be involved in any way in the planning or operation of a men's/boys' basketball nonscholastic event on an institution's campus. *(Adopted: 8/26/10)*

**13.11.1.8 Nonscholastic Practice or Competition -- Men's Basketball.** An institution [including any institutional department (e.g., athletics, recreational/intramural)] shall not host, sponsor or conduct a nonscholastic basketball practice or competition in which men's basketball prospective student-athletes (see Bylaw 13.11.1.2) participate on its campus or at an off-campus facility regularly used by the institution for practice and/or competition by any of the institution's sport programs. *(Adopted: 4/28/11 a contract signed before 10/29/09 may be honored)*

**13.11.1.8.1 Exception -- State Multisport Events.** An institution may host basketball-related events that are part of officially recognized state multisport events. *(Adopted: 4/28/11)*

**13.11.1.8.2 Exception -- Other Events.** An institution may host, sponsor or conduct a nonscholastic event that involves men's basketball prospective student-athletes, provided it meets one of the following conditions: *(Adopted: 4/28/11)*

  (a) The event is open (see Bylaw 13.11.3.1) and all participating men's basketball prospective student-athletes reside within a 50-mile radius of the institution's campus;

  (b) The event is part of a program that is consistent with the mission of the institution (e.g., state wellness and educational programs) and is conducted in accordance with Bylaw 13.11.3.2; or

  (c) The event is an ancillary event that is part of a nonathletics program (e.g., Boy Scouts) and is conducted in accordance with Bylaw 13.11.3.2.

**13.11.1.9 Nonscholastic Practice or Competition -- Women's Basketball.** An institution [including any institutional department (e.g., athletics, recreational/intramural)] shall not host, sponsor or conduct a nonscholastic basketball practice or competition in which women's basketball prospective student-athletes (see Bylaw 13.11.1.1) participate on its campus or at an off-campus facility regularly used by the institution for practice and/or competition by any of the institution's sport programs. **[D]** *(Adopted: 1/14/12 a contract signed before 6/28/11 may be honored)*

**13.11.1.9.1 Exception -- State Multisport Events.** An institution may host basketball-related events that are part of officially recognized state multisport events. *(Adopted: 1/14/12)*

**13.11.1.9.2 Exception -- Other Events.** An institution may host, sponsor or conduct a nonscholastic event that involves women's basketball prospective student-athletes, provided it meets one of the following conditions: *(Adopted: 1/14/12)*

  (a) The event is open (see Bylaw 13.11.3.1) and all participating women's basketball prospective student-athletes reside within a 50-mile radius of the institution's campus;

  (b) The event is part of a program that is consistent with the mission of the institution (e.g., state wellness and educational programs) and is conducted in accordance with Bylaw 13.11.3.2; or

  (c) The event is an ancillary event that is part of a nonathletics program (e.g., Girl Scouts) and is conducted in accordance with Bylaw 13.11.3.2.

**13.11.1.10 Nonscholastic Practice or Competition -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution [including any institutional department (e.g., athletics, recreational/intramural)] shall not host, sponsor or conduct a nonscholastic football practice or competition (e.g., seven-on-seven events) in which football prospective student-athletes participate on its campus or at an off-campus facility regularly used by the institution for practice and/or competition by any of the institution's sport programs. **[D]** *(Adopted: 1/14/12 a contract signed before 8/15/11 may be honored)*

**13.11.1.11 Use of Institutional Facilities for Noninstitutional Camps or Clinics -- Men's Basketball.** In men's basketball, the use of institutional facilities for noninstitutional camps or clinics that include prospective student-athletes (see Bylaw 13.11.1.2) shall be limited to June, July and August or any calendar week (Sunday through Saturday) that includes days of those months (e.g., May 28-June 3) and shall not occur during a dead period. *(Adopted: 4/28/11 a contract signed before 10/29/09 may be honored, Revised: 2/24/12)*

**13.11.1.12 Use of Institutional Facilities for Noninstitutional Camps or Clinics -- Women's Basketball.** In women's basketball, the use of institutional facilities for noninstitutional camps or clinics that include prospective student-athletes (see Bylaw 13.11.1.1) shall be limited to June, July and August or any calendar week (Sunday through Saturday) that includes days of those months (e.g., May 28-June 3) and shall not occur during a dead period or recruiting shutdown. *(Adopted: 1/14/12 a contract signed before 6/28/11 may be honored, Revised: 2/13/12, 2/24/12, 12/16/22)*

**13.11.1.13 Use of Institutional Facilities for Noninstitutional Camps or Clinics -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, the use of institutional facilities for noninstitutional camps or clinics that include prospective student-athletes (see Bylaw 13.11.1.1) shall be limited to June [or any calendar week (Sunday through Saturday) that includes days in June (e.g., May 28-June 3)] and July, and shall not occur during a dead period. **[D]** *(Adopted: 1/14/12 a contract signed before 8/15/11 may be honored, Revised: 2/24/12, 4/26/17)*

**13.11.1.14 Tryout Events.** An institution or conference shall not host, sponsor or conduct a tryout camp, clinic, group workout or combine (e.g., combination of athletics skill tests or activities) devoted to agility, flexibility, speed or strength tests for prospective student-athletes at any location. An institution or conference shall not host, sponsor or conduct any portion (e.g., instructional clinic) of an event that also includes agility, flexibility, speed or strength tests for prospective

student-athletes that are conducted at a separate location. In sports other than bowl subdivision football, a member institution's staff members may only attend (subject to sport-specific restrictions) such an event sponsored by an outside organization if the event occurs off the institution's campus and is open to all institutions (see Bylaw 13.1.7.4.2). **[D]** *(Adopted: 1/10/92, Revised: 8/5/04, 1/9/06 effective 8/1/06, 9/18/07)*

    **13.11.1.14.1 Exception -- National Team Tryout Events.** In sports other than basketball and bowl subdivision football, it is permissible for an institution to host national team tryout events conducted by the applicable national governing body (see Bylaws 13.11.1.8, 13.11.1.9 and 13.11.1.10). *(Adopted: 12/12/06, Revised: 3/13/12)*

**13.11.1.15 Notification of Ineligibility and Consequences -- Men's Basketball.** If a violation of Bylaw 13.11.1 occurs in which a men's basketball staff member or a representative of the institution's athletics interests is involved in any way in the operation or planning of a boys'/men's basketball nonscholastic event on its campus, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 8/12/10)*

## 13.11.2 Permissible Activities.

**13.11.2.1 On-Campus Evaluations -- Basketball.** In basketball, an institution may conduct an evaluation of a prospective student-athlete on its campus or at a site at which it normally conducts practice or competition, under the following conditions: **[D]** *(Adopted: 1/14/12, Revised: 1/19/13, 4/8/16, 1/20/22 effective 8/1/22)*

(a) For a high school or preparatory school senior, the evaluation may be conducted only after the conclusion of the prospective student-athlete's season and after exhausting high school or preparatory school eligibility in basketball;

(b) For a two-year college prospective student-athlete, the evaluation may be conducted only after the conclusion of the prospective student-athlete's season and after exhausting two-year college eligibility in basketball;

(c) For a four-year college prospective student-athlete, the evaluation may be conducted only after the conclusion of the prospective student-athlete's season. (See Bylaw 13.1.1.3);

(d) The on-campus evaluation may be conducted only during the prospective student-athlete's official or unofficial visit;

(e) The on-campus evaluation shall be conducted not later than the opening day of classes of the institution's fall term;

(f) Not more than one on-campus evaluation per prospective student-athlete per institution shall be permitted (applied separately to the time period in which a prospective student-athlete completes high school or preparatory school eligibility and to the time period after the prospective student-athlete enrolls full time in a collegiate institution);

(g) Before participating in an on-campus evaluation, a prospective student-athlete is required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or evaluation must be administered either within six months before participation in the on-campus evaluation or within six months before the prospective student-athlete's initial participation in practice, competition or out-of-season conditioning activities during the immediately completed season. In addition, the medical examination or evaluation may be conducted by an institution's regular team physician or other designated physician as a part of the on-campus evaluation;

(h) The institution's basketball student-athletes may participate in an on-campus evaluation, provided such participation is counted toward the applicable hourly and weekly limitations on countable athletically related activities (e.g., four hours per day and 20 hours per week during the playing season, four hours of skill instruction and eight hours per week outside the playing season). [See Bylaws 17.1.7.2-(a) and 17.1.7.2.2];

(i) The duration of the on-campus evaluation activities (other than the medical examination or evaluation) shall be limited to two hours; and

(j) The institution may provide equipment and clothing to a prospective student-athlete on an issuance-and-retrieval basis.

    **13.11.2.1.1 Exception -- Women's Basketball.** In women's basketball, an institution may conduct an evaluation of a high school or preparatory school prospective student-athlete during an official visit during the prospective student-athlete's academic year. *(Adopted: 1/20/22 effective 8/1/22)*

**13.11.2.2 On-Campus Evaluations -- Championship Subdivision Football.** In championship subdivision football, an institution may conduct an evaluation of a prospective student-athlete on its campus or at a site at which it normally conducts practice or competition, under the following conditions: *(Adopted: 4/13/23, Revised: 6/26/24)*

(a) For a high school or preparatory school prospective student-athlete, the evaluation may only occur during the prospective student-athlete's junior or senior year;

(b) The evaluation may be conducted only after the conclusion of the prospective student-athlete's season;

(c) The on-campus evaluation may be conducted only during an unofficial visit;

(d) The on-campus evaluation may only be conducted in June;

(e) Not more than one on-campus evaluation per prospective student-athlete per institution shall be permitted (applied separately to the time period in which a prospective student-athlete completes high school or preparatory school eligibility and to the time period after the prospective student-athlete enrolls full time in a collegiate institution);

(f) Before participating in an on-campus evaluation, a prospective student-athlete is required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or evaluation must be administered either within six months before participation in the on-campus evaluation or within six months before the prospective student-athlete's initial participation in practice, competition or out-of-season conditioning activities during the immediately completed season. In addition, the medical examination or evaluation may be conducted by an institution's regular team physician or other designated physician as a part of the on-campus evaluation;

(g) The duration of the on-campus evaluation activities (other than the medical examination or evaluation) shall be limited to one hour;

(h) The evaluation may only be conducted by an off-campus recruiter;

(i) The evaluation may only include noncontact activities and the prospective student-athlete may not wear any protective equipment; and

(j) The institution may not provide any equipment or apparel to a prospective student-athlete.

**13.11.2.3 Preseason Practice and Competition.** A student-athlete who is not enrolled, but who has been accepted for admission to the institution in a regular full-time program of studies, shall be permitted to engage in preseason practice and competition in fall sports or practice occurring in midyear between terms on the academic calendar, provided such practice is not used to determine whether aid is to be awarded. **[D]**

**13.11.2.4 Recreational Activities.** A prospective student-athlete visiting an institution may participate in physical workouts or other recreational activities during a visit to an institution's campus, provided such activities: **[D]** *(Revised: 1/11/94, 5/1/19)*

(a) Are not observed by members of the athletics department coaching staff;

(b) Are not designed to test the athletics abilities of the prospective student-athlete; and

(c) A student-athlete or prospective student-athlete may not be required to report back to a coach or other athletics department staff member any information related to the activity. In addition, no athletics department staff member who observes the activity (e.g., trainer, manager) may report back to the institution's coach any information related to the activity.

**13.11.2.4.1 Exception -- After National Letter of Intent Signing.** A prospective student-athlete who has signed a National Letter of Intent (or a four-year college-transfer prospective student-athlete who has signed a written offer of financial aid and/or admission) may participate in voluntary weightlifting or conditioning activities (e.g., conditioning on the track) on the institution's campus in the presence of the institution's strength and conditioning coach, provided such activities are not prearranged, the strength and conditioning coach is performing normal duties and responsibilities in the supervision of the weight room or facility in use (e.g., track) and the strength and conditioning coach does not work directly with the prospective student-athlete. **[D]** *(Adopted: 8/26/10)*

**13.11.2.4.3.2 Exception -- Men's Gymnastics.** In men's gymnastics, an institution's athletics department or an institution's athletics booster group may sponsor a local sports club that includes prospective student-athletes and an athletics department staff member may be involved with a club team that is sponsored by a department of the institution that operates independent of the athletics department. *(Adopted: 4/26/23 effective 8/1/23)*

**13.11.2.5 Local Sports Clubs.** In sports other than basketball, football and men's gymnastics, an institution's coach may be involved in any capacity (e.g., as a participant, administrator or in instructional or coaching activities) in the same sport for a local sports club or organization located in the institution's home community, provided all prospective student-athletes

participating in said activities are legal residents of the area (within a 50-mile radius of the institution). In men's gymnastics, an institution's coach may be involved in any capacity (e.g., as a participant, administrator or in instructional or coaching activities) for a sports club or organization regardless of the location of the club or the residence of participating prospective student-athletes. In all sports, an institution's coach may be involved in any capacity (e.g., as a participant, administrator or in instructional or coaching activities) in a sport other than the coach's sport for a local sports club or organization located in the institution's home community, provided all prospective student-athletes participating in said activities are legal residents of the area (within a 50-mile radius of the institution). Further, in clubs or organizations involving multiple teams or multiple sports, the 50-mile radius is applicable only to the team with which the institution's coach is involved; however, it is not permissible for the coach to assign a prospective student-athlete who lives outside the 50-mile area to another coach of the club. A coach also may be involved in activities with individuals who are not of a prospective student-athlete age, regardless of where such individuals reside. (In women's volleyball and women's beach volleyball, see Bylaws 13.1.7.9 and 13.1.7.10, respectively, for regulations relating to a coach's involvement with a local sports club and the permissible number of evaluation days.) **[D]** *(Revised: 1/10/90, 1/16/93, 9/6/00, 4/25/02 effective 8/1/02, 5/11/05, 7/31/15, 5/1/19, 4/26/23)*

**13.11.2.5.1 Exception.** The 50-mile radius restriction shall not apply to a prospective student-athlete who resides outside a 50-mile radius of the institution, provided the institution documents that the local sports club is the closest opportunity for the prospective student-athlete to participate in the sport. *(Adopted: 1/9/06 effective 8/1/06)*

**13.11.2.5.2 Legal Resident.** A prospective student-athlete who relocates to an area within a 50-mile radius of the institution on a temporary basis (e.g., to participate on a club team or attend an institution while maintaining a permanent residence outside the 50-mile radius) is not a legal resident of the area regardless of whether the prospective student-athlete meets legal standards of state or local residency for governmental purposes. *(Adopted: 9/18/07)*

**13.11.2.5.3 Institutional Sponsorship of Local Sports Club.** Neither an institution's athletics department nor an institution's athletics booster group may sponsor a local sports club that includes prospective student-athletes. It is permissible for a department of the institution that operates independent of the athletics department (e.g., physical education department, recreation department) to sponsor a local sports club that includes prospective student-athletes, provided no athletics department staff member is involved with the club team. **[D]** *(Adopted: 1/16/93, Revised: 1/11/94)*

**13.11.2.5.3.1 Exception -- Permissible Recruiting Expenses.** An institution may provide expenses to a coach related to permissible recruiting activities on behalf of the institution that occur while the coach is also acting in a permissible capacity for a local sports club. *(Adopted: 5/1/19)*

**13.11.2.5.4 Women's Volleyball -- Additional Restrictions.** In women's volleyball, during a dead or quiet period, institutional coaching staff members may not coach a local sports club team at an off-campus competition where prospective student-athletes are present. However, it is permissible for an institution's coach to coach the coach's own local sports club team in practice activities. **[D]** *(Adopted: 4/28/05 effective 8/1/05)*

**13.11.2.5.5 Exception -- Staff Members with Sport-Specific Responsibilities -- Football.** In football, a staff member with sport-specific responsibilities (e.g., coach, director of operations, administrative assistant) shall not be involved in any capacity (e.g., as a participant, administrator or in instructional or coaching activities) with a football club or organization that includes prospective student-athletes. *(Adopted: 5/1/19 a contract signed before 6/13/18 may be reviewed on a case-by-case basis, Revised: 6/26/24)*

**13.11.2.6 Sports Camps and Clinics.** An institution's coach may be employed in sports camps, coaching schools and clinics per Bylaw 13.12 without violating the tryout rule.

**13.11.2.7 Medical Examinations.**

**13.11.2.7.1 Medical Screening Examination.** During a prospective student-athlete's official or unofficial visit to campus, an institution may conduct a medical screening examination to determine the prospective student-athlete's medical qualifications to participate in intercollegiate athletics, provided : **[D]** *(Revised: 10/30/03 effective 8/1/04, 5/1/19)*

(a) The examination is conducted by the institution's regular team or designated physician, or other institutional medical staff member (e.g., athletic trainer);

(b) No other nonmedical athletics department staff members are present;

(c) The examination does not include any test or procedure designed to measure the athletics agility or skill of the prospective student-athlete; and

(d) The results of the examination are not used by the institution to deny admission of the prospective student-athlete who is otherwise qualified for admission under the institution's regular admission criteria.

**13.11.2.7.1.1 Exception -- National Service Academies.** National service academies are not subject to the restrictions on medical examinations during a prospective student-athlete's visit to campus set forth in Bylaw 13.11.2.7.1.

**13.11.2.7.1.2 Exception -- On-Campus Evaluation -- Basketball.** In basketball, additional athletics department staff members (e.g., coaches) may be present during a medical examination that is conducted as part of an on-campus evaluation (see Bylaw 13.11.2.1) and the medical evaluation may include tests or procedures designed to measure the athletics agility or skill of the prospective student-athlete. *(Adopted: 1/14/12, Revised: 1/19/13)*

**13.11.2.7.2 After Signing or Acceptance for Enrollment.** It shall be permissible to administer medical examinations at any time to prospective student-athletes who either have signed the National Letter of Intent with the involved institution or have been accepted for enrollment in a regular full-time program of studies at that institution, provided the examinations occur during an official paid visit or a visit to the institution at the prospective student-athlete's own expense for any purpose. Such an examination may take place before or after, but not during, a prospective student-athlete's visit to the campus to attend a general orientation session pursuant to Bylaw 13.15.2.3. **[D]** *(Revised: 1/14/97, 6/10/04, 1/19/13 effective 8/1/13)*

## 13.11.3 Tryout Exceptions.

**13.11.3.1 Open Events.** Participation by a prospective student-athlete in open events conducted by or held on an institution's campus shall not be considered tryouts. Competition shall be considered open if the competitive event itself is not classified by age group or level of educational institution represented, and the selection of participants is not limited except by number, by geographical area or on the basis of some objective standard of performance (see Bylaws 13.11.1.8 and 13.11.1.9). **[D]**

**13.11.3.2 Activities Not Involving Institution's Staff.** The use of a member institution's facilities for physical activities by a group that includes prospective student-athletes shall not be considered a tryout, provided the institution's athletics department staff members or representatives of its athletics interests are not involved in the conduct, promotion or administration of the activity (other than activities incidental to supervising the use of the facilities) and are subject to all applicable NCAA recruiting legislation. This exception does not apply to activities and events that are prohibited per Bylaws 13.11.1.8, 13.11.1.9, 13.11.1.10 and 13.11.1.14. **[D]** *(Revised: 1/9/06 effective 8/1/06, 8/12/10, 5/22/13)*

**13.11.3.3 State, Regional, National or International Training Programs.** In sports other than men's gymnastics, participation by an institution's athletics department staff member in recognized state, regional, national or international training programs or competition organized and administered by the applicable governing body shall not be considered tryouts, provided the athletics department staff member is selected by the applicable governing body and the participants are selected by an authority or a committee of the applicable governing body that is not limited to athletics department staff members affiliated with one institution. A member institution's coaching staff member may not participate only in noncoaching activities (e.g., consultant, on-site coordinator, participant selection), except as provided in Bylaws 13.11.3.3.1, 13.11.3.3.2 and 13.11.3.3.3. In men's gymnastics, an institution and athletics department staff members may be involved in any capacity (e.g., host, coach, consultant, on-site coordinator, participant selection), in recognized state, regional, national or international training programs or competition organized and administered by the applicable governing body. *(Revised: 1/9/96, 11/10/97, 4/28/11 effective 8/1/11, 4/26/23 effective 8/1/23)*

**13.11.3.3.1 U.S. Junior National Teams -- Basketball.** A coaching staff member who is a member of an official committee of USA Basketball may be involved in noncoaching activities (e.g., participant selection, on-site evaluation) involving prospective basketball student-athletes participating on U.S. Junior National teams. **[D]** *(Adopted: 4/26/01)*

**13.11.3.3.2 Coach/Prospective Student-Athlete Competition.** It is permissible for an institution's coach to participate with or against prospective student-athletes in recognized state, regional, national or international training programs or competition, provided the competition is regularly scheduled under the authority of an outside sports organization and both the coach and the prospective student-athlete are eligible to enter the competition. **[D]**

**13.11.3.3.3 Administration of State Games.** A member institution serving as the site of state games is permitted to involve its staff members in the administration of the event but may not be involved in the selection or assignment of participants and coaches participating in the event. **[D]** *(Adopted: 1/10/91)*

**13.11.3.4 High School, Preparatory School and Two-Year College Contests.** High school, preparatory school and two-year-college athletics contests or matches, conducted by an institution or sponsored jointly with an outside organization and held on the institution's campus, shall not be considered tryouts, provided the following conditions are met [see Bylaw 13.2.3-(c) for restrictions related to the provision of awards at such contests]: **[D]** *(Revised: 1/15/11)*

(a) **Team Sports.**

(1) The opportunity to participate in the event is not limited to specific educational institutions and all educational institutions in a specific geographical area are eligible to compete (limited only by number, by institutional classification or on the basis of some objective standard of performance);

(2) Each participant represents an educational institution in the event (no nonscholastic team representation); and

(3) No financial compensation (e.g., transportation, expenses, guarantee, percentage of income) from the event may be provided to the educational institutions;

(b) **Individual Sports.**

(1) The opportunity to participate in the event is not limited to specific prospective student-athletes or educational institutions and all individual prospective student-athletes or educational institutions in a specific geographical area are eligible to compete (limited only by number, by institutional classification or on the basis of some objective standard of performance);

(2) A participant may compete as an individual or may represent an educational institution or a nonscholastic team; and

(3) No financial compensation (e.g., transportation expenses, guarantee, percentage of income) from the event may be provided to an individual, educational institution or nonscholastic team.

**13.11.3.5 Officiating.** An institution's coach may officiate competition that involves prospective student-athletes, provided the competition is regularly scheduled under the authority of an outside sports organization. **[D]**

**13.11.3.6 Private Lessons -- Women's Golf and Women's Equestrian.** In women's golf and women's equestrian, a coach may teach private lessons to a prospective student-athlete, provided the following conditions are met: **[D]** *(Revised: 4/28/05 effective 8/1/05, 4/25/18, 1/23/19)*

(a) The prospective student-athlete resides within a 50-mile radius of the institution's main campus;

(b) The coach makes lessons available to the general public;

(c) In women's golf, lessons are only provided to female prospective student-athletes and the coach is a teaching professional certified pursuant to the Ladies Professional Golf Association (LPGA) and/or Professional Golf Association (PGA) certification program;

(d) Fees charged to the prospective student-athlete are at a rate commensurate with fees charged to all individuals; and

(e) Fees charged to the prospective student-athlete are not paid by individuals or entities other than the prospective student-athlete or the prospective student-athlete's family members.

**13.11.3.7 Private Lessons -- Men's Gymnastics.** In men's gymnastics, a coach may teach private lessons to a prospective student-athlete, provided the following conditions are met: *(Adopted: 4/26/23 effective 8/1/23)*

(a) Fees charged to the prospective student-athlete are at a rate commensurate with fees charged to all individuals;

(b) Fees charged to the prospective student-athlete are not paid by individuals or entities other than the prospective student-athlete or the prospective student-athlete's family members; and

(c) A student-athlete may be employed by the institution's coach during the private lessons, provided compensation is provided pursuant to the criteria of Bylaw 12.4.1.

**13.11.3.8 Voluntary Summer Conditioning -- Football. [FBS/FCS]**

**13.11.3.8.1 Voluntary Summer Conditioning -- Bowl Subdivision Football.** In bowl subdivision football, a prospective student-athlete may engage in voluntary summer workouts conducted by an institution's strength and conditioning coach and may receive workout apparel (on an issuance and retrieval basis), provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. *(Adopted: 4/24/03 effective 5/1/03, Revised: 4/29/04, 5/31/06, 12/15/06, 1/14/08, 10/26/10, 1/19/13 effective 8/1/13, 10/21/13, 4/28/16, 4/26/17, 6/26/24)*

**13.11.3.8.2 Voluntary Summer Conditioning -- Championship Subdivision Football.** In championship subdivision football, a prospective student-athlete may engage in voluntary summer workouts conducted by an institution's strength and conditioning coach or a coach who is a certified strength and conditioning coach, and may receive workout apparel (on an issuance and retrieval basis), provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. *(Adopted: 4/24/03*

**13.11.3.8.3 Mandatory Medical Examination. [FBS/FCS]** Prior to participation in any weight-training or conditioning workouts, a prospective student-athlete who will be a first-time participant shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or evaluation must have been administered within six months prior to participation in any weight-training or conditioning activity. **[D]** *(Adopted: 1/8/07 effective 5/1/07, Revised: 4/29/10 effective 8/1/10, 1/20/22 effective 8/1/22)*

**13.11.3.8.4 Strength and Conditioning Coach First Aid/CPR Certification and Authority of Sports Medicine Staff. [FBS/FCS]** A strength and conditioning coach who conducts voluntary weight-training or conditioning activities is required to maintain certification in first aid and cardiopulmonary resuscitation. In addition, a member of the institution's sports medicine staff (e.g., athletic trainer, physician) must be present during all voluntary conditioning activities (running, not lifting) conducted by the institution's strength coach. The sports medicine staff member must be empowered to have the unchallengeable authority to cancel or modify the workout for health and safety reasons, as the staff member deems appropriate. **[D]** *(Adopted: 4/24/03 effective 5/1/03)*

**13.11.3.9 Voluntary Summer Conditioning -- Sports Other Than Football.** In sports other than football, a prospective student-athlete may engage in voluntary summer workouts conducted by an institution's strength and conditioning coach who is not a countable coach in any sport and may receive workout apparel (on an issuance and retrieval basis), provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. **[D]** *(Adopted: 4/29/04, Revised: 7/20/04, 1/14/08, 1/19/13 effective 8/1/13, 10/21/13, 4/28/16, 4/26/17)*

**13.11.3.9.1 Mandatory Medical Examination.** Prior to participation in any weight-training or conditioning workouts conducted by an institution's strength and conditioning coach, a prospective student-athlete who will be a first-time participant shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or evaluation must have been administered within six months prior to participation in any weight-training or conditioning activity. **[D]** *(Adopted: 1/8/07 effective 5/1/07, Revised: 4/29/10 effective 8/1/10, 1/20/22 effective 8/1/22)*

**13.11.3.9.2 Strength and Conditioning Coach First Aid/CPR Certification and Authority of Sports Medicine Staff.** A strength and conditioning coach who conducts voluntary weight-training or conditioning activities is required to maintain certification in first aid and cardiopulmonary resuscitation. If a member of the institution's sports medicine staff (e.g., athletic trainer, physician) is present during voluntary conditioning activities conducted by a strength and conditioning coach, the sports medicine staff member must be empowered with the unchallengeable authority to cancel or modify the workout for health and safety reasons, as the staff member deems appropriate. **[D]** *(Adopted: 1/15/11 effective 5/1/11)*

**13.11.3.10 Required Summer Athletic Activities -- Basketball.**

**13.11.3.10.1 National Service Academies -- Incoming Freshmen.** In basketball, a national service academy may designate eight weeks (not required to be consecutive weeks) of the summer during which incoming freshmen student-athletes who are enrolled in required summer on-campus military training may engage in required weight-training, conditioning and skill-related instruction. Participation in such activities shall be limited to a maximum of eight hours per week with not more than four hours per week spent on skill-related instruction. **[D]** *(Adopted: 1/14/12, Revised: 1/19/13 effective 8/1/13, 4/28/16, 4/25/18)*

**13.11.3.10.2 Institutions That Do Not Offer Summer School Courses -- Basketball.** In basketball, an institution that does not offer summer school courses may designate eight weeks of the summer during which a prospective student-athlete may participate in required summer athletic activities (pursuant to Bylaw 17.1.7.2.1.6.1), provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received a financial deposit in response to its offer of admission. *(Adopted: 4/25/18)*

**13.11.3.10.3 Mandatory Medical Examination.** Before participating in any required summer athletic activities, a prospective student-athlete shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or

evaluation must have been administered within six months before participation in any athletic activity. **[D]** *(Adopted: 1/14/12, Revised: 1/20/22 effective 8/1/22)*

### 13.11.3.11 Required Summer Athletic Activities -- Football. [FBS/FCS]

#### 13.11.3.11.1 National Service Academies -- Incoming Freshmen -- Bowl Subdivision Football. [FBS] In bowl subdivision football, a national service academy may designate eight weeks (not required to be consecutive weeks) of the summer during which incoming freshmen student-athletes who are enrolled in required summer on-campus military training may engage in required weight-training, conditioning, review of practice and game film and noncontact skill-related instruction. Participation in such activities shall be limited to a maximum of eight hours per week with not more than two hours per week spent on film review and not more than two hours per week spent on noncontact skill-related instruction. During noncontact skill-related instruction, it is not permissible for student-athletes to wear any protective equipment (e.g., helmet, shoulder pads) or use any equipment related to the sport other than footballs. **[D]** *(Adopted: 10/30/13, Revised: 4/28/16, 4/13/22)*

#### 13.11.3.11.2 Institutions That Do Not Offer Summer School Courses -- Championship Subdivision Football. [FCS] In championship subdivision football, an institution that does not offer summer school courses may designate eight weeks of the summer during which a prospective student-athlete may participate in required summer athletic activities (pursuant to Bylaw 17.1.7.2.1.6.2), provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid, or the institution has received a financial deposit in response to its offer of admission. *(Adopted: 4/25/18)*

#### 13.11.3.11.3 Mandatory Medical Examination. [FBS/FCS] Before participating in any required summer athletic activities, a prospective student-athlete shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). The examination or evaluation shall include a sickle cell solubility test unless documented results of a prior test are provided to the institution. The examination or evaluation must have been administered within six months before participation in any athletic activity. **[D]** *(Adopted: 10/30/13, Revised: 1/20/22 effective 8/1/22)*

## 13.12 Sports Camps and Clinics.

### 13.12.1 Institution's Sports Camps and Clinics.

#### 13.12.1.1 Definition. An institution's sports camp or instructional clinic shall be any camp or clinic that is owned or operated by a member institution or an employee of the member institution's athletics department, either on or off its campus, and in which prospective student-athletes participate. *(Adopted: 1/11/89, Revised: 1/10/90, 4/26/01 effective 8/1/01)*

##### 13.12.1.1.1 Definition of Prospective Student-Athlete -- Men's Basketball, Softball and Women's Volleyball. In men's basketball, softball and women's volleyball, for purposes of Bylaw 13.12, the phrase "prospective student-athlete" shall include any individual who has started classes for the seventh grade. *(Adopted: 1/17/09, Revised: 4/25/18, 10/27/21 effective 1/1/22)*

##### 13.12.1.1.2 Definition of Recruited Prospective Student-Athlete -- Basketball. In basketball, for purposes of applying Bylaw 13.12, a recruited prospective student-athlete is a prospective student-athlete who has been recruited pursuant to the definition of recruiting in Bylaw 13.02.15 or the definition of a recruited prospective student-athlete pursuant to Bylaw 13.02.15.1. In addition, a basketball prospective student-athlete is considered a recruited prospective student-athlete if any of the following conditions have occurred: *(Adopted: 10/29/09, Revised: 4/26/17 effective 8/1/17)*

(a) The prospective student-athlete's attendance at any institutional camp or clinic has been solicited by the institution (or a representative of the institution's athletics interests);

(b) The institution has provided any recruiting materials to the prospective student-athlete;

(c) An institutional coaching staff member has had any recruiting contact [including in-person or electronic contact (e.g., telephone calls, video conference, electronic correspondence)] with the prospective student-athlete (including contact initiated by the prospective student-athlete);

(d) The prospective student-athlete has received an oral offer of athletically related financial aid from the institution; or

(e) The prospective student-athlete has orally committed to attend the institution.

##### 13.12.1.1.3 Definition of Recruited Prospective Student-Athlete -- Football. In football, for purposes of applying Bylaw 13.12, a recruited prospective student-athlete is a prospective student-athlete who has been recruited pursuant to the definition of recruiting in Bylaw 13.02.15 or the definition of a recruited prospective student-athlete

pursuant to Bylaw 13.02.15.1. In addition, a football prospective student-athlete is considered a recruited prospective student-athlete if any of the following conditions have occurred: *(Adopted: 4/26/17, Revised: 6/26/24)*

(a) The prospective student-athlete's attendance at any institutional camp or clinic has been solicited by the institution (or a representative of the institution's athletics interests);

(b) The institution has provided any recruiting materials to the prospective student-athlete;

(c) An institutional staff member has had any recruiting contact [including in-person or electronic contact (e.g., telephone calls, video conference, electronic correspondence)] with the prospective student-athlete (including contact initiated by the prospective student-athlete);

(d) The prospective student-athlete has received an oral offer of athletically related financial aid from the institution; or

(e) The prospective student-athlete has orally committed to attend the institution.

**13.12.1.1.4 Purposes of Camps or Clinics.** An institution's sports camp or clinic shall be one that: *(Adopted: 1/11/89, Revised: 1/10/90, 5/9/06)*

(a) Places special emphasis on a particular sport or sports and provides specialized instruction or practice and may include competition;

(b) Involves activities designed to improve overall skills and general knowledge in the sport; or

(c) Offers a diversified experience without emphasis on instruction, practice or competition in any particular sport.

**13.12.1.1.5 Football. [FBS/FCS]** In bowl subdivision football, an institution's camp or clinic may be conducted only during 10 days in the months of June [or any days (other than during a dead period) of a calendar week (Sunday through Saturday) that includes days in June (e.g., May 28-June 3)] and July. In championship subdivision football, an institution's camp or clinic may be conducted only during June [or any days (other than during a dead period) of a calendar week (Sunday through Saturday) that includes days in June (e.g., May 28-June 3)] and July. **[D]** *(Revised: 4/28/05 effective 8/1/05, 1/9/06 effective 8/1/06, 1/8/07, 1/16/10, 4/29/10, 4/26/17 a contract signed before 1/18/17 may be honored, 1/23/19, 4/13/23 effective 8/1/23)*

**13.12.1.1.6 Basketball.** An institution's basketball camp or clinic shall be conducted only during June, July and August, or any calendar week (Sunday through Saturday) that includes days of those months (e.g., May 28-June 3). Additionally, an institution's camp or clinic may not be conducted during the dates when the NCAA College Basketball Academy occurs. **[D]** *(Adopted: 1/8/07, Revised: 1/14/21 a contract signed before October 29, 2020 may be honored, 10/5/22)*

**13.12.1.1.7 Women's Volleyball.** An institution's women's volleyball camp or clinic shall be conducted only during the period of Memorial Day through July 31. **[D]** *(Adopted: 10/27/21 effective 1/1/22 a contract signed before 6/23/21 may be honored and a camp or clinic publicized before 6/23/21 may be conducted outside of the specified period)*

## 13.12.1.2 Location Restriction.

**13.12.1.2.1 Baseball.** In baseball, during a quiet period, an institution's coach or noncoaching staff member with responsibilities specific to baseball may be employed (either on a salaried or volunteer basis) only at the institution's camps or clinics that occur on the institution's campus or at a facility regularly used by the institution for practice or competition. (See Bylaw 13.12.2.3.2.) *(Adopted: 5/4/20)*

**13.12.1.2.2 Basketball.** In basketball, an institution's camp or clinic shall be conducted on the institution's campus or within a 100-mile radius of the institution's campus. *(Adopted: 4/29/10)*

**13.12.1.2.3 Football. [FBS/FCS]** In bowl subdivision football, an institution's camp or clinic shall be conducted on the institution's campus or in facilities regularly used by the institution for practice or competition. In championship subdivision football, an institution's camp or clinic shall be conducted within the state where the institution is located. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored, Revised: 4/25/18)*

**13.12.1.2.4 Softball.** In softball, during periods when it is not permissible to evaluate at nonscholastic practice or competition activities, an institution's coach or noncoaching staff member with responsibilities specific to softball may be employed (either on a salaried or volunteer basis) only at institutional (the individual's institution or another institution's) camps or clinics that occur on any institution's campus or at a facility regularly used by the institution for practice or competition. (See Bylaw 13.12.2.3.7.) *(Adopted: 5/4/20)*

## 13.12.1.3 Attendance Restriction.
In sports other than men's gymnastics, a member institution's sports camp or clinic shall be open to any and all entrants (limited only by number, age, grade level and/or gender). *(Revised: 1/11/89, 1/10/91, 1/11/94, 12/12/06, 9/24/09, 4/26/23 effective 8/1/23)*

**13.12.1.4 Additional Restrictions -- Basketball.** In men's basketball, all institutional men's/boys' camps and clinics shall offer the same participation, registration procedure, fee structure, advertisement and/or logistical experience (e.g., lodging, meals, transportation or awards/mementos). In women's basketball, all institutional women's/girls' camps and clinics shall offer the same participation, registration procedure, fee structure, advertisement and/or logistical experience (e.g., lodging, meals, transportation or awards/mementos). *(Adopted: 8/26/10, Revised: 4/26/17 effective 8/1/17)*

**13.12.1.5 Recruiting Calendar Exceptions.** Generally, the interaction during sports camps and clinics between prospective student-athletes and those coaches employed by the camp or clinic is not subject to the recruiting calendar restrictions. However, an institutional staff member employed at any camp or clinic (e.g., counselor, director) is prohibited from recruiting any prospective student-athlete during the time period that the camp or clinic is conducted (from the time the prospective student-athlete reports to the camp or clinic until the conclusion of all camp activities). The prohibition against recruiting includes extending written offers of financial aid to any prospective student-athlete during the prospective student-athlete's attendance at the camp or clinic (see Bylaw 13.9.3.2). Other coaches who attend the camp or clinic as observers must comply with appropriate recruiting contact and evaluation periods. In addition, institutional camps or clinics may not be conducted during a dead period or a recruiting shutdown. *(Revised: 4/3/02, 4/26/12, 4/25/18)*

**13.12.1.5.1 Exception -- Recruiting Conversations -- Sports Other Than Baseball, Basketball, Football, Men's Ice Hockey, Lacrosse and Softball.** In sports other than baseball, basketball, football, men's ice hockey, lacrosse and softball, recruiting conversations during an institutional camp or clinic (including a camp or clinic that involves only individuals who are not yet prospective student-athletes) are not permitted between an institution's coach and a participating individual before August 1 at the beginning of the individual's junior year in high school. *(Adopted: 6/9/17 effective 6/12/17, Revised: 4/25/18, 5/1/19)*

**13.12.1.5.2 Exception -- Recruiting Conversations -- Baseball, Lacrosse and Softball.** In baseball, lacrosse and softball, recruiting conversations during an institutional camp or clinic (including a camp or clinic that involves only individuals who are not yet prospective student-athletes) are not permitted between an institution's coach and a participating individual before September 1 at the beginning of the individual's junior year in high school. *(Revised: 5/1/19)*

**13.12.1.5.3 Exception -- Recruiting Conversations -- Men's Basketball.** In men's basketball, recruiting conversations between the certifying institution's coach and a participating prospective student-athlete during the institution's camps or clinics are permissible. *(Revised: 4/25/18)*

**13.12.1.5.4 Exception -- Recruiting Conversations -- Football.** In football, an institutional staff member who is permissibly employed at a camp or clinic (see Bylaws 13.12.2.3.4 and 13.12.2.3.5) may engage in recruiting conversations with a prospective student-athlete during the time period that the camp or clinic is conducted (from the time the prospective student-athlete reports to the camp or clinic until the conclusion of all camp activities). *(Adopted: 4/26/17, Revised: 6/26/24)*

**13.12.1.5.5 Exception -- Recruiting Conversations -- Men's Ice Hockey.** In men's ice hockey, recruiting conversations during an institutional camp or clinic (including a camp or clinic that involves only individuals who are not yet prospective student-athletes) are not permitted between an institution's coach and a participating individual before January 1 of the individual's sophomore year in high school. *(Adopted: 5/1/19)*

**13.12.1.5.6 Exception -- Recruiting Activities -- Women's Basketball.** In women's basketball, an institutional coaching staff member may engage in recruiting activities (e.g., campus tour, meeting with academic advisor) with prospective student-athletes during an institutional camp or clinic. *(Adopted: 4/26/17 effective 8/1/17)*

**13.12.1.5.7 Campus Tours During Institutional Camps or Clinics -- Sports Other Than Women's Basketball.** In sports other than women's basketball, an institution's coach may arrange and conduct a campus tour during the institution's camp or clinic, provided the format of the tour has been approved by an institutional authority outside the athletics department (e.g., admissions office). *(Adopted: 7/23/15, Revised: 4/26/17)*

**13.12.1.6 Advertisements.** An institutional camp or clinic advertisement or promotion (e.g., camp brochure, website, newspaper or magazine advertisement) must indicate that the camp or clinic is open to any and all entrants (limited only by number, age, grade level and/or gender). An institution must publicly advertise (e.g., camp brochure, website, newspaper or magazine advertisement) an institutional camp or clinic at least 14 calendar days before the first date of a camp or clinic. **[D]** *(Revised: 8/5/04, 10/27/21 effective 1/1/22, 11/17/21)*

**13.12.1.6.1 Advertisements Directed Toward a Particular Audience.** An institution may advertise or promote an institutional camp or clinic toward a particular audience (e.g., elite camp), provided the advertisement or promotion indicates that the camp or clinic is open to any and all entrants (limited only by number, age, grade level and/or gender). **[D]** *(Adopted: 9/24/09, Revised: 11/17/21)*

**13.12.1.7 Employment of Prospective Student-Athletes/No Free or Reduced Admission Privileges.**

**13.12.1.7.1 General Rule.** An institution, members of its staff or representatives of its athletics interests shall not employ or give free or reduced admission privileges to a prospective student-athlete who is an athletics award winner or any individual being recruited by the institution per Bylaw 13.02.15.1. An institution may offer discounted admission to its camps and clinics based on objective criteria unrelated to athletics abilities (e.g., registration prior to a specific date, online registration, attendance at multiple sessions, group discounts), provided such discounts are published and available on an equal basis to all who qualify. **[R]** *(Revised: 3/10/04, 4/20/09, 9/24/09)*

**13.12.1.7.1.1 Exception -- Employment After Commitment.** An institution may employ a prospective student-athlete in a camp or clinic, provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. Compensation may be paid only for work actually performed and at a rate commensurate with the going rate in the locality for similar services. Such compensation may not include any remuneration for value or utility that the student-athlete may have for the employer because of the publicity, reputation, fame or personal following obtained because of athletics ability. A prospective student-athlete who only lectures or demonstrates at a camp/clinic may not receive compensation for an appearance at the camp/clinic. *(Adopted: 1/19/13 effective 8/1/13)*

**13.12.1.7.2 Payment of Expenses.** A representative of an institution's athletics interests may not pay a prospective student-athlete's expenses to attend a member institution's sports camp or clinic. **[R]**

**13.12.1.7.3 Concession Arrangement.**

**13.12.1.7.3.1 Prospective Student-Athlete.** An institution may not permit or arrange for a prospective student-athlete, at the prospective student-athlete's own expense, to operate a concession to sell items related to or associated with the institution's camp. **[R]** *(Revised: 8/5/04)*

**13.12.1.7.3.2 Enrolled Student-Athlete.** A student-athlete, at the student-athlete's own expense, may not operate a concession to sell items related to or associated with an institution's camp to campers or others in attendance because such an arrangement would be considered an extra benefit. However, the institution may employ the student-athlete at a reasonable rate to perform such services for the camp. **[R]** *(Revised: 8/5/04)*

**13.12.1.7.4 Awards.** Prospective student-athletes may receive awards from a member institution's sports camp or clinic with the understanding that the cost of such awards is included in the admissions fees charged for participants in the camp or clinic. **[R]** *(Adopted: 1/10/92, Revised: 8/5/04)*

## 13.12.2 Employment at Camp or Clinic.

**13.12.2.1 Student-Athletes.** A student-athlete may be employed in any sports camp or clinic, provided compensation is provided pursuant to the criteria of Bylaw 12.4.1. A student-athlete who only lectures or demonstrates at a camp/clinic may not receive compensation for an appearance at the camp/clinic. *(Revised: 4/24/03 effective 8/1/03, 1/19/13 effective 8/1/13)*

**13.12.2.1.1 Self-Employment.** A student-athlete with remaining eligibility is not permitted to conduct a camp or clinic. **[R]** *(Revised: 4/24/03 effective 8/1/03)*

**13.12.2.2 High School, Preparatory School, Two-Year College Coaches or Other Individuals Involved With Prospective Student-Athletes.** A member institution (or employees of its athletics department) may employ a high school, preparatory school or two-year college coach or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved at its camp or clinic, provided: **[R]** *(Adopted: 1/11/89, Revised: 1/11/94, 6/25/08, 8/12/10)*

(a) The individual receives compensation that is commensurate with the going rate for camp counselors of like teaching ability and camp experience; and

(b) The individual is not paid on the basis of the value the individual may have for the employer because of the individual's reputation or contact with prospective student-athletes.

**13.12.2.2.1 Prohibited Compensation.** An institution may not compensate or reimburse a high school, preparatory school or two-year college coach, or any other individual responsible for teaching or directing an activity in which a prospective student-athlete is involved based on the number of campers the individual sends to the camp. **[R]** *(Revised: 4/20/11)*

**13.12.2.2.2 Employment as a Speaker in an Institutional Camp or Clinic -- Basketball.** An institution shall not employ (either on a salaried or a volunteer basis) a speaker in any basketball camp or clinic (including a coaches clinic or a camp or clinic involving nonprospects) who is involved in coaching prospective student-athletes or is associated with a prospective student-athlete as a result of the prospective student-athlete's participation in basketball.

Such an individual may be employed as a camp counselor (except as prohibited in Bylaw 13.12.2.2.4), but may not perform speaking duties other than those normally associated with camp counselor duties (e.g., skill instruction). *(Adopted: 1/17/09, Revised: 8/26/10)*

**13.12.2.2.3 Employment as a Speaker in an Institutional Camp or Clinic -- Football. [FBS/FCS]** An institution shall not employ (either on a salaried or a volunteer basis) a speaker in any football camp or clinic (including a coaches clinic or a camp or clinic involving nonprospects) who is involved in coaching prospective student-athletes or is associated with a prospective student-athlete as a result of the prospective student-athlete's participation in football. Such an individual may be employed as a camp counselor (except as prohibited in Bylaw 13.12.2.2.5), but may not perform speaking duties other than those normally associated with camp counselor duties (e.g., skill instruction). *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored)*

**13.12.2.2.4 Individual Associated With a Recruited Prospective Student-Athlete -- Basketball.** In basketball, an institution or staff member shall not employ (either on a volunteer or paid basis) an individual associated with a recruited prospective student-athlete (see Bylaws 13.02.15.1, 13.02.20 and 13.12.1.1.2) at the institution's camp or clinic, unless at least two years (24 months) have elapsed since the prospective student-athlete's initial full-time enrollment at the institution. (See Bylaws 13.2.1.4 and 13.12.3.) *(Adopted: 8/26/10, Revised: 4/26/17, 4/26/17 effective 8/1/17 a contract signed before 1/18/17 may be honored)*

**13.12.2.2.5 Individual Associated With a Recruited Prospective Student-Athlete -- Bowl Subdivision Football. [FBS]** In bowl subdivision football, an institution or staff member shall not employ (either on a volunteer or paid basis) an individual associated with a recruited prospective student-athlete (see Bylaws 13.02.15.1, 13.02.21 and 13.12.1.1.3) at the institution's camp or clinic (including a coaches clinic or a camp or clinic involving nonprospects), unless at least two years (24 months) have elapsed since the prospective student-athlete's initial full-time enrollment at the institution. (See Bylaws 13.2.1.5 and 13.12.4.) *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored, Revised: 4/25/18)*

    **13.12.2.2.5.1 Exception -- Off-Campus Recruiter of Four-Year, NCAA Member Institution -- Bowl Subdivision Football.** In bowl subdivision football, an institution or staff member may employ an off-campus recruiter of another four-year, NCAA member institution at the institution's camp or clinic regardless of whether the recruiter is an individual associated with a recruited prospective student-athlete. *(Adopted: 4/26/17, Revised: 4/25/18, 6/26/24)*

**13.12.2.3 Athletics Staff Members.** A member institution's athletics staff member may be involved in sports camps or clinics unless otherwise prohibited in this section. **[D]** *(Revised: 8/5/04)*

**13.12.2.3.1 Camp/Clinic Providing Recruiting or Scouting Service.** No athletics department staff member may be employed (either on a salaried or a volunteer basis) in any capacity by a camp or clinic established, sponsored or conducted by an individual or organization that provides recruiting or scouting services concerning prospective student-athletes. In addition, an athletics department staff member may not be employed (either on a salaried or a volunteer basis) in any capacity by a coaches clinic established, sponsored or conducted by an individual or organization that provides recruiting or scouting services concerning prospective student-athletes, even if prospective student athletes are not involved in the coaches clinic. This provision does not prohibit an athletics department staff member from participating in an officiating camp where participants officiate for, but are not otherwise involved in, a scouting services camp. **[D]** *(Adopted: 1/11/89, Revised: 1/10/90, 1/10/92, 8/5/04, 7/24/14)*

    **13.12.2.3.1.1 Exception -- NCAA College Basketball Academies.** The NCAA may use a recruiting or scouting service in conjunction with the NCAA College Basketball Academy. Such use does not prohibit the employment of athletics department staff at the event. *(Adopted: 1/22/20, Revised: 10/5/22)*

**13.12.2.3.2 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Baseball.** In baseball, an institution's coach or noncoaching staff member with responsibilities specific to baseball may serve in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to an institutional camp or clinic (e.g., open to any and all entrants, no free or reduced admission to or employment of athletics award winners, publicly advertised at least 14 days before the first date of the camp or clinic). However, during a quiet period, an institution's coach or noncoaching staff member with responsibilities specific to baseball may be employed (either on salaried or a volunteer basis) only at the institution's camps or clinics that occur on the institution's campus or at a facility regularly used by the institution for practice or competition. **[D]** *(Adopted: 4/28/16 effective 8/1/16, Revised: 4/14/17)*

**13.12.2.3.3 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Basketball.** In basketball, an institution's coach or noncoaching staff member with responsibilities specific to basketball may be employed only at the institution's camps or clinics. Participation in such camps or clinics is limited to the months of

June, July and August or any calendar week (Sunday through Saturday) that includes days of those months (e.g., May 28-June 3). It is not permissible for a basketball coach or a noncoaching staff member with responsibilities specific to basketball to be employed at other institutional camps or clinics or at noninstitutional privately owned camps or clinics. **[D]** *(Adopted: 4/28/05 for men's basketball, effective 8/1/05 for women's basketball, Revised: 1/9/06 effective 8/1/06)*

    **13.12.2.3.3.1 Exception -- NCAA College Basketball Academies.** A noncoaching staff member with basketball specific responsibilities from the host institution and conference office personnel with basketball specific responsibilities may be employed in administrative roles (camp registration, camp logistics, facility usage) associated with hosting the NCAA College Basketball Academy. *(Adopted: 1/22/20, Revised: 10/5/22)*

**13.12.2.3.4 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Bowl Subdivision Football.** In bowl subdivision football, an institution's off-campus recruiter (including a graduate student coach who has successfully completed the rules education requirement per Bylaw 11.5.1) may be employed (either on a salaried or volunteer basis) in any capacity (e.g., counselor, guest lecturer, consultant) only by the institution's camps or clinics or another four-year, NCAA member institution's camps or clinics. A staff member with responsibilities specific to football may be employed only by the institution's camps or clinics. Employment in such a camp or clinic is limited to 10 days in the months of June [or any days (other than during a dead period) of a calendar week (Sunday through Saturday) that includes days in June (e.g., May 28-June 3)] and July. It is not permissible for a football off-campus recruiter to be employed at a noninstitutional, privately owned camp or clinic. It is not permissible for a staff member with responsibilities specific to football to be employed at other institutional camps or clinics or at noninstitutional, privately owned camps or clinics. *(Adopted: 1/16/10, Revised: 4/26/17 a contract signed before 1/18/17 may be honored, 1/23/19, 12/15/21 effective 8/1/22, 1/18/23 effective 7/1/23, 4/13/23 effective 6/26/24)*

**13.12.2.3.5 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Championship Subdivision Football.** In championship subdivision football, a staff member with responsibilities specific to football may be employed (either on a salaried or volunteer basis) in any capacity (e.g., counselor, guest lecturer, consultant) only by the institution's camps or clinics or another four-year, NCAA member institution's camps or clinics. Employment in such a camp or clinic may occur only in June [or any days (other than during a dead period) of a calendar week (Sunday through Saturday) that includes days in June (e.g., May 28-June 3)] and July. It is not permissible for a staff member with responsibilities specific to football to be employed at a noninstitutional, privately owned camp or clinic. *(Adopted: 1/16/10, Revised: 4/26/17 a contract signed before 1/18/17 may be honored, 4/25/18, 5/1/19, 12/15/21 effective 8/1/22, 1/18/23 effective 7/1/23, 4/13/23 effective 8/1/23, 6/26/24)*

**13.12.2.3.6 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Men's Gymnastics.** In men's gymnastics, an institution's athletics department personnel may serve in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to men's gymnastics institutional camps (e.g., no free or reduced admission to or employment of athletics award winners, publicly advertised at least 14 days before the first date of the camp or clinic). *(Adopted: 4/26/23 effective 8/1/23)*

**13.12.2.3.7 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Softball.** In softball, an institution's coach or noncoaching staff member with responsibilities specific to softball may be employed (either on a salaried or volunteer basis) in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to an institutional camp or clinic (e.g., open to any and all entrants, no free or reduced admission to or employment of athletics award winners, publicly advertised at least 14 days before the first date of the camp or clinic). Employment in such a camp or clinic is limited to periods when evaluation at nonscholastic practice or competition activities is permissible. During periods when it is not permissible to evaluate at nonscholastic practice or competition activities, an institution's coach or noncoaching staff member with responsibilities specific to softball may be employed (either on a salaried or volunteer basis) only at institutional (the individual's institution or another institution's) camps or clinics that occur on any institution's campus or at a facility regularly used by the institution for practice or competition. **[D]** *(Adopted: 4/26/17 effective 8/1/17)*

**13.12.2.3.8 Institutional or Noninstitutional, Privately Owned Camps/Clinics -- Women's Volleyball.** In women's volleyball, an institution's coach or noncoaching staff member with responsibilities specific to women's volleyball may be employed (either on a salaried or volunteer basis) in any capacity (e.g., counselor, guest lecturer, consultant) by the institution's camps or clinics or another four-year, NCAA member institution's camps or clinics or may serve in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to an institutional camp or clinic (e.g., open to any and all entrants, no free or reduced admission to or employment of athletics award winners, publicly advertised at least 14 days before the first date of the camp or clinic). Employment in an institutional or

noninstitutional, privately owned camp or clinic may occur only during the period of Memorial Day through July 31. **[D]** *(Adopted: 1/16/10 effective 8/1/10, Revised: 5/4/20, 10/27/21 effective 1/1/22 a contract signed before 6/23/21 may be honored)*

**13.12.2.3.9 Noninstitutional Privately Owned Camps/Clinics -- Sports Other Than Baseball, Basketball, Football, Men's Gymnastics, Softball and Women's Volleyball.** In sports other than baseball, basketball, football, men's gymnastics, softball and women's volleyball, an institution's athletics department personnel may serve in any capacity (e.g., counselor, guest lecturer, consultant) in a noninstitutional, privately owned camp or clinic, provided the camp or clinic is operated in accordance with restrictions applicable to institutional camps (e.g., open to any and all entrants, no free or reduced admission to or employment of athletics award winners, publicly advertised at least 14 days before the first date of the camp or clinic). **[D]** *(Revised: 8/15/04, 4/28/05 effective 8/1/05, 5/26/06, 1/16/10 effective 8/1/10, 4/28/16 effective 8/1/16, 4/26/17 effective 8/1/17, 4/26/23 effective 8/1/23)*

**13.12.2.3.10 Noncoaching Athletics Staff Members.** A noncoaching athletics staff member who does not have sport-specific responsibilities may present an educational session at a noninstitutional, privately owned camp/clinic that is not operated under the restrictions applicable to institutional camps/clinics, provided the staff member does not make a recruiting presentation. **[D]** *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/5/04, 4/26/17)*

**13.12.2.3.11 Noninstitutional Fundamental Skills Camp/Clinic.** An institution's athletics department personnel may serve in any capacity at a noninstitutional camp or clinic conducted under the following conditions: **[D]** *(Adopted: 1/13/03, Revised: 8/5/04)*

(a) The camp or clinic is designed to develop fundamental skills in a sport (rather than refine the abilities of skilled participants in the sport);

(b) The camp or clinic is open to the general public (except for restrictions in age or number of participants);

(c) The camp or clinic is conducted primarily for educational purposes and does not include material benefits for the participants (e.g., awards, prizes, merchandise, gifts);

(d) Participants do not receive a recruiting presentation; and

(e) All participants reside in the state in which the camp/clinic is located or within 100 miles of the camp/clinic.

**13.12.3 Notification of Ineligibility and Consequences of Violation -- Basketball.** In basketball, if a violation specified below occurs, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 8/12/10, Revised: 4/26/17 effective 8/1/17)*

(a) A violation of Bylaw 13.12.2.2.4 in which an institution or a basketball staff member employs (either on a salaried or a volunteer basis) an individual associated with a recruited prospective student-athlete at the institution's camp or clinic.

(b) A violation of Bylaw 13.12 in which an institutional boys' basketball camp offers a participation registration, procedure, fee structure, advertisement and/or logistical experience (e.g., lodging, meals, transportation or awards/mementos) that differs from other institutional boys' basketball camps.

(c) A violation of Bylaw 13.12 in which an institutional women's/girls' basketball camp or clinic offers a participation registration, procedure, fee structure, advertisement and/or logistical experience (e.g., lodging, meals, transportation or awards/mementos) that differs from other institutional women's/girls' basketball camps or clinics.

**13.12.4 Notification of Ineligibility and Consequences of Violation -- Football. [FBS/FCS]** In football, if a violation of Bylaw 13.12.2.2.5 occurs, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 4/26/17)*

# 13.13 High School All-Star Games.

**13.13.1 Coach Involvement.** An institution shall not permit any coach or athletics department staff member directly involved in the recruiting of prospective student-athletes to participate (directly or indirectly) in the management, coaching, officiating, supervision, promotion or participant selection of any all-star team or contest involving interscholastic participants or those who, during the previous school year, were members of high school athletics teams. **[D]** *(Revised: 4/24/03 effective 8/1/03, 3/26/04)*

**13.13.1.1 Previous Contractual Agreement.** If a coach has made a contractual commitment to coach in a high school all-star game prior to being employed by a member institution and then becomes a member of the institution's staff before the game is held, the coach shall be obligated to observe this provision and disassociate from the all-star game. **[D]** *(Revised: 4/24/03 effective 8/1/03)*

**13.13.2 Use of Institutional Facilities.** A member institution's facilities shall not be made available for a high school all-star game unless the provisions of Bylaw 13.11.3.2 are met. **[D]** *(Revised: 8/5/04)*

**13.13.3 Use of Institutional Equipment.** It is not permissible for an institution to provide its athletics equipment to a prospective student-athlete (e.g., for use in a high school all-star game). **[D]** *(Revised: 8/5/04)*

# 13.14 Use of Recruiting Funds.

**13.14.1 Institutional Control.** All funds for the recruiting of prospective student-athletes shall be deposited with the member institution, which shall be exclusively and entirely responsible for the manner in which such funds are expended.

**13.14.1.1 Exception -- Expenses From a Local Sports Club or State, Regional, National or International Training Program.** An institution's coach may receive expenses from a local sports club or a state, regional, national or international training program related to duties performed while acting in a permissible capacity for the sports club or training program and also in the coach's capacity as a permissible recruiter for the institution. *(Adopted: 5/1/19)*

**13.14.2 Visiting a Prospective Student-Athlete.** An institution's athletics department staff member may visit a prospective student-athlete or the prospective student-athlete's family members at any location for recruiting purposes. However, on any such visit, the staff member may not expend any funds other than the amount necessary for the staff member's own personal expenses. *(Revised: 4/25/18)*

**13.14.3 Recruiting or Scouting Services.**

**13.14.3.1 Basketball and Football.** In basketball and football, an institution may subscribe to a recruiting or scouting service involving prospective student-athletes, provided the institution does not purchase more than one annual subscription to a particular service and the service: **[D]** *(Revised: 8/5/04, 1/16/10, 4/13/10, 1/14/12, 7/26/12, 1/15/14)*

(a) Is made available to all institutions desiring to subscribe and at the same fee rate for all subscribers;

(b) Publicly identifies all applicable rates;

(c) Disseminates information (e.g., reports, profiles) about prospective student-athletes at least four times per calendar year;

(d) Publicly identifies the geographical scope of the service (e.g., local, regional, national) and reflects broad-based coverage of the geographical area in the information it disseminates;

(e) Provides individual analysis beyond demographic information or rankings for each prospective student-athlete in the information it disseminates;

(f) Provides access to samples or previews of the information it disseminates before purchase of a subscription;

(g) Provides information regarding each prospective student-athlete in a standardized format that ensures consistent distribution to all subscribers; and

(h) Does not provide information in any form (e.g., oral reports, electronic messages) about prospective student-athletes beyond the standardized, consistent information that is provided to all subscribers.

**13.14.3.1.1 Video-Only Services.** An institution is permitted to use or subscribe to a video service that only provides video of prospective student-athletes and does not provide information about or analysis of prospective student-athletes. Use of a subscription to such a service is subject to the provisions of Bylaw 13.14.3.1, except for subsections (c) and (e). **[D]** *(Adopted: 1/15/11, Revised: 1/14/12)*

**13.14.3.2 Sports Other Than Basketball and Football.** In sports other than basketball and football, an institution may subscribe to a recruiting or scouting service involving prospective student-athletes, provided the service is made available to all institutions desiring to subscribe and at the same fee rate for all subscribers. The service must also provide information regarding each prospective student-athlete in a standardized format that ensures consistent distribution to all subscribers. An institution is not permitted to subscribe to a recruiting or scouting service that provides information in any form (e.g., oral reports, electronic messages) about prospective student-athletes beyond the standardized, consistent information that is provided to all subscribers. An institution is permitted to subscribe to a service that provides scholastic and/or nonscholastic video. The institution may not contract with a service in advance to have a particular contest recorded or provided. **[D]** *(Adopted: 1/14/12, Revised: 7/26/12, 1/15/14)*

**13.14.3.3 Subscription Limited to Approved Services -- Basketball and Football.** In basketball and football, an institution shall not subscribe to a recruiting or scouting service unless the service has been approved by the NCAA pursuant to an annual approval process. **[D]** *(Adopted: 1/14/12 effective 6/1/12)*

**13.14.4 Slush Funds.** An institution shall not permit any outside organization, agency or group of individuals to use, administer or expend funds for recruiting prospective student-athletes, including the transportation and entertainment of, and the giving of gifts or services to, prospective student-athletes or their family members or friends. *(Revised: 4/25/18)*

**13.14.4.1 Pooled Resources.** The pooling of resources for recruiting purposes by two or more persons shall constitute such a slush fund. However, this provision shall not apply to persons upon whom a prospect may be naturally or legally dependent.

**13.14.4.2 Company Funds.** The use of a company's funds to pay the expenses incurred in transporting a prospective student-athlete to the campus constitutes the use of pooled resources.

**13.14.5 Alumni Organizations.** Bona fide alumni organizations of an institution may sponsor luncheons, teas or dinners at which prospective students (athletes and nonathletes) of that immediate locale are guests. A member institution's area alumni organization may be considered a bona fide part of that institution, provided such an organization is accredited by the president or chancellor of the institution and meets these additional terms and conditions: *(Revised: 3/8/06)*

(a) A staff member of the institution periodically shall inspect the financial records of the alumni organization and certify that the expenditures comply with the rules and regulations of the NCAA and the conference(s), if any, of which the institution is a member; and

(b) A club official shall be designated by the president or chancellor as the institution's official agent in the administration of the club's funds, and said club official shall file regular reports to the institution relating the manner in which the club funds have been spent in the recruiting of student-athletes.

**13.14.5.1 Subject to NCAA Rules.** If an alumni organization is certified by the president or chancellor as being a bona fide part of the institution, said organization becomes subject to all of the limitations placed upon the member institution by NCAA legislation. A violation of such legislation by any member of the alumni organization shall be a violation by the member institution. **[D]** *(Revised: 8/5/04, 3/8/06)*

# 13.15 Precollege Expenses.

**13.15.1 Prohibited Expenses.** An institution or a representative of its athletics interests shall not offer, provide or arrange financial assistance, directly or indirectly, to pay (in whole or in part) the costs of the prospective student-athlete's educational or other expenses for any period prior to the prospective student-athlete's enrollment or so the prospective student-athlete can obtain a postgraduate education. **[R]** *(Revised: 8/5/04)*

**13.15.1.1 Extent of Prohibition.** The provisions of Bylaw 13.15.1 apply to all prospective student-athletes, including those who have signed a National Letter of Intent or an institutional offer of admission or financial aid.

**13.15.1.2 Fundraising for High School Athletics Program.** An institution may not provide funding, directly or through paid advertisements for more than the going rate, to benefit a high school athletics program. *(Adopted: 1/10/92, Revised: 4/26/01, 11/17/21)*

**13.15.1.2.1 Involvement by Local Representatives of Institution's Athletics Interests.** A representative of an institution's athletics interests may provide funding to benefit a high school athletics program located in the community in which the athletics representative resides, provided: *(Adopted: 1/10/92)*

(a) The representative acts independently of the institution;

(b) The funds are distributed through channels established by the high school or the organization conducting the fundraising activity; and

(c) The funds are not earmarked directly for a specific prospective student-athlete.

**13.15.1.3 College Use of High School Facility.** An institution may not contribute to a high school or its athletics booster club any funds realized from an athletics contest played or a practice held at a high school facility, except actual and necessary expenses for rental of the facility.

**13.15.1.4 State High School Association Use of Member Institution's Facilities.** An institution may permit a state high school association to use its facilities to host state high school championship events at a reduced rate. *(Adopted: 4/28/05)*

**13.15.1.5 High School Contest in Conjunction with College Competition.** A high school contest held in conjunction with an institution's intercollegiate contest shall be governed by the following: *(Revised: 1/10/90, 1/10/95, 4/25/18 effective 8/1/18)*

(a) It shall involve a sport other than basketball, football, women's gymnastics or volleyball;

(b) It shall be regularly scheduled and approved by the appropriate state high school authority;

(c) The member institution shall not provide the high school with any financial compensation, including transportation expenses or a guarantee or percentage of the income realized from the contest; and

(d) The only expenses the member institution may incur are the operating and maintenance costs associated with its facility's use for the high school contest.

### 13.15.1.6 Donation of Equipment.

**13.15.1.6.1 Athletics Equipment.** A member institution may not provide athletics equipment to a high school. However, a member institution is permitted to provide athletics equipment to bona fide youth organizations (e.g., the YMCA, YWCA, Boy Scout troops, Girl Scout troops, a summer recreation league) that may consist of some prospective student-athletes, provided the issuance of equipment is in accordance with the institution's regular policy regarding the discarding of equipment. **[D]** *(Revised: 4/26/01, 4/26/12 effective 8/1/12)*

**13.15.1.6.1.1 Exception -- Women's Rowing.** An institution may loan rowing equipment to a high school's or junior club program's women's team on an issuance and retrieval basis and may permit high schools' and junior club programs' women's teams to use its rowing facilities for practice and/or competition. *(Adopted: 1/9/96 effective 8/1/96)*

**13.15.1.6.1.2 Donation of Used Athletics Equipment to Foundation.** An institution may donate used athletics equipment to a nonprofit foundation established to distribute such equipment to high schools, provided the request for such donations is initiated by the foundation and the institutions have no part in selecting the high schools that are to receive the equipment. *(Adopted: 1/11/94)*

**13.15.1.6.1.3 Exception -- Catastrophic Event.** An institution may donate equipment and/or apparel to a prospective student-athlete's educational institution that has suffered a catastrophic incident, provided the equipment or apparel does not contain the institution's name, logo or other identifiable markings and the institution does not publicize the donation. *(Adopted: 1/23/19)*

**13.15.1.6.2 Nonathletics Equipment.** A member institution may provide nonathletics equipment (e.g., a computer) to a high school, provided there is no athletics department involvement and the equipment is not used to benefit only the high school's athletics program. *(Adopted: 1/10/91)*

### 13.15.1.7 Ticket Sales. It is not permissible for a member institution to compensate a high school, preparatory school or two-year college for selling tickets to the institution's athletics contests. Specifically, the member institution may not provide such forms of compensation as a guarantee, a percentage of the income realized from the sale of the tickets or any other form of commission for providing such services.

### 13.15.1.8 Conference-Sponsored Sportsmanship Initiatives. A conference may provide actual and necessary expenses that are directly associated with implementing a conference-sponsored sportsmanship initiative as described in Bylaws 13.1.10, 13.4.3.4 and 13.10.1.3. *(Adopted: 4/26/07 effective 8/1/07)*

### 13.15.1.9 Academic Services. An institution shall not provide academic expenses or services (e.g., tutoring, test preparation) to assist a prospective student-athlete in completing initial-eligibility or transfer-eligibility requirements or in improving the prospective student-athlete's academic profile in conjunction with a waiver request. **[R]** *(Adopted: 4/23/08)*

### 13.15.1.10 Donation to Nonprofit Foundation -- Men's Basketball. In men's basketball, an institution or a staff member shall not provide a donation to a nonprofit foundation that expends funds for the benefit of a nonscholastic team or teams, prospective student-athletes or individuals associated with prospective student-athletes, regardless of whether the foundation provides funding to or services for prospective student-athletes and individuals who are not prospective student-athletes. *(Adopted: 8/26/10)*

### 13.15.1.11 Notification of Ineligibility and Consequences -- Men's Basketball. If a violation of Bylaw 13.15.1 occurs in which a men's basketball staff member or a representative of the institution's athletics interests is involved in any way in the operation or planning of a boys'/men's basketball nonscholastic event on its campus, the institution shall declare each involved prospective student-athlete ineligible. Within 30 days of becoming aware of the violation, the institution shall provide written notification to each involved prospective student-athlete that the actions of the institution affected the prospective student-athlete's eligibility. The written notification shall also include an explanation of the consequences of the violation for the prospective student-athlete. *(Adopted: 8/12/10)*

## 13.15.2 Permissible Expenses.

**13.15.2.1 Expenses Related to Academic Evaluations and Test Scores.** An institution may pay fees or provide expenses in the following situations related to a prospective student-athlete's academic evaluation or test scores: *(Adopted: 1/10/90, Revised: 10/20/14, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

(a) A fee required by the appropriate testing agency to obtain a prospective student-athlete's official ACT or SAT scores;

(b) Expenses (e.g., document fees, express delivery charges) to obtain information or receive documents that are necessary to certify or evaluate the academic standing of a prospective student-athlete (e.g., transcripts, translation of transcripts); or

(c) Expenses (e.g., transcript fee, express delivery charges) for a prospective student-athlete's institution to send an academic transcript to the Eligibility Center , provided the prospective student-athlete has signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or the institution has received a financial deposit in response to its offer of admission.

**13.15.2.2 Institution Providing Items to Athletics Youth Groups for Fundraising.** An institution may provide items to assist in the fundraising efforts of athletics youth groups composed of individuals who have not started classes for the ninth grade without causing such individuals to become prospective student-athletes per Bylaw 13.02.13. *(Adopted: 1/10/95)*

**13.15.2.3 Student Orientation Sessions. [A]** An institution may pay on-campus expenses (e.g., meals, lodging) for prospective student-athletes to attend institutional orientation sessions conducted for all students. However, an institution may provide on-campus expenses to prospective student-athletes to attend orientation sessions for a particular group of students selected on a basis unrelated to athletics ability only if the institution is providing expenses on a uniform basis to all members of that particular group. An institutional staff member may provide transportation from and to the nearest bus or train station or major airport to the campus on the occasion of the prospective student-athlete's arrival or departure from the institution to attend the institution's required new-student orientation, provided the prospective student-athlete has been accepted for admission to the institution. **[R]** *(Adopted: 1/10/95, Revised: 1/9/96, 4/26/01 effective 8/1/01)*

**13.15.2.4 Use of Bands Comprised of Prospective Student-Athletes.** An institution may hire a band (e.g., marching band, pep band) comprised of prospective student-athlete-aged individuals to perform at its regular-season home contests and/or postseason home or away-from-home contests, provided the band is paid commensurate with the going rate in that locale for similar services and the organization providing the band is located within 150 miles of the competition site. *(Adopted: 11/1/01 effective 8/1/02)*

**13.15.2.5 Transportation of Equipment -- Women's Rowing.** On an occasional basis, an institution may transport a local junior club rowing team's equipment to an out-of-state competition, provided the equipment is transported to the same competition in which the institution is participating and no additional costs are incurred due to the transportation of the equipment. *(Adopted: 4/26/17)*

# 13.16 U.S. Service Academy Exceptions and Waivers.

## 13.16.1 Contacts.

**13.16.1.1 July 1 Before Junior Year in High School.** Authorized athletics staff members of the U.S. Air Force, Military, Coast Guard, Merchant Marine and Naval Academies, where congressionally required institutional procedures applying to all prospective cadets and midshipmen, regardless of athletics ability, are in conflict with the Association's legislation governing telephonic and off-campus recruiting contacts, may make in-person, telephonic and off-campus contacts beginning July 1 before a prospective student-athlete's junior year in high school. Sport-specific recruiting calendar restrictions apply to off-campus contacts, except, in football, authorized staff members may make in-person off-campus contact with a prospective student-athlete during the spring contact period of the prospective student-athlete's junior year in high school, including contact at the prospective student-athlete's educational institution. The total number of contacts, including those after the prospective student-athlete's junior year, shall not exceed the number permitted in the applicable sport. *(Revised: 4/24/08, 10/3/18)*

**13.16.1.2 After National Letter of Intent Signing Date.** There shall be no limit on the number of recruiting contacts with the prospective student-athlete, the prospective student-athlete's family members made by a national service academy to which the prospective student-athlete has applied for admission after the National Letter of Intent signing date in the sport. *(Revised: 1/19/13 effective 8/1/13, 4/25/18)*

**13.16.1.3 Freshmen at Summer Enrollment Programs.** Freshmen entering the official summer enrollment program of one of the four national service academies (U.S. Air Force, Coast Guard, Military and Naval Academies) shall be

considered student-athletes of a senior collegiate institution and may not be contacted by other member institutions without first obtaining authorization through the notification of transfer process (see Bylaw 13.1.1.3). *(Revised: 10/15/19)*

**13.16.2 Evaluation Days -- Football. [FBS]** In football, each national service academy is limited to 54 evaluation days (see Bylaw 13.02.7.1) during the fall evaluation period. *(Adopted: 4/14/08)*

**13.16.3 Air Force, Military and Naval Academies Exception.** A nonprofit, outside organization representing the interests of one of the service academies may collect contributions from alumni and other friends of the academy for the purpose of assisting candidates in obtaining a preparatory education, provided the following conditions are met: *(Revised: 11/1/07 effective 8/1/08, 7/30/10)*

(a) The organization's arrangements with the preparatory school(s) shall provide that the organization's contributions shall be turned over to the preparatory school for the school's administration without interference or dictation from the organization or the academy;

(b) The preparatory school shall have sole jurisdiction in determining the recipient of financial assistance and the terms and conditions of the award;

(c) The organization may recommend candidates to the preparatory school; athletics staff members of the academy may not; and

(d) Such a foundation shall provide preparatory education assistance for prospective candidates who do not have specialized athletics abilities as well as those who do. The number of candidates with recognized ability assisted each year as the result of the organization's program shall be in equal ratio to the number of student-athletes on the regular intercollegiate squads of the academy compared with the total enrollment of the academy.

**13.16.4 Precollege Expenses/Preparatory School Assistance -- Waiver.** The Committee for Legislative Relief may approve waivers of Bylaw 13.15, provided such waivers are limited to procedures involving preparation for entrance into one of the U.S. service academies. *(Revised: 11/1/07 effective 8/1/08, 7/30/10, 8/7/14, 10/4/17)*

# 13.17 Recruiting Calendars.

**13.17.1 Baseball.** The following periods of recruiting shall apply to baseball: *(Adopted: 4/24/03 effective 8/1/03, Revised: 12/5/05, 7/30/10, 5/22/13, 4/28/16 effective 8/1/16, 7/9/18, 5/1/19 effective 8/1/19, 4/13/23)*

(a) The third Monday of August through the second Thursday of September: **Quiet Period**

(b) The Friday following the second Thursday of September through the second Sunday in October: **Contact Period**

(c) The Monday following the second Sunday of October through the month of February [except for (1) through (4) below]: **Quiet Period**

    (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

    (2) The Tuesday immediately before Thanksgiving Day through the following Sunday: **Recruiting Shutdown**

    (3) December 22-27: **Recruiting Shutdown**

    (4) The first official day of the national convention of the American Baseball Coaches Association through the day of adjournment of the convention: **Dead Period**

(d) March 1 through the Sunday immediately before the third Monday of August [except for (1) through (3) below]: **Contact Period**

    (1) The last Monday in May through the following Monday: **Dead Period**

    (2) The third Saturday in June through the following Monday: **Dead Period**

    (3) July 3-5: **Dead Period**

**13.17.2 Men's Basketball.** The following periods of recruiting shall apply to men's basketball: *(Revised: 1/11/89, 1/10/91, 1/11/94, 4/27/00 effective 8/1/00, 4/26/01, 11/1/01 effective 4/1/02, 8/8/02, 4/29/04 effective 8/1/04, 4/28/05 effective 8/1/05, 12/5/05, 1/8/07, 11/1/07, 1/14/08, 4/24/08 effective 8/1/08, 7/30/10, 10/27/11 effective 8/1/12, 7/22/13, 10/30/13, 8/8/18 effective 4/1/19, 10/18/19, 1/22/20, 7/7/20, 1/11/23, 1/10/24)*

(a) August 1 through the Tuesday immediately following Labor Day [except for (1) below]: **Quiet Period**

    (1) August 6 through August 20: **Dead Period**

(b) The Wednesday after Labor Day through April 30 [except for (1) through (3) below]: **Recruiting Period**

(1) Monday through Thursday of the week that includes the initial date for the fall signing of the National Letter of Intent: **Dead Period**

(2) December 24-26: **Dead Period**

(3) The Thursday immediately prior to the NCAA Division I Men's Basketball Championship game through the Thursday immediately after the game: **Dead Period**

(c) May 1 through June 30 [except for (1) through (8) below]: **Quiet Period**

(1) The second Sunday in May (Mother's Day): **Dead Period**

(2) The Friday (8 a.m.) through Sunday (4 p.m.) immediately after Mother's Day: **Evaluation Period (for certified events only)**

(3) National Basketball Association Combine: **Evaluation Period**

(4) The Wednesday immediately before through the Sunday immediately after Memorial Day: **Dead Period**

(5) The third Sunday in June (Father's Day): **Dead Period**

(6) June 19: **Dead Period**

(7) Two days of the National Basketball Players Association Top 100 Camp: **Evaluation Period**

(8) The final two Friday (noon) through Sunday (6 p.m.) periods in June: **Evaluation Periods (for approved scholastic events only)**

(d) July 1-31 [except for (1) through (3) below]: **Dead Period**

(1) The first Thursday (8 a.m.) through Sunday (6 p.m.) in July after July 6: **Evaluation Period**

(2) The second Friday (6 p.m.) through Sunday (3 p.m.) in July after July 6: **Evaluation Period**

(3) The days when the College Basketball Academy is conducted: **Evaluation Period (for College Basketball Academy only)**

**13.17.3 Women's Basketball.** The following periods of recruiting shall apply to women's basketball: *(Revised: 1/11/89, 1/10/90, 1/10/91 effective 8/1/91, 8/2/91, 1/11/94 effective 8/1/94, 8/14/96, 10/9/96, 7/22/97, 10/28/99 effective 4/11/00, 11/11/00, 4/25/02, 8/8/02, 10/30/03, 10/28/04, 1/10/05 effective 8/1/05, 4/28/05 effective 8/1/05, 8/4/05, 12/5/05, 7/30/10, 1/15/11 effective 8/1/11, 4/26/12 effective 8/1/12, 1/19/13 effective 8/1/13, 10/30/13, 4/26/17 effective 8/1/17, 10/4/17 effective 8/1/18, 4/25/18, 1/22/20, 7/13/20, 1/20/22 effective 8/1/22, 10/5/22, 1/5/23, 1/6/23, 1/11/23)*

(a) August 1 through August 31 [except for (1) below]: **Quiet Period**

(1) Monday through Sunday of the week immediately following the second Saturday in August: **Recruiting Shutdown**

(b) September 1-30: **Contact Period for high school or preparatory school senior prospective student athletes; Evaluation Period (scholastic activities only) for all other prospective student-athletes**

(c) October 1 through the last day of February [except for (1) below]: **Evaluation Period**

(1) December 24 through 26: **Dead Period**

(d) March 1 through Wednesday prior to the NCAA Division I Women's Basketball Championship game: **Contact Period for high school or preparatory school senior prospective student athletes; Evaluation Period (scholastic activities only) for all other prospective student-athletes**

(e) Thursday prior to the NCAA Division I Women's Basketball Championship game through the following Monday: **Dead Period**

(f) Tuesday immediately following the Division I Women's Basketball Championship game through July 31 [except for (1) through (10) below]: **Quiet Period**

(1) The third weekend (Friday through Sunday) in April [except for (i) and (ii) below]: **Evaluation Period (evaluations at certified nonscholastic events only)**

(i) Evaluations at nonscholastic events shall not occur during any weekend (including Friday, Saturday and Sunday) during which the PSAT, SAT or ACT national standardized tests are administered or during the Easter weekend.

(ii) If the PSAT, SAT or ACT is administered or if Easter occurs during the third weekend in April, the April nonscholastic evaluation weekend (including Friday, Saturday and Sunday) shall occur during the fourth weekend in April.

(2) Monday immediately after the first Sunday in May through the second Sunday in May: **Recruiting Shutdown**

(3) The third weekend (Friday, Saturday and Sunday) of May: **Evaluation Period (including evaluations at certified nonscholastic events)**

(4) Tuesday and Wednesday immediately prior to Father's Day: **Dead Period**

(5) Thursday, Friday and Saturday immediately prior to Father's Day: **Evaluation Period (for approved scholastic events only)**

(6) Wednesday and Thursday immediately prior to the second weekend (Saturday and Sunday) in July: **Dead Period**

(7) Friday through Monday of the second weekend in July: **Evaluation Period**

(8) Tuesday after the second weekend (Saturday and Sunday) through Monday prior to the fourth weekend (Saturday and Sunday) in July: **Dead Period**

(9) Friday through Monday of the weekend preceding the College Basketball Academy: **Evaluation Period**

    (i) If the College Basketball Academy begins on a Monday, that day shall be an Evaluation Period for the College Basketball Academy only.

(10) The days when the College Basketball Academy is conducted: **Evaluation Period (for College Basketball Academy only)**

(g) During the National Junior College Athletic Association championship competition: **Evaluation Period**

(h) The following state-specific evaluation times are permissible:

    (1) In those states that play the high school basketball season in the spring, evaluations shall be permissible only April 8-28 and July 8-31.

**13.17.4 Women's Beach Volleyball.** The following periods of recruiting shall apply to women's beach volleyball: *(Adopted: 4/26/17 effective 8/1/17, Revised: 7/9/18)*

(a) August 1 through the first Sunday of December [except for (1) below]: **Contact Period**

    (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(b) Monday following the first Sunday of December through the Tuesday prior to the Division I Women's Volleyball Championship: **Evaluation Period**

(c) Wednesday prior to the Division I Women's Volleyball Championship through December 31 [except for (1) below]: **Dead Period**

    (1) Coaches attending the American Volleyball Coaches Association (AVCA) annual awards banquet may have incidental contact with two-year college prospective student-athletes being honored at the banquet. (See Bylaw 13.02.5.5.1.)

(d) January 1 through July 31 [except for (1) and ( 2) below]: **Contact Period**

    (1) January 1 through the Friday prior to Martin Luther King Jr. Day: **Evaluation Period**

    (2) May 1 through the Friday prior to Memorial Day [except for (i) below]: **Evaluation Period**

        (i) The Wednesday before through the Sunday of the NCAA National Collegiate Beach Volleyball Championship [except for (ii) below]: **Dead Period**

        (ii) An institution's authorized coaching staff members (see Bylaw 11.7.5) may evaluate on only one day and may attend only one event on that day during the dead period. Such an event shall occur within a 30-mile radius of the site of the championship. Coaches from the same institution who attend such an event shall attend the same event on the same day. Coaches shall not attend events that occur at the same time that any intercollegiate competition in conjunction with the NCAA championship occurs.

**13.17.5 Field Hockey.** The following periods of recruiting activities shall apply to field hockey: *(Adopted: 4/3/24 effective 8/1/24)*

(a) August 1 to December 19 [except for (1) and (2) below]: **Contact Period**

    (1) One day before the first permissible practice date through the third day after the first permissible practice: **Recruiting Shutdown**

    (2) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(b) December 20-23: **Quiet Period**

(c) December 24 through January 1: **Recruiting Shutdown**

(d) January 2 through July 31: **Contact Period**

### 13.17.6 Football.

#### 13.17.6.1 Bowl Subdivision Football. [FBS] The following periods of recruiting activities shall apply to bowl subdivision football: *(Revised: 1/10/90 effective 8/1/90, 1/10/91 effective 8/1/91, 1/11/94 effective 8/1/94, 10/12/94, 8/12/95, 4/27/00 effective 8/1/00, 9/6/00, 4/25/02 effective 8/1/02, 2/24/03, 10/3/03, 1/10/05, 12/5/05, 12/15/06, 1/14/08 effective 8/1/08, 2/22/08, 4/14/08, 5/27/09, 1/16/10 effective 8/1/10, 7/30/10, 10/30/13, 4/26/17, 11/16/17, 4/25/18 effective 8/1/18, 1/23/19, 5/1/19, 7/7/20, 10/27/22, 4/13/23 effective 8/1/23, 8/1/24)*

(a) August 1-31 [except for (1) below]: **Dead Period**

    (1) Forty-eight hours before a home contest (on the institution's campus or in a facility normally used for its home games) that occurs in August or September 1 or 2 through 48 hours after the conclusion of the contest: **Quiet Period**

(b) September 1 through the Sunday immediately following the last Saturday in November: **Evaluation Period**

(c) The Monday immediately following the last Saturday in November through the first Sunday in January [except for (1) through (3) below]: **Dead Period**

    (1) 14-calendar days beginning the Monday after the first Saturday in December: **Quiet Period**

    (2) For transfer prospective student-athletes who intend to enroll midyear, the Wednesday before the first Saturday in January through the following Sunday: **Quiet Period**

    (3) For national service academies, the calendar week (Sunday-Saturday) following the Army vs. Navy game (Monday-Thursday of the initial week of the midyear junior college NLI signing period remains a dead period for junior college prospective student-athletes who intend to enroll midyear. If the calendar week following the Army vs. Navy game coincides with the week that includes the early signing period of the National Letter of Intent for high school prospective student-athletes, Monday-Thursday of that week shall remain a dead period for all high school prospective student-athletes): **Contact Period**

(d) The first Monday in January through the first Saturday in February [except as (1) & (2) below]: **Contact Period**

    (1) The Sunday preceding the American Football Coaches Association Convention: **Quiet Period**

    (2) The Monday through Wednesday of the American Football Coaches Association Convention: **Dead Period**

(e) The Sunday before the initial date for the regular signing period of the National Letter of Intent: **Quiet Period**

(f) Monday before the initial date for the regular signing period of the National Letter of Intent through the first Sunday in March [except for (1) below]: **Dead Period**

    (1) For national service academies, the Friday immediately following the initial date for the regular National Letter of Intent signing period through the first Sunday in March: **Quiet Period**

(g) The Monday immediately following the first Sunday in March through April 14: **Quiet Period**

(h) April 15 through the Saturday before the last Monday in May: **Contact Period**

(i) The Sunday before the last Monday in May through the Wednesday immediately following the last Monday in May: **Dead Period**

(j) The Thursday immediately following the last Monday in May through the Monday before the last Wednesday in June: **Quiet Period**

(k) The Monday before the last Wednesday in June through July 31: **Dead Period**

#### 13.17.6.2 Championship Subdivision Football. [FCS] The following periods of recruiting activities shall apply to championship subdivision football: *(Revised: 1/10/90 effective 8/1/90, 1/10/91 effective 8/1/91, 1/11/94 effective 8/1/94, 10/12/94, 8/12/95, 4/27/00 effective 8/1/00, 9/6/00, 4/25/02 effective 8/1/02, 2/24/03, 10/3/03, 1/10/05, 12/5/05, 12/15/06, 1/14/08 effective 8/1/08, 2/22/08, 4/14/08, 5/27/09, 1/16/10 effective 8/1/10, 7/30/10, 10/30/13, 4/26/17 effective 8/1/17, 11/16/17, 4/25/18 effective 8/1/18, 1/23/19, 10/27/22, 4/13/23 effective 8/1/23, 8/1/24)*

(a) August 1-31 [except for (1) below]: **Dead Period**

    (1) Forty-eight hours before a home contest (on the institution's campus or in a facility normally used for its home games) that occurs in August or September 1 or 2 through 48 hours after the conclusion of the contest: **Quiet Period**

(b) September 1 through the Sunday immediately following the last Saturday in November: **Evaluation Period**

(c) The Monday immediately following the last Saturday in November through the first Sunday in January [except for (1) through (3) below]: **Dead Period**

   (1) 14-calendar days beginning the Friday following the early National Letter of Intent Signing Date [except for (i) below]: **Contact Period**

     (i) Three-calendar days beginning the third Friday in December through the following Sunday: **Quiet Period**

   (2) For transfer prospective student-athletes who intend to enroll midyear, the Wednesday before the first Saturday in January through the following Sunday: **Quiet Period**

   (3) For national service academies, the calendar week (Sunday-Saturday) following the Army vs. Navy game (Monday-Thursday of the initial week of the midyear junior college NLI signing period remains a dead period for junior college prospective student-athletes who intend to enroll midyear. If the calendar week following the Army vs. Navy game coincides with the week that includes the early signing period of the National Letter of Intent for high school prospective student-athletes, Monday-Thursday of that week shall remain a dead period for all high school prospective student-athletes): **Contact Period**

(d) The first Monday in January through the first Saturday in February [except as (1) and (2) below]: **Contact Period**

   (1) The Sunday preceding the American Football Coaches Association Convention: **Quiet Period**

   (2) Three-calendar days beginning the Monday of the American Football Coaches Association Convention: **Dead Period**

(e) The Sunday before the initial date for the regular signing period of the National Letter of Intent: **Quiet Period**

(f) Monday before the initial date for the regular signing period of the National Letter of Intent through the first Sunday in March: **Dead Period**

(g) The Monday immediately following the first Sunday in March through April 14: **Quiet Period**

(h) April 15 through the Saturday before the last Monday in May: **Contact Period**

(i) The Sunday before the last Monday in May through the Wednesday immediately following the last Monday in May: **Dead Period**

(j) The Thursday immediately following the last Monday in May through July 31: **Quiet Period**

**13.17.7 Men's Golf.** The following periods of recruiting activities shall apply to men's golf: *(Adopted: 4/25/18 effective 8/1/18)*

(a) August 1 through the day before Thanksgiving Day [except for (1) below]: **Contact Period**

   (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(b) Thanksgiving Day through the Sunday immediately after Thanksgiving Day: **Dead Period**

(c) The Monday immediately after Thanksgiving Day through December 22 [except for (1) and (2) below]: **Quiet Period**

   (1) A coach may evaluate at the two events (showcase and combine) that are held in conjunction with the Golf Coaches Association of America National Convention: **Evaluation Period**

   (2) The first official day of the Golf Coaches Association of America Convention to 12:01 a.m. on the day after the adjournment of the convention: **Dead Period**

(d) December 23 through January 1: **Dead Period**

(e) January 2 through July 31: **Contact Period**

**13.17.8 Women's Golf.** The following periods of recruiting shall apply to women's golf:
*(Adopted: 4/3/24 effective 8/1/24)*

(a) August 1 through the day before Thanksgiving Day [except for (1) below]: **Contact Period**

   (1) Monday through Thursday of the week that includes the initial signing date of the National Latter of Intent: **Dead Period**

(b) Thanksgiving Day through the Sunday immediately following Thanksgiving Day: **Dead Period**

(c) The Monday after Thanksgiving Day through December 23 [except for (1) below]: **Contact Period**

   (1) The official start time of the Women's Golf Coaches Association Convention to the adjournment of the convention: **Dead Period**

(d) December 24-27: **Dead Period**

(e) December 28 through July 31: **Contact Period**

**13.17.9 Men's Lacrosse.** The following periods of recruiting shall apply to men's lacrosse: *(Adopted: 11/1/01 effective 8/1/02, Revised: 12/5/05, 1/14/08, 7/30/10, 4/28/16, 7/9/18, 10/4/23)*

(a) The day after the first Sunday in January through Martin Luther King Jr. Day: **Contact Period/No Lacrosse Evaluations**

(b) The day after Martin Luther King Jr. Day through the last day of February: **Quiet Period**

(c) March 1 through the Thursday before the NCAA Division I Men's Lacrosse Championship: **Contact Period**

(d) The Friday before the Division I Men's Lacrosse Championship to noon on the Tuesday after the championship: **Dead Period**

(e) Noon on the Tuesday after the Division I Men's Lacrosse Championship through the first Monday in August [except for (1) below]: **Contact Period**

    (1) July 2-6: **Dead Period**

(f) The day after the first Monday in August through the second Monday in August: **Quiet Period**

(g) The day after the second Monday in August through August 31: **Dead Period**

(h) September 1 through October 31: **Contact Period/No Lacrosse Evaluations**

(i) November 1 through the Sunday before Thanksgiving Day [except for (1) below]: **Contact Period**

    (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(j) The Monday before Thanksgiving Day through the Sunday after Thanksgiving Day: **Dead Period**

(k) The Monday after Thanksgiving Day through December 23 [except for (1) and (2) below]: **Quiet Period**

    (1) A coach may evaluate at the events (showcase and tournament) that are held in conjunction with the Intercollegiate Men's Lacrosse Coaches Association Convention: **Evaluation Period**

    (2) The first official day of the Intercollegiate Men's Lacrosse Coaches Association Convention to 12:01 a.m. on the day after the adjournment of the convention: **Dead Period**

(l) December 24 through the first Sunday in January: **Dead Period**

**13.17.10 Women's Lacrosse.** The following periods of recruiting shall apply to women's lacrosse: *(Adopted: 4/29/04, Revised: 12/5/05, 1/8/07, 4/30/09 effective 8/1/09, 7/30/10, 4/8/16 effective 9/1/16, 7/9/18, 4/13/23)*

(a) January 3 through the Thursday before the NCAA Division I Women's Lacrosse Championship: **Contact Period** (See Bylaw 13.1.7.3.1.)

(b) The Friday before the Division I Women's Lacrosse Championship through Sunday of the championship [except for (1) below]: **Dead Period**

    (1) One event conducted during the weekend of the women's lacrosse championship, provided it is conducted within a 100-mile radius of the site of the championship (coaches may not attend the event two hours before through two hours after the semifinals competition and two hours before through two hours after the final game): **Evaluation Period**

(c) The Monday after the Division I Women's Lacrosse Championship through the Thursday immediately before the second full weekend in June: **Contact Period** (See Bylaw 13.1.7.3.1.)

(d) The Friday before the second full weekend in June through July 31 [except for (1) below]: **Evaluation Period**

    (1) July 2-6: **Dead Period**

(e) August 1-14: **Recruiting Shutdown**

(f) August 15-27: **Quiet Period**

(g) August 28 through September 3: **Dead Period**

(h) September 4 through November 30 [except for (1) through (4) below]: **Contact Period** (See Bylaw 13.1.7.3.1.)

    (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

    (2) The three weekends (5 p.m. Friday through Sunday) immediately before Thanksgiving Day (evaluations may begin immediately following the adjournment of the Intercollegiate Women's Lacrosse Coaches Association Convention): **Evaluation Periods**

(3) The official first day of the Intercollegiate Women's Lacrosse Coaches Association Convention through the adjournment of the convention: **Dead Period**

(4) The Tuesday before Thanksgiving Day through the Sunday after Thanksgiving Day: **Recruiting Shutdown**

(i) December 1-30 [except (1) below]: **Contact Period** (See Bylaw 13.1.7.3.1.)

(1) December 22-26: **Recruiting Shutdown**

(j) December 31 through January 2: **Recruiting Shutdown**

**13.17.11 Softball.** The following periods of recruiting shall apply to softball: *(Adopted: 1/12/99 effective 8/1/99, Revised: 4/26/01, 8/8/02, 10/31/02, 10/28/04, 1/10/05, 12/5/05, 4/26/07 effective 8/1/07, 4/30/09, 7/30/10, 5/22/13, 6/29/16, 7/9/18, 10/4/23)*

(a) August 1 through the 10th Sunday following the completion of the NCAA Division I Softball Championship: **Contact Period**

(b) The 10th Monday following the completion of the Division I Softball Championship through the Sunday immediately prior to Thanksgiving Day [except for (1) through (3) below]: **Evaluation Period**

(1) August 28 through September 3: **Dead Period**

(2) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(3) Evaluations at nonscholastic practice or competition activities shall not occur except on Saturdays and Sundays during the six weekends prior to Thanksgiving Day.

(c) The Monday immediately prior to Thanksgiving Day through January 2 [except for (1) through (4) below]: **Quiet Period**

(1) The Wednesday before Thanksgiving Day through the Sunday after Thanksgiving Day: **Recruiting Shutdown**

(2) The first official day of the national convention of the National Fastpitch Coaches Association through the day of adjournment of the convention: **Dead Period**

(3) December 22-26: **Recruiting Shutdown**

(4) December 31 through January 2: **Recruiting Shutdown**

(d) January 3 through the Monday immediately prior to the Division I Softball Championship [except for (1) below]: **Evaluation Period**

(1) Evaluations at nonscholastic practice and competition activities are prohibited.

(e) The Tuesday immediately prior to the start of the Division I Softball Championship through the day of the final championship game: **Dead Period**

(f) The day after the completion of the Division I Softball Championship through July 31: **Contact Period**

(g) During high school regional and state championship competition that does not occur during a dead period: **Evaluation Period**

**13.17.12 Cross Country/Track and Field.** The following periods of recruiting shall apply to cross country and track and field: *(Adopted: 4/26/07 effective 8/1/07, Revised: 10/2/07, 10/10/07, 7/30/10, 5/22/13, 11/4/14, 4/25/18 effective 8/1/18, 7/9/18)*

(a) August 1-21 : **Evaluation Period**

(b) August 22 through the second Sunday in December [except for (1) and (2) below]: **Contact Period**

(1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(2) The day of the Division I Men's and Women's Cross Country Championships: **Dead Period**

(c) The day after the second Sunday in December through January 1: **Dead Period**

(d) January 2 through July 31 [except for (1) and (2) below]: **Contact Period**

(1) The first day of the NCAA Division I Men's and Women's Indoor Track and Field Championships through the day of the completion of the championships: **Dead Period**

(2) The first day of the NCAA Division I Men's and Women's Outdoor Track and Field Championships through the day of the completion of the championships: **Dead Period**

**13.17.13 Women's Volleyball.** The following periods of recruiting shall apply to women's volleyball: *(Adopted: 4/25/02 effective 8/1/02, Revised: 8/15/02, 10/30/03, 4/28/05 effective 8/1/05, 10/13/05, 12/5/05, 1/9/06 effective 8/1/06, 4/26/07, 10/29/09, 7/30/10, 1/15/11 effective 8/1/11, 7/31/15, 4/26/17, 4/25/18 effective 8/1/18, 7/9/18, 7/27/21, 8/1/24)*

(a) August 1-31 : **Quiet Period**

(b) September 1 through November 30: **Contact Period**

   (1) Monday through Thursday of the week that includes the initial signing date of the National Letter of Intent: **Dead Period**

(c) December 1 through the Thursday prior to Martin Luther King Jr. Day [except for (1), (2) and (3) below]: **Quiet Period**

   (1) Thursday of the NCAA Division I Women's Volleyball Championship through January 1: **Dead Period**

   (2) Coaches attending the American Volleyball Coaches Association (AVCA) annual awards banquet may have incidental contact with prospective student-athletes being honored at the banquet. (See Bylaw 13.02.5.4.1)

   (3) Thursday of the Division I Women's Volleyball Championship through the Sunday immediately following the championship. An institution's authorized coaching staff members (see Bylaw 11.7.4) may evaluate on only one day and may attend only one event on that day during this period. Such an event shall occur within a 30-mile radius of the site of the championship. Coaches from the same institution who attend such an event shall attend the same event on the same day. Coaches shall not attend events that occur at the same time that any intercollegiate competition in conjunction with the NCAA championship occurs: **Evaluation Period**

(d) Friday before Martin Luther King Jr Day through July 31 [except for (1) through (2) below]: **Contact Period**

   (1) Monday through Thursday from the first Monday in March through the second Thursday in April: **Quiet Period**

   (2) May 1 through the Thursday following Memorial Day: **Quiet Period**

**13.17.14 Contact Period Exception.** An institution that does not subscribe to the National Letter of Intent in a particular sport and has an official admissions notification date (the date when all applicants are notified whether they are admitted) that occurs after the end of the final contact period of the academic year may extend the final contact period of the academic year through 30 days after the institution's official admissions notification date. The institution remains subject to all dead periods that occur during the extended contact period and may not exceed the maximum number of contacts permitted in the particular sport. *(Revised: 7/30/10)*

**13.17.15 Recruiting Periods -- Other Sports.** There are no specified recruiting periods in sports for which no recruiting calendars have been established, except for the following recruiting shutdowns, dead periods and quiet periods. *(Revised: 10/27/05, 12/5/05, 7/30/10, 4/13/23)*

   **13.17.15.1 Recruiting Shutdowns.**

      **13.17.15.1.1 Swimming and Diving.** The following recruiting shutdowns apply to swimming and diving: *(Adopted: 4/13/23)*

      (a) The third Monday in August through the following Sunday.

      (b) December 18 through January 7.

      (c) Fourteen consecutive days beginning with the Sunday that is 38 days before the first day of the NCAA Division I Women's Swimming Championship.

      **13.17.15.1.2 Women's Rowing.** The following recruiting shutdowns apply to women's rowing: *(Adopted: 4/3/24 effective 8/1/24)*

      (a) December 22 through January 2.

      **13.17.15.1.3 Men's Wrestling.** The following recruiting shutdowns apply to men's wrestling: *(Adopted: 5/20/24 effective 8/1/24)*

      (a) The Tuesday through Sunday of the NCAA Division I Wrestling Championship.

      (b) December 24-26.

   **13.17.15.2 Dead Periods.**

      **13.17.15.2.1 National Letter of Intent Signing Date.** Monday through Thursday of the week that includes the fall or spring signing of the National Letter of Intent in the applicable sport. *(Revised: 1/10/91, 8/2/91, 8/14/96, 7/30/10)*

**13.17.15.2.1.1 Exception -- North American Cup Fencing Championship.** During any year in which the National Letter of Intent signing date dead period occurs during the North American Cup Fencing Championship, it shall be permissible for authorized coaching staff members to observe prospective student-athletes participating in that event. *(Adopted: 4/30/09, Revised: 7/30/10)*

**13.17.15.2.1.2 Exception -- Junior Olympic Rifle Championships.** During any year in which the National Letter of Intent signing date dead period occurs during the Junior Olympic Rifle Championships, it shall be permissible for authorized coaching staff members to observe prospective student-athletes participating in that event. *(Adopted: 4/26/17 effective 8/1/17)*

**13.17.15.2.2 Women's Gymnastics.** The following dead periods apply to women's gymnastics: *(Revised: 6/9/10, 7/30/10, 4/25/18 effective 8/1/18)*

(a) The day before the first day of the National Collegiate Women's Gymnastics Championships to noon on the day after the championships;

(b) June 1-15; and

(c) December 1-30.

**13.17.15.2.3 Men's Ice Hockey.** The Wednesday before the NCAA Division I Men's Ice Hockey Championship to noon on the Sunday after the championship game. *(Revised: 7/30/10)*

**13.17.15.2.4 Women's Ice Hockey.** The day before the NCAA Division I Women's Ice Hockey Championship to noon on the day after the game (Thursday to noon Monday based on the current Friday to Sunday format). *(Adopted: 11/1/01, Revised: 7/30/10)*

**13.17.15.2.5 Women's Soccer.** December 15 through January 5. *(Adopted: 4/26/17 effective 8/1/17)*

**13.17.15.2.6 Men's Soccer.** Friday through Monday of the NCAA Division I Men's Soccer Championship; however, a coaching staff member may attend an event conducted in conjunction with and in the host city of the championship. *(Adopted: 5/1/19 effective 8/1/19)*

**13.17.15.2.8 Men's Wrestling.** The following dead periods apply to men's wrestling: *(Adopted: 1/23/19, Revised: 6/23/20 effective 8/1/20)*

(a) The day before the first day of the NCAA Division I Wrestling Championships to noon on the day after the championships; and

(b) The Monday before the National Wrestling Coaches Association Convention through the day of adjournment of the convention.

**13.17.15.2.9 Women's Wrestling.** The Monday before the National Wrestling Coaches Association Convention through the day of adjournment of the convention. *(Adopted: 6/23/20 effective 8/1/20)*

**13.17.15.3 Quiet Periods.**

**13.17.15.3.1 Women's Ice Hockey.** The Monday before the American Hockey Coaches Association Convention through May 31. *(Adopted: 10/27/05, Revised: 7/30/10, 5/1/19 effective 8/1/19)*

**13.17.15.3.2 Men's Soccer.** December 23-25. *(Adopted: 5/1/19 effective 8/1/19)*

# 13.18 Basketball Event Certification. In basketball, in order for an event (e.g., camp, league, tournament or festival) to be certified, it must be reviewed and conducted in accordance with certification policies and procedures established and maintained by the Men's and Women's Basketball Oversight Committees. The Enforcement Certification and Approvals Group shall administer the certification process in accordance with the certification policies and procedures. *(Adopted: 11/1/01 effective 4/1/02, Revised: 1/13/03, 4/29/04, 1/8/07, 11/1/07, 10/30/08, 2/11/10, 7/30/10, 10/28/10 effective 5/1/11, 4/25/11, 10/27/11, 7/31/13, 6/12/14, 10/29/15, 6/29/16, 4/26/17 effective 8/1/17, 4/25/18, 8/8/18 effective 1/24/19, 1/24/19)*

## FIGURE 13-1

### Notification of Transfer Windows

| Season | Sport | First Day | Final Day |
|---|---|---|---|
| Fall | Cross Country | Saturday, November 23, 2024 | Sunday, December 22, 2024 |
| Fall | Field Hockey | Sunday, November 17, 2024 | Monday, December 16, 2024 |
| Fall | Football  (FCS) | Monday, December 9, 2024 | Tuesday, January 7, 2025* |
| Fall | Football  (FBS) | Monday, December 9, 2024 | Tuesday, January 7, 2025* |
| Fall | Men's Soccer | Monday, November 25, 2024 | Tuesday, December 24, 2024 |
| Fall | Women's Soccer | Monday, November 18, 2024 | Tuesday, December 17, 2024 |
| Fall | Women's Volleyball | Sunday, December 8, 2024 | Monday, January 6, 2025 |
| Fall | Men's Water Polo | Sunday, December 1, 2024 | Monday, December 30, 2024 |
| Spring Window | Football | Wednesday, April 16, 2025 | Wednesday, April 30, 2025 |
| | All Other Fall Sports | Thursday, May 1, 2025 | Thursday, May 15, 2025 |
| Winter | Men's Basketball | Monday, March 17, 2025 | Wednesday, April 30, 2025 |
| Winter | Women's Basketball | Monday, March 17, 2025 | Wednesday, April 30, 2025 |
| Winter | Women's Bowling | Wednesday, April 2, 2025 | Friday, May 16, 2025 |
| Winter | Fencing | Tuesday, March 18, 2025 | Thursday, May 1, 2025 |
| Winter | Men's Gymnastics | Tuesday, April 15, 2025 | Thursday, May 29, 2025 |
| Winter | Women's Gymnastics | Monday, March 31, 2025 | Wednesday, May 14, 2025 |
| Winter | Men's Ice Hockey | Sunday, March 30, 2025 | Tuesday, May 13, 2025 |
| Winter | Women's Ice Hockey | Sunday, March 16, 2025 | Tuesday, April 29, 2025 |
| Winter | Rifle | Monday, February 24, 2025 | Wednesday, April 9, 2025 |
| Winter | Skiing | Tuesday, March 4, 2025 | Thursday, April 17, 2025 |
| Winter | Men's Swimming and Diving | Wednesday, March 19, 2025 | Friday, May 2, 2025 |
| Winter | Women's Swimming and Diving | Wednesday, March 12, 2025 | Friday, April 25, 2025 |
| Winter | Indoor Track and Field | Tuesday, March 11, 2025 | Thursday, April 24, 2025 |
| Winter | Men's Wrestling | Wednesday, March 19, 2025 | Friday, May 2, 2025 |
| Fall Window | All Spring Sports | Sunday, December 1, 2024 | Sunday, December 15, 2024 |
| Spring | Baseball | Monday, June 2, 2025 | Tuesday, July 1, 2025 |
| Spring | Women's Beach Volleyball | Sunday, May 4, 2025 | Monday, June 2, 2025 |
| Spring | Men's Golf | Wednesday, May 7, 2025 | Thursday, June 5, 2025 |
| Spring | Women's Golf | Wednesday, April 30, 2025 | Thursday, May 29, 2025 |
| Spring | Lacrosse | Sunday, May 11, 2025 | Monday, June 9, 2025 |
| Spring | Women's Rowing | Tuesday, May 27, 2025 | Wednesday, June 25, 2025 |
| Spring | Softball | Sunday, May 18, 2025 | Monday, June 16, 2025 |
| Spring | Tennis | Monday, May 5, 2025 | Tuesday, June 3, 2025 |
| Spring | Outdoor Track and Field | Thursday, May 29 2025 | Friday, June 27, 2025 |
| Spring | Men's Volleyball | Sunday, April 27, 2025 | Monday, May 26, 2025 |
| Spring | Women's Water Polo | Monday, May 5, 2025 | Tuesday, June 3, 2025 |

*Student-athletes who are members of teams that participate in a postseason contest (bowl game, NCAA Division I Football Championship, College Football Playoff, etc.) may also provide written notification of transfer during a five consecutive-day period beginning the day after their team's final postseason contest.

# Academic Eligibility

## 14.01 General Principles.

**14.01.1 Institutional Responsibility.** An institution shall not permit a student-athlete to represent it in intercollegiate athletics competition unless the student-athlete meets all applicable eligibility requirements, and the institution has certified the student-athlete's eligibility. A violation of this bylaw in which the institution fails to certify the student-athlete's eligibility before allowing the student-athlete to represent the institution in intercollegiate competition shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 1/14/08)*

**14.01.2 Academic Status.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies, be in good academic standing and maintain progress toward a baccalaureate or equivalent degree. *(Revised: 5/29/08)*

> **14.01.2.1 Good Academic Standing.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in good academic standing as determined by the academic authorities who determine the meaning of such phrases for all students of the institution, subject to controlling legislation of the conference(s) or similar association of which the institution is a member. The standard of good academic standing required for a student-athlete to represent an institution in intercollegiate athletics competition must be at least as demanding as the institutional standard applied to all students to participate in extracurricular activities. *(Revised: 5/29/08, 10/4/17)*

> > **14.01.2.1.1 Additional Application -- Baseball.** In baseball, a student-athlete who fails to meet the requirements of good academic standing at the beginning of an institution's fall term shall not be eligible for competition during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.01.3 Compliance With Other NCAA and Conference Legislation.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be in compliance with all applicable provisions of the constitution and bylaws of the Association and all rules and regulations of the institution and the conference, if any, of which the institution is a member. A violation of this bylaw that relates only to a violation of a conference rule shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility. *(Revised: 10/27/06, 5/29/08)*

**14.01.4 Purpose of the Academic Performance Program.** The central purpose of the academic performance program is to ensure that the Division I membership is dedicated to providing student-athletes with exemplary educational and intercollegiate-athletics experiences in an environment that recognizes and supports the primacy of the academic mission of its member institutions, while enhancing the ability of male and female student-athletes to earn a four-year degree. *(Adopted: 4/29/04, Revised: 7/31/13)*

**14.01.5 Nature of Reward and Penalty Structure -- Academic Performance Program.** The Division I membership is committed to providing higher education for a diverse body of male and female student-athletes within the context of an institution's academic and admissions standards for all students through a system that rewards those institutions and teams that demonstrate commitment toward the academic progress, retention and graduation of student-athletes and penalizes those that do not. *(Adopted: 4/29/04, Revised: 7/31/13)*

**14.01.6 Disclosure Requirements -- Academic Performance Program.**

> **14.01.6.1 Academic Progress Rate -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its academic progress rate (APR) in a form approved and administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

> **14.01.6.2 Academic Performance Census -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its academic performance census (APC) in a form administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

> **14.01.6.3 Graduation Success Rate -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in a postseason competition (including NCAA championships and bowl games) unless it has submitted, by the applicable deadline, its graduation success rate (GSR) in a form approved and administered by the Committee on Academics. *(Adopted: 4/29/04, Revised: 9/14/07, 7/31/13, 8/7/14)*

Case 5:25-cv-00098-D    Document 1-2    Filed 02/21/25    Page 151 of 443

## 14.02 Definitions and Applications.

**14.02.1 Academic Progress Rate.** The Committee on Academics shall have the authority to determine the minimum acceptable academic progress rate (APR), which shall include a calculation that accounts for currently enrolled student-athletes. The rate shall account for the institution's success in retaining and graduating all such student-athletes. Further, the rate shall account for the academic eligibility of the student-athletes, including all applicable NCAA, conference and institutional academic eligibility requirements. The committee shall publish an explanation of the APR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 8/6/09, 7/31/13, 8/7/14)*

**14.02.2 Branch School.** A branch school is an educational institution that usually offers two years of college work, does not award degrees independently, and is wholly controlled and operated by a four-year, degree-granting parent institution.

**14.02.3 Business Day.** A business day is any weekday that is not recognized as a national holiday, including any weekday during which an institution is closed for other reasons (e.g., holiday break). *(Adopted: 4/29/10 effective 8/1/10)*

**14.02.4 Collegiate Institution.** A collegiate institution (for purposes of NCAA legislation) is an institution of higher education that: *(Revised: 1/10/90, 8/8/02)*

(a) Is accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree;

(b) Conducts an intercollegiate athletics program, even though the institution is not accredited at the college level and authorized to offer at least a one-year program of study creditable toward a degree; or

(c) Is located in a foreign country.

**14.02.5 Education-Impacting Disability.** An education-impacting disability is a current impairment that has a substantial educational impact on a student's academic performance and requires accommodation. *(Adopted: 8/8/08)*

**14.02.6 Exception.** An exception is the granting of relief from the application of a specific regulation (e.g., the residence requirement for a transfer student from a two-year college to become eligible for competition). The action granting the exception may be taken solely by the certifying institution, based on evidence that the conditions on which the exception is authorized have been met (see Bylaw 14.02.14). *(Revised: 11/1/07 effective 8/1/08, 4/18/24)*

**14.02.7 Good Academic Standing and Progress Toward Degree.** The phrases "good academic standing" and "progress toward degree" are to be interpreted at each member institution by the academic officials who determine the meaning and application of such phrases for all students, subject to the controlling regulations of the institution; the conference(s) (or similar associations), if any, of which the institution is a member; and applicable NCAA legislation (see Bylaw 14.4).

**14.02.8 Graduation Success Rate.** The Committee on Academics shall determine the minimum acceptable graduation success rate (GSR). The Committee on Academic Performance shall publish an explanation of the GSR calculation to the membership annually. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

**14.02.9 Participation in Intercollegiate Athletics.** Participation in intercollegiate athletics occurs when a student-athlete either practices in a sport (see Bylaw 17.02.1) or competes in a sport, as defined in Bylaw 17.02.8. Eligibility rules for competition may differ from those for practice.

**14.02.10 Qualification Status.**

**14.02.10.1 Qualifier.** A qualifier is a student who, for purposes of determining eligibility for financial aid, practice and competition, has met the requirements of Bylaw 14.3.1.1. *(Revised: 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.10.2 Academic Redshirt.** An academic redshirt is defined as one who has met the requirements of Bylaw 14.3.1.2 but not the requirements of Bylaw 14.3.1.1. *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.10.3 Nonqualifier.** A nonqualifier is a student who has not graduated from high school or who, at the time specified in the regulation (see Bylaw 14.3), has not successfully completed the required core curriculum or has not presented the required minimum core-curriculum grade-point average for a qualifier or academic redshirt. *(Revised: 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after August 1, 2023)*

**14.02.11 Residence.** Residence is enrollment in a full-time academic program (as defined by the institution) at a collegiate institution during a regular term of an academic year. A summer term may not be used to satisfy an academic term of residence.

Any student-athlete (e.g., qualifier, nonqualifier, transfer student from a two-year college) admitted after the 12th class day may not use that semester or quarter for the purpose of satisfying an academic term or year of residence. *(Revised: 4/14/10, 4/18/24)*

**14.02.11.1 Academic Year of Residence.** To satisfy an academic year of residence, a student shall: *(Revised: 4/14/10, 5/14/13)*

(a) Be enrolled in and complete a minimum full-time program of studies for two full semesters or three full quarters; or

(b) Be enrolled in a minimum full-time program of studies for two semesters or three quarters and pass a number of hours (including hours earned at the certifying institution during a summer term) that is at least equal to the sum total of the minimum load of each of the required terms.

**14.02.12 Term of Full-Time Enrollment.** For purposes of Bylaw 14.4, a term of full-time enrollment occurs when a student-athlete attends a class in a regular term (semester or quarter) of an academic year while registered as a full-time student, as determined by the institution. *(Adopted: 10/17/19)*

**14.02.13 Transfer Student.** A transfer student, in the application of NCAA eligibility requirements, is a student who transfers from any collegiate institution after having met any one of the conditions set forth in Bylaw 14.5.2.

**14.02.14 Waiver.** A waiver is an action exempting an individual or institution from the application of a specific regulation. A waiver requires formal approval (e.g., an NCAA committee or a conference, as specified in the legislation) based on evidence of compliance with the specified conditions or criteria under which the waiver is authorized or extenuating circumstances (see Bylaw 14.02.6). *(Revised: 11/1/07 effective 8/1/08)*

# 14.1 Admission, Enrollment and Academic Credentials.

**14.1.1 Admission.** A student-athlete shall not represent an institution in intercollegiate athletics competition unless the student has been admitted as a regularly enrolled, degree-seeking student in accordance with the regular, published entrance requirements of that institution.

**14.1.1.1 Special Admission.** A student-athlete may be admitted under a special exception to the institution's normal entrance requirements if the discretionary authority of the president or chancellor (or designated admissions officer or committee) to grant such exceptions is set forth in an official document published by the university (e.g., official catalog) that describes the institution's admissions requirements. *(Revised: 3/8/06)*

**14.1.2 Validity of Academic Credentials.** As a condition and obligation of membership, an institution is responsible for determining the validity of a student-athlete's academic record. *(Revised: 4/26/17 effective 8/1/17)*

**14.1.2.1 Invalidation of Academic Credentials After Initial-Eligibility Certification.** If a student-athlete's academic credentials (e.g., transcript, test scores) are invalidated after initial eligibility has been certified, the institution must report any violation that may have occurred as a result of the student-athlete's receipt of financial aid or participation in practice or competition and declare the student-athlete ineligible for competition. If such a violation occurred, the student-athlete remains ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement regardless of whether an initial-eligibility waiver is granted after the invalidation of the academic credentials. *(Adopted: 3/3/11)*

**14.1.2.2 High School Review Committee.** The High School Review Committee shall have the authority to establish policies and procedures related to reviewing the validity of a high school and the validity of a prospective student-athlete's academic credentials. A review may result in a determination that a high school or a prospective student-athlete's academic credentials shall not be used to meet initial-eligibility requirements. The committee's policies and procedures shall be approved by the Committee on Academics. (See Bylaw 21.9.4.) *(Adopted: 1/8/07, Revised: 11/1/07 effective 8/1/08, 8/7/14, 1/10/24)*

**14.1.2.3 NCAA Eligibility Center.** An institution shall use the NCAA Eligibility Center approved by the Board of Governors to determine the initial eligibility of a student-athlete. *(Adopted: 1/19/93 effective 8/1/94, Revised: 1/10/95, 3/10/04, 4/27/06 1/8/07, 5/9/07, 10/30/14)*

**14.1.2.3.1 Institutional Responsibility.** An institution is responsible for promptly reporting all discrepancies in information used in a student-athlete's initial-eligibility certification to the NCAA Eligibility Center. Discrepancies in information include, but are not limited to, corrections, additions, potential academic misconduct with regard to high schools attended, grades, completion of coursework or test scores. *(Adopted: 4/27/06, Revised: 5/9/07)*

# 14.2 Full-Time Enrollment.

**14.2.1 Requirement for Practice.** To be eligible to participate in organized practice sessions, a student-athlete shall be enrolled in a minimum full-time program of studies leading to a baccalaureate or equivalent degree as defined by the regulations of the certifying institution. (See Bylaw 12.8.2.5.) **[D]** *(Revised: 1/10/92, 10/28/99, 3/27/18)*

**14.2.1.1 Practice Prior to Initial Enrollment.** A student-athlete may practice during the official vacation period immediately preceding initial enrollment, provided the student has been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's initial participation; is no longer enrolled in the previous educational institution; and is eligible under all institutional and NCAA requirements.

**14.2.1.1.1 Prohibited Practice Activities -- General Rule.** A prospective student-athlete shall not engage in any practice activities (e.g., review of playbook, chalk talk, film review) with a coaching staff member prior to enrollment. A prospective student-athlete may observe an institution's practice session, including a session that is closed to the general public. *(Adopted: 12/12/06, Revised: 3/3/11, 5/30/13, 4/25/18 effective 8/1/18, 1/23/19 effective 8/1/19, 1/20/22)*

**14.2.1.1.1.1 Exception -- Women's Basketball.** A prospective student-athlete who signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission may participate in virtual team activities (e.g., team meetings, film review) during an institution's summer vacation period, provided the prospective student-athlete has completed all academic requirements for high school graduation or all transfer academic requirements. *(Adopted: 1/20/22)*

**14.2.1.2 Drop/Add Course.** A student-athlete no longer shall be considered enrolled in a minimum full-time program of studies (after dropping a course that places the student below full-time status) when the dropped course becomes official in accordance with procedures determined by the institution for all students. A student who is adding a course to reach full-time status shall become eligible for practice and competition once the course has been approved by the appropriate department head (or designated representative) and submitted to the registrar. *(Adopted: 1/10/92)*

**14.2.1.3 Exception -- Final Semester/Quarter.** A student-athlete with athletics eligibility remaining may participate in organized practice sessions while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of a baccalaureate or graduate degree program, or a minor or undergraduate certificate program and the institution certifies that the student is carrying (for credit) the courses necessary to complete the degree, minor or certificate requirements, as determined by the faculty of the institution. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. *(Revised: 3/27/18, 1/23/19 effective 8/1/19)*

**14.2.1.3.1 Eligibility Following Final Term.** A student-athlete who is eligible for practice while enrolled less than full time during the student-athlete's final term remains eligible for practice during the remainder of the institution's season, including postseason events. (See Bylaw 12.8.) *(Adopted: 3/27/18)*

**14.2.1.4 Final Term Before Experiential Learning Requirement.** A student-athlete may practice while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate or postbaccalaureate degree program before participating in an experiential learning requirement (e.g., student teaching, internship, clinical, capstone project, etc.) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements, other than the experiential learning requirement. A student-athlete who uses this exception is not permitted to use the final semester/quarter exception the following semester or quarter. *(Adopted: 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after, Revised: 11/28/23)*

**14.2.1.5 Withdrawal or Dismissal.** A student-athlete who withdraws or is dismissed from an institution is considered to be a prospective student-athlete eligible for recruitment by other NCAA member institutions and may not continue to practice with the original institution's team.

**14.2.1.6 Exception -- Practice During First Week of Class.** A student-athlete may practice, but may not compete, during the institution's first five days of classes if the student-athlete is enrolled in less than a minimum full-time program of studies, provided the student is otherwise eligible under all institutional, conference and NCAA requirements. *(Adopted: 1/10/95 effective 8/1/95)*

**14.2.1.7 Exception -- Former Student Participating in Practice on an Occasional Basis -- Sports Other Than Football.** In sports other than football, a former student (e.g., former student-athlete) at the certifying institution may participate in an organized practice session on an occasional basis, provided the institution does not publicize the participation of the former student at any time before the practice session. *(Adopted: 3/3/11, Revised: 4/25/18 effective 8/1/18)*

**14.2.1.8 Exception -- U.S. Olympic and Paralympic Committee/National Governing Body -- Practice.** A student with eligibility remaining who is not enrolled or who is enrolled in less than a minimum full-time program of studies, or a former student-athlete may participate on a regular basis in organized practice sessions, provided the following conditions are met: *(Adopted: 4/26/17, Revised: 10/17/19, 1/22/20, 4/26/23 effective 8/1/23)*

(a) The practice sessions take place at the institution the individual previously attended as an undergraduate or currently attends or previously attended as a graduate student, except that a former student-athlete who has graduated and has no eligibility remaining may participate in practice sessions at an institution other than the individual previously attended;

(b) In the case of a former student-athlete, the practice sessions involve an individual sport or women's rowing;

(c) In the case of a current student-athlete with eligibility remaining, the practice sessions involve an individual or team sport;

(d) The institution receives confirmation that the U.S. Olympic and Paralympic Committee or national governing body in the sport has recommended the individual's participation;

(e) In sports other than men's gymnastics, the individual does not participate in any coaching activities unless the institution designates the individual in the appropriate coaching limits;

(f) In the case of a student-athlete with NCAA eligibility remaining in the sport, such participation occurs only during the academic year immediately preceding the Olympic or Paralmypic Games; and

(g) In the case of a former student-athlete, such participation shall be limited to the number of years that allows the individual to practice with the institution's team in preparation for two consecutive Olympic or Paralympic Games following exhaustion of eligibility or completion of degree, whichever occurs earlier. A former student-athlete who has not graduated must be enrolled (full or part time) and making progress toward a degree.

**14.2.2 Requirement for Competition.** To be eligible for competition, a student-athlete shall be enrolled in at least a minimum full-time program of studies leading to a baccalaureate or equivalent degree, which shall not be less than 12 semester or quarter hours. *(Revised: 6/1/07)*

**14.2.2.1 Exceptions.** The following exceptions to the minimum 12-semester or 12-quarter-hour enrollment requirement are permitted:

**14.2.2.1.1 Competition Prior to Initial Enrollment.** A student-athlete may compete during the official vacation period immediately preceding initial enrollment, provided the student has been accepted by the institution for enrollment in a regular, full-time program of studies at the time of the individual's initial participation; is no longer enrolled in the previous educational institution; and is eligible under all institutional and NCAA requirements. (See Bylaw 16.8.2.1.)

**14.2.2.1.2 Eligibility Between Terms.** To be eligible for competition that takes place between terms (including competition between a student-athlete's final term as an undergraduate student and first term as a graduate or postbaccalaurate student), the student-athlete shall: *(Revised: 1/11/89, 3/27/18)*

(a) Have been registered for the required minimum full-time load (see Bylaw 14.2.2) at the conclusion of the term immediately preceding the date of competition, if the student is continuing enrollment; or

(b) Be accepted for enrollment as a regular full-time student for the regular term immediately following if the student is either continuing enrollment or beginning enrollment (see Bylaw 14.4.3.4).

**14.2.2.1.3 Final Semester/Quarter.** A student-athlete may compete while enrolled in less than a minimum full-time program of studies, provided the student is enrolled in the final semester or quarter of a baccalaureate or graduate degree program, or a minor or undergraduate certificate program and the institution certifies that the student is carrying (for credit) the courses necessary to complete degree*, minor or certificate requirements. To qualify for this exception, a minor or undergraduate certificate program must be officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree, minor or certificate requirements during that semester or quarter and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Revised: 1/10/92, 1/16/93, 1/10/95, 2/1/05, 11/1/07 effective 8/1/08, 1/14/12, 8/21/12, 3/27/18, 1/23/19 effective 8/1/19)*

**14.2.2.1.3.1 Eligibility Following Final Term.** A student-athlete who is eligible to compete while enrolled less than full time during the student-athlete's final term remains eligible for regular-season competition that occurs after the term and any postseason event that begins within 60 days following the term. A student-athlete who attends a quarter-system institution and who graduates at the end of the winter quarter may compete in any postseason event (and preceding regular-season competition) that occurs during the same academic year following the completion of the winter quarter. (See Bylaw 12.8.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 3/27/18)*

**14.2.2.1.4 Final Term Before Experiential Learning Requirement.** A student-athlete may compete while enrolled in less than a minimum full-time program of studies in the final semester or quarter of the student's baccalaureate or postbaccalaureate degree program before participating in an experiential learning requirement (e.g.,

student teaching, internship, clinical, capstone project, etc.) in the following term, provided the student-athlete is carrying (for credit) all courses necessary to complete degree requirements, other than the experiential learning requirement. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree requirements during the following final semester or quarter and is eligible to receive the baccalaureate or postbaccalaureate diploma on the institution's next degree granting date immediately following the final semester. A student-athlete who uses this exception is not permitted to use the final semester/quarter exception in the following semester or quarter. *(Adopted: 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after, Revised: 11/28/23)*

**14.2.2.2 Noncredit Work.** Hours of noncredit work (including remedial courses) may be counted toward fulfilling the minimum full-time enrollment requirement, provided the noncredit work is given the same academic load value and is considered by the institution to be a requirement for the degree currently being pursued by the student.

**14.2.2.3 Concurrent Courses at Two Institutions.** Courses taken concurrently at a second institution may be counted toward meeting the minimum 12-hour enrollment requirement, provided:

(a) The certifying institution officially recognizes the student's combined hours as full-time enrollment for a minimum of 12 hours; and

(b) Courses taken at the second institution will be included on the student's transcript at the institution where the student is seeking the degree.

**14.2.2.4 Cooperative Educational Exchange Program.** A student-athlete may represent the certifying institution in intercollegiate athletics even though at the time of competition the student is enrolled in another institution in a cooperative educational exchange program, provided:

(a) The certifying institution considers the student to be regularly enrolled in a minimum full-time program of studies; and

(b) All work is placed on the student's transcript and accepted toward the student's undergraduate degree at the certifying institution.

**14.2.2.5 Cooperative Educational Work Experience Program.** A student-athlete may represent the certifying institution in intercollegiate athletics while enrolled in a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) offered by the institution, provided the student is considered to be enrolled in a full-time program of studies, regardless of the credit value of the program. However, a student who participates in a cooperative educational work experience program that is not a required element of the student's degree program must be enrolled in a minimum of six credit hours, which may include the credit value of the cooperative educational work experience program, at the certifying institution during the same term. *(Adopted: 10/28/10)*

**14.2.2.6 Nontraditional Courses.** Enrollment in a nontraditional course (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) offered by the certifying institution may be used to satisfy the full-time enrollment requirement for competition, provided the following conditions are met: *(Adopted: 4/28/11 effective 8/1/11)*

(a) The course is available to any student at the institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student;

(c) Enrollment in the course occurs within the institution's regular enrollment periods (pre-registration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures; and

(d) The course is conducted during the institution's regular academic schedule (term time) in accordance with the institution's academic calendar and applicable policies and procedures.

**14.2.3 Waivers.** Waivers may be granted to the minimum 12-semester or 12-quarter hour enrollment requirement as follows: *(Revised: 1/16/10 effective 5/1/10)*

**14.2.3.1 Nontraditional Academic Calendars.** A student-athlete at an institution that determines enrollment hours on a basis other than traditional semester or quarter hours or that conducts a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) may practice and compete, if the student is enrolled for a comparable minimum academic load as determined by the Committee on Academics (see Bylaw 4.4.2). *(Revised: 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 10/8/10)*

**14.2.3.2 Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships -- Competition.** The Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the minimum full-time enrollment requirement for any participant in the Olympic Games,

Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade), World University Championships or World Youth Championships (including junior levels of such events) who, because of such participation, may lose eligibility for practice and competition in any sport. *(Revised: 1/10/91, 1/9/96, 9/12/03, 12/13/05, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 1/14/12, 1/22/20)*

**14.2.3.3 Student-Athletes With Education-Impacting Disabilities.** The Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the 12-hour requirement for a student-athlete when objective evidence demonstrates that an institution defines full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the education-impacting disability. *(Adopted: 1/10/95, Revised: 11/1/07 effective 8/1/08, 8/7/08, 1/16/10 effective 5/1/10)*

**14.2.3.4 Full-Time Enrollment -- Practice and Competition.** Unless otherwise specified under this bylaw, the Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the 12-hour requirement for practice and competition. *(Adopted: 8/4/05, Revised: 11/1/07 effective 5/1/08, 1/16/10 effective 5/1/10)*

# 14.3 Freshman Academic Requirements.

**14.3.1 Eligibility for Financial Aid, Practice and Competition -- Qualifiers and Academic Redshirts.** A student-athlete who enrolls in a member institution as an entering freshman with no previous full-time college attendance shall meet the following academic requirements, as certified by the NCAA Eligibility Center, as approved by the Board of Governors, and any applicable institutional and conference regulations, to be considered a qualifier or an academic redshirt. *(Revised: 1/16/93 effective 8/1/94, 1/9/96 effective 8/1/97, 3/22/06, 5/9/07, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 10/30/14)*

**14.3.1.1 Qualifier.** A qualifier shall be eligible for financial aid, practice and competition during the first academic year of residence. A qualifier is defined as one who is a high school graduate and who presented the following academic qualifications: *(Revised: 1/10/90, 1/10/92 effective 8/1/95, 1/16/93 effective 8/1/90, 1/14/94 effective 8/1/96, 2/9/95, 1/11/00 effective 8/1/11, 11/1/01 effective 8/1/05, 4/24/02 effective 8/1/08, 10/31/02 effective 8/1/03 and 8/1/05, 4/26/06, 5/31/06, 5/9/07, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16, 5/9/18, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

(a) A minimum cumulative grade-point average of 2.300 (based on a maximum 4.000) in a successfully completed core curriculum of at least 16 academic courses per Bylaw 14.3.1.3, including the following:

| | |
|---|---|
| English | 4 years |
| Mathematics (Three years of mathematics courses at the level of Algebra I or higher). (Computer science courses containing significant programming elements that meet graduation requirements in the area of mathematics also may be accepted.) | 3 years |
| Natural or physical science (including at least one laboratory course if offered by the high school). (Computer science courses containing significant programming elements that meet graduation requirements in the area of natural or physical science also may be accepted.) | 2 years |
| Additional courses in English, mathematics, or natural or physical science | 1 year |
| Social science | 2 years |
| Additional academic courses [in any of the above areas or world language, philosophy or nondoctrinal religion (e.g., comparative religion) courses] | 4 years |

The record of the above courses and course grades must be certified by the Eligibility Center using either an official high school transcript forwarded directly from the high school or a high school transcript forwarded by an institution's admissions office; and

(b) Completion of 10 of the required 16 core courses before the start of the seventh semester (or the equivalent) of high school. Seven of the 10 core courses must include English, mathematics and natural or physical science. The 10 core courses used to fulfill this requirement and the grades achieved in such courses shall be used in determining the student-athlete's eligibility for financial aid, practice and competition during the first academic year of residence and shall not be replaced by courses or grades achieved in subsequently completed core courses, including courses completed after the core-curriculum time limitation pursuant to Bylaws 14.3.1.3.1.1 or 14.3.1.3.1.2. (See Bylaw 14.3.1.3.5.)

**14.3.1.1.1 Exception -- International Prospective Student-Athletes.** The provisions of Bylaw 14.3.1.1-(b) do not apply to a prospective student-athlete whose initial-eligibility certification is based entirely on international

credentials. *(Adopted: 4/26/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.1.1.2 Exception -- Early Academic Certification.** A student-athlete presenting a core-course grade-point average of 3.000 or higher (based on a maximum of 4.000) in a minimum of 14 core courses upon completion of six semesters (or the equivalent) shall be certified as a qualifier. The 14 core courses shall include three core courses in English, two in mathematics, two in natural or physical science (including at least one laboratory course, if offered), two additional core courses in English, mathematics, or natural or physical science and five additional core courses in any NCAA core area. The record of the courses and course grades must be certified by the Eligibility Center using either an official high school transcript forwarded directly from the high school or a high school transcript forwarded by an institution's admissions office. *(Adopted: 1/14/08 effective 8/1/08, Revised: 10/27/11, 4/26/12, 8/2/12 effective 8/1/13, 2/2/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.1.1.2.1 Submission of Final Transcript.** If a student-athlete is certified as a qualifier pursuant to the early academic certification exception and initial full-time collegiate enrollment occurs at the certifying institution during the first term of the academic year, the institution shall ensure submission of the final high school transcript (official or unofficial) to the Eligibility Center by February 1 following the student-athlete's initial full-time enrollment. If a student-athlete is certified as a qualifier pursuant to the early academic certification exception and initial full-time collegiate enrollment occurs at the certifying institution after the conclusion of the first term of the academic year, the institution shall ensure submission of the final high school transcript (official or unofficial) to the Eligibility Center by February 1 of the following academic year. **[D]** *(Adopted: 4/30/09 effective 8/1/09)*

**14.3.1.1.2.1.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The committee shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/09, Revised: 8/7/14)*

**14.3.1.2 Academic Redshirt.** An academic redshirt may receive institutional athletically related financial aid but may not compete during the first academic year of residence. An academic redshirt may practice only on campus or at the institution's regular practice facility during the first regular academic term of residence. An academic redshirt must successfully complete nine semester or eight quarter hours of academic credit in each applicable regular academic term in order to be eligible for practice in the immediately subsequent term of the initial academic year of residence. An academic redshirt is defined as one who is a high school graduate and who presented a minimum cumulative grade-point average of 2.000 (based on a maximum 4.000) in a successfully completed core curriculum of at least 16 academic courses per Bylaw 14.3.1.3, including the required courses set forth in Bylaw 14.3.1.1-(a). *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.1.2.1 Outside Competition -- Academic Redshirt.** An academic redshirt may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but during the first year of enrollment, such an individual is not permitted to practice or compete on an institutional club team or on an outside sports team. *(Adopted: 10/27/11, Revised: 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.1.3 Core-Curriculum Requirements.** A course must meet all the following criteria to satisfy core-curriculum requirements: *(Revised: 1/11/00 effective 8/1/00, 11/1/01 effective 8/1/05 for those students first entering a collegiate institution on or after 8/1/05, 8/7/08, 1/15/11 effective 1/14/12, 1/10/24 effective 8/1/24 August 1, 2024; for high school account, program or course reviews that occur on or after August 1, 2024.)*

(a) The course must be administered by a high school that meets criteria for validity (e.g., quality control and integrity of information, school policies and operations), as established by the High School Review Committee (see Bylaw 14.1.2.2);

(b) The instructional model for the course must meet criteria for review (e.g., instructor interaction, pacing, instructional time, monitoring, feedback, intervention), as established by the High School Review Committee;

(c) The curriculum for the course must meet high school graduation requirements in one or a combination of the following areas: English, mathematics, natural/physical science, social science, world language, philosophy or nondoctrinal religion (e.g., comparative religion); and

(d) The curriculum for the course must meet college preparatory criteria for content (e.g., standards, learning objectives, competencies) and rigor of performance tasks and assessments (e.g., application of skills and concepts, strategic or extended thinking), as established by the High School Review Committee.

**14.3.1.3.1 Core-Curriculum Time Limitation.** A prospective student-athlete must complete the core-curriculum requirements not later than the high school graduation date of the prospective student-athlete's class [as determined by the first year of enrollment in high school (ninth grade) or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility]. Graduation from high school or secondary school shall be based on the prospective student-athlete's prescribed educational path in the prospective student-athlete's country. The eligibility of an international student-athlete whose prescribed educational path culminates with a leaving examination (e.g., General Certificate of Secondary Education, Baccalaureat, Arbitur) shall be determined based on the leaving examination, regardless of a delay in graduation or completion of the leaving examination. *(Revised: 1/10/90, 9/15/97, 11/1/01 effective 8/1/02, 4/26/07 effective 8/1/07, 1/15/11 effective 8/1/12 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/12)*

**14.3.1.3.1.1 Exception -- One Core Course after High School Graduation.** If a prospective student-athlete graduates from high school within the core-curriculum time limitation, the prospective student-athlete may use one core course, completed in the year after graduation (summer or academic year), but not later than the end of the academic year immediately after the high school graduation date of the prospective student-athlete's class, to satisfy the core-curriculum or minimum grade-point average requirements or both. The prospective student-athlete may complete the core course at a location other than the high school from which the prospective student-athlete graduated and may initially enroll full time at a collegiate institution at any time after completion of the core course. *(Adopted: 4/26/07 effective 8/1/07, Revised: 9/24/09)*

**14.3.1.3.1.1.1 Receipt of Athletically Related Financial Aid While Enrolled in Core Courses.** A prospective student-athlete may not use a core course completed after high school graduation to satisfy initial-eligibility requirements if the prospective student-athlete is enrolled in the core course while concurrently receiving athletically related financial aid to attend an institution's summer term. A prospective student-athlete may use a core course completed after high school graduation, provided the prospective student-athlete either completes the core course prior to receiving athletically related financial aid to attend an institution's summer term or does not enroll in the core course until after completion of the institution's summer term for which the prospective student-athlete is receiving athletically related financial aid (see Bylaw 15.2.8.1.4). *(Adopted: 9/24/09)*

**14.3.1.3.1.2 Exception -- Students with Education-Impacting Disabilities.** If a prospective student-athlete with a diagnosed education-impacting disability graduates from high school within the core-curriculum time limitation, the prospective student-athlete may use up to three core courses completed after high school graduation to satisfy the core-curriculum or minimum grade-point average requirements or both. The prospective student-athlete may complete the core courses at a location other than the high school from which the prospective student-athlete graduated and may initially enroll full time at a collegiate institution at any time after completion of the core courses. A prospective student-athlete may not use a core course completed after graduation if the prospective student-athlete receives institutional financial aid while enrolled in a course during the summer after the high school graduation date of the prospective student-athlete's class (see Bylaw 15.2.8.1.4). *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/24/03 effective 8/1/03, 11/1/07 effective 8/1/08, 4/17/08, 8/7/08, 4/30/09 effective 8/1/10 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/10)*

**14.3.1.3.2 College Courses. [#]** College courses may be used to satisfy core-curriculum requirements if accepted by the high school, provided the courses are accepted for any other student, meet all other requirements for core courses and are placed on the student's high school transcript. *(Revised: 4/26/12)*

**14.3.1.3.3 English as a Second Language Course. [#]** It is permissible to use an advanced-level English as a Second Language (ESL) course to satisfy a core-curriculum requirement, provided the is qualitatively and quantitatively the same as the comparison course in the regular-course offering and the course appears on the high school's list of approved core courses. Further, an advanced-level ESL course must be exclusively for ESL students and all students in the course must be at the same level. *(Adopted: 11/17/98, Revised: 1/15/11 effective 1/14/12, 1/13/16)*

**14.3.1.3.4 Courses for Students With Education-Impacting Disabilities. [#]** High school courses for students with education-impacting disabilities may be used to fulfill the core-curriculum requirements, even if such courses appear to be taught at a level below the high school's regular academic instructional level (e.g., special education courses), if the high school principal submits a written statement to the Eligibility Center indicating that the courses are substantially comparable, quantitatively and qualitatively, to similar core course offerings in that academic discipline and the courses appear on the high school's list of approved core courses. Students with education-impacting disabilities still must complete the required core courses and achieve the minimum required grade-point average in the core curriculum. The fact that the title of a course includes a designation such as "remedial," "special education," "special needs," or other similar titles used for courses designed for students with education-impacting disabilities does

not, in of itself, disqualify a course from satisfying core-curriculum requirements. *(Revised: 1/14/97 effective 8/1/97, 2/11/98, 4/24/03 effective 8/1/03, 8/7/08, 1/15/11 effective 1/14/12)*

**14.3.1.3.5 Grade Value of Core Courses.** The following grade values are to be used in determining a student's grade-point average in the core courses: A = 4 quality points, B = 3 quality points, C = 2 quality points, D = 1 quality point. In determining the core-curriculum grade-point average, each grade earned in a course (including all numerical grades) must be converted to this 4.000 scale on an individual-course basis. Pluses or minuses within a grade level shall not receive greater or lesser quality points. A school's normal practice of weighting honors or advanced courses may be used to compute the quality points awarded in those courses and the cumulative grade-point average, provided a written statement verifying the grading policy accompanies the prospective student-athlete's official grade transcript. An honors or advanced course shall receive no greater than 1.000 additional quality point (e.g., A=5.000). In calculating the grade in a weighted honors or advanced course, if a high school does not assign quality points to its courses, quality points shall be added to each course before calculating the student's grade-point average and not added to a student's cumulative core-course grade-point average. The core-curriculum grade-point average may be calculated using the student's 16 best grades from courses that meet the distribution requirements of the core curriculum. *(Revised: 1/10/92 effective 8/1/95, 1/14/97, 4/15/98, 1/13/03 effective 8/1/05, 4/24/03 effective 8/1/08, 1/15/11 effective 1/14/12, 5/2/13 effective 8/1/16 for those student-athletes initially enrolling full time in a college institution on or after 8/1/16)*

**14.3.1.3.6 Pass-Fail Grades. [#]** Courses that are awarded pass-fail grades may be used to satisfy core-curriculum requirements. The Eligibility Center shall assign the course the lowest passing grade that the high school assigns for a pass-fail course. *(Revised: 1/14/97 effective 8/1/97, 4/15/97, 5/9/07, 1/15/11 effective 1/14/12)*

**14.3.1.3.7 Repeat Courses. [#]** A repeated course may be used only once to satisfy core-curriculum requirements. The best grade in that course may be used to calculate the grade-point average in the core curriculum. *(Revised: 1/15/11 effective 1/14/12)*

**14.3.1.3.8 Multiple High School Attendance. [#]** For a student-athlete who attends more than one high school, a Form 48-H (core-course form) and an official transcript from each high school the student-athlete attended must be used. However, the Eligibility Center may receive the official transcript from either the student-athlete's original high school or the high school from which the student-athlete graduated, or an institution's admissions office. *(Adopted: 1/10/92, Revised: 4/22/98 effective 8/1/98, 3/30/06, 5/9/07, 4/26/12)*

**14.3.1.4 Initial-Eligibility Waivers.** The Initial-Eligibility Waivers Committee (see Bylaw 21.7.5.1.3.1) shall have the authority to waive the initial-eligibility requirements based on objective evidence that demonstrates circumstances in which a student's overall academic record warrants a waiver of the normal application of this regulation. The committee shall oversee the process for reviewing such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary, aggregate form. *(Revised: 11/1/07 effective 8/1/08, 1/16/10 effective 5/11/10, 8/7/14)*

**14.3.1.5 Effect of Violations.** A violation of Bylaw 14.3.1 in which the student-athlete is subsequently certified as a qualifier shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

## 14.3.2 Eligibility for Financial Aid, Practice and Competition -- Nonqualifiers.

**14.3.2.1 Nonqualifier.** A nonqualifier is a student who has not graduated from high school or who, at the time specified in the regulation (see Bylaw 14.3), did not present the core-curriculum grade-point average required for a qualifier or an academic redshirt. *(Revised: 10/27/11, 4/26/12 effective 8/1/16, 1/12/23 effective 8/1/23 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/23)*

**14.3.2.1.1 Eligibility for Aid, Practice and Competition.** An entering freshman with no previous college attendance who was a nonqualifier at the time of enrollment in a Division I institution shall not be eligible for competition or practice during the first academic year of residence. However, such a student shall be eligible for nonathletics institutional financial aid that is not from an athletics source and is based on financial need only, consistent with institutional and conference regulations. *(Revised: 1/10/95 effective 8/1/96)*

**14.3.2.2 Practice-Session Attendance.** A student-athlete who is a nonqualifier and who, therefore, is not eligible for practice, may not attend any practice sessions in any capacity, nor may the student-athlete attend any meeting characterized as practice (see Bylaw 17.02.1). *(Revised: 1/10/95 effective 8/1/96, 1/9/96 effective 8/1/96)*

**14.3.2.3 Outside Competition -- Nonqualifiers.** A nonqualifier may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but during the first year of enrollment [including an institution's term-time official vacation periods (e.g., mid-term break,

Labor Day weekend) and between terms when classes are not in session (e.g., winter break)], such an individual is not permitted to practice or compete on an institutional club team or on an outside sports team, including a national team. *(Adopted: 1/10/13)*

**14.3.3 Seasons of Competition -- Nonqualifiers.** Nonqualifiers, recruited or nonrecruited, shall not engage in more than three seasons of competition in any one sport. A student who transfers to a Division I member institution from another collegiate institution shall not engage in more than four seasons of competition with not more than three of those seasons in Division I.

 **14.3.3.1 Application of Delayed Enrollment Legislation.** A student-athlete who is charged with a season (or seasons) of eligibility due to the application of delayed enrollment legislation (Bylaws 12.8.3.2 and 12.8.3.5) is considered to have used that season (or seasons) of competition for purposes of Bylaw 14.3.3. *(Revised: 7/15/15)*

 **14.3.3.2 Fourth Season of Competition -- Nonqualifiers.** A fourth season of intercollegiate competition shall be granted to a student-athlete who is a nonqualifier, provided that at the beginning of the fifth academic year following the student-athlete's initial, full-time collegiate enrollment, the student-athlete has completed at least 80 percent of the student-athlete's designated degree program. *(Revised: 4/28/05 effective 8/1/05, 1/3/06, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

  **14.3.3.2.1 Waiver.** The Progress-Toward-Degree Waivers Committee (see Bylaw 21.7.5.1.3.2) shall have the authority to grant a fourth season of intercollegiate competition to a student-athlete who is a nonqualifier based on objective evidence of extraordinary circumstances that warrant a waiver of the normal application of this regulation. *(Adopted: 1/13/98 effective 8/1/98, Revised: 4/27/00 effective 8/1/00, 8/4/05, 1/3/06, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.4 Residence Requirement -- Academic Redshirts and Nonqualifiers.** An academic redshirt must fulfill an academic year of residence in order to be eligible to compete and to practice away from the institution. A nonqualifier must fulfill an academic year of residence in order to be eligible for practice, competition and athletically related financial aid (see Bylaw 14.3.2.1.1). *(Revised: 1/10/90 effective 8/1/90, 1/10/95 effective 8/1/96, 1/3/06, 4/14/10, 10/27/11, 4/26/12 effective 8/1/16 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.3.5 Determination of Freshman Eligibility.**

 **14.3.5.1 Participation Prior to Certification.** If a student-athlete reports for athletics participation or initial enrollment at the certifying institution before his or her qualification status has been certified, the student may practice, but not compete, during a 45-day period, provided the student meets all other requirements to be eligible to practice. An institution may provide athletically related financial aid to the student during this period, provided the student meets all other requirements to receive athletically related financial aid. After the 45-day period, the student shall have established minimum requirements (as certified by the Eligibility Center) to continue practicing, to continue receiving athletically related financial aid or to compete. *(Revised: 1/11/89, 10/7/05, 5/9/07, 9/18/07, 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 6/30/22 effective 8/1/22)*

  **14.3.5.1.1 Effect of Violations.** A violation of Bylaw 14.3.5.1 in which the student-athlete is subsequently certified as a qualifier shall be considered an institutional violation per Bylaw 8.01.3 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

 **14.3.5.2 High School Graduate.** In order to be considered a high school graduate, a prospective student-athlete shall meet all graduation requirements, including academic and nonacademic (e.g., state exit exams, community service, senior project) requirements, as defined for all students by the high school or secondary school. *(Adopted: 4/23/08)*

  **14.3.5.2.1 Equivalency Test/Diploma.** A prospective student-athlete who does not graduate from high school but completes a state high school equivalency test [e.g., General Educational Development (GED)] and obtains a state high school equivalency diploma may satisfy the graduation requirement, provided the equivalency test is completed on or after the high school graduation date of the prospective student-athlete's class [as determined by the first year of enrollment in high school (ninth grade) or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility]. *(Revised: 6/16/04, 1/10/05 effective 8/1/05, 6/15/15)*

 **14.3.5.3 Advanced Placement.** If the student-athlete is admitted with a minimum of 24 semester hours or a minimum of 36 quarter hours of advanced placement from a College Entrance Examination Board (CEEB) examination (or from a similar proficiency examination) and/or concurrent high school/college credit without previous enrollment at a collegiate institution, the student-athlete shall be immediately eligible. Credits earned from extension or summer-session courses may not be counted in satisfaction of this requirement. A "similar proficiency examination" must be an advanced or higher level,

nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. *(Revised: 1/14/12 effective 8/1/12)*

**14.3.5.3.1 International Certification.** An institution shall use the Eligibility Center to determine whether a "similar proficiency examination" taken by an international student-athlete is an advanced or higher level, nationally administered proficiency exam with a uniform grading scale that is taken after high school graduation. In addition, the Eligibility Center shall certify the eligibility of an international student-athlete based on the number of advanced placement hours accepted by the certifying institution. *(Adopted: 1/14/12 effective 8/1/12)*

**14.3.5.4 International Academic Standards.** A student from a foreign country shall satisfy both the requirements outlined in the NCAA Guide to International Academic Standards for Athletics Eligibility and the test-score requirements set forth in Bylaw 14.3.1.1-(b).

# 14.4 Progress-Toward-Degree Requirements.

**14.4.1 Progress-Toward-Degree Requirements.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall maintain progress toward a baccalaureate or equivalent degree at that institution as determined by the regulations of that institution subject to controlling legislation of a conference or similar association of which the institution is a member and applicable NCAA legislation. (See Bylaw 20.2.4.14 regarding the obligations of members to publish their progress-toward-degree requirements for student-athletes.) *(Revised: 5/29/08, 4/15/09)*

**14.4.1.1 Bona Fide International Exchange Student.** The eligibility for competition of a bona fide international exchange student, as defined in Bylaw 14.5.1.3.1, shall be based on satisfactory completion of at least: *(Revised: 1/14/08 effective 8/1/08, 4/14/09)*

(a) Six semester or six quarter hours of academic credit during the preceding regular academic term in which the student has enrolled full time at the certifying institution;

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) A minimum grade-point average per academic term of enrollment as set forth in Bylaw 14.4.3.3.

**14.4.1.2 Temporary Student.** A student-athlete having the status of temporary, transient or exchange student shall not represent an institution in intercollegiate athletics competition unless such status is specifically allowed and governed by provisions adopted by the membership.

**14.4.2 Eligibility for Financial Aid and Practice.** Eligibility for institutional financial aid and practice during each academic year after a student-athlete's initial year of residence or after the student-athlete has used one season of eligibility in a sport shall be based upon the rules of the institution and the conference(s), if any, of which the institution is a member.

**14.4.3 Eligibility for Competition.**

**14.4.3.1 Fulfillment of Credit-Hour Requirements.** Eligibility for competition shall be determined based on satisfactory completion of at least: *(Revised: 1/10/92, 10/31/02 effective 8/1/03, 3/10/04, 4/28/05)*

(a) Twenty-four semester or 36 quarter hours of academic credit prior to the start of the student-athlete's second year of collegiate enrollment (third semester, fourth quarter);

(b) Eighteen semester or 27 quarter hours of academic credit since the beginning of the previous fall term or since the beginning of the certifying institution's preceding regular two semesters or three quarters (hours earned during the summer may not be used to fulfill this requirement) (see Bylaw 14.4.3.1.4); and

(c) Six semester or six quarter hours of academic credit during the preceding regular academic term (e.g., fall semester, winter quarter) in which the student-athlete has been enrolled full time at any collegiate institution (see Bylaw 14.4.3.4.3 for postseason certification).

**14.4.3.1.1 Regular Academic Year.** For purposes of Bylaw 14.4.3.1, the regular academic year shall be defined as the time beginning with the opening of the institution's fall term and concluding with the institution's spring commencement exercises. *(Adopted: 4/2/03 effective 8/1/03, Revised: 6/1/06)*

**14.4.3.1.2 Transfer.** To be eligible for competition, a transfer student-athlete must meet the following credit-hour requirements based on attendance at the previous institution(s) for the specified time and may use any hours of academic credit earned at any collegiate institution: *(Adopted: 10/31/02 effective 8/1/03, Revised: 5/12/05)*

(a) Equivalent of one semester/one quarter: six semester or six quarter hours of academic credit;

(b) Equivalent of one academic year (e.g., two semesters/three quarters): 24 semester or 36 quarter hours of academic credit;

(c) Equivalent of three semesters/four quarters: 30 semester or 42 quarter hours of academic credit; or

(d) Equivalent of four semesters/six quarters and thereafter: six semester or six quarter hours of academic credit during the previous term of full-time enrollment, if applicable (see Bylaw 14.4.3.1.2.1).

**14.4.3.1.2.1 Six-Hour Requirement for Transfer.** A transfer student-athlete from a domestic two-year or four-year collegiate institution must complete six hours of academic credit during the previous term of full-time enrollment regardless of when the student-athlete enrolls in the certifying institution. A transfer student-athlete from a foreign collegiate institution is not required to complete six hours of academic credit in the previous term of full-time enrollment. *(Adopted: 5/12/05)*

**14.4.3.1.3 Regaining Eligibility.** For purposes of Bylaw 14.4.3.1-(a), a student-athlete who does not meet the 24 semester or 36 quarter credit-hour requirement prior to the start of the student-athlete's second year of collegiate enrollment (third semester, fourth quarter), may become eligible at the beginning of the next academic term by successfully completing 24 semester or 36 quarter hours during the previous two semesters or three quarters. *(Adopted: 4/14/03 effective 8/1/03, Revised: 4/28/05)*

**14.4.3.1.3.1 Exception -- Baseball.** In baseball, a student-athlete who is subject to the 24 semester or 36 quarter credit-hour requirement at the beginning of an institution's fall term and fails to meet the requirement based on the student-athlete's academic record in existence at that time shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.4 Application of Rule.** For purposes of Bylaw 14.4.3.1-(b), once a student-athlete initially enrolls as a full-time student [including a midyear enrollee (freshman or transfer)], the student-athlete must meet the 18 semester/27 quarter hour requirement prior to the start of the institution's third semester or fourth quarter following the student-athlete's initial full-time enrollment. Further, the 18 semester/27 quarter hour requirement applies to each academic year in which a student-athlete is enrolled as a full-time student during any term of that academic year. (See Bylaw 14.02.12.) Credits earned during a term in which a student-athlete is enrolled in less than a full-time program of studies may be used to satisfy the 18 semester/27 quarter hour requirement only if such credits are combined with credits earned during a term that immediately precedes or immediately follows a term in which the student-athlete is enrolled as a full-time student. Credits earned during a part-time term may be completed at an institution other than the certifying institution. *(Adopted: 4/14/03 effective 8/1/03, Revised: 9/18/07, 4/8/09, 10/17/19)*

**14.4.3.1.4.1 Application to a Midyear Enrollee.** After a midyear enrollee's initial certification, (prior to the start of the institution's third semester or fourth quarter following the student-athlete's initial full-time enrollment), the student-athlete's completion of the 18 semester/27 quarter hour requirement shall be certified prior to the start of each academic year based on the student-athlete's record since the beginning of the previous fall term. *(Adopted: 4/8/09)*

**14.4.3.1.4.2 Additional Application -- Baseball.** In baseball, a student-athlete who is subject to the 18 semester/27 quarter hour requirement at the beginning of an institution's fall term and fails to meet the requirement based on the student-athlete's academic record in existence at that time shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.5 Additional Application of Six-Hour and Transfer Rules -- Baseball.** In baseball, a student-athlete who fails to meet the requirements of Bylaws 14.4.3.1-(c) or 14.4.3.1.2, or both, to be eligible for an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.1.6 Additional Requirements -- Football. [FBS/FCS]** In football, a student-athlete who is a member of the institution's football team and who does not successfully complete at least nine semester hours or eight quarter hours of academic credit during the fall term or does not earn the Academic Progress Rate eligibility point for the fall term (or does not successfully complete either requirement) shall not be eligible to compete in the first four contests against outside competition in the following playing season. *(Adopted: 4/28/11 effective 8/1/11, Revised: 5/28/13)*

**14.4.3.1.6.1 Regaining Eligibility for Two Contests. [FBS/FCS]** A student-athlete who is ineligible, pursuant to Bylaw 14.4.3.1.6, to compete in the first four contests of a playing season against outside competition may regain eligibility to compete in the third and fourth contests of that season, provided the student-athlete successfully completes at least 27 semester hours or 40 quarter hours of academic credit before the beginning of the next fall term. A student-athlete in the initial year of full-time collegiate enrollment may use credit hours earned at the certifying institution during the summer prior to initial full-time enrollment and credit hours earned

during the summer following the regular academic year to satisfy the 27 semester/40 quarter credit-hour requirement. *(Adopted: 4/28/11 effective 8/1/11, Revised: 2/6/12)*

**14.4.3.1.6.2 Regaining Full Eligibility -- One-Time Exception. [FBS/FCS]** One time during a student-athlete's five-year period of eligibility, a student-athlete who is ineligible, pursuant to Bylaw 14.4.3.1.6, to compete in the first four contests of a playing season against outside competition may regain eligibility to compete in the first four contests of that season, provided the student-athlete successfully completes at least 27 semester hours or 40 quarter hours of academic credit before the beginning of the next fall term. A student-athlete in the initial year of full-time collegiate enrollment may use credit hours earned at the certifying institution during the summer prior to initial full-time enrollment and credit hours earned during the summer following the regular academic year to satisfy the 27 semester/40 quarter credit-hour requirement. *(Adopted: 4/28/11 effective 8/1/11, Revised: 2/6/12, 5/28/13)*

**14.4.3.1.7 Hours Earned or Accepted for Degree Credit.** The calculation of credit hours for the application of Bylaws 14.4.3.1-(a), 14.4.3.1-(c) and 14.4.3.1.6 shall be based on hours earned or accepted for degree credit at the certifying institution in a student-athlete's specific baccalaureate degree program, as follows: *(Adopted: 1/14/97, Revised: 1/9/06 effective 8/1/06, 3/12/12, 3/27/18, 1/29/19 effective 8/1/19 for certification of eligibility for competition that occurs on or after 8/1/19.)*

(a) During the first two years of enrollment, a student-athlete may use credits acceptable toward any of the institution's degree programs;

(b) By the beginning of the third year of enrollment (fifth semester or seventh quarter), a student-athlete shall be required to have designated a program of studies leading toward a specific baccalaureate degree. From that point, the credits used to meet the progress-toward-degree requirements must be degree credit toward the student's designated degree program;

(c) A student-athlete who changes designated degree programs between terms may comply with the progress-toward-degree requirements if:

    (1) The change in programs is documented appropriately by the institution's academic authorities;

    (2) The credits earned prior to the change are acceptable toward the degree previously sought; and

    (3) The credits earned from the time of the change are acceptable toward the new desired degree.

(d) A student-athlete who, in accordance with institutional policy, changes designated degree programs during a regular academic term may use credits earned during the term to fulfill credit-hour requirements toward the degree previously sought or the newly designated degree; and

(e) Once a student-athlete has begun the third year of enrollment (fifth semester or seventh quarter), a course may not be used to fulfill the credit-hour requirements for meeting progress toward degree if the student ultimately must repeat the course to fulfill the requirements of the student's major, even if the course fulfills an elective component of the student-athlete's degree program.

**14.4.3.1.7.1 Exception -- Final Academic Year of Degree Program.** A student-athlete who is in the final academic year (final two semesters or three quarters) of the student-athlete's designated degree program may use credit hours acceptable toward any of the institution's degree programs to satisfy the six-hour requirement (see Bylaw 14.4.3.1) and the nine semester or eight quarter-hour requirement (see Bylaw 14.4.3.1.6), provided the institution certifies that the student is enrolled in courses necessary to complete degree requirements at the end of the two semesters or three quarters or the following summer. Thereafter, the student shall forfeit eligibility in all sports, unless the student completes all degree requirements and is eligible to receive the baccalaureate diploma on the institution's next degree-granting date. *(Adopted: 8/5/04, Revised: 3/27/18)*

**14.4.3.1.7.2 Hours Earned or Accepted Toward a Minor.** Credit hours earned or accepted toward a minor, including a voluntary or optional minor (a minor that is not a required element of the original baccalaureate degree program for all students) may be used to satisfy the credit-hour requirements after the first two years of enrollment, provided the minor is officially designated (pursuant to institutional policy) by the student-athlete before the conclusion of the institution's first five days of classes of the applicable term. *(Adopted: 9/24/09, Revised: 4/26/17 effective 8/1/17, 4/18/18)*

**14.4.3.1.7.3 Hours Earned or Accepted Toward an Undergraduate Certificate Program.** Credit hours earned or accepted toward an undergraduate certificate program may be used to satisfy credit-hour requirements after the first two years of enrollment, provided the following conditions are met: *(Adopted: 4/26/17 effective 8/1/17, Revised: 4/18/18)*

(a) Completion of the certificate requires a minimum of nine credit hours;

(b) Enrollment in the program is only available to regular, degree-seeking, undergraduate students; and

(c) The student-athlete officially designates the program (pursuant to institutional policy) before the conclusion of the institution's first five days of classes of the applicable term.

**14.4.3.2 Fulfillment of Percentage of Degree Requirements.** A student-athlete who is entering the third year of collegiate enrollment shall have completed successfully at least 40 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fourth year of collegiate enrollment shall have completed successfully at least 60 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fifth year of collegiate enrollment shall have completed successfully at least 80 percent of the course requirements in the student's specific degree program. The course requirements must be in the student's specific degree program (as opposed to the student's major). *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/9/96, 10/31/02 effective 8/1/03)*

**14.4.3.2.1 Five-Year Degree Program.** If the student-athlete's degree is identified in the institution's official catalog as a five-year program or otherwise requires the completion of a minimum of 150 semester or 225 quarter hours, the student-athlete who is entering the third year of collegiate enrollment shall have completed successfully 33 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fourth year of collegiate enrollment shall have completed successfully 50 percent of the course requirements in the student's specific degree program. A student-athlete who is entering the fifth year of collegiate enrollment shall have completed successfully 67 percent of the course requirements in the student's specific degree program. *(Adopted: 1/14/97, Revised: 10/31/02 effective 8/1/03)*

**14.4.3.2.2 Application of Rule to Transfer Student.** The provisions of Bylaw 14.4.3.2 shall be applicable to the eligibility of a transfer student from a two-year or four-year collegiate institution, even if the student has not yet completed an academic year of residence or used a season of eligibility in a sport at the certifying institution. *(Adopted: 1/10/92 effective 8/1/92)*

**14.4.3.2.2.1 Exception -- National Service Academies.** The provisions of Bylaw 14.4.3.2 shall only apply to the eligibility of a student-athlete for those years in which the student-athlete is enrolled at a national service academy. *(Adopted: 4/24/03)*

**14.4.3.2.3 Timing of Certification.** A student-athlete's eligibility under this provision shall be determined on the basis of the student's academic record in existence at the beginning of that student's third or later academic year (fifth semester or seventh quarter) of full-time enrollment (see Bylaw 14.02.12). If the student-athlete is ineligible under the provisions of the progress-toward-degree legislation at the beginning of that term, eligibility may be reinstated at the beginning of any other regular term of that student's specific academic year, based on the student's later fulfillment of the necessary degree requirements. *(Adopted: 1/11/94, Revised: 1/10/95, 10/17/19)*

**14.4.3.2.3.1 Exception -- Baseball.** In baseball, a student-athlete who is ineligible under this provision at the beginning of an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.2.4 Hours Earned or Accepted Toward a Minor.** Credit hours earned or accepted toward a voluntary or optional minor (a minor that is not a required element of the original baccalaureate degree program for all students) may not be used to satisfy percentage-of-degree requirements even if the student-athlete must complete the requirements of the voluntary or optional minor to graduate. A student-athlete may use credits earned in a minor only if the minor is a required element for all students to obtain the original baccalaureate degree. *(Adopted: 9/24/09)*

**14.4.3.3 Fulfillment of Minimum Grade-Point Average Requirements.** A student-athlete who is entering the second year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum 4.000) that equals at least 90 percent of the institution's overall cumulative grade-point average required for graduation. A student-athlete who is entering the third year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum of 4.000) that equals 95 percent of the institution's overall cumulative minimum grade-point average required for graduation. A student-athlete who is entering the fourth or later year of collegiate enrollment shall present a cumulative minimum grade-point average (based on a maximum of 4.000) that equals 100 percent of the institution's overall cumulative grade-point average required for graduation. If the institution does not have an overall grade-point average required for graduation, it is permissible to use the lowest grade-point average required for any of the institution's degree programs in determining the cumulative minimum grade-point average. The minimum grade-point average must be computed pursuant to institutional policies applicable to all students. *(Adopted: 1/10/92 effective 8/1/92, Revised: 10/31/02 effective 8/1/03, 4/15/09)*

**14.4.3.3.1 Application of Rule to Transfer Student.** The provisions of Bylaw 14.4.3.3 shall be applicable to the eligibility of a transfer student from a two-year or four-year collegiate institution who has completed an academic term of residence at the certifying institution. A student-athlete who attends the certifying institution as a full-time student, transfers to another institution and later returns to the original institution is immediately subject to the provisions of Bylaw 14.4.3.3 on re-enrollment. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/9/06 effective 8/1/06, 4/15/09, 9/24/09)*

**14.4.3.3.2 Timing of Certification -- Sports Other Than Men's Wrestling.** In sports other than men's wrestling, a student-athlete's eligibility under this provision shall be certified by the first date of competition or contest of each regular term of an academic year beginning with that student's second or later academic year (third semester or fourth quarter) of full-time enrollment (see Bylaw 14.02.12). The certification shall be based on the student-athlete's academic record in existence at the beginning of the applicable term. *(Adopted: 1/11/94, Revised: 1/10/95, 4/24/03 effective 8/1/03, 5/9/08, 4/15/09, 10/17/19, 6/30/22 effective 8/1/22)*

> **14.4.3.3.2.1 Exception -- Baseball.** In baseball, a student-athlete who is ineligible under this provision at the beginning of an institution's fall term shall not be eligible during the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/08)*

**14.4.3.3.3 Additional Requirement -- Men's Wrestling.** In men's wrestling, a student-athlete who has completed an academic term in residence at the certifying institution shall present either a cumulative minimum grade-point average or a term minimum grade-point average of at least 2.000. A student-athlete's eligibility under this provision shall be certified by the first date of competition or contest of each regular term of an academic year beginning with that student-athlete's second term of full-time enrollment. The certification shall be based on the student-athlete's record in existence at the beginning of the applicable term. *(Adopted: 6/30/22 effective 8/1/22, Revised: 8/16/22)*

**14.4.3.4 Change in Eligibility Status.** If a student-athlete's academic eligibility changes at the end of a quarter or semester, the student-athlete shall become eligible or ineligible to compete on the date eligibility officially is certified by the appropriate institutional authority. In a case in which the student becomes eligible at the end of the term, the earliest date on which the student can become eligible to compete is the day after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. In a case in which the student becomes ineligible, the ineligibility shall become effective not later than the first day of classes of the following semester or quarter. In any case, if the student-athlete is academically eligible to compete at the time of the student-athlete's or the institution's first participation in an NCAA championship, the student-athlete shall remain eligible for the remainder of the championship. *(Revised: 7/31/14)*

> **14.4.3.4.1 Certification of Eligibility at the End of the Academic Year.** A student-athlete who was ineligible to compete during an entire academic year (did not meet progress-toward-degree requirements or was serving a transfer year of residence) may not be certified as eligible to compete in the season already in progress (e.g., outdoor track and field, baseball) at the end of the academic year. A student-athlete who was eligible for competition at the beginning of the academic year but became ineligible at midyear (e.g., due to failure to meet the six-hour requirement) may be certified as eligible at the end of the academic year for competition in a season already in progress (e.g., outdoor track and field, baseball), provided the student-athlete meets all applicable progress-toward-degree requirements to be eligible for competition during the subsequent fall term. *(Adopted: 10/4/16)*

> **14.4.3.4.2 Exception.**

> > **14.4.3.4.2.1 Institutions With Official Posting Date for Grades.** An institution whose official posting date for grades falls within three days of the first day of classes for the following academic term shall have three business days from the official date on which grades must be posted to certify that student-athletes have satisfactorily completed at least six semester or six quarter hours of academic credit during the preceding regular academic term (see Bylaw 14.4.3.1) and to certify that student-athletes have satisfied the grade-point average requirements per Bylaw 14.4.3.3. For those institutions that post grades on a rolling basis, the three-business-day period shall begin within the first week of classes. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

> > **14.4.3.4.2.2 Institutions With No Official Posting Date for Grades.** An institution whose official submission date for grades falls on or after the first day of classes for the following academic term shall have five business days from the date on which grades are submitted to certify that student-athletes have satisfactorily completed at least six semester or six quarter hours of academic credit during the preceding regular academic term (see Bylaw 14.4.3.1) and to certify that student-athletes have maintained grade-point average requirements per Bylaw 14.4.3.3. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

**14.4.3.4.2.3 Certification of Eligibility.** During the three-business-day or five-business day period, a student-athlete who is otherwise eligible under NCAA, conference and institutional requirements, shall be permitted to compete. If during the exception period, a student-athlete is certified ineligible, the student-athlete shall be declared immediately ineligible for competition. If the three-business-day or five-business-day period concludes prior to the certification of eligibility for any student-athlete, the student-athlete shall be ineligible until such time the student-athlete is declared eligible for competition. *(Adopted: 4/28/05 effective 8/1/05, Revised: 7/31/14)*

**14.4.3.4.3 Eligibility for Postseason Competition -- Between Terms.** To be eligible to compete in a postseason event (e.g., conference tournament, bowl game, National Invitation Tournament, NCAA championship) that occurs between regular terms (including summer) a student-athlete shall have satisfactorily completed six semester or six quarter hours of academic credit during the preceding regular academic term of full-time enrollment (see Bylaws 14.02.12, 14.4.3.1 and 14.4.3.1.7). *(Adopted: 4/28/05 effective 8/1/05, Revised: 12/12/06, 1/8/07 effective 8/1/07, 4/26/07 effective 8/1/07, 7/31/14, 10/17/19)*

**14.4.3.4.3.1 Less Than Full-Time Enrollment.** A student-athlete who was enrolled in less than a minimum full-time program of studies pursuant to an exception or waiver during the term immediately prior to the postseason event is subject to the following requirements: *(Adopted: 1/8/07 effective 8/1/07)*

(a) If the student-athlete was enrolled in at least six credit hours, the student-athlete shall have satisfactorily completed six semester or six quarter hours of academic credit; or

(b) If the student-athlete was enrolled in fewer than six credit hours, the student-athlete shall have satisfactorily completed the number of semester or quarter hours of academic credit in which the student-athlete was enrolled.

**14.4.3.4.3.2 Timing of Certification.** A student-athlete's eligibility under this provision shall be determined within 14 business days (see Bylaw 14.02.3) (regardless of the date on which grades are posted or submitted) after the date of the last scheduled examination listed in the institution's official calendar for the term that is ending. If the postseason event occurs prior to the conclusion of the 14 business days, eligibility shall be determined by using grades from the immediately preceding regular academic term (e.g., fall term if certifying for a bowl game), provided a sufficient number of grades from the term have been posted. All grades posted in accordance with institutional procedures by 5 p.m. local time (where the institution is located) on the day prior to the postseason event must be considered. If the postseason event occurs prior to the conclusion of the 14 business days and an insufficient number of grades from the immediately preceding term have been posted, eligibility shall be determined by using grades from the most recent regular academic term for which a sufficient number of grades have been posted. *(Adopted: 1/8/07 effective 8/1/07, Revised: 7/31/14)*

**14.4.3.4.3.2.1 Certification for Multiday Events.** A student-athlete who is certified eligible for the first day of a multiday event (e.g., conference track and field championship) remains eligible for the entire event regardless of whether additional grades are posted after the certification deadline, provided the event concludes prior to the start of the next regular academic term. If an insufficient number of grades are posted for a student-athlete to be certified eligible based on the immediately preceding term and the student-athlete will participate in another postseason event (e.g., NCAA championship) that occurs during the same period between regular terms, the institution must recertify the student-athlete with grades available by 5 p.m. local time (where the institution is located) on the day prior to the start of the additional postseason event. *(Adopted: 10/21/13, Revised: 7/31/14)*

**14.4.3.4.4 Eligibility for Postseason Competition -- Postseason Football Bowl Game During an Institution's Second Academic Term. [FBS]** If an institution is selected to participate in a postseason bowl game that will occur during the institution's second regular term (e.g., winter quarter, spring semester) of the academic year, a student-athlete's eligibility to compete in the bowl game shall be certified consistent with the standards applicable to postseason competition that occurs between terms (see Bylaws 14.4.3.4 and 14.4.3.4.3). However, a student-athlete must meet full-time enrollment requirements applicable to term-time competition (see Bylaw 14.2.2). *(Adopted: 4/26/07, Revised: 7/31/14)*

**14.4.3.5 Regulations for Administration of Progress Toward Degree.**

**14.4.3.5.1 Nontraditional Terms.** An institution that determines registration other than on a traditional semester- or quarter-hour basis shall submit a statement describing the continuing-eligibility requirements applicable to its student-athletes for approval by the Committee on Academics. *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**14.4.3.5.2 Advanced-Placement Tests/Credit by Examination.** Credit received through advanced-placement tests or by examination before initial full-time enrollment may be used to meet the 24 semester or 36 quarter-hour

requirement specified in Bylaw 14.4.3.1-(a) and percentage-of-degree requirements specified in Bylaw 14.4.3.2, provided the subject for which the examination is an alternative is offered by the institution as acceptable degree credit. Credit received after initial full-time enrollment through advanced-placement tests or by examination may be used to meet all progress-toward-degree requirements, provided the subject for which the examination is an alternative is offered by the institution as acceptable degree credit. *(Revised: 10/4/17)*

**14.4.3.5.3 Nontraditional Courses From Another Institution.** Nontraditional courses (e.g., distance-learning, correspondence, extension, Internet/virtual courses, independent study or any other course or credit that is not earned in a face-to-face classroom environment with regular interaction between the instructor and the student) completed at an institution other than the certifying institution, may be used to meet credit-hour and percentage-of-degree requirements, provided the following conditions are met: *(Revised: 4/28/11 effective 8/1/11)*

(a) The course is available to any student at the certifying institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student; and

(c) Enrollment in the course occurs within the offering institution's regular enrollment periods (pre-registration or drop-add period) in accordance with the institution's academic calendar and applicable policies and procedures.

    **14.4.3.5.3.1 Summer Courses.** A student-athlete may enroll in a nontraditional course during the certifying institution's summer vacation period at a time other than during the offering institution's regular enrollment periods for traditional courses and may use credits from such courses to meet the 24 semester or 36 quarter credit-hours requirement and percentage-of-degree requirements, provided the course is completed before the first day of the certifying institution's regular fall term. *(Adopted: 10/21/13)*

**14.4.3.5.4 Remedial, Tutorial or Noncredit Courses.** Remedial, tutorial or noncredit courses may be used by the student to satisfy the minimum academic progress requirement of Bylaw 14.4.3.1 only if they meet all of the following conditions: *(Revised: 10/31/02 effective 8/1/03, 3/27/18)*

(a) The courses must be considered by the institution to be prerequisites for specific courses acceptable for any degree program;

(b) The courses must be given the same weight as others in the institution in determining the student's status for full-time enrollment;

(c) Noncredit courses may not exceed the maximum institutional limit for such courses in any baccalaureate degree program (or the student's specific baccalaureate degree program once a program has been designated); and

(d) Credit in such courses shall not exceed six semester or nine quarter hours, and the courses must be taken before the start of the student's second year of collegiate enrollment (third semester, fourth quarter).

**14.4.3.5.5 Incomplete Grades.** A student who receives an incomplete grade in a course may use the course in question to fulfill the minimum progress-toward-degree requirements, subject to the following conditions:

(a) The incomplete grade must have been removed in accordance with the institution's regulations applicable to all students;

(b) Such a course may be counted only once after a grade has been achieved that is acceptable to the institution for determining progress toward degree; and

(c) The course with the acceptable grade shall be counted either during the term in which the student initially enrolled in the course or during the term in which the incomplete grade was removed and acceptable credit was awarded.

    **14.4.3.5.5.1 Summer Courses -- Credit-Hour Requirements.** If a student enrolls in a summer course but completes the course during the regular academic year, for purposes of Bylaws 14.4.3.1 and 14.4.3.1.6, credit for the course must be counted in the summer term of initial enrollment in the course. *(Adopted: 3/27/18)*

**14.4.3.5.6 Repeated Courses.** Credit for courses that are repeated may be used by a student to satisfy the minimum academic progress requirements only under the following conditions: *(Revised: 3/27/18)*

(a) A course repeated due to an unsatisfactory initial grade (as determined by the institution's regulations applicable to all students) may be used only once, and only after it has been satisfactorily completed;

(b) Credit for a course for which credit is given only once may not be used in the term in which the course is repeated if the same grade is received as was received for the course in a previous term;

(c) Credit for a course for which credit may be earned more than once (e.g., a physical education activities course) shall be limited by institutional regulations; and

(d) Credits earned in courses for which credit may be earned more than once may not exceed the maximum institutional limit for credits of that type for any baccalaureate degree program (or for the student's specific baccalaureate degree program once a program has been designated).

### 14.4.3.5.7 Credit From Other Institutions.

**14.4.3.5.7.1 Before Initial Full-Time Enrollment.** Credit hours earned before initial full-time enrollment may be used to fulfill the 24 semester or 36 quarter-hours requirement specified in Bylaw 14.4.3.1-(a) and the percentage-of-degree requirements specified in Bylaw 14.4.3.2. *(Revised: 1/16/93, 10/31/02 effective 8/1/03, 4/5/06, 7/27/16)*

**14.4.3.5.7.2 Concurrent Enrollment.** Credit hours earned from a traditional course during a regular term at another institution while enrolled as a full-time student at the certifying institution may be used to satisfy progress-toward-degree requirements specified in Bylaws 14.4.3.1 and 14.4.3.2 (see Bylaw 14.4.3.5.3). Such credits may be used to meet the requirements of Bylaws 14.4.3.1-(b) and 14.4.3.1-(c), provided: *(Revised: 7/27/16)*

(a) The course is available to any student at the certifying institution;

(b) The student-athlete enrolls in the course in the same manner as is available to any student; and

(c) Enrollment in the course occurs within the offering institution's regular enrollment periods (preregistration or drop/add period) in accordance with the institution's academic calendar and applicable policies and procedures.

### 14.4.3.5.8 Cooperative Educational Work Experience and Study-Abroad Programs. A student-athlete shall not be required to complete six semester or six quarter hours of academic credit during a regular academic term or terms of full-time enrollment in a cooperative educational work experience program (e.g., co-op, internship, practicum, student-teaching) or an institutionally approved study-abroad program. *(Adopted: 4/29/04, Revised: 10/8/10)*

### 14.4.3.6 Exceptions to Progress-Toward-Degree Rule. The following provisions are exceptions to the progress-toward-degree rule: *(Revised: 1/10/90, 1/10/92, 1/9/96, 10/31/02 effective 8/1/03, 4/24/03 effective after the 2003 fall term, 4/29/04, 8/25/04, 4/28/05 effective 8/1/05, 1/9/06 effective 8/1/06, 5/28/09, 4/26/17 effective 8/1/17, 3/27/18, 1/5/21, 4/18/24)*

(a) **Missed Term.** One time during a student-athlete's entire period of collegiate enrollment, the provisions of Bylaw 14.4.3.1-(b) may be prorated at nine hours per term of actual attendance if the student-athlete misses a complete term or consecutive terms during an academic year, subject to the following conditions:

(1) The student-athlete did not attend class during a regular academic term while enrolled in a full-time program of studies;

(2) The student-athlete engaged in no outside competition in the sport during the academic term or terms in which the student was not in attendance; and

(3) At the time of certification, the student has fulfilled the progress-toward-degree requirements (per Bylaw 14.4.3.1) for the terms in which the student was in attendance.

A transfer student from a two-year college is not eligible to use this one-time exception during the first academic year of residence at the certifying institution in order to maintain eligibility during the second year of residence. Hours earned while enrolled as a part-time student during the "missed term" may be used to satisfy the 24/36 hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3).

(b) **Nonrecruited, Nonparticipant.** A student-athlete may qualify for an exception to the application of the progress-toward-degree regulation for the initial season of eligibility if the student was not recruited by the certifying institution; has never received athletically related financial assistance; has never practiced or participated in intercollegiate athletics, except that a student may have participated in limited preseason tryouts; and is otherwise eligible under all institutional, conference and NCAA rules. The student-athlete's eligibility in following seasons would be governed by the provisions of the progress-toward-degree rule, which would be applied from the beginning of the first term the student began participation. This exception shall not apply to the percentage-of-degree (see Bylaw 14.4.3.2) and minimum grade-point average (see Bylaw 14.4.3.3) requirements.

(c) **Postgraduate Student Exception.** A postgraduate student-athlete who is otherwise eligible for regular-season competition shall be exempt from the provisions of this regulation, except the six-hour requirement as specified in Bylaw 14.6.3. (See Bylaw 14.6.)

(d) **Cooperative Educational Work Experience and Study Abroad Programs.** The provisions of Bylaw 14.4.3.1-(b) may be prorated at nine hours for each term the student-athlete is enrolled in a cooperative educational work experience (e.g., co-op, internship, practicum, student teaching) or an institutionally approved study-abroad program,

subject to the following conditions:

(1) The institution considers the student-athlete to be a full-time student while participating in the cooperative educational work experience or study-abroad program;

(2) The student-athlete satisfactorily completes the cooperative educational work experience or study-abroad program; and

(3) At the time of certification, the student-athlete has fulfilled the progress-toward-degree requirements (per Bylaw 14.4.3) for the terms in which the student-athlete has been in regular full-time attendance.

**14.4.3.7 Waivers of Progress-Toward-Degree Rule.** The Division I Progress-Toward-Degree Waivers Committee shall establish appropriate criteria for waivers of this legislation. The following waivers shall be administered by the conference members of the Association or, in the case of an independent institution, by the Division I Progress-Toward-Degree Waivers Committee. *(Revised: 1/9/96, 10/28/97, 4/27/00, 10/31/02 effective 8/1/03, 3/10/04, 4/28/05, 1/17/09 effective 8/1/09, 1/14/12, 5/22/13, 3/27/18, 1/22/20, 1/22/20)*

(a) **Medical Absence.** The credit hours required under the progress-toward-degree regulation of Bylaws 14.4.3.1-(b), 14.4.3.1-(c), 14.4.3.1.6 and 14.4.3.6-(c) may be prorated at nine hours per term of actual attendance during an academic year in which a student misses a term or is unable to complete a term as a full-time student as a result of an injury or illness. Such an exception may be granted only when circumstances clearly supported by appropriate medical documentation establish that a student-athlete is unable to attend a collegiate institution as a full-time student as a result of an incapacitating physical injury or illness involving the student-athlete or a member of the student-athlete's immediate family. Credits earned by the student during the term to which the waiver applies may be used to satisfy the 24/36 hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3). However, a term to which a medical absence waiver applies does not count as a term of full-time enrollment for purposes of the 24/36 credit-hour requirement, percentage-of-degree requirements or grade-point average requirements.

(b) **International Competition.** The credit hours required under the progress-toward-degree regulation of Bylaws 14.4.3.1 and 14.4.3.6-(c) may be prorated at nine hours per term of actual attendance during an academic year in which a student is not enrolled for a term or terms or is unable to complete a term as a full-time student as a result of participation in the Pan American Games, Parapan American Games, Olympic Games, Paralympic Games, World Championships, World Cup, FIFA U-20 World Cup, World University Games (Universiade) or World University Championships (including final tryouts and the officially recognized training program that directly qualifies participants for those tryouts). This waiver provision may be applied to not more than two semesters or three quarters. Credits earned by the student during the term or terms to which the waiver applies may be used to satisfy the 24-/36-hour [see Bylaw 14.4.3.1-(a)], percentage-of-degree (see Bylaw 14.4.3.2) and grade-point average requirements (see Bylaw 14.4.3.3). However, a term to which an international competition waiver applies does not count as a term of full-time enrollment for purposes of the 24/36 credit-hour requirement, percentage-of-degree requirements or grade-point average requirements.

**14.4.3.8 Waiver -- Olympic or Paralympic Games.** The Division I Progress-Toward-Degree Waivers Committee may waive this general progress-toward-degree requirement for any participant in the Olympic or Paralympic Games, who because of such participation, may lose eligibility for practice and competition in any sport. *(Adopted: 10/31/02 effective 8/1/03, Revised: 1/22/20)*

**14.4.3.9 Waiver -- Student-Athletes With Education-Impacting Disabilities.** The Division I Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) may waive the general progress-toward-degree requirements for a student-athlete when objective evidence demonstrates that the institution has defined full-time enrollment for that student-athlete to be less than 12 hours to accommodate for the student's education-impacting disability. *(Adopted: 10/31/02 effective 8/1/03, Revised: 8/7/08)*

**14.4.3.10 Additional Progress-Toward-Degree Waivers.** The Division I Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) shall have the authority to waive all other progress-toward-degree requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary, aggregate form. *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/28/97, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10, 8/7/14)*

# 14.5 Transfer Regulations.

**14.5.1 General Principle.** A student who transfers (see Bylaw 14.5.2) to a member institution from any collegiate institution is required to satisfy the applicable transfer requirements or qualify for an exception as set forth in this bylaw before being eligible to compete. *(Revised: 1/10/91 effective 8/1/91, 4/27/00 effective 8/1/01, 5/19/08, 6/24/09, 4/14/10, 8/3/22, 4/18/24)*

**14.5.1.1 Disciplinary Suspension.** A student who transfers to any NCAA institution from a collegiate institution while the student is disqualified or suspended from the previous institution (as opposed to one of the institution's teams) for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution. *(Revised: 1/14/97 effective 8/1/97, 10/4/17)*

**14.5.1.2 Outside Competition -- Not a Qualifier.** A two-year college transfer student who is not a qualifier and does not meet the applicable transfer requirements may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team during the first academic year of residence. A four-year college transfer student who is not a qualifier and who does not meet the applicable four-year college transfer requirements may participate in the institution's intramural program (provided the intramural team is not coached by a member of the institution's athletics department staff), but such an individual is not permitted to practice or compete on an institution's club team or an outside sports team until eligibility is regained pursuant to Bylaw 14.5.5.1. *(Adopted: 1/14/97, Revised: 1/3/06, 4/18/24)*

**14.5.1.3 International Transfer Student-Athletes.** A transfer student from an international collegiate institution (college, university or two-year college), except one entering as a bona fide exchange student, shall comply with the applicable four-year college transfer requirements set forth in Bylaw 14.5.5. *(Revised: 4/18/24)*

**14.5.1.3.1 Bona Fide International Exchange Student Exception.** A bona fide international exchange student is an individual who is sponsored by the government of the student's nation, or is sponsored by the U.S. Department of State, Rotary International, the Ford Foundation, the Institute of International Education or a similar organization. For a student to be considered a bona fide exchange student, the sponsoring organization shall identify the student prior to the student's departure from the student's home country and make the necessary arrangements to finance the student's education under the international exchange program. If these arrangements have not been completed before the student's enrollment at the certifying institution, the student is considered to be a transfer student and may not represent the institution in competition until the individual has satisfied the applicable four-year college transfer requirements (see Bylaw 14.5.5). *(Revised: 4/18/24)*

**14.5.2 Conditions Affecting Transfer Status.** A transfer student is an individual who transfers from a collegiate institution after having met any one of the following conditions at that institution: *(Adopted: 1/10/90, Revised: 4/26/01, 4/14/03, 6/26/19 effective 8/1/19 applicable to full time enrollment in a regular term on or after 8/1/19, 4/18/24)*

(a) The student attended a class or classes in any quarter or semester in which the student was enrolled in a minimum full-time program of studies, even if the enrollment was on a provisional basis and the student was later determined by the institution not to be admissible;

(b) The student attended a branch school that does not conduct an intercollegiate athletics program, but the student had been enrolled in another collegiate institution prior to attendance at the branch school;

(c) The student attended a branch school that conducted an intercollegiate athletics program and transfers to an institution other than the parent institution;

(d) The student reported for a regular squad practice (including practice or conditioning activities that occur prior to certification per Bylaws 14.3.5.1 and 14.5.4.6.7), announced by the institution through any member of its athletics department staff, prior to the beginning of any quarter or semester, as certified by the athletics director. Participation only in picture-day activities would not constitute "regular practice";

(e) The student participated in practice or competed in a given sport even though the student was enrolled in less than a minimum full-time program of studies; or

(f) The student received institutional financial aid while attending a summer term, summer school or summer-orientation program (see Bylaws 15.2.8.1.3 and 15.2.8.1.4). A recruited student who receives institutional aid pursuant to Bylaw 15.2.8.1.4 is subject to the transfer provisions, except that a prospective student-athlete (recruited or nonrecruited) who is denied admission to the institution for full-time enrollment shall be permitted to enroll at another institution without being considered a transfer student.

**14.5.3 Conditions Not Constituting Transfer Status.** Unless otherwise covered by conditions set forth in Bylaw 14.5.2, a student-athlete is not considered a transfer under the following enrollment conditions:

**14.5.3.1 Summer School, Extension Courses or Night School.** The student has been enrolled in or attended classes only in a summer school, extension course or night school, unless the night school is considered by the institution to be a regular term (semester or quarter) the same as its day school, the student is enrolled for a minimum full-time load in this regular night term, and the student is considered by the institution to be a regularly enrolled student.

**14.5.3.2 Prospective Student-Athlete Attending Summer School Prior to Initial Full-Time Enrollment.** A prospective student-athlete receiving financial aid to attend summer school prior to initial full-time enrollment who is denied admission to the institution for full-time enrollment. *(Adopted: 4/26/01)*

**14.5.3.3 Branch School.** The student has been enrolled in or attended classes only in a branch school, provided the branch school does not conduct an intercollegiate athletics program. If the branch school conducts an intercollegiate athletics program, the student shall not be considered a transfer only upon enrollment at the parent institution directly from the branch school. (For definition of "branch school," see Bylaw 14.02.2.)

**14.5.3.4 Second Campus of Institution.** The student is in residence at an institution's campus that is not in the same city as the institution's main campus, provided the campus at which the student is in residence does not conduct an intercollegiate athletics program, classes on the campus are taught by the same instructors who teach classes on the main campus, the credits received by all class enrollees are considered as regular credits by the institution's main campus, and the degrees awarded to all students come from the institution's main campus.

**14.5.3.5 Academic Exchange Program.** The student participates in a regular academic exchange program between two four-year institutions that requires a participant to complete a specified period of time at each institution, and the program provides for the student-athlete to receive at least two baccalaureate or equivalent degrees at the conclusion of this joint academic program.

**14.5.4 Two-Year College Transfers.** A student who transfers to a member institution from a two-year college or from a branch school that conducts an intercollegiate athletics program must complete an academic year of residence unless the student meets the following eligibility requirements. *(Revised: 1/19/92, 4/14/10)*

**14.5.4.1 Qualifier.** A transfer student from a two-year college who was a qualifier (per Bylaw 14.3.1.1) is eligible for competition in the first academic year of residence if the student meets the requirements for a nonqualifier to be eligible for competition (per Bylaw 14.5.4.2.1) or: *(Revised: 4/24/03 effective 8/1/03, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 6/28/17 effective 8/1/17 for certifications of eligibility for fall 2017 and after)*

(a) Has spent at least one full-time semester or one full-time quarter of residence at the two-year college (excluding summer sessions);

(b) Has presented a minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2); and

(c) Has satisfactorily completed an average of at least 12-semester or quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution for each full-time academic term of attendance at the two-year college.

**14.5.4.1.1 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a qualifier who satisfies the provisions of Bylaw 14.5.4.1, but initially enrolls at the certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 4/27/00 effective 8/1/01, Revised: 3/10/04, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

**14.5.4.2 Nonqualifier.**

**14.5.4.2.1 Eligibility for Financial Aid, Practice and Competition.** A transfer student from a two-year college who was a nonqualifier (per Bylaw 14.3.2.1) is eligible for institutional financial aid, practice and competition during the first academic year of residence only if the student: *(Revised: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16, 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six-semester or eight-quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a cumulative grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2).

**14.5.4.2.2 Eligibility for Financial Aid and Practice.** A transfer student from a two-year college who was a nonqualifier (per Bylaw 14.3.2.1) is eligible for institutional financial aid and practice during the first academic year of residence only if the student: *(Adopted: 10/27/11 effective 8/1/12, Revised: 8/2/12 effective 8/1/16, 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six semester or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a minimum cumulative grade-point average of 2.000 (see Bylaw 14.5.4.6.3.2).

**14.5.4.2.3 Use of Hours Earned During Summer Terms.** Not more than a total of 18 semester or 27 quarter hours of the transferable-degree credit may be earned during summer terms, and not more than nine semester or 13.5 quarter hours of the transferable-degree credit may be earned during the summer term(s) immediately prior to the academic year in which the transfer occurs (including a midyear transfer). *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/4/17)*

**14.5.4.2.4 Three-Semester/Four-Quarter Attendance Requirement.** A student-athlete is not permitted to satisfy the three-semester/four-quarter attendance requirement during one academic year. *(Adopted: 6/8/99)*

**14.5.4.2.5 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who was not a qualifier (per Bylaw 14.3.1.1) who satisfies the provisions of Bylaw 14.5.4.2, but initially enrolls at a certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 4/27/00 effective 8/1/01, Revised: 3/10/04, 6/1/06, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

**14.5.4.3 Academic Redshirt.** A transfer student from a two-year college who was an academic redshirt (per Bylaw 14.3.1.2) is eligible for competition during the first academic year of residence only if the student: *(Adopted: 8/1/12 effective 8/1/16, Revised: 1/22/20 effective 8/1/20 for incoming two-year college transfer student-athletes initially enrolling full-time at the certifying institution on or after 8/1/20)*

(a) Has graduated from the two-year college;

(b) Has completed satisfactorily a minimum of 48 semester or 72 quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution, including six semester or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math or quantitative reasoning (or equivalent math/quantitative reasoning) credit and three semester or four quarter hours of transferable natural/physical science credit;

(c) Has attended a two-year college as a full-time student for at least three semesters or four quarters (excluding summer terms); and

(d) Has achieved a cumulative grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2).

**14.5.4.3.1 Use of Hours Earned During Summer Term.** Not more than a total of 18 semester or 27 quarter hours of the transferable-degree credit may be earned during summer terms, and not more than nine semester or 13.5 quarter hours of the transferable-degree credit may be earned during the summer term(s) immediately prior to the academic year in which the transfer occurs (including a midyear transfer). *(Adopted: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16, Revised: 10/4/17)*

**14.5.4.3.2 Three-Semester/Four-Quarter Attendance Requirement.** A student-athlete is not permitted to satisfy the three-semester/four-quarter attendance requirement during one academic year. *(Adopted: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16)*

**14.5.4.3.3 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who was an academic redshirt (per Bylaw 14.3.1.2) who satisfies the provisions of Bylaw 14.5.4.3 but initially enrolls at the certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Adopted: 8/2/12 effective 8/1/16 for students initially enrolling full time in a collegiate institution on or after 8/1/16, Revised: 1/12/23 effective 8/1/23)*

**14.5.4.4 Status as Nonqualifier.** A prospective student-athlete who does not graduate from high school before enrolling as a regular student in a two-year college may not transfer work back to the high school, graduate from the high school and establish initial eligibility at a member institution on the basis of the revised high school record. Such a student is considered to be a two-year college transfer who was a nonqualifier.

**14.5.4.5 Status of Nonqualifier, Nonrecruited.** A two-year college student-athlete who transferred to a Division I institution without meeting the requirements of Bylaw 14.5.4.2 shall not be eligible for regular-season competition and practice during the first academic year of residence. However, such a student who was not recruited per Bylaw 13.02.15.1 and for whom admission and financial aid were granted without regard to athletics ability shall be eligible for nonathletics institutional financial aid. *(Revised: 1/23/19)*

**14.5.4.6 Two-Year College Transfer Regulations.** The following regulations shall be applied in administering the eligibility requirements for two-year college transfers.

**14.5.4.6.1 Multiple Two-Year Colleges.** If a student-athlete has been in residence at two or more two-year colleges, the terms of residence at all two-year colleges may be combined in order to satisfy the residence requirement. All grades and all course credits that are transferable from the two-year colleges to the certifying institution shall be considered in determining the student-athlete's eligibility under Bylaw 14.5 (see also Bylaw 14.5.6). In addition, at least 25 percent of the credit hours used to fulfill the student's academic degree requirements must be earned at the two-year college that awards the degree. *(Revised: 1/11/94)*

**14.5.4.6.2 Credit Earned at Four-Year Institution.** If a student-athlete attends a two-year college and, prior to regular enrollment at a member institution, attains additional credits as a part-time student in a four-year collegiate institution, the hours accumulated at the four-year institution may be used by the member institution in determining the student-athlete's eligibility under the two-year college transfer provisions, provided: *(Revised: 4/28/14)*

(a) The hours are accepted by the two-year college and are placed on the transcript by the two-year college from which the student-athlete transfers prior to the date of initial regular enrollment at the NCAA member institution; or

(b) The hours are accepted by the two-year college and are placed on any other official document (other than the student's transcript) used by the two-year college for this purpose prior to the date of initial regular enrollment at the NCAA member institution. Such a document must include the official seal of the two-year college, be signed by the appropriate academic official of the two-year college and be forwarded directly from the two-year college to the appropriate admissions official of the certifying institution.

**14.5.4.6.3 Determination of Transferable Degree Credit.** For the purpose of determining transferable degree credit, the institution may count those courses accepted as degree credit in any of its colleges, schools or departments.

**14.5.4.6.3.1 Transferable Credit, Unacceptable Grade.** Credit hours for courses with grades not considered acceptable for transferable degree credit for all students at an institution shall not be counted in determining whether the transfer requirement for total number of hours is satisfied.

**14.5.4.6.3.2 Calculation of Grade-Point Average for Transferable Credit.** Grades earned in all courses that are normally transferable to an institution shall be considered in determining the qualitative grade-point average for meeting transfer requirements, regardless of the grade earned or whether such grade makes the course unacceptable for transferable degree credit. Only the last grade earned in a course that has been repeated shall be included in the grade-point-average calculation.

**14.5.4.6.4 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable-degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for the specific degree program to fulfill the transferable-degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/13/10, 10/27/11 effective 8/1/12)*

**14.5.4.6.5 Degree Requirement.** In order to satisfy the two-year-college graduation requirement for eligibility immediately upon transfer from a two-year college to a member institution, a student-athlete must receive an associate or equivalent degree in an academic or technical, rather than a vocational, curriculum. The Progress-Toward-Degree

Waivers Committee (see Bylaw 21.10.5.2) shall have the authority to determine whether a two-year college degree is academic or technical, rather than vocational, in nature. *(Revised: 1/10/95, 1/12/99 effective 8/1/99, 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10)*

**14.5.4.6.6 Transfer to Four-Year College Prior to Completion of Requirements.** The requirements set forth in Bylaw 14.5.4 must be met prior to a student-athlete's transfer to the certifying institution. Thus, if a two-year college student transfers (as defined in Bylaw 14.5.2) to a member institution prior to the completion of applicable transfer requirements, the student is subject to the one-year residence requirement at the certifying institution, even though the student transfers back to the two-year college and completes the necessary requirements.

**14.5.4.6.7 Participation Prior to Certification.** If a two-year college transfer student reports for athletics participation or initial enrollment at the certifying institution before the student's high school or two-year college academic record has been certified, the student may practice, but not compete, during a 45-day period, provided the student meets all other requirements to be eligible to practice. An institution may provide athletically related financial aid to the student during this period, provided the student meets all other requirements to receive athletically related financial aid. After the 45-day period, the student shall have established minimum requirements as a transfer student to continue practicing, to continue receiving athletically related financial aid or to compete. *(Adopted: 1/10/90, Revised: 9/18/07, 1/19/13 effective 8/1/13, 6/30/22 effective 8/1/22)*

**14.5.4.6.8 Competition in Year of Transfer.** A transfer student from a two-year institution, who has met the two-year transfer eligibility requirements per Bylaw 14.5.4, is not eligible to compete at the certifying institution during the segment that concludes with the NCAA championship if the student-athlete has competed at the two-year college during that segment of the same academic year in that sport. *(Revised: 1/11/94, 4/29/04 effective 8/1/04)*

**14.5.4.7 Exceptions for Transfers From Two-Year Colleges.** A transfer student from a two-year college or from a branch school that conducts an intercollegiate athletics program is not subject to the residence requirement at the certifying institution if any one of the following conditions is met. An individual who is not a qualifier shall not be permitted to use the exceptions under this bylaw. *(Revised: 4/27/06)*

**14.5.4.7.1 Discontinued/Nonsponsored Sport Exception.** The student changed institutions in order to continue participation in a sport because the student's original two-year college dropped the sport from its intercollegiate program (even though it may subsequently establish that sport on a club basis) or never sponsored the sport on the intercollegiate level while the student was in attendance at that institution, provided the student never transferred (see Bylaw 14.5.2) from any other collegiate institution that offered intercollegiate competition in that sport while the student was in attendance and the student earned at least a minimum 2.500 grade-point average (see Bylaw 14.5.4.6.3.2) at the two-year college. *(Revised: 1/11/89, 1/10/90, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 10/4/17)*

**14.5.4.7.1.1 Original Collegiate Institution.** In applying this provision for an exception to the residence requirement, the original collegiate institution shall be the two-year college in which the student was enrolled immediately prior to the transfer to the certifying institution, provided that, if the student is transferring from a two-year college that never sponsored the sport on the intercollegiate level, the student never shall have transferred from any other collegiate institution that offered intercollegiate competition in that sport while the student was in attendance. *(Revised: 10/4/17)*

**14.5.4.7.2 Two-Year Nonparticipation or Minimal Participation Exception.** The student transfers to the certifying institution from a two-year college and, for a consecutive two-year period immediately before the date on which the student begins participation (practice and/or competition), the student has neither engaged in intercollegiate competition nor engaged in other countable athletically related activities in the involved sport in intercollegiate athletics beyond a 14 consecutive-day period, and has neither practiced with a noncollegiate amateur team nor engaged in organized noncollegiate amateur competition while enrolled as a full-time student in a collegiate institution. The 14 consecutive-day period begins with the date on which the student-athlete first engages in any countable athletically related activity (see Bylaw 17.02.1). The two-year period does not include any period of time before the student's initial collegiate enrollment. *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/9/06)*

**14.5.4.8 Submission of Information Necessary to Determine Academic Initial-Eligibility Status.** An institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine the academic initial-eligibility status of a two-year college transfer student-athlete prior to the end of the student-athlete's first regular academic term of full-time enrollment at the institution. If a two-year college transfer student-athlete is added to an institution's squad list after the end of the first regular academic term of full-time enrollment at the institution, the institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine academic initial-eligibility status prior to end of the

academic year in which the student-athlete is added to the squad list. The necessary information may be submitted through official or unofficial transcripts or test-score reports. **[D]** *(Adopted: 4/30/09 effective 8/1/10 for two-year college transfer student-athletes who initially enroll full time at the certifying institution on or after 8/1/10)*

**14.5.4.8.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The Committee on Academics shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/10 for two-year college transfer student-athletes who initially enroll full time at the certifying institution on or after 8/1/10, Revised: 8/7/14)*

**14.5.4.9 Waivers.** The Division I Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) shall have the authority to waive all two-year college transfer requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The Progress-Toward-Degree Waivers Committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary aggregate form. *(Adopted: 10/27/11 effective 4/1/12, Revised: 8/7/14)*

**14.5.5 Four-Year College Transfers.** An undergraduate transfer student from a four-year institution is eligible for competition if at the time of transfer to the certifying institution (see Bylaw 14.5.2), the student would have been academically eligible to compete had the student remained at the institution where the student most recently attended class during a regular term as a full-time student, except that the student is not required to have fulfilled percentage-of-degree requirements at the previous institution. *(Revised: 4/18/24)*

**14.5.5.1 Regaining Eligiblity.** For purposes of Bylaw 14.5.5, an undergraduate transfer student-athlete who was not academically eligible at the previous institution at the time of transfer may become eligible to compete at the certifying institution after the conclusion of the first regular term following transfer (consistent with Bylaw 14.4.3.4) by successfully meeting all applicable progress-toward-degree requirements at the certifying institution. *(Revised: 1/10/91 effective 8/1/91, 4/14/10, 4/18/24)*

**14.5.5.1.1 Exception -- Baseball.** In baseball, a transfer student-athlete who fails to meet the applicable requirements of Bylaw 14.4.3 to be eligible for an institution's fall term shall not be eligible until the following academic year. *(Revised: 1/9/06 effective 8/1/07, 4/18/24)*

**14.5.5.2 Competition in Year of Transfer.** A transfer student from a four-year institution who satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition in which the student-athlete's performance could be used for NCAA championship qualification or consideration if the student-athlete participated in competition at the previous four-year institution in the same sport in which the student-athlete's performance could have been used for NCAA championship qualification or consideration. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/14/97 effective 8/1/97, 4/29/04 effective 8/1/04, 5/1/19 effective 8/1/19, 4/18/24)*

**14.5.5.2.1 Receipt of Athletically Related Financial Aid in Year of Transfer -- Tennis.** In tennis, in addition to the application of Bylaw 14.5.5.2, a transfer student from a four-year institution who enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition until the following academic year if the student has received athletically related financial aid during the same academic year from the previous four-year institution. *(Adopted: 1/17/09 effective 8/1/10, Revised: 1/16/10 effective 8/1/10, 5/1/19 effective 8/1/19, 4/18/24)*

**14.5.5.3 Eligibility for Institutional Athletically Related Financial Aid.** A transfer student from a four-year institution may receive institutional athletically related financial aid during the first academic year at the certifying institution only if the student-athlete would have been academically eligible to compete during the next regular academic term had the student-athlete remained at the previous institution. A student-athlete who transfers from a four-year institution to a two-year institution and then to the certifying institution shall complete at least one regular academic term of enrollment at the two-year institution to be eligible for institutional athletically related financial aid at the certifying institution. *(Adopted: 1/9/06 effective 8/1/07, Revised: 1/8/07 effective 8/1/07)*

**14.5.5.3.1 Exceptions.** A four-year transfer student-athlete may receive institutional athletically related financial aid during the first academic year at the certifying institution, provided: *(Adopted: 9/18/07)*

(a) The student-athlete transferred from a four-year institution that did not sponsor the student-athlete's sport on the intercollegiate level while the student-athlete was in attendance and the student-athlete did not previously transfer from any other collegiate institution that offered intercollegiate competition in the sport; or

(b) The student-athlete has not participated in intercollegiate competition and has not engaged in other countable athletically related activities in the sport beyond a 14-consecutive-day period.

**14.5.5.4 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student-athlete who initially enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable four-year college transfer requirements (see Bylaw 14.5.5) shall not be eligible for competition until the ensuing academic year. (See Bylaw 14.6.1.1 for the application to graduate transfer student-athletes.) *(Adopted: 6/24/09, Revised: 4/26/17 effective 8/1/17, 1/12/23 effective 8/1/23, 4/18/24)*

**14.5.5.4.1 Return to Original Institution Exception -- Basketball.** In basketball, a midyear four-year college transfer student who transfers to a second four-year collegiate institution, does not compete at the second institution and does not engage in other countable athletically related activities in the involved sport at the second institution beyond a 14-consecutive-day period and returns to the original institution is not subject to the restriction in Bylaw 14.5.5.4. The 14-consecutive-day period begins with the date on which the student-athlete first engages in any countable athletically related activity (see Bylaw 17.02.1). *(Adopted: 6/24/09, Revised: 4/18/24)*

**14.5.6 4-2-4 College Transfers.** A student who transfers from a four-year college to a two-year college and then to the certifying institution shall complete one academic year of residence at the certifying institution prior to engaging in intercollegiate competition, unless: *(Revised: 1/10/90, 2/16/00, 1/9/06 effective 8/1/06, 10/27/11 effective 8/1/12, 3/27/18)*

(a) The student has completed an average of at least 12 semester or quarter hours of transferable-degree credit, with a cumulative minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2), acceptable toward any baccalaureate degree program at the certifying institution for each term of full-time attendance at the two-year college following transfer from the four-year college most recently attended;

(b) One calendar year has elapsed since the student's departure from the previous four-year college (one year since the date that the student-athlete takes formal action with the appropriate institutional authorities required for all students to indicate that the student-athlete is leaving the previous four-year institution and no longer will be attending classes); and

(c) The student has graduated from the two-year college.

**14.5.6.1 Exceptions.** A "4-2-4" transfer student who does not meet the requirements of Bylaw 14.5.6 is not subject to the residence requirement for intercollegiate competition if any of the following conditions are met: *(Adopted: 1/11/89, Revised: 9/8/07, 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, 4/18/24)*

(a) The student returns to the four-year college from which the student transferred to the two-year college, provided the student satisfied the applicable four-year college transfer requirements at the time of the transfer from the four-year college (see Bylaw 14.5.5). ;

(b) The student initially was enrolled in a four-year collegiate institution that never sponsored the student's sport on the intercollegiate level while the student was in attendance at the institution (provided the student never had attended any other four-year collegiate institution that offered intercollegiate competition in that particular sport) and provided the student was a qualifier and satisfactorily completed an average of at least 12 semester or quarter hours of transferable-degree credit acceptable toward any baccalaureate degree program at the certifying institution during each academic term of attendance with a cumulative minimum grade-point average of 2.500 (see Bylaw 14.5.4.6.3.2), and spent at least two semesters or three quarters of residence at the two-year college (excluding summer sessions); or

(c) The student qualifies for an exception to the two-year college transfer requirements (see Bylaw 14.5.4.7).

**14.5.6.2 Additional Transferable Degree Credit Requirements for Academic Redshirts and Nonqualifiers.** A student who was not a qualifier shall have satisfactorily completed a minimum of six semesters or eight quarter hours of transferable English credit, three semester or four quarter hours of transferable math credit and three semester or four quarter hours of transferable natural/physical science credit. Remedial English, math and natural/physical science courses may not be used to satisfy this requirement. The student may use transferable English, math and natural/physical science credits earned while enrolled at a previous four-year college to meet these requirements. *(Adopted: 10/27/11 effective 8/1/12 for student-athletes initially enrolling full time in a collegiate institution on or after 8/1/12, Revised: 5/16/18)*

**14.5.6.3 Multiple Two-Year Colleges.** If a student-athlete has been in residence at two or more two-year colleges following transfer from the four-year collegiate institution most recently attended, all grades and all course credits that are transferable from the two-year colleges to the certifying institution shall be considered in determining the student-athlete's eligibility under Bylaw 14.5.6-(a). In addition, at least 25 percent of the credit hours used to fulfill the student's academic degree requirements must be earned at the two-year college that awards the degree. *(Adopted: 3/27/18)*

**14.5.6.4 Use of Physical Education Activity Courses.** Not more than two credit hours of physical education activity courses may be used to fulfill the transferable-degree credit and grade-point average requirements. However, a student-athlete enrolling in a physical education degree program or a degree program in education that requires physical education activity courses may use up to the minimum number of credits of physical education activity courses that are required for

the specific degree program to fulfill the transferable-degree credit and grade-point average requirements. Additional credit hours of physical education activity courses may not be used to fulfill elective requirements. *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/13/10, 10/27/11 effective 8/1/12)*

**14.5.6.5 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a student who satisfies the provisions of Bylaw 14.5.6, but initially enrolls at a certifying institution as a full-time student after the conclusion of the institution's first term of the academic year, shall not be eligible for competition until the ensuing academic year. *(Revised: 3/10/04, 4/26/07 effective 8/1/08, 1/12/23 effective 8/1/23)*

> **14.5.6.5.1 Return to Original Institution -- Baseball and Softball.** In baseball and softball, a midyear 4-2-4 transfer student who qualifies for the return-to-original institution exception [see Bylaw 14.5.6.1-(a)] to the transfer residence requirement is not eligible for competition until the ensuing academic year. *(Adopted: 6/24/09, Revised: 1/12/23 effective 8/1/23)*

> **14.5.6.5.2 Return to Original Institution -- Basketball.** In basketball, a midyear 4-2-4 transfer student who qualifies for the return-to-original institution exception [see Bylaw 14.5.6.1-(a)] to the transfer residence requirement is not subject to the restriction in Bylaw 14.5.6.5. *(Adopted: 6/24/09)*

**14.5.6.6 Calendar-Year Time Lapse.** It is not required that the calendar year specified in Bylaw 14.5.6 elapse prior to the student's initial enrollment as a regular student in the second four-year institution, but the calendar year must elapse before the student represents the certifying institution in intercollegiate competition. However, the student-athlete shall be eligible on the first day of classes or on the date of the first scheduled intercollegiate contest that falls earlier than the first day of classes in the regular academic term in which the student would become eligible, provided the student has fulfilled the one-academic-year requirement.

**14.5.6.7 Transfer Prior to Completion of Requirements.** All transfer requirements set forth in Bylaw 14.5.6, except the calendar-year time-lapse requirement (see Bylaw 14.5.6.6), must be met prior to the student-athlete's transfer to the certifying institution. Thus, if a student-athlete transfers from a four-year institution to a two-year college and, prior to completing the applicable transfer requirements, transfers to a member institution, the student-athlete shall be subject to the one-year residence requirement, even though during the course of that one-year residence at the certifying institution, the student-athlete may complete the necessary requirements.

**14.5.6.8 Eligibility for Institutional Athletically Related Financial Aid.** A student-athlete who transfers from a four-year institution to a two-year institution and then to the certifying institution shall complete at least one regular academic term of enrollment at the two-year institution to be eligible for institutional athletically related financial aid at the certifying institution. (See Bylaw 14.5.5.3.) *(Adopted: 1/8/07 effective 8/1/07)*

**14.5.6.9 Submission of Information Necessary to Determine Academic Initial-Eligibility Status.** An institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine the academic initial-eligibility status of a 4-2-4 transfer student-athlete prior to the end of the student-athlete's first regular academic term of full-time enrollment at the institution. If a 4-2-4 transfer student-athlete is added to an institution's squad list after the end of the first regular academic term of full-time enrollment at the institution, the institution shall ensure submission of all necessary information (e.g., high school transcripts, test scores) to the NCAA Eligibility Center to determine academic initial-eligibility status prior to the end of the academic year in which the student-athlete is added to the squad list. The necessary information may be submitted through official or unofficial transcripts or test-score reports. **[D]** *(Adopted: 4/30/09 effective 8/1/10)*

> **14.5.6.9.1 Waiver.** The Committee on Academics may waive the requirements of this legislation based on objective evidence that demonstrates circumstances for which a waiver is warranted. The Committee on Academics shall establish the process for reviewing such waiver requests. *(Adopted: 4/30/09 effective 8/1/10, Revised: 8/7/14)*

**14.5.6.10 Waivers.** The Division I Progress-Toward-Degree Waivers Committee (see Bylaw 21.10.5.2) shall have the authority to waive all two-year college transfer requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The Progress-Toward-Degree Waivers Committee shall establish the process for granting such waivers and shall report annually to the Committee on Academics and to the membership the actions taken in summary aggregate form. *(Adopted: 10/27/11 effective 4/1/12, Revised: 8/7/14)*

## 14.6 Postgraduate Student Participation. A student-athlete who has previously received a baccalaureate degree may participate in intercollegiate athletics provided the student: *(Revised: 1/10/90, 1/16/93 effective 8/1/93, 7/31/14, 4/18/24)*

(a) Is enrolled in a graduate or professional school, a second baccalaureate or equivalent degree, or is continuing as a full-time student while taking course work that would lead to the equivalent of another major, degree or certificate program as defined and documented by the institution (see Bylaw 14.6.2);

(b) Has eligibility remaining and such participation occurs within the applicable five-year period set forth in Bylaw 12.8; and

(c) If the student initially enrolls at the certifying institution after attending a regular academic term as a full-time postgraduate student at another institution, the student would have been academically eligible to compete had the student remained at the institution where the student most recently attended class during a regular term as a full-time student.

**14.6.1 Competition in Year of Transfer.** A postgraduate student-athlete who initially enrolls at the certifying institution after the conclusion of the first term of the academic year shall not be eligible for competition in which the student-athlete's performance could be used for NCAA championship qualification or consideration if the student-athlete participated in competition at the previous four-year institution in the same sport in which the student-athlete's performance could have been used for NCAA championship qualification or consideration. *(Revised: 4/18/24)*

**14.6.1.1 Receipt of Athletically Related Financial Aid in Year of Transfer -- Tennis.** In tennis, in addition to the application of Bylaw 14.6.1, a transfer student from a four-year institution who enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year and satisfies the applicable requirements for postgraduate student participation (see Bylaw 14.6) shall not be eligible for competition until the following academic year if the student has received athletically related financial aid during the same academic year from the previous four-year institution. *(Adopted: 4/18/24)*

**14.6.1.2 Baseball, Basketball and Softball -- Midyear Enrollee.** In baseball, basketball and softball, a postgraduate transfer student-athlete who initially enrolls at the certifying institution as a full-time student after the conclusion of the first term of the academic year may be immediately eligible for competition, provided the student-athlete satisfies all other applicable eligibility requirements for postgraduate student-athletes (see Bylaw 14.6). *(Adopted: 4/26/17 effective 8/1/17, Revised: 5/19/22 effective 8/1/22, 1/12/23 effective 8/1/23, 4/18/24)*

**14.6.2 Full-Time Enrollment -- Requirements for Practice and Competition.** To be eligible to participate in organized practice sessions and competition, a postgraduate student-athlete shall be enrolled in at least a minimum full-time program of studies as defined by the institution. *(Adopted: 4/18/24)*

**14.6.2.1 Eligibility Following Final Term.** A postgraduate student-athlete who is eligible during the term in which degree work is completed (or is eligible as a postgraduate, per Bylaw 14.6) remains eligible for practice, regular-season competition that occurs after the term and any postseason event that begins within 60 days after the end of the term [including an academic year interim term (e.g., mini-term, J-term)] in which the student completes the requirements for the degree (or postgraduate eligibility). A postgraduate student-athlete who attends a quarter-system institution and who graduates at the end of the winter quarter may compete in any postseason event (and preceding regular-season competition) that occurs during the same academic year following the completion of the winter quarter. *(Adopted: 4/18/24)*

**14.6.3 Six-Hour Requirement for Postgraduate Student-Athletes.** A student-athlete shall successfully complete a minimum of six semester or quarter hours of academic credit from course work that meets the postgraduate program requirements during each regular academic term in which the student is enrolled full time as a postgraduate student. A postgraduate student-athlete who is enrolled in a specific program (e.g., graduate degree, second baccalaureate, certificate program) must earn six hours of academic credit applicable toward the designated program. *(Adopted: 4/18/24)*

**14.6.4 International Student Exception.** The remaining eligibility of a student who has received a foreign postsecondary degree that is identified as a "baccalaureate" but is not equivalent to a U.S. baccalaureate and who is entering an undergraduate program must be reviewed on a case-by-case basis by the International-Student Records Committee. *(Adopted: 1/16/93, Revised: 11/1/07 effective 8/1/08, 7/31/14)*

**14.6.5 Disciplinary Suspension.** A postgraduate student who transfers to the certifying institution while disqualified or suspended from the previous institution for disciplinary reasons (as opposed to academic reasons) must complete one calendar year of residence at the certifying institution before the student may be eligible for competition. *(Adopted: 4/15/14, Revised: 7/31/14, 4/18/24)*

# 14.7 Additional Waivers for Eligibility Requirements.
Conditions under which exceptions are permitted or waivers may be granted to specific eligibility requirements in this bylaw are noted in other sections of this bylaw. *(Revised: 11/1/07 effective 8/1/08)*

**14.7.1 Academic and General Requirements Waivers.** The Committee on Academics may waive academic eligibility requirements under the following conditions or circumstances: *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

(a) For student-athletes in times of national emergency;

(b) For member institutions that have instituted a trimester or other accelerated academic program, provided any member institution applying for a waiver shall demonstrate a reasonable need for such waiver. Further, no waiver shall be granted that permits a student-athlete to compete in more than the maximum permissible number of seasons of intercollegiate

competition (see Bylaw 12.8). Under the waiver allowed, if a student in an accelerated academic program completes the requirements for a degree before completing eligibility, the student may participate in competition that begins within 90 days after completion of the requirements for the degree; and

(c) For institutions that have suffered extraordinary personnel losses from one or more of their intercollegiate athletics teams due to accident or illness of a disastrous nature.

# 14.8 Academic Performance Program.

## 14.8.1 Penalties, Rewards and Access to Postseason Competition.

### 14.8.1.1 Penalties. The Committee on Academics shall notify an institution or team when it fails to satisfy the appropriate academic standards as outlined in the academic performance program. The institution shall then apply the applicable penalty pursuant to the policies of the academic performance program. *(Adopted: 4/29/04 effective 8/1/04, Revised: 7/31/13, 8/7/14)*

#### 14.8.1.1.1 Determination of Penalties. The Committee on Academics shall apply multiple levels of analysis when identifying those institutions or teams that fail to satisfy the academic performance program. The Committee on Academics shall publish annually to the Division I membership the standards for determining unsatisfactory performance under the academic performance program. An institution or team may be required to apply penalties for failing to meet the identified review factors, as determined by the committee's policies and procedures. *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/6/09, 7/31/13, 8/7/14)*

#### 14.8.1.1.2 Appeal Opportunity. An institution or team may appeal the application of penalties to the Committee on Academics, as specified by the committee's policies and procedures. *(Adopted: 6/29/16)*

#### 14.8.1.1.3 Monitoring Period. An institution or team that receives penalties must satisfy the identified review factors, as determined by the committee's policies and procedures, for three consecutive years before it is released from being subject to additional penalties. *(Adopted: 6/29/16)*

### 14.8.1.2 Access to Postseason Competition. An institution or team that fails to satisfy the academic performance program shall be ineligible for any postseason competition, as specified in the policies and procedures of the academic performance program. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13)*

#### 14.8.1.2.1 Determining Access to Postseason Competition. The Committee on Academics shall apply multiple levels of analysis to identify institutions or teams that are ineligible for postseason competition. The Committee on Academics shall publish annually to the Division I membership the standards for determining ineligibility for postseason competition under the academic performance program. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13, 8/7/14)*

#### 14.8.1.2.2 Individual Sports. A student-athlete who is a member of an individual sport team (see Bylaw 17.02.18.2) that is ineligible for postseason competition pursuant to Bylaw 14.8.1.2 shall not participate in postseason competition, including NCAA championships, as an individual (see Bylaw 14.4). *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13)*

#### 14.8.1.2.3 Appeal Opportunity. An institution or team may appeal the application of postseason ineligibility to the Committee on Academics, as specified in the committee's policies and procedures. *(Adopted: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, Revised: 7/31/13, 8/7/14)*

## 14.8.2 Appeal Procedures. An institution or team subject to penalty (or penalties) due to its failure to satisfy the appropriate standards of the academic performance program may appeal the application of such penalty (or penalties) to the Committee on Academics, as specified by the committee's policies and procedures. *(Adopted: 4/29/04, Revised: 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, 7/31/13, 8/7/14)*

### 14.8.2.1 Authority and Duties of Committee. The Committee on Academics shall act on appeals from institutions or teams subject to penalty (or penalties) pursuant to the legislation and the standards and procedures of the academic performance program published to the membership on an annual basis. The committee's determination shall be final, binding and conclusive and shall not be subject to further review by any other authority unless otherwise specified in this bylaw (see Bylaw 14.8.2.2). *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

## 14.8.3 Establishment and Revision of Academic Performance Policies and Procedures.

### 14.8.3.1 Amendment of Policies and Procedures. The Committee on Academics may establish or amend the policies and procedures of the academic performance program. The Board of Directors, at its discretion, may review, amend

and/or act on any academic performance program policy adopted by the Committee on Academics. *(Revised: 11/1/07 effective 8/1/08, 7/31/13, 8/7/14, 11/5/14)*

**14.8.3.1.1 Notification to Membership.** The Committee on Academics shall notify the membership of any changes to the policies and procedures of the academic performance program. *(Adopted: 4/29/04, Revised: 7/31/13, 8/7/14)*

**14.8.4 Institutional Staff Member Responsibility -- Academic Performance Program.** An institutional staff member shall not knowingly submit erroneous material information to the academic performance program. *(Adopted: 4/28/16 effective 8/1/16)*

# 14.9 Academic Integrity.

**14.9.1 General Principle.** All institutional staff members and student-athletes are expected to act with honesty and integrity in all academic matters. *(Adopted: 10/27/21)*

**14.9.2 Definitions.**

**14.9.2.1 Institutional Staff Member.** For purposes of Bylaw 14.9, an institutional staff member is any individual, excluding a student employee, who performs work for the institution or the athletics department, regardless of whether the individual receives compensation for such work. *(Adopted: 10/27/21)*

**14.9.2.1.1 Student Employee.** For purposes of Bylaw 14.9, a student employee is an institutional staff member if: *(Adopted: 10/27/21)*

(a) The individual has institutional responsibilities to provide academic services to student-athletes; or

(b) The individual engages in an academic integrity violation at the direction of a nonstudent employee, a student employee who has institutional responsibilities to provide academic services to student-athletes or a representative of the institution's athletics interests.

**14.9.3 Pre-Enrollment Academic Integrity.** A prospective student-athlete, student-athlete, representative of an institution's athletics interests or a current or former institutional staff member shall not: *(Adopted: 10/27/21)*

(a) Arrange for a false or inaccurate academic record (e.g., courses, grades, credits, transcripts, test scores) for a prospective student-athlete; or

(b) Provide false, inaccurate or incomplete information to the NCAA or an institution regarding a prospective student-athlete's academic record.

**14.9.4 Post-Enrollment Academic Integrity.**

**14.9.4.1 Policies and Procedures, Investigation and Adjudication.** An institution must: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) Have written institutional policies and procedures regarding violations or breaches of an institutional policy regarding academic honesty or integrity applicable to the general student body, including student-athletes. The policies and procedures must be approved through the institution's normal process for approving such policies and must be kept on file or be accessible on the institution's website; and

(b) Investigate and adjudicate an alleged violation or breach of an institutional policy regarding academic honesty or integrity in accordance with established policies .

**14.9.4.1.1 Expedited Review.** An institution may establish a policy that permits an expedited investigation and adjudication of an alleged academic violation by a student-athlete, provided other applicable policies and procedures are observed and the policy for expedited review is approved through the institution's normal process for approving such policies and is approved by the institution's president or chancellor (or designee). Further, the policy that permits an expedited review must be kept on file or must be accessible on the institution's website. *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

**14.9.4.2 Prohibited Conduct -- Student-Athlete.** A student-athlete shall not be involved in a violation or breach of an institutional policy regarding academic honesty or integrity: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) Involving the alteration or falsification of a student-athlete's transcript or academic record;

(b) Involving a current or former institutional staff member or representative of an institution's athletics interests; or

(c) Without the involvement of a current or former institutional staff member or representative of an institution's athletics interests, that results in:

(1) An erroneous declaration of eligibility to participate in intercollegiate athletics and the student-athlete subsequently competes for the institution while ineligible;

(2) An erroneous declaration of eligibility to receive financial aid and the student-athlete subsequently receives financial aid while ineligible; or

(3) The erroneous awarding of an Academic Progress Rate point.

**14.9.4.3 Prohibited Conduct -- Institutional Staff Member or Representative of Athletics Interests.** A current or former institutional staff member or a representative of an institution's athletics interests shall not be involved (with or without the knowledge of the student-athlete) in: *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

(a) A violation or breach of an institutional policy regarding academic honesty or integrity related to a student-athlete;

(b) The alteration or falsification of a student-athlete's transcript or academic record; or

(c) The provision of academic assistance or an exception that is not otherwise permissible pursuant to Bylaw 16.3, is not generally available to the institution's students and results in the certification of a student-athlete's eligibility to participate in intercollegiate athletics, receive financial aid, or earn an Academic Progress Rate point.

**14.9.4.3.1 Application.** If an institution determines, pursuant to its policies and procedures, that conduct violates an institutional policy regarding academic honesty or integrity, a violation of Bylaw 14.9.**4**.3-(c) shall not be cited by the institution or through an enforcement investigation. If an institution determines, pursuant to its policies and procedures, that conduct does not violate an institutional policy regarding academic honesty or integrity, the conduct in question may still constitute a violation of Bylaw 14.9.**4**.3-(c). *(Adopted: 4/28/16 effective 8/1/16, Revised: 10/27/21)*

## FIGURE 14-1

**Relationships between Academic Requirements, Financial Aid and Eligibility (Bylaw 14.2.8) for High School Graduates First Entering on/after the 2023-24 Academic Year (Effective August 1, 2023)**

| Division II Initial-Eligibility Requirements | |
|---|---|
| **Early Academic Qualifier**<br>Athletics aid, practice, and competition. | **Pre-7th Semester:**<br>• 14 core-course units in the required subject areas; and<br>• At least a 2.500 core-course GPA. |
| **Qualifier**<br>Athletics aid, practice, and competition. | **Complete Academic Record:**<br>• 16 core-course units in the required subject areas;<br>• At least a 2.200 core-course GPA; and<br>• Proof of graduation. |
| **Partial Qualifier**<br>Athletics aid and practice. | Does not meet requirements to be a Qualifier. |

# FIGURE 14-2
## Academic Integrity Analysis

**Did the conduct violate any institutional policies & procedures regarding academic honesty or integrity?**

**Did the institution investigate and adjudicate alleged conduct in accordance with institutional policies & procedures?**

→ YES

↓ NO → NCAA Academic Violation

**Alteration or Falsification of Transcript or Academic Record?**

↕

**Institutional Staff or Booster Involvement?**

↕

**Competed or Received Aid Based on Erroneous Declaration of Eligibility?**

If Yes:

Yes to any? → NCAA Academic Violation

- or -

No to all? → No NCAA Academic Violation

**If no, did the student-athlete receive academic assistance or an academic exception from a current or former institutional staff or booster**

☐ Resulted in a certification of eligibility;
☐ Was not generally available to institution's students; and
☐ Was not permissible under Bylaw 16.3.

Yes to all? → NCAA Academic Violation

- or -

No to any? → No NCAA Academic Violation

# Financial Aid

## 15.01 General Principles.

**15.01.1 Institutional Financial Aid Permitted.** A student-athlete may receive scholarships or educational grants-in-aid administered by (see Bylaw 15.02.1) an educational institution that do not conflict with the governing legislation of this Association. (See Bylaws 15.01.6.1, 16.3, 16.4 and 16.12.) *(Revised: 5/26/09)*

**15.01.1.1 Financial Aid to Attend Another Institution.** An institution may not provide financial aid to a student-athlete to attend another institution, except as specifically authorized by NCAA legislation. *(Adopted: 1/16/93)*

**15.01.1.1.1 Exception -- Scholarship to Attend Vocational School.** A conference or an institution may provide a scholarship to a student-athlete to attend a vocational school. Such a scholarship may be provided in addition to a full grant-in-aid and shall not be limited. *(Adopted: 8/12/20, Revised: 10/6/21)*

**15.01.2 Improper Financial Aid.** Any student-athlete who receives financial aid other than that permitted by the Association shall not be eligible for intercollegiate athletics.

**15.01.3 Financial Aid Not Administered by Institution.** Any student who receives financial aid other than that administered by the student-athlete's institution shall not be eligible for intercollegiate athletics competition, unless it is specifically approved under the Association's rules of amateurism (see Bylaw 12) or the aid is: *(Revised: 1/15/11 effective 8/1/11)*

(a) Received from one upon whom the student-athlete is naturally or legally dependent; or

(b) Awarded solely on bases having no relationship to athletics ability; or

(c) Awarded through an established and continuing program to aid students under the conditions listed in Bylaw 15.2.6.4.

**15.01.4 Contributions by Donor.** An individual may contribute funds to finance a scholarship or grant-in-aid for a particular sport, but the decision as to how such funds are to be allocated in the sport shall rest exclusively with the institution. It is not permissible for a donor to contribute funds to finance a scholarship or grant-in-aid for a particular student-athlete.

**15.01.5 Eligibility of Student-Athletes for Institutional Financial Aid.** A student-athlete must meet applicable NCAA (see Bylaw 14), conference and institutional regulations to be eligible for institutional financial aid. If these regulations are met, the student-athlete may be awarded institutional financial aid during any term in which a student-athlete is in regular attendance [was enrolled initially in a minimum full-time program of studies as defined by the certifying institution during that term (see Bylaw 14.2.2.1.3 for final term exception, Bylaw 14.2.2.1.4 for final term before experiential learning requirement exception and Bylaw 15.2.8 for summer-term exception)] under the following circumstances: *(Revised: 6/8/99, 1/9/06 effective 8/1/07, 10/27/11, 5/16/18)*

(a) The student-athlete is an undergraduate with eligibility remaining under Bylaw 12.8 (five-year rule); or

(b) The student-athlete is a graduate student eligible under Bylaw 14.6.

[Note: See Bylaw 14.5.5.3 for financial aid implications related to the academic eligibility of four-year college transfers.]

**15.01.5.1 Exception -- Part-Time Enrollment After Exhausted Eligibility.** An institution may provide financial aid to a student-athlete who has exhausted eligibility in the student-athlete's sport and is enrolled in less than a minimum full-time program of studies, provided: *(Adopted: 1/15/11 effective 8/1/11)*

(a) The student-athlete is carrying for credit the courses necessary to complete degree requirements; or

(b) The student-athlete is carrying for credit all the degree-applicable courses necessary to complete degree requirements that are offered by the institution during that term.

**15.01.5.2 Exception -- Former Student-Athletes. [A]** Institutional financial aid may be awarded to a former student-athlete for any term during which the individual is enrolled (full time or part time). *(Adopted: 10/27/11, Revised: 8/7/14)*

**15.01.5.2.1 Degree-Completion Program. [A]** An institution that provides athletically related financial aid to student-athletes shall provide, at a minimum, tuition and fees, and course-related books to a former student-athlete who requests financial aid to complete the individual's first baccalaureate degree, provided: *(Adopted: 8/8/18 effective 8/1/19, Revised: 4/26/23 effective 8/1/24)*

(a) The former student-athlete received athletically related financial aid in a head count sport or received athletically related financial aid that resulted in the student-athlete receiving (through athletics aid and other aid combined)

the value of full tuition and fees, room and board and required course-related books while previously enrolled in a regular term at the institution;

(b) Fewer than 10 years have elapsed since the former student-athlete's departure from the institution;

(c) The former student-athlete's most recent enrollment as a full-time student occurred at the institution;

(d) The former student-athlete was previously enrolled as a full-time student at the institution for a minimum of two academic years (four semesters or six quarters);

(e) The former student-athlete meets all institutional admissions and financial aid requirements;

(f) The former student-athlete has exhausted other available degree completion funding options (e.g., funds from a professional league or contract); and

(g) The former student-athlete is in good academic standing at the institution and meets NCAA and institutional progress-toward-degree requirements. This requirement applies to initial and continuing eligibility for degree completion funds.

**15.01.5.3 Exception -- Former Student-Athletes -- Other Institutions. [A]** A conference or an institution may provide a post-eligibility scholarship to a former student-athlete to complete an undergraduate or graduate degree at any school. Such a scholarship may be provided in addition to a full grant-in-aid and shall not be limited. *(Adopted: 8/12/20, Revised: 10/6/21)*

**15.01.5.4 Effect of Violation of Conference Rule.** A violation of Bylaw 15.01.5 that relates only to a conference rule shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility. *(Adopted: 10/27/06)*

**15.01.6 Maximum Institutional Financial Aid to Individual. [A]** An institution shall not award financial aid to a student-athlete that exceeds the cost of attendance that normally is incurred by students enrolled in a comparable program at that institution (see Bylaw 15.1), except as specifically authorized by NCAA legislation. *(Revised: 4/29/04 effective 8/1/04, 8/12/20)*

**15.01.6.1 Student Assistance Fund.** The receipt of money from the NCAA Student Assistance Fund for student-athletes is not included in determining the permissible amount of financial aid that a member institution may award to a student-athlete. Member institutions and conferences shall not use money received from the fund to finance salaries and benefits; tuition and fees, living expenses, and required course-related books during a regular term (other than summer school) for student-athletes with remaining eligibility; capital improvements; stipends; competition-related travel expenses for student-athletes who are ineligible for competition (e.g., nonqualifier, transfer student-athlete); and outside athletics development opportunities (e.g., participation in a sports camp or clinic, private sports-related instruction, greens fees, batting cage rental, outside foreign tour expenses) for current student-athletes with remaining eligibility. *(Adopted: 4/24/03, Revised: 1/8/07, 2/24/12, 1/17/15 effective 8/1/15, 10/5/16, 3/28/17, 7/31/23)*

**15.01.7 Sport-by-Sport Financial Aid Limitations.** Division I may establish limitations on the number of financial aid awards a member institution may provide to countable student-athletes (counters) (see Bylaw 15.5).

**15.01.8 Additional Financial Aid Limitations.** The Committee on Academics shall have the authority to determine the circumstances that would require an institution or team that fails to satisfy the academic performance program to apply additional financial aid limitations. The Committee on Academics shall establish and annually publish to the membership such circumstances (see Bylaw 14.8). *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/7/14)*

# 15.02 Definitions and Applications.

**15.02.1 Administered By.** Financial aid is administered by an institution if the institution, through its regular committee or other agency for the awarding of financial aid to students generally, makes the final determination of the student-athlete who is to receive the award and of its value.

**15.02.2 Cost of Attendance.** The "cost of attendance" is an amount calculated by an institutional financial aid office, using federal regulations, that includes the total cost of tuition and fees, living expenses, books and supplies, transportation, and other expenses related to attendance at the institution. *(Adopted: 1/11/94, Revised: 7/31/23)*

**15.02.2.1 Calculation of Cost of Attendance.** An institution must calculate the cost of attendance for student-athletes in accordance with the cost-of-attendance policies and procedures that are used for students in general. Accordingly, if an institution's policy allows for students' direct and indirect costs (e.g., tuition, fees, living expenses, books, supplies, transportation, child care, cost related to a disability and miscellaneous personal expenses) to be adjusted on an individual basis from the institution's standard cost figure, it is permissible to make the same adjustment for student-athletes, provided

the adjustment is documented and is available on an equitable basis to all students with similar circumstances who request an adjustment. *(Adopted: 1/11/94, Revised: 7/31/23)*

**15.02.3 Counter.** A "counter" includes any individual who is receiving institutional financial aid that is countable against the aid limitations in a sport. Unless an exception is satisfied, once a student-athlete becomes a counter, the student-athlete remains a counter for the entire academic year. Further, an undergraduate four-year transfer awarded or issued athletically related financial aid in the academic year of initial, full-time enrollment at the certifying institution shall be a counter for the period of the award (see Bylaw 15.3.3.3) unless a provision of Bylaw 15.5.1.2.1 is met. *(Revised: 11/14/22, 1/11/23)*

**15.02.3.1 Replacement of Counter.** An institution may apply a legislated exception to replace a counter who is no longer participating with the program and the replaced student-athlete shall not be a counter for the remainder of the academic year.
*(Adopted: 11/14/22)*

**15.02.4 Family Member.** A family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 4/25/18)*

**15.02.5 Financial Aid.** "Financial aid" is funds provided to student-athletes from various sources to pay or assist in paying their cost of education at the institution. As used in NCAA legislation, "financial aid" includes all institutional financial aid and other permissible financial aid as set forth below. (See Bylaws 15.01.6.1, 16.2, 16.3 and 16.4.) *(Revised: 5/26/09)*

**15.02.5.1 Athletically Related Financial Aid.** Athletically related financial aid is financial aid that is awarded on any basis that is related to athletics ability, participation or achievement. If an application process specifically requests athletics participation or achievements as criteria for consideration in determining whether an applicant receives financial aid, aid received pursuant to such a process is athletically related financial aid. *(Adopted: 1/18/14 effective 8/1/14)*

**15.02.5.2 Institutional Financial Aid.** The following sources of financial aid are considered to be institutional financial aid: *(Revised: 1/11/94 effective 8/1/94, 1/14/97 effective 8/1/97, 4/26/01 effective 8/1/01, 10/31/02 effective 8/1/03, 1/15/11 effective 8/1/11)*

(a) All funds administered by the institution, which include but are not limited to the following:

    (1) Scholarships;

    (2) Grants;

    (3) Tuition waivers;

    (4) Employee dependent tuition benefits, unless the employee has been employed as a full-time faculty/staff member for a minimum of five years; and

    (5) Loans.

(b) Aid from government or private sources for which the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient.

**15.02.5.3 Other Permissible Financial Aid.** The following sources of financial aid are also permitted: *(Adopted: 1/10/95 effective 8/1/95, Revised: 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11, 10/17/19)*

(a) Financial aid received from anyone upon whom the student-athlete is naturally or legally dependent;

(b) Financial aid awarded solely on bases having no relationship to athletics ability;

(c) Financial aid awarded through an established and continuing outside program as outlined in Bylaw 15.2.6.4; and

(d) Educational expenses awarded by the U.S. Olympic and Paralympic Committee, which count against an institution's sport-by-sport financial aid limitations and against the individual's maximum limit on financial aid.

**15.02.5.4 Exempted Institutional Financial Aid.** The following institutional financial aid is exempt and is not counted in determining the institution's financial aid limitations: *(Revised: 1/10/91, 1/10/92, 4/25/02, 10/31/02 effective 8/1/03, 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11, 4/26/17 effective 8/1/17, 7/27/20 effective 8/1/20 for institutional merit-based and need-based awards received by a student-athlete on or after 8/1/20)*

(a) An institutional need-based grant awarded based solely on demonstrated financial need, as determined for all students by the institution's financial aid office using methodologies that conform to federal, state and institutional guidelines. However, such aid is not exempted for purposes of determining a football or basketball student-athlete's counter status pursuant to Bylaw 15.5.1.1;

(b) A nondiscretionary institutional merit-based award with no relationship to athletics ability awarded based on documented criteria that apply to all students. However, such aid is not exempt for purposes of determining a football or basketball student-athlete's counter status pursuant to Bylaw 15.5.1.1;

(c) An honorary award for outstanding academic achievement or an established institutional research grant that meets the criteria set forth in Bylaw 15.02.7 (and must be included in determining if the student-athlete's cost of attendance has been met);

(d) A postgraduate scholarship awarded by an institution in accordance with Bylaw 16.1.4.1.1;

(e) Federal government grants awarded based on a student's demonstrated financial need [e.g., Supplemental Educational Opportunities Grant (SEOG)], regardless of whether the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient;

(f) State government grants awarded based on a student's demonstrated financial need, regardless of whether the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient, provided the aid is administered in accordance with the federal methodology for determining a student's financial need and has no relationship to athletics ability. However, such aid is not exempt for purposes of determining a football or basketball student-athlete's counter status pursuant to Bylaw 15.5.1.1;

(g) State government merit-based grants, regardless of whether the institution is responsible for selecting the recipient or determining the amount of aid, or providing matching or supplementary funds for a previously determined recipient, provided the aid is awarded consistent with the criteria of Bylaws 15.5.3.2.4.1, 15.5.3.2.4.2 or 15.5.3.2.4.3 and has no relationship to athletics ability. However, such aid is not exempt for purposes of determining a football or basketball student-athlete's counter status pursuant to Bylaw 15.5.1.1; and

(h) Contributions made by the institution and matching payments made by the Department of Veterans Affairs pursuant to the Yellow Ribbon G.I. Education Enhancement Program [see Bylaw 15.2.5.1-(e)].

**15.02.5.5 Exempted Government Grants.** Government grants listed in Bylaw 15.2.5.1 shall not be included when determining the cost of attendance for a student-athlete. *(Revised: 1/11/89, 4/29/04 effective 8/1/04)*

**15.02.5.6 Operation Gold Grant.** Funds administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold Grant program shall not be included when determining the cost of attendance for a student-athlete. *(Revised: 4/29/04 effective 8/1/04, 10/17/19)*

**15.02.6 Full Grant-in-Aid. [A]** A full grant-in-aid is financial aid that consists of tuition and fees, living expenses, books and other expenses related to attendance at the institution up to the cost of attendance established pursuant to Bylaws 15.02.2 and 15.02.2.1. *(Revised: 8/7/14, 1/17/15 effective 8/1/15)*

**15.02.7 Honorary Academic Award/Research Grant.** An honorary academic award for outstanding academic achievement or a research grant is an award that meets the following criteria: *(Revised: 1/10/91, 1/10/92, 10/28/04, 1/14/08 effective 8/1/08)*

(a) The award or grant is a standing scholarship award or an established research grant;

(b) The basis for the award or grant shall be the candidate's academic record at the awarding institution;

(c) The award or grant shall be determined by competition among the students of a particular class or college of the institution. Competition for the award or grant may include additional objective criteria unrelated to athletics abilities (e.g., gender, race and ethnicity, financial need); and

(d) The award or grant is included in determining if the student-athlete's cost-of-attendance limitation has been met.

**15.02.8 Period of Award.** The period of award begins when the student-athlete receives any benefits as a part of the student's grant-in-aid on the first day of classes for a particular academic term, or the first day of practice, whichever is earlier, and continues until the conclusion of the period set forth in the financial aid agreement. The period of award of a multiyear grant-in-aid awarded to an individual other than an undergraduate four-year transfer who receives or is issued athletically related financial aid in the academic year of initial, full-time enrollment at the certifying institution may include one or more academic years of no athletically related financial aid after the first academic year in which athletically related aid is provided, including the final year of the award (e.g., 50 percent in year one, zero percent in year two, 50 percent in year three; 50 percent in year one, zero percent in year two, zero percent in year three). An athletics grant-in-aid shall not be awarded in excess of the student-athlete's five-year period of eligibility. *(Revised: 10/27/11, 9/29/15, 11/14/22, 1/11/23)*

**15.02.9 Recruited Student-Athlete.** For purposes of Bylaw 15, a recruited student-athlete is a student-athlete who, as a prospective student-athlete: *(Adopted: 1/15/11 effective 8/1/11, Revised: 4/25/18)*

(a) Was provided an official visit to the institution's campus;

(b) Had an arranged, in-person, off-campus encounter with a member of the institution's coaching staff (including a coach's arranged, in-person, off-campus encounter with the prospective student-athlete or the prospective student-athlete's family members); or

(c) Was issued a National Letter of Intent or a written offer of athletically related financial aid by the institution for a regular academic term.

**15.02.10 Signature.** For purposes of Bylaw 15, a signature includes an electronic authorization (e.g., electronic signature). *(Adopted: 3/5/12)*

# 15.1 Maximum Limit on Financial Aid -- Individual. [A] A student-athlete shall not be eligible to participate in intercollegiate athletics if the student-athlete receives financial aid that exceeds the value of the cost of attendance as defined in Bylaw 15.02.2. A student-athlete may receive institutional financial aid based on athletics ability (per Bylaw 15.02.5.2) and educational expenses awarded per Bylaw 15.2.6.5 up to the value of a full grant-in-aid, plus any other financial aid up to the cost of attendance. (See Bylaws 15.01.6.1, 16.3, 16.4 and 16.12.) *(Revised: 4/29/04 effective 8/1/04, 5/26/09, 1/15/11 effective 8/1/11, 8/7/14)*

**15.1.1 Exception for Pell Grant. [A]** A student-athlete who receives a Pell Grant may receive financial aid equivalent to the limitation set forth in Bylaw 15.1 or the value of a full grant-in-aid plus the Pell Grant, whichever is greater. *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/7/14)*

**15.1.2 Types of Aid Included in Limit.** In determining whether a student-athlete's financial aid exceeds the cost of attendance, all institutional financial aid (per Bylaw 15.02.5.2) and all funds received from the following and similar sources shall be included (see Bylaws 15.02.5.4, 15.02.5.5 and 15.02.5.6 for types of financial aid that are exempt from a student-athlete's individual limit): *(Revised: 1/11/94 effective 8/1/94, 1/10/95 effective 8/1/95, 10/31/02 effective 8/1/03, 4/29/04 effective 8/1/04, 10/17/19)*

(a) **Government Grants.** Government grants for educational purposes, except for those listed in Bylaw 15.2.5;

(b) **Other Scholarships and Grants.** Other outside scholarships or grants-in-aid;

(c) **Gifts.** The value of gifts given to a student-athlete following completion of eligibility in appreciation for or recognition of the student-athlete's athletics accomplishments;

(d) **Professional Sports Stipend.** Any bonus or salary (no matter when received or contracted for) from a professional sports organization;

(e) **Athletics Participation Compensation.** Any other income (no matter when received or contracted for) from participation in an athletics event (except funds that are administered by the U.S. Olympic and Paralympic Committee pursuant to its Operation Gold Grant Program) unless eligibility has been exhausted in that sport; and

(f) **Loans.** Loans, except legitimate loans that are based upon a regular repayment schedule, available to all students and administered on the same basis for all students.

**15.1.3 Reduction When Excess Aid Is Awarded.** In the event that a student-athlete's financial aid from the sources listed in Bylaw 15.1.2, which includes institutional financial aid, will exceed the cost of attendance for the balance of the academic year, the institution shall reduce institutional financial aid so as not to exceed the cost of attendance. Payments credited to a student-athlete's account that are not refundable by the institution to the scholarship office or other appropriate institutional agency shall not become the student's obligation. *(Revised: 4/29/04 effective 8/1/04)*

# 15.2 Elements of Financial Aid.

**15.2.1 Tuition and Fees.** An institution may provide a student-athlete financial aid that includes the actual cost of tuition and required institutional fees.

**15.2.1.1 Permissible Fees.** A student-athlete may be awarded financial aid that covers the payment of fees for a course in which the student-athlete is enrolled, if the course is part of the institution's regular curriculum (included in the institution's catalog of classes), and the institution pays these same fees for other students enrolled in the course who receive fees as a part of a grant-in-aid or scholarship.

**15.2.1.2 Optional Fees.** An institution may not pay fees for services offered on an optional basis to the student body in general.

**15.2.1.3 Noninstitutional Fees and Expenses.** Fees paid by an institution are confined to required institutional fees and do not include noninstitutional fees or expenses (e.g., the cost of typing reports for student-athletes).

**15.2.2 Living Expenses.** An institution may provide a student-athlete financial aid that includes the cost of housing and food, based on the official allowance for housing as listed in the institution's official publication (e.g., catalog) and a food allowance that consists of three meals per day or the institution's maximum meal plan that is available to all students, whichever is greater. *(Revised: 10/28/99 effective 8/1/00, 1/18/14 effective 8/1/14, 7/31/23)*

**15.2.2.1 Living Expenses Stipend.** An institution may provide the student-athlete an amount equal to the institution's official on-campus housing allowance, the average of the housing costs of all of its students living on campus or the cost of housing as calculated based on its policies and procedures for calculating the cost of attendance for all students. The institution also may provide the student-athlete an amount that is equivalent to the value of the maximum meal plan that is available to all students or the cost of meals as calculated based on its policies and procedures for calculating the cost of attendance for all students. *(Revised: 1/10/92, 11/12/97, 10/28/99 effective 8/1/00, 4/27/06 effective 8/1/06, 1/18/14 effective 8/1/14, 8/3/22, 7/31/23)*

**15.2.2.1.1 Determination of Off-Campus Housing Rates.** An institution with several official on-campus housing rates may use the average of the room cost for all students living on campus (based on a weighted average for all students who reside in on-campus facilities) or the cost of housing as calculated based on its policies and procedures for calculating the cost of attendance for all students. *(Revised: 11/12/97, 4/27/06 effective 8/1/06, 7/31/23)*

**15.2.2.1.2 Institution With No On-Campus Housing and Meal Facilities.** If an institution does not provide an official dollar amount for living expenses and does not have on-campus student housing and meal facilities, the figure provided to student-athletes for off-campus student living expenses shall be the amount determined by the institution's office of financial aid as being commensurate with the average cost a student at that institution normally would incur living and eating in off-campus facilities. *(Revised: 11/12/97, 7/31/23)*

**15.2.2.1.3 Married Student Housing.** Married student-athletes who live in noninstitutional housing are permitted to receive the same living expenses allowance that is provided to married students with on-campus housing. If the institution does not provide on-campus housing and meal facilities for married students but has other on-campus dormitory facilities, it must use the provisions of Bylaw 15.2.1 in determining the amount of living expenses a married student-athlete who lives in noninstitutional facilities may receive. *(Adopted: 1/10/92, Revised: 7/31/23)*

**15.2.2.1.4 Cost-Free Apartment.** It is permissible for the institution to arrange for a cost-free, off-campus apartment rather than to give a student-athlete an amount equal to the institution's official housing allowance or the cost of housing as calculated based on its policies and procedures for calculating the cost of attendance for all students, provided the apartment is not rented by the institution at a reduced rate. However, if the actual rental rate is more than the institutional housing allowance, the student-athlete shall pay the additional amount from the student-athlete's own resources. *(Revised: 4/27/06 effective 8/1/06, 7/31/23)*

**15.2.2.2 Facility Designated by Institution.** It is permissible for the institution to require a grant-in-aid recipient to obtain housing and food in a facility designated by the institution, provided the requirement is contained in the written statement outlining the amount, duration, conditions and terms of the financial aid agreement (see Bylaw 15.3.2.2). *(Revised: 7/31/23)*

**15.2.2.3 Food Stamps.** A grant-in-aid recipient who lives and eats off campus may use the money provided for food to obtain governmental food stamps, provided the stamps are available to the student body in general. Additionally, the student-athlete must be eligible for such stamps without any special arrangements on the part of athletics department personnel or representatives of the institution's athletics interests. *(Revised: 7/31/23)*

**15.2.3 Books.** A member institution may provide a student-athlete financial aid that covers the actual cost of required course-related books. **[R]** *(Revised: 4/24/03 effective 8/1/03)*

**15.2.3.1 Dollar Limit.** There is no dollar limit for books a student-athlete may receive, provided each book is required for a course in which the student-athlete is enrolled. The institution may provide the student-athlete with cash to purchase books, as long as the amount of cash provided is equal to the actual cost of the books purchased. **[R]** *(Revised: 4/24/03 effective 8/1/03)*

**15.2.4 Other Expenses Related to Attendance.** An institution may provide a student-athlete financial aid that covers other expenses related to attendance in combination with other permissible elements of financial aid (per Bylaw 15.2) up to the cost of attendance (see Bylaws 15.02.2 and 15.1). (See Bylaws 15.01.6.1, 16.3, 16.4 and 16.12.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 5/26/09)*

**15.2.5 Government Grants.** Government grants for educational purposes shall be included when determining the permissible amount of the cost of attendance for a student-athlete, except for those listed in Bylaw 15.2.5.1. *(Revised: 1/11/89, 4/29/04 effective 8/1/04, 4/21/05)*

**15.2.5.1 Exempted Government Grants.** The following government grants for educational purposes shall not be included when determining the permissible amount of the cost of attendance of a student-athlete: *(Adopted: 1/11/89, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 4/26/01, Revised: 4/29/04 effective 8/1/04, 1/10/05, 4/28/05, 1/15/11 effective 8/1/11, 4/26/17 effective 8/1/17)*

(a) **AmeriCorps Program.** Benefits received by student-athletes under the AmeriCorps Program;

(b) **Disabled Veterans.** State government awards to disabled veterans;

(c) **Military Reserve Training Programs.** Payments to student-athletes for participation in military reserve training programs;

(d) **Montgomery G.I. Bill.** Benefits received by student-athletes under the Montgomery Bill -- Active Duty and the Montgomery G.I. Bill -- Selected Reserve;

(e) **Post-9/11 G.I. Bill.** Benefits received under the Post-9/11 G.I. Bill, including matching payments made by the Department of Veterans Affairs pursuant to the Yellow Ribbon G.I. Education Enhancement Program;

(f) **Special U.S. Government Entitlement Programs.** Payments by the U.S. government under the terms of the Dependents Education Assistance Program (DEAP), Social Security Insurance Program [including the Reinstated Entitlement Program for Survivors (REPS)] or Non-Service-Connected Veteran's Death Pension Program;

(g) **U.S. Military Annuitant Pay.** United States Military Annuitant Pay or other family member service-related death benefits received by student-athletes from the United States Military.

(h) **U.S. Navy Nuclear Propulsion Officer Candidate Program.** Benefits received by student-athletes under the U.S. Nuclear Propulsion Officer Candidate Program (NUPOC);

(i) **Veterans Educational Assistance Program (VEAP).** Benefits received by student-athletes under the VEAP;

(j) **Vocational Rehabilitation for Service-Disabled Veterans Program.** Benefits received by student-athletes under the Vocational Rehabilitation for Service-Disabled Veterans Program; or

(k) **Welfare Benefits.** Welfare benefits received from a state or federal government.

## 15.2.6 Financial Aid From Outside Sources.

**15.2.6.1 Family Members.** A student-athlete may receive financial aid from anyone upon whom the student-athlete is naturally or legally dependent. *(Revised: 4/25/18)*

**15.2.6.1.1 Prepaid College Tuition Plans.** A state-sponsored or private prepaid college tuition plan, purchased by a family member and paid to an institution on behalf of a student-athlete, is not considered aid from an outside source. Such aid is considered financial aid from someone upon whom the student-athlete is naturally or legally dependent. *(Revised: 6/10/04)*

**15.2.6.2 No Relationship to Athletics Ability.** A student-athlete may receive financial aid awarded solely on bases having no relationship to athletics ability.

**15.2.6.3 Athletically Related Financial Aid From an Established and Continuing Program -- Up to $1,000.** A student-athlete may receive up to a total of $1,000 of athletically related outside financial aid per academic year, without restrictions, through one or more established and continuing programs to aid students. *(Adopted: 5/1/19 effective 8/1/19)*

**15.2.6.4 Athletically Related Financial Aid From an Established and Continuing Program -- Aid Exceeding $1,000.** Each academic year, after a student-athlete has received $1,000 of athletically related outside financial aid, the student-athlete may receive additional athletically related outside financial aid through an established and continuing program to aid students without the additional aid counting in the institution's financial aid limitations, provided: *(Adopted: 1/15/11 effective 8/1/11, Revised: 4/23/14, 5/1/19 effective 8/1/19, 7/2/19 effective 8/1/19)*

(a) The recipient's choice of institutions is not restricted by the donor of the aid;

(b) There is no direct connection between the donor and the student-athlete's institution; and

(c) The financial aid is not provided by an outside sports team or organization that conducts a competitive sports program to an individual who is or has been a member of that team or organization.

If any of the conditions are not satisfied and the student-athlete receives the additional athletically related outside financial aid, the recipient shall be considered a counter per Bylaw 15.5.1, and the amount shall be applied to the maximum awards limitation of Bylaw 15.5 for the sport in question.

**15.2.6.5 Educational Expenses -- Olympic Committee or National Governing Body.** A student-athlete may receive educational expenses awarded by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country). The amount

of the financial assistance shall be subject to the following limitations: *(Adopted: 1/10/95 effective 8/1/95, Revised: 10/28/97 effective 8/1/98, 11/1/00, 10/17/19)*

(a) Disbursement of the aid shall be through the member institution for the recipient's educational expenses while attending that institution;

(b) The recipient's choice of institutions shall not be restricted by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country);

(c) The value of the award alone or in combination with other aid per Bylaw 15.1.2 shall not exceed the value of the individual's maximum limit on financial aid; and

(d) The recipient shall be considered a counter per Bylaw 15.5.1, and the amount shall be applied to the maximum awards limitation of Bylaw 15.5 for the sport in question.

**15.2.7 Employment.** Earnings from a student-athlete's on- or off-campus employment that occurs at any time is exempt and is not counted in determining a student-athlete's cost of attendance or in the institution's financial aid limitations, provided: *(Revised: 10/31/02 effective 8/1/03, 4/29/04 effective 8/1/04)*

(a) The student-athlete's compensation does not include any remuneration for value or utility that the student-athlete may have for the employer because of the publicity, reputation, fame or personal following obtained because of athletics ability;

(b) The student-athlete is compensated only for work actually performed; and

(c) The student-athlete is compensated at a rate commensurate with the going rate in that locality for similar services (see Bylaw 12.4).

**15.2.8 Summer Financial Aid.** Summer financial aid may be awarded only to attend the awarding institution's summer term, summer school or summer-orientation program, provided the following conditions are met: *(Revised: 1/10/90, 1/10/92)*

(a) The student has been in residence a minimum of one term during the regular academic year;

(b) The student is attending a summer term, summer school or summer-orientation program and financial aid is administered pursuant to Bylaw 15.2.8.1.2, 15.2.8.1.3 or 15.2.8.1.4; or

(c) The student is a two-year or a four-year college transfer student and is receiving aid to attend the awarding institution's summer-orientation program.

**15.2.8.1 General Stipulations.** A student-athlete who is eligible for institutional financial aid during the summer is not required to be enrolled in a minimum full-time program of studies. However, the student-athlete may not receive financial aid that exceeds the cost of attendance in that summer term. A student-athlete may receive institutional financial aid based on athletics ability (per Bylaws 15.02.5.1 and 15.02.5.2) and educational expenses awarded (per Bylaw 15.2.6.5) up to the value of a full grant-in-aid, plus any other financial aid up to the cost of attendance. (See Bylaws 15.01.6.1, 16.3, 16.4 and 16.12.) *(Revised: 4/29/04 effective 8/1/04, 5/26/09, 1/15/11 effective 8/1/11)*

**15.2.8.1.1 Exception for Pell Grant.** A student-athlete who receives a Pell Grant may receive financial aid equivalent to the limitation set forth in Bylaw 15.2.8.1 or the value of a full grant-in-aid plus the Pell Grant, whichever is greater. *(Adopted: 4/29/04 effective 8/1/04)*

**15.2.8.1.2 Enrolled Student-Athletes.** After initial, full-time enrollment during a regular academic year, a student-athlete shall not receive athletically related financial aid to attend the certifying institution's summer term or summer school unless the student-athlete received such athletically related aid from the certifying institution during any previous academic year at that institution or the student-athlete has been awarded athletically related financial aid for the following academic year. *(Adopted: 1/10/90 effective 8/1/90, Revised: 1/10/91, 1/10/92, 11/12/97, 4/26/12, 4/28/16, 1/22/20)*

**15.2.8.1.2.1 Attendance During Only One Term of Previous Academic Year.** A student-athlete who attended the institution on a full-time basis for only one regular term during the previous academic year may receive financial aid during the following summer term. *(Adopted: 1/10/92, Revised: 4/28/16)*

**15.2.8.1.2.2 Exception for Nonqualifiers.** A nonqualifier may receive athletically related financial aid to attend an institution's summer term or summer school after the first academic year of residence under the following conditions: *(Adopted: 1/10/92, Revised: 1/14/97 effective 8/1/97, 4/28/16)*

(a) The student-athlete has satisfied progress-toward-degree requirements and, thus, would be eligible for competition for the succeeding year (the student-athlete must have successfully satisfied the applicable requirements of Bylaw 14.4.3 and be in good academic standing at the institution); and

(b) The student-athlete has been awarded athletically related financial aid for the succeeding academic year.

**15.2.8.1.3 Prior to Initial, Full-Time Collegiate Enrollment -- Institutional Nonathletics Aid.** The following conditions apply to the awarding of institutional nonathletics financial aid to a prospective student-athlete to attend an institution in the summer prior to the prospective student-athlete's initial, full-time collegiate enrollment: **[D]** *(Revised: 1/10/90, 1/10/92, 4/26/01, 3/10/04, 4/29/04, 1/10/05 effective 5/1/05, 3/4/05, 1/15/11 effective 8/1/11, 1/14/12, 1/18/14 effective 8/1/14)*

(a) The recipient shall be admitted to the awarding member institution in accordance with regular, published entrance requirements;

(b) The recipient, if recruited (per Bylaw 15.02.9), is subject to NCAA transfer provisions pursuant to Bylaw 14.5.2-(f); and

(c) During the summer term or orientation period, the recipient shall not engage in any countable athletically related activities except for those activities specifically permitted in Bylaws 13 and 17 (see Bylaws 13.11.3.10, 17.1.1 and 17.1.1.1).

**15.2.8.1.4 Prior to Initial, Full-Time Enrollment at the Certifying Institution -- Athletics Aid.** The following conditions apply to the awarding of athletically related financial aid to a prospective student-athlete (including a prospective student-athlete not certified by the NCAA Eligibility Center as a qualifier) or student-athlete to attend an institution in the summer prior to initial, full-time enrollment at the certifying institution: *(Adopted: 4/27/00 effective 8/1/00, Revised: 9/6/00, 4/26/01, 6/21/01, 3/10/04, 4/29/04, 1/10/05 effective 5/1/05, 3/14/05, 5/9/07, 1/15/11 effective 8/1/11, 1/14/12, 4/26/17, 1/23/20)*

(a) The recipient shall be admitted to the awarding member institution in accordance with regular, published entrance requirements;

(b) The recipient is enrolled in a minimum of three hours of academic course work (other than physical education activity courses) that is acceptable degree credit toward any of the institution's degree programs. Remedial, tutorial and noncredit courses may be used to satisfy the minimum three-hour requirement, provided the course or courses are considered by the institution to be prerequisites for specific courses acceptable for any degree program and are given the same academic weight as other courses offered by the institution;

(c) The recipient, if recruited (per Bylaw 15.02.9), is subject to NCAA transfer provisions pursuant to Bylaw 14.5.2-(f), unless admission to the institution as a full-time student is denied;

(d) During the summer term or orientation period, the recipient shall not engage in any countable athletically related activities except for those activities specifically permitted in Bylaws 13 and 17; and

(e) Summer coursework is not used for the purpose of completing initial eligibility, transfer eligibility or progress-toward-degree requirements other than percentage-of-degree requirements per Bylaw 14.4.3.2. However, the hours earned during the summer prior to initial, full-time enrollment at the certifying institution may be used to satisfy the applicable progress-toward-degree requirements in following years (see Bylaw 14.4.3).

**15.2.8.2 Branch School.** An institution may not provide a student-athlete with financial aid to attend a summer session at a branch campus of the institution.

# 15.3 Terms and Conditions of Awarding Institutional Financial Aid. [A]

**15.3.1 Eligibility of Student-Athletes for Financial Aid. [A]** Institutional financial aid may be awarded for any term during which a student-athlete is in regular attendance as an undergraduate with eligibility remaining under Bylaw 12.8, or as a graduate eligible under Bylaw 14.6. *(Revised: 10/27/11, 8/7/14)*

**15.3.1.1 Applicable Requirements. [A]** A student-athlete must meet applicable NCAA (see Bylaw 14), conference and institutional regulations to be eligible for institutional financial aid (see Bylaws 15.01.5 and 15.01.6). A violation of this bylaw that relates only to a violation of a conference rule shall be considered an institutional violation per Bylaw 8.01.3; however, such a violation shall not affect the student-athlete's eligibility. *(Revised: 10/27/06, 8/7/14)*

**15.3.1.2 Withdrawal From Institution. [A]** A student-athlete who withdraws from the institution may not receive financial aid during the remainder of the term. *(Revised: 8/7/14)*

**15.3.1.3 Retroactive Financial Aid. [A]** Institutional financial aid awarded to an enrolled student-athlete after the first day of classes in any term may be made retroactive to the beginning of that academic year. *(Revised: 8/7/14, 1/20/17 effective 8/1/17)*

**15.3.1.4 Institutional Financial Aid to Professional Athlete. [A]** It is permissible to award institutional financial aid to a student-athlete who is under contract to or currently receiving compensation from a professional sports organization in the same sport. A professional athlete in one sport may represent a member institution in a different sport

and may receive institutional financial assistance in the second sport. *(Revised: 8/11/98, 4/26/01, 4/27/06 effective 8/1/06, 10/27/11, 8/7/14)*

## 15.3.2 Terms of Institutional Financial Aid Award. [A]

**15.3.2.1 Physical Condition of Student-Athlete. [A]** Financial aid awarded to a prospective student-athlete may not be conditioned on the recipient reporting in satisfactory physical condition. If a student-athlete has been accepted for admission and awarded financial aid, the institution shall be committed for the term of the original award, even if the student-athlete's physical condition prevents participation in intercollegiate athletics. *(Revised: 8/7/14)*

**15.3.2.2 Written Statement Requirement. [A]** The institutional agency making a financial aid award for a regular academic year or multiple regular academic years shall give the recipient a written statement of the amount, duration, conditions and terms of the award. The chair of the regular committee or other agency for the awarding of financial aid to students generally, or the chair's official designee, shall sign or electronically authorize (e.g., electronic signature) the written statement. The signature of the athletics director, attesting to the committee's award, does not satisfy this requirement. *(Revised: 3/10/04, 7/26/12, 8/7/14)*

**15.3.2.3 Hearing Opportunity. [A]** The institution's regular financial aid authority shall notify the student-athlete in writing of the opportunity for a hearing when institutional financial aid based in any degree on athletics ability is to be reduced or canceled during the period of the award, or is reduced or not renewed for the following academic year or years. The institution shall have established reasonable procedures for promptly hearing such a request and shall not delegate the responsibility for conducting the hearing to the university's athletics department or its faculty athletics committee. The written notification of the opportunity for a hearing shall include a copy of the institution's established policies and procedures for conducting the required hearing, including the deadline by which a student-athlete must request such a hearing. *(Revised: 1/9/06 effective 8/1/06, 4/3/07, 4/23/08, 8/7/14)*

**15.3.2.3.1 Reduction of a Multiyear Award. [A]** A reduction of a multiyear award shall occur if the renewal period is for fewer years than the original agreement, unless the renewal includes the remaining years of the student-athlete's eligibility in all sports (e.g., five-year period of eligibility) or if the average amount of aid provided per year in the renewal is less than the average amount of aid provided per year in the original agreement, including any increases during the period of the original award. *(Adopted: 10/27/11 effective 8/1/12 awards may be executed before 8/1/12, Revised: 8/7/14)*

**15.3.2.3.2 Athletics Department Staff as Member of Committee. [A]** An institution's athletics department staff member may be a member of a committee (other than an athletics department or faculty athletics committee) that conducts hearings related to the nonrenewal or reduction of a student-athlete's financial aid. Under such circumstances, the athletics department staff member must be a standing member of the committee and may not serve as a member of a committee only for a specific student-athlete's hearing. *(Adopted: 4/3/07, Revised: 8/7/14)*

**15.3.2.4 Release of Obligation to Provide Athletically Related Financial Aid. [A]** Before becoming a counter for an academic year pursuant to a one-year or multiyear grant-in-aid, if a prospective student-athlete or student-athlete is awarded institutional financial aid unrelated to athletics that would count toward the team limit if the individual were a counter and that is equal to or greater than the amount of the individual's signed award of athletically related financial aid for the specific academic year, the prospective student-athlete or student-athlete may, on the individual's initiative, release the institution of its obligation to provide the athletically related financial aid for that academic year. *(Adopted: 1/15/11 effective 8/1/11, Revised: 10/27/11 effective 8/1/12 awards may be executed before 8/1/12, 8/7/14, 1/15/16 effective 8/1/16, 6/10/16, 6/12/19)*

## 15.3.3 Period of Institutional Financial Aid Award. [A]

**15.3.3.1 Period of Award. [A]** If a student's athletics ability is considered in any degree in awarding financial aid, such aid shall neither be awarded for a period less than one academic year nor for a period that would exceed the student's five-year period of eligibility (see Bylaws 12.8 and 15.01.5). One-year grants-in-aid shall be awarded (as set forth in the written statement per Bylaw 15.3.2.2) in equal amounts for each term of the academic year. (See Bylaw 15.02.8.) *(Revised: 4/27/06 effective 8/1/06, 10/27/11 effective 8/1/12 awards may be executed before 8/1/12, 8/7/14, 9/29/15)*

**15.3.3.1.1 One-Year Period. [A]** An institution may award athletically related financial aid to a student-athlete for a period of less than one academic year only under the following circumstances: *(Adopted: 4/27/06 effective 8/1/06, Revised: 5/9/06, 4/24/08 effective 8/1/08, 5/19/09, 1/15/11 effective 8/1/11, 8/7/14, 1/15/16 effective 8/1/16)*

(a) **Midyear Enrollment.** A student-athlete whose first full-time attendance at the certifying institution during a particular academic year occurs at midyear (e.g., the beginning of the second semester or second or third quarter of an academic year) may receive a financial aid award for the remainder of that academic year.

(b) **Final Semester/Quarter.** A student-athlete may receive athletically related financial aid for less than one academic year, provided the student is in the final semester or final two quarters of the student's degree program and the institution certifies that the student is carrying (for credit) the courses necessary to complete the degree requirements.

(c) **Graduated During Previous Academic Year and Will Exhaust Eligibility During the Following Fall Term.** A student-athlete who graduated during the previous academic year (including summer) and will exhaust athletics eligibility during the following fall term may be awarded athletically related financial aid for less than one academic year.

(d) **One-Time Exception.** One time during a recruited student-athlete's enrollment at the certifying institution the student-athlete may be awarded athletics aid for less than a full academic year, provided the student-athlete has been enrolled full time at the certifying institution for at least one regular academic term and has not previously received athletically related financial aid from the certifying institution.

(e) **Nonrecruited Student-Athlete Exception.** At any time during a student-athlete's enrollment at the certifying institution, the student-athlete may be awarded athletics aid for less than a full academic year, provided the student-athlete has been enrolled full time at the certifying institution for at least one regular academic term and was not recruited by the certifying institution.

(f) **Eligibility Exhausted/Medical Noncounter.** A student-athlete who has exhausted eligibility and is exempt from counting (per Bylaw 15.5.1.6) in the institution's financial aid limit, or a student-athlete who is exempt from counting (per Bylaw 15.5.1.3) due to an injury or illness may receive athletically related financial aid for less than one academic year. If an institution awards aid under this provision, the institutional financial aid agreement shall include specific nonathletically related conditions (e.g., academic requirements) the student-athlete must satisfy in order for the aid to be renewed for the next academic term or terms. If the student-athlete satisfies the specified conditions, the institution shall award financial aid at the same amount for the next term or terms of the academic year. If the student-athlete does not satisfy the specified conditions, the student-athlete must be provided a hearing opportunity per Bylaw 15.3.2.3.

**15.3.3.1.2 Effect of Violation. [A]** A violation of Bylaw 15.3.3.1 in which financial aid is awarded for a period of less than one academic year shall be considered an institutional violation per Bylaw 8.01.3; however, the prospective student-athlete or student-athlete's eligibility shall not be affected. *(Adopted: 10/29/09, Revised: 8/7/14)*

**15.3.3.2 Regular Academic Year vs. Summer Term. [A]** An institution may award financial aid to a student-athlete for one or more academic years or, pursuant to the exceptions set forth in Bylaw 15.3.3.1.1, part of one academic year. An institution also may award financial aid for a summer term or summer-orientation period, provided the conditions of Bylaw 15.2.8 have been met. *(Revised: 4/27/06 effective 8/1/06, 10/27/11 effective 8/1/12 awards may be executed before 8/1/12, 8/7/14)*

**15.3.3.2.1 Summer Term as Additional Award. [A]** It is necessary to make an additional award for a summer term; however, an institution is not required to provide the recipient with a written statement of the amount, duration, conditions or terms of the award. *(Revised: 10/27/11 effective 8/1/12, 7/26/12, 10/9/12, 8/7/14)*

**15.3.3.3 Undergraduate Four-Year College Transfers. [A]** If an undergraduate four-year college transfer student's athletics ability is considered in any degree in awarding financial aid and such aid is received or issued in the academic year of initial, full-time enrollment at the certifying institution, such aid shall be awarded for a period no less than the student-athlete's five-year period of eligibility or until all requirements to receive a baccalaureate degree are completed, whichever occurs earlier. *(Adopted: 8/31/22 applicable to transfer student-athletes seeking eligibility during the 2023-24 academic year and thereafter, Revised: 11/14/22, 1/11/23)*

## 15.3.4 Reduction, Cancellation or Nonrenewal of Institutional Financial Aid. [A] *(Revised: 11/14/22, 4/26/23 effective 8/1/24)*

**15.3.4.1 Reduction, Cancellation or Nonrenewal Permitted. [A]** Institutional financial aid based in any degree on athletics ability awarded to an individual other than an undergraduate four-year transfer who receives or is issued athletically related financial aid in the academic year of initial full-time enrollment at the certifying institution may be reduced or canceled during the period of the award or reduced or not renewed for the following academic year or years of the student-athlete's five-year period of eligibility if the recipient: *(Revised: 1/10/92, 1/11/94, 1/10/95, 1/9/96, 12/13/05, 9/11/07, 8/7/14, 1/17/15 effective 8/1/15, 6/19/18 effective 10/15/18, 11/14/22, 1/11/23)*

(a) Is rendered ineligible for intercollegiate competition based on the recipient's action or inaction;

(b) Fraudulently misrepresents any information on an application, letter of intent or financial aid agreement (see Bylaw 15.3.4.1.3);

(c) Engages in serious misconduct warranting substantial disciplinary penalty, as determined by the institution's regular student disciplinary authority;

(d) Voluntarily (on the recipient's own initiative) withdraws from a sport at any time for personal reasons; however, the recipient's financial aid may not be awarded to another student-athlete in the academic term in which the aid is reduced or canceled;

(e) Violates a nonathletically related condition outlined in the financial aid agreement or violates a documented institutional rule or policy (e.g., academics policies or standards, athletics department or team rules or policies); or

(f) Provides written notification of transfer (see Bylaw 13.1.1.3) to the institution; however, the student-athlete's financial aid may not be reduced or canceled until the end of the regular academic term in which written notification of transfer is received. If a student-athlete provides written notification of transfer to the institution between regular academic terms (winter break, summer break) the institution may reduce or cancel the financial aid immediately.

**15.3.4.1.1 Timing of Reduction or Cancellation. [A]** Any reduction or cancellation of aid during the period of the award may occur only after the student-athlete has been provided an opportunity for a hearing per Bylaw 15.3.2.3 (other than as permitted in Bylaw 15.5.6.4.1). *(Adopted: 5/15/07, Revised: 4/23/08, 8/7/14)*

**15.3.4.1.2 Undergraduate Four-Year College Transfers. [A]** Institutional financial aid based in any degree on athletics ability awarded to an undergraduate four-year transfer student in the academic year of initial full-time enrollment at the certifying institution may only be reduced or canceled during the period of the award if the recipient: *(Adopted: 8/31/22 applicable to transfer student-athletes seeking eligibility during the 2023-24 academic year and thereafter, Revised: 11/14/22, 1/11/23, 6/28/23)*

(a) Transfers to another institution (see Bylaw 14.5.2);

(b) Loses amateur status and is no longer eligible for intercollegiate competition in the applicable sport (see Bylaw 12.1.2);

(c) Does not meet any conditions affecting transfer status at the certifying institution (for nonathletically related reasons) by the first regular term of the student-athlete's aid agreement; or

(d) Is disqualified or suspended from receiving institutional financial aid by an institutional (as opposed to athletics department) proceeding (e.g., disciplinary process). However, the student shall remain a counter for the period of the award.

(See Bylaw 15.5.1.2.1 for exceptions to counter legislation for undergraduate four-year transfers.)

**15.3.4.1.3 Fraudulent Misrepresentation. [A]** If a student-athlete is awarded institutional financial aid on the basis of declaring intention to participate in a particular sport by signing a letter of intent, application or tender, action on the part of the grantee not to participate (either by not reporting for practice or after making only token appearances as determined by the institution) would constitute fraudulent misrepresentation of information on the grantee's application, letter of intent or financial aid agreement. *(Revised: 1/11/94, 8/7/14, 1/17/15 effective 8/1/15)*

**15.3.4.2 Reduction or Cancellation Not Permitted -- During the Period of the Award. [A]** Institutional financial aid based in any degree on athletics ability may not be reduced or canceled during the period of its award: *(Adopted: 1/16/93, Revised: 1/11/94, 12/11/07, 1/14/08, 8/7/14, 1/17/15 effective 8/1/15)*

(a) On the basis of a student-athlete's athletics ability, performance or contribution to a team's success;

(b) Because of an injury, illness, or physical or mental medical condition (except as permitted pursuant to Bylaw 15.3.4.1); or

(c) For any other athletics reason.

**15.3.4.2.1 Athletically Related Condition Prohibition. [A]** An institution may not set forth an athletically related condition (e.g., financial aid contingent upon specified performance or playing a specific position) that would permit the institution to reduce or cancel the student-athlete's financial aid during the period of the award if the conditions are not satisfied. *(Adopted: 1/16/93, Revised: 1/11/94, 8/7/14)*

**15.3.4.2.2 Decrease Not Permitted. [A]** An institution may not decrease a prospective student-athlete's or a student-athlete's financial aid from the time the prospective student-athlete or student-athlete signs the financial aid award letter until the conclusion of the period set forth in the financial aid agreement, except under the conditions set forth in Bylaw 15.3.4.1. *(Adopted: 1/11/94, Revised: 4/2/03 effective 8/1/03, 8/7/14)*

**15.3.4.3 Reduction or Nonrenewal Not Permitted -- After the Period of the Award. [A]** If a student-athlete receives athletically related financial aid in the academic year of initial full-time enrollment at the certifying institution, the

following factors shall not be considered in the reduction or nonrenewal of such aid for the following academic year or years of the student-athlete's five-year period of eligibility: *(Adopted: 1/17/15 effective 8/1/15)*

(a) A student-athlete's athletics ability, performance or contribution to a team's success (e.g., financial aid contingent upon specified performance or playing a specific position);

(b) An injury, illness, or physical or mental medical condition; or

(c) Any other athletics reason.

**15.3.5 Increase Permitted. [A]** Institutional financial aid may be increased for any reason at any time. *(Adopted: 1/11/94, Revised: 2/26/03, 4/23/08, 10/27/11 effective 8/1/12 awards may be executed before 8/1/12, 8/7/14, 1/17/15 effective 8/1/15)*

**15.3.6 Renewals and Nonrenewals. [A]**

**15.3.6.1 Institutional Obligation. [A]** The renewal of institutional financial aid based in any degree on athletics ability shall be made on or before July 1 prior to the academic year in which it is to be effective. The institution shall promptly notify in writing each student-athlete who received an award the previous academic year and who has eligibility remaining in the sport in which financial aid was awarded the previous academic year (under Bylaw 12.8) whether the grant has been renewed or not renewed for the ensuing academic year. Notification of financial aid renewals and nonrenewals must come from the institution's regular financial aid authority and not from the institution's athletics department. *(Revised: 1/10/95, 8/7/14)*

**15.3.6.2 Reconsideration of Nonrenewal. [A]** It is permissible for an institution that has notified a student-athlete that the student-athlete will not be provided institutional financial aid for the next academic year subsequently to award financial aid to the student-athlete. *(Revised: 8/7/14)*

# 15.5 Maximum Institutional Grant-in-Aid Limitations by Sport.

**15.5.1 Counters.** A student-athlete shall be a counter and included in the maximum awards limitations set forth in this bylaw under the following conditions: *(Revised: 6/10/04, 1/15/11 effective 8/1/11, 10/17/19)*

(a) **Athletics Aid.** A student-athlete who receives financial aid based in any degree on athletics ability shall become a counter for the year during which the student-athlete receives the financial aid; or

(b) **Educational Expenses -- Olympic Committee/National Governing Body.** A student-athlete who receives educational expenses awarded by the U.S. Olympic and Paralympic Committee or a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country) per Bylaw 15.2.6.5 shall become a counter for the year during which the student-athlete receives the aid.

**15.5.1.1 Football or Basketball, Varsity Competition.** In football or basketball, a student-athlete who was recruited (see Bylaw 15.02.9) by the awarding institution and who receives institutional financial aid (as set forth in Bylaw 15.02.5.2) granted without regard in any degree to athletics ability does not have to be counted until the student-athlete engages in varsity intercollegiate competition (as opposed to freshman, B-team, subvarsity, intramural or club competition) in those sports. *(Revised: 1/16/93 effective 8/1/93, 1/11/94, 6/20/04, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14)*

**15.5.1.1.1 Exception -- Receipt of Institutional Academic Aid Only.** In football or basketball, a student-athlete who was recruited (see Bylaw 15.02.9) by the awarding institution and whose only source of institutional financial aid is academic aid based solely on the recipient's academic record at the certifying institution, awarded independently of athletics interests and in amounts consistent with the pattern of all such awards made by the institution, may compete without counting in the institution's financial aid team limits, provided the student-athlete has completed at least one academic year of full-time enrollment at the certifying institution and has achieved a cumulative grade-point average of at least 3.000 (on a 4.000 scale) at the certifying institution. *(Adopted: 10/27/05 effective 8/1/06, Revised: 1/15/11 effective 8/1/11)*

**15.5.1.2 Undergraduate Four-Year College Transfers.** An undergraduate four-year college transfer student who receives or is issued athletically related financial aid in the academic year of initial, full-time enrollment at the certifying institution shall be a counter for the period of the award (see Bylaw 15.3.3.3). *(Adopted: 8/31/22 applicable to transfer student-athletes seeking eligibility during the 2023-24 academic year and thereafter, Revised: 1/11/23)*

**15.5.1.2.1 Exceptions.** An undergraduate four-year transfer student shall not be considered a counter for the subsequent academic year if: *(Adopted: 8/31/22 applicable to transfer student-athletes seeking eligibility during the 2023-24 academic year and thereafter, Revised: 11/14/22, 6/28/23, 10/4/23 effective 8/1/24)*

(a) The individual becomes medically disqualified pursuant to Bylaw 15.5.1.3;

(b) The individual transfers to another institution pursuant to Bylaw 14.5.2;

(c) The individual loses amateur status and is no longer eligible for intercollegiate competition in the applicable sport pursuant to Bylaw 12.1.2; or

(d) The individual voluntarily withdraws from the institution for nonathletically related reasons.

**15.5.1.2.1.1 Return to Institution.** If an undergraduate four-year transfer student-athlete who voluntarily withdraws for nonathletically related reasons reenrolls within the period of the original award (see Bylaw 15.3.3.3), the institution shall provide athletically related aid for the remainder of the period of the award. Such aid shall not count toward team limits unless the student-athlete practices or competes. If the student-athlete practices or competes, the institution shall be required to count the financial aid under the limitations of this bylaw in the sport in question during each academic year in which the financial aid was received since reenrollment. *(Adopted: 10/4/23 effective 8/1/24)*

**15.5.1.3 Counter Who Becomes Injured or Ill.** A counter who becomes injured or ill to the point that the individual apparently never again will be able to participate in intercollegiate athletics shall not be considered a counter beginning with the academic year following the incapacitating injury or illness.

**15.5.1.3.1 Incapacitating Injury or Illness.** If an incapacitating injury or illness occurs prior to a prospective student-athlete's or a student-athlete's participation in athletically related activities and results in the student-athlete's inability to compete ever again, the student-athlete shall not be counted within the institution's maximum financial aid award limitations for the current, as well as later, academic years. However, if the incapacitating injury or illness occurs on or after the student-athlete's participation in countable athletically related activities in the sport, the student-athlete shall be counted in the institution's maximum financial aid limitations for the current academic year but need not be counted in later academic years. *(Adopted: 1/10/91, Revised: 3/26/04, 9/18/07)*

**15.5.1.3.2 Change in Circumstances.** If circumstances change and the student-athlete subsequently practices or competes at the institution at which the incapacitating injury or illness occurred, the student-athlete again shall become a counter, and the institution shall be required to count that financial aid under the limitations of this bylaw in the sport in question during each academic year in which the financial aid was received. *(Revised: 4/26/01 effective 8/1/01)*

**15.5.1.4 Aid Not Renewed, Successful Appeal.** If an institution does not renew financial aid for a counter in a following year, and a hearing before the institution's regular financial aid authority results in a successful appeal for restoration of aid, the student-athlete shall continue to be a counter if the individual continues to receive athletically related financial aid. However, the student-athlete shall not be a counter if the student-athlete receives institutionally arranged or awarded, nonathletically related financial aid available to all students, provided such financial aid was granted or arranged without regard in any degree to athletics ability. If the student-athlete ever participates again in intercollegiate athletics at that institution, the student-athlete will be considered to have been a counter during each year the financial aid was received.

**15.5.1.5 Cancellation of Aid.** Once an individual becomes a counter in a head-count sport (see Bylaws 15.5.2, 15.5.4, 15.5.5, 15.5.6, 15.5.7 and 15.5.8), the individual normally continues as a counter for the remainder of the academic year. However, if the individual (other than an undergraduate four-year college transfer) voluntarily withdraws from the team prior to the first day of classes or before the first contest of the season (whichever is earlier) and releases the institution from its obligation to provide financial aid, the individual no longer would be considered a counter (see Bylaws 15.5.2.2 and 15.5.6.3.2). *(Revised: 11/14/22)*

**15.5.1.6 Eligibility Exhausted.** A student-athlete receiving institutional financial aid after having exhausted eligibility in a sport is not a counter in that sport in later academic years following completion of eligibility in the sport. The student-athlete must be otherwise eligible for the aid and is not permitted to take part in organized, institutional practice sessions in that sport unless the individual has eligibility remaining under the five-year rule. (See Bylaw 15.3.1 for eligibility for financial aid.) For this provision to be applicable to an undergraduate four-year college transfer, the individual shall not have eligibility remaining in the individual's five-year period of eligibility. *(Revised: 1/10/91, 11/14/22)*

**15.5.1.6.1 Cross Country/Track and Field.** A student-athlete who is awarded athletically related financial aid and who has exhausted eligibility in either cross country, indoor track and field, or outdoor track and field, but has eligibility remaining in any of the other sports, is not a counter in the cross country/track and field financial aid limitations, provided the student-athlete subsequently does not practice or compete in any of the sports in which the student-athlete has eligibility remaining during the academic year in which the aid was awarded. *(Adopted: 6/26/01 effective 8/1/01)*

**15.5.1.7 Student-Athlete Whose Five-Year Period of Eligibility Expires Midyear.** In sports in which performance from the nonchampionship and championship segments is considered for NCAA championship qualification

or selection, a student-athlete who receives athletically related financial aid is not a counter, provided: *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22)*

(a) The student-athlete's five-year period of eligibility will expire before the NCAA championship in the applicable sport (e.g., end of fall semester); and

(b) The student-athlete does not compete in the involved sport during that academic year.

For this provision to be applicable to an undergraduate four-year college transfer, the individual must have completed all requirements to receive a baccalaureate degree.

**15.5.1.8 Aid After Departure of Head Coach.** A student-athlete who receives athletically related institutional financial aid in academic years after the departure of a head coach from the institution is not a counter in a year in which the student-athlete does not participate in intercollegiate athletics, provided: *(Adopted: 4/29/10 effective 8/1/10, Revised: 4/26/17 effective 8/1/17, 5/1/19, 11/14/22, 6/28/23)*

(a) The student-athlete participated in the applicable sport and received athletically related institutional financial aid during the coach's tenure at the institution; and

(b) The student-athlete does not participate in the applicable sport beyond the next regular academic year (including completion of the championship season in spring sports) after the departure of the head coach.

**15.5.1.8.1 Subsequent Participation.** If the student-athlete subsequently participates in the applicable sport at the institution, the student-athlete shall become a counter for all years during which athletically related institutional aid was received. *(Adopted: 4/29/10 effective 8/1/10, Revised: 4/26/17 effective 8/1/17)*

**15.5.1.9 Aid After Student-Athlete Becomes Permanently Ineligible.** A student-athlete receiving institutional financial aid after becoming permanently ineligible due to a violation of NCAA regulations (e.g., amateurism legislation) may receive athletics aid during later academic years without counting in the institution's financial aid limitations, provided the student-athlete is otherwise eligible for the aid and does not practice or compete in intercollegiate athletics again. If circumstances change and the student-athlete practices or competes, the institution is required to count the financial aid received by the student-athlete during each academic year in which the aid was received (see Bylaw 15.3.1.4). *(Adopted: 1/11/94)*

**15.5.1.10 Summer-Term Aid.** Institutional financial aid received during a summer term is not countable in these limitations and does not make a student-athlete a counter.

**15.5.1.10.1 Exception -- Football.** In football, an individual who receives athletically related financial aid during a summer term prior to initial full-time enrollment at the certifying institution shall be an overall counter for the ensuing academic year. (See Bylaws 15.02.3 and 15.5.6.) *(Adopted: 1/14/12, Revised: 6/7/22, 10/4/23)*

**15.5.1.11 Offers Exceeding Maximum Allowable Awards.** An institution may offer more than the maximum number of permissible awards in a sport (per Bylaw 15.5) in anticipation that not all of the offers will be accepted, but the institution shall not exceed the awards limitation in the sport in question.

**15.5.2 Head-Count Sports Other Than Football and Basketball.**

**15.5.2.1 Maximum Limits.** An institution shall be limited in any academic year to the total number of counters (head count) in each of the following sports: *(Revised: 1/10/91 effective 8/1/92, 1/9/96 effective 8/1/96)*

Women's Gymnastics 12   Women's Tennis 8

Women's Volleyball   12

**15.5.2.2 Preseason Voluntary Withdrawal.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons or who has not withdrawn from the institution) who voluntarily withdraws from the team in a head-count sport other than football or basketball by providing the financial aid to another student who already has enrolled in the institution and is a member of the team. For this replacement to occur, the counter must withdraw prior to the first day of classes or before the first game of the season, whichever is earlier, and, for students other than an undergraduate four-year transfer, release the institution from its obligation to provide financial aid. The institution may not award the financial aid to another student-athlete in the academic term in which the aid was reduced or canceled. Further, if the financial aid is canceled before a regular academic term (e.g., preseason practice period), the aid may not be provided to another student-athlete during the ensuing academic term. *(Revised: 11/14/22, 10/4/23 effective 8/1/24)*

**15.5.2.3 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including

an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 10/4/23 effective 8/1/24)*

**15.5.2.4 Midyear Replacement -- Women's Volleyball.** In women's volleyball, the financial aid of a counter who graduates at midyear or who graduates during the previous academic year (including summer) may be provided to another student-athlete and the replaced student-athlete shall not be a counter for the remainder of that academic year. *(Adopted: 1/11/89, Revised: 1/16/10 effective 8/1/10, 11/14/22)*

**15.5.2.5 Midyear Graduate Replacement -- Women's Gymnastics and Women's Tennis.** In women's gymnastics and women's tennis, the financial aid of a counter who graduates at midyear with eligibility remaining and who does not return to the institution for the following academic term may be provided to another student-athlete. The replaced student-athlete shall not be a counter for the remainder of the academic year. *(Adopted: 4/26/07 effective 8/1/07, Revised: 11/14/22)*

**15.5.2.6 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.2.7 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.2.8 Replacement of an Ineligible Student-Athlete.** An institution may replace a counter (other than an undergraduate four-year college transfer) whose aid is canceled because the student-athlete was rendered ineligible for intercollegiate competition during a particular academic term (e.g., fall semester, winter quarter) by providing the financial aid to another student in the ensuing term (e.g., spring semester, spring quarter). *(Adopted: 4/26/17 effective 8/1/17, Revised: 11/14/22)*

## 15.5.3 Equivalency Sports.

### 15.5.3.1 Maximum Equivalency Limits.

**15.5.3.1.1 Men's Sports.** There shall be a limit on the value (equivalency) of financial aid awards (per Bylaw 15.02.5.2) that an institution may provide in an academic year to counters in the following men's sports: *(Revised: 1/10/91, 1/10/92, 1/16/93 effective 8/1/93, 4/26/07 effective 8/1/08)*

| | | | |
|---|---|---|---|
| Cross Country/Track and Field | 12.6 | Swimming and Diving | 9.9 |
| Fencing | 4.5 | Tennis | 4.5 |
| Golf | 4.5 | Volleyball | 4.5 |
| Gymnastics | 6.3 | Water Polo | 4.5 |
| Lacrosse | 12.6 | Wrestling | 9.9 |
| Rifle | 3.6 | | |
| Skiing | 6.3 | | |
| Soccer | 9.9 | | |

**15.5.3.1.1.1 Minimum Equivalency Value -- Men's Wrestling.** In men's wrestling, an institution shall provide each counter athletically related and other countable financial aid that is equal to or greater than 20 percent of an equivalency. *(Adopted: 6/30/22 effective 8/1/23 for student-athletes who initially enroll full time at a four-year collegiate institution on or after 8/1/23)*

**15.5.3.1.1.1.1 Exception -- Need-Based Athletics Aid Only.** In men's wrestling, an institution that awards athletically related aid based solely on demonstrated financial need, as determined for all students by the institution's financial aid office using methodologies that conform to federal, state and written institutional guidelines (including institutional financial aid that is considered athletically related financial aid based on the intervention of athletics department staff), is not subject to the 20 percent minimum equivalency value per counter. *(Adopted: 6/30/22 effective 8/1/23 for student-athletes who initially enroll full time at a four-year collegiate institution on or after 8/1/23)*

**15.5.3.1.1.1.2 Exception -- Final Two Years of Eligibility and Not Previously Aided.** An institution may provide less than 20 percent of an equivalency to a student-athlete, provided the student-athlete is in the final two years of eligibility and has not previously received athletically related financial aid in

men's wrestling at any collegiate institution. *(Adopted: 6/30/22 effective 8/1/23 for student-athletes who initially enroll full time at a four-year collegiate institution on or after 8/1/23)*

**15.5.3.1.2 Women's Sports.** There shall be a limit on the value (equivalency) of financial aid awards (per Bylaw 15.02.5.2) that an institution may provide in any academic year to counters in the following women's sports: *(Revised: 1/10/91, 1/10/92 effective 8/1/94, 1/16/93, 1/11/94 effective 9/1/94, 1/9/96 effective 8/1/96, 11/1/01 effective 8/1/02, 4/28/05 effective 8/1/05, 1/17/09 effective 8/1/09, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14, 6/23/20 effective 8/1/20, 4/26/23 effective 8/1/23, 1/10/24)*

| | | | |
|---|---|---|---|
| Acrobatics and Tumbling | 14 | Rugby | 12 |
| Bowling | 5 | Skiing | 7 |
| Cross Country/Track and Field | 18 | Soccer | 14 |
| Equestrian | 15 | Softball | 12 |
| Fencing | 5 | Stunt | 14 |
| Field Hockey | 12 | Swimming and Diving | 14 |
| Golf | 6 | Triathlon | 6.5 |
| Lacrosse | 12 | Water Polo | 8 |
| Rowing | 20 | Wrestling | 10 |

**15.5.3.1.3 Maximum Equivalency Limits -- Institutions That Sponsor Cross Country but Do Not Sponsor Track and Field.** There shall be a limit of five on the value (equivalency) of financial aid awards (per Bylaw 15.02.5.2) that an institution may provide in any academic year to counters in men's cross country, if the institution does not sponsor indoor or outdoor track and field for men. There shall be a limit of six on the value (equivalency) of financial aid awards (per Bylaw 15.02.5.2) that an institution may provide in any academic year to counters in women's cross country, if the institution does not sponsor indoor or outdoor track and field for women. *(Adopted: 1/10/91 effective 9/1/94, Revised: 1/9/96 effective 8/1/96)*

**15.5.3.1.4 Midyear Replacement -- Cross Country, Field Hockey, Soccer, Track and Field and Men's Water Polo.** In cross country, field hockey, soccer, track and field and men's water polo, financial aid equal to the countable financial aid provided to a counter who graduates at midyear or who graduates during the previous academic year (including summer) and has exhausted eligibility but remains enrolled at the institution may be provided to another student-athlete, who shall be a counter for the remainder of that academic year. Other financial aid provided to the student-athlete that would otherwise be countable is excluded from the team's maximum equivalency limits for the remainder of the academic year. *(Adopted: 1/22/20 effective 8/1/20, Revised: 11/14/22)*

**15.5.3.1.5 Voluntary Withdrawal From the Institution During the Academic Year -- Undergraduate Four-Year Transfer.** Financial aid equal to the countable financial aid provided to an undergraduate four-year transfer who voluntarily withdraws from the institution for nonathletically related reasons during the academic year may be provided to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 10/4/23 effective 8/1/24)*

**15.5.3.2 Equivalency Computations.** In equivalency sports, each institutional financial aid award (per Bylaw 15.02.5.2) to a counter shall be computed as follows: *(Revised: 1/10/90, 1/9/96 effective 8/1/96, 4/29/04 effective 8/1/04, 10/20/08, 1/17/15 effective 8/1/15)*

(a) Once a student becomes a counter, the institution shall count all institutional aid (per Bylaw 15.02.5.2) received up to the value of a full grant-in-aid. Exempted government grants per Bylaw 15.2.5 and exempted institutional aid per Bylaw 15.02.5.4 specifically are excluded from this computation.

(b) A fraction shall be created, with the amount received by the student-athlete (up to the value of a full grant-in-aid) as the numerator and the full grant-in-aid value for that student-athlete as the denominator based on the actual cost or average cost of a full grant for all students at that institution.

(c) The sum of all fractional and maximum awards received by counters shall not exceed the total limit for the sport in question for the academic year as a whole.

**15.5.3.2.1 Application to Autonomy Conferences. [A]** A member institution of one of the conferences named in Bylaw 9.2.2.1.1 shall use a full grant-in-aid in its equivalency computations as defined in Bylaw 15.02.6. The elements of a grant-in-aid are tuition and fees, living expenses, books, and other expenses related to attendance at the institution. *(Adopted: 1/17/15 effective 8/1/15, Revised: 7/31/23)*

**15.5.3.2.2 Application to Other Conferences.** A member institution of a conference other than those named in Bylaw 9.2.2.1.1 may use a full grant-in-aid in its equivalency computations as defined in Bylaw 15.02.6 or one that consists of tuition and fees, living expenses, and required course-related books, subject to the discretion of its conference pursuant to Bylaw 9.2.2.1.2.2. If the institution uses a full grant-in-aid that consists of tuition and fees, living expenses, and required course-related books, financial aid unrelated to athletics ability received by a student-athlete in excess of a full grant-in-aid shall not be included in the equivalency computation. *(Adopted: 1/17/15 effective 8/1/15, Revised: 7/31/23)*

**15.5.3.2.3 Additional Requirements.** The following additional requirements shall apply to equivalency computations: *(Revised: 10/20/08, 1/15/11, 10/18/11, 4/17/12 effective 8/1/12, 1/17/15 effective 8/1/15)*

(a) An institution may use either the actual cost or average cost of any or all the elements (other than books) of the equivalency calculation, provided the same method is used in both the numerator and denominator for each element. Either method (or different combinations of methods among elements) may be used for each student-athlete on the same team or for separate teams generally.

(b) In computing equivalencies for tuition and fees, it is not permissible to average the value of in-state and out-of-state tuition and fees to determine an average cost for tuition and fees.

(c) Books shall count for calculation purposes as $800 in the denominator. If a student-athlete receives any portion of a book allowance for the academic year, the institution must use $800 in the denominator and numerator for books, regardless of the actual cost of the books. If a student-athlete is enrolled for less than a full academic year (e.g., one semester, one or two quarters) and receives any portion of a book allowance, the institution must use the amount in the numerator that is proportionate to the number of terms of enrollment ($400 for semester systems, $534 or $267 for quarter systems).

**15.5.3.2.4 Exceptions.**

**15.5.3.2.4.1 Academic Honor Awards -- Based on High School Record.** Academic honor awards that are part of an institution's normal arrangements for academic scholarships, based solely on the recipient's high school record and awarded independently of athletics interests and in amounts consistent with the pattern of all such awards made by the institution, are exempt from an institution's equivalency computations, provided the recipient was ranked in the upper 10 percent of the high school graduating class or achieved a cumulative grade-point average of at least 3.500 (based on a maximum of 4.000) or a minimum ACT sum score of 105 or a minimum SAT score of 1200 (critical reading and math) for SAT tests taken before March 1, 2016; or a minimum SAT score of 1270 (critical reading and math) for tests taken on or after March 1, 2016, based on the concordance determined by the College Board. *(Adopted: 1/12/99 effective 8/1/99, Revised: 1/14/08 effective 8/1/08, 1/16/10 effective 8/1/10, 2/2/16)*

**15.5.3.2.4.1.1 Additional Requirements.** The following additional requirements shall be met: *(Adopted: 1/12/99 effective 8/1/99, Revised: 1/18/14 effective 8/1/14)*

(a) The awards may include additional, nonacademic criteria (e.g., interviews, essays, need analysis), provided the additional criteria are not based on athletics ability, participation or interests, and the awards are consistent with the pattern of all such awards provided to all students;

(b) No quota of awards shall be designated for student-athletes;

(c) Athletics participation shall not be required before or after collegiate enrollment;

(d) No athletics department staff member shall be involved in designating the recipients of such awards; and

(e) Any additional criteria shall not include athletics ability, participation or interests.

**15.5.3.2.4.1.2 Renewals.** The renewal of an academic honor award (per Bylaw 15.5.3.2.4.1) may be exempted from an institution's equivalency computation regardless of whether the recipient qualified for exemption in the initial academic year enrollment, provided: *(Adopted: 1/12/99 effective 8/1/99, Revised: 3/18/10)*

(a) The recipient achieves a cumulative grade-point average of at least 3.000 (based on a maximum of 4.000) at the certifying institution; and

(b) The recipient meets all NCAA, conference and institutional progress-toward-degree requirements.

**15.5.3.2.4.2 Academic Honor Awards -- Transfer Students.** Academic honor awards that are part of an institution's normal arrangements for academic scholarships, either based solely on the recipient's cumulative academic record from all collegiate institutions previously attended or based on the recipient's high school record and cumulative academic record from all collegiate institutions previously attended, awarded independently of

athletics interests and in amounts consistent with the pattern of all such awards made by the institution, may be exempted from a team's equivalency computation, provided the recipient achieved a cumulative transferable grade-point average of at least 3.000 (based on a maximum of 4.000). *(Adopted: 1/16/10 effective 8/1/10, Revised: 1/15/11 effective 8/1/11)*

**15.5.3.2.4.2.1 Calculation of Grade-Point Average.** Grades earned in all courses that are normally transferable to an institution shall be considered in determining the grade-point average for meeting this exception, regardless of the grade earned or whether such grade makes the course unacceptable for transferable-degree credit. *(Adopted: 1/16/10 effective 8/1/10)*

**15.5.3.2.4.2.2 Renewals.** The renewal of an academic honor award (per Bylaw 15.5.3.2.4.2) may be exempted from an institution's equivalency computation, provided: *(Adopted: 1/16/10 effective 8/1/10, Revised: 1/15/11 effective 8/1/11)*

(a) The recipient achieves a cumulative grade-point average of at least 3.000 (based on a maximum of 4.000) at the certifying institution; and

(b) The recipient meets all NCAA, conference and institutional progress-toward-degree requirements.

**15.5.3.2.4.3 Institutional Academic Scholarships.** Institutional academic scholarships that are part of an institution's normal arrangements for academic scholarships, based solely on the recipient's academic record at the certifying institution, awarded independently of athletics interests and in amounts consistent with the pattern of all such awards made by the institution, are exempt from an institution's equivalency computation, provided the recipient has completed at least one academic year of full-time enrollment at the certifying institution and has achieved a cumulative grade-point average of at least 3.000 (on a 4.000 scale) at the certifying institution. *(Adopted: 10/27/05 effective 8/1/06, Revised: 1/15/11 effective 8/1/11)*

**15.5.3.2.4.4 Academic Study Abroad Exception.** All countable financial aid of a student-athlete who is participating in a full-time study-abroad program pursuant to Bylaw 12.8.1.3 is exempt from an institution's equivalency computation. Countable financial aid in an amount equal to the countable financial aid provided to the participating student-athlete may be provided to a student who already has enrolled in the institution and is a member of the team for the term or terms of participation in the study-abroad program. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.3.2.4.5 Internship or Cooperative Educational Work Experience Program Exception.** All countable financial aid of a student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 is exempt from an institution's equivalency computation. Countable financial aid in an amount equal to the countable financial aid provided to the participating student-athlete may be provided to a student who already has enrolled in the institution and is a member of the team for the term or terms of participation in the internship or cooperative educational work experience program. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.3.2.5 Cancellation of Athletically Related Aid.** If a student-athlete is dismissed from or voluntarily withdraws from a team and the student-athlete's athletically related financial aid is canceled (see Bylaws 15.3.2.3, 15.3.4.2 and 15.3.4.1) during an academic term, all other countable financial aid the student-athlete receives during the remainder of the term is countable toward the student-athlete's equivalency for the academic year; however, the institution is not required to count other countable financial aid toward the student-athlete's equivalency during any remaining terms of the academic year. If a student-athlete is dismissed from or voluntarily withdraws from a team and the student-athlete's athletically related financial aid is canceled at the end of an academic term, the institution is not required to count other countable financial aid toward the student-athlete's equivalency during any remaining terms of the academic year. *(Adopted: 12/13/05)*

**15.5.4 Baseball Limitations.** There shall be an annual limit of 11.7 on the value of financial aid awards (equivalencies) to counters and an annual limit of 27 on the total number of counters in baseball. *(Adopted: 4/26/07 effective 8/1/08)*

**15.5.4.1 Minimum Equivalency Value.** An institution shall provide each counter athletically related and other countable financial aid that is equal to or greater than 25 percent of an equivalency. *(Adopted: 4/26/07 effective 8/1/08 for student-athletes who initially enroll full time at any four-year collegiate institution on or after 8/1/08, Revised: 8/9/07)*

**15.5.4.1.1 Exception -- Need-Based Athletics Aid Only.** In baseball, an institution that awards athletically related financial aid based solely on demonstrated financial need, as determined for all students by the institution's financial aid office using methodologies that conform to federal, state and written institutional guidelines (including institutional financial aid that is considered athletically related financial aid based on the intervention of athletics

department staff), is not subject to the 25 percent minimum equivalency value per counter. *(Adopted: 1/14/08 effective 8/1/08)*

**15.5.4.1.2 Exception -- Final Year of Eligibility and Not Previously Aided.** An institution may provide less than 25 percent of an equivalency to a student-athlete, provided the student-athlete is in the final year of eligibility and has not previously received athletically related financial aid in baseball at any collegiate institution. *(Adopted: 4/26/12 effective 8/1/12, Revised: 8/20/12)*

**15.5.4.2 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.4.3 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.4.4 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 10/4/23 effective 8/1/24)*

## 15.5.5 Basketball Limitations.

**15.5.5.1 Men's Basketball.** There shall be a limit of 13 on the total number of counters in men's basketball at each institution. *(Adopted: 1/10/91 effective 8/1/92, Revised: 4/27/00 effective 8/1/01, 11/1/01, 4/29/04 effective 8/1/04)*

**15.5.5.1.1 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.5.1.2 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.5.2 Women's Basketball.** There shall be an annual limit of 15 on the total number of counters in women's basketball at each institution. *(Adopted: 1/10/91 effective 8/1/92, Revised: 1/10/92 effective 8/1/93, 1/16/93)*

**15.5.5.2.1 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.5.2.2 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.5.3 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 10/4/23 effective 8/1/24)*

**15.5.5.4 Replacement of an Ineligible Student-Athlete.** An institution may replace a counter (other than an undergraduate four-year college transfer) whose aid is canceled because the student-athlete was rendered ineligible for intercollegiate competition during a particular academic term (e.g., fall semester, winter quarter) by providing the financial aid to another student in the ensuing term (e.g., spring semester, spring quarter). *(Adopted: 4/26/17 effective 8/1/17, Revised: 11/14/22)*

## 15.5.6 Football Limitations. [FBS/FCS]

**15.5.6.1 Bowl Subdivision Football. [FBS]** There shall be an annual limit of 85 on the total number of counters in football at each institution. *(Revised: 1/10/91 effective 8/1/92, 12/15/06, 10/4/23)*

**15.5.6.2 Championship Subdivision Football. [FCSD]** There shall be an annual limit of 63 on the value of financial aid awards (equivalencies) to counters and an annual limit of 85 on the total number of counters in football at each Football Championship Subdivision institution. *(Revised: 1/10/91 effective 8/1/92, 12/15/06, 10/4/23)*

**15.5.6.2.1 Exception -- Championship Subdivision. [FCS]** Championship subdivision football programs that meet the following criteria are exempt from the championship subdivision football counter requirements of Bylaws 15.5.1 and 15.5.6, regardless of multisport student-athletes who receive athletics aid in a sport other than football: *(Revised: 1/11/94 effective 8/1/94, 1/10/95, 10/31/02 effective 8/1/03, 12/15/06, 10/4/23)*

(a) In football, the institution awards financial aid only to student-athletes who demonstrate financial need, except loans, academic honor awards, nonathletics achievement awards, or certain aid from outside sources may be provided without regard to financial need;

(b) The institution uses methodologies for analyzing need that conform to federal, state and written institutional guidelines. The methodologies used to determine the need of a student-athlete must be consistent with the methodologies used by the institution's financial aid office for all students; and

(c) The composition of the financial aid package offered to football student-athletes is consistent with the policy established for offering financial assistance to all students. The financial aid packages for football student-athletes also shall meet the following criteria:

(1) The institution shall not consider athletics ability as a criterion in the formulation of any football student-athlete's financial aid package; and

(2) The procedures used to award financial aid to football student-athletes must be the same as the existing financial aid procedures used for all students at the institution.

**15.5.6.3 Exceptions. [FBS/FCS]**

**15.5.6.3.1 Midyear Replacement. [FBS/FCS]** The financial aid of a counter who graduates at midyear or who graduates during the previous academic year (including summer) may be provided to another student-athlete and the replaced student-athlete shall not be a counter for the remainder of that academic year. In bowl subdivision football, an institution may use the midyear replacement exception only if it previously has provided financial aid during that academic year to the maximum number of overall counters (85 total counters). In championship subdivision football, an institution may use the midyear replacement exception only if it previously has provided financial aid during that academic year that equals the maximum number of overall equivalencies or overall counters. *(Revised: 4/20/99 effective 8/1/99, 6/8/99, 4/26/01 effective 8/1/01, 8/2/05, 12/15/06, 1/14/08 effective 8/1/08, 4/2/10, 1/15/11, 11/14/22, 10/4/23)*

**15.5.6.3.2 Preseason Voluntary Withdrawal.** An institution may replace a counter (other than an undergraduate four-year college transfer who withdraws for athletically related reasons or who has not withdrawn from the institution) who voluntarily withdraws from the football team by providing the financial aid to another student who already has enrolled in the institution and is a member of the football squad. For this replacement to occur, the counter must withdraw prior to the first day of classes or the first game of the season, whichever is earlier, and, for students other than an undergraduate four-year transfer, provide the institution with a signed statement releasing the institution from its obligation to provide institutional financial aid and verifying the voluntary nature of the withdrawal. The institution may immediately (beginning with the fall term) award the financial aid to a student-athlete who has been a member of the team for at least one academic year and has not previously received athletically related financial aid. A student-athlete who has not been a member of the team for at least one academic year may not receive the financial aid during the fall term, but may receive it in an ensuing term (e.g., spring semester, winter quarter). *(Revised: 4/28/05 effective 8/1/05, 11/14/22, 1/18/24 effective 8/1/24)*

**15.5.6.3.3 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year college transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. If the departing student-athlete is not an undergraduate four-year transfer, the replaced student-athlete's aid may be canceled upon the institution's receipt of a signed statement from the student-athlete releasing the institution from its obligation to provide institutional financial aid and verifying the voluntary nature of the withdrawal. If such a statement is received, a hearing opportunity (per Bylaw 15.3.2.3) is not required. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 1/18/24 effective 8/1/24)*

**15.5.6.3.4 Replacement of an Ineligible Student-Athlete. [FBS/FCS]** An institution may replace a counter (other than an undergraduate four-year college transfer) whose aid is canceled because the student-athlete was rendered

ineligible for intercollegiate competition during a particular academic term (e.g., fall semester, winter quarter) by providing the financial aid to another student in the ensuing term (e.g., spring semester, spring quarter). *(Adopted: 4/26/17 effective 8/1/17, Revised: 11/14/22)*

**15.5.6.3.5 Academic Study Abroad Replacement. [FBS/FCS]** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.6.3.6 Internship or Cooperative Educational Work Experience Program Replacement. [FBS/FCS]** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.6.3.7 Sprint Football. [FBS/FCS]** Participants in sprint football programs who do not participate in the institution's regular varsity intercollegiate program shall not be counted in the institution's financial aid limitations.

**15.5.7 Ice Hockey Limitations.** There shall be an annual limit of 18 on the value of financial aid awards (equivalencies) to counters and an annual limit of 30 on the total number of counters in ice hockey at each institution. *(Adopted: 1/16/93 effective 8/1/93)*

**15.5.7.1 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.7.2 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.7.3 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 10/4/23 effective 8/1/24)*

**15.5.8 Women's Beach Volleyball Limitations.**

**15.5.8.1 Institutions That Sponsor Women's Beach Volleyball and Women's Volleyball.** If an institution sponsors women's beach volleyball and women's volleyball, there shall be an annual limit of six on the value of financial aid awards (equivalencies) provided to counters and an annual limit of 14 on the total number of counters in women's beach volleyball. *(Adopted: 1/15/11 effective 8/1/11)*

**15.5.8.2 Institutions That Sponsor Women's Beach Volleyball but Do Not Sponsor Women's Volleyball.** If an institution does not sponsor women's volleyball, there shall be an annual limit of eight on the value of financial aid awards (equivalencies) provided to counters and an annual limit of 14 on the total number of counters in women's beach volleyball. *(Adopted: 1/15/11 effective 8/1/11)*

**15.5.8.3 Academic Study Abroad Replacement.** A student-athlete who is participating in a full-time study abroad program pursuant to Bylaw 12.8.1.3 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.8.4 Internship or Cooperative Educational Work Experience Program Replacement.** A student-athlete who is participating in a full-time internship or cooperative educational work experience program pursuant to Bylaw 12.8.1.4 may be replaced as a counter for the term or terms of participation by a student who already has enrolled in the institution and is a member of the team. *(Adopted: 1/19/17 effective 8/1/17)*

**15.5.8.5 Voluntary Withdrawal From the Institution During the Academic Year.** An institution may replace a counter (other than an undergraduate four-year transfer who withdraws for athletically related reasons) who voluntarily withdraws from the institution during the academic year by providing the financial aid to another student-athlete, including an incoming student-athlete, beginning with the ensuing term (e.g., spring semester, winter or spring quarter) without making the second student-athlete a counter for the remainder of that academic year. *(Adopted: 4/25/18 effective 8/1/18, Revised: 11/14/22, 10/4/23 effective 8/1/24)*

**15.5.9 Multisport Participants.**

**15.5.9.1 Football. [FBS/FCS]** In football, a counter who was recruited (per Bylaw 15.02.9) and/or offered financial aid to participate in football and who participates (practices or competes) in football and one or more sports (including basketball) shall be counted in football. A counter who was not recruited (per Bylaw 15.02.9) and/or offered financial aid to participate in football and who competes in football and one or more sports (including basketball) shall be counted in football. *(Revised: 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 1/15/11 effective 8/1/11)*

> **15.5.9.1.1 Championship Subdivision Football Exception. [FCS]** A counter who practices or competes in football at a Football Championship Subdivision institution that elects to use the football counter exception set forth in Bylaw 15.5.6.2.1 and who practices or competes in another sport and receives countable financial aid in another sport shall be counted in the institution's financial aid limitations in the other sport. *(Adopted: 1/10/95, Revised: 12/15/06, 10/4/23)*

**15.5.9.2 Basketball.** A counter who practices or competes in basketball and one or more other sports (other than football) shall be counted in basketball.

**15.5.9.3 Men's Ice Hockey.** A counter who practices or competes in men's ice hockey and one or more other sports (other than football or basketball) shall be counted in men's ice hockey. *(Adopted: 1/16/93 effective 8/1/93)*

**15.5.9.4 Men's Swimming and Diving/Men's Water Polo.** A counter who practices or competes in both men's swimming and diving and men's water polo shall be counted in men's swimming and diving, unless the individual counts in football or basketball.

**15.5.9.5 Women's Volleyball.** A counter who practices or competes in women's volleyball and one or more other sports (other than basketball) shall be counted in women's volleyball.

> **15.5.9.5.1 Participation in Women's Volleyball in Second Year of Enrollment After Counter Status in Women's Beach Volleyball in First Year of Enrollment.** A student-athlete who was a counter in women's beach volleyball during the student-athlete's initial year of full-time enrollment at the certifying institution and participates (practices and competes) in women's volleyball during the student-athlete's second year of full-time enrollment at the certifying institution shall be a counter in women's volleyball for the student-athlete's initial year of full-time enrollment at the certifying institution. *(Adopted: 1/15/11 effective 8/1/11)*

**15.5.9.6 Two-Year Exception.** If an individual has participated in a sport other than basketball or women's volleyball for two years or more since the individual's initial collegiate enrollment and would be involved only in basketball or women's volleyball practice sessions, such a student would not become a counter in those sports until the student actually competes as a member of the institution's intercollegiate team, at either the varsity or junior varsity level. *(Revised: 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 1/9/06 effective 8/1/06)*

**15.5.9.7 Other Sports.** Except as otherwise provided in this section, a counter who participates in two or more sports shall be counted in one of the sports but shall not be counted in the others.

> **15.5.9.7.1 Requirement to Qualify as Multisport Athlete.** To be considered a multisport athlete under this section, an individual must meet all of the following requirements: *(Revised: 1/15/11 effective 8/1/11)*
>
> (a) The individual shall report and participate fully in regularly organized practice with each squad;
>
> (b) The individual shall participate where qualified in actual competition in each sport;
>
> (c) The individual shall be a member of each squad for the entire playing and practice season; and
>
> (d) If a recruited student-athlete (per Bylaw 15.02.9), the individual shall have been earnestly recruited to participate in the sport in which financial aid is counted (the institution recruiting the student-athlete shall have a reasonable basis to believe that the student-athlete is capable of participating in the institution's varsity intercollegiate program in that sport, including documentation of a record of previous participation in organized competition in the sport that supports the student-athlete's potential to participate in that sport in varsity intercollegiate competition).

**15.5.10 Changes in Participation.** If a student-athlete changes sports during an academic year, the student-athlete's financial aid shall be counted in the maximum limitations for the first sport for the remainder of the academic year. If the student-athlete continues to receive financial aid, the award shall be counted the next academic year against the maximum limitations in the second sport. *(Revised: 4/3/02, 10/4/23)*

**15.5.11 Squad List.**

> **15.5.11.1 Eligibility Requirement.** To be eligible to represent an institution in intercollegiate athletics competition, a student-athlete shall be included on the institution's squad-list form. **[D]**

**15.5.11.2 Squad-List Form.** The institution shall compile a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the categories listed (see Bylaw 12.10.2). **[D]** *(Revised: 11/1/07 effective 8/1/08, 7/30/10, 1/18/14 effective 8/1/14, 8/7/14)*

**15.5.11.2.1 Procedures.** The following procedures shall be used for the squad list: **[D]** *(Revised: 1/9/06 effective 8/1/06, 7/30/10, 1/18/14 effective 8/1/14)*

(a) The form shall be available for examination upon request by an authorized representative of another member institution, the NCAA, and, if the institution is a member of a conference, an authorized representative of the conference;

(b) A supplementary form may be filed to add names of persons not initially on the squad or to indicate a change of status;

(c) A student-athlete's name must be on the official institutional form to qualify to represent the institution in intercollegiate athletics; and

(d) The athletics director (or designee, who may not be a coaching staff member) shall sign the form for each sport. The head coach in each sport shall sign the form for the applicable sport.

**15.5.11.3 Drug-Testing Consent-Form Requirement.** Any student-athlete who signs a drug-testing consent form must be included on the institution's squad-list form, and any student-athlete who is included on the squad-list form must have signed a drug-testing consent form pursuant to Bylaw 12.7.3. **[D]** *(Adopted: 1/10/92 effective 8/1/92)*

**15.5.11.3.1 Exception -- 14-Day Grace Period.** An institution is not required to place a student-athlete who is trying out for a team on the squad-list form for 14 days from the first date the student engages in countable athletically related activities or until the institution's first competition, whichever occurs earlier. *(Adopted: 4/28/05)*

# FIGURE 15-1
## Financial Aid Limitations

**Note**: The individual financial aid limitation applies to all student-athletes. Only aid received by a counter must be certified to determine whether the aid is countable against the team financial aid limitation. A counter is a student-athlete who receives institutional financial aid based in any degree on athletics, athletically related aid from a continuing and established program exceeding $1,000 that does not meet the legislated criteria, educational expenses from an Olympic committee or national governing body, or for recruited football or basketball student-athletes who compete in varsity competition, _any_ form of institutional or institutionally administered financial aid (e.g., institutionally administered government grants) unless otherwise exempt. An undergraduate four-year transfer who receives athletically related financial aid shall be a counter for the period of award (see Bylaw 15.3.3.3).

| | Citation | Individual Limitation[1] | Team Limitation[2] |
|---|---|---|---|
| **Institutional Athletics Aid** | | | |
| Aid based on athletics ability | 15.02.5.1 15.02.5.2-(a) 15.1.2 | Yes | Yes[4] |
| Summer school financial aid | 15.2.8 | Yes[3] | No |
| Student Assistance Fund | 15.01.6.1 | No | No |
| Postgraduate Scholarship | 15.02.5.4-(d) | Yes | No |
| **Institutional Awards, Nonathletic** | | | |
| Aid Based Solely Upon Financial Need | 15.02.5.4-(a) | Yes | No |
| Academic Honor Awards<br>Based on high school record (and renewal)<br>Transfer students (and renewal) | 15.5.3.2.4.1<br>15.5.3.2.4.2 | Yes<br>Yes | No<br>No |
| Institutional Academic Scholarships<br>Based on record at the institution | 15.5.3.2.4.3 | Yes | No |
| Academic award, nondiscretionary | 15.02.5.4-(b) | Yes | No |
| Research grants and honorary academic awards | 15.02.5.4-(c)<br>15.02.7 | Yes<br>Yes | No<br>No |
| Employee Tuition Benefit or Tuition Waiver | 15.02.5.2-(a) | Yes | No[5] |
| Other forms of institutional financial aid<br>(e.g., leadership and community service awards) | 15.02.5.2-(a) | Yes | Yes |
| **Outside Scholarship Programs** | | | |
| Outside aid for educational purposes, unrelated to athletics ability | 15.2.6.2 | Yes | No |
| Outside aid for educational purposes, related to athletics ability - up to $1,000 | 15.2.6.3 | Yes | No |

| | | | |
|---|---|---|---|
| Outside aid for educational purposes, related to athletic ability – exceeds $1,000, meets criteria | 15.2.6.4 | Yes | No |
| Outside aid for educational purposes, related to athletics ability – exceeds $1,000 and does not meet criteria | 15.2.6.4 | Yes | Yes[4] |
| **State and Federal Awards and Benefits** | | | |
| Government grants, institutionally administered, unspecified | 15.02.5.2-(b) 15.1.2-(a) | Yes | Yes |
| Government grants, institutionally administered, specified | 15.02.5.4 | Yes | No |
| Government grants, not institutionally administered, specified | 15.02.5.5 15.2.5.1 | No | No |
| Government grants, not institutionally administered, unspecified and unrelated to athletics | 15.1.2-(a) 15.2.5 | Yes | No |
| Pell Grant | 15.1.1 15.2.5 | Yes[6] | No |
| **Loans and Educational Savings Accounts** | | | |
| Parent/guardian contribution | 15.2.6.1 | No | No |
| Loan, legitimate, repayment schedule | 15.1.2-(f) | No | No |
| **Compensation** | | | |
| Educational Expenses—USOC or NGB | 15.2.6.5 15.5.1-(b) | Yes | Yes[4] |
| Operation Gold Grant | 15.02.5.6 | No | No |

[1] The value of the cost of attendance as defined by Bylaw 15.02.2. See also Bylaw 15.1.

[2] See Bylaw 15.5 for the team financial aid limitation of a particular sport.

[3] The individual limitation for the applicable summer term only.

[4] Results in counter status. All other aid received by the recipient must be evaluated to determine whether the award is countable toward team financial aid limits. See also Bylaw 15.5.1.1.

[5] Exempt if the student-athlete's parent or guardian has been employed as a full-time employee or staff member by the institution for at least five years.

[6] Pell recipients may receive financial aid equivalent to cost of attendance or the value of a full grant-in-aid plus the Pell Grant, whichever is greater.

[7] Compensation for athletics performance (i.e., pay-for-play) renders a student-athlete ineligible for intercollegiate competition.

## FIGURE 15-2
### How to Determine a Counter
### (Students Other Than Undergraduate Four-Year Transfers)



1. Per Bylaw 15.02.9.

2. In football, an individual who receives athletically related financial aid during the summer prior to initial full-time enrollment at the certifying institution shall be an initial and overall counter for the ensuing academic year (Bylaw 15.5.1.9.1).

3. Recruited student-athlete (per Bylaw 15.02.9) who is a varsity football or basketball team member but does not compete: Financial aid must be unrelated to athletics ability (Bylaw 15.5.1.1).

4. Recruited student-athlete (per Bylaw 15.02.9) participating in sport other than football or basketball: Financial aid must be unrelated to athletics ability.

5. Nonrecruited student-athlete (see Bylaw 15.02.9) participating in any sport: Financial aid must be unrelated to athletics ability.

6. Includes athletically related financial aid from an established and continuing program that exceeds $1,000 and does not meet the criteria outlined in Bylaw 15.2.6.4, and educational expenses from an Olympic committee or national governing body (per Bylaw 15.2.6.5).

## FIGURE 15-3
### Where To Count Student-Athletes Who Participate in More Than One Intercollegiate Sport

**DIRECTIONS:**

Start at 1, football, and keep going until you reach a sport in which the student-athlete participates. Count the student-athlete in that sport.

Note the alternatives for men's water polo. If a student-athlete participates in men's water polo and men's swimming and diving, the student-athlete is counted in men's swimming and diving. If the student-athlete participates in men's water polo and any sport except football, men's basketball, men's ice hockey and men's swimming and diving, the student-athlete may be counted in either sport. If the student-athlete participates in men's swimming and diving and any other sport except football, men's basketball, men's ice hockey and men's water polo, the student-athlete may be counted in either sport.

For student-athletes who practice in basketball or women's volleyball but do not compete on a junior varsity or varsity team, see the two-year exception in Bylaw 15.5.9.6.

```
                                    ┌──────────────────┐
                                    │ 1. FOOTBALL*     │
                                    └──────────────────┘
                                             │
                                    ┌──────────────────┐
                                    │ 2. BASKETBALL    │
                                    └──────────────────┘
                                             │
                                    ┌──────────────────┐
                                    │ 3. MEN'S         │
                                    │    ICE HOCKEY    │
                                    └──────────────────┘
                                             │
                                    ┌──────────────────┐
                                    │ 4. WOMEN'S       │
                                    │    VOLLEYBALL    │
                                    └──────────────────┘
                                             │
          ┌──────────────────┐   and   ┌──────────────────┐
          │ 5. MEN'S         │────────▶│ 5. MEN'S         │
          │    WATER POLO    │  Count  │    SWIMMING      │
          └──────────────────┘         └──────────────────┘
                  │ and                  │ and
          ┌──────────────────┐         ┌──────────────────┐
          │ ALL OTHER        │         │ ALL OTHER        │
          │ SPORTS           │         │ SPORTS           │
          │ NOT IN 1-5       │         │ NOT IN 1-5       │
          └──────────────────┘         └──────────────────┘
                  │          ┌──────────────────┐         │
                  └─────────▶│ COUNT IN ANY     │◀────────┘
                             │ ONE SPORT        │
                             └──────────────────┘
```

*In football, a counter who was not recruited (per Bylaw 15.02.9) and/or offered financial aid to participate in football and who competes in football and one or more sports (including basketball) must be counted in football (see Bylaw 15.5.9.1).

# Awards, Benefits and Expenses for Enrolled Student-Athletes

## 16.01 General Principles. [A]

**16.01.1 Application of Bylaw 16 to Specific and Limited Extenuating Circumstances. [A]** For specific and limited extenuating circumstances, an institution is authorized to provide benefits and expenses for a student-athlete's personal health, safety and well-being. An institution should collaborate with applicable institutional financial aid, medical, legal and risk management personnel to determine how to best address individual student-athlete needs and corresponding institutional considerations. *(Adopted: 8/3/22)*

**16.01.2 Eligibility Effect of Violation. [A]** A student-athlete shall not receive any extra benefit. Receipt by a student-athlete of an award, benefit or expense allowance not authorized by NCAA legislation renders the student-athlete ineligible for athletics competition in the sport for which the improper award, benefit or expense was received. If the student-athlete receives an extra benefit not authorized by NCAA legislation, the individual is ineligible in all sports.

**16.01.2.1 Restitution for Receipt of Impermissible Benefits. [A]** Unless otherwise noted, for violations of Bylaw 16 in which the value of the benefit is $200 or less, the eligibility of the student-athlete shall not be affected conditioned upon the student-athlete repaying the value of the benefit to a charity of the student-athlete's choice. The student-athlete, however, shall remain ineligible from the time the institution has knowledge of receipt of the impermissible benefit until the student-athlete repays the benefit. For violations of Bylaw 16 in which there is no monetary value to the benefit, violations shall be considered institutional violations per Bylaw 8.01.3; however, such violations shall not affect the student-athlete's eligibility. *(Adopted: 11/1/01, Revised: 8/5/04, 1/19/18)*

## 16.02 Definitions and Applications. [A]

**16.02.1 Award. [A]** An award is an item given in recognition of athletics participation or performance. Such awards are subject to the limitations set forth in Bylaw 16.1.

**16.02.2 Excessive Expense. [A]** An excessive expense is one not specifically authorized under regulations of the Association concerning awards, benefits and expenses.

**16.02.3 Extra Benefit. [A]** An extra benefit is any special arrangement by an institutional employee or representative of the institution's athletics interests to provide a student-athlete or the student-athlete family member or friend a benefit not expressly authorized by NCAA legislation. Receipt of a benefit by student-athletes or their family members or friends is not a violation of NCAA legislation if it is demonstrated that the same benefit is generally available to the institution's students or their family members or friends or to a particular segment of the student body (e.g., international students, minority students) determined on a basis unrelated to athletics ability. *(Revised: 1/10/91, 1/19/13 effective 8/1/13)*

**16.02.4 Family Member. [A]** For purposes of Bylaw 16, a family member is an individual with any of the following relationships to a student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the student-athlete is the practical equivalent of a family relationship. *(Adopted: 1/19/13 effective 8/1/13)*

**16.02.5 Pay. [A]** Pay is the receipt of funds, awards or benefits not permitted by governing legislation of the Association for participation in athletics. (See Bylaw 12.1.2.1 for explanation of forms of pay prohibited under the Association's amateur-status regulations.)

**16.02.6 Significant Other. [A]** A significant other is a spouse, fiancé or fiancée, domestic partner, or any individual whose relationship to an identified individual (e.g., prospective student-athlete, coach, student-athlete) is the practical equivalent of a spouse. *(Adopted: 1/19/18)*

## 16.1 Awards. [A]

### 16.1.1 Application of Awards Legislation. [A]

**16.1.1.1 Awards Received for Participation While not Representing the Institution. [A]** Awards received by an individual for participation in competition while not representing the institution shall conform to the rules of the amateur sports organization that governs the competition, but may not include cash (or cash equivalents) that exceeds actual and necessary expenses (see Bylaw 12.1.2.4). *(Revised: 1/19/13 effective 8/1/13, 8/7/14)*

**16.1.1.2 Awards Received for Participation While Representing the Institution. [A]** The awards limitations of Bylaw 16.1 apply to awards received by a student-athlete for participation in competition while representing the student-athlete's institution. Such awards may not include cash or cash equivalents, gift certificates or gift cards that are redeemable for cash (original amount or any balance thereof), or a country club or sports club membership. **[R]** *(Revised: 4/28/10, 1/19/13 effective 8/1/13, 8/7/14)*

**16.1.2 Uniformity of Awards. [A]** Awards presented by a member institution, conference or other approved agency must be uniform for all team members receiving the award. **[R]** *(Revised: 8/7/14)*

**16.1.3 Transfer of Nonpermissible Award. [A]** Cash or any other award that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency (e.g., a collegiate institution). *(Revised: 8/7/14)*

**16.1.4 Types of Awards, Awarding Agencies, Maximum Value and Numbers of Awards. [A]** Athletics awards given to individual student-athletes shall be limited to those approved or administered by the member institution, its conference or an approved agency as specified in the following subsections and shall be limited in value and number as specified in this section. Awards received for intercollegiate athletics participation may not be sold, exchanged or assigned for another item of value, even if the student-athlete's name or picture does not appear on the award. Each of the following subsections is independent of the others so that it is permissible for an individual student-athlete to receive the awards described in all subsections. **[R]** *(Revised: 9/12/03, 8/7/14)*

**16.1.4.1 Participation Awards. [A]** Awards for participation in intercollegiate athletics may be presented each year, limited in value and number as specified in Figure 16-1. **[R]** *(Revised: 4/25/02 effective 8/1/02, 3/8/12, 1/19/13 effective 8/1/13, 8/7/14, 1/10/24)*

**16.1.4.1.1 Senior Scholar-Athlete Award. [A]** An institution may provide a maximum of two senior scholar-athlete awards each year to graduating seniors. The award may consist of a tangible item valued at not more than $175 and a postgraduate scholarship not to exceed $10,000. The postgraduate scholarship shall be used for graduate studies at the recipient's choice of institution and shall be disbursed directly to that institution. Such a scholarship only may be awarded to a student-athlete who has completed the requirements for a baccalaureate degree. A student-athlete who has received an institutional postgraduate scholarship as part of a senior scholar-athlete award shall no longer be eligible to participate in intercollegiate athletics, except that the student may complete the remainder of any season currently in progress at the time of the award (e.g., postseason competition in the spring sport that occurs after graduation). **[R]** *(Adopted: 4/25/02, Revised: 6/1/06, 1/14/08, 8/7/14)*

**16.1.4.1.2 Special Event Participation Awards Based on Level of Achievement. [A]** Special event participation awards may include awards that are based on a level of achievement (e.g., all-tournament award, finalist award, place-finish award) in the event, provided the awards are uniform within each level and the combined value of all awards received for participation in the particular type of special event (e.g., conference championship; other established meets, tournaments and featured individual competition) does not exceed the maximum permissible value of such awards (see Figure 16-1). *(Adopted: 1/10/13, Revised: 8/7/14)*

**16.1.4.2 Awards for Winning Conference and National Championships. [A]** Awards for winning an individual or team conference or national championship may be presented each year, limited in value and number as specified in Figure 16-2. The total value of any single award received for a national championship may not exceed $415. The total value of any single award received for a conference championship may not exceed $325, and each permissible awarding agency is subject to a separate $325 limit per award. Each permissible awarding agency may provide only a single award for each championship to each student-athlete. Separate awards may be presented to both the regular-season conference champion and the postseason conference champion (with a separate $325 limitation), but if the same institution wins both the regular-season and postseason conference championship, the combined value of both awards shall not exceed $325. **[R]** *(Revised: 4/25/02 effective 8/1/02, 8/7/14, 1/10/24)*

**16.1.4.3 Special Achievement Awards. [A]** Awards may be provided each year to individual student-athletes and teams to recognize special achievements, honors and distinctions, limited in value and number as specified in Figure 16-3. **[R]** *(Revised: 4/25/02 effective 8/1/02, 8/7/14)*

**16.1.4.4 Local Civic Organization. [A]** A local civic organization (e.g., Rotary Club, Touchdown Club) may provide awards to a member institution's team(s), provided such awards are approved by the institution and are counted in the institution's limit for institutional awards. **[R]** *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 6/11/09, 8/7/14)*

**16.1.4.5 Academic or Graduation Awards or Incentives. [A]** The NCAA, a conference or an institution may provide a student-athlete an academic or graduation award or incentive that has a value up to the maximum value of awards

an individual student-athlete could receive in an academic year in participation, championship and special achievement awards (combined) listed in Figures 16-1, 16-2, and 16-3. *(Adopted: 8/12/20, Revised: 10/6/21)*

**16.1.5 Purchase Restrictions. [A]**

**16.1.5.1 Assignment of Normal Retail Value. [A]** Normal retail value shall be assigned as the value of an award when determining whether an award meets specified value limits, even when a member institution receives institutional awards from an athletics representative or organization free of charge or at a special reduced rate. Normal retail value is the cost to the institution that is based solely on volume and is available to all purchasers of a similar volume and that does not involve an obligation to make additional purchases to enable the supplier to recover the costs for the original purchase. *(Adopted: 1/16/93, Revised: 8/7/14)*

**16.1.5.2 Supplementary-Purchase Arrangement. [A]** An institution may not enter into a supplementary-purchase arrangement with an awards supplier whereby the supplier agrees to sell an award (e.g., a watch or ring) at a price below the maximum amount specified by NCAA legislation with the understanding that the institution will make additional purchases of other unrelated items to enable the supplier to recover the costs for the original purchase. Such an arrangement would exceed the specific-value limitations placed on permissible awards. **[R]** *(Revised: 8/7/14)*

**16.1.5.3 Combining Values. [A]** An institution may not combine the value limits of awards given in a sport during the same season, or given to athletes who participate in more than one sport, to provide an award more expensive than permissible under separate application to some or all of its participating student-athletes. **[R]** *(Revised: 8/7/14)*

**16.1.5.4 Student-Athlete Contribution to Purchase. [A]** The value of an award may not exceed specified value limits, and a student-athlete may not contribute to its purchase in order to meet those limits. **[R]** *(Revised: 8/7/14)*

**16.1.6 Institutional Awards Banquets. [A]** An institution may conduct awards banquets to commemorate the athletics and/or academic accomplishments of its student-athletes. *(Revised: 1/9/96 effective 8/1/96, 8/7/14)*

**16.1.6.1 Booster Club Recognition Banquet. [A]** One time per year, an institution's athletics booster club may finance an intercollegiate team's transportation expenses to a recognition banquet, provided all expenses are paid through the institution's athletics department, the location of the event is not more than 100 miles from the campus and no tangible award is provided to members of the team. **[R]** *(Revised: 1/9/96 effective 8/1/96, 8/7/14)*

**16.1.7 Expenses to Receive Noninstitutional Awards. [A]** A conference, an institution, the U.S. Olympic and Paralympic Committee, a national governing body (or the international equivalents) or the awarding agency may provide actual and necessary expenses for a student-athlete to receive a noninstitutional award or recognition for athletics or academic accomplishments. Actual and necessary expenses may be provided for the student-athlete's family members to attend the recognition event or awards presentation. **[R]** *(Adopted: 1/19/13 effective 8/1/13, Revised: 8/7/14, 10/17/19)*

# 16.2 Complimentary Admissions and Ticket Benefits. [A]

**16.2.1 Permissible Procedures. [A]**

**16.2.1.1 Institutional Events in the Student-Athlete's Sport. [A]** An institution may provide four complimentary admissions per home or away intercollegiate athletics event to a student-athlete in the sport in which the individual participates (either practices or competes), regardless of whether the student-athlete competes in the contest. Such complimentary admissions are for the use of the individuals designated by the student-athlete and may be issued through digital ticketing or a pass list on an individual-game basis. **[R]** *(Revised: 8/7/14, 8/3/22)*

**16.2.1.1.1 Exception -- Postseason Events. [A]** An institution may provide each student-athlete who participates in or is a member of a team participating in a postseason event (e.g., conference championship, NCAA championship, National Invitation Tournament, bowl game) with six complimentary admissions to all intercollegiate athletics events at the site at which the student (or team) participates. *(Adopted: 1/9/96 effective 8/1/96, Revised: 11/1/01 effective 8/1/02, 1/17/09 effective 8/1/09, 8/7/14)*

**16.2.1.1.2 Tournaments. [A]** Complimentary admissions may be provided to members of the institution's team for all intercollegiate athletics events in a tournament in which the team is participating, rather than only for the games in which the institution's team participates. However, the contests must be at the site at which the institution's team participates. *(Revised: 8/7/14)*

**16.2.1.2 Institution's Home Events in Other Sports. [A]** An institution may provide admission for each student-athlete to all of the institution's regular-season home intercollegiate athletics events in sports other than that in which the student-athlete is a participant. **[R]** *(Revised: 8/7/14, 8/3/22)*

**16.2.1.2.1 Nonqualifier. [A]** A nonqualifier (per Bylaw 14.02.10.3) may receive a complimentary admission to all of the institution's regular-season home intercollegiate athletics events in the first academic year of residence. **[R]** *(Revised: 1/3/06, 8/7/14)*

**16.2.1.2.2 Complimentary Admissions to an Institution's Home Contest Honoring a Student-Athlete. [A]** An institution may provide a maximum of four complimentary admissions to a student-athlete for an institution's game or event during which a student-athlete is being honored but not participating, provided such complimentary admissions are used by the student-athlete's family members. **[R]** *(Adopted: 4/27/00 effective 8/1/00, Revised: 1/8/07 effective 8/1/07, 1/19/13 effective 8/1/13, 8/7/14)*

**16.2.1.3 Student-Athlete Ticket Purchases. [A]** An institution may arrange for a student-athlete to purchase tickets at face value for an athletics event in which the student-athlete's team (or the student-athlete as an individual) participates. **[R]** *(Adopted: 1/15/16, Revised: 8/3/22)*

### 16.2.2 Nonpermissible Procedures. [A]

**16.2.2.1 Sale of Complimentary Admissions. [A]** A student-athlete may not receive payment from any source for the student-athlete's complimentary admissions and may not exchange or assign them for any item of value.

**16.2.2.2 Payment to Third Party. [A]** Individuals designated by the student-athlete to receive complimentary admissions are not permitted to receive any type of payment for the admissions or to exchange or assign them for any item of value. Receipt of payment for complimentary admissions by such designated individuals is prohibited and considered an extra benefit. **[R]**

**16.2.2.3 Sale Above Face Value. [A]** A student-athlete may not purchase tickets for an intercollegiate athletics event from the institution and then sell the tickets at a price greater than their face value. **[R]**

## 16.3 Academic and Other Support Services. [A]

### 16.3.1 Mandatory. [A]

**16.3.1.1 Academic Counseling/Support Services. [A]** Member institutions shall make general academic counseling and tutoring services available to all student-athletes. Such counseling and tutoring services may be provided by the department of athletics or the institution's nonathletics student support services. In addition, an institution, conference or the NCAA may finance other academic support, career counseling or personal development services and provide benefits and expenses that support or are incidental to the academic success of student-athletes. *(Adopted: 1/10/91 effective 8/1/91, Revised: 4/25/02 effective 8/1/02, 5/9/06, 1/19/13 effective 8/1/13, 8/7/14, 8/3/22)*

**16.3.1.2 Career Counseling and Life Skills Programs. [A]** An institution shall be required to provide career counseling (for student-athletes and former student-athletes) and life skills programing that includes, at minimum, the following topics: (See Bylaw 20.2.4.28.) *(Adopted: 4/27/00 effective 8/1/00, Revised: 10/7/10, 8/7/14, 4/26/23 effective 8/1/24)*

(a) Mental health;

(b) Diversity, equity, inclusion and belonging;

(c) Sexual violence prevention;

(d) Education on transfer requirements;

(e) Strength and conditioning;

(f) Nutrition;

(g) Financial literacy;

(h) Career preparation; and

(i) Name, image and likeness.

### 16.3.2 Expenses Related to Legal and Other Proceedings. [A]
An institution may provide actual and necessary expenses to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the student-athlete's eligibility to participate in intercollegiate athletics or legal proceedings that result from the student-athlete's involvement in athletics practice or competitive events. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). **[R]** *(Revised: 5/9/06, 8/7/14)*

### 16.3.3 Expenses Related to Initial or Transfer-Eligibility Requirements. [A]
An institution shall not provide academic expenses or services (e.g., tutoring, test preparation) to assist a prospective student-athlete or enrolled student-athlete in completing initial-eligibility or transfer-eligibility requirements or in improving the individual's academic profile in conjunction with a waiver request. **[R]** *(Adopted: 4/23/08, Revised: 8/7/14)*

**16.3.4 Specific Benefits Related to Education. [A]** A conference or institution may provide the following benefits related to education without limitations: *(Adopted: 8/12/20, Revised: 10/6/21)*

(a) Computers, science equipment, musical instruments and other tangible items not included in the cost of attendance calculation but nonetheless related to the pursuit of academic studies;

(b) Tutoring;

(c) Expenses related to studying abroad that are not included in the cost of attendance calculation; and

(d) Paid post-eligibility internships.

## 16.4 Medical Expenses. [A] An institution, conference or the NCAA may provide medical and related expenses and services to a student-athlete. **[R]** *(Revised: 1/11/89, 9/6/00, 4/29/04, 8/4/08, 1/19/13 effective 8/1/13, 8/7/14)*

**16.4.1 Medical Coverage.** An institution shall provide medical care, including payment of out-of-pocket medical expenses, to a student-athlete for an athletically related injury incurred during the student-athlete's involvement in intercollegiate athletics for the institution. The period of care for such an injury shall extend at least two years following either graduation or separation from the institution, or until the student-athlete qualifies for coverage under the NCAA Catastrophic Injury Insurance Program, whichever occurs first. Each institution has the discretion to determine the method by which it will provide medical care, the method by which it determines whether an injury is athletically related and any policy deemed necessary for implementing the medical care. *(Adopted: 1/19/18 effective 8/1/18, Revised: 4/26/23 effective 8/1/24)*

**16.4.1.1 Application to Nonautonomy Conferences.** A member institution of a conference other than the conferences named in Bylaw 9.2.2.1.1 shall apply the provisions of Bylaw 16.4.1. *(Adopted: 4/26/23 effective 8/1/24)*

**16.4.2 Mental Health Services and Resources.** An institution shall make mental health services and resources available to its student-athletes. Such services and resources may be provided by the department of athletics and/or the institution's health services or counseling services department. Provision of services and resources must be consistent with the Interassociation Consensus: Mental Health Best Practices. In addition, an institution must distribute mental health educational materials and resources to student-athletes, including those transitioning out of their sports, coaches, athletics administrators and other athletics personnel throughout the year. Such educational materials and resources must include a guide to the mental health services and resources available at the institution and information regarding how to access them. *(Adopted: 1/24/19 effective 8/1/19, Revised: 4/26/23 effective 8/1/24)*

**16.4.2.1 Application to Nonautonomy Conferences.** A member institution of a conference other than those named in Bylaw 9.2.2.1.1 shall apply the provisions of Bylaw 16.4.2. *(Adopted: 5/1/19 effective 8/1/19)*

## 16.5 Housing and Meals. [A]

**16.5.1 General Rule. [A]** An institution is required to apply the same housing policies to student-athletes as it applies to the student body in general. During the academic year, the institution may not house student-athletes in athletics dormitories or athletics blocks within institutional or privately owned dormitories or apartment buildings (when the institution arranges for the housing) on those days when institutional dormitories are open to the general student body. **[R]** *(Adopted: 10/1/01 effective 8/1/02, Revised: 8/7/14)*

**16.5.1.1 Athletics Dormitories. [A]** Athletics dormitories shall be defined as institutional dormitories in which at least 50 percent of the residents are student-athletes. *(Adopted: 1/10/91 effective 8/1/96, Revised: 11/1/01 effective 8/1/02, 8/7/14)*

**16.5.1.2 Athletics Blocks. [A]** Athletics blocks shall be defined as individual blocks, wings or floors within institutional dormitories, or privately owned dormitories or apartment buildings where the institution has arranged housing for student-athletes, in which at least 50 percent of the residents are student-athletes. *(Adopted: 1/10/91 effective 8/1/96, Revised: 1/10/92, 11/1/01 effective 8/1/02, 8/7/14, 8/3/22)*

**16.5.1.3 Exception -- Nondiscriminatory Housing Policies. [A]** The prohibition against the use of athletics dormitories or blocks does not apply when the institution demonstrates that its housing assignment policies do not differentiate between student-athletes and students generally. *(Adopted: 1/16/93 effective 8/1/96, Revised: 11/1/01 effective 8/1/02, 8/7/14)*

**16.5.2 Permissible. [A]** An institution may provide housing and meal benefits (beyond the institution's definition of cost of attendance as defined in Bylaw 15.02.2) incidental to a student's participation in intercollegiate athletics as identified in this bylaw. **[R]** *(Revised: 8/7/14, 7/31/23)*

**16.5.2.1 Summer Dormitory Rentals. [A]** An institution may rent, at the regular institutional rate, dormitory space to a prospective or enrolled student-athlete during the summer months. **[R]** *(Revised: 8/7/14, 8/3/22)*

**16.5.2.2 Preseason Practice Expenses. [A]** An institution may provide the cost of housing and meals (beyond the institution's definition of cost of attendance as defined in Bylaw 15.02.2) to student-athletes who report for preseason practice prior to the start of the academic year, it being understood that the student-athlete has been accepted for admission to the institution at the time such benefits are received. An institution may begin to provide such benefits as it deems necessary and appropriate for specific circumstances (e.g., international travel). **[R]** *(Revised: 4/24/03, 3/10/04, 4/24/14, 8/7/14, 8/3/22, 7/31/23)*

**16.5.2.2.1 Effect of Violation. [A]** A violation of Bylaw 16.5.2.2 due to a miscalculation of the permissible start date for preseason practice shall be considered an institutional violation per Bylaw 8.01.3; however, a student-athlete's eligibility shall not be affected. *(Revised: 10/29/09, 8/7/14)*

**16.5.2.3 Meals and Snacks. [A]** An institution may provide meals and snacks (beyond the institution's definition of cost of attendance as defined in Bylaw 15.02.2) to a student-athlete at any time. An institution shall not provide cash for a meal unless authorized by NCAA legislation. **[R]** *(Revised: 8/7/14, 10/20/14, 8/3/22, 7/31/23)*

**16.5.2.3.1 Meal Expenses in Conjunction with Competition and Practice Activities. [A]** An institution may provide a student-athlete with cash for a meal in conjunction with competition or a meal missed due to practice activities in a manner consistent with cash provided by the institution to institutional staff members on away-from-campus trips. *(Adopted: 8/3/22)*

**16.5.2.4 Meals Provided by a Representative of Athletics Interests. [A]** A student-athlete or the entire team in a sport may receive an occasional meal from a representative of athletics interests on infrequent and special occasions. *(Adopted: 8/3/22)*

**16.5.2.5 Vacation-Period Expenses. [A]** An institution may provide housing and meal benefits (beyond the institution's definition of cost of attendance as defined in Bylaw 15.02.2) to student-athletes (during official institutional vacation periods) for a reasonable period when student-athletes are required to remain in the locale of the institution for organized practice sessions or competition. If an institution does not provide a meal to its student-athletes under such circumstances, a cash allowance may be provided, not to exceed the amount provided by the institution to institutional staff members on away-from-campus trips. If a student-athlete lives at home during the vacation period, lodging expenses may not be provided by the institution. **[R]** *(Revised: 1/14/97, 10/28/99, 4/29/04, 5/26/06, 1/8/07, 4/17/07, 4/24/14, 8/7/14, 1/19/18 effective 8/1/18, 8/3/22, 7/31/23)*

**16.5.2.6 Required Summer Athletic Activities. [A]** An institution may provide housing and meal benefits (beyond the institution's definition of cost of attendance as defined in Bylaw 15.02.2) to a student-athlete to participate in required summer athletic activities pursuant to Bylaw 17.1.7.2.1.6 while not enrolled in summer school. **[R]** *(Adopted: 1/24/19, Revised: 7/31/23)*

**16.5.2.7 Nutritional Supplements. [A]** An institution may provide permissible nutritional supplements to a student-athlete for the purpose of providing additional calories and electrolytes. Permissible nutritional supplements do not contain any NCAA banned substances and are identified according to the following classes: carbohydrate/electrolyte drinks, energy bars, carbohydrate boosters, protein supplements, omega-3 fatty acids, and vitamins and minerals. **[R]** *(Adopted: 4/27/00 effective 8/1/00, Revised: 11/1/01 effective 8/1/02, 4/14/09, 8/7/14, 1/20/17, 1/16/19)*

## 16.6 Expenses for Student-Athlete's Friends and Family Members. [A]

**16.6.1 Permissible. [A]** An institution may not provide any expenses to a student-athlete's family members or friends, except as permitted pursuant to this provision and Bylaw 16.11. **[R]** *(Revised: 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.1 Expenses for Significant Other/Children to Postseason Football Bowl Game or NCAA Championship. [A]** The institution may provide the cost of actual and necessary expenses (e.g., transportation, lodging, meals and expenses associated with team entertainment functions) for the significant other and children of an eligible student-athlete to accompany the student-athlete to a postseason football bowl game or an NCAA football championship in which the student-athlete is a participant, and in other sports, to one round (conducted at the site) of any NCAA championship in which the student-athlete is a participant. **[R]** *(Revised: 2/1/05, 8/7/14, 1/19/18)*

**16.6.1.2 Family Lodging at Postseason Events. [A]** An institution may reserve or secure lodging at any postseason event (other than a conference event) at a reduced or special rate for the family members of a student-athlete who is a participant. It is not permissible for an institution to cover any portion of the cost of lodging, including any cost associated with reserving or securing lodging. **[R]** *(Adopted: 10/28/99, Revised: 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.3 Injury or Illness. [A]** The institution may pay transportation, housing and meal expenses for a student-athlete's family members and any other student-athlete to be present in situations in which a student-athlete suffers an injury or

illness, or in the event of a student-athlete's death, to provide such expenses in conjunction with funeral arrangements. **[R]** *(Revised: 1/11/89, 4/26/12, 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.3.1 Family Members of Student-Athletes. [A]** An institution may pay transportation, housing and meal expenses for a student-athlete's family members and any other student-athlete to be present in situations in which a family member of the student-athlete suffers an injury or illness, or in the event of such an individual's death, to provide the student-athlete's family members and any other student-athlete with such expenses in conjunction with funeral arrangements. **[R]** *(Adopted: 1/10/95 effective 8/1/95, Revised: 11/1/01 effective 8/1/02, 4/25/02 effective 8/1/02, 5/22/07, 4/13/09, 4/26/12, 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.4 National Team Competition -- Family Benefits. [A]** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for a student-athlete's family members to attend national team competition in which the student-athlete will participate. In addition, family members of student-athletes may receive nonmonetary benefits provided to the family members of all national team members in conjunction with participation in national team competition. **[R]** *(Adopted: 1/11/94, Revised: 11/1/00, 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.5 Reasonable Food and Drinks. [A]** An institution may provide the family members of a student-athlete with reasonable food and drinks in conjunction with educational meetings or celebratory events (e.g., senior night) and on an occasional basis for other reasons. **[R]** *(Adopted: 4/27/00 effective 8/1/00, Revised: 4/25/02 effective 8/1/02, 1/16/10, 1/19/13 effective 8/1/13, 8/7/14)*

**16.6.1.6 Complimentary Admissions to Institutional Awards Banquets. [A]** An institution may provide complimentary admissions to an institutional awards banquet for the family members of any student-athlete being honored at the banquet. **[R]** *(Adopted: 11/1/00, Revised: 1/19/13 effective 8/1/13, 8/7/14)*

## 16.7 Entertainment. [A] An institution, conference or the NCAA may provide reasonable entertainment (but may not provide cash for such entertainment) to student-athletes at any time. [R] *(Revised: 1/19/13 effective 8/1/13, 8/7/14, 1/20/17 effective 8/1/17, 8/3/22)*

**16.7.1 Exception -- Entertainment Expenses for Student Host. [A]** An institution may provide up to $60 cash for the entertainment of a student-athlete serving as student host pursuant to Bylaw 13.6.7.5. **[R]** *(Revised: 11/16/23)*

# 16.8 Expenses Provided by the Institution for Practice and Competition. [A]

**16.8.1 Permissible. [A]** An institution, conference or the NCAA may provide actual and necessary expenses to a student-athlete to represent the institution in practice and competition (including expenses for activities/travel that are incidental to practice or competition). In order to receive competition-related expenses, the student-athlete must be eligible for practice. **[D]** *(Revised: 1/19/13 effective 8/1/13, 8/7/14, 8/3/22)*

**16.8.1.1 Incidental Expenses at NCAA Championships, National Governing Body Championships in Emerging Sports and Postseason Bowl Games. [A]** An institution may provide $30 per day to each member of a team to cover unitemized incidental expenses during travel and practice for NCAA championship events or national governing body championship events in emerging sports, during a period limited to the maximum number of days of per diem allowed for the involved championship or, for postseason bowl games, for a period not to exceed 10 days. The $30 per day may be provided only after the team departs for or reports to the site of the championship or postseason bowl contest. **[R]** *(Adopted: 10/21/13, Revised: 8/7/14)*

**16.8.1.2 Other Events. [A]** During an academic year in which a student-athlete is eligible to represent an institution in athletics competition (or in the following summer) or in the summer prior to initial full-time enrollment at the institution, provided the student-athlete is eligible to represent the institution in athletics competition during the ensuing academic year, an institution may provide actual and necessary expenses related to participation in the following activities: **[R]** *(Revised: 1/10/92, 1/9/96 effective 8/1/96, 1/14/97, 1/8/07 effective 8/1/07, 1/14/12, 1/19/13 effective 8/1/13, 8/7/14, 1/20/17, 7/1/19, 1/15/20, 8/3/22)*

(a) Established regional (e.g., North American Championships, European Championships) and national championship events (including junior regional and national championships) and qualifying competition for such events;

(b) The Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships or the junior level equivalent competition (e.g., Youth Olympic Games, Junior World Championships, U19 World University Games) and qualifying competition (e.g., Olympic or Paralympic Trials) for such events; and

(c) National team training, tryouts or competition events used for consideration for selection or to determine members of a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) or World University Championships or the junior level equivalent competition.

**16.8.1.3 Fees Related to Conditioning Activities. [A]** An institution may pay a fee related to the conduct of permissible in-season or out-of-season conditioning activities (e.g., fee for yoga instruction, fee related to a conditioning program). (See Bylaw 16.8.2.1.) *(Adopted: 10/20/14)*

**16.8.2 Nonpermissible. [A]**

**16.8.2.1 Conditioning Expenses Outside the Playing Season. [A]** An institution shall not provide expenses (e.g., travel, lodging) to student-athletes in conjunction with permissible conditioning activities that may occur outside the playing season during the academic year. *(Adopted: 10/20/14)*

# 16.9 Other Expenses Provided by the Institution. [A]

**16.9.1 Permissible Expenses Not Related to Practice or Competition. [A]** An institution, conference or the NCAA may provide actual and necessary expenses to a student-athlete to represent the institution in events and activities incidental to participation in intercollegiate athletics. Further, an institution may provide reasonable transportation to student-athletes. **[R]** *(Revised: 1/16/93, 1/11/94, 1/10/95, 4/26/12, 1/19/13 effective 8/1/13, 8/7/14, 8/3/22)*

# 16.10 Provision of Expenses by Individuals or Organizations Other Than the Institution. [A]

**16.10.1 Service or Religious Organization Encampments. [A]** Nationally recognized service organizations and religious groups may underwrite the actual and necessary expenses of student-athletes attending such encampments. Neither the institution nor an athletically related organization may underwrite such expenses. **[R]** *(Revised: 4/27/00 effective 8/1/00, 4/2/10, 8/7/14)*

**16.10.2 Student-Teaching. [A]** A student-athlete may accept actual and necessary travel expenses from a high school if the student-athlete is student-teaching (even if teaching or coaching a sport) if the high school is located in a city other than the one in which the collegiate institution is located. In order for the student-athlete to accept such expenses: **[R]** *(Revised: 8/7/14)*

(a) Receipt of the expenses must be permitted by the established guidelines of the institution for other student-teacher trainees;

(b) The assigned coaching responsibilities must be a part of the supervised, evaluated teacher-training program in which the student-athlete is enrolled; and

(c) The high school must provide such expenses for all of its student-teacher trainees.

**16.10.3 Luncheon Meeting Expenses. [A]** A student-athlete may accept transportation and meal expenses in conjunction with participation in a luncheon meeting of a booster club or civic organization, provided the meeting occurs within a 30-mile radius of the institution's main campus and no tangible award is provided to the student-athlete. **[R]** *(Revised: 8/7/14)*

**16.10.4 Recognition by Professional Sports Organization. [A]** A student-athlete may accept complimentary admission to a professional sports contest during which the student-athlete and/or intercollegiate team is being recognized by the professional sports organization for extraordinary achievements. Further, it shall be permissible for the professional sports organization to promote this event to the general public. **[R]** *(Adopted: 1/9/96 effective 8/1/96, Revised: 8/7/14)*

# 16.11 Benefits, Gifts and Services. [A]

**16.11.1 Permissible. [A]**

**16.11.1.1 General Rule. [A]** Receipt of a benefit (including otherwise prohibited extra benefits per Bylaw 16.11.2) by student-athletes, their family members or friends is not a violation of NCAA rules if it is demonstrated that the same benefit is generally available to the institution's students and their family members or friends. *(Revised: 1/19/13 effective 8/1/13, 8/7/14)*

**16.11.1.2 Deferred Pay-Back Loan. [A]** A student-athlete may receive a loan on a deferred pay-back basis without jeopardizing the student-athlete's eligibility, provided: **[R]** *(Adopted: 1/11/94, Revised: 8/7/14)*

(a) The loan arrangements are not contrary to the extra-benefit rule; and

(b) The student-athlete's athletics reputation, skill or pay-back potential as a future professional athlete is not considered by the lending agency in its decision to provide the loan.

**16.11.1.3 Loan From Established Family Friend. [A]** A student-athlete may receive a loan from an established family friend without such arrangement constituting an extra benefit, provided: **[R]** *(Adopted: 1/11/94, Revised: 8/7/14)*

 (a) The loan is not offered to the student-athlete based in any degree on the student-athlete's athletics ability or reputation;

 (b) The individual providing the loan is not considered a representative of the institution's athletics interests; and

 (c) The relationship between the individual providing the loan and the student-athlete existed prior to the initiation of the student-athlete's recruitment by the member institution.

**16.11.1.4 Insurance. [A]** An institution may purchase insurance or a student-athlete may borrow against future earnings potential from an established, accredited commercial lending institution for the purpose of purchasing insurance incidental to participation in intercollegiate athletics (e.g., critical injury or illness, loss of value), provided a third party (including a representative of an institution's athletics interests) is not involved in arrangements for securing the loan. However, an institution's president or chancellor (or designated purchase representative from outside the athletics department) may designate an institutional staff member (or staff members) (e.g., professional sports counseling panel) to assist a student-athlete with arrangements for securing the loan and insurance. **[R]** *(Revised: 1/14/97 effective 8/1/97, 1/16/10, 8/7/14, 1/17/15, 8/3/22)*

**16.11.1.5 Research Studies Involving Only Student-Athletes. [A]**

**16.11.1.5.1 NCAA Research Studies. [A]** A student-athlete may receive compensation from the Association for participating in specified NCAA research studies. Such compensation shall be consistent with the going rate for compensation offered in studies involving nonathlete populations. **[R]** *(Adopted: 10/28/99 effective 8/1/00, Revised: 4/30/09, 8/7/14)*

**16.11.1.5.2 Institution-Based Research Studies. [A]** A student-athlete may receive compensation from an institution for participating in a research study involving only student-athletes, provided: **[R]** *(Adopted: 4/30/09, Revised: 8/7/14)*

 (a) The study is initiated and conducted by a faculty member at a member institution; and

 (b) The study and compensation arrangements are approved by the institutional review board of the faculty member's institution consistent with policies applicable to other institution-based research studies.

**16.11.1.6 Miscellaneous Benefits. [A]** An institution may provide or arrange for the following benefits for a student-athlete: **[R]** *(Adopted: 4/26/01, Revised: 4/24/03 effective 8/1/03, 4/13/09, 4/26/12, 1/19/13 effective 8/1/13, 8/7/14)*

 (a) The use of a return ticket at any time after the conclusion of a foreign tour;

 (b) Receipt of frequent flier points and/or miles earned while traveling to and from intercollegiate practice and/or competition;

 (c) Participation in receptions and festivities associated with championships, conference tournaments or all-star events hosted by and conducted on the institution's campus;

 (d) Occasional meals to team members provided by a student-athlete's family member at any location;

 (e) Telephone calls in emergency situations as approved by the director of athletics (or designee);

 (f) Reasonable tokens of support and transportation, housing and meal expenses in the event of injury, illness, or death of a family member or another student-athlete;

 (g) Fundraisers for student-athletes (or their family members) under the following extreme circumstances:

   (1) Extreme circumstances should be extraordinary in the result of events beyond the student-athlete's control (e.g., life-threatening illness, natural disaster);

   (2) The proceeds must be designated for a specific purpose (e.g., payment of medical bills, purchase of medical equipment, replacement of items lost in a fire, etc.)

   (3) The proceeds may be given directly to the beneficiaries, with receipt kept on file by the institution, which must include the amount of expenses incurred and the total amount received; and

   (4) The excess proceeds must be given to a not-for-profit organization with the receipt kept on file by the institution.

 (h) The payment of admission costs or a meal for any student-athlete being honored at a nonathletics awards ceremony.

**16.11.1.7 Student Assistance Fund.** A student-athlete may receive money from the NCAA Student Assistance Fund. Member institutions and conferences shall not use money received from the fund to finance salaries and benefits; tuition and fees, living expenses, and required course-related books during a regular term (other than summer school) for student-athletes with remaining eligibility; capital improvements; stipends; competition-related travel expenses for student-athletes who are ineligible for practice (e.g., nonqualifier); and outside athletics development opportunities (e.g., participation in a sports camp or clinic, private sports-related instruction, greens fees, batting cage rental, outside foreign tour expenses) for

current student-athletes with remaining eligibility. **[R]** *(Adopted: 4/24/03, Revised: 1/8/07, 2/24/12, 8/7/14, 1/17/15 effective 8/1/15, 10/5/16, 3/28/17, 7/31/23)*

### 16.11.2 Nonpermissible. [A]

**16.11.2.1 General Rule. [A]** The student-athlete shall not receive any extra benefit. The term "extra benefit" refers to any special arrangement by an institutional employee or representative of the institution's athletics interests to provide the student-athlete or the student-athlete's family members or friends with a benefit not expressly authorized by NCAA legislation. **[R]** *(Revised: 1/19/13 effective 8/1/13)*

**16.11.2.2 Other Prohibited Benefits. [A]** An institutional employee or representative of the institution's athletics interests may not provide a student-athlete with extra benefits or services, including, but not limited to: **[R]** *(Revised: 8/3/22)*

(a) A loan of money;

(b) A guarantee of bond;

(c) An automobile or the use of an automobile; or

(d) Signing or co-signing a note with an outside agency to arrange a loan.

**16.11.2.3 Camp Concession. [A]** It is not permissible for a member institution or a member of its athletics department staff conducting a sports camp to permit a student-athlete (enrolled in the institution) to operate, at the student-athlete's own expense, a concession selling items related to or associated with the camp to campers or others in attendance (see also Bylaw 13.12.1.7.3.2). **[R]** *(Revised: 8/7/14)*

**16.11.2.4 Items Received for Participation in Intercollegiate Athletics. [A]** An item received for participation in intercollegiate athletics may not be sold or exchanged or assigned for another item of value. *(Adopted: 4/15/14, Revised: 8/7/14)*

## 16.12 Expense Waivers. [A]

**16.12.1 Previously Approved Incidental Expenses. [A]** Specific incidental expenses that have been previously approved by the Committee for Legislative Relief may be processed by an institution or conference. Documentation of each approval shall be kept on file at the conference office. *(Adopted: 10/28/99, Revised: 11/1/07 effective 8/1/08, 8/21/12, 8/7/14, 10/4/17)*

## FIGURE 16-1
### Participation Awards [A] [R]

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Annual Participation — Underclassmen | $225 | Up to maximum value per year per sport | Institution | 1 |
| Annual Participation — Senior | $425 | Up to maximum value per year per sport | Institution | 1 |
| **Special Event Participation** | | | | |
| • Participation in postseason conference championship contest or tournament | $375* | Once per event | • Institution<br>• Management of event (may include conference office) | 2 |
| • Participation in postseason NCAA championship contest or tournament | Institution — $375<br>NCAA — No limit | Once per event | • Institution<br>• NCAA | 2 |
| • Participation in all-star game or postseason bowl | $400 (Institution)<br>$550 (Management of event) | Once per event | • Institution<br>• Management of event | 2 |
| • Participation in other established meets, tournaments and featured individual competition | $400* | Once per event | • Institution<br>• Management of event | 2 |

* The combined value of all awards received for participation in this type of event from the institution and the management of the event may not exceed the published value.

# FIGURE 16-2
## Championship Awards [A] [R]

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| National Championship conducted by NCAA | $415* | Once per championship | • Institution** <br> • Conference** | 2 |
| National Championship not conducted by NCAA*** | $415* | Once per championship | • Institution** <br> • Conference** | 2 |
| Conference Championship — regular season | $325*# | Once per championship | • Institution** <br> • Conference** | 2 |
| Conference Championship — postseason contest or tournament | $325*# | Once per championship | • Institution** <br> • Conference** | 2 |

* Each permissible awarding agency is subject to a separate $415/$325 limit per award.

** Award may be provided by another organization recognized by the institution or conference to act in its place.

*** Applies only to sports or classification divisions in which the NCAA does not conduct championships. Teams must be designated as a "national champion" by a national wire-service poll or the national coaches association in that sport.

# The combined value of both awards shall not exceed $325 if same institution wins conference regular-season and postseason championships.

8/9/24

# FIGURE 16-3

## Special Achievement Awards [A] [R]

*(Revised: 1/19/2018 effective immediate)*

| Type of Award | Maximum Value of Award | Number of Times Award May Be Received | Permissible Awarding Agencies | Maximum Number of Permissible Awarding Agencies |
|---|---|---|---|---|
| Special attainments or contribution to team's season (e.g., scholar-athlete, most improved player, most minutes played, most valuable player) | $175 | Once per category of award per year | Institution | 1 |
| Most valuable player -- special event* | $325** | Once per event | • Institution<br>• Conference<br>• Organization approved by institution or conference | Unlimited |
| Most valuable player -- bowl game or all-star contest | $350 | Once per event | Sponsoring entity of all-star contest or certified postseason bowl | 1 |
| Established regional/national recognition awards (e.g., Wade Trophy, Heisman Trophy) | $325 | Once per year per award | Management of award program | 1 |
| Trophy recognizing established national award | Unlimited | Once per year | Management of award program | 1 |
| Trophy recognizing conference "athlete of the year" | $1,500 | Once per year to one male and one female | Conference | 1 |
| Trophy recognizing conference "scholar-athlete of the year" | $1,500 | Once per year to one male and one female | Conference | 1 |
| Specialized performance in single contest or during limited time period (e.g., player of the game, player of the week) | $80 (certificate, medal or plaque only) | Unlimited | • Conference<br>• Outside organization (e.g., local business) | Unlimited |
| Hometown award | $80 | Unlimited | Group (other than institution's booster club) located in student-athlete's hometown | Unlimited |

*The award recipient must be selected by a recognized organization approved by a member institution or conference.

**Each permissible awarding agency is subject to separate $325 limit per award. Each awarding agency may provide only a single award for each event to each student-athlete.

# Playing and Practice Seasons

## 17.01 General Principles.

**17.01.1 Institutional Limitations.** An institution shall limit its organized practice activities, the length of its playing seasons and the number of its regular-season contests and/or dates of competition in all sports, as well as the extent of its participation in noncollegiate-sponsored athletics activities, to minimize interference with the academic programs of its student-athletes (see Figures 17-1 and 17-2).

**17.01.2 Additional Playing and Practice Seasons Limitations.** The Committee on Academics shall have the authority to determine the circumstances that would require an institution or team(s) that fails to satisfy the academic performance program to apply additional playing and practice seasons limitations. The committee shall establish and annually publish to the membership such circumstances (see Bylaw 14.8). *(Adopted: 1/9/06 effective 8/1/07, Revised: 8/7/14)*

## 17.02 Definitions and Applications.

**17.02.1 Countable Athletically Related Activities.** Countable athletically related activities include any required activity with an athletics purpose involving student-athletes and at the direction of, or supervised by, one or more of an institution's coaching staff (including strength and conditioning coaches) and must be counted within the weekly and daily limitations under Bylaws 17.1.7.1 and 17.1.7.2. Administrative activities (e.g., academic meetings, compliance meetings) shall not be considered as countable athletically related activities. *(Adopted: 1/10/91 effective 8/1/91, Revised: 10/31/02 effective 8/1/03)*

> **17.02.1.1 Exception -- Elite Athlete Training.** A student-athlete who has been designated by the U.S. Olympic and Paralympic Committee and the sport-affiliated national governing body (or the international equivalent) as an elite athlete may participate in an individual workout session conducted by a coaching staff member without such activity being considered a countable athletically related activity, provided the workout is initiated by the student-athlete and the student-athlete does not miss class. *(Adopted: 7/13/20)*

**17.02.2 Contest.** A contest is any game, match, exhibition, scrimmage or joint practice session with another institution's team, regardless of its formality, in which competition in a sport occurs between an intercollegiate athletics team or individual representing a member institution and any other team or individual not representing the intercollegiate athletics program of the same member institution. *(Revised: 1/10/91)*

**17.02.3 Contest, Countable, Institutional.** A countable contest for an institution, in those sports for which the limitations are based on the number of contests, is any contest by the member institution against an outside team in that sport, unless a specific exemption for a particular contest is set forth in this bylaw. Contests, including scrimmages, by separate squads of the same team against different outside teams shall each count as one contest.

**17.02.4 Contest, Countable, Individual Student-Athlete.** A countable contest for an individual student-athlete in a sport is any contest in which the student-athlete competes while representing the member institution (see Bylaw 17.02.8) individually or as a member of the varsity, subvarsity or freshman team of the institution in that sport, unless a specific exemption for a particular contest is set forth in this bylaw.

**17.02.5 Date of Competition.** A date of competition is a single date on which any game(s), match(es), meet(s), exhibition(s), scrimmage(s) or joint practice session(s) with another institution's team takes place, regardless of its formality, between an intercollegiate athletics team or individual representing a member institution and any other team or individual not representing the intercollegiate athletics program of the same member institution. *(Revised: 1/10/91)*

**17.02.6 Date of Competition, Countable, Institutional.** A countable date of competition for an institution, in those sports for which the limitations are based on the number of dates of competition, is a single date on which the institution's team in a sport engages in competition in that sport against an outside team, unless a specific exemption for a particular date of competition is set forth in this bylaw.

> **17.02.6.1 Required Minimum Number of Student-Athletes.** For individual sports and women's rowing, an institution shall be considered to have participated in competition that constitutes a date of competition if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on that date equals or exceeds the minimum number established for that sport, unless otherwise restricted in this bylaw for a particular sport (e.g., golf, tennis). (See Bylaw 20.9.6.3 for listings of minimum numbers of student-athletes per sport.)

**17.02.7 Date of Competition, Countable, Individual Student-Athlete.** A countable date of competition for an individual student-athlete is any date on which a student-athlete competes while representing the institution (see Bylaw 17.02.8)

individually or as a member of the varsity, subvarsity or freshman team, unless a specific exemption for a particular date of competition is set forth in this bylaw.

**17.02.8 Intercollegiate Competition.** Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/95, 7/31/23)*

(a) Represents the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies;

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification; or

(c) Competes and receives expenses (e.g., transportation, meals, housing or entry fees) from the institution for the competition.

**17.02.8.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 is exempted from the application of this legislation. *(Revised: 1/10/92)*

**17.02.8.2 Participation on an Institution's Club Team.** Participation on a collegiate institution's club team is exempted from the application of this legislation, provided the institution did not sponsor the sport on the varsity intercollegiate level at the time of participation. *(Adopted: 6/24/09)*

**17.02.9 National Team.** A national team is one selected, organized and sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic or non-Paralympic sport, the equivalent organization of that sport). The selection for such a team shall be made on a national qualification basis, either through a defined selective process or by actual tryouts, publicly announced in advance. In addition, the international competition in question shall require that the entrants officially represent their respective nations, although it is not necessary to require team scoring by nation. *(Revised: 7/31/14, 10/17/19, 1/22/20)*

**17.02.10 Organized Competition.** Athletics competition shall be considered organized if any of the following conditions exists: *(Revised: 4/29/10, 7/31/14)*

(a) Competition is scheduled and publicized in advance;

(b) Official score is kept;

(c) Individual or team standings are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) A team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**17.02.11 Outside Competition.** Outside competition is athletics competition against any other athletics team (including an alumni team) that does not represent the intercollegiate athletics program of the same institution.

**17.02.12 Outside Team.** An outside team is any team that does not represent the intercollegiate athletics program of the member institution or a team that includes individuals other than eligible student-athletes of the member institution (e.g., members of the coaching staff, ineligible student-athletes, members of the faculty).

**17.02.13 Practice Units.** In determining the first permissible preseason practice date, an institution shall count back from its first scheduled contest, one unit for each day beginning with the opening of classes, one unit for each day classes are not in session in the week of the first scheduled intercollegiate contest and two units for each other day in the preseason practice period, except that the institution shall not count any units during the preseason when all institutional dormitories are closed, the institution's team must leave campus, and practice is not conducted. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92, 4/14/03)*

**17.02.13.1 Sunday.** Sundays are excluded from the counting. *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.13.2 Week.** The "week" of the first scheduled intercollegiate contest is defined as the six days, excluding Sunday, preceding the date of competition (even if one or more of the days fall into different traditional calendar weeks). *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.13.3 Opening Day of Classes.** The "opening day of classes" is defined as the first day of classes as listed in the member institution's official catalog. Required freshman orientation is not considered to be the opening day of classes for the academic year. *(Adopted: 1/10/91 effective 8/1/91)*

**17.02.13.4 First Day of Practice.** The first day of practice may be conducted on the day when the last practice unit occurs, which is determined by counting backward from the day of the first permissible regularly scheduled contest. For example, in soccer, practice may be held on the day that the 21st practice unit actually occurs, counting backward from the day of the first permissible regularly scheduled contest. *(Adopted: 12/10/97, Revised: 4/14/03, 3/16/15)*

**17.02.14 Required Athletically Related Activities. [A]** Required athletically related activities include any activities, including those that are countable in the daily and weekly limitations, that are required of a student-athlete. Such activities include, but are not limited to, the following: *(Adopted: 1/20/17 effective 8/1/17)*

(a) Compliance meetings;

(b) Organized team promotional activities;

(c) Recruiting activities, including student-host duties;

(d) Media activities;

(e) Fundraising events;

(f) Community service events;

(g) Team-building activities; and

(h) Travel to and from away-from-home competition.

**17.02.14.1 Exception -- Elite Athlete Training.** A student-athlete who has been designated by the U.S. Olympic and Paralympic Committee and the sport-affiliated national governing body (or the international equivalent) as an elite athlete may participate in an individual workout session conducted by a coaching staff member without such activity being considered a required athletically related activity, provided the workout is initiated by the student-athlete and the student-athlete does not miss class. *(Adopted: 7/13/20)*

**17.02.15 Student-Athlete Discretionary Time. [FBS/FCS]** Student-athlete discretionary time is time during which a student-athlete may only participate in athletics activities at the student-athlete's discretion. There shall be no required workouts and institutions are not permitted to recommend that student-athletes engage in weight-training or conditioning activities; however, if the student-athlete opts to work out, the strength and conditioning coach may monitor the facility in use for health and safety purposes. *(Adopted: 4/24/03 effective 5/1/03)*

**17.02.16 Tournament -- Sports Other Than Basketball.** In sports other than basketball, for purposes of maximum contest or date of competition limitations, a tournament is an event that culminates in the determination of a winner. A tournament may be conducted in round-robin, pool play or bracket formats. *(Adopted: 9/18/07)*

**17.02.17 Tryouts -- Enrolled Students.** A tryout of an enrolled student may occur, provided the student is eligible for practice and the tryout only involves activities that are permissible at the time they occur (e.g., practice in season, skill-related instruction or conditioning outside the season). *(Adopted: 8/21/13)*

**17.02.18 Varsity Intercollegiate Sport.** A varsity intercollegiate sport is a sport that has been accorded that status by the institution's president or chancellor or committee responsible for intercollegiate athletics policy and that satisfies the following conditions: *(Revised: 3/8/06)*

(a) It is a sport that is administered by the department of intercollegiate athletics;

(b) It is a sport for which the eligibility of the student-athletes is reviewed and certified by a staff member designated by the institution's president or chancellor or committee responsible for intercollegiate athletics policy; and

(c) It is a sport in which qualified participants receive the institution's official varsity awards.

**17.02.18.1 Team Sports.** The following are classified as team sports for purposes of this bylaw: *(Revised: 4/23/03, 1/17/09 effective 8/1/09, 4/30/09 effective 8/1/11, 7/31/15, 6/23/20 effective 8/1/20, 4/26/23 effective 8/1/23)*

| | | |
|---|---|---|
| Women's Acrobatics and Tumbling | Football | Soccer |
| Baseball | Ice Hockey | Softball |
| Basketball | Lacrosse | Women's Stunt |
| Women's Beach Volleyball | Women's Rowing | Volleyball |
| Field Hockey | Women's Rugby | Water Polo |

**17.02.18.2 Individual Sports. [#]** The following are classified as individual sports for purposes of this bylaw: *(Revised: 1/17/09 effective 8/1/09, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14)*

| | | |
|---|---|---|
| Women's Bowling | Gymnastics | Track and Field, Indoor and Outdoor |
| Cross Country | Rifle | Women's Triathlon |
| Women's Equestrian | Skiing | Wrestling |
| Fencing | Swimming and Diving | |
| Golf | Tennis | |

**17.02.19 Voluntary Athletically Related Activities.** In order for any athletically related activity to be considered "voluntary," all of the following conditions must be met: *(Adopted: 4/18/01, Revised: 4/29/04 effective 8/1/04)*

(a) The student-athlete must not be required to report back to a coach or other athletics department staff member (e.g., strength coach, trainer, manager) any information related to the activity. In addition, no athletics department staff member who observes the activity (e.g., trainer, manager) may report back to the student-athlete's coach any information related to the activity;

(b) The activity must be initiated and requested solely by the student-athlete. Neither the institution nor any athletics department staff member may require the student-athlete to participate in the activity at any time. However, it is permissible for an athletics department staff member to provide information to student-athletes related to available opportunities for participating in voluntary activities (e.g., times when the strength and conditioning coach will be on duty in the weight room or on the track). In addition, for students who have initiated a request to engage in voluntary activities, the institution or an athletics department staff member may assign specific times for student-athletes to use institutional facilities for such purposes and inform the student-athletes of the time in advance;

(c) The student-athlete's attendance and participation in the activity (or lack thereof) may not be recorded for the purposes of reporting such information to coaching staff members or other student-athletes; and

(d) The student-athlete may not be subjected to penalty if the student-athlete elects not to participate in the activity. In addition, neither the institution nor any athletics department staff member may provide recognition or incentives (e.g., awards) to a student-athlete based on attendance or performance in the activity.

[Note: Coaching staff members may be present during permissible skill-related instruction pursuant to Bylaw 17.1.7.2.2 and conditioning activities pursuant to Bylaw 17.1.7.2.3.]

**17.02.20 Walk-Through -- Football.** In football, a walk-through is a countable athletically related activity dedicated to reviewing plays and formations. During a walk-through, it is permissible for student-athletes to simulate positioning and offensive and defensive alignments, provided no conditioning or contact activities occur. Further, it is not permissible for student-athletes to wear any protective equipment (e.g., helmet, shoulder pads) or use any equipment related to the sport (e.g., blocking sleds) other than footballs. *(Adopted: 4/26/17, Revised: 1/23/19, 10/27/21)*

# 17.1 General Playing-Season Regulations.

**17.1.1 Playing Season.** The playing (practice and competition) season for a particular sport is the period of time between the date of an institution's first officially recognized practice session and the date of the institution's last practice session or date of competition, whichever occurs later. An institution is permitted to conduct officially recognized practice and competition each academic year only during the playing season as regulated for each sport in accordance with the provisions of this bylaw. The institution must conduct the same playing season for varsity and subvarsity teams in the same sport. *(Revised: 1/10/92)*

**17.1.1.1 Playing Season -- Athletically Related Activities.** The playing (practice and competition) season for a particular sport is the only time within which an institution is permitted to conduct countable athletically related activities (see Bylaw 17.02.1) except as set forth in Bylaws 17.1.7.2 and 11.7. However, a coaching staff member may engage in coaching activities with a student-athlete during the student-athlete's participation in events listed in Bylaw 16.8.1.2. *(Revised: 4/28/05 effective 8/1/05, 9/29/15)*

**17.1.2 Segments of Playing Season.** For all sports other than football, basketball, cross country, and track and field, an institution may divide the playing season into not more than two distinct segments. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/25/18 effective 8/1/18)*

**17.1.2.1 Exception -- Severe Inclement Weather.** An institution may temporarily discontinue a segment due to severe inclement weather (e.g., hurricane, snowstorm), and restart the discontinued segment provided the permissible overall length of that segment is not exceeded. An institution that uses this exception is required to annually submit a detailed summary to the NCAA national office by July 31. *(Adopted: 4/28/05)*

**17.1.3 Declaration of Playing Season.** An institution shall determine its playing season for the sports referenced under Bylaw 17.02.18 pursuant to the regulations of this article. *(Revised: 1/11/89, 1/23/19)*

**17.1.4 Sports Subject to Segment Limitations.** Playing-season segment limitations are applicable to all team sports that are listed in Bylaw 17.02.18.1 and all individual sports listed in Bylaw 17.02.18.2. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93)*

**17.1.5 Mandatory Medical Examination. [#]** Prior to participation in any practice, competition or out-of-season conditioning activities (or in Division I, permissible voluntary summer conditioning or individual workouts, or permissible required summer athletic activities in basketball and football), student-athletes who are beginning their initial season of eligibility and students who are trying out for a team shall be required to undergo a medical examination or evaluation administered or supervised by a physician (e.g., family physician, team physician). A nurse practitioner whose state medical licensure allows for health care practice independent of physician supervision may complete the medical examination without supervision by a physician. The examination or evaluation must be administered within six months prior to participation in any practice, competition or out-of-season conditioning activities. In following years, an updated history of the student-athlete's medical condition shall be administered by an institutional medical staff member (e.g., sports medicine staff, team physician) to determine if additional examinations (e.g., physical, cardiovascular, neurological) are required. The updated history must be administered within six months prior to the student-athlete's participation in any practice, competition or out-of-season conditioning activities for the applicable academic year. *(Adopted: 1/8/07 effective 5/1/07, Revised: 8/5/08, 6/5/15, 10/29/15)*

**17.1.5.1 Sickle Cell Solubility Test.** The examination or evaluation of student-athletes who are beginning their initial season of eligibility and students who are trying out for a team shall include a sickle cell solubility test, unless documented results of a prior test are provided to the institution. *(Adopted: 4/29/10 effective 8/1/10, Revised: 5/3/10, 1/20/22 effective 8/1/22)*

**17.1.6 Sports-Safety Certified Staff Member Presence During Countable, Physical Activities.** An institutional staff member with current certification in first aid, cardiopulmonary resuscitation (CPR) and automatic external defibrillator (AED) use must be present any time a student-athlete participates in a physical, countable athletically related activity. *(Adopted: 4/24/14 effective 8/1/14)*

**17.1.7 Time Limits for Athletically Related Activities.** In all sports, the following time limitations shall apply: *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.1 Daily and Weekly Hour Limitations -- Playing Season.** A student-athlete's participation in countable athletically related activities (see Bylaw 17.02.1) shall be limited to a maximum of four hours per day and 20 hours per week. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.1.1 Exception -- Golf Practice Round.** A practice round of golf may exceed the four-hours-per-day limitation, but the weekly limit of 20 hours shall remain in effect. Other countable athletically related activities may occur on the same day as a practice round, provided the total countable athletically related activities that occur on that day do not exceed five hours. A practice round played on the day prior to the start of an intercollegiate golf tournament at the tournament site shall count as three hours, regardless of the actual duration of the round. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/16/93, 5/11/19 effective 8/1/19)*

**17.1.7.2 Weekly Hour Limitations -- Outside of the Playing Season.** *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/95 effective 8/1/95, 1/14/97, 11/1/00, 10/31/02 effective 8/1/03, 3/10/04, 4/27/06 effective 8/1/06, 9/22/06, 12/15/06, 4/26/17, 4/25/18 effective 8/1/18, 6/12/19, 5/19/21)*

(a) **Sports Other Than Football.** Outside of the playing season, from the institution's first day of classes of the academic year or September 15, whichever occurs earlier, to one week prior to the beginning of the institution's final examination period at the conclusion of the academic year, only a student-athlete's participation in required weight training, conditioning and skill-related instruction (including film review and team meetings related to technical and tactical instruction) shall be permitted. A student-athlete's participation in such activities per Bylaw 17.02.1 shall be limited to a maximum of eight hours per week with not more than four hours per week spent on skill-related workouts. All countable athletically related activities outside of the playing season are prohibited one week prior to the beginning of the institution's final examination period for the applicable academic term through the conclusion of the institution's academic term.

(b) **Bowl Subdivision Football.** Activities between the institution's last contest and January 1 are limited to required weight training, conditioning, review of game film and walk-throughs (see Bylaw 17.02.20). A student-athlete's participation in such activities shall be limited to a maximum of eight hours per week, of which not more than two hours per week may be spent on the viewing of film and participating in walk-throughs. All activities beginning January 1 and outside of the playing season shall be conducted pursuant to Bylaw 17.11.7.

(c) **Championship Subdivision Football.** Activities between the institution's last contest and the conclusion of the academic year are limited to required weight training, conditioning, review of game film and walk-throughs (see Bylaw 17.02.20). A student-athlete's participation in such activities shall be limited to a maximum of eight hours per week, of which not more than two hours per week may be spent on the viewing of film and participating in walk-throughs. All activities beginning with the start of summer conditioning and outside of the playing season shall be conducted pursuant to Bylaws 17.11.7.2 and 17.11.7.5.

**17.1.7.2.1 Institutional Vacation Period and Summer.** A student-athlete may not participate in any countable athletically related activities outside the playing season during any institutional vacation period and/or summer. Strength and conditioning coaches who are not countable coaches in the student-athlete's sport may design and conduct specific workout programs for a student-athlete, provided such workouts are voluntary and conducted at the request of the student-athlete. *(Adopted: 10/31/02 effective 8/1/03, Revised: 4/28/05, 12/15/06, 10/30/13, 4/26/17)*

**17.1.7.2.1.1 Exception -- Championship Subdivision Football.** In championship subdivision football, coaches who are certified strength and conditioning coaches may design and conduct specific workout programs for student-athletes, provided such workouts are voluntary and conducted at the request of the student-athlete. *(Adopted: 4/29/04, Revised: 12/15/06, 5/4/09, 10/30/13, 6/26/24)*

**17.1.7.2.1.2 Exception -- September 15 to First Day of Classes -- Sports Other Than Football.** In sports other than football, required weight training, conditioning and skill-related instruction is permitted, pursuant to Bylaws 17.1.7.2, 17.1.7.2.2 and 17.1.7.2.3, during an institution's summer vacation period from September 15 to the first day of classes of the academic year. *(Adopted: 4/27/06 effective 8/1/06)*

**17.1.7.2.1.3 Exception -- January 15 to First Day of Classes of Second Term -- Baseball and Women's Lacrosse.** In baseball and women's lacrosse, required weight training, conditioning and skill-related instruction are permitted, pursuant to Bylaws 17.1.7.2 and 17.1.7.2.3, during an institution's vacation period from January 15 to the first day of classes of the institution's second academic term. *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/23/19 effective 8/1/19)*

**17.1.7.2.1.4 Strength and Conditioning Coach First Aid/CPR Certification and Authority of Sports Medicine Staff -- Sports Other Than Football.** A strength and conditioning coach who conducts voluntary weight-training or conditioning activities is required to maintain certification in first aid and cardiopulmonary resuscitation. If a member of the institution's sports medicine staff (e.g., athletic trainer, physician) is present during voluntary conditioning activities conducted by a strength and conditioning coach, the sports medicine staff member must be empowered with the unchallengeable authority to cancel or modify the workout for health and safety reasons, as the staff member deems appropriate. *(Adopted: 1/15/11 effective 5/1/11)*

**17.1.7.2.1.5 Exception -- Participation in Virtual Team Activities -- Women's Basketball.** In women's basketball, a student-athlete may engage in virtual team activities (virtual nonphysical countable athletically related activities) during an institution's summer vacation period subject to the following limitations: *(Adopted: 1/20/22)*

(a) **Conclusion of Spring Commencement Exercises to Beginning of Summer Athletic Activities.** During an institution's summer vacation period from the conclusion of spring commencement exercises to the start of an institution's summer athletics activities period, a maximum of one hour per week of virtual team activities may occur.

(b) **During Summer Athletic Activities Period.** If a student-athlete (or prospective student-athlete who signed a National Letter of Intent or the institution's written offer of admission and/or financial aid or for whom the institution has received a financial deposit in response to its offer of admission) is not participating in required summer athletics activities (per Bylaw 17.1.7.2.1.6.1), they may participate in a maximum of eight hours per week of virtual team activities for up to eight weeks.

**17.1.7.2.1.6 Summer Athletic Activities.**

**17.1.7.2.1.6.1 Basketball.** In basketball, a student-athlete who is enrolled in summer school may engage in required weight-training, conditioning and skill-related instruction for up to eight weeks (not required to be consecutive weeks). A student-athlete who is enrolled in at least three degree-applicable (pursuant to Bylaw 14.4.3.1.7) credit hours in one summer term that is fewer than eight weeks in duration may engage in required weight-training, conditioning and skill-related instruction for up to eight weeks (not required to be consecutive weeks). Participation in such activities shall be limited to a maximum of eight hours per week with not more than four hours per week spent on skill-related instruction. *(Adopted: 1/14/12, Revised: 1/19/13, 4/28/16, 4/25/18)*

**17.1.7.2.1.6.1.1 Exception to Summer School Enrollment -- Academic Requirements for Student-Athletes Who Receive Athletically Related Financial Aid -- Basketball.** In basketball, a student-athlete who received athletically related financial aid during the previous academic year may participate in required summer athletic activities for up to eight weeks (pursuant to Bylaw 17.1.7.2.1.6.1) without being enrolled in summer school, provided the student-athlete has achieved a cumulative minimum grade-point average of 2.200 (based on a maximum 4.000 and as computed pursuant to institutional policies applicable to all students) and has successfully completed the following academic requirements based on the applicable number of full-time terms of enrollment: *(Adopted: 1/14/12, Revised: 1/19/13, 4/26/17 effective 8/1/17, 5/19/22)*

(a) After two semesters or three quarters: 30 semester hours or 45 quarter hours;

(b) After four quarters: 60 quarter hours;

(c) After three semesters or five quarters: 45 semester hours or 75 quarter hours;

(d) After four semesters or six quarters: 50 percent of the course requirements in the student-athlete's specific degree program;

(e) After seven quarters: 58.33 percent of the course requirements in the student-athlete's specific degree program;

(f) After five semesters: 62.5 percent of the course requirements in the student-athlete's specific degree program;

(g) After eight quarters: 66.67 percent of the course requirements in the student-athlete's specific degree program;

(h) After six semesters or nine quarters: 75 percent of the course requirements in the student-athlete's specific degree program;

(i) After 10 quarters: 83.33 percent of the course requirements in the student-athlete's specific degree program;

(j) After seven semesters: 87.5 percent of the course requirements in the student-athlete's specific degree program;

(k) After 11 quarters: 91.67 percent of the course requirements in the student-athlete's specific degree program; or

(l) After eight semesters or 12 quarters: completion of the student-athlete's specific baccalaureate degree requirements (no minimum grade-point average required) or the institution certifies that the student-athlete is or will be enrolled in all remaining degree-applicable credit hours in the ensuing regular academic year.

**17.1.7.2.1.6.1.1.1 Application to Transfer Student-Athletes.** The exception to summer school enrollment does not apply to a transfer student-athlete until the student-athlete has completed one academic year (two semesters or three quarters) of full-time enrollment at the certifying institution. *(Adopted: 1/14/12, Revised: 1/19/13)*

**17.1.7.2.1.6.1.2 Academic Requirements for Student-Athletes Who Did Not Receive Athletically Related Financial Aid -- Basketball.** In basketball, a student-athlete who did not receive athletically related financial aid during the previous academic year may participate in required summer athletic activities for up to eight weeks (pursuant to Bylaw 17.1.7.2.1.6.1) without being enrolled in summer school, provided the student-athlete meets all progress-toward-degree requirements to be eligible for competition in the ensuing fall term by the conclusion of the preceding spring term. *(Adopted: 4/26/17 effective 8/1/17)*

**17.1.7.2.1.6.1.3 Institutions That Do Not Offer Summer School Courses -- Basketball.** In basketball, an institution that does not offer summer school courses may designate eight weeks of the summer in which a student-athlete may participate in required summer athletic activities (pursuant to Bylaw 17.1.7.2.1.6.1), provided the student-athlete has satisfied progress-toward-degree requirements to be eligible for competition in the ensuing fall term by the conclusion of the preceding spring term. *(Adopted: 4/25/18)*

**17.1.7.2.1.6.2 Football. [FBS/FCS]** In football, a student-athlete who is enrolled in summer school may engage in required weight-training, conditioning, review of practice and game film and noncontact skill-related instruction for up to eight weeks (not required to be consecutive weeks). A student-athlete who is

enrolled in at least three degree-applicable (pursuant to Bylaw 14.4.3.1.7) credit hours in one summer term that is fewer than eight weeks in duration may engage in required weight-training, conditioning, review of practice and game film and noncontact skill-related instruction for up to eight weeks (not required to be consecutive weeks). Participation in such activities shall be limited to a maximum of eight hours per week with not more than two hours per week spent on film review and not more than two hours per week spent on noncontact skill-related instruction. During noncontact skill-related instruction, it is not permissible for student-athletes to wear any protective equipment (e.g., helmet, shoulder pads) or use any equipment related to the sport other than footballs. *(Adopted: 10/30/13, Revised: 4/28/16, 4/13/22)*

**17.1.7.2.1.6.2.1 Exception to Summer School Enrollment -- Academic Requirements for Student-Athletes Who Receive Athletically Related Financial Aid -- Football.** In football, a student-athlete who received athletically related financial aid during the previous academic year may participate in required summer athletic activities for up to eight weeks (pursuant to Bylaw 17.1.7.2.1.6.2) without being enrolled in summer school, provided the student-athlete has achieved a cumulative minimum grade-point average of 2.200 (based on a maximum 4.000 and as computed pursuant to institutional policies applicable to all students) and has successfully completed the following academic requirements based on the applicable number of full-time terms of enrollment: *(Adopted: 10/30/13, Revised: 4/26/17 effective 8/1/17, 5/19/22)*

(a) After two semesters or three quarters: 30 semester hours or 45 quarter hours;

(b) After four quarters: 60 quarter hours;

(c) After three semesters or five quarters: 45 semester hours or 75 quarter hours;

(d) After four semesters or six quarters: 50 percent of the course requirements in the student-athlete's specific degree program;

(e) After seven quarters: 58.33 percent of the course requirements in the student-athlete's specific degree program;

(f) After five semesters: 62.5 percent of the course requirements in the student-athlete's specific degree program;

(g) After eight quarters: 66.67 percent of the course requirements in the student-athlete's specific degree program;

(h) After six semesters or nine quarters: 75 percent of the course requirements in the student-athlete's specific degree program;

(i) After 10 quarters: 83.33 percent of the course requirements in the student-athlete's specific degree program;

(j) After seven semesters: 87.5 percent of the course requirements in the student-athlete's specific degree program;

(k) After 11 quarters: 91.67 percent of the course requirements in the student-athlete's specific degree program; or

(l) After eight semesters or 12 quarters: completion of the student-athlete's specific baccalaureate degree requirements (no minimum grade-point average required) or the institution certifies that the student-athlete is or will be enrolled in all remaining degree-applicable credit hours in the ensuing regular academic year.

**17.1.7.2.1.6.2.1.1 Application to Transfer Student-Athletes. [FBS/FCS]** The exception to summer school enrollment does not apply to a transfer student-athlete until the student-athlete has completed one academic year (two semesters or three quarters) of full-time enrollment at the certifying institution. *(Adopted: 10/30/13)*

**17.1.7.2.1.6.2.2 Academic Requirements for Student-Athletes Who Did Not Receive Athletically Related Financial Aid -- Football. [FBS/FCS]** In football, a student-athlete who did not receive athletically related financial aid during the previous academic year may participate in required summer athletic activities for up to eight weeks (pursuant to Bylaw 17.1.7.2.1.6.2) without being enrolled in summer school, provided the student-athlete meets all progress-toward-degree requirements to be eligible for competition in the ensuing fall term by the conclusion of the preceding spring term. *(Adopted: 4/26/17 effective 8/1/17)*

**17.1.7.2.1.6.2.3 Institutions That Do Not Offer Summer School Courses -- Championship Subdivision Football. [FCS]** In championship subdivision football, an institution that does not offer summer school courses may designate eight weeks of the summer in which a student-athlete may participate in required summer athletic activities (pursuant to Bylaw 17.1.7.2.1.6.2), provided the student-athlete has satisfied progress-toward-degree requirements to be eligible for competition in the ensuing fall term by the conclusion of the preceding spring term. *(Adopted: 4/25/18)*

**17.1.7.2.2 Skill Instruction -- Sports Other Than Football.** Participation by student-athletes in skill-related instruction in sports other than football is permitted outside the institution's declared playing season, from the institution's first day of classes of the academic year or September 15, whichever occurs earlier, to one week prior to the beginning of the institution's final examination period at the conclusion of the academic year [see Bylaw 17.1.7.2-(a)]. Skill-related instruction includes film review and team meetings related to technical and tactical instruction. In men's basketball, skill-related instruction may be publicized and conducted in view of a general public audience, provided the activity occurs on the institution's campus or at a facility regularly used by the institution's men's basketball team for practice and competition. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/9/96, 1/14/97 effective 8/1/97, 10/27/98, 10/31/02 effective 8/1/03, 4/29/04 effective 8/1/04, 4/28/05, 4/27/06 effective 8/1/06, 4/26/07 effective 8/1/07, 10/30/08, 4/28/16 effective 8/1/16, 4/25/18, 8/1/18, 5/19/21, 1/10/24, 4/18/24)*

**17.1.7.2.3 Conditioning Activities.** Conditioning drills per Bylaw 17.1.7.2 that may simulate game activities are permissible, provided no offensive or defensive alignments are set up and no equipment related to the sport is used. In ice hockey, a student-athlete may be involved in on-ice conditioning activities and use protective equipment (e.g., pads, helmets, sticks), provided no puck, projectile or other similar object is used. In swimming and diving, a student-athlete may be involved in in-pool conditioning activities and swim-specific equipment (e.g., starting blocks, kickboards, pull buoys) may be used. *(Revised: 4/28/05 effective 8/1/05, 10/29/15)*

**17.1.7.2.4 Exception -- Draft Combine Invitation -- Men's Basketball.** In men's basketball, a student-athlete who has entered a professional league's draft and has been invited to attend the league's draft combine may participate in countable athletically related activities for up to four hours per day and 20 hours per week from the date of receipt of the invitation to participate in the combine until the date on which the student-athlete withdraws from the professional league's draft or the date of the league's deadline to withdraw from its draft, whichever occurs earlier. *(Adopted: 1/14/16)*

## 17.1.7.3 Computation and Recording of Hour Limitations.

**17.1.7.3.1 Definition of Day.** A "day" shall be defined as a calendar day (12 a.m. through 11:59 p.m.). *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.3.2 Competition Day.** All competition and any associated athletically related activities on the day of competition shall count as three hours regardless of the actual duration of these activities.

**17.1.7.3.2.1 Countable Athletically Related Activities Prohibited After Competition.** Countable athletically related activities may not be conducted at any time (including vacation periods) following competition, except between contests, rounds or events during a multiday or multievent competition (e.g., double-headers in softball or baseball, rounds of golf in a multiday tournament). *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92, 4/13/09)*

**17.1.7.3.3 Definition of Week.** A "week" shall be defined as any seven consecutive days to be determined at the institution's discretion and shall be sport specific. Once the institution determines the seven-day period that shall constitute its week, it shall not change that designation for the remainder of the segment. *(Adopted: 1/11/94, Revised: 1/22/14)*

**17.1.7.3.4 Hour-Limitation Record.** Countable hours must be recorded on a daily basis for each student-athlete regardless of whether the student-athlete is participating in an individual or team sport. Any countable individual or group athletically related activity must count against the time limitation for each student-athlete who participates in the activity but does not count against time limitations for other team members who do not participate in the activity. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.3.5 Preseason Practice.** Daily and weekly hour limitations do not apply to countable athletically related activities occurring during preseason practice prior to the first day of classes or the first scheduled contest, whichever is earlier. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/18/18)*

**17.1.7.3.5.1 Exception -- Football. [FBS/FCS]** In football, on one day in every seven days during the preseason practice period (prior to the institution's first day of classes or seven days before the institution's first scheduled contest, whichever is earlier) a student-athlete's participation in countable athletically related activities

shall be limited to not more than two hours of off-field meetings or film review. Daily and weekly hour limitations on countable athletically related activities shall apply beginning with the institution's first day of classes or seven days before the institution's first scheduled contest, whichever is earlier. *(Adopted: 1/18/18)*

**17.1.7.3.6 Vacation Periods and Between Terms.** Daily and weekly hour limitations do not apply to countable athletically related activities occurring during an institution's term-time official vacation period, as listed in the institution's official calendar, and during the academic year between terms when classes are not in session. If such vacation periods occur during any part of a week in which classes are in session, the institution is subject to the daily and weekly hour limitations during the portion of the week when classes are in session and must provide the student-athletes with a day off (see Bylaw 17.1.7.4), which may be a vacation day. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/10/92)*

**17.1.7.3.7 Final-Examination Periods.** Daily and weekly hour limitations apply to countable athletically related activities during final-examination periods and to all official preparatory periods leading to final-examination periods. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.3.8 Multisport Participant.** A multisport student-athlete's participation in countable athletically related activities is limited to a maximum of four hours per day and a total of 20 hours per week. *(Adopted: 4/29/04 effective 8/1/04)*

**17.1.7.4 Required Day Off -- Playing Season.** During the playing season, all countable athletically related activities (per Bylaw 17.02.1) shall be prohibited during one calendar day per week, except during participation in one conference and postseason championship and any postseason bowl games or National Invitation Tournaments, and during participation in NCAA championships. *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/11/94, 1/10/95, 1/9/96, 2/1/05)*

**17.1.7.4.1 Travel Day.** A travel day related to athletics participation may be considered as a day off, provided no countable athletically related activities (see Bylaw 17.02.1) occur during that day. *(Adopted: 1/10/91 effective 8/1/91)*

**17.1.7.4.2 Canceled Competition.** When an institution's competition is canceled prior to the start of competition or canceled prior to the competition being considered a completed event in accordance with the playing rules of that sport, an institution may use that day as its required day off, provided the institution does not engage in any further countable athletically related activities during that day. *(Adopted: 1/16/93)*

**17.1.7.4.3 Preseason Practice -- Sports Other Than Football.** In sports other than football, an institution is not required to provide student-athletes with one day off per week during preseason practice that occurs prior to the first day of classes, or the first scheduled contest, whichever is earlier. *(Adopted: 1/10/92, Revised: 1/18/18)*

**17.1.7.4.4 Preseason Practice -- Football. [FBS/FCS]** In football, an institution is not required to provide student-athletes with one day off per week during the preseason practice period prior to the first day of classes, or seven days before the institution's first scheduled contest, whichever is earlier. (See Bylaw 17.1.7.3.5.1.) *(Adopted: 1/18/18)*

**17.1.7.4.5 Vacation Period.** It is permissible to use a vacation day to satisfy the day-off-per-week requirement. *(Adopted: 1/10/92)*

**17.1.7.4.6 Non-NCAA Postseason Championship.** The one-day-off-per-week requirement is applicable to a non-NCAA postseason championship (e.g., national governing body championship) unless the event is open only to intercollegiate teams or intercollegiate competitors. *(Adopted: 1/9/96)*

**17.1.7.4.7 Multiple Conference Championships.** An institution that participates in multiple conference championships is not subject to the one-day-off-per-week requirement in the one conference championship that it exempts from its maximum contest limitations. *(Adopted: 1/9/96)*

**17.1.7.4.8 Exception -- Three Contests in Seven-Day Period.** If an institution's team participates in three contests or dates of competition in a seven-day period, an institution is not subject to the one-day-off-per-week requirement, provided the student-athletes do not engage in any countable athletically related activities for two days during either the preceding or the following week. *(Adopted: 4/27/06 effective 8/1/06, Revised: 4/25/18 effective 8/1/18)*

**17.1.7.5 Required Days Off -- Outside of the Playing Season.** Outside of the playing season during the academic year, all countable athletically related activities (per Bylaw 17.02.1) are prohibited during two calendar days per week. *(Adopted: 4/29/04 effective 8/1/04)*

**17.1.7.6 Required Day Off -- Civic Engagement.** All countable athletically related activities (per Bylaw 17.02.1) shall be prohibited on the first Tuesday after the first Monday in November. An institution shall develop civic engagement policies, which must address opportunities available to student-athletes for civic engagement, through a collaborative process involving student-athletes, coaches and senior athletics department staff members to ensure student-athletes are

provided adequate opportunities, resources and programming to participate in civic engagement activities. *(Adopted: 9/16/20 not applicable to contests scheduled before July 17, 2020, Revised: 6/15/22 effective 8/1/22)*

**17.1.7.6.1 Exception -- Championship Segment.** A team that is participating in the segment of the playing season that concludes with the NCAA championship may engage in countable athletically related activities on the first Tuesday after the first Monday in November, provided student-athletes are given a day off from countable athletically related activities to participate in civic engagement activities and programming within 15 days before or after the first Tuesday after the first Monday in November. *(Adopted: 6/30/22 effective 8/1/22)*

**17.1.7.7 Required Day Off -- Playing Season. [A]** During the playing season, all required athletically related activities (per Bylaw 17.02.14) shall be prohibited during one calendar day per week, except during participation in one conference and postseason championship and any postseason bowl games or National Invitation Tournaments, and during participation in NCAA championships. Health and medical activities (e.g., medical evaluations or treatment for prevention and/or rehabilitation of injuries) or activities that are academically related (e.g., meetings with academic advisor, tutoring sessions) are permitted on the day off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.1 Travel Day. [A]** A travel day related to athletics participation may not be considered as a day off. This restriction shall apply to any calendar day on which travel associated with any countable athletically related activity occurs, regardless of the distance or duration of travel. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.1.1 Exception -- Return Travel Following Away-From-Home Competition -- Midnight to 5 a.m. [A]** A day on which return to campus travel occurs between midnight and 5 a.m. from away-from-home competition may be considered as a day off, provided no required athletically related activities occur for a continuous 24-hour period starting from the time all participating student-athletes have been officially released following the return to campus. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.1.2 Exception -- Travel To or From Hawaii or Alaska. [A]** An institution may use an athletically related travel day to or from Hawaii or Alaska as a day off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.2 Canceled Competition. [A]** When an institution's competition is canceled prior to the start of competition or canceled prior to the competition being considered a completed event in accordance with the playing rules of that sport, an institution may use that day as its required day off, provided the institution does not engage in any further required athletically related activities during that day. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.3 Preseason Practice -- Sports Other Than Football. [A]** In sports other than football, an institution shall provide student-athletes with one day off per week during preseason practice that occurs prior to the first day of classes, or the first scheduled contest, whichever is earlier. *(Adopted: 1/20/17 effective 8/1/17, Revised: 1/18/18)*

**17.1.7.7.4 Preseason Practice -- Football. [FBS/FCS]** In football, an institution is not required to provide student-athletes with one day off per week during the preseason practice period prior to the first day of classes, or seven days before the institution's first scheduled contest, whichever is earlier; however, on one day in every seven days during the preseason practice period, a student-athlete's participation in required athletically related activities shall be limited to not more than two hours of off-field meetings or film review. *(Adopted: 1/18/18)*

**17.1.7.7.5 Vacation Period. [A]** An institution shall provide student-athletes with one day off per week during a vacation period when classes are not in session. It is permissible to use a vacation day to satisfy the day-off-per-week requirement. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.6 Non-NCAA Postseason Championship. [A]** The one-day-off-per-week requirement is applicable to a non-NCAA postseason championship (e.g., national governing body championship) unless the event is open only to intercollegiate teams or intercollegiate competitors. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.7 Multiple Conference Championships. [A]** An institution that participates in multiple conference championships is not subject to the one-day-off-per-week requirement in the one conference championship that it exempts from its maximum contest limitations. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.7.8 Exception -- Three Contests in Seven-Day Period. [A]** If an institution's team participates in three contests or three dates of competition in a seven-day period, an institution is not subject to the one-day-off-per-week requirement, provided the student-athletes do not engage in any required athletically related activities for two days during either the preceding or the following week. *(Adopted: 1/20/17 effective 8/1/17, Revised: 4/25/18 effective 8/1/18)*

**17.1.7.7.9 Exception -- Life-Skills Activities Involving Multiple Sports. [A]** Required life-skills activities that involve multiple sports and are formally organized by the athletics department (e.g., life skills department, athletics director's office) are permitted on a student-athlete's day off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.8 Required Days Off -- Outside of the Playing Season. [A]** Outside of the playing season during the academic year, all required athletically related activities (per Bylaw 17.02.14) are prohibited during two calendar days per week. Health and medical activities (e.g., medical evaluations or treatment for prevention and/or rehabilitation of injuries) or activities that are academically related (e.g., meetings with academic advisor, tutoring sessions) are permitted on the days off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.8.1 Exception -- Life-Skills Activities Involving Multiple Sports. [A]** Required life-skills activities that involve multiple sports and are formally organized by the athletics department (e.g., life skills department, athletics director's office) are permitted on a student-athlete's day off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.9 Additional Required Days Off. [A]** An institution shall provide a student-athlete with 14 additional days off during the playing season (including vacation periods during the season) or outside the playing and practice season during a regular academic term when classes are in session. Required athletically related activities are prohibited on such days. However, a student-athlete may participate in voluntary activities. The seven-day discretionary period (see Bylaw 17.1.7.11.7) at the conclusion of the championship segment does not count toward this requirement. Health and medical activities (e.g., medical evaluations or treatment for prevention and/or rehabilitation of injuries) or activities that are academically related (e.g., meetings with academic advisor, tutoring sessions) are permitted during the days off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.9.1 Multisport Student-Athletes. [A]** An institution shall provide a multisport student-athlete with a minimum of fourteen additional days off over the course of the academic year when classes are in session, regardless of the number of sports in which the student-athlete participates. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.9.2 Exception -- Quarter Institutions. [A]** For a quarter-system institution, in sports that use a 144-day or 156-day playing and practice season and for which the NCAA championship is conducted in the spring, the institution may provide a student-athlete up to seven days off during the period from September 15 to the institution's first day of classes for the fall quarter (see Bylaw 17.1.7.2). *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.9.3 Exception -- Life-Skills Activities Involving Multiple Sports. [A]** Required life-skills activities that involve multiple sports and are formally organized by the athletics department (e.g., life skills department, athletics director's office) are permitted on a student-athlete's day off. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.10 Three-Day Period -- Basketball. [A]** In basketball, an institution shall provide student-athletes with three consecutive days off during the institution's official vacation period after the first term of the academic year (e.g., winter break). Required athletically related activities are prohibited on such days. *(Adopted: 1/19/18 effective 8/1/18)*

**17.1.7.10.1 Exception – Participation in Qualifying Regular-Season Multiple-Team Event. [A]** One time during a four-year period, if an institution participates in a qualifying regular-season multiple-team event (see Bylaw 17.4.5.2.1) that occurs during the institution's official vacation period after the first term when classes are not in session (e.g., winter break), the institution shall not be required to provide student-athletes with three consecutive days off. *(Adopted: 1/19/18 effective 8/1/18)*

**17.1.7.11 Additional Restrictions.**

**17.1.7.11.1 No Class Time Missed in Conjunction with Nonchampionship Segment Competition -- Baseball, Field Hockey, Lacrosse, Soccer, Softball and Volleyball.** In baseball, field hockey, lacrosse, soccer, softball and volleyball, no class time shall be missed in conjunction with nonchampionship segment competition, including activities associated with such competition (e.g., travel and other pregame or postgame activities). *(Adopted: 4/28/11 effective 8/1/11, Revised: 10/20/14 effective 1/1/15, 7/31/15, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22)*

**17.1.7.11.1.1 Exception -- Institution Located in Hawaii.** The provisions of Bylaw 17.1.7.11.1 do not apply to an active member institution located in Hawaii. *(Adopted: 4/28/11 effective 8/1/11)*

**17.1.7.11.1.2 Exception -- Nonchampionship Segment Travel to Hawaii or Alaska.** A student-athlete may miss class time in conjunction with an institution's use of the once-in-four years exception for the use of any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11, Revised: 5/19/22 effective 8/1/22)*

**17.1.7.11.2 No Class Time Missed for Practice Activities.** No class time shall be missed at any time (e.g., regular academic term, mini term, summer term) for practice activities except when a team is traveling to an away-from-home contest and the practice is in conjunction with the contest. *(Adopted: 1/10/91 effective 8/1/91, Revised: 5/13/10)*

**17.1.7.11.2.1 Exception -- Championship Practice.** At any conference or NCAA championship, student-athletes from the team representing the host institution shall be permitted to miss class time to attend practice activities conducted the day before the competition. *(Adopted: 4/27/00, Revised: 4/26/01)*

**17.1.7.11.3 Preseason Off-Campus Intrasquad Games Prohibition.** Preseason off-campus intrasquad games shall be prohibited in all sports. *(Adopted: 1/10/91 effective 8/1/91, Revised: 10/27/98 effective 8/1/99, 8/11/11)*

**17.1.7.11.3.1 Exception -- Basketball.** In basketball, an institution may participate in up to two preseason intrasquad games (and associated practice activities) at an off-campus location, other than a prospective student-athlete's educational institution, within the state where the institution is located or within a 400-mile radius of the institution. *(Adopted: 6/26/24 for preseason intrasquad games occurring on or after 8/1/24)*

**17.1.7.11.4 Publicity of Preseason Off-Campus Practice Activities.** An institution may publicize off-campus preseason practice activities that are conducted at a single designated site, provided the institution normally conducts preseason practice activities at that particular site. *(Adopted: 8/11/11)*

**17.1.7.11.4.1 Exception -- Basketball.** In basketball, an institution may participate in up to two preseason intrasquad games (and associated practice activities) at an off-campus location, other than a prospective student-athlete's educational institution, within the state where the institution is located or within a 400-mile radius of the institution. *(Adopted: 6/26/24 for preseason intrasquad games occurring on or after 8/1/24)*

**17.1.7.11.5 Countable Athletically Related Activities Between Midnight and 5 a.m.** Countable athletically related activities shall not occur between midnight and 5 a.m. *(Adopted: 1/16/10)*

**17.1.7.11.5.1 Exceptions.** Countable athletically related activities may occur between midnight and 5 a.m. under the following circumstances: *(Adopted: 1/16/10)*

(a) During participation in a conference championship or an NCAA championship;

(b) Participation in any competition that begins before midnight and concludes after midnight; or

(c) Participation in a promotional practice activity (e.g., first practice of the season).

**17.1.7.11.6 Required Athletically Related Activities Between 9 p.m. and 6 a.m. [A]**

**17.1.7.11.6.1 Required Activities Other Than Competition. [A]** Required athletically related activities other than competition (and associated activities) shall not occur during a continuous eight-hour period between 9 p.m. and 6 a.m. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.11.6.1.1 Exceptions. [A]** The following required athletically related activities other than competition (and associated activities) are not subject to the continuous eight-hour period restriction: *(Adopted: 1/20/17 effective 8/1/17)*

(a) During participation in a regular-season multiday contest, event or tournament, conference championship, other postseason championship or an NCAA championship;

(b) Required athletically related activities in the locale of an away-from-home competition on the day before the competition if the institution's team arrives in the locale the day before the competition;

(c) Participation in a promotional practice activity (e.g., first practice of the season);

(d) Participation in recruiting activities, including student-host duties;

(e) Participation in required life-skills and team-building activities; or

(f) Health and medical activities (e.g., medical evaluations or treatment for prevention and/or rehabilitation of injuries) or academically related activities (e.g., meetings with academic advisor, tutoring sessions).

**17.1.7.11.6.2 Home Competition That Concludes After 9 p.m. [A]** Once a student-athlete is officially released from team obligations following a home contest after 9 p.m. (local time), the institution must provide the student-athlete a continuous eight-hour period during which required athletically related activities are prohibited. If necessary, an institution may schedule travel to an away-from-home contest within the eight-hour period after release following a home contest. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.11.6.3 Away-From-Home Competition -- Return to Campus After 9 p.m. [A]** If a student-athlete returns to campus after 9 p.m. (local time) from an away-from-home competition, the institution must provide the student-athlete a continuous eight-hour period during which required athletically related activities are prohibited. The eight-hour period begins when the student-athlete returns to campus and is officially released from team obligations. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.11.7 Seven-Day Discretionary Period After Championship Segment. [A]** Required athletically related activities shall be prohibited for a seven-day period beginning the day after a student-athlete's or team's last contest or date of competition of the championship segment, or the day after the declared championship segment of the playing season concludes. During this period, a student-athlete may only participate in voluntary activities. Health and medical activities (e.g., medical evaluations or treatment for prevention and/or rehabilitation of injuries) or activities that are academically related (e.g., meetings with academic advisor, tutoring sessions) are permitted during this period. *(Adopted: 1/20/17 effective 8/1/17, Revised: 4/28/21)*

**17.1.7.11.7.1 Exception -- Team Meeting. [A]** A team may conduct one end-of-season meeting during the seven-day discretionary period, provided no countable athletically related activities occur. *(Adopted: 1/24/19)*

**17.1.7.11.7.2 Exception -- Training for Elite National and International Events. [A]** During the seven-day period, a student-athlete who has qualified for an elite national or international event (see Bylaw 16.8.1.2) may participate in individual-workout sessions conducted by a coaching staff member, provided the student-athlete initiates the request to participate in the workout sessions. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.11.7.3 Multisport Student-Athletes. [A]** A multisport student-athlete may participate in required athletically related activities in a different sport during the seven-day discretionary period. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.11.8 Off-Campus Practice Unrelated to Away-From-Home Competition During Vacation Period. [A]** Off-campus practice (other than practice at an institution's regularly used off-campus practice facilities and other than the winter-training trip in women's rowing) unrelated to an away-from-home competition shall be prohibited during an institutional vacation period outside the institution's championship playing season. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.7.12 Exception -- Eligibility Exhausted.** A student-athlete who has exhausted eligibility in a sport, but is eligible for practice under the five-year rule, is not subject to the time limits of Bylaw 17.1.7. *(Adopted: 4/24/08 effective 8/1/08)*

## 17.1.8 Student-Athlete Time Management Plan. [A]
An institution shall develop a student-athlete time management plan for each varsity intercollegiate sport in which the Association sponsors a championship or that is an emerging sport for women. The student-athlete time management plan shall include, at a minimum, policies to ensure that: *(Adopted: 1/20/17 effective 8/1/17)*

(a) Student-athletes are provided adequate notice of all countable athletically related activities and other required athletically related activities.

(b) Schedules for all countable athletically related activities and other required athletically related activities are developed through a collaborative process involving student-athletes, coaches and senior athletics department staff members.

(c) Student-athletes are provided adequate notice of changes to a previously established schedule for countable athletically related activities and other required athletically related activities.

**17.1.8.1 Annual Review. [A]** An institution shall conduct an annual end-of-year review of each sport's student-athlete time management plan. The institution's director of athletics, faculty athletics representative, the sport's head coach and at least one student-athlete representative shall be involved in the review. The review shall include, at a minimum, an evaluation of the extent to which the student-athletes were free from all athletically related activities, other than those initiated by student-athletes, during the required eight-hour overnight period and all required days off. The findings of each annual review shall be reviewed by the institution's president or chancellor. *(Adopted: 1/20/17 effective 8/1/17)*

**17.1.8.2 Enforcement Implications for Actions Contrary to Institutional Policy. [A]** As it relates to compliance with institutional policy in a student-athlete time management plan, an institution shall only be held accountable through the NCAA infractions process for actions that clearly demonstrate a disregard for its stated policies. *(Adopted: 1/20/17 effective 8/1/17)*

## 17.1.9 General Regulations for Computing Playing Seasons. *(Adopted: 1/10/92, Revised: 1/16/93, 1/11/94, 8/11/98, 4/26/01, 4/29/04 effective 8/1/04, 10/28/10, 4/26/17 effective 8/1/17, 9/15/21, 5/19/22 effective 8/1/22)*

(a) **Makeup Contests.** An institution is not permitted to extend the playing season to make up suspended or canceled games (including games that determine a conference champion or the automatic qualifier to the NCAA championship);

(b) **NCAA Championships Participation in Team Sports.** Neither practice for nor participation in any NCAA championship event (including play-in contests conducted pursuant to NCAA championships) is considered part of the institution's declared playing season. An institution that has reason to believe it is under consideration for selection to participate in an NCAA championship event may continue to practice (but may not compete against outside competition) beyond its last regular-season contest, including the conference championship (if any), without counting such practice

against the institution's declared playing-season limitation until it is determined by the appropriate committee whether the institution will be selected to participate in the NCAA championship competition. An institution that is not selected to participate in the NCAA championship may continue to practice or compete until the end of that championship only if it has time remaining in its declared playing season. In basketball, an institution may not engage in regular-season competition after the beginning of its conference's season-end tournament that determines automatic qualification into the NCAA Division I Basketball Championship;

(c) **NCAA Championships Participation in Individual Sports.** Only appropriate squad members considered necessary for effective practice by the individual(s) preparing for the NCAA championships may continue to practice without counting such practice against the institution's declared playing-season limitation;

(d) **Post-NCAA Championships Participation.** Following the conclusion of an NCAA (or NAIA) championship in a sport, an institution may resume practice and/or competition in the sport, provided it is continuing its permissible playing season in the sport and provided the activity occurs during the academic year;

(e) **Conference Championships.** Conference championships must be included within the institution's playing season;

(f) **Non-NCAA Season-Ending Event Participation -- Sports Other Than Basketball and Football.** In sports other than basketball and football, neither practice for nor participation in one non-NCAA season-ending event that occurs prior to the conclusion of the NCAA championship in the applicable sport is considered part of the institution's declared playing season if the team or individual does not participate in the NCAA championship in that sport. A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(g) **Foreign Tours.** Participation by a member institution on a certified foreign tour (see Bylaw 17.32) need not be included within the institution's declared playing-season limitation in the sport.

**17.1.9.1 Combining Segments.** In those sports that have different contest limitations in the segment concluding with the NCAA championship and the other segment, a member institution that conducts a single continuous segment in a sport (rather than dividing its playing season for that sport into two distinct segments as permitted in Bylaw 17.1.2) shall be limited to the number of contests or dates of competition permitted only for the segment that concludes with the NCAA championship. *(Adopted: 1/14/97 effective 8/1/97)*

# 17.2 Women's Acrobatics and Tumbling. Regulations for computing the women's acrobatics and tumbling playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.1 Length of Playing Season.** The length of an institution's playing season in women's acrobatics and tumbling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 6/23/20 effective 8/1/20, Revised: 11/25/20 effective 9/16/20)*

**17.2.2 Preseason Practice.** An institution shall not commence practice sessions in women's acrobatics and tumbling prior to the institution's first day of classes for the fall term. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.3 First Date of Competition.** An institution shall not engage in its first date of competition (meet or practice meet) with outside competition in women's acrobatics and tumbling prior to February 1. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.4 End of Regular Playing Season.** An institution shall conclude all practice and competition (meets and practice meets) in women's acrobatics and tumbling by the conclusion of the National Collegiate Acrobatics and Tumbling Association National Championships. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.5 Number of Dates of Competition.**

**17.2.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in women's acrobatics and tumbling during the playing season to 12 dates of competition, which may not include not more than two triangular meets, except for those dates of competition excluded under Bylaw 17.3.5.3 and 17.3.5.4. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.5.1.1 In-Season Foreign Competition.** An institution may play one or more of its countable dates of competition in women's acrobatics and tumbling in one or more foreign countries on one road trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than twelve dates of competition (this limitation includes those dates of competition in which the student-

athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity team of the institution). *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.5.3 Annual Exemptions.** The maximum number of dates of competition in women's acrobatics and tumbling shall exclude the following: *(Adopted: 6/23/20 effective 8/1/20)*

(a) **Conference Championship.** Competition in one conference championship;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., national governing body championship). A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Contest.** One date of competition each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States;

(e) **Fundraising Activity.** Any acrobatics and tumbling activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs; provided the student-athletes do not miss class as a result of their participation (see Bylaw 12.5.1.1);

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from the institution's women's acrobatics and tumbling team who participate in local celebrity acrobatics and tumbling activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(g) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for acrobatics and tumbling as a U.S. national team; and

(h) **Hawaii, Alaska or Puerto Rico.** Any dates of competition conducted in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active Division I institution located in Hawaii, Alaska or Puerto Rico, by a member located outside these locales.

**17.2.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of dates of competition in women's acrobatics and tumbling during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.2.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.6.1 Summer Practice.** Practice that is organized or financially supported by an institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.6.2 Vacation-Period and Summer Workout Exception.** A coach may participate in individual workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for the assistance is initiated by the student-athlete. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.7 Safety Exception.** A coach may be present during voluntary workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when a student-athlete is engaged in individual skill work. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.8 Camps and Clinics.** There are no limits on the number of student-athletes in women's acrobatics and tumbling who may be employed (e.g., as camp counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.9 Other Restrictions.**

**17.2.9.1 Noncollegiate, Amateur Competition.**

**17.2.9.1.1 During the Playing Season.** A student-athlete in women's acrobatics and tumbling who participates during the institution's playing season as a member of any outside acrobatics and tumbling team in any noncollegiate, amateur competition (e.g., tournament, exhibition meets or other activity) except while representing the institution in intercollegiate women's acrobatics and tumbling competition shall be ineligible for intercollegiate women's acrobatics and tumbling competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 6/23/20 effective 8/1/20, Revised: 6/26/24 effective 8/1/24)*

**17.2.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same institution with eligibility remaining in intercollegiate women's acrobatics and tumbling who may practice or compete out of season on an outside, amateur acrobatics and tumbling team . *(Adopted: 6/23/20 effective 8/1/20, Revised: 6/26/24 effective 8/1/24)*

**17.2.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of an institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's acrobatics and tumbling team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Adopted: 6/23/20 effective 8/1/20)*

**17.2.9.1.2.2 Olympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 6/23/20 effective 8/1/20)*

(a) The national governing body conducts and administers the development program;

(b) The national governing body selects coaches involved in the development program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.2.9.2 Equipment Issues, Squad Pictures.** No limitations. *(Adopted: 6/23/20 effective 8/1/20)*

# 17.3 Baseball.
Regulations for computing the baseball playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.3.1 Length of Playing Season.** The length of an institution's playing season in baseball shall be limited to a 132-day season, which may consist of two segments. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/9/06 effective 8/1/07)*

**17.3.1.1 Championship Segment.** An institution's championship segment must consist of consecutive days and may exclude only required days off (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/9/06 effective 8/1/07)*

**17.3.1.2 Nonchampionship Segment.** An institution's nonchampionship segment shall be conducted within a period of 45 consecutive calendar days during the months of September, October and November under the following conditions: *(Revised: 1/9/06 effective 8/1/07)*

(a) Days used for practice or competition must be counted toward the 132-day season, but are not required to be consecutive;

(b) Days during which countable athletically related activities are limited solely to required conditioning activities and/or in skill-related instruction are not required to count toward the 132-day season;

(c) During any week in which practice or competition occurs, a student-athlete's involvement in countable athletically related activities shall be limited to a maximum of four hours per day and 20 hours per week and all countable athletically related activities are prohibited during one calendar day per week; and

(d) Any week in which practice or competition does not occur shall be considered outside the playing season (see Bylaw 17.1.7.2).

**17.3.2 Preseason Practice.** An institution shall not commence practice sessions in baseball prior to the following dates: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/9/06 effective 8/1/07, 4/30/09)*

(a) **Nonchampionship Segment.** September 1.

(b) **Championship Segment.** The Friday that is three weeks prior to the first permissible contest date for the championship segment.

**17.3.3 First Contest.** A member institution shall not play its first contest (game or scrimmage) with outside competition in baseball prior to the following dates: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/9/06 effective 8/1/07, 1/15/09, 4/30/09)*

(a) **Nonchampionship Segment.** September 1.

(b) **Championship Segment.** The Friday in February that is 14 weeks before the Friday immediately preceding Memorial Day (see Figure 17-2), except that a single alumni contest may be played any time after the first permissible practice date of the championship segment.

**17.3.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in baseball by the conclusion of the NCAA Division I Baseball Championship. *(Revised: 1/14/97 effective 8/1/97)*

**17.3.5 Number of Contests.**

**17.3.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in baseball during the institution's baseball playing season to 56 contests (games and scrimmages) during the segment in which the NCAA championship is conducted and two contests (games and scrimmages) during the nonchampionship segment, except for those contests excluded under Bylaws 17.3.5.3 and 17.3.5.4. *(Revised: 1/10/91 effective 8/1/91, 4/25/18 effective 8/1/18)*

**17.3.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in baseball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.3.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 56 baseball contests during the segment in which the NCAA championship is conducted and two contests during the nonchampionship segment (this limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91, 4/25/18 effective 8/1/18)*

**17.3.5.3 Annual Exemptions.** The maximum number of baseball contests shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in baseball (or the tournament used to determine the conference's automatic entry in an NCAA baseball championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference baseball championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA baseball championship without the game(s) being counted as a postseason tournament;

(c) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before NCAA championships;

(d) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game.** One baseball contest each year against an alumni team of the institution;

(f) **Foreign Team in the United States.** One baseball contest each year with a foreign opponent in the United States;

(g) **Hawaii or Alaska.** Any games played in Hawaii or Alaska, respectively, against an active Division I institution located in Hawaii or Alaska, by a member located outside the area in question;

(h) **Fundraising Activity.** Any baseball activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's baseball team who participate in local celebrity baseball activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(j) **U.S. National Team.** One game played against any team selected and designated by the appropriate national governing body in baseball as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.3.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.3.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.3.1, except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.3.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 4/28/05, 11/1/07 effective 8/1/08)*

**17.3.7 Camps and Clinics.** There are no limits on the number of student-athletes in baseball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.3.8 Other Restrictions.**

**17.3.8.1 Noncollegiate, Amateur Competition.**

**17.3.8.1.1 During the Playing Season.** A student-athlete in baseball who participates during the institution's playing season as a member of any outside baseball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate baseball competition shall be ineligible for intercollegiate baseball competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.3.8.1.2 Out of Season.** A member institution may permit not more than four student-athletes with eligibility remaining in intercollegiate baseball to practice or compete out of season on an outside, amateur baseball team. *(Revised: 1/10/91 effective 8/1/91, 6/26/24 effective 8/1/24)*

**17.3.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 4/15/14, Revised: 6/26/24 effective 8/1/24)*

**17.3.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's baseball team except as provided under Bylaws 17.1.1.1 and 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.3.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

 (a) The national governing body conducts and administers the developmental program;

 (b) The national governing body selects coaches involved in the developmental program; and

 (c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.3.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

**17.3.8.3 Varsity Squad Size Limitation -- Championship Segment.** An institution shall declare a varsity squad of a maximum of 35 student-athletes by the day prior to its first scheduled contest in the championship segment of the playing and practice season. Only those student-athletes who are declared as varsity squad members at that time shall be eligible to participate in countable athletically related activities with the varsity squad during the remainder of the championship segment. Declared varsity squad members shall not participate in countable athletically related activities with an institution's subvarsity team (e.g., freshman, junior varsity). A student-athlete who is a counter (per Bylaw 15.5.1) must be included in the varsity squad limit. *(Adopted: 4/26/07 effective 8/1/08, Revised: 10/22/07)*

**17.3.8.3.1 Exception -- Season-Ending Injury.** An institution may replace a varsity squad member who sustains a season-ending injury prior to the institution's first scheduled competition in the championship segment, provided medical documentation verifies the student-athlete suffered an incapacitating injury or illness and is unable to participate in team practice and competition for the remainder of the academic year. The student-athlete selected as a replacement shall not have previously received athletically related financial aid and must have participated with the team during the fall academic term. *(Adopted: 4/26/17 effective 8/1/17, Revised: 4/25/18)*

**17.3.8.3.1.1 Application to Replaced Student-Athlete.** A student-athlete who has been replaced as a varsity squad member due to a season-ending injury may participate in the following countable athletically related activities with the varsity team: *(Adopted: 4/25/18, Revised: 8/3/22)*

(a) Participation in limited on-field activities (e.g., hitting fungoes, shagging balls);

(b) Dress in uniform and be in the dugout during contests; and

(c) Participation in rehabilitation activities (including the use of baseball-specific equipment) under the supervision of a coaching staff member conducted at the same time as team practice.

**17.3.8.3.2 Exception -- Voluntary Withdrawal.** An institution may replace a varsity squad member who voluntarily (on the squad member's own initiative) withdraws from the team for personal reasons before the institution's first scheduled competition in the championship segment. A student-athlete providing notification to transfer does not constitute a voluntary withdrawal. The student-athlete selected as a replacement shall not have previously received athletically related financial aid and must have participated with the team during the fall term. *(Adopted: 4/25/18 effective 8/1/18, Revised: 10/12/18)*

# 17.4 Basketball. Regulations for computing the basketball playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.4.1 Length of Playing Season.** The length of an institution's playing season in basketball shall be limited to the period of time between the start of preseason practice (see Bylaw 17.4.2) and the end of the regular playing season (see Bylaw 17.4.4). (See Bylaw 17.4.3 for restrictions on first contest date.)

**17.4.2 Preseason Practice -- On-Court Practice.** An institution shall not commence on-court preseason basketball practice sessions before the date that is 42 days before the date of the institution's first regular-season contest. An institution shall not engage in more than 30 days of countable athletically related activities before its first regular-season contest. Any countable athletically related activities (e.g., conditioning, skill-related instruction) that occur within the 42-day period shall count against the 30 days of countable athletically related activities. *(Revised: 4/28/05 effective 8/1/05, 1/14/08 effective 8/1/08, 4/29/10, 1/14/12 effective 8/1/12, 5/2/13 effective 8/1/13, 1/15/14, 1/18/18 effective 8/1/18)*

**17.4.2.1 Permissible Conditioning Activities.** Team conditioning or physical-fitness activities supervised by coaching staff members may be conducted on or off court but shall not begin prior to the beginning of the institution's academic year in accordance with Bylaw 17.1.7.2. Such activities shall be limited to eight hours per week. *(Revised: 1/10/90 effective 8/1/92, 1/16/93, 1/11/94)*

**17.4.2.2 Prohibited Activities.** Prior to the start of on-court preseason basketball practice per Bylaw 17.4.2, members of the institution's coaching staff may not be involved with one or more team members at any location in any of the following activities except as permitted in Bylaws 17.1.7.2.2 and 17.4.6: *(Revised: 1/10/90 effective 8/1/92, 1/11/94, 1/14/97 effective 8/1/97, 9/23/05)*

(a) Setting up offensive or defensive alignments;

(b) Chalk talks;

(c) Discussions of game strategy;

(d) Reviewing game films or videotapes;

(e) Activities using basketball equipment; or

(f) Observing student-athletes in any basketball activities even if such activities are not arranged by the institution's coach.

**17.4.2.2.1 Exception -- Team Promotional Activities.** Team promotional activities (e.g., autograph sessions, fan picture sessions, meeting with fans) per Bylaw 12.5.1 are permissible prior to the start of on-court preseason basketball practice per Bylaw 17.4.2, provided these promotional arrangements do not involve any of the practice activities prohibited under the provisions of Bylaw 17.4.2.2. *(Revised: 1/11/94, 1/14/97 effective 8/1/97)*

**17.4.2.2.2 Exception -- Officiating Clinic.** Prior to the start of on-court preseason basketball practice per Bylaw 17.4.2, student-athletes may observe an officiating clinic related to playing rules that is conducted by video conference, provided no student-athlete misses class time to observe the clinic. *(Adopted: 1/9/96, Revised: 1/14/97 effective 8/1/97)*

**17.4.3 First Contest.** An institution shall not play its first contest (game or scrimmage) with outside competition in basketball prior to the Tuesday immediately before the second Friday of November (see Figure 17-2). *(Revised: 4/27/06 effective 8/1/06, 1/18/18 effective 8/1/18)*

> **17.4.3.1 Exception -- Election Day.** If the first permissible contest date falls on the first Tuesday after the first Monday in November, the institution may play its first contest (game or scrimmage) with outside competition on the Monday immediately before the second Friday of November. *(Adopted: 6/26/19 effective 8/1/20, Revised: 1/14/21, 6/15/22 effective 8/1/22, 10/27/23)*

**17.4.3.2 Exceptions.** The following basketball contests (games or scrimmages) are permitted prior to the first contest date specified under Bylaw 17.4.3 *(Adopted: 1/10/95, Revised: 1/11/97, 4/22/98, 10/27/98 effective 8/1/99, 10/28/99, 4/29/04 effective 8/1/04, 5/12/05, 1/14/08 effective 8/1/08, 1/17/09 effective 8/1/09, 3/2/09)*

(a) **Practice Scrimmage.** An informal practice scrimmage with outside competition exempted per Bylaw 17.4.5.6-(h) may occur at any point during the permissible playing and practice season (see Bylaw 17.4.1), provided it is conducted in privacy and without publicity or official scoring. Individuals other than athletics department staff members and those necessary to conduct a basketball practice scrimmage against outside competition may not be present during such a scrimmage. The institution shall ensure that the scrimmage is free from public view. No class time shall be missed by basketball student-athletes in conjunction with such a scrimmage, including all associated activities (e.g., travel, pregame and postgame activities); and

(b) **Exhibition Against a Non-NCAA Division I Four-Year Collegiate Institution.** An exhibition contest exempted per Bylaw 17.4.5.6-(g) may occur after the date on which an institution may commence on-court preseason practice (see Bylaw 17.4.2).

**17.4.4 End of Playing Season.** An institution's last contest (game or scrimmage or postseason tournament contest) with outside competition shall not be played after the respective Division I Basketball Championship game. An institution may not continue to practice beyond its last regular-season contest, including the conference championship (if any), unless it has reason to believe it is under consideration for selection to participate in an NCAA championship or other postseason national championship event. An institution may not engage in regular-season competition after the beginning of its conference's season-end tournament that determines automatic qualification into the Division I Basketball Championship. An institution not selected to participate in a postseason national championship event or an institution that loses in a championship event may not continue to practice. *(Revised: 9/15/21)*

**17.4.5 Number of Contests.**

**17.4.5.1 Maximum Limitations -- Institutional -- Men's Basketball.** In men's basketball, an institution shall limit its total regular-season playing schedule with outside competition during the playing season to one of the following (except for those contests excluded under Bylaw 17.4.5.6): *(Adopted: 4/30/20 effective 8/1/20 a contract signed before June 26, 2019 may be honored)*

(a) 28 contests (games or scrimmages) and one qualifying regular-season multiple-team event (see Bylaw 17.4.5.1.1) that does not exceed three contests per team;

(b) 29 contests (games or scrimmages) and one qualifying regular-season multiple-team event (see Bylaw 17.4.5.1.1) that does not exceed two contests per team; or

(c) 29 contests (games or scrimmages) during a playing season in which the institution does not participate in a qualifying regular-season multiple-team event.

**17.4.5.1.1 Qualifying Regular-Season Multiple-Team Event -- Men's Basketball.** In men's basketball, a qualifying regular-season multiple-team event is one in which: *(Adopted: 4/30/20 effective 8/1/20 a contract signed before June 26, 2019 may be honored)*

(a) The event is sponsored by the NCAA, an active member or a member conference of the Association or the National Association of Basketball Coaches;

(b) The event includes not more than three contests per institution. An event in which each institution participates in three contests must conclude not later than 10 days after the first contest of the event. An event in which each institution participates in two contests must conclude not later than five days after the first contest of the event;

(c) Participation is limited, by conference, to one team per conference and, by institution, to not more than once in the same event in any four-year period;

(d) Each participating institution is using the same applicable option [Bylaw 17.4.5.1-(a) or (b)] as its maximum contest limitation for the playing season in which it participates in the event;

(e) Each participating institution must participate in the same number of contests in the event; and

(f) The event may include a non-Division I institution as a participant only if the non-Division I institution serves as the host of the event.

**17.4.5.1.1.1 Hawaii/Alaska/Puerto Rico Exception -- Men's Basketball.** In men's basketball, an active Division I institution located in Hawaii, Alaska or Puerto Rico that serves as the sponsor of a qualifying regular-season multiple-team event is not required to count its participation in the event as its one qualifying regular-season multiple-team event pursuant to Bylaw 17.4.5.1-(a) or (b), provided the event is conducted in the institution's state or territory and the institution counts all contests of the event in which it is a participant toward its maximum contest limitations. Such an event qualifies as a qualifying regular-season multiple-team event for the other participating institutions, provided all such institutions use the same applicable option [Bylaw 17.4.5.1-(a) or (b)] as the maximum contest limitation for the playing season in which they participate in the event. *(Adopted: 4/30/20 effective 8/1/20 a contract signed before June 26, 2019 may be honored)*

**17.4.5.2 Maximum Limitations -- Institutional -- Women's Basketball.** In women's basketball, institution shall limit its total regular-season playing schedule with outside competition during the playing season to one of the following (except for those contests excluded under Bylaw 17.4.5.6): *(Revised: 4/27/06 effective 8/1/06, 4/30/20 effective 8/1/20, 1/20/22 effective 8/1/22 a contract signed before 6/23/21 may be honored)*

(a) 28 contests (games or scrimmages) and one qualifying regular-season multiple-team event per Bylaw 17.4.5.2.1 that does not exceed three contests per team;

(b) 29 contests (games or scrimmages) and one qualifying regular-season multiple-team event (see Bylaw 17.4.5.2.1) that does not exceed two contests per team; or

(c) 29 contests (games or scrimmages) during a playing season in which the institution does not participate in a qualifying regular-season multiple-team event.

**17.4.5.2.1 Qualifying Regular-Season Multiple-Team Event -- Women's Basketball.** In women's basketball, qualifying regular-season multiple-team event is one in which: *(Revised: 4/27/06 effective 8/1/06, 4/26/07 effective 8/1/07, 1/15/11 effective 8/1/11, 4/28/16 effective 8/1/16, 4/26/17, 4/25/18 effective 8/1/18, 6/26/19 effective 8/1/19, 4/30/20 effective 8/1/20, 1/20/22 effective 8/1/22 a contract signed before 6/23/21 may be honored)*

(a) The event is sponsored by the NCAA, an active member or a member conference of the Association or the Women's Basketball Coaches Association;

(b) The event includes not more than three contests per institution and concludes not later than 14 days after the first contest of the event;

(c) Participation is limited, by conference, to one team per conference and, by institution, to not more than once in the same event in any four-year period; and

(d) Each participating institution is using the same applicable option [Bylaw 17.4.5.2-(a) or (b)] as its maximum contest limitation for the playing season in which it participates in the event.

**17.4.5.2.1.1 Hawaii/Alaska/Puerto Rico Exception -- Women's Basketball.** In women's basketball, an active Division I institution located in Hawaii, Alaska or Puerto Rico that serves as the sponsor of a qualifying regular-season multiple-team event is not required to count its participation in the event as its one qualifying regular-season multiple-team event pursuant to Bylaw 17.4.5.2-(a), provided the event is conducted in the institution's state or territory and the institution counts all contests of the event in which it is a participant toward its maximum contest limitations. Such an event qualifies as a qualifying regular-season multiple-team event for the other participating institutions, provided all such institutions use Bylaw 17.4.5.2-(a) as the maximum contest limitation for the playing season in which they participate in the event. *(Adopted: 6/13/06, Revised: 4/30/20 effective 8/1/20)*

**17.4.5.3 In-Season Foreign Competition.** An institution may play one or more of its countable contests in basketball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.4.5.4 Maximum Limitations -- Student-Athlete -- Men's Basketball.** In men's basketball, an individual student-athlete may participate each playing season in not more than 28 basketball contests and one qualifying regular-season multiple-team event (see Bylaw 17.4.5.1.1) that does not exceed three contests per institution, 29 contests and one qualifying regular-season multiple-team event that does not exceed two contests per institution or 29 contests in an academic year in which the institution does not participate in a regular-season qualifying multiple-team event. This limitation includes those contests in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. Further, an individual

student-athlete may participate each year in only one postseason basketball tournament as a member of the institution's varsity, junior varsity or freshman team. *(Adopted: 4/30/20 effective 8/1/20)*

**17.4.5.5 Maximum Limitations -- Student-Athlete -- Women's Basketball.** In women's basketball, an individual student-athlete may participate each playing season in not more than 28 basketball contests and one qualifying regular-season multiple-team event (see Bylaw 17.4.5.2.1) that does not exceed three contests per institution, 29 contests and one qualifying regular-season multiple-team event that does not exceed two contests per institution or 29 contests in an academic year in which the institution does not participate in a regular-season qualifying multiple-team event. This limitation includes those contests in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. Further, an individual student-athlete may participate each year in only one postseason basketball tournament as a member of the institution's varsity, junior varsity or freshman team. *(Revised: 1/10/90, 1/10/91 effective 8/1/92, 1/12/99 effective 8/1/99, 4/27/06 effective 8/1/06, 4/30/20 effective 8/1/20, 1/20/22 effective 8/1/22 a contract signed before 6/23/21 may be honored)*

**17.4.5.6 Annual Exemptions.** The following basketball contests each year may be exempted from an institution's maximum number of contests: *(Adopted: 1/10/90, Revised: 1/9/96 effective 8/1/96, 10/27/98 effective 8/1/99, 10/28/99 effective 8/1/00, 4/29/04 effective 8/1/04, 4/27/06 effective 8/1/06, 11/1/07 effective 8/1/08, 1/17/09 effective 8/1/09, 8/7/14, 10/4/17, 5/19/22 effective 8/1/22, 11/11/22)*

(a)  **Conference Season-End Tournament.** A regularly scheduled, season-end, single-elimination basketball championship tournament conducted by a conference (or the tournament used to determine the conference's automatic entry in the NCAA Division I Basketball Championship) among some or all of its members.

(b) **Postseason Tournament.** Contests in one postseason basketball tournament (e.g., NCAA championship, National Invitation Tournament, Women's National Invitation Tournament). A postseason tournament involves competition after the end of the regular season between teams that are not identified until the close of that regular season;

(c) **Conference Playoff.** Competition involving member institutions that tie for a conference basketball championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA basketball championship without the game(s) being counted as a postseason tournament;

(d) **Automatic-Qualification Contests.** Contests between conference champions that are provided by action of the Men's Basketball Oversight Committee in order to determine selection for automatic qualification into the Division I Men's Basketball Championship;

(e)  **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before NCAA championships;

(f) **Regular-Season Contest Against Alaska/Hawaii Member.** One regular-season game in Hawaii or Alaska versus a member institution located in that state;

(g) **Exhibition Against a Non-NCAA Division I Four-Year Collegiate Institution.** An exhibition contest against a four-year collegiate institution (other than an NCAA Division I institution) played in the arena in which the member institution regularly plays its home contests. An institution may exempt two such contests during any year in which it does not use the exemption set forth in Bylaw 17.4.5.6-(h), or it may exempt one such contest and one practice scrimmage as defined in Bylaw 17.4.5.6-(h) each year; and

(h) **Practice Scrimmage.** An informal practice scrimmage with outside competition, provided it is conducted in privacy and without publicity or official scoring. Individuals other than athletics department staff members and those necessary to conduct a basketball practice scrimmage against outside competition may not be present during such a scrimmage. The institution shall ensure that the scrimmage is free from public view. No class time shall be missed by basketball student-athletes in conjunction with such a scrimmage, including all associated activities (e.g., travel, pregame and postgame activities). An institution may exempt two such practice scrimmages during any year in which it does not use the exemption set forth in Bylaw 17.4.5.6-(g), or it may exempt one such practice scrimmage and one exhibition contest against a non-NCAA Division I four-year collegiate institution each year.

(i) **U.S. National Team -- Women's Basketball.** One contest against any team as selected and designated by the appropriate national governing body in women's basketball as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.4.5.7 Foreign Tour.** The games played on a foreign basketball tour shall be excluded from the maximum number of contests, provided the tour is conducted in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/12/99 effective 8/1/99, 4/27/06 effective 8/1/06)*

**17.4.6 Out-of-Season Athletically Related Activities.** In basketball, student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's playing season except as permitted in Bylaw 17.1.7.2. *(Revised: 4/28/05 effective 8/1/05, 4/27/06 effective 8/1/06)*

　　**17.4.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 4/28/05, Revised: 9/27/05, 11/1/07 effective 8/1/08)*

**17.4.7 Camps and Clinics.** There are no limits on the number of student-athletes in basketball who may be employed (e.g., as counselors) in camps or clinics. Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. (See Bylaw 13.12 for restrictions on such employment.) *(Revised: 1/10/92, 1/11/94)*

**17.4.8 Other Restrictions.**

　　**17.4.8.1 Noncollegiate, Amateur Competition.** A student-athlete shall be ruled ineligible for intercollegiate basketball competition if the student participates in any organized basketball competition except while representing the institution. *(Revised: 6/26/24 effective 8/1/24)*

　　　　**17.4.8.1.1 Organized Basketball Competition.** Outside basketball competition, including competition involving teams with fewer than five players, shall be considered "organized" if any one of the following conditions exists: *(Revised: 6/26/24 effective 8/1/24)*

　　　　(a) Teams are regularly formed or team rosters are predetermined;

　　　　(b) Competition is scheduled and publicized in advance;

　　　　(c) Official score is kept;

　　　　(d) Individual or team standings are maintained;

　　　　(e) Official timer or game officials are used;

　　　　(f) Team uniforms are used;

　　　　(g) Admission is charged;

　　　　(h) A team is privately or commercially sponsored; or

　　　　(i) Competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

　　　　**17.4.8.1.2 Individual Subject to Outside-Competition Regulations.** Once a student-athlete becomes a candidate for the institution's basketball team (has reported for the squad), or if the student was recruited by a member institution in part for basketball ability and subsequently enrolls in the institution, this prohibition against outside organized basketball competition remains applicable until the student-athlete's intercollegiate basketball eligibility has been exhausted. This includes time while the student is officially withdrawn from college, fulfilling a residence requirement after transfer to another college, awaiting transfer or enrolled in a nonmember collegiate institution. *(Revised: 6/26/24 effective 8/1/24)*

　　　　　　**17.4.8.1.2.1 Exception -- 4-2-4 Transfer Participating in June Intercollegiate Event.** Outside competition legislation does not apply to a 4-2-4 transfer prospective student-athlete who participates in a June intercollegiate event (see Bylaw 13.1.7.5.3). *(Adopted: 1/22/20, Revised: 6/26/24 effective 8/1/24)*

　　　　**17.4.8.1.3 Nonrecruited, Nonparticipant.** Participation by a student-athlete in organized basketball competition while enrolled in a member institution and having participated in a sport other than basketball would not jeopardize the student's eligibility in basketball if the individual had not been recruited in basketball and had not participated on or been a candidate for the institution's intercollegiate basketball team. *(Revised: 6/26/24 effective 8/1/24)*

　　　　**17.4.8.1.4 Exceptions.** The following exceptions to the basketball outside-competition regulations are permitted (see Bylaw 17.34 for additional exceptions): *(Revised: 1/11/94, 1/14/97 effective 8/1/97, 10/28/99 effective 8/1/00, 2/24/03, 4/14/03, 4/24/03, 7/30/10, 1/19/13 effective 8/1/13, 6/26/24 effective 8/1/24)*

　　　　(a) **Summer League.** A student-athlete may compete during the period between June 15 and August 31 or the institution's opening day of classes (see Bylaw 17.02.13.3), whichever comes earlier, on a team in a league certified per Bylaw 17.34.4.1, provided the student-athlete has received written permission from the institution's athletics director (or the director's official representative) prior to participation in the league. If the student-athlete is transferring and has been officially accepted for enrollment in a second institution, and if the previous institution certifies that the student has withdrawn and does not intend to return to that institution for the next term, this

written permission is to be obtained from the member institution to which the student-athlete is transferring. Under such circumstances, the student-athlete does not count on the summer-league roster as a representative of either institution unless the student-athlete has enrolled and attended classes during the certifying institution's summer term.

(b) **Puerto Rico Superior Basketball League.** A student-athlete who is a resident of Puerto Rico may participate in the Superior Basketball League of Puerto Rico (see Bylaw 12.02.12).

(c) **United States vs. U.S. National Teams.** A student-athlete may participate in the United States against U.S. national teams.

(d) **Outside-Team Tours.** A student-athlete may participate in an outside team summer foreign basketball tour (see Bylaw 17.32.2).

(e) **Basketball Draft Combine.** A student-athlete using the draft exception set forth in Bylaw 12.2.4.2.1 may participate in a draft combine sponsored by a professional sports organization (during the summer or academic year), provided the student-athlete has received written permission from the institution's director of athletics.

**17.4.8.1.4.1 Summer Basketball Leagues.** For a summer basketball league to be certified, a certification application form must be submitted each year to the NCAA national office. To be certified, the following criteria must be met by each league: *(Revised: 10/18/89, 1/10/91, 8/2/91, 8/6/93, 1/11/94, 4/20/99, 4/27/00, 11/1/01, 1/13/03, 4/14/03, 4/29/04, 11/1/07, 10/30/08, 2/1/10, 7/30/10, 10/29/15, 6/26/24 effective 8/1/24)*

(a) **All-Star Games Prohibition.** No all-star game of any kind shall be permitted;

(b) **Geographical Limitation.** League play shall be within 100 air miles of the city limits of the student-athlete's official residence at the end of the previous academic year or the institution the student-athlete last attended as a regular student. If a league does not exist within 100 air miles of the student-athlete's residence, a student-athlete may participate in the summer league located closest to the student's official residence;

(c) **Payment Prohibition.** No member team shall make any payments for play or expenses directly or indirectly to any player;

(d) **Postseason Competition.** Postseason play-offs or tournaments shall be permitted, provided they involve intraleague competition and are completed by August 31;

(e) **Player Limitations.**

  (1) **Number From Any One College.** Each team shall include on its roster not more than two players with intercollegiate basketball eligibility remaining from any two-year or four-year college (other than a Division II or Division III member institution);

  (2) **Replacement of Student-Athlete Who Withdraws.** A student-athlete who is listed on the roster of a team and withdraws or is injured and will not continue to practice or compete may be replaced for the remainder of the season by another basketball student-athlete from the same institution. The institution is permitted only one replacement per team; and

  (3) **One Team, One League.** All Division I student-athletes must limit their competition to one team in one league;

(f) **Revenue.** No admission shall be charged for any game, no fee shall be charged for parking to attend any game, no revenue shall be realized at any game from raffles or similar activities, and no revenue shall be realized from over-the-air or cable television or radio rights fees for any game;

(g) **Staff Limitations.**

  (1) Neither the league nor any member team shall have on its staff or as a participant any person associated in any employment capacity with any two-year or four-year college, except that institutional employees who are not athletics department staff members and do not have responsibilities directly related to the athletics department may serve as game officials; and

  (2) Neither the league nor any member team shall have on its staff or as a participant any individual who has been found guilty or pleaded guilty in a court of law for having been involved in sports bribery, point shaving or game fixing;

(h) **Venue.** A certified league shall not be associated in any way with a venue or other entity that is associated in any way with wagering on intercollegiate athletics;

(i) **Involvement of Agents.** No individual or agency involved in the marketing of any individual's athletics reputation or ability (including an employee of an agent or anyone associated with an agent in the agent's capacity of marketing any individual's athletics reputation or ability) shall be associated in any capacity with the league (or any team participating in the league);

(j) **Awards.** League participants may receive an award, provided the cost of the award is included in the participant's entry fee;

(k) **Accident Medical Insurance.** The league operator must provide proof of accident medical insurance coverage for league participants; and

(l) **Approval of League Operator or Manager.** Individuals involved in operating or managing a league must be approved in accordance with guidelines established by the NCAA basketball certification staff.

**17.4.8.1.5 Collegiate All-Star Contests.** A student-athlete who competes as a member of a squad in any college all-star basketball contest shall be denied further intercollegiate eligibility in basketball. *(Revised: 6/26/24 effective 8/1/24)*

**17.4.8.2 Maximum Number of Student-Athletes on Outside Team.** Following is the maximum number of student-athletes from the same institution with eligibility remaining who may compete on an outside team: *(Revised: 4/27/00, 1/22/20, 6/26/24 effective 8/1/24)*

(a) State or national multisport events -- 2.

(b) Foreign tour (outside team) -- 2.

(c) Olympic, Paralympic and national team development programs and competition -- No limitations.

(d) Summer basketball team in certified league -- 2 [see Bylaw 17.4.8.1.4.1-(e)].

**17.4.8.3 Involvement of Coaching Staff.** No member of the coaching staff of an institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's basketball team except as provided in Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.4.8.4 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/10/05)*

**17.4.8.5 Celebrity Sports Activity.** A limit of two student-athletes from a member institution's basketball team may participate in local celebrity sports activities, other than in basketball, conducted for the purpose of raising funds for charitable organizations, provided:

(a) The student-athletes do not miss classes as a result of the participation;

(b) The involvement of the student-athletes has the approval of the institution's athletics director; and

(c) The activity takes place within a 30-mile radius of the institution's main campus.

# 17.5 Women's Beach Volleyball.
Regulations for computing the women's beach volleyball playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.1 Length of Playing Season.** The length of an institution's playing season in women's beach volleyball shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.1.1 Women's Volleyball Student-Athletes Participating in Women's Beach Volleyball.** Women's volleyball student-athletes listed as participants for women's beach volleyball must participate fully in women's beach volleyball practices. If student-athletes are practicing women's volleyball skills unrelated to women's beach volleyball, such practices must be counted in the institution's established segment in women's volleyball. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.2 Preseason Practice.** A member institution shall not commence practice sessions in women's beach volleyball prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.3 First Contest.** A member institution shall not play its first contest (game or scrimmage) with outside competition in women's beach volleyball prior to the following dates: *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 4/26/17 effective 8/1/17)*

(a) **Nonchampionship Segment.** September 7 or the institution's first day of classes for the fall term, whichever is earlier.

(b) **Championship Segment.** The Thursday that is 10 weeks before the Thursday immediately preceding the start of the National Collegiate Women's Beach Volleyball Championship (see Figure 17-2).

**17.5.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in women's beach volleyball by the conclusion of the recognized national intercollegiate beach volleyball championship events. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.5 Number of Dates of Competition.**

    **17.5.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition during the playing season to 16 dates of competition during the segment in which the NCAA championship is conducted, except for those dates of competition excluded under Bylaws 17.5.5.3 and 17.5.5.4. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22, 4/26/23 effective 8/1/23)*

        **17.5.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in women's beach volleyball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 5/19/22 effective 8/1/22)*

    **17.5.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in not more than 16 dates of competition during the segment in which the NCAA championship is conducted and four dates of competition during the segment in which the NCAA championship is not conducted. This limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 4/26/17 effective 8/1/17)*

        **17.5.5.2.1 Pairs Tournament -- Student-Athlete -- Nonchampionship Segment.** During the nonchampionship segment, a pairs tournament shall count as a single date of competition for participating individuals, regardless of the number of days during which tournament competition takes place. *(Adopted: 5/19/22 effective 8/1/22)*

    **17.5.5.3 Annual Exemptions.** The maximum number of dates of competition in women's beach volleyball shall exclude the following: *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 5/19/22 effective 8/1/22)*

  (a) **Conference Championship.** Competition in one conference championship tournament or playoff in women's beach volleyball;

  (b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

  (c) **Alumni Game.** One date of competition each year against an alumni team of the institution;

  (d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States played in the facility in which the member institution regularly plays its home dates of competition;

  (e) **Hawaii, Alaska or Puerto Rico.** Any dates of competition played in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active Division I institution located in Hawaii, Alaska or Puerto Rico, by a member located outside these locales;

  (f) **Fundraising Activity.** Any women's beach volleyball activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds to benefit the institution's athletics or other programs, provided the student-athletes do not miss class as a result of their participation (see Bylaw 12.5.1.1);

  (g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's women's beach volleyball team who participate in local celebrity activities in women's beach volleyball conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

  (h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for women's beach volleyball as a U.S. national team.

**17.5.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of dates of competition in women's beach volleyball during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.5.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.7 Camps and Clinics.** There are no limits on the number of student-athletes in women's beach volleyball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.8 Other Restrictions.**

**17.5.8.1 Noncollegiate, Amateur Competition.**

**17.5.8.1.1 During the Playing Season.** A student-athlete in women's beach volleyball who participates during the institution's playing season as a member of any outside women's beach volleyball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate women's beach volleyball competition shall be ineligible for intercollegiate women's beach volleyball competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 6/26/24 effective 8/1/24)*

**17.5.8.1.2 Out of Season.** An institution may permit not more than two student-athletes with eligibility remaining in intercollegiate women's beach volleyball to practice or compete out of season on an outside, amateur women's beach volleyball team. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15, 6/26/24 effective 8/1/24)*

**17.5.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 4/15/14, Revised: 6/26/24 effective 8/1/24)*

**17.5.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's beach volleyball team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

**17.5.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 1/15/11 effective 8/1/11, Revised: 4/28/11, 7/31/15, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.5.8.1.3 Beach Volleyball and Volleyball.** Beach volleyball and volleyball are not considered the same sport for purposes of the outside competition legislation. *(Adopted: 8/26/10, Revised: 7/31/15, 6/26/24 effective 8/1/24)*

**17.5.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 1/15/11 effective 8/1/11, Revised: 7/31/15)*

# 17.6 Women's Bowling. Regulations for computing the bowling playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 1/9/96 effective 8/1/96)*

**17.6.1 Length of Playing Season.** The length of an institution's playing season in bowling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97)*

**17.6.2 Preseason Practice.** A member institution shall not commence practice sessions in bowling prior to October 1. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11)*

**17.6.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in bowling prior to October 1. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11)*

**17.6.4 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in bowling by the conclusion of the last date of final exams for the regular academic year at the institution. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 10/31/03)*

**17.6.5 Number of Dates of Competition.**

**17.6.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in bowling during the institution's bowling playing season to 32 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.6.5.3 and 17.6.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/15/11 effective 8/1/11)*

**17.6.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in bowling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/9/96 effective 8/1/96)*

**17.6.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 32 dates of competition in bowling (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/15/11 effective 8/1/11)*

**17.6.5.3 Annual Exemptions.** The maximum number of dates of competition in bowling shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 2/24/03, 10/31/03, 10/5/10, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in bowling;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico.** Any dates of competition in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(f) **Fundraising Activity.** Any bowling activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1); and

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's bowling team who participate in local celebrity bowling activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.6.5.4 Foreign Tour.** The dates of competition on a foreign tour shall be excluded from the maximum number of dates of competition, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32.

**17.6.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season pursuant to Bylaw 17.6.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 1/9/96 effective 8/1/96)*

**17.6.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.6.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/28/05, 4/25/18)*

**17.6.7 Camps and Clinics.** There are no limits on the number of student-athletes in bowling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/9/96 effective 8/1/96)*

**17.6.8 Other Restrictions.**

**17.6.8.1 Noncollegiate, Amateur Competition.**

**17.6.8.1.1 During the Playing Season.** A student-athlete in bowling who participates during the institution's playing season as a member of any outside team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) except while representing the institution in intercollegiate competition shall be ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/3/05, 6/26/24 effective 8/1/24)*

**17.6.8.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Revised: 6/26/24 effective 8/1/24)*

**17.6.8.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Revised: 6/26/24 effective 8/1/24)*

**17.6.8.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining who may practice or compete out of season on an outside amateur team. *(Adopted: 1/9/96 effective 8/1/96, Revised: 6/26/24 effective 8/1/24)*

**17.6.8.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.6.8.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.6.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 1/9/96 effective 8/1/96)*

# 17.7 Cross Country. Regulations for computing the cross country playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.7.1 Length of Playing Season.** The length of an institution's playing season in cross country shall be limited to a 144-day season, which may consist of multiple segments (each consisting of at least one week) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/25/18 effective 8/1/18)*

**17.7.1.1 Track and Field Student-Athletes Participating in Cross Country.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practices must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.7.2 Preseason Practice.** An institution shall not commence practice sessions in cross country prior to 16 calendar days before the first scheduled intercollegiate contest. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/07, 4/14/03, 5/19/22 effective 8/1/22)*

**17.7.3 First Date of Competition.** An institution shall not engage in its first date of competition (game or scrimmage) with outside competition in cross country prior to September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday (see Figure 17-2). *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 4/15/97)*

**17.7.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in cross country by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97)*

**17.7.5 Number of Dates of Competition.**

**17.7.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in cross country during the institution's cross country playing season to seven dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.7.5.3 and 17.7.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.7.5.1.1 Exception -- Cross Country Without Indoor or Outdoor Track and Field.** An institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field shall limit its total playing schedule with outside competition during the cross country playing season to seven dates of competition during the segment in which the NCAA championship is conducted and five dates of competition during another segment. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94, 4/29/10 effective 8/1/10)*

**17.7.5.1.1.1 Exception -- Isolated Institution.** If there are fewer than five other Division I institutions that sponsor cross country (without indoor or outdoor track and field) located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and five. *(Adopted: 4/25/18)*

**17.7.5.1.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

**17.7.5.1.2 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in cross country in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.7.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than seven cross country dates of competition (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91)*

**17.7.5.2.1 Exception -- Cross Country Without Indoor or Outdoor Track and Field.** An individual student-athlete who attends an institution that sponsors men's or women's cross country but does not sponsor indoor or outdoor track and field may participate during each academic year in seven dates of competition during the segment in which the NCAA championship is conducted in cross country and five dates of competition during another segment. *(Adopted: 1/16/93, Revised: 1/11/94 effective 8/1/94)*

**17.7.5.3 Annual Exemptions.** The maximum number of dates of competition in cross country shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in cross country;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in cross country each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in cross country each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition played in Hawaii or Alaska, respectively, against an active Division I institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any cross country activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's cross country team who participate in local celebrity cross country activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body in cross country as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.7.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.7.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.7.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.7.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.7.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.7.7 Camps and Clinics.** There are no limits on the number of student-athletes in cross country who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.7.8 Other Restrictions.**

**17.7.8.1 Noncollegiate, Amateur Competition.**

**17.7.8.1.1 During the Playing Season.** A student-athlete in cross country who participates during the institution's playing season as a member of any outside cross country team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) except while representing the institution in intercollegiate cross country competition shall be ineligible for intercollegiate cross country competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.7.8.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Revised: 6/26/24 effective 8/1/24)*

**17.7.8.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Revised: 6/26/24 effective 8/1/24)*

**17.7.8.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate cross country may practice or compete on an outside amateur cross country team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate cross country who may practice or compete on an outside amateur cross country team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.7.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 4/15/14, Revised: 6/26/24 effective 8/1/24)*

**17.7.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's cross country team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.7.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.7.8.1.3 Cross Country and Triathlon.** Cross country and triathlon are considered the same sport for purposes of the outside competition legislation. *(Adopted: 1/18/14 effective 8/1/14, Revised: 6/26/24 effective 8/1/24)*

**17.7.8.2 Equipment Issue, Squad Pictures.** No limitations.

# 17.8 Women's Equestrian. Regulations for computing the equestrian playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.8.1 Length of Playing Season.** The length of an institution's playing season in equestrian shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.2 Preseason Practice.** A member institution shall not commence practice sessions in equestrian prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.3 First Date of Competition.** An institution shall not engage in its first date of competition (game or scrimmage) with outside competition in equestrian prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in each segment in equestrian by the last date of final examinations for the regular academic year. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.5 Number of Dates of Competition.**

**17.8.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in the sport of equestrian in the institution's playing season to 15 dates of competition (games and scrimmages), which may include not more than five two-day competitions, which shall each count as a single date of competition. These limitations do not include those dates of competition excluded under Bylaws 17.8.5.3 and 17.8.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/8/07 effective 8/1/07)*

**17.8.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in equestrian in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 15 dates of competition, which may include not more than five two-day competitions, which shall each count as a single date of competition (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/8/07 effective 8/1/07)*

**17.8.5.3 Annual Exemptions.** The maximum number of dates of competition in equestrian shall exclude the following: *(Adopted: 4/25/02 effective 8/1/02, Revised: 2/24/03, 7/6/05, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in equestrian;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., national intercollegiate championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Show/Event.** One date of competition in equestrian each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in equestrian each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico.** Any dates of competition in equestrian in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(f) **Fundraising Activity.** Any equestrian activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1); and

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's equestrian team who participate in local celebrity equestrian activities conducted for the purpose of raising funds for charitable organizations, provided:

  (1) The student-athletes do not miss classes as a result of the participation;

  (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

  (3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.8.5.4 Foreign Tour.** The dates of competition in equestrian on a foreign tour shall be excluded from the maximum number of dates of competition, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/25/02 effective 8/1/02)*

## 17.8.6 Out-of-Season Athletically Related Activities.
Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.8.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 4/25/02 effective 8/1/02, Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.8.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 6/10/11, 4/25/18)*

## 17.8.7 Safety Exception.
A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses equestrian equipment. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.8 Camps and Clinics.** There are no limits on the number of student-athletes in equestrian who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 4/25/02 effective 8/1/02)*

**17.8.9 Other Restrictions.**

**17.8.9.1 Noncollegiate, Amateur Competition.**

**17.8.9.1.1 During the Playing Season.** A student-athlete in equestrian who participates during the institution's playing season as a member of any outside equestrian team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate equestrian competition shall be ineligible for intercollegiate equestrian competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/3/05, 6/26/24 effective 8/1/24)*

**17.8.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.8.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.8.9.1.2 Out of Season.** There are no limits on the number of student-athletes with eligibility remaining in intercollegiate equestrian who may practice or compete out of season on an outside, amateur equestrian team. *(Adopted: 4/25/02 effective 8/1/02, Revised: 6/26/24 effective 8/1/24)*

**17.8.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with remaining eligibility from that institution's equestrian team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.8.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 4/25/02 effective 8/1/02, Revised: 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.8.9.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/10/05)*

# 17.9 Fencing. Regulations for computing the fencing playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.9.1 Length of Playing Season.** The length of an institution's playing season in fencing shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.9.2 Preseason Practice.** A member institution shall not commence practice sessions in fencing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.9.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in fencing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.9.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (matches or practice matches) in fencing by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

### 17.9.5 Number of Dates of Competition.

**17.9.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in fencing during the permissible fencing playing season to 11 dates of competition, except for those dates of competition excluded under Bylaws 17.9.5.2 and 17.9.5.3 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.9.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in fencing in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.9.5.1.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 11 dates of competition in fencing. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.5.2 Annual Exemptions.** The maximum number of dates of competition in fencing shall exclude the following: *(Revised: 1/10/90, 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in fencing;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in fencing each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in fencing each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in fencing in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any fencing activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's fencing team who participate in local celebrity fencing activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body in fencing as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.9.5.3 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

### 17.9.6 Out-of-Season Athletically Related Activities.
Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.9.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.9.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.9.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.9.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses fencing equipment. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.9.8 Camps and Clinics.** There are no limits on the number of student-athletes in fencing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.9.9 Other Restrictions.**

### 17.9.9.1 Noncollegiate, Amateur Competition.

**17.9.9.1.1 During the Playing Season.** A student-athlete in fencing who participates during the institution's playing season as a member of any outside fencing team in any noncollegiate, amateur competition (e.g., fencing tournament, exhibition games or other activity) except while representing the institution in intercollegiate fencing competition shall be ineligible for intercollegiate fencing competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.9.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.9.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.9.9.1.1.3 Exception -- USA Fencing National Championships.** In fencing, a student-athlete may compete during the academic year as a member of a USA Fencing member club team in the USA Fencing National Championships. *(Adopted: 6/26/24 effective 8/1/24)*

**17.9.9.1.2 Out of Season.** During the academic year, not more than four student-athletes with eligibility remaining in intercollegiate fencing may practice or compete on an outside amateur fencing team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate fencing who may practice or compete on an outside amateur fencing team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.9.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.9.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining with the institution's fencing team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.9.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

### 17.9.9.2 Equipment Issue, Squad Pictures. No limitations.

## 17.10 Field Hockey.
Regulations for computing the field hockey playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.10.1 Length of Playing Season.** The length of an institution's playing season in field hockey shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.10.2 Preseason Practice.** A member institution shall not commence practice sessions in field hockey prior to 16 calendar days before the first scheduled regular-season intercollegiate contest (not a scrimmage, exhibition game or alumni contest that may occur before that first scheduled regular-season contest). *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/14/03, 6/17/15, 5/19/22 effective 8/1/22)*

**17.10.3 First Contest or Date of Competition.** A member institution shall not play its first regular-season contest or engage in its first date of competition (game or scrimmage) with outside competition in field hockey prior to the Friday prior to the 11th weekend prior to the start of the NCAA Division I Field Hockey Championship, except that an alumni contest may be played the weekend prior to the first scheduled regular-season contest. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/10/95 effective 8/1/95, 1/10/96 effective 8/1/96, 1/24/96 effective 8/1/96, 1/14/97 effective 8/1/97, 4/20/99 effective 8/1/99, 11/1/07 effective 8/1/08, 12/14/07, 6/17/15)*

**17.10.3.1 Exception -- Scrimmage/Exhibition Games.** An institution may play three field hockey scrimmages or exhibition games (which shall not count toward the institution's won-lost record) prior to the first scheduled regular-season contest during a particular academic year, provided such scrimmages or exhibition games are conducted during the institution's declared playing season per Bylaw 17.10.1 (including the preseason practice period) and are counted against the maximum number of contests (see Bylaw 17.10.5.1). Contests that would otherwise be exempted from the maximum number of contests per Bylaw 17.10.5.3 shall count against the maximum if they are played during the preseason practice period prior to the date specified for the first permissible regular-season contest. *(Adopted: 12/14/07, Revised: 6/17/15)*

**17.10.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in field hockey by the last date of final exams for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97)*

**17.10.5 Number of Contests and Dates of Competition.**

**17.10.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's field hockey playing season in any one year to 20 contests during the segment in which the NCAA championship is conducted and five dates of competition during the nonchampionship segment, except for those contests or dates of competition excluded under Bylaws 17.10.5.3 and 17.10.5.4. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Revised: 1/10/92 effective 8/1/92, 4/29/10 effective 8/1/10)*

**17.10.5.1.1 Exception -- Isolated Institution.** If there are fewer than five other Division I institutions that sponsor field hockey located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and five. *(Adopted: 4/25/18)*

**17.10.5.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

**17.10.5.1.3 In-Season Foreign Competition.** A member institution may play one or more of its countable field hockey contests or dates of competition in one or more foreign countries on one trip during the prescribed playing season. However, except for contests or dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.10.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 20 field hockey contests during the segment in which the NCAA championship is conducted and five dates of competition during the nonchampionship segment. This limitation includes those contests or dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/92 effective 8/1/92)*

**17.10.5.3 Annual Exemptions.** The maximum number of contests or dates of competition in field hockey shall exclude the following (unless such contests are played pursuant to Bylaw 17.10.3.1): *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 12/14/07, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in field hockey (or the tournament used to determine the conference's automatic entry in an NCAA field hockey championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference field hockey championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA field hockey championship without the game(s) being counted as a postseason tournament;

(c) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before the NCAA championship;

(e) **Alumni Game.** One contest or date of competition in field hockey each year against an alumni team of the institution;

(f) **Foreign Team in the United States.** One contest or date of competition in field hockey each year with a foreign opponent in the United States;

(g) **Hawaii or Alaska.** Any contests or dates of competition played in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member institution located outside the area in question;

(h) **Fundraising Activity.** Any field hockey activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's field hockey team who participate in local celebrity field hockey activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director;

    (3) The activity takes place within a 30-mile radius of the institution's main campus; and

(j) **U.S. National Team.** One contest or date of competition played against any team as selected and designated by the appropriate national governing body in field hockey as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.10.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.10.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.10.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.10.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.10.7 Camps and Clinics.** There are no limits on the number of student-athletes in field hockey who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.10.8 Other Restrictions.**

**17.10.8.1 Noncollegiate, Amateur Competition.**

**17.10.8.1.1 During the Playing Season.** A student-athlete who participates during the institution's playing season as a member of any outside field hockey team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate field hockey competition

shall be ineligible for intercollegiate field hockey competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.10.8.1.2 Out of Season.** A member institution may permit not more than five student-athletes with eligibility remaining in intercollegiate field hockey to practice or compete out of season on an outside amateur field hockey team . *(Revised: 1/10/91 effective 8/1/91, 6/26/24 effective 8/1/24)*

**17.10.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.10.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from the institution's field hockey team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.10.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.10.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.11 Football. [FBS/FCS] Regulations for computing the football playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.11.1 Prohibited Athletic Activities.** In football, an institution shall not conduct prohibited athletic activities, as specified in policies and procedures established and maintained by the Football Bowl Subdivision Oversight Committee and Football Championship Subdivision Oversight Committee and reviewed by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 5/19/21, Revised: 10/6/21, 11/7/23)*

**17.11.2 Length of Playing Season. [FBS/FCS]** The length of an institution's playing season in football shall be limited to the period of time between the start of preseason practice (see Bylaw 17.11.3) and the end of the regular playing season (see Bylaw 17.11.5), except as provided in Bylaw 17.11.7 (see Bylaw 17.11.4 for restrictions on first contest dates).

**17.11.3 Practice. [FBS/FCS]**

**17.11.3.1 First Practice Date.** An institution shall not commence official preseason football practice sessions, for the varsity, junior varsity or freshman team, before 31 days before its first scheduled intercollegiate game. Before its first scheduled intercollegiate game, an institution may not engage in more than 25 on-field practices. *(Revised: 1/11/89, 4/14/03, 4/24/03 effective 5/1/03, 4/28/05, 1/18/18, 6/11/18, 5/18/22)*

**17.11.3.1.1 Exception. [FBS/FCS]** An institution that has prohibitions against athletics activities during a specific day of the week due to religious reasons, may start official preseason football practice sessions one day earlier than the date determined pursuant to Bylaw 17.11.3.1. *(Adopted: 4/28/05 effective 5/1/05)*

**17.11.3.1.2 Limit on Number of Participants. [FBS/FCS]** There is limit of 110 student-athletes who may engage in practice activities prior to the institution's first day of classes or prior to the seventh day before the day of the institution's first contest, whichever occurs earlier. *(Adopted: 1/11/94, Revised: 12/15/06, 4/26/17 effective 8/1/17, 4/25/18, 5/19/21)*

**17.11.3.1.2.1 Replacement of Student-Athlete Who Voluntarily Withdraws. [FBS/FCS]** A student-athlete who has voluntarily withdrawn from an institution's team, has departed the practice site and no longer will engage in any preseason activities may be replaced with another student-athlete without including that individual in the preseason practice limitation. *(Adopted: 1/10/95, Revised: 4/25/18)*

**17.11.3.1.2.2 Replacement of Student-Athlete Due to Injury or Illness. [FBS/FCS]** A student-athlete who sustains an injury or illness that prevents further participation in preseason practice activities may be replaced with another student-athlete without including that individual in the preseason practice limitation. The replaced student-athlete shall cease participation in all athletically related activities (including team meetings and film review) and shall not resume participation in athletically related activities before the institution's first day of classes or prior to the seventh day before the day of the institution's first contest, whichever occurs first. The replaced student-athlete may continue to receive preseason practice expenses. *(Adopted: 1/17/09, Revised: 4/26/17 effective 8/1/17, 5/19/21)*

**17.11.3.1.2.3 Exception -- National Service Academies -- Bowl Subdivision. [FBS]** In bowl subdivision football, there is no limit on the number of student-athletes who will be attending a national service academy and who may engage in preseason practice activities. *(Adopted: 4/29/04 effective 8/1/04)*

**17.11.3.1.2.4 Junior Varsity Exception -- Championship Subdivision. [FCS]** In championship subdivision football, an institution that sponsors a junior varsity team that competes in at least four intercollegiate contests is not subject to the preseason practice limitation. *(Adopted: 1/11/94)*

**17.11.3.2 Academic Orientation -- First-Time Participants -- Bowl Subdivision. [FBS]** In bowl subdivision football, an institution must establish an academic orientation period for those student-athletes who are beginning their initial seasons of eligibility for football practice at the institution. The period shall include not fewer than six hours of academic orientation. The academic orientation period requirement may be satisfied through the following options: *(Adopted: 4/24/03 effective 5/1/03, Revised: 4/27/06, 12/15/06, 1/4/08)*

(a) An institution may conduct the required academic orientation period any time prior to or during the acclimatization period for student-athletes enrolled in summer classes or participating in summer conditioning activities prior to the student-athlete's first season of eligibility in football at the certifying institution;

(b) An institution may establish an academic orientation day on the day prior to the start of the acclimatization period. On the day designated for the sole purpose of academic orientation, student-athletes may engage only in academic-related activities, which may include compliance-related activities (e.g., reviewing NCAA eligibility requirements, signing the Student-Athlete Statement and Drug-Testing Consent Form). An institution may conduct medical examinations, issue equipment and take individual photographs of participating student-athletes after the evening meal on the academic orientation day; or

(c) An institution may conduct the academic orientation period during the acclimatization period. The orientation activities may be conducted on more than one day during the acclimatization period but must be conducted for the equivalent of one day (not fewer than six hours).

**17.11.3.3 Academic Orientation -- First-Time Participants -- Championship Subdivision. [FCS]** In championship subdivision football, an institution must establish an academic orientation period for those student-athletes who are beginning their initial seasons of eligibility for football practice at the institution. The period shall include not fewer than six hours of academic orientation. The academic orientation period requirement may be satisfied through the following options: *(Adopted: 4/28/16)*

(a) An institution may conduct the required academic orientation period any time before or during the acclimatization period for student-athletes enrolled in summer classes or participating in summer conditioning activities before the student-athlete's first season of eligibility in football at the certifying institution;

(b) An institution may establish an academic orientation day on the day before the start of the acclimatization period. On the day designated for the sole purpose of academic orientation, student-athletes may engage only in academic-related activities, which may include compliance-related activities (e.g., reviewing NCAA eligibility requirements, signing the Student-Athlete Statement and Drug-Testing Consent Form). An institution may conduct medical examinations, issue equipment and take individual photographs of participating student-athletes after the evening meal on the academic orientation day;

(c) An institution may conduct the academic orientation period during the acclimatization period. The orientation activities may be conducted on more than one day during the acclimatization period but must be conducted for the equivalent of one day (not fewer than six hours); or

(d) Student-athletes may participate in an institutional orientation session open to all incoming students at any time prior to or during the acclimatization period. The session must be conducted in-person and must include a minimum of six hours of academic content.

**17.11.3.4 Seven-Day Acclimatization Period. [FBS/FCS]** In football, preseason practice shall begin with a seven-day acclimatization period for both first-time participants (e.g., freshmen and transfers) and continuing student-athletes. All

student-athletes, including walk-ons who arrive to preseason practice after the first day of practice or who begin practice at any other point in the playing season, are required to undergo a seven-day acclimatization period. The seven-day acclimatization period shall be conducted as follows: *(Adopted: 4/24/03 effective 5/1/03, Revised: 4/28/05 effective 8/1/05, 7/18/05, 12/13/05, 4/27/06, 12/15/06, 1/4/08, 4/28/16 effective 8/1/16, 4/26/17, 1/18/18, 6/11/18, 1/23/19, 5/19/21, 10/27/21)*

(a) An institution may not conduct administrative activities (e.g., team pictures, etc.) other than those permitted prior to or on the academic orientation day (e.g., compliance-related activities, medical examinations, individual photographs) prior to the first permissible date of practice. Conditioning, speed, strength or agility tests may not occur on any day prior to the start of the seven-day acclimatization period.

(b) During the seven-day period, participants shall not engage in more than one on-field practice per day, not to exceed three hours in length.

   (1) Exception -- During the seven-day acclimatization period, an institution has the option of conducting one on-field practice per day, not to exceed three hours in length, or one on-field testing session (speed, conditioning or agility tests) per day, not to exceed one hour in length and one on-field practice, not to exceed two hours in length. In addition, an institution may conduct one one-hour walk-through session per day of the acclimatization period pursuant to Bylaw 17.02.20. Student-athletes must be provided with at least three continuous hours of recovery time between any sessions (testing, practice or walk-through) occurring that day. During this time, student-athletes may not attend any meetings or engage in other athletically related activities (e.g., weight lifting); however, time spent receiving medical treatment and eating meals may be included as part of the recovery time. If an institution conducts only a walk-through on a particular day during the acclimatization period, that day does not count toward the required seven days of acclimatization, but the walk-through counts toward the limit of 25 on-field practices in the preseason practice period.

(c) First-time participants and continuing students shall not be required to practice separately.

(d) During the first two days of practice or testing activity, helmets and spider pads shall be the only protective equipment student-athletes may wear. During the next three days of practice or testing activity, helmets, spider pads and shoulder pads shall be the only pieces of protective equipment student-athletes may wear. On the sixth day of practice or testing activity, student-athletes may practice in full pads.

(e) An institution shall provide student-athletes with one day off during the seven-day acclimatization period. The required day off may occur as early as the second day or as late as the seventh day.

**17.11.3.4.1 Exception -- National Service Academies. [FBS]** First-time participants (e.g., freshmen and transfers) who will be attending a national service academy and who have completed basic military training immediately prior to preseason practice are not required to complete the acclimatization period. *(Adopted: 4/29/04 effective 8/1/04, Revised: 12/15/06)*

**17.11.3.5 Preseason Activities After Acclimatization Period. [FBS/FCS]** The remaining 19 on-field preseason practice sessions after the acclimatization period shall be conducted as follows: *(Adopted: 4/24/03 effective 5/1/03, Revised: 12/15/06, 4/24/14, 4/14/17, 5/19/21, 10/8/21, 10/27/21)*

(a) **General.**

   (1) Multiple on-field practice sessions shall not be conducted on the same day;

   (2) Student-athletes shall not engage in more than three hours of on-field practice activities per day;

   (3) A walk-through is not considered an on-field activity; however, if a walk-through is conducted on a day in which no other on-field activities occur, the walk-through must be included in the limit of 25 on-field practices in the preseason practice period. In championship subdivision football, on-field walk-throughs shall not exceed a total of two hours per day; and

   (4) Student-athletes must be provided with at least three continuous hours of recovery time between an on-field practice session and a walk-through. During this time, student-athletes may not engage in physical athletically related activities (e.g., weight lifting). Time spent in team meetings, film review, receiving medical treatment and eating meals may be included as part of the recovery time.

(b) **Protective Equipment Restrictions.**

   (1) Up to eight on-field practice sessions may be conducted in full pads;

   (2) During at least five on-field practice sessions, protective equipment is restricted to not more than helmets and spider pads;

(3) During the remaining on-field practice sessions, protective equipment is restricted to not more than helmets, spider pads and/or shoulder pads; and

(4) On-field practice sessions may be conducted in less protective equipment than the maximum restrictions noted above.

(c) **Contact Restrictions.**

(1) Full contact (tackling to the ground) is only permitted during an on-field practice session in full pads;

(2) An institution shall not conduct more than two consecutive days of full contact (tackling to the ground) practices. A full contact practice during the acclimatization period counts toward this limit;

(3) An institution shall not conduct more than a total of 75 minutes of full contact (tackling to the ground) within any one on-field practice session other than during the two permissible scrimmages; and

(4) An institution shall not conduct more than two scrimmages during the preseason practice period. A scrimmage is a practice devoted primarily (greater than 50 percent of practice time) to 11-on-11, full contact (tackling to the ground) activities. A scrimmage counts as one of the eight permissible practices in full pads and may include more than 75 minutes of full contact (tackling to the ground).

**17.11.4 First Contest. [FBS/FCS]** An institution shall not play its first contest (game or scrimmage) with outside competition in football prior to the Thursday preceding Labor Day (see Figure 17-2). *(Revised: 1/11/89, 1/9/96 effective 8/1/96, 1/14/97, 5/12/05)*

**17.11.4.1 Exception -- Institutions That Compete in Hawaii. [FBS/FCS]** An institution that is scheduled to play a regular-season game in Hawaii may play its first permissible contest with outside competition on the Saturday prior to the Thursday preceding Labor Day. If the institution's first opponent of the season is not a member institution located in Hawaii, the institution's first opponent of the season may also play its first contest (game or scrimmage) with outside competition on the Saturday prior to the Thursday preceding Labor Day. *(Adopted: 4/28/16 effective 8/1/16)*

**17.11.4.2 Exception -- Nationally Televised Contest -- Championship Subdivision. [FCS]** In championship subdivision football, an institution may participate in a nationally televised (broadcast or cable; not Internet only) contest against a nonconference opponent during the weekend (Saturday-Sunday) before the Thursday preceding Labor Day. Participation in such a contest is limited to one institution per conference per year. An institution that participates in such a contest for two consecutive years may not participate in such a contest in the following year. *(Adopted: 4/28/16 effective 8/1/16)*

**17.11.4.3 Exception -- In-Season Foreign Competition.** An institution that is scheduled to play a regular-season game in a foreign country may play its first permissible contest with outside competition on the Saturday prior to the Thursday preceding Labor Day. An institution that uses this exception must provide its student-athletes with five additional days off from all countable athletically related activities during the institution's declared playing season. *(Adopted: 5/19/22 effective 8/1/22)*

**17.11.5 End of Playing Season. [FBS/FCS]** A member institution's last contest (game or scrimmage) with outside competition in football shall not be played after the second Saturday or the following Sunday in December, except for the following: *(Revised: 1/11/89, 1/10/90, 1/10/91, 1/10/92, 1/16/93, 1/14/97 effective 8/1/97, 8/5/99, 4/27/06, 12/15/06, 11/1/07 effective 8/1/08, 10/28/10, 10/27/11 effective 4/11/12, 6/8/15)*

(a) **Spring Practice Scrimmage.** One scrimmage or contest at the conclusion of spring practice, provided the game is with a team composed of bona fide alumni or students or both; and

(b) **Postseason Games, NCAA and NAIA Championships, International Competition and Celebration Bowl.** Permissible postseason games that meet the requirements of Bylaw 18.7 and the NCAA postseason football handbook or those games played in the Division I Football Championship; football contests played on a foreign tour certified by the member institution; or the National Association of Intercollegiate Athletics football championships. In championship subdivision football only, a member institution's last contest also may include participation in the Celebration Bowl.

**17.11.5.1 Celebration Bowl Restrictions. [FCS]** All members of the Mid-Eastern and Southwestern Athletic Conferences shall participate in the Division I Football Championship, if eligible and selected for participation, and members of those conferences that participate in the Division I Football Championship also shall not participate in the Celebration Bowl during the same year. The Celebration Bowl may be conducted on the same weekend as the Division I Football Championship, provided there is no conflict in the time of the contests. *(Adopted: 1/16/93, Revised: 8/5/99, 12/15/06, 6/8/15)*

**17.11.5.2 Final Date for Postseason Game.** In bowl subdivision football, the postseason football games in Bylaw 17.11.5-(b) must be played not later than the third Monday in January. In championship subdivision football, the

postseason games in Bylaw 17.11.5-(b) must be played not later than the Sunday before the second Monday in January. *(Adopted: 1/11/89, Revised: 1/10/95 effective 8/1/95, 2/1/05, 1/9/06 effective 8/1/06, 12/15/06, 6/8/15, 7/27/16, 6/26/24 effective 8/1/24)*

## 17.11.6 Number of Contests. [FBS/FCS]

**17.11.6.1 Maximum Limitations -- Institutional. [FBS/FCS]** In bowl subdivision football, a member institution shall limit its total regular-season playing schedule with outside competition during the permissible football playing season in any one year to 12 contests (games or scrimmages), except as provided for member institutions located in Alaska and Hawaii, under Bylaw 17.31.2, and except as provided for all members under Bylaw 17.11.6.2. In championship subdivision football, a member institution shall limit its total regular-season playing schedule with outside competition during the permissible football playing season in any one year to 11 contests (games or scrimmages), except as provided for member institutions located in Alaska and Hawaii, under Bylaw 17.31.2, and except as provided for all members under Bylaw 17.11.6.2. Twelve football contests shall be permissible during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November (e.g., 2024, 2025). *(Revised: 1/12/99 effective 8/1/02, 8/5/99 effective 8/1/02, 4/28/05 effective 8/1/06, 12/15/06)*

**17.11.6.1.1 In-Season Foreign Competition. [FBS/FCS]** A member institution may play one or more of its countable contests in football in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada, Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.11.6.1.2 Maximum Limitations -- Student-Athlete. [FBS/FCS]** In bowl subdivision football, an individual student-athlete may participate in each academic year in not more than 12 football contests. In championship subdivision football, an individual student-athlete may participate in each academic year in not more than 11 football contests, except that 12 football contests shall be permissible during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November (e.g., 2019). This limitation includes those contests in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/92, 8/5/99 effective 8/1/02, 4/28/05 effective 8/1/06, 12/15/06)*

## 17.11.6.2 Annual Exemptions. [FBS/FCS]

**17.11.6.2.1 Bowl Subdivision.** In bowl subdivision football, the maximum number of football contests shall exclude the following: *(Revised: 1/10/90, 11/11/07 effective 8/1/08, 10/28/10, 10/27/11 effective 4/1/12, Adopted: 8/2/12 effective 8/1/14, 1/15/16 effective 8/1/16, 5/18/22, 6/26/24 effective 8/1/24)*

(a) **Spring Game.** One contest at the conclusion of the spring practice period [see Bylaw 17.11.5-(a)], provided the contest is against a team composed of bona fide alumni or students or both;

(b) **Conference Championship Game.** One conference championship game;

(c) **Postseason Games.** One postseason game that meets the requirements of Bylaw 18.7 and the NCAA postseason football handbook or games in the College Football Playoff;

(d) **NAIA Championship.** Games play in the National Association of Intercollegiate Athletics (NAIA) football championship;

(e) **Foreign Tour.** The football games played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32;

(f) **Hawaii, Alaska, Puerto Rico.** Any football games played in Hawaii, Alaska, or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a Division I member institution located outside the areas in question; and

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's football team who participate in local celebrity football activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.11.6.2.2 Championship Subdivision. [FCS]** In championship subdivision football, the maximum number of football contests shall exclude the following: *(Revised: 1/10/90, Adopted: 1/10/91, 1/19/92, 1/16/93 effective 8/1/93, 1/13/98 effective 8/1/98, 2/16/00, 12/15/06, 10/28/10, 6/8/15)*

(a) **Spring Game.** One contest at the conclusion of the spring practice period [see Bylaw 17.11.5-(a)], provided the contest is against a team composed of bona fide alumni or students or both;

(b) **Celebration Bowl.** Participation in the Celebration Bowl held between representatives of the Mid-Eastern Athletic Conference and the Southwestern Athletic Conference, which shall meet the reporting requirements set forth in Bylaw 18.7.2 in order to be exempt;

(c) **Twelve-Member Conference Championship Game.** A conference championship game between division champions of a member conference of 12 or more institutions that is divided into two divisions (of six or more institutions each), each of which conducts round-robin, regular-season competition among the members of that division;

(d) **Championship Subdivision Conference Tournament.** A conference-sponsored, season-ending postseason tournament (one between teams that are not identified until the end of the preceding regular season), not to exceed one contest for any member institution. This provision does not preclude an institution from participating in a conference-sponsored season-ending postseason tournament and additional postseason football opportunities (e.g., NCAA Championship, Celebration Bowl) during the same season;

(e) **NCAA Championship.** Games played in the NCAA Division I Football Championship;

(f) **NCAA Championship Play-in-Competition.** Competition in play-in contests conducted before the NCAA championship;

(g) **NAIA Championship.** Games play in the National Association of Intercollegiate Athletics (NAIA) football championship;

(h) **Foreign Tour.** The football games played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32;

(i) **Hawaii, Alaska, Puerto Rico.** Any football games played in Hawaii, Alaska, or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a Division I member institution located outside the areas in question; and

(j) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's football team who participate in local celebrity football activities conducted for the purpose of raising funds for charitable organizations, provided:

   (1) The student-athletes do not miss classes as a result of the participation;

   (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

   (3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.11.7 Out-of-Season Athletically Related Activities. [FBS/FCS]** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the playing season, except as set forth in this bylaw (see Bylaw 17.1.7.2): *(Revised: 4/24/03 effective 5/1/03, 3/10/04, 1/8/07 effective 5/1/07)*

**17.11.7.1 Conditioning Activities -- Bowl Subdivision. [FBS]** In bowl subdivision football, student-athletes may participate in conditioning activities pursuant to Bylaw 17.1.7.2 as follows: *(Revised: 1/16/10)*

**17.11.7.1.1 January 1 Until the Start of Preseason Practice. [FBS]** In bowl subdivision football, between January 1 and the institution's reporting date for preseason practice, an institution shall conduct its out-of-season conditioning period as follows: *(Adopted: 4/14/03 effective 5/1/03, Revised: 4/24/03 effective 5/1/03, 12/15/06, 1/14/08, 1/16/10, 7/1/11, 12/6/11, 10/30/13, 4/26/17, 1/23/19)*

(a) An institution shall designate eight weeks as student-athlete discretionary time (see Bylaw 17.02.15). The designated eight weeks (each week must be seven consecutive calendar days) must be placed on file in writing in the department of athletics prior to January 1. An institution is permitted to designate institutional vacation periods (e.g., holiday break, spring break) as student-athlete discretionary time.

(b) Required conditioning, weight-training activities, review of game film and walk-throughs (see Bylaw 17.02.20) shall remain permissible during the academic year outside the eight weeks designated as student-athlete discretionary time. A student-athlete's participation in such activities shall be limited to a maximum of eight hours per week, of which not more than two hours per week may be spent on the viewing of game film and participating in walk-throughs.

(c) Spring football practice per Bylaw 17.11.7.5 shall remain permissible outside the eight weeks.

(d) An institution shall designate nine consecutive weeks between the conclusion of the academic year and its reporting date for preseason practice as its summer conditioning period. During this nine-week period, institutions shall designate one week as student-athlete discretionary time (in addition to the eight weeks already designated).

(e) During the remaining eight weeks of the summer conditioning period, student-athletes may be involved in voluntary weight training and conditioning activities pursuant to Bylaw 17.1.7.2.1 and prospective student-athletes may be involved in voluntary weight training and conditioning activities pursuant to Bylaw 13.11.3.8. Such activities are limited to eight hours per week. In addition, student-athletes may participate in required summer athletic activities pursuant to Bylaw 17.1.7.2.1.6.2.

(f) All remaining days between the conclusion of the academic year and the institution's reporting date for preseason practice that are not part of the institution's designated summer conditioning period and not already designated as student-athlete discretionary time shall be considered student-athlete discretionary time.

**17.11.7.1.1.1 National Service Academies. [FBS]** National service academies shall be subject to the restrictions governing conditioning activities in Bylaw 17.11.7.1.1, except that they shall be able to designate nine weeks of student-athlete discretionary time between January 1 and the start of the preseason practice period. *(Adopted: 4/29/04 effective 8/1/04, Revised: 12/15/06)*

## 17.11.7.2 Conditioning Activities -- Championship Subdivision. [FCS]
In championship subdivision football, student-athletes may participate in conditioning activities pursuant to Bylaw 17.1.7.2. Between the conclusion of the academic year and the institution's reporting date for the preseason practice, an institution shall conduct its summer conditioning period as follows: *(Adopted: 4/24/03 effective 5/1/03, Revised: 1/14/08, 1/16/10, 10/30/13)*

(a) An institution shall designate nine consecutive weeks as its summer conditioning period. During this nine-week period, institutions shall designate one week as student-athlete discretionary time.

(b) During the remaining eight weeks of the summer conditioning period, student-athletes may be involved in voluntary weight training and conditioning activities pursuant to Bylaw 17.1.7.2.1 and prospective student-athletes may be involved in voluntary weight training and conditioning activities pursuant to Bylaw 13.11.3.8. Such activities are limited to eight hours per week. In addition, student-athletes may participate in required summer athletic activities pursuant to Bylaw 17.1.7.2.1.6.2.

(c) All remaining days between the conclusion of the academic year and the institution's reporting date for preseason practice that are not part of the institution's designated summer conditioning period and not already designated as student-athlete discretionary time shall be considered student-athlete discretionary time.

## 17.11.7.3 Strength and Conditioning Coach First Aid/CPR Certification and Authority of Sports Medicine Staff. [FBS/FCS]
A strength and conditioning coach who conducts voluntary weight training or conditioning activities is required to maintain certification in first aid and cardiopulmonary resuscitation. In addition, a member of the institution's sports medicine staff (e.g., athletic trainer, physician) must be present during all voluntary conditioning activities (running, not lifting) conducted by the institution's strength coach. The sports medicine staff member must be empowered to have the unchallengeable authority to cancel or modify the workout for health and safety reasons, as the staff member deems appropriate. *(Adopted: 4/24/03 effective 5/1/03)*

## 17.11.7.4 Postseason Practice Session. [FBS/FCS]
An institution may conduct one postseason practice session before the end of the institution's academic year for the purpose of conducting a professional tryout or workout activity, subject to the following conditions: *(Adopted: 4/25/18 effective 8/1/18)*

(a) A student-athlete may not miss class to participate;

(b) The session shall be conducted on the institution's campus or in facilities regularly used by the institution for practice or competition;

(c) The session shall not involve contact and student-athletes shall not wear protective equipment (e.g. helmet, shoulder pads, spider pads, padded undergarments); and

(d) The amount of time that a student-athlete is involved in such countable athletically related activities shall be limited to a maximum of four hours.

## 17.11.7.5 Spring Practice.
Fifteen postseason practice sessions [including intrasquad scrimmages and the spring game permitted in Bylaw 17.11.6.2-(a)] are permissible. An institution is not required to count as one of its 15 designated days any day during which countable athletically related activities are limited solely to required conditioning activities, review of game film and/or walk-throughs (see Bylaw 17.02.20). Practice sessions must meet the following conditions: *(Revised: 1/10/90, 1/10/91, 1/10/92, 1/11/94, 1/13/98, 6/21/01, 1/9/06 effective 8/1/06, 12/15/06, 4/26/17, 1/19/22, 2/9/22, 10/4/23)*

(a) All practice sessions are conducted within a period of 34 consecutive calendar days, omitting vacation and examination days officially announced on the institution's calendar and days during which the institution is closed due to inclement weather.

(b) Any such practice sessions held during vacation days may not be of longer duration than those normally held when academic classes are in session.

(c) Only 12 of the practice sessions may involve contact, and such contact shall not occur prior to the third practice session.

(d) During noncontact practice sessions, protective equipment is restricted to helmets and spider pads.

(e) Of the 12 permissible contact sessions, eight sessions may involve tackling, and not more than three of the eight tackling sessions may be devoted primarily (greater than 50 percent of practice time) to 11-on-11 scrimmages.

(f) An institution shall not conduct full contact (tackling to the ground) practices on consecutive calendar days.

(g) An institution shall not conduct more than a total of 75 minutes of full contact (tackling to the ground) within any one on-field practice session other than the three tackling sessions devoted primarily to 11-on-11 scrimmages.

(h) Tackling shall be prohibited in four of the 12 contact sessions. An institution has the discretion to determine the practice activities (other than tackling) that may occur during the four contact nontackling sessions as well as the protective equipment to be worn by the student-athletes.

(i) If an institution conducts a "spring game" per Bylaw 17.11.6.2-(a), the game shall be counted as one of the three sessions that may be devoted primarily to 11-on-11 scrimmages.

(j) The amount of time that a student-athlete may be involved in such postseason countable athletically related activities shall be limited to a maximum of four hours per day and 20 hours per week.

**17.11.7.6 Summer Practice. [FBS/FCS]** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 4/28/05, Revised: 9/27/05, 11/1/07 effective 8/1/08)*

**17.11.8 Camps or Clinics. [FBS/FCS]** There are no limits on the number of student-athletes with eligibility remaining in football who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/11/89, 1/11/94, 1/10/95, 5/9/06, 12/15/06, 1/19/13 effective 8/1/13)*

**17.11.9 Other Restrictions. [FBS/FCS]**

**17.11.9.1 Noncollegiate, Amateur Competition. [FBS/FCS]**

**17.11.9.1.1 During the Playing Season. [FBS/FCS]** A student-athlete in football who participates during the institution's playing season as a member of any outside football team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate football competition shall be ineligible for intercollegiate football competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/16/93, 4/22/14, 6/26/24 effective 8/1/24)*

**17.11.9.1.2 Out of Season.** A student-athlete may compete outside the institution's declared playing and practice season as a member of an outside team in any noncollegiate, amateur competition . The number of student-athletes from any one institution shall not exceed five. *(Adopted: 1/11/94, Revised: 6/26/24 effective 8/1/24)*

**17.11.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes. [FBS/FCS]** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.11.9.1.3 Collegiate All-Star Contests. [FBS/FCS]** A student-athlete who competes as a member of a squad in any college football all-star contest shall be denied further intercollegiate eligibility in football. *(Adopted: 6/26/24 effective 8/1/24)*

**17.11.9.2 Postseason Football Contests. [FBS/FCS]** A member institution shall not participate in any noncollegiate or nonconference-sponsored postseason football game unless it satisfies the provisions of Bylaw 18.7 and the NCAA postseason football handbook. *(Revised: 2/1/05, 11/1/07 effective 8/1/08, 10/27/11 effective 4/1/12)*

## 17.12 Golf.
Regulations for computing the golf playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.12.1 Length of Playing Season.** The length of an institution's playing season in golf shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.12.1.1 Exception -- East Lake Cup.** Participation in the East Lake Cup is excluded from an institution's 144-day season. *(Adopted: 4/26/17 effective 8/1/17)*

**17.12.2 Preseason Practice.** An institution shall not commence practice sessions in golf before September 1 or five days before the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 5/1/19 effective 8/1/19)*

**17.12.2.1 Exception -- Fall Conference Championship.** An institution that is a member of a conference that conducts its only conference championship in golf during the fall may commence practice August 24 or the first day in which classes are scheduled for the institution's fall term, whichever date occurs earlier. *(Adopted: 4/20/99 effective 8/1/99)*

**17.12.2.2 Exception -- Topy Cup.** An institution selected to participate in the Topy Cup may commence practice sessions five days before the practice round of the event. *(Adopted: 1/14/12 effective 8/1/12)*

**17.12.3 First Date of Competition.** An institution shall not engage in its first date of competition (match or practice match) with outside competition before September 1 or five days before the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97, 5/1/19 effective 8/1/19)*

**17.12.3.1 Exception -- Topy Cup.** An institution may participate in the Topy Cup before the date specified for the first date of competition in Bylaw 17.12.3. *(Adopted: 1/14/12 effective 8/1/12)*

**17.12.4 End of Regular Playing Season.** An institution shall conclude all practice and competition (meets and practice meets) in golf by the conclusion of the NCAA Division I Golf Championships. *(Revised: 1/14/97 effective 8/1/97)*

**17.12.5 Number of Dates of Competition.**

**17.12.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in golf during the permissible golf playing season to 24 dates of competition, except for those dates of competition excluded under Bylaws 17.12.5.2 and 17.12.5.3 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 4/26/07 effective 8/1/07, 1/12/08 effective 8/1/08)*

**17.12.5.1.1 Tournament Limitations. [#]** No tournament shall exceed three days. A "college-am" fundraiser may be excluded from this limitation, provided the event is held the day prior to a three-day tournament and no practice round is played prior to the day of the "college-am." *(Adopted: 1/10/91 effective 8/1/91, Revised: 1/11/94 effective 8/1/94)*

**17.12.5.1.2 Determination of Date of Competition.** An institution shall be considered to have used a date of competition in golf if five or more student-athletes participate on behalf of the institution or any number of student-athletes contribute to a team score on a particular date. *(Revised: 1/15/09 effective 8/1/09)*

**17.12.5.1.3 In-Season Foreign Competition.** An institution may play one or more of its countable dates of competition in golf in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.12.5.1.4 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 24 dates of competition in golf (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91, 4/26/07 effective 8/1/07, 1/12/08 effective 8/1/08)*

**17.12.5.2 Annual Exemptions.** The maximum number of dates of competition in golf shall exclude the following: *(Revised: 1/10/91, Adopted: 1/9/96 effective 8/1/96, 9/6/00, 1/14/08 effective 8/1/08, 4/30/09 effective 8/1/09, 4/26/17 effective 8/1/17, 1/23/20, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in golf;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Match.** One date of competition in golf each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in golf each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** The dates of competition of one event (e.g., dual competition, tournament) in golf in Hawaii or Alaska, respectively, either against or under the sponsorship of an active Division I member located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any golf activities in which student-athletes from more than one of the institution's athletics teams or in which team members of that sport participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from the institution's golf team who participate in local celebrity golf activities conducted for the purpose of raising funds for charitable organizations, provided:

   (1) The student-athletes do not miss classes as a result of the participation;

   (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

   (3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **College-Am Event.** A "college-am" golf tournament, provided the event is held in conjunction with intercollegiate competition and student-athletes do not receive awards or prizes for such participation;

(i) **Conference Playoff.** Conference playoff competition involving institutions that tie for a conference championship. Such teams may participate in a single conference championship playoff to determine the conference's automatic entry into an NCAA championship without the event being counted as a postseason tournament;

(j) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for golf as a U.S. national team (e.g., "Under-21" U.S. national team);

(k) **College All-American Golf Classic.** Competition in the College All-American Golf Classic shall be exempt, provided not more than two student-athletes from the institution participate and the event is limited to two dates of competition;

(l) **East Lake Cup.** Competition in the East Lake Cup; and

(m) **Augusta National Women's Amateur.** Competition in the Augusta National Women's Amateur.

**17.12.5.3 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt a foreign tour from its maximum number of dates of competition, provided the tour occurs only once in a four-year period and is conducted by the institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.12.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.12.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91)*

**17.12.6.1 Summer Practice.** Practice that is organized or financially supported by an institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.12.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.12.7 Camps and Clinics.** There are no limits on the number of student-athletes in golf who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.12.8 Other Restrictions.**

**17.12.8.1 Noncollegiate, Amateur Competition.**

**17.12.8.1.1 During the Playing Season.** A student-athlete in golf who participates during the institution's playing season as a member of any outside golf team in any noncollegiate, amateur competition (e.g., tournament play, exhibition meets or other activity) except while representing the institution in intercollegiate golf competition shall be ineligible for intercollegiate golf unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.12.8.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.12.8.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.12.8.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate golf may practice or compete on an outside amateur golf team. During the summer, there are no limits on the number of student-athletes with eligibility remaining in intercollegiate golf who may practice or compete on an outside amateur golf team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.12.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.12.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's golf team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.12.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.12.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/16/93 effective 8/1/93)*

# 17.13 Gymnastics. Regulations for computing the gymnastics playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.13.1 Length of Playing Season.** The length of an institution's playing season in gymnastics shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.13.2 Preseason Practice.** A member institution shall not commence practice sessions in gymnastics prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.13.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in gymnastics prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.13.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in gymnastics by the conclusion of the Women's Collegiate Gymnastics National Invitational Championship, USA Gymnastics or National College Gymnastics Association (NCGA) collegiate gymnastics championships, whichever is later. *(Revised: 1/10/91 effective 8/1/91, 1/14/97, 4/27/00, 7/23/24)*

## 17.13.5 Number of Dates of Competition.

**17.13.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in gymnastics during the permissible gymnastics playing season to 13 dates of competition except for the dates of competition excluded under Bylaws 17.13.5.2 and 17.13.5.3 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.13.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable gymnastics dates of competition in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.13.5.1.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 13 dates of competition in gymnastics. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93)*

**17.13.5.2 Annual Exemptions.** The maximum number of dates of competition in gymnastics shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 4/26/01 effective 8/1/01, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in gymnastics;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in gymnastics each year against an alumni team of the institution;

(d) **Foreign Team in United States.** One date of competition in gymnastics each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in gymnastics in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any gymnastics activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's gymnastics team who participate in local celebrity gymnastics activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for gymnastics as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.13.5.3 Once-in-Four-Years Exemption -- Foreign Tour.** The contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.13.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.13.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.13.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by

student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.13.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.13.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses gymnastics equipment. The coach may provide safety instruction and skill instruction, but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.13.8 Camps and Clinics.** There are no limits on the number of student-athletes in gymnastics who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.13.9 Other Restrictions.**

**17.13.9.1 Noncollegiate, Amateur Competition.**

**17.13.9.1.1 During the Playing Season.** A student-athlete in gymnastics who participates during the institution's playing season as a member of any outside gymnastics team in any noncollegiate, amateur competition (e.g., tournament, exhibition meets or other activity) except while representing the institution in intercollegiate gymnastics competition shall be ineligible for intercollegiate gymnastics competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.13.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.13.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.13.9.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate gymnastics may practice or compete on an outside amateur gymnastics team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate gymnastics who may practice or compete on an outside amateur gymnastics team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.13.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.13.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's gymnastics team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.13.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.13.9.2 Equipment Issue, Squad Pictures.** No limitations.

**17.14 Ice Hockey.** Regulations for computing the ice hockey playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Revised: 1/9/96 effective 8/1/96, 5/30/08)*

**17.14.1 Length of Playing Season.** The length of an institution's playing season in ice hockey shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.14.2 Preseason Practice.** In men's ice hockey, an institution shall not commence practice sessions prior to the Monday before the 25th full weekend prior to the start of the NCAA Division I Men's Ice Hockey Championship. In women's ice hockey, an institution shall not commence practice sessions prior to the Monday before the 25th full weekend prior to the start of the National Collegiate Women's Ice Hockey Championship. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 11/1/01 effective 8/1/04, 3/16/07, 5/19/22 effective 8/1/22)*

**17.14.3 First Contest.** In men's ice hockey, an institution shall not play its first contest (game or scrimmage) with outside competition prior to the Saturday of the 25th full weekend prior to the start of the NCAA Division I Men's Ice Hockey Championship. In women's ice hockey, an institution shall not play its first contest (game or scrimmage) with outside competition prior to the Saturday of the 25th full weekend prior to the start of the National Collegiate Women's Ice Hockey Championship. (See Figure 17-2.) *(Revised: 1/10/95 effective 8/1/95, 3/16/07)*

**17.14.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in each segment in ice hockey by the last day of final examinations for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97)*

**17.14.5 Number of Contests.**

**17.14.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition during the institution's ice hockey playing season to 34 contests (games or scrimmages), except for those contests excluded under Bylaws 17.14.5.3 and 17.14.5.4. *(Revised: 1/10/91 effective 8/1/91, 1/9/96 effective 8/1/96)*

**17.14.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in ice hockey in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.14.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 34 contests (this limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91)*

**17.14.5.3 Annual Exemptions.** The maximum number of ice hockey contests shall exclude the following: *(Adopted: 1/16/93, 1/9/96 effective 8/1/96, Revised: 9/6/00, 2/24/03, 11/22/04, 1/14/08, 4/25/18, 1/22/20, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in ice hockey (or the tournament used to determine the conference's automatic entry in an NCAA ice hockey championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA ice hockey championship without the game(s) being counted as a postseason tournament;

(c) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before NCAA championships;

(d) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game.** One ice hockey contest each year against an alumni team of the institution;

(f) **Foreign Team in the United States.** One ice hockey contest each year with a foreign opponent in the United States;

(g) **Hall of Fame Game.** The one ice hockey game between two Division I intercollegiate teams conducted by the U.S. Hockey Hall of Fame;

(h) **U.S. Olympic or Paralympic Team.** One ice hockey contest each year against the U.S. Olympic or Paralympic ice hockey team during that team's training for participation in the Winter Olympics;

(i) **Hawaii or Alaska.** Any games played in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(j) **Fundraising Activity.** Any ice hockey activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(k) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's ice hockey team who participate in local celebrity ice hockey activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(l) **U.S. National Team.** One game played against any team as selected and designated by the appropriate national governing body for ice hockey as a U.S. national team (e.g., "Under-21" U.S. national team); and

(m) **Hockey Commissioners Association/Ice Breaker Tournaments.** Competition in the men's or women's Ice Breaker Tournament sponsored by the Hockey Commissioners Association.

(n) **Scrimmage/Exhibition Contest.** One ice hockey scrimmage or exhibition contest each year against outside competition.

**17.14.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.14.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.14.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.14.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.14.7 Camps and Clinics.** There are no limits on the number of student-athletes with eligibility remaining in ice hockey who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.14.8 Other Restrictions.**

**17.14.8.1 Noncollegiate, Amateur Competition.**

**17.14.8.1.1 During the Playing Season.** A student-athlete in ice hockey who participates during the institution's playing season as a member of any outside ice hockey team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate ice hockey competition shall be ineligible for intercollegiate ice hockey competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.14.8.1.1.1 Exception -- Conference All-Star Competition Against U.S. National Team.** In women's ice hockey, a student-athlete may compete during the academic year as a member of a conference all-star team in up to two contests against the U.S. Women's National Ice Hockey Team in the 12 months prior to the Winter Olympic Games, provided the student-athlete is academically eligible for intercollegiate competition at the time of the competition. *(Adopted: 1/17/09)*

**17.14.8.1.1.2 Exception -- Spengler Cup.** In men's ice hockey, a student-athlete may compete during the academic year as a member of a team representing College Hockey, Inc. in the Spengler Cup. *(Adopted: 6/26/24 effective 8/1/24)*

**17.14.8.1.2 Out of Season.** During the academic year, not more than four student-athletes with eligibility remaining in intercollegiate ice hockey may practice or compete on an outside amateur ice hockey team. During the summer, there are no limits on the number of student-athletes with eligibility remaining in intercollegiate ice hockey

who may practice or compete on an outside, amateur ice hockey team. *(Revised: 1/10/91 effective 8/1/91, 6/26/24 effective 8/1/24)*

**17.14.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.14.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's ice hockey team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.14.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.14.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.15 Lacrosse.
Regulations for computing the lacrosse playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.15.1 Length of Playing Season.** The length of an institution's playing season in lacrosse shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.15.2 Preseason Practice.** *(Revised: 1/14/97 effective 8/1/97, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22)*

(a) **Men.** An institution shall not commence practice sessions in lacrosse prior to the following dates:

  (1) **Nonchampionship Segment.** September 7 or the institution's first day of classes, whichever is earlier.

  (2) **Championship Segment.** January 7.

(b) **Women.** An institution shall not commence practice sessions in lacrosse prior to the following dates:

  (1) **Nonchampionship Segment.** September 7 or the institution's first day of classes, whichever is earlier.

  (2) **Championship Segment.** The third Saturday in January.

**17.15.3 First Contest or Date of Competition.** *(Revised: 1/14/97 effective 8/1/97, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22)*

(a) **Men.** An institution shall not engage in its first date of competition (game or scrimmage) with outside competition in lacrosse prior to the following dates:

  (1) **Nonchampionship Segment.** September 7 or the institution's first day of classes, whichever is earlier.

  (2) **Championship Segment.** The Saturday that is 16 weeks before the Saturday immediately preceding the NCAA Men's Lacrosse Championship game.

(b) **Women.** An institution shall not engage in its first contest or date of competition (game or scrimmage) with outside competition in lacrosse prior to the following dates:

  (1) **Nonchampionship Segment.** September 7 or the institution's first day of classes, whichever is earlier.

  (2) **Championship Segment.** The Friday that is 15 weeks before the Friday immediately preceding the NCAA Women's Lacrosse Championship game.

**17.15.3.1 Exception -- Preseason Scrimmages/Exhibition Games.** An institution may play up to three lacrosse scrimmages or exhibition games (which shall not count toward the institution's won-lost record) prior to the first scheduled regular-season contest during a particular academic year, provided such scrimmages or exhibition games are conducted during the institution's declared playing season per Bylaw 17.15.1 and are counted against the maximum number of contests (see Bylaw 17.15.5.1). Contests that would otherwise be exempted from the maximum number of contests per Bylaw 17.15.5.3 shall count against the maximum if they are played during the preseason practice period prior to the date specified for the first permissible regular-season contest. *(Adopted: 4/25/18 effective 8/1/18, Revised: 5/19/22 effective 8/1/22)*

**17.15.4 End of Regular Playing Season.** An institution shall conclude all practice and competition (games and scrimmages) in lacrosse by the conclusion of the NCAA Division I Lacrosse Championship. *(Revised: 1/14/97 effective 8/1/97)*

**17.15.5 Number of Contests and Dates of Competition.**

**17.15.5.1 Maximum Limitations -- Institutional.** *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/26/17 effective 8/1/17)*

(a) **Men.** An institution shall limit its total playing schedule with outside competition during the institution's playing season to 17 dates of competition, except for those dates of competition excluded under Bylaws 17.15.5.3 and 17.15.5.4.

(b) **Women.** An institution shall limit its total playing schedule with outside competition to 17 contests during the segment in which the NCAA championship is conducted and five dates of competition during the nonchampionship segment, except for those contests or dates of competition excluded under Bylaws 17.15.5.3 and 17.15.5.4.

**17.15.5.1.1 In-Season Foreign Competition.** An institution may engage in one or more of its countable contests or dates of competition in lacrosse in one or more foreign countries on one trip during the prescribed playing season. However, except for contests or dates of competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Revised: 4/26/17 effective 8/1/17)*

**17.15.5.2 Maximum Limitations -- Student-Athlete.** *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/26/17 effective 8/1/17)*

(a) **Men.** An individual student-athlete may participate in each academic year in not more than 17 dates of competition. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution.

(b) **Women.** An individual student-athlete may participate in each academic year in not more than 17 contests during the segment in which the NCAA championship is conducted and five dates of competition during the nonchampionship segment. This limitation includes those contests or dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution.

**17.15.5.3 Annual Exemptions.** The maximum number of contests or dates of competition in lacrosse shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 9/6/00, 2/24/03, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in lacrosse;

(b) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before the NCAA championship;

(c) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(d) **Alumni Game.** One contest or date of competition in lacrosse each year against an alumni team of the institution;

(e) **Foreign Team in the United States.** One contest or date of competition in lacrosse each year with a foreign opponent in the United States;

(f) **Hawaii or Alaska.** Any contests or dates of competition played in Hawaii or Alaska, respectively, against an active Division I member located in Hawaii or Alaska, by a member located outside the area in question;

(g) **Fundraising Activity.** Any lacrosse activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(h) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's lacrosse team who participate in local celebrity lacrosse activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(i) **U.S. National Team.** One contest or date of competition played against any team as selected and designated by the appropriate national governing body for lacrosse as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.15.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.15.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.15.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.15.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.15.7 Camps and Clinics.** There are no limits on the number of student-athletes in lacrosse who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.15.8 Other Restrictions.**

**17.15.8.1 Noncollegiate, Amateur Competition.**

**17.15.8.1.1 During the Playing Season.** A student-athlete in lacrosse who participates during the institution's playing season as a member of any outside lacrosse team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate lacrosse competition shall be ineligible for intercollegiate lacrosse competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.15.8.1.2 Out of Season.** A member institution may permit not more than five student-athletes with eligibility remaining in intercollegiate lacrosse to practice or compete out of season on an outside, amateur lacrosse team . *(Revised: 1/10/91 effective 8/1/91, 6/26/24 effective 8/1/24)*

**17.15.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.15.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's lacrosse team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.15.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

    (a) The national governing body conducts and administers the developmental program;

    (b) The national governing body selects coaches involved in the developmental program; and

    (c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.15.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.16 Rifle. Regulations for computing the rifle playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.16.1 Length of Playing Season.** The length of an institution's playing season in rifle shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.16.2 Preseason Practice.** A member institution shall not commence practice sessions in rifle prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.16.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in rifle prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.16.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in rifle by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.16.5 Number of Dates of Competition.**

**17.16.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in rifle during the permissible rifle playing season to 13 dates of competition except for those dates of competition excluded under Bylaws 17.16.5.3 and 17.16.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.16.5.1.1 Competition That Exceeds One Day.** An institution that participates in a match that exceeds one day in duration may count the multiple-day contest as a single date of competition. However, if a student-athlete fires more than one score for either smallbore rifle or air rifle during a multiple-day contest, such participation will result in a second date of competition for the institution. *(Adopted: 1/15/11 effective 8/1/11)*

**17.16.5.1.2 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in rifle in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.16.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 13 dates of competition in rifle. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.16.5.3 Annual Exemptions.** The maximum number of dates of competition in rifle shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Match.** One date of competition in rifle each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in rifle each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in rifle in Hawaii or Alaska, respectively, against an active member institution located in Hawaii or Alaska, by an active member located outside the area in question;

(f) **Fundraising Activity.** Any rifle activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's rifle team who participate in local celebrity rifle activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for rifle as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.16.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.16.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.16.1 except as permitted in Bylaw 17.1.7.2 *(Revised: 1/10/91 effective 8/1/91)*

    **17.16.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

    **17.16.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.16.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is shooting. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.16.8 Camps and Clinics.** There are no limits on the number of student-athletes in rifle who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.16.9 Other Restrictions.**

    **17.16.9.1 Noncollegiate, Amateur Competition.**

        **17.16.9.1.1 During the Playing Season.** A student-athlete in rifle who participates during the institution's playing season as a member of any outside rifle team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate rifle competition shall be ineligible for intercollegiate rifle competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

            **17.16.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

            **17.16.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

        **17.16.9.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate rifle may practice or compete on an outside amateur rifle team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate rifle who may practice or compete on an outside, amateur rifle team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

            **17.16.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second

institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.16.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's rifle team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.16.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.16.9.2 Equipment Issue, Squad Pictures.** No limitations.

# 17.17 Women's Rowing. 
Regulations for computing the rowing playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) The following regulations apply independently to open and lightweight rowing programs. *(Revised: 4/28/05 effective 8/1/05)*

**17.17.1 Length of Playing Season.** The length of an institution's playing season in rowing shall be limited to a 156-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97)*

**17.17.1.1 Winter-Training Session.** A single winter-training session, for practice only, shall be permitted between the segments, provided the session does not exceed two weeks and is counted as part of the 156-day playing and practice season. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 10/4/23)*

**17.17.2 Preseason Practice.** A member institution shall not commence practice sessions in rowing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97)*

**17.17.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in rowing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97)*

**17.17.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in rowing by the conclusion of the NCAA Division I Rowing Championship, or for lightweight rowing, the conclusion of the Intercollegiate Rowing Association (IRA) Women's Lightweight Rowing Championship. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97, 4/26/01)*

**17.17.5 Number of Dates of Competition.**

**17.17.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in rowing during the institution's playing season to 20 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.17.5.3 and 17.17.5.4. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in rowing in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in 20 dates of competition (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.5.3 Annual Exemptions.** The maximum number of dates of competition in rowing shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in rowing;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in rowing each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in rowing each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico.** Any dates of competition in rowing in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(f) **Fundraising Activity.** Any rowing activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1); and

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's rowing team who participate in local celebrity rowing activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.17.5.4 Foreign Tour.** The dates of competition in rowing on a foreign tour shall be excluded from the maximum number of dates of competition, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32.

**17.17.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.17.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.17.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete uses rowing equipment. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.8 Camps and Clinics.** There are no limits on the number of student-athletes in rowing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.9 Other Restrictions.**

**17.17.9.1 Noncollegiate, Amateur Competition.**

**17.17.9.1.1 During the Playing Season.** A student-athlete in rowing who participates during the institution's playing season as a member of any outside rowing team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate rowing competition shall be ineligible for intercollegiate rowing competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/3/05, 6/26/24 effective 8/1/24)*

**17.17.9.1.2 Out of Season.** During the academic year, not more than four student-athletes with eligibility remaining in intercollegiate rowing may practice or compete on an outside amateur rowing team. During the summer,

there are no limits on the number of student-athletes with eligibility remaining in intercollegiate rowing who may practice or compete on an outside, amateur rowing team. *(Adopted: 1/9/96 effective 8/1/96, Revised: 6/26/24 effective 8/1/24)*

**17.17.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.17.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with remaining eligibility from that institution's rowing team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Adopted: 1/9/96 effective 8/1/96)*

**17.17.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.17.9.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/10/05)*

# 17.18 Women's Rugby. 
Regulations for computing the women's rugby playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.1 Length of Playing Season.** The length of an institution's playing season in women's rugby shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.2 Preseason Practice.** A member institution shall not commence practice sessions in women's rugby prior to the date that permits a maximum of 21 units (see Bylaw 17.02.13) prior to the first scheduled intercollegiate contest. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.3 First Date of Competition.** A member institution shall not engage in its first date of competition with outside competition in women's rugby prior to September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday (see Figure 17-2). *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14)*

**17.18.4 End of Regular Playing Season.** An institution shall conclude all practice and competition (games and scrimmages) in women's rugby by the last date of final exams for the regular academic year at the institution or the conclusion of the USA Rugby College 7s National Championship or the Collegiate Rugby 7s National Championship, whichever occurs later. *(Adopted: 4/28/05 effective 8/1/05, Revised: 4/25/18 effective 8/1/18)*

**17.18.5 Number of Dates of Competition.**

**17.18.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in women's rugby during the institution's rugby playing season in any one year to 16 dates of competition (15-a-side and/or seven-a-side), except for those dates of competition excluded under Bylaws 17.17.6.3 and 17.17.6.4. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14)*

**17.18.5.1.1 Scrimmages/Exhibition Games.** A member institution may play one rugby scrimmage or exhibition game (which shall not count toward the institution's won-lost record) prior to the first scheduled date of competition during a particular academic year, provided such scrimmage or exhibition game is conducted during the institution's declared playing season per Bylaw 17.18.1 and is counted against the maximum number of dates of competition. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14)*

**17.18.5.1.2 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in women's rugby in one or more foreign countries on one trip during the prescribed playing season.

However, except for dates of competition played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14)*

**17.18.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 rugby dates of competition (15-a-side and/or seven-a-side). This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14)*

**17.18.5.3 Annual Exemptions.** The maximum number of rugby dates of competition shall exclude the following: *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/18/14 effective 8/1/14, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in women's rugby;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., national governing body championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Contest.** One date of competition each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska or Puerto Rico.** Any women's rugby dates of competition in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(f) **U.S. National Team.** One date of competition against the U.S. national team as selected and designated by the appropriate national governing body for rugby (e.g., "Under-21" U.S. national team);

(g) **Fundraising Activity.** Any rugby activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1); and

(h) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's rugby team who participate in local celebrity rugby activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

**17.18.5.4 Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour occurs only once in a four-year period and is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.18.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 4/28/05 effective 8/1/05, Revised: 11/1/07 effective 8/1/08)*

**17.18.7 Camps and Clinics.** There are no limits on the number of student-athletes in women's rugby who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.8 Other Restrictions.**

**17.18.8.1 Noncollegiate, Amateur Competition.**

**17.18.8.1.1 During the Playing Season.** A student-athlete in women's rugby who participates during the institution's playing season as a member of any outside rugby team in any noncollegiate, amateur competition (e.g.,

tournament play, exhibition games or other activity) except while representing the institution in intercollegiate rugby competition shall be ineligible for intercollegiate rugby competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 4/28/05 effective 8/1/05, Revised: 10/3/05, 6/26/24 effective 8/1/24)*

**17.18.8.1.2 Out of Season.** A member institution may permit not more than five student-athletes with eligibility remaining in intercollegiate women's rugby to practice or compete out of season on an outside, amateur rugby team . *(Adopted: 4/28/05 effective 8/1/05, Revised: 6/26/24 effective 8/1/24)*

**17.18.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.18.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's rugby team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Adopted: 4/28/05 effective 8/1/05)*

**17.18.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/05 effective 8/1/05, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.18.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 4/28/05 effective 8/1/05)*

# 17.19 Skiing. Regulations for computing the skiing playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.19.1 Length of Playing Season.** The length of an institution's playing season in skiing shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. An institution that sponsors both Alpine and Nordic skiing may declare separate playing and practice seasons. *(Revised: 4/28/05 effective 8/1/05)*

**17.19.2 Preseason Practice.** A member institution shall not commence practice sessions in skiing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.19.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meets or practice meets) with outside competition in skiing prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97)*

**17.19.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in skiing by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.19.5 Number of Dates of Competition.**

**17.19.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in skiing during the permissible skiing playing season to 32 dates of competition for Alpine events and 32 dates of competition for Nordic events, except for those dates of competition excluded under Bylaws 17.19.5.3 and 17.19.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 4/29/04, 4/26/17 effective 8/1/18)*

**17.19.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in skiing in one or more foreign countries on one trip during the prescribed playing season.

However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Revised: 4/26/17 effective 8/1/18)*

**17.19.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 32 dates of competition in skiing. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 4/26/17 effective 8/1/18)*

**17.19.5.3 Annual Exemptions.** The maximum number of dates of competition in skiing shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in skiing each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in skiing each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in skiing in Hawaii or Alaska, respectively, against an active member institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any skiing activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's skiing team who participate in local celebrity skiing activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for skiing as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.19.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.19.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff at the student-athlete's institution shall not engage in countable athletically related activities (see Bylaw 17.02.1) outside the institution's declared playing season per Bylaw 17.19.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.19.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.19.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.19.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in skiing. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.19.8 Camps and Clinics.** There are no limits on the number of student-athletes in skiing who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.19.9 Other Restrictions.**

**17.19.9.1 Noncollegiate, Amateur Competition.**

**17.19.9.1.1 During the Playing Season.** A student-athlete in skiing who participates during the institution's playing season as a member of any outside skiing team in any noncollegiate, amateur competition (e.g., tournament, exhibition games or other activity) except while representing the institution in intercollegiate skiing competition shall be ineligible for intercollegiate skiing competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.19.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.19.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.19.9.1.2 Out of Season.** During the academic year, not more than four student-athletes with eligibility remaining in intercollegiate skiing may practice or compete on an outside amateur skiing team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate skiing who may practice or compete on an outside, amateur skiing team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.19.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.19.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining with the institution's skiing team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.19.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.19.9.2 Equipment Issue, Squad Pictures.** No limitations.

# 17.20 Soccer. 
Regulations for computing the soccer playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.20.1 Length of Playing Season.** The length of an institution's playing season in soccer shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.20.2 Preseason Practice.** An institution shall not commence practice sessions prior to 16 calendar days before the first scheduled regular-season intercollegiate contest (not a scrimmage, exhibition game or alumni contest that may occur before the first scheduled regular-season contest). *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/14/03, 6/17/15, 5/19/22 effective 8/1/22)*

**17.20.3 First Contest or Date of Competition.** *(Adopted: 4/20/99 effective 8/1/99, Revised: 12/14/07, 1/14/08 effective 8/1/08, 4/30/09 effective 8/1/09, 4/28/11 effective 8/1/11, 6/17/15, 4/25/18 effective 8/1/18, 1/22/20 effective 8/1/20)*

(a) **Men.** An institution shall not play its first regular-season contest or engage in its first date of competition (game) with outside competition before the Thursday before the 12th weekend before the start of the NCAA Division I Men's Soccer Championship (see Figure 17-2), except that an alumni contest may be played the previous weekend.

(b) **Women.** An institution shall not play its first regular-season contest or engage in its first date of competition (game) with outside competition before the Thursday before the 12th weekend before the start of the NCAA Division I Women's Soccer Championship (see Figure 17-2), except that an alumni contest may be played the previous weekend.

**17.20.3.1 Exception -- Scrimmages/Exhibition Games.** An institution may play up to three soccer scrimmages or exhibition games (which shall not count toward the institution's won-lost record) prior to the first scheduled regular-season contest during a particular academic year, provided such scrimmages or exhibition games are conducted during the institution's declared playing season per Bylaw 17.20.1 and are counted against the maximum number of contests (see Bylaw 17.20.5.1). Contests that would otherwise be exempted from the maximum number of contests per Bylaw 17.20.5.3 shall count against the maximum if they are played during the preseason practice period prior to the date specified for the first permissible regular-season contest. *(Adopted: 12/14/07, Revised: 6/17/15)*

**17.20.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in soccer by the last date of final exams for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97)*

**17.20.5 Number of Contests and Dates of Competition.**

**17.20.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in soccer during the institution's soccer playing season in any one year to 20 contests during the segment in which the NCAA championship is conducted and five dates of competition during another segment, except for those contests and/or dates of competition excluded under Bylaws 17.20.5.3 and 17.20.5.4. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Revised: 1/10/91 effective 8/1/91, 4/29/10 effective 8/1/10)*

**17.20.5.1.1 Exception -- Isolated Institution.** If there are fewer than five other Division I institutions that sponsor soccer (for the applicable gender) located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and five. *(Adopted: 4/25/18)*

**17.20.5.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

**17.20.5.1.3 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in soccer in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.20.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 20 soccer contests during the segment in which the NCAA championship is conducted and five dates of competition in soccer during another segment. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.20.5.3 Annual Exemptions.** The maximum number of soccer contests and dates of competition shall exclude the following (unless such contests are played pursuant to Bylaw 17.20.3.1): *(Revised: 1/9/96 effective 8/1/96, 9/6/00, 2/24/03, 12/14/07, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in soccer (or the tournament used to determine the conference's automatic entry in an NCAA soccer championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference soccer championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA soccer championship without the game(s) being counted as a regular-season contest or postseason tournament;

(c) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before the NCAA championship;

(d) **Season-Ending Event.** Competition in one-season ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game.** One soccer contest or date of competition each year against an alumni team of the institution;

(f) **Foreign Team in the United States.** One soccer contest or date of competition each year with a foreign opponent in the United States;

(g) **Hawaii or Alaska.** Any soccer games played in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(h) **Fundraising Activity.** Any soccer activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of an institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's soccer team who participate in local celebrity soccer activities conducted for the purpose of raising funds for charitable organizations, provided:

   (1) The student-athletes do not miss classes as a result of the participation;

   (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

   (3) The activity takes place within a 30-mile radius of the institution's main campus.

(j) **U.S. National Team.** One contest or date of competition played against the U.S. national team as selected and designated by the appropriate national governing body for soccer (e.g., "Under-21" U.S. national team).

**17.20.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

## 17.20.6 Out-of-Season Athletically Related Activities.
Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.20.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.20.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 4/28/05, 11/1/07 effective 8/1/08)*

## 17.20.7 Camps and Clinics.
There are no limits on the number of student-athletes in soccer who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92, 1/11/94)*

## 17.20.8 Other Restrictions.

### 17.20.8.1 Noncollegiate, Amateur Competition.

**17.20.8.1.1 During the Playing Season.** A student-athlete in soccer who participates during the institution's playing season as a member of any outside soccer team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate soccer competition shall be ineligible for intercollegiate soccer competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.20.8.1.2 Out of Season.** A member institution may permit not more than five student-athletes with eligibility remaining in intercollegiate soccer to practice or compete out of season on an outside, amateur soccer team . *(Revised: 1/10/91 effective 8/1/91, 10/31/02, 6/26/24 effective 8/1/24)*

**17.20.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.20.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's soccer team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.20.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.20.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.21 Softball. Regulations for computing the softball playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.21.1 Length of Playing Season.** The length of an institution's playing season in softball shall be limited to a 132-day season, which may consist of two segments. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 1/13/08 effective 8/1/08)*

**17.21.1.1 Championship Segment.** An institution's championship segment must consist of consecutive days and may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/14/08 effective 8/1/08)*

**17.21.1.2 Nonchampionship Segment.** An institution's nonchampionship segment shall be conducted within a period of 45 consecutive days during the months of September, October and November under the following conditions: *(Adopted: 1/14/08 effective 8/1/08)*

(a) Days used for practice or competition must be counted toward the 132-day season, but are not required to be consecutive;

(b) Days during which countable athletically related activities are limited solely to required conditioning activities and/or skill-related instruction are not required to count toward the 132-day season;

(c) During any week in which practice or competition occurs, a student-athlete's involvement in countable athletically related activities shall be limited to a maximum of four hours per day and 20 hours per week and all countable athletically related activities are prohibited during one calendar day per week; and

(d) Any week in which practice or competition does not occur shall be considered outside the playing season (see Bylaw 17.1.7.2).

**17.21.2 Preseason Practice.** A member institution shall not commence practice sessions in softball before September 1 or the institution's first day of classes, whichever is later; however, if an institution's first day of classes occurs after September 15, the institution may commence practice sessions on or after September 15. *(Revised: 1/14/97 effective 8/1/97, 1/14/08 effective 8/1/08, 1/16/10 effective 8/1/10)*

**17.21.3 First Contest Date.** An institution shall not play its first contest (game or scrimmages) with outside competition in softball prior to the following dates: *(Revised: 1/14/97 effective 8/1/97, 4/28/05 effective 8/1/05, Adopted: 4/26/07 effective 8/1/07, 1/14/08 effective 8/1/08, 1/16/10 effective 8/1/10)*

(a) **Nonchampionship Segment.** If the institution's first day of classes occurs on or before September 15: September 1 or the institution's first day of classes, whichever is later. If the institution's first day of classes occurs after September 15: September 15.

(b) **Championship Segment.** The Thursday that is 14 weeks before the Thursday immediately preceding the start of the NCAA Division I Softball Championship (see Figure 17-2).

**17.21.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in softball by the conclusion of the NCAA Division I Softball Championship. *(Revised: 1/14/97 effective 8/1/97)*

**17.21.5 Number of Contests.**

**17.21.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in softball during the institution's softball playing season to 56 contests (games and scrimmages) during

the segment in which the NCAA championship is conducted and eight contests (games and scrimmages) during the nonchampionship segment, except for those contests excluded under Bylaws 17.21.5.3 and 17.21.5.4. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Revised: 1/10/91 effective 8/1/91, 4/26/07 effective 8/1/08, 4/29/10 effective 8/1/10)*

**17.21.5.1.1 Exception -- Isolated Institution.** If there are fewer than eight other Division I institutions that sponsor softball located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and eight. *(Adopted: 4/25/18)*

**17.21.5.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

**17.21.5.1.3 Daily Contest Limitations.** There shall be a limit of three on the number of contests that may be played during any one calendar day. *(Adopted: 1/12/99 effective 8/1/99)*

**17.21.5.1.4 In-Season Foreign Competition.** A member institution may play one or more of its countable contests in softball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.21.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in not more than 56 softball contests during the segment in which the NCAA championship is conducted and eight contests during the nonchampionship segment (this limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91, 4/26/07 effective 8/1/08)*

**17.21.5.2.1 Daily Contest Limitations.** There shall be a limit of three on the number of contests that may be played during any one calendar day. *(Adopted: 1/12/99 effective 8/1/99)*

**17.21.5.3 Annual Exemptions.** The maximum number of softball contests shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 9/6/00, 10/31/02, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in softball (or the tournament used to determine the conference's automatic entry in the NCAA Division I Softball Championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in the NCAA Division I Softball Championship without the game(s) being counted as a postseason tournament;

(c) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before the NCAA championship;

(d) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game.** One softball contest each year with an alumni team of the institution;

(f) **Foreign Team in the United States.** One softball contest or both games of a doubleheader each year with a foreign opponent in the United States;

(g) **Hawaii or Alaska.** Any softball games played in Hawaii or Alaska, respectively, against an active Division I member located in Hawaii or Alaska, by a member institution located outside the area in question;

(h) **Fundraising Activity.** Any softball activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of an institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's softball team who participate in local celebrity softball activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(j) **U.S. National Team.** One contest or both games of a double-header against any team as selected and designated by the appropriate national governing body for softball as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.21.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt those softball games played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32, from its maximum number of softball contests during any academic year. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.21.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.21.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.21.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 4/28/05, 11/1/07 effective 8/1/08)*

**17.21.7 Camps and Clinics.** There are no limits on the number of student-athletes in softball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.21.8 Other Restrictions.**

**17.21.8.1 Noncollegiate, Amateur Competition.**

**17.21.8.1.1 During the Playing Season.** A student-athlete in softball who participates during the institution's playing season as a member of any outside softball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate softball competition shall be ineligible for intercollegiate softball competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.21.8.1.2 Out of Season.** A member institution may permit not more than four student-athletes with eligibility remaining in intercollegiate softball to practice or compete out of season on an outside, amateur softball team . *(Revised: 1/10/91 effective 8/1/91, 6/26/24 effective 8/1/24)*

**17.21.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.21.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's softball team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.21.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.21.8.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.22 Women's Stunt. Regulation for computing the women's stunt playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.1 Length of Playing Season.** The length of an institution's playing season in women's stunt shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required days per Bylaw 17.1.7.4 and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.2 Preseason Practice.** An institution shall not commence practice sessions in women's stunt prior to the institution's first day of classes for the fall term. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.3 First Date of Competition.** An institution shall not engage in its first date of competition with outside competition in women's stunt prior to February 1. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.4 End of Regular Playing Season.** An institution shall conclude all practice and competition in women's stunt by the conclusion of the College Stunt Association National Championship. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.5 Number of Dates of Competition.**

    **17.22.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in women's stunt during the playing season to 16 dates of competition, except for those dates of competition excluded under Bylaw 17.23.5.3 and 17.23.5.4. *(Adopted: 4/26/23 effective 8/1/23)*

        **17.22.5.1.1 In-Season Foreign Competition.** An institution may play one or more of its countable dates of competition in women's stunt in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 4/26/23 effective 8/1/23)*

    **17.22.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competition (this limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity team of the institution). *(Adopted: 4/26/23 effective 8/1/23)*

    **17.22.5.3 Annual Exemptions.** The maximum number of dates of competition in women's stunt shall exclude the following: *(Adopted: 4/26/23 effective 8/1/23)*

  (a) **Conference Championship.** Competition in one conference championship;

  (b) **Season-Ending Event.** Competition in one season-ending event. A season-ending tournament involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

  (c) **Alumni Contest.** One date of competition each year against an alumni team of the institution.

  (d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States;

  (e) **Fundraising Activity.** Any stunt activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefits of the institution's athletics or other programs; provided the student-athletes do not miss class as a result of their participation (see Bylaw 12.5.1.1);

  (f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from the institution's women's stunt team who participate in local celebrity stunt activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation.

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

  (g) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for stunt as a U.S. national team; and

  (h) **Hawaii, Alaska or Puerto Rico.** Any dates of competition conducted in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active Division I institution located in Hawaii, Alaska or Puerto Rico, by a member located outside these locales.

**17.22.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of dates of competition in women's stunt during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the institution in accordance with the procedures set forth in Bylaw 17.31. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.2.1 except as permitted in Bylaw 17.1.7.2 *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.6.1 Summer Practice.** Practice that is organized or financially supported by an institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.6.2 Vacation-Period and Summer Workout Exception.** A coach may participate in individual workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for the assistance is initiated by the student-athlete. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.7 Safety Exception.** A coach may be present during voluntary workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when a student-athlete is engaged in individual skill work. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.8 Camps and Clinics.** There are no limits on the number of student-athletes in women's stunt who may be employed (e.g., as camp counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.9 Other Restrictions.**

**17.22.9.1 Noncollegiate, Amateur Competition.**

**17.22.9.1.1 During the Playing Season.** A student-athlete in women's stunt who participates during the institution's playing season as a member of any outside stunt team in any noncollegiate, amateur competition (e.g., tournament, exhibition meets or other activity) except while representing the institution in intercollegiate women's stunt competition shall be ineligible for intercollegiate stunt competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 4/26/23 effective 8/1/23, Revised: 6/26/24 effective 8/1/24)*

**17.22.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same institution with eligibility remaining in intercollegiate women's stunt who may practice or compete out of season on an outside, amateur stunt team . *(Adopted: 4/26/23 effective 8/1/23, Revised: 6/26/24 effective 8/1/24)*

**17.22.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of an institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's stunt team except as provided under Bylaws 17.1.1.1, 17.31 and 17.32.3. *(Adopted: 4/26/23 effective 8/1/23)*

**17.22.9.1.2.2 Olympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 4/26/23 effective 8/1/23)*

(a) The national governing body conducts and administers the development program;

(b) The national governing body selects coaches involved in the development program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.22.9.2 Equipment Issues, Squad Pictures.** No limitations. *(Adopted: 4/26/23 effective 8/1/23)*

# 17.23 Swimming and Diving.
Regulations for computing the swimming and diving playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.23.1 Length of Playing Season.** The length of an institution's playing season, in swimming and diving shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.23.1.1 Exception.** A diving student-athlete may engage in diving sessions beyond the conclusion of the institution's 144-day playing and practice season, provided the student-athlete does not engage in countable in-season athletically related activities for more than 144 days. *(Adopted: 4/22/98 effective 8/1/98)*

**17.23.2 Preseason Practice.** A member institution shall not commence practice sessions in swimming and diving prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.23.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in swimming and diving prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.23.4 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in swimming and diving by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97)*

**17.23.5 Number of Dates of Competition.**

**17.23.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in swimming and diving during the institution's swimming and diving playing season to 20 dates of competition (games and scrimmages), except for those dates of competition excluded under Bylaws 17.23.5.3 and 17.23.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.23.5.1.1 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in swimming and diving in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.23.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 20 dates of competition (this limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution). *(Revised: 1/10/91 effective 8/1/91)*

**17.23.5.3 Annual Exemptions.** The maximum number of dates of competition in swimming and diving shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 2/24/03, 4/26/17 effective 8/1/17, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship meet in swimming and diving (or the meet used to determine the conference's entries in an NCAA swimming and diving championships);

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in swimming and diving each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in swimming and diving each year with a foreign opponent in the United States;

(e) **Hawaii, Alaska, Puerto Rico.** Any dates of competition in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(f) **Fundraising Activity.** Any swimming and diving activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's swimming and diving team who participate in local celebrity swimming and diving activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for swimming and diving as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.23.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32). *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.23.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season pursuant to Bylaw 17.23.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 1/9/96 effective 8/1/96)*

**17.23.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.23.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/28/05, 4/25/18)*

**17.23.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in swimming and diving. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

**17.23.8 Camps and Clinics.** There are no limits on the number of student-athletes in swimming and diving who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/9/96 effective 8/1/96)*

**17.23.9 Other Restrictions.**

**17.23.9.1 Noncollegiate, Amateur Competition.**

**17.23.9.1.1 During the Playing Season.** A student-athlete in swimming and diving who participates during the institution's playing season as a member of any outside team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) except while representing the institution in intercollegiate competition shall be ineligible for intercollegiate swimming and diving competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/3/05, 6/26/24 effective 8/1/24)*

**17.23.9.1.1.1 Exception -- Conference All-Star Competition Against U.S. National Team.** A student-athlete may compete during the academic year as a member of a conference all-star team in one contest against the USA Swimming National Team or the USA Diving National Team, provided the student-athlete is academically eligible for intercollegiate competition at the time of the competition. *(Adopted: 4/25/18 effective 8/1/18)*

**17.23.9.1.1.2 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.23.9.1.1.3 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.23.9.1.2 Out of Season.** There are no limits on the number of student-athletes from the same member institution with eligibility remaining who may practice or compete out of season on an outside amateur team . *(Adopted: 1/9/96 effective 8/1/96, Revised: 6/26/24 effective 8/1/24)*

**17.23.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's swimming and diving team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.23.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.23.9.1.3 Swimming and Triathlon.** Swimming and triathlon are considered the same sport for purposes of the outside competition legislation. *(Adopted: 6/26/24 effective 8/1/24)*

**17.23.9.2 Equipment Issue, Squad Pictures.** No limitations.

# 17.24 Tennis. Regulations for computing the tennis playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.24.1 Length of Playing Season.** The length of an institution's playing season in tennis shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.24.2 Preseason Practice.** A member institution shall not commence practice sessions in tennis prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.24.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in tennis prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.24.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in tennis by the conclusion of the NCAA tennis championships in the institution's division. *(Revised: 1/14/97 effective 8/1/97)*

**17.24.5 Number of Dates of Competition.**

**17.24.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in tennis during the permissible tennis playing season to 25 dates of competition (including not more than seven individual singles and/or doubles tournaments that are counted as single dates of competition), except for those dates of competition excluded under Bylaws 17.24.5.3 and 17.24.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91)*

**17.24.5.1.1 Dual Tennis Match.** A dual tennis match in which head-to-head competition occurs between two collegiate institutions or between an intercollegiate team and an outside team shall count as one date of competition.

**17.24.5.1.2 Individual Singles or Doubles Tournament Limitations -- Institutional.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (not to exceed the maximum number of tournaments noted in Bylaw 17.24.5.1) for those institutions that have more than four student-athletes competing therein, regardless of the number of days during which tournament competition takes place. If more than four student-athletes represent an institution in such tournaments at different sites on the same date, the institution must count an institutional date of competition for that date (see Bylaw 17.02.6.1). *(Revised: 10/20/08, 1/15/09 effective 8/1/09)*

**17.24.5.1.2.1 Participation in Multiple Tournaments on the Same Day or Days.** An institution that participates in multiple individual singles or doubles tournaments on the same day or days may select any day on which all the tournaments are conducted as one institutional date of competition. Participation in a separate event (e.g., dual match, tournament that includes team scoring) on the selected day shall be counted as follows: *(Adopted: 3/10/04, Revised: 10/15/08, 6/20/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

(b) If the institution participates in a separate event on a day not selected as the date of competition associated with multiple individual singles or doubles tournaments, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 20.9.6.3.

**17.24.5.1.3 Participation in Tournament Played under the Team Tennis Format -- Institutional.** A tournament, involving both male and female participants (comprised of not more than three men and three women), played under the rules and format of Team Tennis, shall not count as a date of competition for either the men's or women's team, regardless of the actual number of days during which competition takes place. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/12/99 effective 8/1/99)*

**17.24.5.1.4 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in tennis in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.24.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 25 dates of competition (including not more than seven individual singles and/or doubles tournaments that are counted as a single date of competition). This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

**17.24.5.2.1 Individual Singles or Doubles Tournament Limitations -- Student-Athlete.** An individual singles or doubles tournament that does not include any team scoring or the recognition of a team champion shall count as a single date of competition (in not more than seven tournaments) for the participating individuals, regardless of the number of days during which tournament competition takes place. *(Revised: 1/10/91 effective 8/1/91)*

**17.24.5.2.2 Individual Singles or Doubles Team Tennis Tournament Limitations -- Student-Athlete.** A tournament conducted on more than one day, under the rules and format of Team Tennis, shall count as one date of competition for the participating individuals, regardless of the actual number of days during which tournament competition takes place. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/12/99 effective 8/1/99)*

**17.24.5.3 Annual Exemptions.** The maximum number of dates of competition in tennis shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in tennis (or the tournament used to determine the conference's automatic entries in the NCAA tennis championships);

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Match.** One date of competition in tennis each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in tennis each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **ITA Championships.** Participation in the Intercollegiate Tennis Association men's and women's national indoor team championships;

(g) **Fundraising Activity.** Any tennis activities in which athletes from more than one of the institution's athletics teams or in which team members of that sport participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of an institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(h) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's tennis team who participate in local celebrity tennis activities conducted for the purpose of raising funds for charitable organizations, provided:

　(1) The student-athletes do not miss classes as a result of the participation;

　(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

　(3) The activity takes place within a 30-mile radius of the institution's main campus.

(i) **U.S. National Team.** One date of competition played against any team as selected and designated by the appropriate national governing body for tennis as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.24.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.24.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.24.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.24.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.24.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or the summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.24.7 Camps and Clinics.** There are no limits on the number of student-athletes in tennis who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.24.8 Other Restrictions.**

**17.24.8.1 Noncollegiate, Amateur Competition.**

**17.24.8.1.1 During the Playing Season.** A student-athlete in tennis who participates during the institution's playing season as a member of any outside tennis team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate tennis competition shall be ineligible for intercollegiate tennis competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.24.8.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the institution in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.24.8.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.24.8.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate tennis may practice or compete on an outside amateur tennis team. During the summer, there are no limits to the number of student-athletes with eligibility remaining in intercollegiate tennis who may practice or compete on an outside, amateur tennis team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.24.8.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.24.8.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's tennis team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.24.8.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.24.8.2 Equipment Issue, Squad Pictures.** No limitations.

## 17.25 Track and Field, Indoor/Outdoor. Regulations for computing the indoor/outdoor track and field playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.25.1 Length of Playing Season.** The length of an institution's playing season in indoor and outdoor track and field shall be limited to the following: *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/25/18 effective 8/1/18)*

(a) **Indoor or Outdoor Track and Field.** An institution that sponsors only indoor or outdoor track and field (but not both) or does not participate in the minimum number of contests with at least the minimum number of participants required to count both indoor and outdoor track and field in meeting division membership requirements is limited to a 144-day season for indoor and outdoor track and field combined, which may consist of multiple segments (each consisting of at least one week) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur.

(b) **Indoor and Outdoor Track and Field.** An institution that sponsors both indoor and outdoor track and field and participates in at least the minimum number of contests with at least the minimum number of participants required to count both sports in meeting division membership requirements is limited to a 156-day season for indoor and outdoor track and field combined, which may consist of multiple segments (each consisting of at least one week) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur.

**17.25.1.1 Cross Country/Track and Field Participants.** Track and field student-athletes listed as participants for cross country must participate fully in cross country practices. If student-athletes are practicing in track and field events unrelated to cross country, such practice must be counted in the institution's established segment in track and field. *(Adopted: 1/10/92)*

**17.25.2 Preseason Practice.** A member institution shall not commence practice sessions in indoor and outdoor track and field prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.25.3 First Date of Competition.** A member institution shall not engage in its first date of competition (meet or practice meet) with outside competition in indoor and outdoor track and field prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.25.4 End of Regular Season.** A member institution shall conclude all practice and competition (meets and practice meets) in each segment in indoor and outdoor track and field by the conclusion of the NCAA Division I Track and Field Championships. *(Revised: 1/14/97 effective 8/1/97)*

**17.25.5 Number of Dates of Competition.**

**17.25.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in indoor or outdoor track and field during the permissible indoor or outdoor track and field playing season to 18 dates of competition. An institution that sponsors indoor and outdoor track and field and participates in at least the minimum number of contests with at least the minimum number of participants required to count both sports in meeting divisional membership requirements shall limit its total playing schedule with outside competition in indoor/outdoor track and field during the permissible indoor/outdoor track and field playing season to 18 dates of competition. These limitations do not include those dates of competition excluded under Bylaws 17.25.5.3 and 17.25.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 12/10/97, 3/10/04, 6/20/11)*

**17.25.5.1.1 Two-Day Meets.** An institution may count a maximum of six two-day meets each as a single date of competition. The institution may select either day of a two-day meet as the day on which to count the single date of competition. Participation in a separate event on either day shall be counted as follows: *(Adopted: 6/20/11)*

(a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

(b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 20.9.6.3.

**17.25.5.1.1.1 Competition That Exceeds Two Days.** An institution that participates in a meet that exceeds two days in duration may count the first two days of competition as one of the six two-day meets that each count as a single date of competition but must count any additional days as separate dates of competition. The institution may select either of the first two days of such a meet as the day on which to count the single date of

competition. Participation in a separate event on either day shall be counted as follows: *(Adopted: 3/10/04, Revised: 6/20/11)*

    (a) If the institution participates in a separate event on the selected day, it is not required to count an additional date of competition.

    (b) If the institution participates in a separate event on the day not selected, the institution is required to count an additional date of competition only if the total number of student-athletes participating in the separate event equals or exceeds the minimum participants requirement in Bylaw 20.9.6.3.

**17.25.5.1.2 In-Season Foreign Competition.** A member institution may engage in one or more of its countable dates of competition in indoor and outdoor track and field in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.25.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 18 dates of competition in indoor or outdoor track and field. An individual student-athlete competing in indoor and outdoor track and field at a member institution that uses both indoor and outdoor track and field to meet divisional sports sponsorship requirements may participate in each academic year in not more than 18 dates of competition, which may include not more than six two-day meets that shall each count as a single date. These limitations include those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93)*

**17.25.5.3 Annual Exemptions.** The maximum number of dates of competition in indoor and outdoor track and field shall exclude the following: *(Adopted: 1/9/96 effective 8/1/96, Revised: 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

    (a) **Conference Championship.** Competition in one conference championship meet in indoor track and field and one such meet in outdoor track and field;

    (b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

    (c) **Alumni Meet.** One date of competition in indoor and outdoor track and field each year against an alumni team of the institution;

    (d) **Foreign Team in the United States.** One date of competition in indoor and outdoor track and field each year with a foreign opponent in the United States;

    (e) **Hawaii or Alaska.** Any dates of competition in Hawaii or Alaska, respectively, against an active Division I member located in Hawaii or Alaska, by a member located outside the area in question;

    (f) **Fundraising Activity.** Any indoor or outdoor track and field activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

    (g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's indoor/outdoor track and field team who participate in local celebrity track and field activities conducted for the purpose of raising funds for charitable organizations, provided:

        (1) The student-athletes do not miss classes as a result of the participation;

        (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

        (3) The activity takes place within a 30-mile radius of the institution's main campus.

    (h) **U.S. National Team.** Any date of competition against any team as selected and designated by the appropriate national governing body for indoor/outdoor track and field as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.25.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96)*

**17.25.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.25.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.25.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.25.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.25.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in field events, jumping hurdles or the jumping element of the steeplechase. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91, Revised: 4/30/09)*

**17.25.8 Camps and Clinics.** There are no limits on the number of student-athletes in indoor or outdoor track and field who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.25.9 Other Restrictions.**

**17.25.9.1 Noncollegiate, Amateur Competition.**

**17.25.9.1.1 During the Playing Season.** A student-athlete in indoor/outdoor track and field who participates during the institution's playing season as a member of any outside indoor/outdoor track and field team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) except while representing the institution in intercollegiate indoor/outdoor track and field competition shall be ineligible for intercollegiate indoor/outdoor track and field competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.25.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.25.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.25.9.1.2 Out of Season.** During the academic year, not more than seven student-athletes with eligibility remaining in intercollegiate indoor/outdoor track and field may practice or compete on an outside amateur indoor/outdoor track and field team. During the summer, there are no limits on the number of student-athletes with eligibility remaining in intercollegiate indoor/outdoor track and field who may practice or compete on an outside, amateur indoor/outdoor track and field team. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.25.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.25.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's indoor/outdoor track and field team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.25.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.25.9.1.3 Track and Field and Triathlon.** Track and field and triathlon are considered the same sport for purposes of the outside competition legislation. *(Adopted: 6/26/24 effective 8/1/24)*

**17.25.9.2 Equipment Issue, Squad Pictures.** No limitations.

# 17.26 Women's Triathlon. Regulations for computing the women's triathlon playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.1 Length of Playing Season.** The length of an institution's playing season in women's triathlon shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.2 Preseason Practice.** A member institution shall not commence practice sessions in women's triathlon prior to the date that permits a maximum of 21 units (see Bylaw 17.02.13) prior to the first scheduled intercollegiate contest. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in women's triathlon prior to September 1 or the preceding Friday if September 1 falls on a Saturday, Sunday or Monday (see Figure 17-2). *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in women's triathlon by the last date of final examinations for the regular academic year at the institution. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5 Number of Dates of Competition.**

**17.26.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in women's triathlon during the institution's playing season to six dates of competition except for those dates of competition excluded under Bylaws 17.26.5.3 and 17.26.5.4. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in triathlon in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate each academic year in not more than six dates of competition in triathlon, including not more than two during the segment in which the NCAA championship is not conducted. This limitation includes those dates of competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.5.3 Annual Exemptions.** The maximum number of dates of competition in triathlon shall exclude the following: *(Adopted: 1/18/14 effective 8/1/14, Revised: 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship or playoff in triathlon;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g. national intercollegiate championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Contest.** One date of competition each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition each year with a foreign opponent in the United States conducted on the course on which the member institution regularly conducts its home dates of competition;

(e) **Fundraising Activity.** Any triathlon activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(f) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's triathlon team who participate in local celebrity triathlon activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(g) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for triathlon as a U.S. national team; and

(h) **Hawaii, Alaska or Puerto Rico.** Any dates of competition conducted in Hawaii, Alaska or Puerto Rico, respectively, either against or under the sponsorship of an active Division I institution located in Hawaii, Alaska or Puerto Rico, by a member located outside these locales.

**17.26.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of dates of competition in triathlon during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.26.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 3/15/23)*

**17.26.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in swimming or cycling. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.8 Camps and Clinics.** There are no limits on the number of student-athletes in triathlon who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9 Other Restrictions.**

**17.26.9.1 Noncollegiate, Amateur Competition.**

**17.26.9.1.1 During the Playing Season.** A student-athlete in triathlon who participates during the institution's playing season as a member of any outside triathlon team in any noncollegiate, amateur competition (e.g., team invitational meet, exhibition meets or other activity) except while representing the institution in intercollegiate triathlon competition shall be ineligible for intercollegiate triathlon competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 1/18/14 effective 8/1/14, Revised: 6/26/24 effective 8/1/24)*

**17.26.9.1.1.1 Competition as Individual/Not Representing Institution.** A student-athlete may participate in outside competition as an individual during the institution's playing season in the student-athlete's sport, as long as the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.26.9.1.1.2 Exempt Teams.** A unit such as a "pro-am" golf team, doubles tennis team or a relay team in track and field is not considered an outside team, provided the unit does not score points for an overall team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.26.9.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate triathlon may practice or compete on an outside amateur triathlon team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility

remaining in intercollegiate triathlon who may practice or compete on an outside, amateur triathlon team . *(Adopted: 1/18/14 effective 8/1/14, Revised: 6/26/24 effective 8/1/24)*

**17.26.9.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.26.9.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with any student-athlete with eligibility remaining from the institution's triathlon team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Adopted: 1/18/14 effective 8/1/14)*

**17.26.9.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 1/18/14 effective 8/1/14, Revised: 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.26.9.1.3 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming considered the same sport for purposes of the outside competition legislation. *(Adopted: 6/26/24 effective 8/1/24)*

**17.26.9.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 1/18/14 effective 8/1/14)*

# 17.27 Volleyball. Regulations for computing the volleyball playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.)

**17.27.1 Length of Playing Season.** *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 4/26/17 effective 8/1/17)*

(a) **Men.** The length of an institution's playing season in volleyball shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur.

(b) **Women.** The length of an institution's playing season in volleyball shall be limited to a 132-day season, which may consist of two segments.

(1) **Championship Segment.** An institution's championship segment must consist of consecutive days and may exclude only required days off (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur.

(2) **Nonchampionship Segment.** An institution's nonchampionship segment shall be conducted within a period of 60 consecutive calendar days (which may exclude official vacation, holiday and final-examination periods during which no practice or competition occurs) during the months of January, February, March, April and May under the following conditions:

(i) Days used for practice or competition must be counted toward the 132-day season, but are not required to be consecutive;

(ii) Days during which countable athletically related activities are limited solely to required conditioning activities are not required to count toward the 132-day season;

(iii) During any week in which practice or competition occurs, a student-athlete's involvement in countable athletically related activities shall be limited to a maximum of four hours per day and 20 hours per week and all countable athletically related activities are prohibited during one calendar day per week; and

(iv) Any week in which practice or competition does not occur shall be considered outside the playing season.

**17.27.2 Preseason Practice -- Women.** A member institution shall not commence practice sessions in women's volleyball prior to 17 calendar days before the first scheduled regular-season intercollegiate contest (not a scrimmage, exhibition game or alumni contest that may occur before the first scheduled regular-season contest). An institution may not begin practice in its segment in which the NCAA championship is not conducted until January 1. *(Revised: 4/28/05 effective 8/1/05, 4/27/06, 6/12/07, 3/16/15, 5/19/22 effective 8/1/22, 9/14/23)*

**17.27.3 First Contest -- Women.** A member institution shall not engage in its first contest (game or scrimmage) with outside competition in women's volleyball until the Friday prior to September 1. If September 1 falls on a Friday, the first permissible contest shall be the preceding Friday. If September 1 falls on a Saturday, the first permissible contest shall be two Fridays prior to September 1. (See Figure 17-2.) An alumni match may be played during the week (Saturday-Friday) prior to the first permissible contest. An institution may not begin competition in its segment in which the NCAA championship is not conducted until January 1. *(Revised: 4/28/05 effective 8/1/05, 6/30/22 effective 8/1/23)*

    **17.27.3.1 Exception -- Scrimmage/Exhibition Contest.** An institution may play one scrimmage or exhibition contest (which shall not count toward the institution's won-lost record) prior to the first scheduled regular-season contest, provided the scrimmage or exhibition contest is conducted during the institution's declared playing season per Bylaw 17.27.1 and is counted against the maximum number of contests (see Bylaw 17.27.7.1). A contest that would otherwise be exempted from the maximum number of contests per Bylaw 17.27.9 shall count against the maximum if it is played during the preseason practice period prior to the date specified for the first permissible regular-season contest. *(Adopted: 4/26/17 effective 8/1/17, Revised: 6/30/22 effective 8/1/23)*

    **17.27.3.2 Exception -- American Volleyball Coaches Association Showcase.** An institution may participate in the AVCA Showcase before the first permissible contest date per Bylaw 17.27.3. An institution may not participate in the AVCA Showcase more than two times in a four-year period. *(Adopted: 6/26/24)*

**17.27.4 Preseason Practice -- Men.** A member institution shall not commence practice sessions in men's volleyball prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.27.5 First Date of Competition -- Men.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's volleyball prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier. *(Revised: 1/14/97 effective 8/1/97)*

**17.27.6 End of Regular Playing Season.** A member institution shall conclude all practice and competition (games and scrimmages) in volleyball on the following dates:

(a) **Men.** The conclusion of the National Collegiate Men's Volleyball Championship.

(b) **Women.** The last date of final examinations for the regular academic year at the institution.

**17.27.7 Number of Contests and Dates of Competition -- Women.**

    **17.27.7.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in women's volleyball during the playing season to 32 contests during the segment in which the NCAA championship is conducted and four dates of competition during another segment, except for those contests or dates of competition excluded under Bylaws 17.27.9 and 17.27.10. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Revised: 1/10/91 effective 8/1/91, 4/29/10 effective 8/1/10, 6/30/22 effective 8/1/23)*

        **17.27.7.1.1 Exception -- Isolated Institution.** If there are fewer that four other Division I institutions that sponsor women's volleyball located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and four. *(Adopted: 4/25/18)*

        **17.27.7.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

        **17.27.7.1.3 In-Season Foreign Competition -- Women.** A member institution may play one or more of its countable contests in women's volleyball in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Revised: 6/30/22 effective 8/1/23)*

    **17.27.7.2 Maximum Limitations -- Student-Athlete -- Women.** An individual student-athlete may participate each academic year in not more than 32 contests in women's volleyball during the segment in which the NCAA championship is conducted and four dates of competition during another segment. This limitation includes those contests or dates of

competition in which the student-athlete represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 6/30/22 effective 8/1/23)*

### 17.27.8 Number of Dates of Competition -- Men.

**17.27.8.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in men's volleyball during the playing season to not more than 28 dates of competition during the segment in which the NCAA championship is conducted and not more than four dates of competition during another segment, except for those dates of competition excluded under Bylaws 17.27.9 and 17.27.10. Travel to competition in the nonchampionship segment shall be restricted to ground transportation, unless there are no Division I institutions that sponsor the sport located within 400 miles of the institution. *(Revised: 1/10/91 effective 8/1/91, 4/29/10 effective 8/1/10)*

**17.27.8.1.1 Exception -- Isolated Institution.** If there are fewer that four other Division I institutions that sponsor men's volleyball located within 400 miles of the institution, the institution may use any form of transportation to travel to the number of nonchampionship segment competitions that represents the difference between the number of other institutions and four. *(Adopted: 4/25/18)*

**17.27.8.1.2 Hawaii or Alaska Exception -- Nonchampionship Segment Travel.** Once every four years, an institution may use any form of transportation for travel to Hawaii or Alaska for nonchampionship segment competition against an active member institution located in Hawaii or Alaska. *(Adopted: 4/28/11 effective 8/1/11)*

**17.27.8.1.3 In-Season Foreign Competition -- Men.** A member institution may play one or more of its countable dates of competition in men's volleyball in one or more foreign countries on one trip during the prescribed playing season. However, except for those contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.27.8.2 Maximum Limitations -- Student-Athlete -- Men.** An individual student-athlete may participate each academic year in not more than 28 dates of competition in men's volleyball during the segment in which the NCAA championship is conducted and not more than four dates of competition during another segment. This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91)*

### 17.27.9 Annual Exemptions. The maximum number of dates of competition in volleyball shall exclude the following: *(Revised: 1/10/90, Adopted: 1/10/95, 1/9/96 effective 8/1/96, 9/6/00, 9/7/07, 6/11/11, 5/19/22 effective 8/1/22, 6/26/24)*

(a) **Conference Championship.** Competition in one conference championship tournament in volleyball (or the tournament used to determine the conference's automatic entry in an NCAA volleyball championship);

(b) **Conference Playoff.** Competition involving member institutions that tie for a conference volleyball championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in an NCAA volleyball championship without the date(s) of competition being counted as a postseason tournament;

(c) **NCAA Championship Play-In Competition.** Competition in play-in contests conducted before the NCAA championship;

(d) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game.** One date of competition in volleyball each year against an alumni team of the institution;

(f) **Foreign Team in the United States.** One date of competition in volleyball each year with a foreign opponent in the United States;

(g) **Hawaii or Alaska.** Any dates of competition in volleyball in Hawaii or Alaska, respectively, against an active Division I institution located in Hawaii or Alaska, by a member located outside the area in question;

(h) **Fundraising Activity.** Any volleyball activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's volleyball team who participate in local celebrity volleyball activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(j) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for volleyball as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.27.10 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may not exempt more than one foreign tour from its maximum number of contests or dates of competition in volleyball during any academic year and may not repeat participation in a foreign tour within a four-year period. The tour shall be conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07, 6/30/22 effective 8/1/23)*

**17.27.11 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.27.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.27.11.1 Summer Practice.** Volleyball practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 4/28/05, 11/1/07 effective 8/1/08)*

**17.27.12 Camps and Clinics.** There are no limits on the number of student-athletes in volleyball who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

**17.27.13 Other Restrictions.**

**17.27.13.1 Noncollegiate, Amateur Competition.**

**17.27.13.1.1 During the Playing Season.** A student-athlete in volleyball who participates during the institution's playing season as a member of any outside volleyball team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate volleyball competition shall be ineligible for intercollegiate volleyball competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.27.13.1.2 Out of Season.** In men's and women's volleyball, a member institution may permit not more than four student-athletes with eligibility remaining in intercollegiate volleyball to practice or compete out of season on an outside, amateur volleyball team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/26/24 effective 8/1/24)*

**17.27.13.1.2.1 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.27.13.1.2.2 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) at any time (during the academic year, vacation periods and summer) with an outside team that involves any student-athlete with eligibility remaining from the institution's volleyball team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.27.13.1.2.3 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.27.13.1.3 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are not considered the same sport for purposes of the outside competition legislation. *(Adopted: 6/26/24 effective 8/1/24)*

**17.27.13.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

## 17.28 Water Polo.

Regulations for computing the men's and women's water polo playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Revised: 1/9/96 effective 8/1/96)*

**17.28.1 Length of Playing Season.** The length of an institution's playing season in water polo shall be limited to a 132-day season, which may consist of two segments (each consisting of consecutive days) and which may exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97)*

**17.28.2 Preseason Practice.** *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 8/11/98, 4/14/03, 5/19/22 effective 8/1/22)*

(a) **Men.** A member institution shall not commence practice sessions in men's water polo prior to 16 calendar days before the first scheduled intercollegiate contest.

(b) **Women.** A member institution shall not commence practice sessions in women's water polo prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier.

**17.28.3 First Date of Competition.** *(Revised: 1/10/91 effective 8/1/91, 1/16/93 effective 8/1/93, 1/14/97 effective 8/1/97, 8/11/98)*

(a) **Men.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's water polo prior to the first Saturday in September.

(b) **Women.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in women's water polo prior to September 7 or the institution's first day of classes for the fall term, whichever is earlier.

**17.28.4 End of Regular Playing Season.** *(Revised: 1/14/97 effective 8/1/97, 8/11/98)*

(a) **Men.** A member institution shall conclude all practice and competition (games and scrimmages) in men's water polo by the last date of final exams for the regular academic year at the institution.

(b) **Women.** A member institution shall conclude all practice and competition (games and scrimmages) in women's water polo by the conclusion of the National Collegiate Women's Water Polo Championship.

**17.28.5 Number of Dates of Competition.**

**17.28.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in water polo during the institution's water polo playing season to 21 dates of competition during the segment in which the NCAA championship is conducted and four dates of competition during the nonchampionship segment, except for those dates of competition excluded under Bylaws 17.28.5.3 and 17.28.5.4. *(Revised: 1/10/91 effective 8/1/91, 5/19/22 effective 8/1/22)*

**17.28.5.1.1 In-Season Foreign Competition.** A member institution may play one or more of its countable dates of competition in water polo in one or more foreign countries on one trip during the prescribed playing season. However, except for contests played in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years.

**17.28.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 21 dates of competition in water polo during the segment in which the NCAA championship is conducted and four dates of competition during the nonchampionship segment. This limitation includes those contests in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 5/19/22 effective 8/1/22)*

**17.28.5.3 Annual Exemptions.** The maximum number of dates of competition in water polo shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, 8/11/98, 9/6/00, 2/24/03, 5/19/22 effective 8/1/22)*

(a) **Conference Championship -- Men and Women.** Competition in one conference championship tournament in water polo (or the tournament used to determine the conference's automatic entry in the National Collegiate Men's Water Polo Championship or the tournament used to determine the conference's entry in the National Collegiate Women's Water Polo Championship);

(b) **Conference Playoff -- Men and Women.** Competition involving member institutions that tie for a conference water polo championship. Such teams may participate in a single-elimination playoff to determine the conference's automatic entry in the National Collegiate Men's Water Polo Championship or the National Collegiate Women's Water Polo Championship without the game(s) being counted as a postseason tournament;

(c) **NCAA Championship Play-In Competition -- Men and Women.** Competition in play-in contests conducted before the National Collegiate Men's Water Polo Championship or the National Collegiate Women's Water Polo Championship;

(d) **Season-Ending Event -- Men and Women.** Competition in one season-ending event (e.g., NCAA championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(e) **Alumni Game -- Men and Women.** One date of competition in water polo each year against an alumni team of the institution;

(f) **Foreign Team in the United States -- Men and Women.** One date of competition in water polo each year with a foreign opponent in the United States;

(g) **Hawaii, Alaska, Puerto Rico -- Men and Women.** For men's and women's water polo, any dates of competition in Hawaii, Alaska or Puerto Rico, respectively, against an active member institution located in Hawaii, Alaska or Puerto Rico, by a member located outside the area in question;

(h) **Fundraising Activity -- Men and Women.** Any water polo activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(i) **Celebrity Sports Activity -- Men and Women.** Competition involving a limit of two student-athletes from a member institution's water polo team who participate in local celebrity water polo activities conducted for the purpose of raising funds for charitable organizations, provided:

   (1) The student-athletes do not miss classes as a result of the participation;

   (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

   (3) The activity takes place within a 30-mile radius of the institution's main campus.

(j) **U.S. National Team -- Men and Women.** One date of competition against any team as selected and designated by the appropriate national governing body for water polo as a U.S. national team (e.g., "Under-21" U.S. national team).

**17.28.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

## 17.28.6 Out-of-Season Athletically Related Activities. 
Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.28.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.28.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 4/28/05, 11/1/07 effective 8/1/08)*

## 17.28.7 Camps and Clinics. 
There are no limits on the number of student-athletes in water polo who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92)*

## 17.28.8 Safety Exception. 
A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in water polo. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91)*

## 17.28.9 Other Restrictions.

### 17.28.9.1 Noncollegiate, Amateur Competition.

**17.28.9.1.1 During the Playing Season.** A student-athlete in water polo who participates during the institution's playing season as a member of any outside water polo team in any noncollegiate, amateur competition (e.g., tournament play, exhibition games or other activity) except while representing the institution in intercollegiate water polo competition shall be ineligible for intercollegiate water polo competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/26/24 effective 8/1/24)*

**17.28.9.1.2 Out of Season.** There are no limitations on the number of student-athletes from the same member institution with eligibility remaining who may practice or compete out of season on an outside amateur water polo team . *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 1/10/95 effective 8/1/95, 6/26/24 effective 8/1/24)*

**17.28.9.1.2.1 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's water polo team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05)*

**17.28.9.1.2.2 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.28.9.2 Equipment Issue, Squad Pictures.** No limitations. *(Revised: 1/11/89, 1/10/05)*

# 17.29 Men's Wrestling. Regulations for computing the men's wrestling playing season are set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Revised: 2/24/03, 6/23/20 effective 8/1/20)*

**17.29.1 Length of Playing Season.** The length of an institution's playing season in men's wrestling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Revised: 1/10/91 effective 8/1/91, 1/14/97 effective 8/1/97, 6/23/20 effective 8/1/20)*

**17.29.2 Preseason Practice.** A member institution shall not commence practice sessions in men's wrestling prior to October 10. *(Revised: 1/14/97 effective 8/1/97, 1/15/11 effective 8/1/11, 6/23/20 effective 8/1/20)*

**17.29.3 First Date of Competition.** A member institution shall not engage in its first date of competition (game or scrimmage) with outside competition in men's wrestling prior to November 1. *(Revised: 1/15/11 effective 8/1/11, 6/23/20 effective 8/1/20)*

**17.29.4 End of Regular Playing Season.** A member institution shall conclude all practice and competition (meets and practice meets) in men's wrestling by the last date of final examinations for the regular academic year at the institution. *(Revised: 1/14/97 effective 8/1/97, 6/23/20 effective 8/1/20)*

**17.29.5 Number of Dates of Competition.**

**17.29.5.1 Maximum Limitations -- Institutional.** A member institution shall limit its total playing schedule with outside competition in men's wrestling during the permissible men's wrestling playing season to 16 dates of competition, except for those dates of competition excluded under Bylaws 17.29.5.3 and 17.29.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 1/14/08 effective 8/1/08, 6/20/11, 6/23/20 effective 8/1/20)*

**17.29.5.1.1 Multiple-Day Competition and Dual Meets Within Three Consecutive Days.** On not more than two occasions, an institution may count a multiple-day competition or two consecutive dual meets as one date of competition, if the following requirements are met: *(Adopted: 6/20/11, Revised: 5/1/19 effective 8/1/19)*

(a) The multiple-day competition or two consecutive dual meets occur within three consecutive days; and

(b) The institution participates in not more than one multiple-day event or not more than two dual meets during the three consecutive days.

**17.29.5.1.2 In-Season Foreign Competition.** An institution may engage in one or more of its countable dates of competition in men's wrestling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Revised: 6/23/20 effective 8/1/20)*

**17.29.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competition in men's wrestling, which may include not more than two occasions in which a multiple-day event or two consecutive dual meets are held within three consecutive days that shall each count as a

single date of competition (see Bylaw 17.29.5.1.1). This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Revised: 1/10/91 effective 8/1/91, 1/10/95 effective 8/1/95, 1/14/97 effective 8/1/97, 1/14/08 effective 8/1/08, 5/1/19 effective 8/1/19, 6/23/20 effective 8/1/20)*

**17.29.5.3 Annual Exemptions.** The maximum number of dates of competition in men's wrestling shall exclude the following: *(Revised: 1/9/96 effective 8/1/96, Adopted: 10/27/98 effective 8/1/99, 9/6/00, 1/15/11 effective 8/1/11, 6/23/20 effective 8/1/20, 5/19/22 effective 8/1/22)*

(a) **Conference Championship.** Competition in one conference championship tournament in wrestling (or the tournament used to determine the conference's automatic entries in the NCAA men's wrestling championships);

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., NCAA championships). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in men's wrestling each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in men's wrestling each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in Hawaii or Alaska, respectively, against an active Division I member institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any men's wrestling activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from a member institution's men's wrestling team who participate in local celebrity men's wrestling activities conducted for the purpose of raising funds for charitable organizations, provided:

(1) The student-athletes do not miss classes as a result of the participation;

(2) The involvement of the student-athletes has the approval of the institution's athletics director; and

(3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for men's wrestling as a U.S. national team (e.g., "Under-21" U.S. national team);

(i) **NWCA All-Star Meet.** One date of competition in men's wrestling each year in the National Wrestling Coaches Association (NWCA) all-star meet; and

(j) **NWCA National Duals.** Competition in the National Wrestling Coaches Association (NWCA) National Duals.

**17.29.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the member institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 1/9/96 effective 8/1/96, Revised: 4/26/07 effective 8/1/07)*

**17.29.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institution's declared playing season per Bylaw 17.29.1 except as permitted in Bylaw 17.1.7.2. *(Revised: 1/10/91 effective 8/1/91)*

**17.29.6.1 Summer Practice.** Practice that is organized or financially supported by a member institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Revised: 1/10/91 effective 8/1/91, 1/10/92, 4/28/05, 11/1/07 effective 8/1/08)*

**17.29.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual-workout sessions with student-athletes from the coach's team during any institutional vacation period and/or summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 1/10/92, Revised: 1/11/94, 4/28/05, 4/25/18)*

**17.29.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in men's wrestling. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 1/10/91 effective 8/1/91, Revised: 6/23/20 effective 8/1/20)*

**17.29.8 Camps and Clinics.** There are no limits on the number of student-athletes in men's wrestling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camps or clinics. *(Revised: 1/10/92, 6/23/20 effective 8/1/20)*

**17.29.9 Other Restrictions.**

### 17.29.9.1 Noncollegiate, Amateur Competition.

**17.29.9.1.1 During the Playing Season.** A student-athlete in men's wrestling who participates during the institution's playing season as a member of any outside men's wrestling team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) except while representing the institution in intercollegiate men's wrestling competition shall be ineligible for intercollegiate wrestling competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 10/3/05, 6/23/20 effective 8/1/20, 6/26/24 effective 8/1/24)*

**17.29.9.1.1.1 Competition as Individual/Not Representing Institution.** A men's wrestling student-athlete may participate in outside competition as an individual during the institution's playing season beginning November 1 (see Bylaw 17.29.9.1.2.4) or, for a first-year student-athlete, beginning after completion of the first term of enrollment (see Bylaw 17.29.9.1.2.5), provided the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. A student-athlete shall meet the minimum grade-point average requirement specified in Bylaw 14.4.3.3.3 to participate in outside competition as an individual. *(Adopted: 6/26/24 effective 8/1/24)*

**17.29.9.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate men's wrestling may practice or compete on an outside amateur men's wrestling team. During the summer, there are no limits on the number of student-athletes from the same member institution with eligibility remaining in intercollegiate men's wrestling who may practice or compete on an outside, amateur men's wrestling team . A student-athlete shall meet the minimum grade-point average requirement specified in Bylaw 14.4.3.3.3 to participate in outside competition. *(Revised: 1/10/91 effective 8/1/91, 1/16/93, 6/23/20 effective 8/1/20, 6/26/24 effective 8/1/24)*

**17.29.9.1.2.1 Exception -- No Competition Before November 1.** A men's wrestling student-athlete shall not participate in outside competition from the beginning of the institution's academic year through October 31. *(Adopted: 6/26/24 effective 8/1/24)*

**17.29.9.1.2.2 Exception -- No Competition During First Term.** A men's wrestling student-athlete shall not participate in outside competition at any time during the student-athlete's first full-time term of collegiate enrollment. *(Adopted: 6/26/24 effective 8/1/24)*

**17.29.9.1.2.3 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.29.9.1.2.4 Involvement of Coaching Staff.** No member of the coaching staff of a member institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's men's wrestling team except as provided under Bylaws 17.1.1.1, 17.32 and 17.34.1. *(Revised: 4/28/05 effective 8/1/05, 6/23/20 effective 8/1/20)*

**17.29.9.1.2.5 Olympic, Paralympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic, Paralympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Revised: 2/21/02, 4/28/11, 1/22/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.29.9.2 Equipment Issue, Squad Pictures.** No limitations.

**17.30 Women's Wrestling.** Regulations for computing the women's wrestling playing season set forth in Bylaw 17.1. (See Figure 17-1 and Figure 17-2.) *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.1 Length of Playing Season.** The length of an institution's playing season in women's wrestling shall be limited to a 144-day season, which may consist of two segments (each consisting of consecutive days) and exclude only required off days (see Bylaws 17.1.7.4, 17.1.7.6 and 17.1.7.7) and official vacation, holiday and final-examination periods during which no practice or competition shall occur. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.2 Preseason Practice.** An institution shall not commence practice sessions in women's wrestling prior to October 10. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.3 First Date of Competition.** An institution shall not engage in its first date of competition (game or scrimmage) with outside competition in women's wrestling prior to November 1. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.4 End of Regular Playing Season.** An institution shall conclude all practice and competition (meets and practice meets) in women's wrestling by the last date of final examinations for the regular academic year at the institution. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.5 Number of Dates of Competition.**

**17.30.5.1 Maximum Limitations -- Institutional.** An institution shall limit its total playing schedule with outside competition in women's wrestling during the permissible women's wrestling playing season to 16 dates of competition, except for those dates of competition excluded under Bylaw 17.30.5.3 and 17.30.5.4 (see Bylaw 20.9.6.3 for minimum contests and participants requirements). *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.5.1.1 Multiple-Day Competition and Dual Meets Within Three Consecutive Days.** On not more than two occasions, an institution may count a multiple-day competition or two consecutive dual meets as one date of competition, if the following requirements are met: *(Adopted: 6/23/20 effective 8/1/20)*

(a) The multiple-day competition or two consecutive dual meets occur within three consecutive days; and

(b) The institution participates in not more than one multiple-day event or not more than two dual meets during the three consecutive days.

**17.30.5.1.2 In-Season Foreign Competition.** An institution may engage in one or more of its countable dates of competition in women's wrestling in one or more foreign countries on one trip during the prescribed playing season. However, except for competition in Canada and Mexico or on a certified foreign tour (see Bylaw 17.32), the institution may not engage in such in-season foreign competition more than once every four years. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.5.2 Maximum Limitations -- Student-Athlete.** An individual student-athlete may participate in each academic year in not more than 16 dates of competitions in women's wrestling, which may include not more than two occasions in which a multiple-day event or two consecutive dual meets are held within three consecutive days that shall each count as a single date of competition (see Bylaw 17.30.5.1.1). This limitation includes those dates of competition in which the student represents the institution in accordance with Bylaw 17.02.8, including competition as a member of the varsity, junior varsity or freshman team of the institution. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.5.3 Annual Exemptions.** The maximum number of dates of competition in women's wrestling shall exclude the following: *(Adopted: 6/23/20 effective 8/1/20)*

(a) **Conference Championship.** Competition in one conference championship tournament;

(b) **Season-Ending Event.** Competition in one season-ending event (e.g., national governing body championship). A season-ending event involves competition after the end of the regular season between teams that are not identified until the close of the regular season;

(c) **Alumni Meet.** One date of competition in women's wrestling each year against an alumni team of the institution;

(d) **Foreign Team in the United States.** One date of competition in women's wrestling each year with a foreign opponent in the United States;

(e) **Hawaii or Alaska.** Any dates of competition in Hawaii or Alaska, respectively, against an active Division I institution located in Hawaii or Alaska, by a member located outside the area in question;

(f) **Fundraising Activity.** Any women's wrestling activities in which student-athletes from more than one of the institution's athletics teams participate with and against alumni and friends of the institution, the purpose of which is to raise funds for the benefit of the institution's athletics or other programs, provided the student-athletes do not miss classes as a result of their participation (see Bylaw 12.5.1.1);

(g) **Celebrity Sports Activity.** Competition involving a limit of two student-athletes from the institution's women's wrestling team who participate in local celebrity wrestling activities conducted for the purpose of raising funds for charitable organizations, provided:

    (1) The student-athletes do not miss classes as a result of the participation;

    (2) The involvement of the student-athletes has the approval of the institution's athletics director; and

    (3) The activity takes place within a 30-mile radius of the institution's main campus.

(h) **U.S. National Team.** One date of competition against any team as selected and designated by the appropriate national governing body for women's wrestling as a U.S. national team (e.g., "Under-21" U.S. national team);

(i) **NWCA All-Star Meet.** One date of competition in women's wrestling each year in the National Wrestling Coaches Association (NWCA) all-star meet; and

(j) **NWCA National Duals.** Competition in the National Wrestling Coaches Association (NWCA) National Duals.

**17.30.5.4 Once-in-Four-Years Exemption -- Foreign Tour.** An institution may exempt the contests played on a foreign tour, provided the tour is conducted by the institution in accordance with the procedures set forth in Bylaw 17.32. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.6 Out-of-Season Athletically Related Activities.** Student-athletes and members of the coaching staff shall not engage in countable athletically related activities outside the institutions's declared playing season per Bylaw 17.31.1 except as permitted in Bylaw 17.1.7.2. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.6.1 Summer Practice.** Practice that is organized or financially supported by an institution shall be prohibited during the summer unless specifically authorized in the bylaws (e.g., foreign tour) or through official interpretations. An institution may pay fees associated with the use of institutional practice and competition facilities by student-athletes engaged in voluntary athletically related activities in their sport. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.6.2 Vacation Period and Summer-Workout Sessions.** A coach may participate in individual workout sessions with student-athletes from the coach's team during any institutional vacation period and/or summer, provided the request for such assistance is initiated by the student-athlete. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.7 Safety Exception.** A coach may be present during voluntary individual workouts in the institution's regular practice facility (without the workouts being considered as countable athletically related activities) when the student-athlete is engaged in women's wrestling. The coach may provide safety or skill instruction but may not conduct the individual's workouts. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.8 Camps and Clinics.** There are no limits on the number of student-athletes in women's wrestling who may be employed (e.g., as counselors) in camps or clinics (see Bylaw 13.12). Currently enrolled student-athletes may not participate as campers in their institution's camp or clinics. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.9 Other Restrictions.**

**17.30.9.1 Noncollegiate, Amateur Competition.**

**17.30.9.1.1 During the Playing Season.** A student-athlete in women's wrestling who participates during the institution's playing season as a member of any outside women's wrestling team in any noncollegiate, amateur competition (e.g., team invitational meets, exhibition meets or other activity) except while representing the institution in intercollegiate women's wrestling competition shall be ineligible for intercollegiate wrestling competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement (see Bylaw 17.34 for exceptions). *(Adopted: 6/23/20 effective 8/1/20, Revised: 6/26/24 effective 8/1/24)*

**17.30.9.1.1.1 Competition as Individual/Not Representing Institution.** A women's wrestling student-athlete may participate in outside competition as an individual during the institution's playing season beginning November 1 (see Bylaw 17.30.9.1.2.3), provided the student-athlete represents only the student-athlete in the competition and does not engage in such competition as a member of or receive expenses from an outside team. *(Adopted: 6/26/24 effective 8/1/24)*

**17.30.9.1.2 Out of Season.** During the academic year, not more than two student-athletes with eligibility remaining in intercollegiate women's wrestling may practice or compete on an outside amateur women's wrestling team. During the summer, there are no limits on the number of student-athletes from the same institution with eligibility remaining in intercollegiate women's wrestling who may practice or compete on an outside, amateur women's wrestling team . *(Adopted: 6/23/20 effective 8/1/20, Revised: 6/26/24 effective 8/1/24)*

**17.30.9.1.2.1 Exception -- No Competition Before November 1.** A women's wrestling student-athlete shall not participate in outside competition from the beginning of the institution's academic year through October 31. *(Adopted: 6/26/24 effective 8/1/24)*

**17.30.9.1.2.2 Application of Numerical Limitations to Transfer Student-Athletes.** A student-athlete who has officially withdrawn from a four-year institution and has been accepted for enrollment at a second institution does not count in the limitation on the number of student-athletes from the first institution who may compete on an outside amateur team. The individual does not count in the limitation on the number of student-athletes at the second institution unless the individual is a student-athlete at that institution pursuant to Bylaw 13.02.14. *(Adopted: 6/26/24 effective 8/1/24)*

**17.30.9.1.2.3 Involvement of Coaching Staff.** No member of the coaching staff of an institution may be involved in any capacity (e.g., coach, official, player or league/team administrator) during the academic year (including vacation periods during the academic year) with an outside team that involves any student-athlete with eligibility remaining from the institution's women's wrestling team except as provided under Bylaws 17.1.1.1, 17.31 and 17.34.1. *(Adopted: 6/23/20 effective 8/1/20)*

**17.30.9.1.2.4 Olympic and National Team Development Program.** There are no limits on the number of student-athletes from the same institution who may participate in Olympic and national team development programs. Such programs may also include a coach and student-athlete from the same institution, provided: *(Adopted: 6/23/20 effective 8/1/20)*

(a) The national governing body conducts and administers the developmental program;

(b) The national governing body selects coaches involved in the developmental program; and

(c) A committee or other authority of the national governing body, which is not limited to coaches affiliated with one particular institution, selects the involved participants.

**17.30.9.2 Equipment Issue, Squad Pictures.** No limitations. *(Adopted: 6/23/20 effective 8/1/20)*

# 17.31 Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico.

**17.31.1 Practice and Playing Seasons.** Member institutions located in Alaska, Hawaii and Puerto Rico shall not be required to observe the starting dates for the practice and playing seasons set forth in this bylaw, provided the amount of practice and number of contests engaged in by such institutions in each sport do not exceed the amount of practice and number of contests in each sport permitted other members of the Association.

**17.31.2 Alaska/Hawaii, Additional Football Contest.** Member institutions located in Alaska and Hawaii shall be permitted to exceed, by one, the maximum number of football contests permitted under Bylaw 17.11.6.1 but otherwise shall conform to the same maximum number of contests and dates of competition permitted other members of the Association.

# 17.32 Foreign Tours.

**17.32.1 Institutional Tours.** A member institution may participate in competition in any sport on foreign tours. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 7/30/10, 1/23/19)*

**17.32.1.1 Tour to U.S. Territory or Commonwealth.** A tour to a U.S. commonwealth (e.g., Puerto Rico) or a U.S. territory (e.g., Virgin Islands) may be considered a foreign tour. *(Revised: 4/26/17 effective 8/1/17)*

**17.32.1.2 Timing of Tour.** A tour may only be scheduled during the summer-vacation period between the institution's spring and fall terms or during an academic year vacation period (other than a Labor Day vacation period) published in the institution's official catalog. All travel to and from the foreign country must take place during such a vacation period. However, if the team crosses the international date line during the tour, the change of date will be disregarded and the equivalent time as measured in the United States will be used to determine the institution's vacation period. *(Revised: 10/18/89, 4/29/04, 10/29/04 effective 11/1/04, 5/12/05, 1/8/07, 1/17/09 effective 8/1/09 a contract signed before 4/14/08 may be honored, 7/30/10)*

**17.32.1.2.1 Summer Vacation Period.** A foreign tour taken during the summer vacation period shall be considered to have occurred during the academic year after the summer for purposes of Bylaw 17. *(Revised: 7/30/10)*

**17.32.1.2.2 Prohibition Prior to Championship Segment.** In sports in which separate dates are specified for the first permissible date of practice and the first permissible date of competition for the championship segment (e.g., women's volleyball, basketball, baseball), an institution may not engage in a foreign tour during the period beginning 30 days prior to the first permissible practice date until the first permissible date for a contest or date of competition in the championship segment in the applicable sport. In sports in which the same date is specified for the first permissible

date of practice and the first permissible date of competition (e.g., gymnastics, lacrosse, swimming and diving), an institution may not engage in a foreign tour for a period of 30 days prior to the first day of the institution's declared playing and practice season (first permissible date of practice or competition) for the championship segment in the applicable sport. *(Adopted: 6/11/07, Revised: 7/30/10)*

**17.32.1.2.3 Exception -- National Service Academies.** In sports other than football, a national service academy may conduct a foreign tour at any time, provided: *(Adopted: 4/25/18)*

(a) The tour is requested and sponsored by the U.S. Department of State or the U.S. Department of Defense, or a direct subordinate organization;

(b) The tour is for the purpose of advancing international relations; and

(c) All missed class time is approved by the appropriate institutional authority.

**17.32.1.3 Time Lapse Between Tours.** An institution shall not engage in a foreign tour in each sport more than once every four years. *(Revised: 1/11/89, 4/29/10 effective 8/1/10, 7/30/10, 6/26/24)*

**17.32.1.3.1 Exception -- National Service Academies.** A national service academy shall not engage in a foreign tour conducted pursuant to Bylaw 17.32.1.2.3 more than once every three years in each sport. Such a tour shall not count toward the once-in-four-years restriction. *(Adopted: 4/25/18, Revised: 6/26/24)*

**17.32.1.4 Eligibility of Student-Athletes for Competition.** The eligibility of student-athletes for competition on the tour shall be governed by the following (see Bylaw 12.8.3.6): *(Revised: 8/11/98, 7/30/10, 4/26/17, 7/17/23, 4/18/24)*

(a) If the tour takes place during the summer, a student-athlete shall have been eligible for intercollegiate competition during the previous academic year or shall have been enrolled at the institution as a full-time student during the previous academic year and have established by the beginning of the tour that the student-athlete is eligible for competition during the academic year immediately following the tour; or

(b) If the tour takes place after preseason practice or the academic year has started, a student-athlete shall be regularly enrolled in the institution (see Bylaw 14.2.1.1) and eligible for intercollegiate competition. A transfer student-athlete from a two-year college who is subject to a transfer residence requirement is eligible to participate on a foreign tour, provided the student-athlete is otherwise eligible for competition and was academically eligible for competition at the previous institution upon leaving the institution.

**17.32.1.4.1 Incoming-Student Eligibility for Competition -- Summer Prior to Initial Full-Time Enrollment at the Certifying Institution.** It is permissible for an incoming student-athlete (freshman or transfer) to represent the institution in competition on a foreign tour that occurs during the summer prior to the student-athlete's initial full-time enrollment at the certifying institution, provided the student-athlete is eligible to represent the institution in intercollegiate competition during the academic year or regular term (see Bylaw 14.5.5) immediately following the tour. A transfer student-athlete from a two-year college who is subject to a transfer residence requirement is eligible to compete on a foreign tour, provided the student-athlete is otherwise eligible for competition and was academically eligible for competition at the previous institution upon leaving the institution. *(Revised: 5/4/05, 7/30/10, 4/26/17, 7/17/23, 4/18/24)*

**17.32.1.4.2 Eligibility for Practice and Travel Expenses.** An institution may provide actual and necessary expenses to a student-athlete to practice in preparation for a foreign tour and practice and travel on a foreign tour, provided the student-athlete is otherwise eligible to practice. If an incoming transfer student-athlete's academic record has not been certified, the student-athlete may participate in practice pursuant to Bylaw 14.5.4.6.7. *(Adopted: 8/3/22, Revised: 7/17/23)*

**17.32.1.5 Practice Limitation.** Not more than 10 days of practice are permitted prior to departure. Practice is prohibited outside the playing season one week prior to the beginning of the institution's final examination period for the applicable regular academic term through the conclusion of the final examination period. *(Revised: 1/14/08, 7/30/10)*

**17.32.1.6 Maximum Number of Contests/Competition Dates.** A team shall be limited to a maximum of three football games, 10 basketball games, or 10 contests or dates of competition in any other sport during and as part of the tour. *(Revised: 1/10/91, 7/30/10)*

**17.32.1.6.1 Exception -- National Service Academies.** A national service academy that conducts a foreign tour pursuant to Bylaw 17.32.1.2.3 shall be limited to a maximum of three contests or dates of competition during and as part of the tour. *(Adopted: 4/25/18)*

**17.32.1.7 Opponents.** The team shall not compete during the tour against other American teams (colleges or other U.S. teams) other than teams composed of U.S. armed forces personnel stationed at U.S. military bases in foreign countries. *(Revised: 7/30/10)*

**17.32.1.7.1 Exception -- Women's Rowing.** It is permissible for rowing teams representing NCAA member institutions to compete against each other as part of the Henley Women's Regatta and the Henley Royal Regatta. *(Adopted: 4/20/99, Revised: 7/30/10, 4/16/12)*

**17.32.1.7.2 Exception -- Women's Basketball.** In women's basketball, it is permissible for an institution to compete in one game against another Division I institution during an institutional foreign tour. *(Adopted: 6/26/24 effective 8/1/24)*

**17.32.1.8 Football Postseason Opportunity. [FBS/FCS]** A foreign football tour shall be considered that institution's postseason opportunity for that season, the accounting period to commence with the start of the institution's normal beginning of fall football practice. *(Revised: 7/30/10)*

**17.32.1.9 Per Diem.** An institution may provide a student-athlete $30 cash per day to cover unitemized incidental expenses incurred in connection with a foreign tour. This expense allowance may be provided each day of the tour, up to a maximum of 21 days. *(Revised: 1/9/96 effective 8/1/96, 11/1/01, 7/30/10, 1/23/19)*

**17.32.1.10 Passports.** An institution may purchase passports for its student-athletes that are required for travel in connection with a foreign tour, and student-athletes may retain ownership of such passports. The institution also may provide student-athletes with reasonable local transportation to obtain such passports. *(Adopted: 11/1/01, Revised: 7/30/10)*

**17.32.2 Outside-Team Tours.** An outside team that includes student-athletes from more than one member institution may participate in international competition in any sport on a foreign tour. However, any such outside team that includes more than the following number of student-athletes from the same member institution must be certified by the institution in accordance with procedures set forth in Bylaw 17.32.1. *(Revised: 1/14/97 effective 8/1/97, 10/31/02, 5/18/05, 1/16/10)*

| | | | | | |
|---|---|---|---|---|---|
| Baseball | 4 | Gymnastics | 2 | Softball | 4 |
| Basketball | 2 | Ice Hockey | 4 | Swimming and Diving | 5 |
| Cross Country | 2 | Lacrosse | 5 | Tennis | 2 |
| Fencing | 4 | Rifle | 2 | Track and Field | 7 |
| Field Hockey | 5 | Women's Rowing | 4 | Volleyball | 2 |
| Football | 5 | Skiing | 4 | Water Polo | 4 |
| Golf | 2 | Soccer | 5 | Wrestling | 5 |

**17.32.2.1 Institutional Foreign-Tour Limitations.** A member institution shall be charged with its foreign-tour opportunity in a sport and its once-in-four-years limitation if the institution is represented by more than the number of student-athletes specified under Bylaw 17.32.2 on an outside team participating in a foreign tour in that sport.

## 17.33 Playing Rules.
Member institutions shall conduct all of their intercollegiate competition in accordance with the playing rules of the Association in all sports for which the NCAA develops playing rules. It is not mandatory that those rules be used in institutional scrimmages or other forms of practice with outside competition.

## 17.34 Outside Competition.

**17.34.1 Exceptions -- All Sports.** The following exceptions to the outside-competition regulations are permitted: *(Revised: 1/14/97 effective 8/1/97, 8/9/01, 7/30/10, 1/14/12, 1/23/19, 10/17/19, 1/22/20, 8/3/22, 6/26/24 effective 8/1/24)*

(a) **Preseason Tryouts.** A student-athlete who fails to make an instituton's team during a given year after participating in limited preseason tryouts shall not be subject to the restrictions of the outside competition legislation.

(b) **High School or Two-Year College All-Star Contests.** A student-athlete may compete in a high school or two-year college all-star contest during the summer prior to initial full-time enrollment in a regular term at the institution.

(c) **High School Alumni Game.** A student-athlete may compete in one game a year involving participants from the student-athlete's former high school and its alumni team. In sports other than basketball, this game must take place during an official vacation period of the institution's academic year.

(d) **Multisport Events.** A student-athlete may participate in officially recognized state and national multisport events.

(e) **Established Regional and National Championships.** A student-athlete may participate in established regional (e.g., North American Championships, European Championships) and national championship events (including junior regional and national championships) and qualifying competition for such events.

(f) **International Events.** A student-athlete may participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships or the junior level equivalent competition (e.g., Youth Olympic Games, Junior World

Championships, U19 World University Games) and qualifying competition (e.g., Olympic or Paralympic Trials) for such events.

(g) **National Team Tryouts.** A student-athlete may participate in national team training, tryouts or competition events used for consideration for selection or to determine members of a national team that will participate in the Olympic Games, Paralympic Games, Pan American Games, Parapan American Games, World Championships, World Cup, World University Games (Universiade) or World University Championships or the junior level equivalent competition.

(h) **National Team Competition.** A student-athlete may participate in competition involving national teams and junior national teams sponsored by the appropriate national governing bodies of the U.S. Olympic and Paralympic Committee (or, for the student-athletes representing another nation, the equivalent organization of that nation or, for student-athletes competing in a non-Olympic or non-Paralympic sport, the equivalent organization of that sport).

**17.34.1.1 National-Team Criteria.** In applying the regulation permitting exceptions for student-athletes to participate during the institution's intercollegiate season in international competition involving national teams represented in the competition, a national team is defined as one that meets the following criteria: *(Revised: 7/30/10, 4/12/13, 10/17/19, 1/22/20)*

(a) It is designated by the U.S. Olympic and Paralympic Committee, national governing body or other organization recognized by the U.S. Olympic and Paralympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation or, for student-athletes competing in a non-Olympic or non-Paralympic sport, the equivalent organization in that sport);

(b) Selection for such a team is made on a national qualification basis either through a defined selective process or actual tryouts, publicly announced; and

(c) The international competition in question requires that the entries officially represent their respective nations, although it is not necessary to require team scoring by nation.

# FIGURE 17-1
## Maximum Number of Contests and Dates of Competition for Each Sport

| Sport | Contests | Dates of Competition |
|---|---|---|
| Acrobatics and Tumbling, Women's | | 12 |
| Baseball | | |
|     Championship Segment | 56 | |
|     Other Segment | 2 | |
| Basketball | 28 or 29[1] | |
| Beach Volleyball, Women's | | |
|     Championship Segment | | 16 |
|     Other Segment (Student-Athletes) | | 4 |
| Bowling, Women's | | 32 |
| Cross Country | | 7[2] |
| Equestrian, Women's | | 15 |
| Fencing | | 11 |
| Field Hockey | | |
|     Championship Segment | 20 | |
|     Other Segment | | 5 |
| Football | | |
|     FBS | 12 | |
|     FCS | 11[3] | |
| Golf | | 24 |
| Gymnastics | | 13 |
| Ice Hockey, Men's and Women's | 34 | |
| Lacrosse, Men's | | 17 |
| Lacrosse, Women's | | |
|     Championship Segment | 17 | |
|     Other Segment (Student-Athletes) | | 5 |
| Rifle | | 13 |
| Rowing, Women's | | 20 |
| Rugby, Women's | | 16 |
| Skiing | | 32 (Alpine) 32 (Nordic) |
| Soccer | | |
|     Championship Segment | 20 | |
|     Other Segment | | 5 |
| Softball | | |
|     Championship Segment | 56 | |
|     Other Segment | 8 | |
| Stunt, Women's | | 16 |
| Swimming and Diving | | 20 |
| Tennis | | |
|     Overall | | 25 |
|     Individual Singles and/or Doubles Tournaments (Student-Athlete) | | 7 |
| Track and Field (Indoor and Outdoor) | | 18[4] |
| Triathlon, Women's | | 6 |
| Volleyball, Men's | | |
|     Championship Segment | | 28 |
|     Other Segment | | 4 |
| Volleyball, Women's | | |
|     Championship Segment | 32 | |
|     Other Segment | | 4 |
| Water Polo | | |
|     Championship Segment | | 21 |
|     Other Segment | | 4 |
| Wrestling, Men's | | 16 |
| Wrestling, Women's | | 16 |

[1]See Bylaw 17.4.5.1 and 17.4.5.2. 28 contests and one qualifying regular-season multiple-team event (does not exceed three contests per team), 29 contests and one qualifying regular-season multiple-team event (does not exceed two contests per team) or 29 contests and no qualifying regular-season multiple-team event.

[2]See Bylaw 17.7.5.1.1 for institutions that sponsor men's or women's cross country but do not sponsor indoor or outdoor track and field.

[3]See Bylaw 17.11.6.1. Twelve football contests shall be permissible during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November.

[4]See Bylaw 17.25.5.1 for institutions that sponsor indoor and outdoor track and field and participate in at least the minimum number of contests with at least the minimum number of participants.

## Figure 17-2
### First Practice, Contest or Date of Competition, and End-of-Season Dates

| Sport | First Practice Date | First Contest Date or Date of Competition | End of Regular Playing Season |
|---|---|---|---|
| Women's Acrobatics and Tumbling | The first day of classes. | February 1 of each year. | Conclusion of the National Collegiate Acrobatics and Tumbling Association National Championships. |
| Baseball (Championship Segment) | January 24, 2025; January 23, 2026; January 22, 2027 | February 14, 2025; February 13, 2026; February 12, 2027 | Conclusion of the NCAA Division I Baseball Championship. |
| (Other Segment) | September 1 of each year. | September 1 of each year. | November 30 of each year. |
| Men's Basketball | 42 days before first regular season contest. | November 4, 2024; November 11, 2025; November 10, 2026 [Exceptions: See Bylaws 17.4.3.1 and 17.4.3.2]. | NCAA Division I Men's Basketball Championship game. |
| Women's Basketball | 42 days before first regular season contest. | November 4, 2024; November 11, 2025; November 10, 2026; [Exceptions: See Bylaws 17.4.3.1 and 17.4.3.2]. | NCAA Division I Women's Basketball Championship game. |
| Women's Beach Volleyball – (Championship Segment) | September 7 or the first day of classes, whichever occurs first. | February 20, 2025; February 19, 2026; February 18, 2027; | NCAA National Collegiate Women's Beach Volleyball Championship. |
| (Other Segment) | September 7 or the first day of classes, whichever occurs first. | September 7 or the first day of classes, whichever occurs first. | |
| Women's Bowling | October 1 of each year. | October 1 of each year. | Last day of final exams for the regular academic year. |
| Cross Country | 16 days before first scheduled date of competition. | August 30, 2024; August 29, 2025; September 1, 2026 | Last day of final exams for the academic year. |
| Field Hockey | 16 days before first scheduled date of competition. | August 30, 2024; August 29, 2025; August 28, 2026 | Last day of final exams for academic year. |
| Football | 31 days before first scheduled intercollegiate game [Exceptions: See Bylaws 17.11.3.1 and 17.11.3.2]. | August 29, 2024; August 28, 2025; September 3, 2026 [Exceptions: See Bylaw 17.11.4]. | Second Saturday or Sunday in December [Exception: See Bylaw 17.11.5]. |
| Golf | September 1 or five days before the first day of classes, whichever occurs earlier [Exceptions: See Bylaws 17.12.2.1 and 17.12.2.2]. | September 1 or five days before the first day of classes, whichever occurs earlier [Exception: See Bylaw 17.12.3.1]. | Conclusion of the NCAA Division I Golf Championships. |
| Men's Ice Hockey | September 30, 2024; September 29, 2025; September 28, 2026 | October 5, 2024; October 4, 2025; October 3, 2026 | Last day of final exams for academic year. |
| Women's Ice Hockey | September 16, 2024; September 15, 2025; September 14, 2026 | September 21, 2024; September 20, 2025; September 19, 2026 | Last day of final exams for academic year. |
| Men's Lacrosse (Championship Segment) | January 7 | February 1, 2025; January 31, 2026; January 30, 2027 | Conclusion of the NCAA Division I Men's Lacrosse Championship. |
| (Other Segment) | September 7 of the first day of classes, whichever occurs first. | September 7 or the first day of classes, whichever occurs first. | |
| Women's Lacrosse (Championship Segment) | January 18, 2025; January 17, 2026; January 16, 2027 | February 7, 2025; February 6, 2026; February 5, 2027 | Conclusion of the NCAA Division I Women's Lacrosse Championship. |
| (Other Segment) | September 7 or the first day of classes, whichever occurs first. | September 7 or the first day of classes, whichever occurs first. | |

| Sport | First Practice Date | First Contest Date or Date of Competition | End of Regular Playing Season |
|---|---|---|---|
| Women's Rugby | Date that permits 21 "practice units" before first scheduled date of competition. | August 30, 2024;<br>August 29, 2025;<br>August 28, 2026 | Last day of final exams for academic year. |
| Men's Soccer | 16 days before first scheduled date of competition. | August 29, 2024;<br>August 28, 2025;<br>August 27, 2026 | Last day of final exams for academic year. |
| Women's Soccer | 16 days before first scheduled date of competition. | August 22, 2024;<br>August 21, 2025;<br>August 20, 2026 | Last day of final exams for academic year. |
| Softball<br>(Championship Segment)<br><br>(Other Segment) | September 1 or the first day of classes, whichever is later or September 15. (See Bylaw 17.21.2) | February 6, 2025;<br>February 5, 2026;<br>February 11, 2027<br><br>September 1 or the first day of classes, whichever is later or September 15 [See Bylaw 17.21.3-(a)]. | Conclusion of the NCAA Division I Softball Championship. |
| Women's Stunt | The first day of classes. | February 1. | Conclusion of the College Stunt Association National Championship |
| Women's Triathlon | Date that permits 21 "practice units" before first scheduled contest. | August 30, 2024;<br>August 29, 2025;<br>August 28, 2026 | Last day of final exams for academic year. |
| Women's Volleyball<br>(Championship Segment)<br>(Other Segment) | 17 days before first date of scheduled competition (excluding an alumni game).<br>January 1 of each year. | August 30, 2024;<br>August 29, 2025;<br>August 28, 2026<br>January 1 of each year. | NCAA Division I Women's Volleyball Championship game [See Bylaw 17.1.9-(b)].<br>Last day of final exams for academic year. |
| Men's Water Polo | 16 days before first scheduled date of competition. | September 7, 2024;<br>September 6, 2025;<br>September 5 | Last day of final exams for academic year. |
| Men's Wrestling | October 10 of each year. | November 1 of each year. | Last day of final exams for academic year. |
| Women's Wrestling | October 10 of each year. | November 1 of each year. | Last day of final exams for academic year. |
| Other Team Sports<br>  Women's Rowing<br>  Men's Volleyball<br>  Women's Water Polo | September 7 or the first day of classes, whichever occurs first. | September 7 or the first day of classes, whichever occurs first. | Conclusion of the NCAA Division I or National Collegiate Championship, whichever is applicable. |
| Other Individual Sports<br>  Equestrian<br>  Fencing<br>  Gymnastics<br>  Rifle<br>  Skiing<br>  Swimming and Diving<br>  Tennis<br>  Track and Field<br>  (Indoor and Outdoor) | September 7 or the first day of classes, whichever occurs first. | September 7 or the first day of classes, whichever occurs first. | In Gymnastics, USA Gymnastics or National College Gymnastics Association (NCGA) collegiate gymnastics championships, whichever is later.<br><br>In tennis and track and field, the conclusion of the NCAA Division I Championship.<br><br>In equestrian, fencing, rifle, skiing and swimming and diving, the last day of final exams for academic year. |

**FIGURE 17-3**

**First Contest Date -- Basketball**

| Academic Year | First Permissible Contest Date | Civic Engagement Required Day Off |
|---|---|---|
| 2024-25 | Monday, November 4, 2024 | November 5, 2024 |
| 2025-26 | Tuesday, November 11, 2025 | November 4, 2025 |
| 2026-27 | Tuesday, November 10, 2026 | November 3, 2026 |
| 2027-28 | Tuesday, November 9, 2027 | November 2, 2027 |
| 2028-29 | Monday, November 6, 2028 | November 7, 2028 |
| 2029-30 | Monday, November 5, 2029 | November 6, 2029 |
| 2030-31 | Monday, November 4, 2030 | November 5, 2030 |
| 2031-32 | Monday, November 3, 2031 | November 4, 2031 |
| 2032-33 | Tuesday, November 9, 2032 | November 2, 2032 |

# Championships and Postseason Football

## 18.01 General Principles.

**18.01.1 Purpose of NCAA Championships.** NCAA championships are intended to provide national-level competition among the best eligible student-athletes and teams of member institutions, with consideration also for approved regional structures for certain championships.

**18.01.2 Postseason Competition Not Sponsored by a Collegiate Entity.** Competition by member institutions in postseason contests that are not sponsored, promoted, managed and controlled by a collegiate entity shall conform to the requirements set forth in this article and all other applicable legislation of the Association, which may include penalties for violations of these requirements by sponsoring agencies.

**18.01.3 Championships Access. [♦]** Members are guaranteed access to national championships (including the play-in structure in certain championships, sizes of championship fields and the number and ratio of automatic qualifying conferences) at least at the level provided as of August 1, 2014. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/15/06, 1/18/15, 1/20/22)*

**18.01.4 Championships -- Sports Other Than Football. [♦]** With the exception of football, not more than one national championship shall be conducted in each men's and women's sport. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22)*

## 18.02 Definitions and Applications.

### 18.02.1 Championships.

**18.02.1.1 National Collegiate Championship.** A national collegiate championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes and teams of active member institutions to determine the NCAA champion in that sport for all divisions that do not have a separate division championship in that sport. A national collegiate championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.1.2 Division Championship.** A division championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes or teams of active member institutions to determine the division champion in that sport. A division championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.2 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes (see Bylaw 18.2.8.3). *(Revised: 1/11/94)*

**18.02.3 Open Date.** An open date is a regular weekend playing date prior to the end of an institution's regular football schedule on which an institution is not playing a game, or a date approved by the Council, by a two-thirds majority of its members present and voting, to enable an institution to assist financially in meeting an unforeseen hardship situation resulting directly from the institution's intercollegiate athletics activities. *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**18.02.4 Postseason Football Bowl Game. [FBS/FCS]** A postseason football bowl game is a football contest conducted after the regular football season and involving two teams selected because of their regular-season performance (e.g., won-lost record, conference championship). Participation in such events by member institutions is limited to those bowl games that meet the requirements of Bylaw 18.7 and the NCAA postseason football handbook. *(Revised: 2/1/05, 7/30/10, 10/28/11 effective 4/1/12)*

**18.02.5 Significant Other.** A significant other is a spouse, fiancé or fiancée, domestic partner, or any individual whose relationship to an identified individual (e.g., prospective student-athlete, coach, student-athlete) is the practical equivalent of a spouse. *(Adopted: 4/25/18)*

## 18.1 Regulations and Authority for Conduct of Championships. All NCAA championships shall be conducted in accordance with this bylaw and the policies and procedures established by the applicable sport oversight committee or the Competition Oversight Committee, which shall establish and revise the policies and procedures governing the administration of NCAA championships, including selection processes, formats and distribution of revenues to participating institutions. NCAA championships shall be under the control, direction and supervision of the appropriate sports committees, subject to the requirements, standards and conditions prescribed in Bylaw 31. *(Revised: 1/10/91, 8/9/07, 11/1/07 effective 8/1/08, 8/7/14, 10/30/14, 10/4/17)*

## 18.2 Criteria for Establishment or Continuation of Championships. The establishment or continuation of an NCAA championship in a given sport shall be determined on the basis of the requirements in the following bylaws, with sponsorship of a sport based on the Association's records as of September 30 each year.

**18.2.1 National Collegiate Championship.** A National Collegiate Championship for which any active member in good standing is eligible (per Bylaw 20.8) may be established by action of all three divisions acting through each division's governance structure, subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/14/97 effective 8/1/97)*

**18.2.2 Division Championship.** A Division I championship in a particular sport may be established by a majority vote of the Board of Directors subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/9/96 effective 8/1/97)*

**18.2.3 Championships Existing During 1993-94.** A National Collegiate Championship or a division championship that existed during the 1993-94 academic year may be continued if at least 40 member institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.3.1 National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.4 Minimum Sponsorship for Championships.**

**18.2.4.1 Men's Sports.** A National Collegiate Championship or a division championship may be established in a men's sport if at least 50 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/17/09)*

**18.2.4.2 Women's Sports.** A National Collegiate Championship or a division championship may be established in a women's sport if at least 40 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 4/22/98 effective 8/1/98, 4/25/02 effective 8/1/02, 1/17/09)*

**18.2.4.3 Sponsorship Criteria.**

**18.2.4.3.1 Minimum Period.** In men's sports, the applicable minimum sponsorship number must exist for two consecutive academic years in order for a championship to be established. Legislation to establish the championship may be proposed during the second year in which the minimum sponsorship number exists. In women's sports, the applicable minimum sponsorship number must exist for one academic year in order for a championship to be established. Legislation to establish the championship may be proposed during the year in which the minimum sponsorship number exists. Varsity sports sponsored prior to August 1, 1994, shall count toward the minimum year sponsorship requirement. *(Adopted: 1/11/94 effective 8/1/94, Revised: 10/28/99 effective 8/1/00)*

**18.2.4.3.2 National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.5 Establishment of Single Championship in Sport.** If only one championship is established or continued in accordance with Bylaws 18.2.3 and 18.2.4, it shall be a National Collegiate Championship for which any active member institution in good standing can be eligible.

**18.2.6 Establishment of Three Championships in Sport.** If a National Collegiate Championship and two division championships exist in the same sport, the National Collegiate Championship automatically shall become a division championship for the remaining division that does not sponsor a division championship in that sport.

**18.2.7 Establishment of Two Championships in Sport.** If a National Collegiate Championship and one division championship exist in the same sport, only the members of the division sponsoring the division championship may participate in the division championship, and that division's membership may not participate in the National Collegiate Championship in that sport.

**18.2.8 Determination of Sponsorship Requirements.**

**18.2.8.1 Single-Gender Athletics Programs.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, member institutions sponsoring no varsity intercollegiate athletics programs for men shall not be included in making calculations concerning men's championships, and member institutions sponsoring no varsity intercollegiate athletics programs for women shall not be included in making calculations concerning women's championships.

**18.2.8.2 Separate Men's and Women's Teams, Same Sport.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4 for a combined men's and women's championship, separate varsity intercollegiate men's and women's teams in the same sport at a member institution shall be counted separately.

**18.2.8.3 Mixed Team.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, a mixed team (as defined in Bylaw 18.02.2) shall be counted as one team. A mixed team shall count toward the minimum sponsorship percentage for men's championships.

**18.2.9 Subdivision Requirements.** If a division subdivides for the administration of a sport, resulting in fewer than the applicable minimum number of the division's active members sponsoring the sport on a varsity intercollegiate basis in that subdivision, the subdivision shall meet the requirement within three years of the date the subdivision was created. It may establish and conduct a championship in the interim. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10 Failure to Meet Minimum Sponsorship Requirements.** A championship shall be discontinued automatically at the conclusion of the academic year in which it falls below the applicable minimum sponsorship number set forth in Bylaw 18.2.3 or 18.2.4. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10.1 Exception -- Olympic Sports.** A National Collegiate Championship or a division championship in any Olympic sport shall be exempt from the minimum sponsorship-percentage requirements of Bylaws 18.2.3 and 18.2.4. The membership may adopt specific legislation to discontinue the championship in an Olympic sport. *(Adopted: 1/14/97 effective 8/1/97)*

**18.2.10.2 Exception -- Men's and Women's Lacrosse.** A National Collegiate Championship or a division championship in men's and women's lacrosse shall be exempt from the minimum sponsorship-percentage requirements of Bylaws 18.2.3 and 18.2.4. The membership may adopt specific legislation to discontinue the championship in men's lacrosse. *(Adopted: 10/28/99 effective 8/1/00)*

## 18.3 Current Championships.
The Association currently administers 90 national championships. Eleven are National Collegiate Championships. Additionally, there are 26 Division I championships, 25 Division II championships and 28 Division III championships. The current championships are as follows: *(Revised: 1/10/90, 1/10/92, 1/9/96, 4/27/00, 4/26/01, 1/15/11 effective 8/1/11, 10/30/14 effective 8/1/15)*

**18.3.1 National Collegiate Championships (11). [#]** *(Adopted: 4/27/00, 4/24/03 effective 8/1/03, Revised: 10/30/14 effective 8/1/15, 7/31/15)*

| Men (3) | Men and Women (3) | Women (5) |
|---|---|---|
| Gymnastics | Fencing | Beach Volleyball |
| Volleyball (Divisions I and II) | Rifle | Bowling |
| Water Polo | Skiing | Gymnastics |
| | | Ice Hockey (Divisions I and II) |
| | | Water Polo |

**18.3.2 Division I Championships (26).** *(Revised: 1/9/96, 4/27/00, 4/26/01 effective 8/1/01, 12/15/06)*

| Men (13) | Women (13) |
|---|---|
| Baseball | Basketball |
| Basketball | Cross Country |
| Cross Country | Field Hockey |
| Football | Golf |
| Golf | Lacrosse |
| Ice Hockey | Rowing |
| Lacrosse | Soccer |
| Soccer | Softball |
| Swimming and Diving | Swimming and Diving |
| Tennis | Tennis |
| Indoor Track and Field | Indoor Track and Field |
| Outdoor Track and Field | Outdoor Track and Field |
| Wrestling | Volleyball |

## 18.4 Eligibility for Championships.

**18.4.1 Student-Athlete Eligibility.** To be eligible for NCAA championships, a student-athlete shall meet all applicable individual-eligibility requirements set forth in NCAA legislation. The general and academic eligibility requirements are set forth in detail in Bylaws 12 and 14.

**18.4.1.1 Institution's Responsibility.** The responsibility of an institution to withhold from all intercollegiate competition a student-athlete who is ineligible under any NCAA legislation is set forth in Bylaw 12.11.1.

**18.4.1.2 Committee on Student-Athlete Reinstatement Authority.** The Committee on Student-Athlete Reinstatement shall have initial authority to determine all matters pertaining to the eligibility of student-athletes competing in the various NCAA championships and to act upon all appeals concerning the eligibility of student-athletes submitted by member institutions (see Bylaw 12.12).

**18.4.1.3 Protest of Eligibility Status.** If a student-athlete has been certified by the institution as eligible to compete in an NCAA championship and the student-athlete's eligibility is protested, the Committee on Student-Athlete Reinstatement shall not rule on such a protest received during the period beginning 24 hours before the event and ending with the conclusion of the event. (See Bylaw 31.2.2.2 regarding protests received during a break in the continuity of a championship.)

**18.4.1.4 Ineligibility for Use of Banned Drugs.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in this bylaw. *(Revised: 1/10/90 effective 8/1/90, 4/22/14, 4/24/14 effective 8/1/14, 6/10/16, 1/23/19 effective 8/1/19)*

**18.4.1.4.1 Penalty -- Banned Drug Classes Other Than Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in a banned drug class other than narcotics (in accordance with the testing methods authorized by the Board of Governors) shall be subject to the following: *(Revised: 1/10/90 effective 8/1/90, 1/16/93, 1/9/96 effective 8/1/96, 1/14/97 effective 8/1/97, 4/28/05 effective 8/1/05, 1/1/07, 4/10/14, 4/24/14 effective 8/1/14 for tests occurring on or after 8/1/14, 10/30/14, 1/17/15, 10/29/15 effective 8/1/16 for all drug tests administered on or after 8/1/16, 6/10/16, 11/18/16, 1/23/19 effective 8/1/19, 4/19/19, 6/26/24 Immediate; penalties in effect at the time of adoption are discontinued.)*

(a) The student-athlete shall be ineligible for competition in all sports until the student-athlete has been withheld from the equivalent of one season (the maximum number of championship segment regular-season contests or dates of competition in the applicable sport per Bylaw 17) of regular-season competition. The student-athlete must be otherwise eligible for competition to fulfill this penalty except a transfer student-athlete may fulfill a transfer residence requirement and a drug-testing penalty concurrently if the student-athlete meets all other eligibility requirements;

(b) A student-athlete who tests positive during a year in which the student-athlete did not use a season of competition shall be charged with the loss of one season of competition in all sports. A student-athlete who tests positive during a year in which the student-athlete used a season of competition shall be charged with the loss of one additional season of competition in all sports (in addition to the season used) unless the student-athlete uses a season of competition in the academic year immediately after the positive test; and

(c) The student-athlete shall be ineligible for intercollegiate competition for 365 consecutive days after the collection of the student-athlete's positive drug-test specimen and until the student-athlete tests negative pursuant to the policies and procedures of the NCAA Drug-Testing Program.

**18.4.1.4.1.1 Second Positive Test.** If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than narcotics tests positive a second time for the use of a substance in a banned drug class other than narcotics, the student-athlete shall lose all remaining regular-season and postseason eligibility in all sports. If a student-athlete who previously tested positive for the use of a substance in a banned drug class other than narcotics tests positive for the use of a substance in the banned drug class narcotics, the student-athlete shall be ineligible for competition for 50 percent of a season in all sports (the first 50 percent of the Bylaw 17 maximum regular-season contests or dates of competition). The student-athlete shall remain ineligible from the time the institution is notified of the test result until the prescribed penalty is fulfilled and the student-athlete tests negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 6/10/16, Revised: 11/18/16, 1/23/19 effective 8/1/19, 4/19/19, 8/5/19, 5/18/22 effective 8/1/22 for penalties served 8/1/22 or later, 6/26/24 Immediate; penalties in effect at the time of adoption are discontinued.)*

**18.4.1.4.2 Penalty -- Narcotics.** A student-athlete who, as a result of a drug test administered by the NCAA, tests positive for use of a substance in the banned drug class narcotics (in accordance with the testing methods authorized by

the Board of Governors) shall be ineligible for competition during 50 percent of a season in all sports (50 percent of the Bylaw 17 maximum regular-season contests or dates of competition). The student-athlete shall remain ineligible from the time the institution is notified of the test result until the prescribed penalty is fulfilled and the student-athlete tests negative pursuant to the policies and procedures of the NCAA Drug-Testing Program. *(Adopted: 4/24/14 effective 8/1/14, Revised: 10/30/14, 10/29/15 effective 8/1/16, 6/10/16, 11/18/16, 4/14/17, 1/23/19 effective 8/1/19, 4/19/19, 8/5/19, 5/18/22 effective 8/1/22 for penalties served 8/1/22 or later)*

**18.4.1.4.2.1 Second Positive Test.** If a student-athlete who previously tested positive for use of a substance in the banned drug class narcotics tests positive a second time for use of a substance in the banned drug class narcotics or if a student-athlete who previously tested positive for use of a substance in the banned drug class narcotics tests positive for use of a substance in a banned drug class other than narcotics, the student-athlete shall subject to the penalties set forth in Bylaw 18.4.1.4.1. *(Adopted: 6/10/16, Revised: 11/18/16, 1/23/19 effective 8/1/19, 4/19/19, 8/5/19, 5/18/22 effective 8/1/22 for penalties served 8/1/22 or later, 6/26/24 Immediate; penalties in effect at the time of adoption are discontinued.)*

**18.4.1.4.3 Breach of NCAA Drug-Testing Program Protocol.** A student-athlete who is in breach of the NCAA drug-testing program protocol (e.g., no-show) shall be considered to have tested positive for use of any drug in a banned drug class other than narcotics. *(Adopted: 4/28/05 effective 8/1/05, Revised: 4/26/12 effective 8/1/12, 11/18/16, 1/23/19 effective 8/1/19, 6/26/24 Immediate; penalties in effect at the time of adoption are discontinued.)*

**18.4.1.4.3.1 Tampering with Drug-Test Sample.** A student-athlete who is involved in a case of clearly observed tampering with an NCAA drug-test sample (e.g., urine substitution and related methods), as documented per NCAA drug-testing protocol by a drug-testing crew member, shall be subject to the following: *(Adopted: 4/26/12 effective 8/1/12, Revised: 6/19/12, 10/30/14, 10/29/15 effective 8/1/16, 6/10/16, 10/3/18, 4/19/19)*

(a) The student-athlete shall be ineligible for competition in all sports until the student-athlete has been withheld from the equivalent of two seasons (the maximum number of championship segment regular-season contests or dates of competition in the applicable sport per Bylaw 17) of regular-season competition. The student-athlete must be otherwise eligible for competition to fulfill this penalty except a transfer student-athlete may fulfill a transfer residence requirement and a drug-testing penalty concurrently if the student-athlete meets all other eligibility requirements;

(b) A student-athlete who is involved in tampering during a year in which the student-athlete did not use a season of competition, shall be charged with the loss of two seasons of competition in all sports. A student-athlete who is involved in tampering during a year in which the student-athlete used a season of competition, shall be charged with the loss of two additional seasons of competition in all sports (in addition to the season used) unless the student-athlete uses a season of competition in one of the next two academic years. If the student-athlete uses a season of competition in one of the next two academic years, the student-athlete will only be charged one additional season of competition in all sports (in addition to the seasons used); and

(c) The student-athlete shall be ineligible for intercollegiate competition for 730 consecutive days after the student-athlete was involved in tampering and until the student-athlete tests negative pursuant to the policies and procedures of the NCAA Drug-Testing Program.

**18.4.1.4.4 Transfers.** If the student-athlete transfers to another NCAA institution while ineligible, the institution from which the student-athlete transferred must notify the student-athlete's new institution that the student-athlete is ineligible. If the student-athlete transfers to a non-NCAA institution while ineligible and competes in intercollegiate competition during the prescribed period of ineligibility: *(Revised: 4/28/05 effective 8/1/05, 4/24/14 effective 8/1/14, 10/30/14, 5/29/15, 10/29/15 effective 8/1/16, 6/10/16, 4/19/19)*

(a) The student-athlete remains ineligible for all NCAA regular-season and postseason competition until the student-athlete does not compete in intercollegiate competition for the entirety of the prescribed penalty (the total number of prescribed contests or dates of competition) while enrolled and otherwise eligible for competition at an NCAA institution;

(b) The student-athlete shall be ineligible for intercollegiate competition for the applicable consecutive-day period (365 or 730) after the student-athlete's final non-NCAA competition; and

(c) The student-athlete remains ineligible until the student-athlete tests negative pursuant to the policies and procedures of the NCAA Drug-Testing Program.

**18.4.1.4.5 Appeals.** An institution may appeal a drug-testing penalty to the Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee), as specified by the committee's policies and procedures.

The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 4/28/05 effective 8/1/05, Revised: 10/29/15 effective 8/1/16, 6/10/16, 4/15/21)*

**18.4.1.4.6 Banned Drug Classes.** NCAA banned drug classes are the same as those included in the World Anti-Doping Agency (WADA) list of prohibited substances, except for cannabinoids and glucocorticoids. The Committee on Competitive Safeguards and Medical Aspects of Sports (or a designated subcommittee) may identify specific banned drugs and exceptions within each banned drug class. An institution and student-athletes shall be held accountable for all drugs within the banned-drug classes regardless of whether they have been specifically identified. *(Revised: 1/10/90 effective 8/1/90, 10/30/14, 1/23/19 effective 8/1/19, 6/26/24 Immediate; penalties in effect at the time of adoption are discontinued.)*

**18.4.1.4.6.1 Drugs and Procedures Subject to Restrictions.** The use of the following drugs and/or procedures is subject to certain restrictions and may or may not be permissible, depending on limitations expressed in these provisions and/or quantities of these substances used: *(Revised: 8/15/89, 12/9/91, 5/4/92, 6/17/92, 8/13/93, 7/22/97, 10/30/14, 1/23/19 effective 8/1/19)*

(a) **Blood Doping.** The practice of blood doping (the intravenous injection of whole blood, packed red blood cells or blood substitutes) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for a positive drug test.

(b) **Gene Doping.** The practice of gene doping (the non-therapeutic use of cells, genes, genetics elements or of the modulation of gene expression, having the capacity to improve athletic performance) is prohibited, and any evidence confirming use will be cause for action consistent with that taken for a positive drug test.

(c) **Local Anesthetics.** The Board of Governors will permit the limited use of local anesthetics under the following conditions:

(1) That procaine, xylocaine, carboncaine or any other local anesthetic may be used, but not cocaine;

(2) That only local or topical injections can be used (intravenous injections are not permitted); and

(3) That use is medically justified only when permitting the student-athlete to continue the competition without potential risk to the student-athlete's health.

(d) **Manipulation of Urine Samples.** The Board of Governors bans the use of substances and methods (e.g., diuretics, probenecid, bromantan or related compounds, epitestosterone) that alter the integrity and/or validity of urine samples provided during NCAA drug testing.

(e) **Beta 2 Agonists.** The use of beta 2 agonists is permitted by inhalation only.

(f) **Additional Analysis.** Drug screening for select nonbanned substances may be conducted for nonpunitive purposes.

**18.4.1.4.7 Non-NCAA Athletics Organization's Positive Drug Test.** The Board of Governors shall authorize methods for drug testing any student-athlete who has disclosed in the student-athlete statement (see Bylaw 12.7.2.1) a positive drug test administered by a non-NCAA athletics organization that has adopted the World Anti-Doping Agency (WADA) code. A student-athlete under a drug-testing suspension from a national or international sports governing body that has adopted the WADA code shall not participate in NCAA intercollegiate competition for the duration of the suspension. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/28/05 effective 8/1/05, 10/30/14, 6/19/17)*

**18.4.1.4.8 Medical Exceptions.** Exceptions to the prohibition on use of any substance in a banned-drug class may be provided to a student-athlete, as specified in the policies and procedures of the of the NCAA Drug-Testing Program.. *(Revised: 8/5/99, 9/26/06, 10/27/06 effective 8/1/07, 2/5/09, 10/30/14, 1/23/19 effective 8/1/19, 1/19/22)*

**18.4.1.4.9 Methods for Drug Testing.** The Board of Governors shall authorize methods for drug testing of student-athletes on a year-round basis. The methods and any later modifications authorized by the Board of Governors for drug testing of student-athletes shall be summarized and posted on the NCAA website. *(Revised: 10/30/14, 1/23/19 effective 8/1/19)*

**18.4.1.4.10 Events Identified for Drug Tests.** The Board of Governors shall determine the regular-season and postseason competition for which drug tests shall be made and the procedures to be followed in disclosing its determinations. *(Revised: 10/30/14, 1/23/19 effective 8/1/19)*

**18.4.1.4.11 Individual Eligibility -- Team Sanctions.** Regulations pertaining to team-eligibility sanctions for positive tests resulting from the NCAA drug-testing program shall apply only in the following situation: If a student-athlete is declared ineligible prior to an NCAA team championship or a postseason football game and the institution knowingly allows the student-athlete to participate, all team-ineligibility sanctions shall apply (the team shall be

required to forfeit its awards and any revenue distribution it may have earned, and the team's and student-athlete's performances shall be deleted from NCAA records). *(Revised: 1/10/90, 1/23/19 effective 8/1/19)*

## 18.4.2 Institutional Eligibility.

### 18.4.2.1 General Institutional Requirements.
To be eligible to enter a team or an individual in NCAA championship competition: *(Adopted: 1/10/90, Revised: 1/10/95, 3/8/06, 11/1/07 effective 8/1/08, 1/14/08, 1/17/09 effective 8/1/09, 7/30/10, 7/31/14, 8/7/14, 4/26/17 effective 8/1/17, 1/23/19, 4/19/19 effective 8/1/19, 1/11/23)*

(a) The institution shall be an active member in good standing in the appropriate division, or have its sport so classified, and be eligible under the rules of the member conference of which it is a member;

(b) The institution shall have paid its membership dues for the current year in accordance with the deadlines set forth in Bylaw 31.2.1.2;

(c) The institution shall designate (in accordance with Bylaw 20) its athletics program as Division I for competition and possible eligibility for championships in those intercollegiate sports recognized by the NCAA;

(d) The institution's president or chancellor shall attest annually to an understanding of the institutional obligations and personal responsibilities imposed by the NCAA constitution (Principle of Institutional Control; Rules, Compliance and Accountability);

(e) The institution's director of athletics shall certify annually the institution's compliance with Bylaw 18.4.2.1.1;

(f) The institution shall have confirmed annually its sponsorship of a varsity intercollegiate team in the sport by so reporting on the NCAA official information form;

(g) The institution shall have submitted its race and demographic information to the NCAA through the official submission process;

(h) The institution shall have submitted its financial data detailing operating revenues, expenses and capital related to its intercollegiate athletics program to the NCAA through the official submission process (see Bylaw 20.2.4.18); and

(i) The institution shall refrain from entering a student-athlete as an individual or as a member of a team in an NCAA championship if it is acknowledged by the institution or established through the Association's infractions process that the institution or representatives of its athletics interests violated NCAA regulations in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility (see Bylaw 12.12).

### 18.4.2.1.1 Certification of Compliance -- Requirements.
The institution's director of athletics shall certify that the following conditions have been satisfied. (See Bylaw 20.2.4.17.) *(Revised: 1/10/95, 3/8/06, 7/30/10, 4/19/19 effective 8/1/19)*

#### 18.4.2.1.1.1 NCAA Rules Review.
The director of athletics or a designated representative has reviewed the rules and regulations of the NCAA as they apply to the administration and conduct of intercollegiate athletics with all athletics department staff members and other institutional staff members (e.g., registrar, admissions, financial aid) whose roles or responsibilities directly or indirectly support athletics compliance. *(Revised: 3/7/06, 7/29/10, 8/7/18 effective 7/31/19, 4/19/19 effective 8/1/19, 6/28/23 effective 8/1/24)*

#### 18.4.2.1.1.2 Attestation of Compliance Obligations.
The director of athletics has attested annually to an understanding of the institutional obligations and personal responsibilities imposed by the NCAA constitution (Principle of Institutional Control; Rules, Compliance and Accountability) and that all athletics department staff members (full-time, part-time, clerical, volunteer) and other institutional staff members (e.g., registrar, admissions, financial aid) whose roles or responsibilities directly or indirectly support athletics compliance are aware of the institutional obligations and personal responsibilities imposed by the NCAA constitution. *(Adopted: 8/7/18 effective 7/31/19, Revised: 4/19/19 effective 8/1/19, 1/11/23, 6/28/23 effective 8/1/24)*

#### 18.4.2.1.1.3 Coaching Staff Disciplinary Actions.
At the time of such certification, and as a result of involvement in a violation of the Association's legislation as determined by the Committee on Infractions or the Infractions Appeals Committee, no current member of the institution's coaching staff: *(Revised: 7/30/10, 7/31/14, 8/8/18 effective 8/1/19, 12/20/18, 8/31/22 effective 1/11/23)*

(a) Shall have been temporarily or permanently suspended from coaching duties by another member institution within the last two years;

(b) Shall have been prohibited within the last two years, as a result of violations occurring while employed by another member institution, from participating in identified coaching-related activities, unless the prohibition

has been equally applied by the certifying institution with respect to the individual's coaching-related activities on its behalf; or

(c) Shall have been permitted within the last two years to perform any coaching-related activities for the certifying institution that were prohibited after determination by the Committee on Infractions or Independent Resolution Panel of an "appropriate disciplinary action" for the individual in accordance with the show-cause provision of Bylaw 19.12.11.

**18.4.2.1.1.3.1 Period of Suspension or Prohibition.** The period of suspension or prohibition established by the Committee on Infractions or the Infractions Appeals Committee must be in effect for the provisions set forth in Bylaw 18.4.2.1.1.3 to apply. *(Revised: 7/30/10, 8/8/18 effective 8/1/19, 12/20/18, 8/31/22 effective 1/1/23)*

**18.4.2.1.1.3.2 Due-Process Requirement.** The affected coaching staff member must be given through the appropriate institution notice of an opportunity to be heard at both the NCAA hearing resulting in the finding of involvement in the violation and the institutional hearing resulting in suspension or prohibition. *(Revised: 7/30/10)*

**18.4.2.1.1.4 Certification of Policies, Procedures and Practices.** The policies, procedures and practices of the institution, its staff members and representatives of its athletics interests are in compliance at the present time with the Association's legislation insofar as the director of athletics can determine. *(Revised: 3/7/06, 7/29/10, 4/19/19 effective 8/1/19)*

**18.4.2.1.1.5 Additional Requirements.** An institution shall specifically affirm the following: *(Revised: 7/30/10)*

(a) It has published its regular entrance requirements, including any special-admission opportunities;

(b) It has published its requirements for progress toward a degree, in accordance with membership obligations set forth in Bylaw 20.2; and

(c) Each student-athlete who represents the institution in intercollegiate athletics competition during the academic year has been certified to be in good academic standing and maintaining progress toward a degree as set forth in Bylaw 14.

**18.4.2.1.2 Additional Requirements.** Other requirements for institutional eligibility for championships are set forth in Bylaw 31.2.1.

**18.4.2.2 Championships -- Eligibility.** To be eligible to enter a team or an individual in an NCAA championship, a member institution also shall: *(Revised: 1/10/90 for data collection, effective 10/1/91 for disclosure, 10/28/97, 11/1/00 effective 8/1/01, 3/8/06, 12/15/06, 11/1/07 effective 8/1/08, 7/30/10, 8/7/14, 4/28/16 effective 8/1/16, 6/19/17, 4/26/23 effective 8/1/23 applicable to student-athletes who initially enroll full time at a collegiate institution on or after 8/1/23)*

(a) Limit its athletically related grant-in-aid awards and eligibility for participation in practice or competition to student-athletes who meet the following requirements:

(1) Freshman eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.3.1 and 14.3.2; and

(2) Transfer eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.5.4.1 and 14.5.4.2 (for transfer from a two-year college) or in Bylaw 14.5.5.1 (for transfer from a four-year college);

(b) Have operated for a period of two years in conformity with the requirements of Bylaw 18.4.2.2-(a) at the time it certifies conformance;

(c) Report annually to the NCAA, through the president or chancellor, the admissions and graduation-rate data specified in Bylaws 18.4.2.2.1, 18.4.2.2.2 and 18.4.2.2.3. The data shall be received in the national office not later than March 1. Any data received after that date shall appear on a form postmarked not later than February 22;

(d) In championship subdivision football, have complied with the minimum scheduling requirements set forth in Bylaw 20 for a period of two years; and

(e) In cross country and indoor and outdoor track and field, have met the minimum contests and participants requirements for sports sponsorship set forth in Bylaw 20.9.6.3.

**18.4.2.2.1 Admissions and Graduation-Rate Disclosure.** An institution shall not be eligible to enter a team or an individual competitor in an NCAA championship unless it has submitted federal graduation rate and enrollment data to the NCAA national office on or before the applicable deadline . *(Revised: 1/10/90, 1/6/91 for data collection, effective 10/1/91 for disclosure, 4/15/92, 1/14/97, 10/28/97, 8/11/98, 1/12/04, 7/30/10, 6/19/17)*

**18.4.2.2.2 Academic Progress Rate and Academic Performance Census -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in an NCAA championship unless it has submitted, by the applicable deadline, its Academic Progress Rate (APR) and Academic Performance Census (APC) in a form approved and administered by the Board of Directors, or an entity designated by the Board. *(Adopted: 8/7/03 effective 8/1/04, Revised: 7/30/10)*

**18.4.2.2.3 Graduation Success Rate -- Disclosure.** An institution shall not be eligible to enter a team or individual competitor in an NCAA championship unless it has submitted, by the applicable deadline, its Graduation Success Rate (GSR) in a form approved and administered by the Board of Directors, or an entity designated by the Board. *(Adopted: 4/29/04 effective 8/1/04, Revised: 7/30/10)*

**18.4.2.2.4 Division II or Division III Institution Petitioning for Division I Classification.** A Division II or Division III institution petitioning for Division I institutional membership or eligibility in a sport (in accordance with Bylaw 20) shall have operated in conformity with the requirements of Bylaw 18.4.2.2-(a) for a period of two years preceding the effective date of its Division I membership or be ineligible for Division I championships.

**18.4.2.3 Academic Performance Program.** The Committee on Academics shall have the authority to determine the circumstances that require an institution or team that fails to satisfy the academic performance program to be ineligible for postseason competition, including, but not limited to, NCAA championships and bowl games. The Committee on Academics shall establish and annually publish to the membership such circumstances. *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/8/07 effective 8/1/07, 10/27/11 for penalties assessed for the 2012-13 academic year and beyond, 8/7/14)*

**18.4.2.3.1 Appeal Opportunity.** An institution may appeal such postseason competition restrictions to the Committee on Academics, as specified by the committee's policies and procedures. (See Bylaw 23.3.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/8/07 effective 8/1/07, 10/27/11 for penalties assessed for the 2012-13 academic year and beyond, 8/7/14)*

# 18.5 Automatic Qualification by Conference.

**18.5.1 Division I Championship.** To be eligible for automatic qualification into any Division I championship, a conference shall: *(Revised: 1/9/06 effective 8/1/06)*

(a) Have at least six member institutions classified in Division I in the sport in which automatic qualification is sought; and

(b) Meet all requirements for conference automatic qualification into a Division I championship as set forth in Bylaw 31.3.4.

**18.5.2 National Collegiate Championship. [#]** To be eligible for automatic qualification into any National Collegiate Championship, a conference shall: *(Adopted: 1/9/06 effective 8/1/06)*

(a) Have at least six active members that sponsor the applicable sport in any division;

(b) Meet all applicable requirements for conference automatic qualification into any National Collegiate Championship as set forth in Bylaw 31.3.4.

**18.5.3 Men's Basketball Eligibility Requirements.** For automatic qualification in men's basketball, a conference shall meet the following additional requirements: *(Revised: 1/10/91 effective 8/1/91)*

(a) It shall determine a conference champion in at least six men's sports [at least two of which must be team sports as set forth in Bylaw 31.3.4.1-(a)]; and in each of these six sports, at least six of the conference's member institutions shall sponsor the sport on the varsity intercollegiate level; and

(b) It shall conduct double round-robin, in-season conference competition, or a minimum of 14 conference games, before declaring its champion in basketball.

# 18.6 Playing Rules for Championships. In sports in which the Association maintains rules committees, the rules adopted by said committees shall govern the conduct of all NCAA-sponsored events in those sports. In those sports in which the Association does not maintain rules committees, the rules to be used are specified in Bylaw 31.1.6.

# 18.7 Postseason Football. [FBS/FCS]

**18.7.1 Permissible Football Games. [FBS/FCS]** The only football games in which a member institution may compete are: *(Revised: 2/1/05, 12/15/06, 10/28/11 effective 4/1/12, Adopted: 8/2/12 effective 8/1/14, 6/26/24 effective 8/1/24)*

(a) Games scheduled as to the identity of a participating college before the beginning of the regular football season of the institution for any academic year, including not only games for which the identity of one participating college is known, but also one for which the institution's opponent is not known at the time of scheduling;

(b) Any football game scheduled between two colleges [which is to be played on a common and regular open date (as defined in Bylaw 18.02.3) of their regular football seasons, on the campus or in the regular playing stadium of either team], even if it is scheduled after the beginning of either participant's football season;

(c) Games that are part of the NCAA championship;

(d) Games that are part of the National Association of Intercollegiate Athletics football championships;

(e) A conference championship game on an open date during the traditional fall season, provided the game is played (as opposed to scheduled) the week prior to the first round of an NCAA football championship date and provided the game is listed on the schedules of all conference members; and

(f) Postseason bowl games that meet all requirements and conditions set forth in Bylaw 18.7.2 and the NCAA postseason football handbook or games in the College Football Playoff.

**18.7.2 Postseason Bowl Games. [FBS/FCS]** The conditions and requirements that must be met in order for an institution to participate in a postseason bowl game are set forth in the NCAA postseason football handbook. *(Revised: 1/10/92, 2/1/05, 12/15/06, 7/30/10, 4/28/11, 10/27/11 effective 4/1/12)*

**18.7.2.1 Contest Status. [FBS]** A contest shall serve the purpose of providing a national contest between deserving teams. A "deserving team" shall be defined as one that has won a number of games against Football Bowl Subdivision opponents that is equal to or greater than the number of its overall losses. Tie games do not count in determining a team's won-lost record. Further, if forfeiture of a regular-season football victory is required by the Committee on Infractions or a conference, or is self-imposed by an institution as a result of a violation of NCAA rules, neither of the competing institutions may count that contest in satisfying the definition of a "deserving team." *(Revised: 10/18/89, 10/12/93, 4/20/99, 12/15/06, 4/29/10 effective 8/1/10, 7/30/10, 10/27/11 effective 4/1/12, 8/8/18 effective 8/1/19, 12/20/18, 8/31/22 effective 1/1/23)*

**18.7.2.1.1 Exception -- Football Championship Subdivision Opponent. [FBS]** Each year, a Football Bowl Subdivision institution may count one victory against a Football Championship Subdivision opponent toward meeting the definition of a "deserving team," provided the opponent has averaged 90 percent of the permissible maximum number of grants-in-aid per year in football during a rolling two-year period. *(Adopted: 10/28/97 effective 8/1/98, Revised: 4/28/05, 12/15/06, 4/29/10 effective 8/1/10, 7/30/10, 5/18/22, 9/21/22 effective 8/1/23)*

**18.7.2.1.2 Exception -- Deserving Team That Loses Conference Championship Game. [FBS]** An institution that finishes its regular season having met the definition of a "deserving team" but loses its conference championship game shall continue to be considered a deserving team. *(Adopted: 5/2/13)*

**18.7.2.1.3 Exception -- Insufficient Number of Eligible Institutions. [FBS]** If an insufficient number of institutions meet the definition of a deserving team pursuant to Bylaw 18.7.2.1 to participate in postseason bowl games in a particular year, an institution that meets a condition set forth below shall be eligible to participate as an alternate in such a bowl game. All deserving teams must be selected before an alternate may be selected. The terms of participation in the bowl game shall be the same for the alternate as the terms that were applicable to the originally contracted conference participant. All institutions that meet the first condition below must be selected before an institution that meets the second condition may be selected and so forth in descending order: *(Adopted: 5/18/22)*

(a) An institution that would have met the requirements set forth in Bylaw 18.7.2.1.1 but for the fact that one victory was against a Football Championship Subdivision opponent that had not met the required average of the permissible maximum number of grants-in-aid per year in football during a rolling two-year period and the institution's waiver request was denied.

(b) An institution that participated in 13 regular-season contests and finished the season with a record of six wins that count toward meeting the definition of a deserving team and seven losses.

(c) An institution that is in its final year of reclassification from the Football Championship Subdivision to the Football Bowl Subdivision and meets the definition of a deserving team pursuant to Bylaw 18.7.2.1 or the exception in Bylaw 18.7.2.1.1.

(d) An institution that finished its season with a minimum of five wins that count toward meeting the definition of a deserving team and a maximum of seven losses but achieved a multiyear Academic Progress Rate (APR) that permits postseason participation. Alternates identified pursuant to this condition shall be identified as eligible in descending order based on the institutions' multiyear Academic Progress Rates.

(1) If multiple institutions achieved the same multiyear rate, the institution with the highest single-year Academic Progress Rate, beginning with the most recent reporting year and continuing until a higher rate is found, shall be identified as eligible first. An institution that is identified as an alternate must declare whether it will

participate in a bowl game. An alternate institution that declares an intention to participate shall select an available bowl game in which to participate.

(2) If an institution is unable to participate in a bowl game after accepting a bid, the bowl entity shall select an alternate from among the remaining Football Bowl Subdivision institutions with a multiyear Academic Progress Rate that permits postseason participation to replace the team that accepted the bid and is no longer able to participate in the bowl game.

**18.7.2.2 Participation Restrictions. [FBS]** The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year, except as permitted in Bylaw 18.7.1-(g). *(Revised: 7/30/10, 8/2/12 effective 8/1/14)*

**18.7.2.3 Waivers.** The Division I Football Bowl Subdivision Oversight Committee, or designated committee, shall have the authority to waive all postseason bowl game requirements based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of those regulations. The Football Bowl Subdivision Oversight Committee shall establish the process for granting such waivers. *(Adopted: 10/4/17 effective 8/1/18, Revised: 11/7/23)*

**18.7.3 Written Report -- Championship Subdivision Football.** The director of athletics of an institution that participates in a postseason championship football game or bowl game that is exempt from the maximum number of football contests per Bylaw 17.11.6.1, except for the Division I Football Championship, shall submit to the Football Championship Subdivision Oversight Committee a written report on the conduct and administration of the event, with special emphasis on game management. The report shall be submitted by the following March 1 on a form approved by the Football Championship Subdivision Oversight Committee. *(Revised: 7/30/10, 8/7/14, 10/4/17, 11/7/23)*

**18.7.4 Eligibility Rules. [FBS/FCS]** The eligibility rules governing individual participation and drug usage shall be as demanding for participants in postseason bowl games as those governing participation in NCAA championships. To attest to the eligibility of its student-athletes (in conformity with this paragraph), each institution selected or qualified for a postseason game shall meet the certification-of-eligibility requirements set forth in Bylaw 12.10. *(Revised: 1/10/95, 7/30/10)*

**18.7.4.1 Institutional Eligibility. [FBS/FCS]** The competing institutions shall be active members of the Association, and members shall conduct their intercollegiate athletics programs in conformance with the requirements for institutional eligibility set forth in Bylaw 18.4.2.2-(a).

**18.7.5 Expenses for Significant Others/Children.** A competing institution may include the significant others and children of student-athletes on the traveling squad as part of its official party to attend a postseason football game and may pay their necessary travel, lodging and meal costs (see Bylaw 16.6.1.1). *(Revised: 2/1/05, 10/27/11 effective 4/1/12, 4/25/18)*

# Infractions Program

## 19.01 General Principles.

**19.01.1 Mission of the Infractions Program.** It is the mission of the NCAA infractions program to uphold integrity and fair play among the NCAA membership, and to prescribe appropriate and fair penalties if violations occur. One of the fundamental principles of the infractions program is to ensure that those institutions and student-athletes abiding by the NCAA bylaws are not disadvantaged by their commitment to compliance. The program is committed to the fairness of procedures and the timely resolution of infractions cases. The ability to investigate allegations and penalize infractions is critical to the common interests of the Association's membership and the preservation of its enduring values. *(Adopted: 1/11/94, Revised: 10/30/12 effective 8/1/13, 7/31/14, 8/1/22)*

**19.01.2 Accountability.** The infractions program shall hold institutions, coaches, administrators, other representatives and student-athletes who violate NCAA bylaws accountable for their conduct. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/1/22, 8/31/22 effective 1/1/23)*

## 19.02 Definitions and Applications.

**19.02.1 Involved Individual.** Involved individuals are individuals who have received formal notice of involvement in alleged violations and may be subject to penalties pursuant to Bylaw 19.12.7.4. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.02.2 New Information.** New information is relevant, material information that could not have reasonably been ascertained prior to the Committee on Infractions hearing. *(Adopted: 1/6/96, Revised: 10/30/12 effective 8/1/13, 7/31/14, 8/31/22 effective 1/1/23)*

**19.02.3 Show-Cause Order.** A show-cause order is an order that requires a member institution to demonstrate to the satisfaction of the Committee on Infractions why it should not be subject to a penalty or additional penalty for not taking appropriate disciplinary or corrective action with regard to an institutional staff member or representative of the institution's athletics interests found by the Committee on Infractions as having been involved in a violation of NCAA bylaws. *(Revised: 1/10/95, 4/24/03, 10/30/12 effective 8/1/13, 1/23/19 effective 8/1/19, 8/1/22, 8/31/22 effective 1/1/23)*

## 19.1 Violation Structure.

**19.1.1 Application of Violation Structure.** The level of a violation attaches to the conduct, not to the individual. Therefore, an institution shall be held responsible for violations committed by staff members at the same level. Further, if violations from multiple levels are identified, the case shall be processed pursuant to procedures applicable to the most serious violation(s) alleged. *(Adopted: 8/31/22 effective 1/1/23)*

**19.1.2 Level I Violation.** A Level I violation is a violation that seriously undermines or threatens the integrity of the NCAA Collegiate Model, as set forth in the bylaws, including any violation that provides or is intended to provide a substantial or extensive recruiting, competitive or other advantage, or a substantial or extensive impermissible benefit. Among other examples, the following, in appropriate circumstances, may constitute a Level I violation: *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 1/23/19 effective 8/1/19, 8/1/22, 8/31/22 effective 1/1/23)*

(a) Lack of institutional control;

(b) Academic integrity violations;

(c) Failure to cooperate in an NCAA enforcement investigation;

(d) Providing or attempting to influence others to provide false or misleading information, regardless of whether the underlying institutional violations are considered Level I;

(e) A violation of Bylaw 11.1.1.1 (Responsibility of Head Coach) by a head coach resulting from an underlying Level I violation;

(f) Cash payment or other benefits provided by a coach, administrator or representative of the institution's athletics interests intended to secure, or which resulted in, enrollment of a prospective student-athlete;

(g) Third-party involvement in recruiting violations in which institutional staff members knew or should have known about the involvement;

(h) Intentional violations or reckless indifference to NCAA bylaws; or

(i) Collective Level II and/or Level III violations.

**19.1.3 Level II Violation.** A Level II violation is a violation that provides or is intended to provide more than a minimal but less than a substantial or extensive recruiting, competitive or other advantage; includes more than a minimal but less than a substantial or extensive impermissible benefit; or involves conduct that may compromise the integrity of the NCAA Collegiate Model as set forth in the bylaws. Among other examples, the following may constitute a Level II violation: *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/8/18 effective 10/15/18, 8/31/22 effective 1/1/23)*

(a) Violations that do not rise to the level of Level I violations and are more serious than Level III violations;

(b) Failure to monitor (such violations will be presumed Level II but may be deemed to be of a Level I nature if the failure is substantial or egregious);

(c) Systemic violations that do not amount to a lack of institutional control;

(d) Multiple recruiting, financial aid, or eligibility violations that do not amount to a lack of institutional control;

(e) A violation of Bylaw 11.1.1.1 (Responsibility of Head Coach) by a head coach resulting from an underlying Level II violation;

(f) A violation of Bylaw 13.1.1.3 (Four-Year College Prospective Student-Athletes) as it relates to contact with a prospective student-athlete; or

(g) Collective Level III violations.

**19.1.4 Level III Violation.** A Level III violation is a violation that is isolated or limited in nature; provides no more than a minimal recruiting, competitive or other advantage; and provides no more than a minimal impermissible benefit. Among other examples, the following may constitute a Level III violation: *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

(a) Inadvertent violations that are isolated or limited in nature; or

(b) Extra-benefit, financial aid, academic eligibility and recruiting violations, provided they do not create more than minimal advantages.

# 19.2 Responsibility to Cooperate.

**19.2.1 Responsibility to Cooperate.** Institutions, current and former institutional staff members, and prospective and enrolled student-athletes have an affirmative obligation to cooperate fully with and assist the NCAA enforcement staff, the Committee on Infractions, and the Infractions Appeals Committee to further the objectives of the Association and its infractions program. Full cooperation includes, but is not limited to: *(Adopted: 11/1/07 effective 8/1/08, Revised: 10/30/12 effective 8/1/13, 7/31/14, 8/8/18 effective 8/1/19, 12/20/18, 1/23/19, 8/31/22 effective 1/1/23)*

(a) Affirmatively reporting instances of noncompliance to the NCAA national office in a timely manner;

(b) Affirmatively preserving relevant materials, documentation and/or electronically stored information upon becoming aware, from any source, of potential violations;

(c) Assisting in the development of full information to determine whether a possible violation of NCAA bylaws has occurred and the details thereof;

(d) Timely participation in interviews and providing complete and truthful responses;

(e) Making a full and complete disclosure of relevant information, including timely production of materials or information requested, and in the format requested;

(f) Disclosing and providing access to all electronic devices and accounts that are or may be relevant to the investigation;

(g) Providing access to all social media, messaging and other applications that are or may be relevant to the investigation;

(h) Preserving the integrity of an investigation and abiding by all applicable confidentiality bylaws and instructions, including public disclosure as outlined in Bylaw 19.3;

(i) Instructing legal counsel, agents and/or others acting on a party's behalf to cooperate fully; and

(j) Encouraging spouses, family members, representatives of the institution's athletics interests and/or other associates to cooperate fully, including participating in interviews if requested and allowing access to all electronic devices and accounts that are or may be relevant to the investigation.

**19.2.1.1 Exemplary Cooperation.** For an institution, exemplary cooperation begins with institutional and athletics leadership embracing and exceeding the responsibility to cooperate pursuant to Bylaw 19.2.1. For an individual, exemplary cooperation occurs when the individual's behavior exceeds the responsibilities required by Bylaw 19.2.1. A party may demonstrate exemplary cooperation by: *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23, Revised: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

(a) Volunteering all pertinent institutional and personal information (including interviews, documents and records, electronically stored information, and any other information of which the enforcement staff was not aware) the party possesses or should reasonably be expected to possess to further the expectations of the infractions process;

(b) Identifying individuals to be interviewed by the enforcement staff, documents and records, electronically stored information and any other information of which the enforcement staff was not aware;

(c) Expending substantial resources (e.g., financial resources; dedication of personnel; unfettered access to documents, electronically stored information or other relevant information) to expedite a thorough collection of information;

(d) Taking sufficient action to address the violations through self-imposing or proposing meaningful corrective measures and/or penalties consistent with Figure 19-1; or

(e) Recognizing and bringing to the attention of the enforcement staff, in a timely manner, any additional violations related to the investigation of which the enforcement staff was not aware.

A party cannot demonstrate exemplary cooperation if it fails to comply with Bylaw 19.2.1. A party may demonstrate exemplary cooperation while otherwise acting in furtherance of its independent interests.

**19.2.1.2 Protection for Cooperation.** An institution shall not retaliate against a current or former institutional staff member or prospective student-athlete or student-athlete who voluntarily reports information about potential violations of NCAA bylaws to the individual's conference, member institution and/or the NCAA national office. *(Adopted: 8/8/18, 8/31/22 effective 1/1/23)*

**19.2.2 Failure to Cooperate.** Failing to satisfy the responsibility to cooperate may result in immediate penalties pursuant to Bylaw 19.2.3, an inference pursuant to Bylaw 19.7.5, an independent allegation of failure to cooperate and/or be considered an aggravating factor pursuant to Bylaw 19.12.3. Failing to cooperate includes, but is not limited to: *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/8/18 effective 8/1/19, 12/20/18, 8/31/22 effective 1/1/23)*

(a) Failing to fulfill the responsibility cooperate as outlined in Bylaw 19.2.1;

(b) Refusing to provide or attempting to influence others to refuse to provide information relevant to a possible violation of NCAA bylaws when requested to do so by the NCAA and/or the individual's institution; and

(c) Providing or attempting to influence others to provide the NCAA and/or the individual's institution false or misleading information relevant to a possible violation of NCAA bylaws.

**19.2.3 Immediate Penalties for Failure to Cooperate.** The Committee on Infractions may prescribe immediate penalties during the investigation if an institution or individual fails to satisfy the responsibility to cooperate. In cases before the Committee on Infractions, the chair of the Committee on Infractions; a hearing panel generated at the request of the chair to review whether an institution or individual failed to satisfy the responsibility to cooperate; the chief hearing officer of a hearing panel assigned to review the case, if appointed by the chair; or the hearing panel, if requested by the chief hearing officer, may prescribe penalties. *(Adopted: 8/8/18 effective 2/1/19, Revised: 1/23/19, 8/31/22 effective 1/1/23)*

**19.2.3.1 Finality of Immediate Penalties.** The prescribed penalties are final and not subject to appeal. Immediate penalties may be lifted by the hearing panel upon a determination that the party has cured the failure to cooperate. *(Adopted: 1/23/19 effective 2/1/19, 8/31/22 effective 1/1/23)*

**19.2.3.2 Committee on Infractions Hearing Panel Generated for Review.** When practicable, members of a Committee on Infractions hearing panel generated at the request of the Committee on Infractions chair to review whether an institution or individual failed to satisfy the responsibility to cooperate will serve on the panel that reviews the case. *(Adopted: 1/23/19 effective 2/1/19, 8/31/22 effective 1/1/23)*

**19.2.3.3 Impact of Immediate Penalties on Infractions Case.**

**19.2.3.3.1 Allegation of a Failure to Cooperate.** At the conclusion of an investigation, the enforcement staff may allege a party failed to cooperate pursuant to Bylaw 19.2.1 regardless of whether it petitioned the Committee on Infractions for immediate penalties during the course of an investigation. *(Adopted: 8/31/22 effective 1/1/23)*

**19.2.3.3.2 Concluding a Failure to Cooperate.** The Committee on Infractions hearing panel may consider a petition and/or conclusion regarding immediate penalties in concluding whether a failure to cooperate violation pursuant to Bylaw 19.2.1 occurred. However, the outcome of a petition for immediate penalties shall not preclude the hearing panel from concluding that a party failed to cooperate in the case. The panel may also consider any penalties prescribed in accordance with this bylaw in prescribing penalties pursuant to Bylaw 19.12 in its review of the case. *(Adopted: 1/23/19 effective 2/1/19, Revised: 8/31/22 effective 1/1/23)*

**19.2.3.4 Decisions.** If an allegation is resolved through a petition for immediate penalties, the hearing panel shall prepare and approve a written decision detailing its findings, conclusions and any penalties, and shall make the decision publicly available pursuant to Bylaw 19.11.2 upon resolution of the petition. *(Adopted: 1/10/24)*

## 19.3 Public Disclosure and Dashboard.

**19.3.1 Public Disclosure.** Except as provided in this article, an institution, including its representatives or legal counsel; any individual subject to NCAA bylaws, including their representative or legal counsel; the NCAA National Office; the Committee on Infractions; and the Infractions Appeals Committee shall not make public disclosures about a pending case until the case has been announced in accordance with prescribed procedures. However, if information concerning a case is made public, the parties may confirm, correct or deny the information made public. Parties who fail to satisfy public disclosure and confidentiality requirements may be sanctioned by the Committee on Infractions or the Infractions Appeals Committee. *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.3.2 Public Dashboard.** If an investigation pursuant to Bylaw 19.5 results in allegations of Level I and/or Level II violations, the NCAA National Office may make available publicly a procedural timeline once a Notice of Allegations has been issued pursuant to Bylaw 19.8.3 and/or Bylaw 19.9.2.1, a summary disposition has been submitted pursuant to Bylaw 19.9.3 and/or negotiated resolution has been approved pursuant to Bylaw 19.10. The timeline shall begin from the start of the investigation and continue through final resolution. *(Adopted: 8/31/22 effective 1/1/23)*

**19.3.3 Public Infractions History.** If a hearing panel concludes an individual committed a Level I or Level II violation of NCAA legislation, the NCAA national office shall maintain a record of the individual's violations and penalties (if any) and make the record publicly available. *(Adopted: 1/10/24)*

## 19.4 Committee on Infractions.

**19.4.1 Composition of Committee.** The Board of Directors shall appoint a Committee on Infractions comprised of not more than 24 members to act as hearing officers in infractions proceedings of the Association. The Board of Directors shall also appoint one member of the committee to serve as chair and another member to serve as vice chair. If at any time the chair is unavailable to act as such, the vice chair is empowered to exercise the functions of the chair. There shall be no subdivision restrictions except that all nonpublic members may not be from the same subdivision. The committee shall reflect the Association's commitment to diversity, equity and inclusion. To the extent reasonably possible, the committee shall include members from each of the following categories: *(Revised: 1/16/93, 10/27/98, 10/28/99, 1/11/00, 11/1/01, 10/31/02, 10/30/12 effective 8/1/13, 1/19/13 effective 8/1/13, 4/18/18, 8/31/22 effective 1/1/23)*

(a) Current or former college or university presidents, chancellors or other senior institutional administrators (no more than three years removed from employment by a member institution or similar service at the time of the individual's initial appointment);

(b) Current or former directors of athletics (no more than three years removed from employment by a member institution or similar service at the time of the individual's initial appointment);

(c) Former NCAA coaches (no more than 10 years removed from employment by a member institution or similar service at the time of the individual's initial appointment);

(d) Representatives from conference offices;

(e) Institutional staff or faculty, including but not limited to faculty athletics representatives [such a member who does not meet the definition of "on the staff" due to a change in employment status during a term of office may complete the individual's term (subject to discretion of the committee chair) and be eligible for reappointment];

(f) Athletics administrators with compliance experience; and

(g) Members of the general public with formal legal training who are not associated with a collegiate institution, conference, or professional or similar sports organization and who do not represent coaches or athletes in any capacity.

**19.4.2 Temporary Substitutes.** If it appears that one or more members of the committee will be unable to participate in the disposition of a case, the chair may designate a current or former member or members of the committee to participate for purposes of consideration and disposition of that case. *(Revised: 11/1/07 effective 8/1/08, 10/30/12 effective 8/1/13)*

**19.4.3 Hearing Panels of the Committee.** Unless ordered otherwise by the committee chair or to review an agreement of negotiated resolution pursuant to Bylaw 19.10.1, cases involving Level I or Level II violations will be presented to and decided by hearing panels consisting of not less than five and not more than seven members of the full Committee on Infractions. When submitting the case for the committee's consideration, the parties may identify their belief that the case is suitable to be decided

by a three-member panel. When appropriate based on the number and nature of allegations, the chair or vice chair may order that a panel of three members be generated. Upon notification, parties may submit their position when they believe that a three-member panel is not appropriate to review the case. The final decision of whether to consider a case with a three-member panel rests with the chair or vice chair. Decisions issued by hearing panels are made on behalf of the Committee on Infractions. *(Adopted: 10/30/12 effective 8/1/13, Revised: 10/5/16, 10/31/18)*

**19.4.4 Conflict of Interest.** No member of a hearing panel shall participate in a case if the member is directly connected with an institution under investigation or if the member has a personal, professional or institutional affiliation that may create the appearance of partiality. It is the responsibility of the panel member to determine if a conflict exists. Objections to the participation of a panel member in a particular case should be raised as soon as recognized but will not be considered unless raised at least one week in advance of the panel's review of the case. Objections will be decided by the committee chair. *(Adopted: 10/30/12 effective 8/1/13)*

**19.4.5 Term of Office.** A member shall be appointed to serve a three-year term, which shall commence on the first day of September following the member's appointment. A member may be reappointed for additional three-year terms but shall not serve more than nine years on the committee. *(Adopted: 1/11/00, Revised: 10/30/12 effective 8/1/13)*

**19.4.6 Authority and Duties of Committee.** Disciplinary or corrective actions other than suspension or termination of membership may be prescribed by members of hearing panels of the Committee on Infractions present and voting at any duly called hearing thereof, provided the call of such a hearing shall have contained notice of the situation presenting the disciplinary problem. Actions of panels in cases involving Level I or Level II violations, however, may be subject to review by the Infractions Appeals Committee. The penalties prescribed by a panel are separate and apart from any penalties prescribed as part of the Academic Performance Program by the Committee on Academics. The Committee on Infractions shall: *(Revised: 1/16/93, 1/10/95, 4/24/03, 10/30/12 effective 8/1/13, 7/31/14, 8/7/14, 8/8/18 effective 2/1/19, 1/23/19, 8/1/22, 8/31/22 effective 1/1/23)*

(a) Find facts related to alleged bylaw violations;

(b) Conclude whether the facts constitute one or more violations of NCAA bylaws;

(c) Upon concluding that one or more violations occurred, prescribe an appropriate penalty consistent with the provisions of this article;

(d) Coordinate with the office of the Committees on Infractions as necessary for logistic, administrative or other support related to implementation of the committee's decisions;

(e) Monitor compliance with prescribed penalties. In the event an institution fails or refuses to implement prescribed penalties, a hearing panel of the committee may prescribe additional penalties, provided the institution is given the opportunity to appear before the panel and the opportunity to appeal any additional penalty;

(f) Formulate and revise internal operating procedures. Committee amendments to the procedures shall be effective immediately and subject to review and ratification by the Board of Directors;

(g) Review negotiated resolutions (see Bylaw 19.10.1);

(h) Prescribe penalties during the investigation if an institution or individual fails to satisfy the responsibility to cooperate (see Bylaw 19.2.3);

(i) Sanction parties and/or their representative(s) for behaviors that inhibit the committee's ability to effectively manage the docket, ensure a professional and civil decorum in all proceedings or otherwise efficiently resolve infractions cases; and

(j) Carry out such other duties directly related to the administration of the Association's infractions program.

**19.4.7 Duties of Committee Chair.** The duties of the committee chair (or a designee) shall be as follows: *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/14/17, 8/31/22 effective 1/1/23)*

(a) Schedule and preside over two meetings of the full committee annually. In the interim between meetings of the full committee, the chair shall act on behalf of the committee, subject to committee ratification at its next meeting;

(b) For each hearing panel, appoint a chief hearing officer to preside over cases assigned to the panel. The chief hearing officer will generally be the panel member with the greatest length of service on the Committee on Infractions.

(c) At the request of the enforcement staff, determine whether to grant limited immunity to a current or former institutional staff member with responsibilities related to athletics based on information that the individual reports in situations in which the individual would otherwise be subject to disciplinary action as described in Bylaws 19.12.7.4 and 19.12.9-(i). Such immunity shall not apply to the individual's involvement in violations of NCAA bylaws not reported, to future involvement in violations of NCAA bylaws by the individual or to any action taken by an institution;

(d) At the request of the enforcement staff, determine whether to grant limited immunity to a student-athlete or prospective student-athlete in situations in which the student-athlete or prospective student-athlete might otherwise be declared

ineligible for intercollegiate competition based on information reported to the enforcement staff by the individual or a third party associated with the individual. Such immunity shall not apply to the individual's involvement in violations of NCAA bylaws not reported, to future involvement in violations of NCAA bylaws by the individual or to any action taken by an institution;

(e) Consider and decide requests by an institution or involved individual for an accelerated hearing pursuant to Bylaw 19.8.4.6;

(f) Coordinate with the office of the Committees on Infractions as necessary for logistic, administrative or other support;

(g) Coordinate with the office of the Committees on Infractions regarding hearing panel assignments, committee meetings and training activities;

(h) Prescribe or generate a hearing panel to prescribe penalties during the investigation if an institution or individual fails to satisfy the responsibility to cooperate in Bylaw 19.2.1;

(i) Resolve or appoint a designee to resolve procedural matters or significant investigative disputes that may arise during an infractions case.

**19.4.8 Duties of the Chief Hearing Officer.** The duties of the chief hearing officer shall be as follows: *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

(a) Consider and decide scheduling requests and extensions of time regarding hearing-related deadlines;

(b) For each hearing panel, appoint an individual responsible for conducting the press conference when the panel's decision is released;

(c) For each case set for a full or written record hearing and in consultation with the committee chair, designate a panel member or other member of the committee to serve as the committee appeals advocate for any appeal from the decision of the panel;

(d) Coordinate with the office of the Committees on Infractions as necessary for logistic, administrative or other support related to hearings to which the chief hearing officer is assigned;

(e) Prescribe penalties during the investigation if an institution or individual fails to satisfy the responsibility to cooperate as authorized in Bylaw 19.2.3; and

(f) Resolve or appoint a designee to resolve procedural matters or significant investigative disputes that may arise during an infractions case.

# 19.5 Infractions Appeals Committee.

**19.5.1 Composition of Committee.** The Board of Directors shall appoint an Infractions Appeals Committee to act as appellate hearing officers for appeals from decisions involving Level I or Level II violations by the Committee on Infractions. The committee shall be comprised of no more than seven members. At least two members shall be from the general public and shall not be connected with a collegiate institution, conference, or professional or similar sports organization, or represent coaches or athletes in any capacity. The remaining members shall presently or previously be on the staff of an active member institution or member conference, but shall not serve presently on the Board of Directors. There shall be no subdivision restrictions except that all nonpublic members may not be from the same subdivision. The committee shall reflect the Association's commitment to diversity, equity and inclusion. *(Adopted: 1/16/93, Revised: 10/27/98, 10/30/12 effective 8/1/13, 1/22/20, 8/31/22 effective 1/1/23)*

**19.5.2 Temporary Substitutes.** If it appears that one or more of the committee members will be unable to participate in the disposition of a case, the chair may designate a former member or members of the committee to rejoin the committee for purposes of consideration and disposition of that case. *(Adopted: 4/22/98, Revised: 11/1/07 effective 8/1/08, 4/28/11, 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.5.3 Conflict of Interest.** No member of the Infractions Appeals Committee shall participate in a case if the member is directly connected with an institution under investigation or has a personal, professional or institutional affiliation that may create the appearance of partiality. It is the responsibility of the committee member to determine if a conflict exists. Objections to the participation of a committee member in a particular case should be raised as soon as recognized, but will not be considered unless raised at least one week in advance of the committee's review of the case. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.5.4 Term of Office.** A member shall serve a three-year term, which shall commence on the first day of September following the member's appointment. A member may be reappointed for additional terms but shall not serve more than nine years on the committee. *(Adopted: 1/9/96, Revised: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.5.5 Authority of Committee.** The Infractions Appeals Committee shall: *(Adopted: 1/16/93, Revised: 1/10/95, 1/14/97, 11/1/07 effective 8/1/08, 10/30/12 effective 8/1/13, 1/23/19, 8/1/22, 8/31/22 effective 1/1/23)*

(a) Consider appeals from decisions of a hearing panel of the Committee on Infractions involving Level I or Level II violations;

(b) Affirm, reverse, or vacate and/or remand the panel's findings, conclusions, determinations and/or penalties prescribed for violations of NCAA bylaws;

(c) Assign a new classification to a case and remand for assessment of penalties only upon a conclusion that the hearing panel's level decision and/or determination regarding one or more aggravating or mitigating factors should be set aside pursuant to Bylaw 19.13.

(d) Formulate and revise its operating procedures. Committee amendments to the procedures shall be effective immediately and subject to review and ratification by the Board of Directors; and

(e) Sanction parties and/or their representative(s) for behaviors that inhibit the committee's ability to effectively manage the docket, ensure a professional and civil decorum in all proceedings or otherwise efficiently resolve infractions cases.

## 19.6 Enforcement Staff Review and Investigation of Alleged Violations.

**19.6.1 Enforcement Staff to Receive Information and Conduct Investigations.** Information regarding a potential failure to comply with NCAA bylaws shall be provided to the enforcement staff. If there is any information that may demonstrate a potential Level I and/or Level II violation occurred, the enforcement staff shall conduct an investigation on behalf of the membership to develop, to the extent reasonably possible, all relevant information. The enforcement staff will usually share information with the institution during an investigation, including information that may assist the institution in stopping an ongoing violation. However, to protect the integrity of the investigation, the staff may not, in all instances, share information with the institution. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/1/22, 8/31/22 effective 1/1/23)*

**19.6.1.1 Conflict of Interest.** Any enforcement staff member who has or had a personal relationship or institutional affiliation that may create the appearance of partiality should refrain from participating in the case. *(Adopted: 10/30/12 effective 8/1/13)*

**19.6.1.2 Internal Operating Procedures.** To the extent reasonably practicable, the investigation should be conducted pursuant to internal operating procedures. Any amendments to the internal operating procedures shall be effective when reviewed by the Committee on Infractions and ratified by the Board of Directors. *(Adopted: 8/31/22 effective 1/1/23)*

**19.6.1.3 New Information.** Should information become available during the investigation and/or resolution of a case about potential additional violations, the enforcement staff shall determine whether the information warrants opening a new investigation or including the information in the pending matter. The enforcement staff shall notify the institution as appropriate pursuant to Bylaw 19.6.1 and related procedures. *(Adopted: 8/31/22 effective 1/1/23)*

**19.6.2 Notice of Inquiry to Institution.** Before the enforcement staff conducts an interview with an enrolled student-athlete or current institutional staff member, the enforcement staff shall notify the institution's president or chancellor (or a designee) of the inquiry, either orally or in writing. This notice shall toll the statute of limitations. The institution shall be informed of its obligation to cooperate and of the confidential nature of the inquiry. *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/14/17, 10/15/21, 8/31/22 effective 1/1/23)*

**19.6.3 Interviews.**

**19.6.3.1 Interviews with Member Institution.** The enforcement staff shall contact the director of athletics or other appropriate official of an institution in order to schedule interviews with enrolled student-athletes or institutional staff members. Interviews should be conducted without disrupting normally scheduled academic activities whenever reasonably possible. *(Adopted: 10/30/12 effective 8/1/13, Revised: 10/15/21, 8/31/22 effective 1/1/23)*

**19.6.3.2 Presence of Institutional Representative During Interview.** An institutional representative may be present during an interview with an enrolled student-athlete or current athletics department staff member provided the representative is someone who would not compromise the integrity of the investigation and whose participation would not prejudice the subject institution or any involved individual. *(Adopted: 10/30/12 effective 8/1/13, Revised: 10/5/16, 10/15/21, 8/31/22 effective 1/1/23)*

**19.6.3.3 Interview Notices.**

**19.6.3.3.1 Representation by Legal Counsel.** When an enforcement staff member conducts an interview, the interviewee may be represented by personal legal counsel. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.6.3.3.2 Disclosure of Purpose of Interview.** The enforcement staff shall advise an interviewee that the purpose of the interview is to determine whether the individual has knowledge of or has been involved directly or

indirectly in any violation of NCAA bylaws. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/1/22, 8/31/22 effective 1/1/23)*

**19.6.3.3.3 Responsibility to Provide Truthful Information.** The enforcement staff shall advise a prospective or enrolled student-athlete or a current or former institutional staff member that refusing to furnish information or providing false or misleading information may result in an allegation that the interviewee violated Bylaw 19.2.1 and/or the application of an aggravating factor pursuant to Bylaw 19.12.3. *(Adopted: 10/30/12 effective 8/1/13, Revised: 5/12/17, 8/31/22 effective 1/1/23)*

**19.6.3.3.4 Recording of Interviews.** With the permission of the interviewee, the enforcement staff shall digitally record interviews whenever feasible. *(Adopted: 8/31/22 effective 1/1/23)*

**19.6.3.4 Use of a Transcriptionist During an Interview.** The enforcement staff, institution and/or interviewee may use a transcriptionist during an interview subject to the following conditions. The party requesting the transcriptionist shall: *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

(a) Pay the transcriptionist's fees;

(b) Provide a copy of the transcript to other parties, if any, participating in the interview at no charge; and

(c) Agree that the confidentiality standards of Bylaw 19.6.3.5 apply. An institutional representative or individual who chooses to use a transcriptionist shall submit a written notice of agreement with the required conditions to the enforcement staff prior to the interview.

**19.6.3.5 Statement of Confidentiality.** Individuals and institutional representatives shall be required to agree not to release recordings or interview transcripts to a third party. A statement of confidentiality shall be signed or recorded prior to an interview. Failure to enter into such an agreement precludes the individual or institutional representative from recording, transcribing or receiving access to the enforcement staff's recording and transcript of the interview. *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.6.4 Access to Information.** For all cases to be considered by the Committee on Infractions, the enforcement staff shall make available to the institution and participating involved individuals recorded interviews, interview summaries and/or interview transcripts, and other factual information pertinent to the case. The institution and participating involved individuals may review such information through a secure website or at the NCAA national office. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.6.5 Termination of Investigation.** The enforcement staff shall terminate an investigation if it determines the information developed does not appear to be of sufficient substance or reliability to support potential violations of NCAA bylaws. *(Adopted: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

# 19.7 Standards of Review and Resolution Methods (Level I/II Cases)

**19.7.1 Enforcement Allegation Standard.** The enforcement staff shall make formal allegations if it determines there is credible and sufficient information (direct or circumstantial) that reasonably demonstrates a violation of one or more NCAA bylaws occurred.
*(Adopted: 8/31/22 effective 1/1/23)*

**19.7.1.1 Statute of Limitations.** The enforcement staff shall limit allegations to possible violations occurring not earlier than four years before the date the notice of inquiry is provided to the institution or the date the institution notifies (or, if earlier, should have notified) the enforcement staff of its inquiries into the matter. However, the following shall not be subject to the four-year limitation: *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

(a) Allegations involving violations affecting the eligibility of a current student-athlete;

(b) Allegations in a case in which available information indicates a pattern of willful violations on the part of the institution or individual involved, which began before but continued into the four-year period; and

(c) Allegations that indicate a blatant disregard for fundamental recruiting, extra benefit or academic bylaws or that involve an effort to conceal the occurrence of the violation. In such cases, the enforcement staff shall have an 18-month period after the date information concerning the matter becomes available to the NCAA to investigate and submit a resolution document pursuant to Bylaws 19.8, 19.9 and/or 19.10.

**19.7.2 Committee on Infractions Decision Standard.** In all matters before the Committee on Infractions, a hearing panel shall conclude a violation occurred if it determines an allegation is supported by credible and sufficient information (direct or circumstantial) on which a reasonable person could rely.
*(Adopted: 8/31/22 effective 1/1/23)*

**19.7.3 Violations Presumed in Select Cases.** In cases involving name, image and likeness offers, agreements and/or activities in which related communications and conduct are subject to NCAA regulation, the infractions process (including interpretive requests) shall presume a violation occurred if circumstantial information suggests that one or more parties engaged in impermissible conduct. The enforcement staff may make a formal allegation based on the presumption. The hearing panel shall conclude a violation occurred unless the institution or involved individual clearly demonstrates with credible and sufficient information that all communications and conduct surrounding the name, image and likeness activity complied with NCAA legislation. *(Adopted: 10/26/22 effective 1/1/23)*

**19.7.4 Importation.**

**19.7.4.1 Importation of Facts.** A hearing panel may consider and accept as true facts established through proceedings outside the NCAA infractions process if those facts are in the record, not under appeal and are established by: *(Adopted: 8/8/18, Revised: 8/31/22 effective 1/1/23)*

(a) A decision or judgement of a court, agency, accrediting body or other administrative tribunal of competent jurisdiction; or

(b) A Commission or similar review of comparable independence authorized by a member institution or university system board of trustees (regardless of whether the facts are accepted by the institution or university system board of trustees).

**19.7.4.2 Importation of Evidence and Positions.** Evidence submitted to any court, agency, accrediting body or other administrative tribunal of competent jurisdiction, regardless of whether the matter is finally resolved and regardless of who offered the evidence, may be considered when alleging and/or concluding whether a violation occurred. Positions taken by a party in such a matter may be considered in the infractions process when determining whether to allege or conclude that the same party violated NCAA bylaws. *(Adopted: 8/8/18, 8/31/22 effective 1/1/23)*

**19.7.5 Inference for Failing to Produce Materials or Participate in the Infractions Process.**

**19.7.5.1 Materials Not Produced.** The enforcement staff and/or hearing panel may infer that materials requested during an investigation but not produced by an institution, individual or their representative, including legal counsel, a representative of the institution's athletics interests, agent or another acting on their behalf, would support an alleged violation, for which the party may be subject to penalty pursuant to Bylaw 19.12. *(Adopted: 8/8/18, 8/31/22 effective 1/1/23)*

**19.7.5.2 Failure or Refusal to Participate in Interview.** The enforcement staff and/or hearing panel may view the failure or refusal by an individual or their representative, including agent or another acting on their behalf, to participate in an interview as an admission that an alleged violation, for which the individual may be subject to penalty pursuant to Bylaw 19.12, occurred. *(Adopted: 8/8/18, 8/31/22 effective 1/1/23)*

**19.7.5.3 Failure to Participate in the Infractions Process.** The enforcement staff and/or hearing panel may view the failure by an institution or involved individual to participate in the infractions process as an admission that an alleged violation, for which the party may be subject to penalty pursuant to Bylaw 19.12, occurred. *(Adopted: 8/8/18, 8/31/22 effective 1/1/23)*

**19.7.6 Methods of Resolution.** Cases involving allegations of Level I and/or Level II violations will be presented to and resolved by the Committee on Infractions. The Committee on Infractions shall resolve Level I and/or Level II allegations through hearing resolution pursuant to Bylaw 19.8, limited resolution pursuant to Bylaw 19.9 and/or negotiated resolution pursuant to Bylaw 19.10. Except in exceptional circumstances, a case shall be limited to two resolution methods. *(Adopted: 1/23/19 effective 1/1/23, Revised: 8/31/22 effective 1/1/23)*

**19.7.6.1 Initial Selection of Resolution Method.** At the conclusion of an investigation that results in Level I and/or Level II allegations, the enforcement staff, in consultation with the institution and all participating involved individuals, shall make a preliminary determination of which resolution method is appropriate for each party. The enforcement staff shall submit a letter to the chair of the Committee on Infractions outlining a brief summary of the case, the selected resolution method(s) and rationale and whether each party agrees to the selected method(s). *(Adopted: 8/31/22 effective 1/1/23)*

**19.7.6.2 Approval of Agreed-Upon Resolution Method.** If the participating party and the enforcement staff agree on the selected resolution method, the chair of the Committee on Infractions shall approve the resolution method unless doing so would not be in the best interests of the Association. After approval, the enforcement staff shall issue a Notice of Allegations pursuant to Bylaw 19.8 or Bylaw 19.9.2 or the parties shall submit a summary disposition pursuant to Bylaw 19.9.3 or negotiated resolution pursuant to Bylaw 19.10. *(Adopted: 8/31/22 effective 1/1/23)*

**19.7.6.3 Selection of Resolution Method Under Dispute.** If the participating party and the enforcement staff do not agree on the resolution method selected by the enforcement staff, or if the chair of the Committee on Infractions disagrees with the agreed-upon resolution method, the chair of the Committee on Infractions shall hold a status conference

with the impacted parties to determine which resolution method(s) are in the best interests of the Association. After determination by the chair of the appropriate resolution method, the enforcement staff shall issue a Notice of Allegations pursuant to Bylaw 19.8 or Bylaw 19.9.2 or the parties shall submit a summary disposition pursuant to Bylaw 19.9.3 or negotiated resolution pursuant to Bylaw 19.10. *(Adopted: 8/31/22 effective 1/1/23)*

**19.7.6.4 Impact of Multiple Resolution Methods.** When different resolutions methods are appropriate for different parties in a single case, the enforcement staff shall notify the parties of the possibility for differing outcomes. Parties will submit written confirmation of understanding of the potential for differing outcomes with the submission of the case. Outcomes that differ across resolution methods in a single case do not support an argument on appeal that a hearing panel of the Committee on Infractions erred. *(Adopted: 8/31/22 effective 1/1/23)*

**19.7.6.5 Information from Confidential Sources.** In all resolution methods, the parties, including the enforcement staff, shall only rely on information that can be attributed to individuals who are willing to be identified. Such confidential sources shall not be identified to the hearing panel, the institution or an involved individual. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

# 19.8 Full Hearing Resolution.

**19.8.1 Standard for Full Hearing Resolution.** A full hearing before the Committee on Infractions shall be reserved for select cases involving alleged behaviors that significantly undermine the integrity of the NCAA Collegiate model, cases that implicate NCAA core principles and/or cases that are otherwise best resolved through a comprehensive review on the full record. In these instances, the hearing panel assigned to a case shall hold a hearing to make factual findings and to conclude whether violations of NCAA bylaws occurred and, if so, to prescribe appropriate penalties. The decision on whether the full hearing will take place in person or via video conference (or another mode of communication) rests with the panel. *(Adopted: 8/31/22 effective 1/1/23)*

**19.8.2 Factors Relevant for Full Hearing Resolution.** Factors pertinent to whether a case should be resolved via a full hearing include, but are not limited to, the following: *(Adopted: 8/31/22 effective 1/1/23)*

(a) The level of agreement between the enforcement staff, institution and/or participating involved individuals;

(b) The type of behavior(s) resulting in allegations;

(c) Whether the matter includes allegations of failure to monitor and/or lack of institutional control;

(d) A recent history of Level I or II violations by the institution or participating involved individuals, particularly if the previous violations were similar in nature and/or in the same sport program(s);

(e) The level of cooperation and accountability (e.g., self-imposed penalties) shown by the institution and participating involved individuals;

(f) The scope, scale and duration of the case; and

(g) Other factors warranting a hearing before the Committee on Infractions.

**19.8.3 Notice of Allegations.** The enforcement staff shall issue a notice of allegations to the chancellor or president of the institution participating in the hearing (with copies to the faculty athletics representative, the director of athletics and the executive officer of the conference of which the institution is a member) and/or any involved individuals participating in the hearing. The notice of allegations shall include: *(Adopted: 10/30/12, Revised: 7/31/14, 8/31/22 effective 1/1/23)*

(a) Alleged violation(s) and related details, including identifying any involved individual(s) who could be subject to a show cause order or penalties;

(b) Possible level of each alleged violation and the overall processing level of the case;

(c) Factual information on which the enforcement staff may rely in presenting the case;

(d) Aggravating and mitigating factors the enforcement staff believes are applicable;

(e) Notice of the opportunity to respond to the allegations; and

(f) Procedures related to a full hearing.

**19.8.4 Submission Deadlines.**

**19.8.4.1 Responses by Institutions or Involved Individuals.** Any response to the notice of allegations shall be submitted to the hearing panel, the enforcement staff and all parties participating in the hearing no later than 90 days from the date of the notice of allegations. Failure to submit a timely response may be viewed by the panel as an admission that the alleged violation(s) occurred. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.4.2 Reply by Enforcement Staff.** Within 60 days after the submissions of written responses pursuant to Bylaw 19.8.4.1, the enforcement staff shall submit a written reply to the hearing panel and all parties participating in the hearing. As an exhibit to its reply, the enforcement staff shall prepare a chart summarizing the parties' positions on each allegation and the aggravating and mitigating factors. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.4.3 Prehearing Conference.** Within 60 days after the submissions of written responses pursuant to Bylaw 19.8.4.1, the enforcement staff shall consult with the parties participating in the hearing in order to clarify the issues to be discussed during the hearing, make suggestions regarding additional investigation or interviews that should be conducted to supplement a response and identify allegations that the staff intends to amend or withdraw. The enforcement staff shall conduct independent prehearing conferences unless mutually agreed by all parties to do otherwise. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.4.4 Submission of Written Material.** Except as otherwise ordered by the chief hearing officer and for good cause shown, all written material to be considered by the hearing panel must be received by the hearing panel, enforcement staff and all parties participating in the hearing at least 30 days prior to the date the panel considers the case. Supplemental submissions shall not serve as an opportunity to rebut the enforcement staff's written reply but shall be limited to situations involving new information as defined by Bylaw 19.02.2 or modifications to positions or arguments set forth in the party's response to the notice of allegation. The chief hearing officer may reject any written materials that do not comply with relevant bylaws and procedures. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.4.5 Extensions.** Extensions to any deadlines outlined above shall not be granted except in exceptional circumstances. Further, a denial of an extension request does not support an argument on appeal that a hearing panel of the Committee on Infractions erred. *(Adopted: 8/31/22 effective 1/1/23)*

**19.8.4.6 Accelerated Hearing Docket.** Any party participating in the hearing may petition the chief hearing officer for an accelerated schedule for written submissions and hearing date. The petition shall be submitted not later than 14 calendar days after the date of the notice of allegations. The enforcement staff may respond to the petition within five business days. The chief hearing officer may grant or deny such a petition and set a reasonable schedule. *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/14/17, 8/31/22 effective 1/1/23)*

### 19.8.5 Information Presented at Hearings.

**19.8.5.1 Obligation to Present All Relevant Information.** At a hearing, the participating parties and their legal counsel or representative have the obligation to present, to the extent reasonably possible, all material and relevant information necessary for the hearing panel to reach an informed decision, including information that corroborates or refutes an allegation and information relevant for consideration in determining appropriate penalties. Subject to procedures of the Committee on Infractions, the participating parties and/or their legal counsel or representative may deliver opening and closing statements, present factual information, make arguments, explain the alleged violations and answer questions from panel members. Any oral or documentary information may be received, but the panel may exclude information that it determines to be irrelevant, immaterial or unduly repetitious. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.5.2 Scope of Inquiry.** When an institution and/or involved individual appears before a hearing panel to discuss a response to the notice of allegations, the hearing shall be directed toward the general scope of the notice of allegations but shall not preclude the panel from concluding that any violation occurred based on information developed or discussed during the hearing. In any case, the panel may make specific factual findings based on information presented by the parties or at a hearing even if different from the notice of allegations. *(Revised: 4/24/03, 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

### 19.8.6 Appearance of Individuals at Hearings.
Except as otherwise provided herein or as ordered by the chief hearing officer, hearing attendees shall be limited to institutional representatives, involved individuals, NCAA staff representatives, hearing panel members, a transcriptionist and other technical/support staff as permitted by the chief hearing officer. An individual who appears before the panel may appear with personal legal counsel or similar representative. The chief hearing officer may exclude an individual and the individual's counsel or representative from those portions of the hearing concerning matters in which the individual is not involved. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/31/22 effective 1/1/23)*

**19.8.6.1 Representatives of Institution.** Except as otherwise ordered by the chief hearing officer, an institution's representatives should include the institution's chancellor or president, the head coach of the sport(s) in question, the institution's director of athletics and/or any individual with direct responsibility and oversight of the athletics department, senior compliance administrator, faculty athletics representative, legal counsel (if any), enrolled student-athletes whose eligibility could be affected by information presented at the hearing, and any other representatives whose attendance would

be helpful to or has been requested by the panel. Additional individuals may be included among the institution's representatives only if specifically approved. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/31/22 effective 1/1/23)*

**19.8.6.1.1 Prohibited Attendance by Conflicted Committee Members.** A member of the Committee on Infractions or the Infractions Appeals Committee who is prohibited under Bylaws 19.4.4 or 19.5.3 from participating in an infractions proceeding may not attend a Committee on Infractions hearing involving the committee member's institution unless specifically requested by the chief hearing officer. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.6.2 Representatives of Member Conference.** A representative of a conference may attend a hearing involving a conference member who is subject to potential penalties pursuant to Bylaw 19.12. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.6.3 Request for Specific Individuals.** The chief hearing officer may request that additional individuals appear during the hearing. Individuals who are specifically requested by the chief hearing officer are expected to appear and may be accompanied by personal legal counsel or representative. Failure to attend may result in a separate violation and/or impact penalties pursuant to Bylaw 19.12. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.7 Recording of Proceedings.** The proceedings of infractions hearings shall be transcribed by a transcriptionist (unless otherwise agreed) and shall be recorded by the hearing panel. No additional verbatim recording of the proceedings will be permitted. In the event of an appeal, a transcript of the proceedings shall be reproduced and submitted to the Infractions Appeals Committee and made available for review by the appealing parties through a secure website. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.8 Posthearing Committee Deliberations.** After all presentations have been made and the hearing has been concluded, the hearing panel shall excuse the parties and deliberate in private. *(Adopted: 10/30/12 effective 8/1/13)*

**19.8.8.1 Request for Additional and/or New Information.** In arriving at its decision, the hearing panel may request additional information from any participating party. In the event that new information is requested, all participating parties will be afforded an opportunity to respond at the time such information is provided. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.8.8.2 Request for Interpretation.** The hearing panel may request that the NCAA academic and membership affairs staff provide an interpretation of applicable bylaws based on facts submitted by the panel. If an interpretation is requested, the participating parties and enforcement staff will be notified in writing of the interpretation request and the response. If participating in the hearing, the institution may appeal the interpretation in accordance with Bylaw 9.3.1.2. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

# 19.9 Limited Resolution.

**19.9.1 Standard for Limited Resolution.** When a case is not appropriate for full hearing resolution pursuant to Bylaw 19.8 and parties are unable to reach the requisite agreement for negotiated resolution pursuant to Bylaw 19.10, contested portions of a case shall be resolved by a hearing panel of the Committee on Infractions via a written record hearing or a summary disposition. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2 Written Record Hearing.** In instances where the enforcement staff and a participating party are unable to reach complete agreement on the facts, violations, level of an allegation and/or penalties, a hearing panel of the Committee on Infractions may resolve the case on the written record focused primarily on the contested portion(s) of the case. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.1 Notice of Allegations.** The enforcement staff shall issue a notice of allegations as outlined in Bylaw 19.8.3. In addition, the enforcement staff shall include: *(Adopted: 8/31/22 effective 1/1/23)*

(a) Level of agreement by the parties participating in the written resolution related to each allegation, the level(s) of the allegation(s), the aggravating and mitigating factors and the overall processing level of the case;

(b) Remaining issues to be resolved by a hearing panel of the Committee on Infractions; and

(c) Procedures related to resolution on the written record.

**19.9.2.2 Submission Deadlines.**

**19.9.2.2.1 Responses by Institution and/or Involved Individuals.** Any response to the notice of allegations shall be submitted to the hearing panel and the parties participating in the written record hearing no later than 60 days from the date of the notice of allegations. The responses shall be limited to the remaining issues as outlined in the Notice of Allegations. Failure to submit a timely response may be viewed by the panel as an admission that the alleged violation(s) occurred. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.2.1.1 Submission by a Member Conference.** A conference may submit a brief statement on behalf of its member who is subject to potential penalties pursuant to Bylaw 19.12 as an exhibit to the institution's response. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.2.2 Reply by the Enforcement Staff.** Within 45 days after submission of written response(s), the enforcement staff shall submit a written reply to the hearing panel and all parties participating in the written record hearing. The reply shall be limited to the remaining issues as outlined in the Notice of Allegations. As an exhibit to its reply, the enforcement staff shall prepare a chart summarizing the parties' positions on each allegation and aggravating and mitigating factors. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.2.3 Submission of Other Written Material.** Parties may only supplement their written responses with the permission of and/or at the request of the chief hearing officer. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.2.4 Extensions.** Extensions to any deadlines outlined above shall not be granted except in exceptional circumstances. Further, a denial of an extension request shall not support an argument on appeal that a hearing panel of the Committee on Infractions erred. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.3 Obligation to Present All Information Relevant to Contested Issues.** In their responses, the parties participating in the written record hearing shall include only information that is material and relevant to the identified contested issues and necessary for the hearing panel to reach an informed decision, including information that corroborates or refutes an allegation and information relevant for consideration in determining appropriate penalties. The panel may exclude information that it determines to be irrelevant, immaterial or unduly repetitious. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.4 Committee Deliberations.** After all written submissions have been received, the hearing panel shall deliberate in private. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.4.1 Request for Additional, Clarifying and/or New Information on Contested Violations and Issues.** In arriving at its decision, the hearing panel may request additional and/or clarifying information from the parties participating in the written record hearing related to contested areas identified by the parties. In the event new information is requested, all parties will be afforded an opportunity to respond at the time such information is provided. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.4.2 Request for Additional, Clarifying and/or New Information on Agreed-Upon Violations and Issues.** Violations and issues agreed upon by the participating parties are presumed appropriate and shall be accepted by the hearing panel of the Committee on Infractions unless acceptance would not be in the best interest of the Association. The hearing panel shall only request additional, clarifying or new information if there is a material error in the agreed-upon violations, the submission lacks the requisite level of agreement or further information is required to prescribe appropriate penalties, if any. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.2.4.3 Request for Interpretation.** The hearing panel may request that the NCAA academic and membership affairs staff provide an interpretation of applicable bylaws based on facts submitted by the panel. If an interpretation is requested, the participating parties will be notified in writing of the interpretation request and the response. If participating, the institution may appeal the interpretation in accordance with Bylaw 9.3.1.2. *(Adopted: 8/31/22 effective 1/1/23)*

**19.9.3 Summary Disposition.** In instances in which the institution, an involved individual and/or the enforcement staff reach agreement on the facts and violations but cannot reach agreement on the aggravating and mitigating factors and/or penalties, the parties may submit the case for resolution via summary disposition. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.9.3.1 Written Report.** The parties participating in the summary disposition shall submit a written report setting forth: *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/31/22 effective 1/1/23)*

(a) The proposed findings of fact;

(b) A summary of information on which the proposed findings of fact are based;

(c) A statement identifying the violation(s) of NCAA bylaws;

(d) The parties' agreement on the overall level of the case;

(e) A statement of unresolved issues;

(f) A list of any agreed-upon aggravating and mitigating factors; and

(g) A stipulation that the proposed findings of fact are substantially correct and complete.

**19.9.3.2 Proposed Penalties.** The parties participating in the summary disposition, excluding the enforcement staff, shall submit proposed penalties from the guidelines set forth in Bylaw 19.12 and Figure 19-1. The parties may also submit a

statement regarding any aggravating or mitigating factors and other considerations that may impact the penalty or penalties. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.9.3.3 Committee on Infractions Review.** A hearing panel of the Committee on Infractions shall deliberate in private. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.9.3.3.1 Request for Additional and/or Clarifying Information.** Prior to accepting or rejecting the summary disposition, the panel may request additional or clarifying information related to the overall level, aggravating and mitigating factors and/or penalties. Violations and issues agreed upon by the participating parties are presumed appropriate and shall be accepted by the hearing panel of the Committee on Infractions unless acceptance would not be in the best interests of the Association. The hearing panel shall only request additional, clarifying or new information if there is a material error in the agreed-upon violations, the submission lacks the requisite level of agreement or further information is required to prescribe appropriate penalties, if any. *(Adopted: 10/30/12, Revised: 8/31/22 effective 1/1/23)*

**19.9.3.3.2 Acceptance of Proposed Findings of Fact, Violations and Penalties.** If the panel accepts the proposed findings of fact and penalties, it shall prepare a report of its decision or adopt the written report of the parties. The panel may make additional comments explaining its analysis or amend the proposed findings of fact, provided any addition or amendment is editorial and does not alter the substance of the proposed findings of fact. The panel shall forward the report to the enforcement staff and the parties and publicly announce the resolution of the case pursuant to Bylaw 19.11. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/31/22 effective 1/1/23, 1/10/24)*

**19.9.3.3.3 Proposed Findings of Fact and/or Violations Not Accepted.** If the panel does not accept the proposed findings of fact, the case shall be processed as directed by the hearing panel. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/31/22 effective 1/1/23)*

**19.9.3.3.4 Proposed Penalties Not Accepted.** If the panel accepts the proposed findings of fact but proposes penalties in addition to those set forth in the written report, the parties participating in the summary disposition may accept those penalties or request an expedited hearing on penalties before the panel. The parties may appear before the panel in person or may provide a written submission in lieu of a hearing. The panel shall only consider information relevant to the calculation of penalties during the expedited hearing or, if no hearing is requested, on the written submission. At the conclusion of the expedited hearing or review of the written submission, the panel shall prepare a written report and provide notification of its decision. The parties may appeal additional penalties to the Infractions Appeals Committee. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

# 19.10 Negotiated Resolution.

**19.10.1 Standard for Negotiated Resolution.** In instances where the institution, an involved individual and/or the enforcement staff reach agreement on the pertinent facts, violations, classification and penalties, the parties may submit a negotiated resolution for approval by a hearing panel of the Committee on Infractions. The negotiated resolution must resolve all known violations for which the parties participating in the negotiated resolution may be subject to penalties pursuant to Bylaw 19.12. *(Adopted: 8/8/18, Revised: 10/31/18, 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.10.1.1 Timing of Negotiated Resolution.** Subject to Bylaw 19.7.6, the parties participating in a negotiated resolution may submit a written agreement any time after the conclusion of the enforcement staff's investigation until hearing panel review pursuant to Bylaw 19.8 or 19.9. *(Adopted: 8/31/22 effective 1/1/23)*

**19.10.2 Involvement of Parties in a Negotiated Resolution.**

**19.10.2.1 All Participating Parties Agree on Resolution.** If the institution and all participating involved individuals in the case agree to negotiated resolution, they shall submit the written agreement to the chair of the Committee on Infractions or the chief hearing officer, if assigned, for hearing panel review and approval. The enforcement staff shall also include the violations by and penalties related to any involved individual not participating in the case. A hearing panel of three Committee on Infractions members shall review the negotiated resolution if the parties submit the written agreement prior to issuance of the summary disposition report or notice of allegations. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

**19.10.2.2 Not All Participating Parties Agree on Resolution.** If, pursuant to the process outlined in Bylaw 19.7.6, some but not all parties participating in the case agree on negotiated resolution, the enforcement staff shall include the written agreement of negotiated resolution as a part of the resolution processes outlined in Bylaws 19.8 and/or 19.9, including amending the submissions if necessary. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

**19.10.3 Written Agreement.** Any negotiated resolution shall contain the following: *(Adopted: 8/8/18, Revised: 10/31/18, 8/31/22 effective 1/1/23)*

(a) A brief description of the case, including the involvement of the parties included in the negotiated resolution;

(b) The agreed-upon violation(s);

(c) Other violations the enforcement staff considered and agreed or opted not to allege;

(d) The agreed-upon level of agreed-upon violation(s);

(e) The agreed-upon penalties, including all aggravating and mitigating factors;

(f) The nature of any participation or cooperation provided by a party pursuant to the negotiated resolution, and consequences for a party's failure or refusal to strictly adhere to the agreed-upon participation and cooperation conditions;

(g) Waiver of appellate opportunities; and

(h) Other material terms of the agreement.

**19.10.4 Scope of Review.** A hearing panel shall only reject a negotiated resolution if it is not in the best interests of the Association or the agreed-upon penalties are manifestly unreasonable pursuant to Bylaw 19.12 and Figure 19-1. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

**19.10.5 Preliminary Assessment of Penalties.** Prior to submission of a written agreement, parties participating in the negotiated resolution may request a hearing panel of three Committee on Infractions members to preliminarily assess whether the agreed-upon penalties are manifestly unreasonable pursuant to Bylaw 19.12 and Figure 19-1. The preliminary assessment is not binding. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

> **19.10.5.1 Approval in Conjunction with Preliminary Assessment.** Unless the parties instruct otherwise, the hearing panel may approve the negotiated resolution in conjunction with its preliminary assessment provided the written agreement complies with Bylaw 19.10.3. *(Adopted: 1/23/19, Revised: 8/31/22 effective 1/1/23)*

> **19.10.5.2 Review By Hearing Panel After Preliminary Assessment.** If practicable, the members of the panel that preliminarily assessed penalties will review the negotiated resolution when the written agreement is submitted to the Committee on Infractions. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

**19.10.6 Negotiated Resolution Approved.** If the hearing panel approves the negotiated resolution, the panel shall forward the approval to the enforcement staff and parties participating in the negotiated resolution, and publicly announce the resolution of the case pursuant to Bylaw 19.11. The approved penalties shall be effective immediately, unless ordered otherwise by the hearing panel. The approval shall be final and have no precedential value. *(Adopted: 8/8/18, Revised: 10/31/18, 8/31/22 effective 1/1/23)*

> **19.10.6.1 Approval When Not All Parties Participate in Negotiated Resolution.** If, pursuant to Bylaw 19.7.6, some but not all parties resolve their portion of the case via negotiated resolution, the hearing panel may approve the negotiated resolution and release a decision in accordance with Bylaw 19.11. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

**19.10.7 Negotiated Resolution Not Approved.** If the hearing panel does not approve the negotiated resolution, the panel may return the negotiated resolution to the parties participating in the negotiated resolution for additional information or clarification and request that the parties submit an amended written agreement in response. In the alternative, the panel may reject the negotiated resolution and issue instructions for processing of the case pursuant to Bylaw 19.8 or Bylaw 19.9. *(Adopted: 8/8/18, Revised: 10/31/18, 8/31/22 effective 1/1/23)*

> **19.10.7.1 Continued Review by Hearing Panel After Rejection of Negotiated Resolution.** If practicable, the members of the panel that rejected the negotiated resolution will serve on the hearing panel, which may differ in size, when the case proceeds to a full hearing resolution pursuant to Bylaw 19.8 or a limited resolution pursuant to Bylaw 19.9. *(Adopted: 10/31/18, Revised: 8/31/22 effective 1/1/23)*

# 19.11 Committee on Infractions Decisions.

**19.11.1 Full Infractions Decision.** After resolution of all allegations pursuant to Bylaws 19.8, 19.9 and/or 19.10, the Committee on Infractions hearing panel shall prepare and approve the final, full infractions decision. The decision shall identify by name all involved individuals and representatives of the institution's athletics interests who committed Level I or Level II violations. It may also identify by name the chancellor or president of the institution in cases involving lack of institutional control and the director of athletics and/or any individual with direct responsibility and oversight of the athletics department in cases involving lack of institutional control or failure to monitor. The full infractions decision shall be provided to the chancellor or president of the involved institution (or a designee), any involved individuals and the vice president of enforcement. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23, 1/10/24)*

> **19.11.1.1 Abbreviated Infractions Decision.** If a case is resolved through multiple resolution methods pursuant to Bylaw 19.7.6, the hearing panel shall prepare and approve an abbreviated infractions decision when each resolution method

concludes. The abbreviated infractions decision shall be provided to the parties participating in that resolution method. *(Adopted: 8/31/22 effective 1/1/23)*

**19.11.2 Public Release of Full Infractions Decision.** Once the full infractions decision has been provided to the parties, the hearing panel shall release it publicly. The public decision shall identify by name all involved individuals and representatives of the institution's athletics interests who committed Level I or Level II violations. It may also identify by name the chancellor or president of the institution in cases involving lack of institutional control and the director of athletics and/or any individual with direct responsibility and oversight of the athletics department in cases involving lack of institutional control or failure to monitor. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23, 1/10/24)*

**19.11.2.1 Impact of Multiple Resolution Methods on Public Release.** If a case is resolved through multiple resolution methods, the hearing panel shall release a public statement as each resolution method concludes. The public statement shall include the method of resolution, the parties involved, a brief summary of the findings and penalties and the remaining portions to be resolved, if any. The party whose portion of the case was resolved may also confirm resolution consistent with the hearing panel's statement. The party may only make additional comment with the consent of the enforcement staff and hearing panel. After the case is fully resolved, the hearing panel shall issue a full infractions decision in accordance with Bylaws 19.11.1 and 19.11.2. *(Adopted: 8/31/22 effective 1/1/23)*

**19.11.3 Public Announcement.** Once the full infractions decision has been released publicly, the panel member designated by the chief hearing officer may hold a press conference related to the infractions case. Except as allowed pursuant to Bylaws 19.3 and 19.11.2.1, the institution and/or any involved individuals shall not comment publicly until the conclusion of the panel's press conference. Parties who fail to adhere to these requirements may be sanctioned by the Committee on Infractions. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.11.4 Reconsideration by the Hearing Panel.** Once the full infractions decision has been publicly announced by the Committee on Infractions hearing panel and the appeal opportunity has been exhausted, there shall be no reconsideration of the decision except as follows. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.11.4.1 New Information or Prejudicial Error.** A hearing panel may reconsider a decision upon a showing of new information that is directly related to the decision or upon a showing that there was prejudicial error in processing the case. *(Revised: 1/9/96, 10/30/12 effective 8/1/13, 7/31/14, 8/31/22 effective 1/1/23)*

**19.11.4.1.1 Review Process.** Any institution or involved individual may initiates a review by submitting a brief of its request to the hearing panel of the Committee on Infractions. The hearing panel shall decide whether to deny or grant the request and conduct further proceedings as the panel deems necessary to resolve the matter. *(Revised: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.11.4.1.2 No Calculation of New Penalty.** If reconsideration is granted, the panel may reduce or eliminate a penalty but may not prescribe any new penalty. The panel's decision with respect to the penalty shall be final and conclusive for all purposes. *(Revised: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.11.4.2 Penalty Modified or Set Aside Outside the Association.** Should any portion of the penalty in the case be modified or set aside for any reason other than by appropriate action of the Association, the penalty shall be reconsidered by a hearing panel. In such cases, any extensions or adjustment of a penalty shall be prescribed by the panel after notice to the institution and/or an involved individual and an opportunity to respond. Any such action by the panel may be reviewed by the Infractions Appeals Committee. *(Revised: 10/30/12 effective 8/1/13, 8/31/22 effective 1/1/23)*

**19.11.5 Finality of Decisions.** Any decision by a hearing panel of the Committee on Infractions that is not appealed or reconsidered pursuant to Bylaw 19.11.4 shall be final, binding and conclusive, and shall not be subject to further review by any governance body. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

# 19.12 Penalties.

**19.12.1 Calculation of Penalty.** If a hearing panel concludes that a violation occurred, it shall prescribe an appropriate penalty or recommend to the Board of Directors suspension or termination of membership in an appropriate case. Failure to fully implement the prescribed penalty may be considered a violation and/or may subject the institution, and/or an institution employing an involved individual under a show-cause order, to further disciplinary action by the Committee on Infractions. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.12.2 Factors Affecting Penalties.** The hearing panel shall determine whether any factors that may affect penalties are present for a case. The panel shall weigh any factors and determine whether a party should be subject to standard penalties or should be classified with aggravation or mitigation and, therefore, subject to a higher or lower range of penalties. Absent extenuating circumstances, core penalties corresponding to the classification shall be prescribed as set forth in Figure 19-1. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.12.2.1 Aggravation.** An aggravated case is one in which aggravating factors for a party outweigh mitigating factors for that party. A case should not be classified as aggravated solely because the number of aggravating factors is larger than the number of mitigating factors. An egregious aggravating factor may outweigh multiple mitigating factors. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.12.2.2 Standard.** A standard case is one in which no mitigating or aggravating factors are present for a party or in which aggravating and mitigating factors for that party are generally of equal weight. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.12.2.3 Mitigation.** A mitigated case is one in which mitigating factors for a party outweigh aggravating factors for that party. A case should not be classified as mitigated solely because the number of mitigating factors is larger than the number of aggravating factors. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.12.3 Aggravating Factors.** Aggravating factors are circumstances that warrant a higher range of penalties for a particular party. A hearing panel determines whether aggravating factors are present in a case and the weight assigned to each factor. Examples of aggravating factors include, but are not limited, to the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 8/8/18, 9/24/18, 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.12.3.1 Aggravating Factors for Institutions.** *(Adopted: 8/31/22 effective 1/1/23)*

(a) Multiple Level I and/or Level II violations for which the institution is responsible;

(b) Lack of institutional control;

(c) Failing or refusing to take all appropriate steps outlined in Bylaw 19.2.1 to advance resolution of the matter, including steps that hinder or thwart the institution and/or enforcement staff's investigation;

(d) Violations were premeditated, deliberate or committed after substantial planning;

(e) Persons of authority condoned, participated in or negligently disregarded the violation or related wrongful conduct;

(f) One or more violations caused ineligible competition;

(g) A pattern of noncompliance within the sport program(s) involved;

(h) Conduct intended to generate pecuniary gain for the institution;

(i) Intentional, willful or blatant disregard for NCAA bylaws by a person with institutionally derived authority;

(j) The institution employs an athletics department staff member who is subject to a show-cause order and during the period of the show-cause order that individual's conduct, or for a director of athletics and/or head coach, conduct involving any program in which the individual has oversight, results in an institutional Level I or Level II violation in the case;

(k) Involvement by a representative of the institution's athletics interests in violations;

(l) Conduct by a party and/or their representative that inhibits the Committee on Infractions' ability to effectively manage the docket, ensure a professional and civil decorum in all proceedings and/or otherwise efficiently resolve infractions cases; and

(m) Other facts warranting a higher penalty range.

**19.12.3.2 Aggravating Factors for Involved Individuals.** *(Adopted: 8/31/22 effective 1/1/23)*

(a) Multiple Level I and/or Level II violations;

(b) Failing or refusing to take all appropriate steps outlined in Bylaw 19.2.1 to advance resolution of the matter, including steps that hinder or thwart the institution and/or enforcement staff's investigation;

(c) Violations were premeditated, deliberate or committed after substantial planning;

(d) Persons of authority condoned, participated in or negligently disregarded the violation or related wrongful conduct;

(e) One or more violations caused ineligible competition;

(f) Conduct or circumstances demonstrating an abuse of a position of trust;

(g) A pattern of noncompliance within the sport program(s) involved;

(h) Conduct intended to generate pecuniary gain for the individual;

(i) Intentional, willful or blatant disregard for NCAA bylaws;

(j) Involvement by a representative of the institution's athletics interests in violations;

(k) Conduct by a party and/or their representative that inhibits the Committee on Infractions' ability to effectively manage the docket, ensure a professional and civil decorum in all proceedings and/or otherwise efficiently resolve infractions

cases; and

(l) Other facts warranting a higher penalty range.

**19.12.4 Mitigating Factors.** Mitigating factors are circumstances that warrant a lower range of penalties for a particular party. A hearing panel determines whether mitigating factors are present in a case and the weight assigned to each factor. Examples of mitigating factors include, but are not limited to, the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 10/5/16, 4/25/18, 4/27/18, 8/8/18, 9/24/18, 1/23/19 effective 8/1/19, 10/28/22 effective 1/1/23)*

**19.12.4.1 Mitigating Factors for Institutions.** *(Adopted: 10/28/22 effective 1/1/23, Revised: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

(a) Prompt self-disclosure of the violation(s);

(b) Prompt acknowledgement and acceptance of responsibility for the violations;

(c) Institution self-imposed meaningful corrective measures and/or penalties;

(d) Affirmative steps to expedite final resolution of the matter, including a good faith request for an accelerated hearing docket pursuant to Bylaw 19.8.4, timely submission of a summary disposition report pursuant to Bylaw 19.9.3 or timely submission of a negotiated resolution pursuant to Bylaw 19.10;

(e) An established history of self-reporting Level III or secondary violations (i.e., at minimum, five violations per year for the previous five years);

(f) Implementation of a system of compliance methods designed to ensure rules compliance and satisfaction of institutional/coaches' control standards. Additional considerations include:

   (1) Whether the institution's compliance system aligns with industry standards, such as adoption of the National Association of Athletics Compliance Reasonable Standards;

   (2) Whether the compliance system was in place at the time the violation(s) occurred; and

   (3) Whether the compliance system detected or should have detected the violation(s).

(g) The absence of prior conclusions of Level I, Level II or major violations within the past 10 years;

(h) Securing the meaningful cooperation of an individual who does not have an affirmative obligation to cooperate under Bylaw 19.2.1 (Responsibility to Cooperate); and

(i) Other facts warranting a lower penalty range.

**19.12.4.2 Mitigating Factors for Involved Individuals.** *(Adopted: 8/31/22 effective 1/1/23, Revised: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

(a) Prompt self-disclosure of the violation(s);

(b) Prompt acknowledgement of and acceptance of responsibility for the violation(s);

(c) Agreement to or proposing meaningful corrective measures and/or penalties consistent with Figure 19-1;

(d) Affirmative steps to expedite final resolution of the matter, including timely submission of a summary disposition report pursuant to Bylaw 19.9.3, timely submission of a negotiated resolution pursuant to Bylaw 19.10 or a good faith request for an accelerated hearing docket pursuant to 19.8.4.6;

(e) The absence of prior conclusions of Level I, Level II or major violations;

(f) Securing the meaningful cooperation of an individual who does not have an affirmative obligation to cooperate under Bylaw 19.2.1 (Responsibility to Cooperate); and/or

(g) Other facts warranting a lower penalty range.

**19.12.5 Application of Exemplary Cooperation.** As defined in Bylaw 19.2.1.1, a party may demonstrate exemplary cooperation by exceeding the elements of cooperation set forth in Bylaw 19.2.1. A hearing panel has the sole authority to determine whether a party demonstrated exemplary cooperation. In making the determination, the hearing panel will consider a party's behavior throughout the entirety of the infractions process, starting from the time the party became aware of potential violations through the resolution of the case. *(Adopted: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

**19.12.5.1 Impact on Case Classification.** If the hearing panel determines a party demonstrated exemplary cooperation, the hearing panel shall reduce the party's case by one classification (e.g., aggravated to standard or standard to mitigated). An application of exemplary cooperation will not change the level of the case. *(Adopted: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

**19.12.5.2 Impact on Postseason Competition Penalty.** If the hearing panel determines an institution demonstrated exemplary cooperation, the hearing panel shall not prescribe a postseason competition ban. The hearing panel may prescribe alternative penalties (e.g., a fine offsetting postseason distribution, additional recruiting and practice opportunities limitations, etc.). *(Adopted: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

**19.12.5.2.1 Exception -- Repeat Violators.** Even if a hearing panel determines that a party demonstrated exemplary cooperation, it may prescribe a postseason competition ban and/or decline to reduce the case classification if the institution or individual is a repeat violator (see Bylaw 19.12.7). *(Adopted: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

## 19.12.6 Repeat Violators.

**19.12.6.1 Time Period.** An institution shall be considered a repeat violator if the Committee on Infractions finds that a Level I or Level II violation has occurred within five years of the starting date of a Level I or Level II penalty stemming from a previous case. For this provision to apply, it shall not be necessary that the Committee on Infractions' hearing be conducted or its decision issued within the five-year period. An involved individual shall be considered a repeat violator if any of the three divisional Committees on Infractions previously concluded the individual was involved in a Level I, Level II or major violation. *(Adopted: 8/31/22 effective 1/1/23)*

**19.12.6.2 Repeat Violator Penalties.** In prescribing penalties for an institution or individual who is a repeat violator as defined by Bylaw 19.12.6.1, a hearing panel may depart upward from the core penalties identified in Figure 19-1 pursuant to Bylaw 19.12.8 including the prescription of a postseason competition ban even if exemplary cooperation is present (see Bylaw 19.12.5.2.1). *(Adopted: 8/31/22 effective 1/1/23, Revised: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

## 19.12.7 Core Penalties for Level I and Level II Violations.
If a hearing panel concludes pursuant to Bylaw 19.8 or 19.9 or the parties participating in a negotiated resolution pursuant to Bylaw 19.10 agree that an institution or involved individual committed Level I and/or Level II violation(s), and after determining the appropriate classification based on aggravating and mitigating factors, the hearing panel shall prescribe and/or the parties participating in a negotiated resolution should agree to core penalties from the ranges set forth in Figure 19-1 and described below. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.12.7.1 Competition Penalties.** Competition limitations on the institution's participation in postseason play in the involved sport(s) shall be limited to Level I cases that do not involve exemplary cooperation. Competition limitations shall be prescribed in Level I-Aggravated cases, and the panel shall have the discretion to prescribe competition limitations in Level I-Standard cases that lack exemplary cooperation. The panel may prescribe competition limitations to specific institutional sport programs and/or, if applicable, attach a competition limitation to an involved individual's show-cause order. If a postseason competition ban is not prescribed, the panel shall consider appropriate equivalent penalties associated with postseason competition (e.g., a fine equal to amount of postseason revenue distribution, additional restrictions on recruiting and practice opportunities, etc.). *(Adopted: 10/30/12 effective 8/1/13, Revised: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

**19.12.7.1.1 Competition Penalties for Repeat Violators.** If a party is a repeat violator (see Bylaw 19.12.6), the panel may prescribe a postseason competition ban consistent with the ranges identified in Figure 19-1 and Bylaw 19.12.6.2, regardless of the presence of exemplary cooperation (see Bylaw 19.12.5.2.1). *(Adopted: 6/26/24 effective 8/1/24 applicable to new and open cases that are decided by the Committee on Infractions on or after 8/1/24)*

**19.12.7.2 Financial Penalties.** Financial penalties may include requirements that an institution pay a fine, return revenue received from a specific athletics event or series of events, face reduction in or elimination of monetary distribution by the Association or lose all revenue sharing in postseason competition (including the NCAA Division I Men's Basketball Championship) for the entire period of a postseason ban. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/8/18)*

**19.12.7.2.1 Fine for Participation in NCAA Championship and Other Postseason Contests in Which an Ineligible Student-Athlete Competed.** A hearing panel may require an institution to pay a fine, to be distributed to the NCAA Student-Athlete Opportunity Fund, if an ineligible student-athlete competes in NCAA championship or other postseason contests. In such a case, the institution shall pay the value of the full unit(s) [Basketball Performance Fund unit(s) and/or Equal Conference Fund unit(s)] awarded based on the institution's participation in NCAA Division I Men's Basketball Championship contests in which the ineligible student-athlete competed, or shall pay the value of a similar distribution awarded for the institution's participation in other NCAA championship or postseason contests in which the ineligible student-athlete competed. *(Adopted: 1/23/19)*

**19.12.7.3 Scholarship Reductions.** Limitations on the number of financial aid awards that may be provided during a specified period. *(Adopted: 10/30/12 effective 8/1/13)*

**19.12.7.4 Show-Cause Orders.** If a determination is made that an institution has not taken appropriate disciplinary or corrective action regarding an individual found in violation of NCAA bylaws, the panel may issue and/or approve an order that the institution take additional disciplinary or corrective action, including but not limited to, restriction of some or all athletically related duties, as set forth in Figure 19-1, unless the institution appears before the panel to show cause why the additional penalties should not be applied. Decisions regarding disciplinary or corrective actions involving personnel shall be made by the institution, but the determination of whether the action satisfies the institution's obligation of NCAA membership shall rest solely with the Committee on Infractions. Show-cause orders begin with the release of the infractions decision pursuant to Bylaw 19.11.2 or, if multiple resolution methods are involved, the release of the public statement pursuant to Bylaw 19.11.2.1. The show-cause order is prospective in nature. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23, 1/10/24)*

**19.12.7.4.1 Institutional or Sport Program Penalties within a Show-Cause Order.** In addition to restrictions on athletically related duties, the panel may also attach institutional and/or sport program specific penalties (e.g., scholarship reductions, recruiting restrictions, countable athletically related activities limitations, postseason bans) as conditions of an involved individual's show-cause order. Institutional and/or sport program specific penalties may be appropriate if, for example, the involved individual's conduct was intentional, egregious or the conduct provided or was intended to provide an institution or sport program with a competitive advantage. Institutional or sport program penalties within a show-cause order shall apply to any employing institution during the designated period of the penalties. An employing institution may appear before the panel to show cause why the penalties should not be applied.
*(Adopted: 1/10/24)*

**19.12.7.5 Suspensions.** If a determination is made that an employing institution has not taken appropriate disciplinary or corrective action regarding an involved individual found in violation of NCAA legislation, the panel may issue and/or approve an order that the institution suspend the involved individual for a period of time from the range set forth in Figure 19-1 unless the institution appears before the panel to show cause why the suspension should not be applied. Unless otherwise specified by the panel, the suspension shall apply to all athletically related duties during the designated time period. Decisions regarding disciplinary or corrective actions involving personnel shall be made by the institution, but the determination of whether the action satisfies the institution's obligation of NCAA membership shall rest solely with the Committee on Infractions. The suspension shall begin following the release of the infractions decision with the next scheduled contest of the championship segment, unless a different starting date is specified by the panel (e.g., conference schedule, postseason, etc.). *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23, 1/10/24)*

**19.12.7.6 Recruiting Restrictions.** Recruiting restrictions may include limitations for varying lengths of time on official visits; unofficial visits (the number of scheduled unofficial visits, provision of complimentary admissions and local transportation); recruiting communications (telephone and written correspondence); and off-campus recruiting activities. *(Adopted: 10/30/12 effective 8/1/13)*

**19.12.7.7 Probation.** The hearing panel may prescribe and/or approve probationary conditions designed on a case-by-case basis to remediate weaknesses detected in the institution's administration of its athletics programs. Prior to expiration of the probation period and before the institution is restored to full rights and privileges of membership in the Association, the office of the Committee on Infractions will review the athletics policies and practices of the institution. If an institution fails to satisfy all probationary conditions, the Committee on Infractions may extend the probationary period and/or prescribe additional penalties. Conditions of probation may include, but are not limited to, the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

(a) Submission of compliance reports during the period of probation;

(b) Acknowledgement in alumni publications, media guides and recruiting materials identifying the violations committed, the terms of probation, and penalties prescribed;

(c) Written confirmation to the Committee on Infractions that the institution's president or chancellor met with student-athletes, athletics department staff and other relevant parties to personally affirm the president or chancellor's commitment to NCAA rules compliance, shared responsibility and preserving the integrity of intercollegiate athletics;

(d) Requiring an institution to announce during broadcast contests, on its website and in institutional publications that it is on probation and the reasons why the probation was prescribed;

(e) In cases in which an institution is found to lack institutional control and serious remediation is necessary, in-person reviews of the institution's athletics policies and practices by the office of the Committee on Infractions or, in limited circumstances, as appropriate, Committee on Infractions or a third party;

(f) Implementation of educational or deterrent programs; or

(g) Audits for specific programs or teams.

**19.12.8 Departures from Level I and Level II Core Penalties.** If extenuating circumstances are found, the hearing panel and/or the parties participating in a negotiated resolution may depart from the core penalties in Figure 19-1, provided the panel's decision and/or written agreement explain the basis for its prescription of core penalties different than those set forth in Figure 19-1. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.12.9 Additional Penalties for Level I and Level II Violations.** Additional penalties for Level I and/or Level II violations may include one or more of the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/7/14, 8/31/22 effective 1/1/23, 1/10/24)*

(a) Prohibition against specified competition in the sport during the regular season;

(b) Prohibition of all coaching staff members in the sport from involvement, directly or indirectly, in any coaching activities at the institution during the regular season;

(c) Prohibition against institutional staff members serving on the Board of Directors, Council or other committees of the Association for a prescribed period (or requirement that any institutional staff members serving in leadership positions on any NCAA council or committee resign their leadership positions);

(d) Requirement that the institution relinquish its voting privilege in the Association for a prescribed period;

(e) Recommendation that the institution's membership in the Association be suspended or terminated pursuant to Bylaw 20.2.5;

(f) Public reprimand and censure;

(g) Vacation of records in contests in which a student-athlete competed while ineligible, including one or more of the following:

  (1) Vacation of individual records and performances;

  (2) Vacation of team records and performances, including wins from the career record of the head coach in the involved sport, or, in applicable cases, reconfiguration of team point totals; or

  (3) Return of individual or team awards to the Association.

(h) Prohibition against television appearances of the institution in the sport in which the violation occurred. The penalty shall specify that the institution may not enter into any contracts or agreements for such appearances until the institution has been restored to full privileges of membership. The Board of Directors is authorized to permit a closed-circuit telecast, limited to the campus of the opponent of the ineligible institution, provided no rights fee is to be paid to the ineligible institution;

(i) Pursuant to a show-cause order, disassociation of relations with a representative of an institution's athletics interests, including:

  (1) Not accepting any assistance from the individual, independent agency or organization that would aid in the recruitment of prospective student-athletes or the support of enrolled student-athletes;

  (2) Not accepting financial assistance for the institution's athletics program from the individual, independent agency or organization;

  (3) Not accepting financial assistance from the individual, independent agency or organization;

  (4) Prohibiting the individual's, independent agency's or organization's presence at or access to institutional athletics facilities or events;

  (5) Prohibiting the institution from offering the individual, independent agency or organization the option to purchase tickets to athletics events;

  (6) Ensuring that no athletics benefit or privilege is provided to the individual, independent agency or organization that is not generally available to the public at large; and

  (7) Taking such other actions against the individual, independent agency or organization that the institution determines to be within its authority to eliminate the involvement of the individual, independent agency or organization in the institution's athletics program.

(j) Publicizing institutions on probation on the NCAA website, in appropriate NCAA publications and in NCAA championship game programs of the involved sports;

(k) Institutionally imposed suspension of a staff member from some or all athletically related duties for a specified period, pursuant to a show-cause order, for a situation in which the staff member engaged in or condoned a Level I or Level II violation; or

(l) Other penalties as appropriate.

**19.12.10 Penalties for Level III Violations.** Penalties for Level III violations may include, but are not limited to, the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/14/17, 8/31/22 effective 1/1/23)*

(a) Termination of the recruitment of a prospective student-athlete by the institution or, if the prospective student-athlete enrolls (or has enrolled) in the institution, direction that the institution take appropriate action regarding eligibility pursuant to Bylaw 12.12 and/or not allow the student-athlete to participate in intercollegiate athletics unless and until eligibility is restored by the Committee on Student-Athlete Reinstatement;

(b) Forfeiture/vacation of contests in which an ineligible student-athlete participated;

(c) Prohibition of the head coach or other staff members in the involved sport from participating in any off-campus recruiting activities for up to one year;

(d) An institutional fine for each violation, with the monetary penalty ranging in total from $500 to $5,000, except if an ineligible student-athlete participates in an NCAA championship or other postseason competition, the $5,000 limit shall not apply;

(e) Reduction in the number of financial aid awards that may be awarded during a specified period in the sport involved to the maximum extent of 20 percent of the maximum number of awards normally permissible in that sport;

(f) Institutional recertification that its current athletics policies and practices conform to all requirements of NCAA bylaws;

(g) Institutionally imposed suspension of the head coach or other staff members for one or more competitions;

(h) Public reprimand; and

(i) Requirement that a member institution that has been found in violation, or that has an athletics department staff member who has been found in violation of NCAA bylaws while representing another institution, show cause why a penalty or an additional penalty should not be prescribed if it does not take appropriate disciplinary or corrective action against the athletics department personnel involved, any other institutional employee, if the circumstances warrant, or representatives of the institution's athletics interests.

**19.12.11 Show-Cause Penalties.** If a hearing panel prescribes and/or approves additional penalties for an institution for Level I or Level II violations pursuant to Bylaw 19.12.7.4, the institution shall be provided the opportunity to appear before the panel. Further, for show-cause penalties prescribed by a Committee on Infractions hearing panel, the institution shall be provided the opportunity to appeal any additional penalty prescribed by the panel. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.12.12 Notification of Regional Accrediting Agency.** In cases in which the hearing panel has found and/or approved academic violations or questionable academic conduct, the NCAA president may forward a copy of the public infractions decision to the appropriate regional accrediting agency. *(Revised: 10/30/12 effective 8/1/13, 10/28/22 effective 1/1/23)*

**19.12.13 Obligation of Institution to Take Appropriate Action.** If a violation has been found that affects the eligibility of one or more student-athletes, the institution and its conference, if any, shall be notified of the violation and the name(s) of the student-athlete(s) involved. If the institution fails to take appropriate action by declaring the student-athlete(s) ineligible, the institution shall be required to show cause to the Committee on Infractions why additional penalties should not be prescribed for a failure to abide by the conditions and obligations of membership if it permits the student-athlete(s) to compete in intercollegiate athletics. *(Revised: 1/10/95, 4/24/03, 10/30/12 effective 8/1/13, 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

# 19.13 Appeal of Committee on Infractions Decisions.

## 19.13.1 Basis for Granting an Appeal.

### 19.13.1.1 Findings and Conclusions.
A Committee on Infractions hearing panel's factual findings and its conclusion that one or more violations occurred shall be affirmed if there is information in the case record supporting the hearing panel's decision. The hearing panel's factual findings and conclusions shall not be set aside except on a showing by the appealing party that no reasonable person could have made the decision after considering the record. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.13.1.2 Level and Classification.** A Committee on Infractions hearing panel's level decision and determination and weighing of aggravating and mitigating factors shall be affirmed if there is information in the case record supporting the hearing panel's decision. The hearing panel's level decision and determination and weighing of aggravating and mitigating factors shall not be set aside except on a showing by the appealing party that no reasonable person could have made the decision after considering the record. *(Adopted: 8/31/22 effective 1/1/23 applicable to new and open cases for which an appeal of a Committee on Infractions decision is requested on or after 1/1/23.)*

**19.13.1.3 Penalties.** A core penalty prescribed by the Committee on Infractions hearing panel shall not be subject to appeal if it is within the range of penalties in Figure 19-1 corresponding to the case classification. An additional penalty shall be affirmed if there is information in the case record supporting the hearing panel's decision. An additional penalty shall not be set aside except on a showing by the appealing party that no reasonable person could have made the decision after considering the record. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.13.2 Appeal by Institution or Involved Individual.** An institution participating in the proceedings of a Committee on Infractions hearing panel may appeal the panel's findings, conclusions, determinations and/or penalties prescribed for violations of NCAA bylaws. An involved individual participating in the proceedings of the panel and who the panel concluded committed a violation may appeal the panel's findings, conclusions, determinations and/or prescribed penalties regarding that individual for violations in which the individual is named. The notice of intent to appeal must be presented in writing to the Infractions Appeals Committee not later than 15 calendar days after the date the hearing panel releases the public infractions decision. *(Adopted: 10/30/12 effective 8/1/13, Revised: 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

**19.13.2.1 Contents of Notice of Intent to Appeal.** The notice of intent to appeal shall include the following, unless otherwise ordered by the Infractions Appeals Committee: *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

(a) The date on which the decision of the hearing panel was released to the public;

(b) A request, if applicable, for a stay of penalties pursuant to Bylaw 19.13.2.2; and

(c) If the appealing party is an involved individual, a statement indicating whether the individual is employed at an NCAA institution. If the involved individual's employment status changes during the course of the appeal, the statement shall be amended promptly to reflect the change and the identity of the new employer.

**19.13.2.2 Stay of Penalties.** Filing a notice of intent to appeal does not automatically stay penalties prescribed by a hearing panel of the Committee on Infractions. In its notice of intent to appeal, a party may request the Infractions Appeals Committee stay any penalty subject to appeal. Upon such a request, the Infractions Appeals Committee shall stay any appealed penalty during the pendency of the appeal. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.13.3 Written Materials on Appeal.** Materials may be submitted as set forth below, subject to procedures promulgated by the Infractions Appeals Committee or as otherwise directed by the committee. Extensions to any deadlines set forth below shall not be granted except in exceptional circumstances. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.13.3.1 Initial Submission by Institution or Involved Individual.** Within 30 days after receipt of the Infractions Appeals Committee's acknowledgement of a timely notice of intent to appeal, an appealing institution or individual shall provide its initial submission. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.13.3.2 Response by Committee Appeals Advocate.** Within 30 days after receipt of an initial submission in support of its appeal by an institution or involved individual, the committee appeals advocate shall submit a response to the Infractions Appeals Committee. *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/19/19, 8/31/22 effective 1/1/23)*

**19.13.3.3 Rebuttal by Institution or Involved Individual.** Within 14 days after receipt of the committee appeals advocate's response, an institution or involved individual may submit a rebuttal to the Infractions Appeals Committee. The rebuttal may only address issues contained in the initial submission or the committee appeals advocate's response. *(Adopted: 10/30/12 effective 8/1/13)*

**19.13.3.4 Enforcement Staff Statement.** Within 10 days after the deadline for submission of all rebuttals, the enforcement staff may provide a written statement to the Infractions Appeals Committee regarding perceived new information, errors, misstatements and omissions relating to the initial submission(s), the committee appeals advocate's response and/or rebuttal documents. The enforcement staff's statement shall be included in the record on appeal and considered by the Infractions Appeals Committee. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.13.4 Information Considered on Appeal.** The Infractions Appeals Committee shall consider only the information contained in the record of proceedings before the Committee on Infractions, the record on appeal and arguments presented during the appeal oral argument, if any, unless otherwise ordered by the Infractions Appeals Committee. If an institution or involved individual seeks to introduce new information during the appeal process, the Infractions Appeals Committee shall

determine whether it meets the threshold definition of new information per Bylaw 19.02.2 and, if so, may stay the appeal and remand the matter to the assigned panel to conduct further proceedings as may be necessary to address whether the information affects the panel's decision and to amend the decision, if necessary. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.13.5 Mode of Appeal.** Appeal arguments shall be reviewed on the written record and parties may not request oral argument. In extenuating circumstances, the Infractions Appeals Committee may order limited oral argument if a majority of committee members determine that a decision cannot be rendered in the absence of oral argument. If ordered, an oral argument may be conducted subject to procedures promulgated by the Infractions Appeals Committee or as otherwise directed by the committee. The total time allowed for presentations, rebuttal (if any) and responses to the Infractions Appeals Committee's questions shall not exceed 60 minutes per party. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23)*

**19.13.6 Decision of the Infractions Appeals Committee.** After considering the appeal and deliberating privately, the Infractions Appeals Committee shall prepare a written decision and provide a copy to any appealing party (including the president or chancellor of an institution currently employing an involved individual), the chair of the Committee on Infractions, the committee appeals advocate and the vice president of enforcement, unless otherwise ordered by the committee. If the committee affirms the hearing panel's decision, it may issue a summary decision stating its conclusions without further discussion. Once the decision has been provided to the parties, the committee shall release a public appeal decision. The public appeal decision shall identify by name all involved individuals and representatives of the institution's athletics interests who committed Level I or Level II violations. It may also identify by name the chancellor or president of the institution in cases involving lack of institutional control and the director of athletics and/or any individual with direct responsibility and oversight of the athletics department in cases involving lack of institutional control or failure to monitor. *(Adopted: 10/30/12 effective 8/1/13, Revised: 8/31/22 effective 1/1/23, 1/10/24)*

**19.13.7 Final Decision not Subject to Further Review.** Any decision of the Infractions Appeals Committee shall be final, binding and conclusive, and shall not be subject to further review by any governance body. *(Adopted: 10/30/12 effective 8/1/13)*

# 19.14 Notice of Allegations, Opportunity to Respond and Penalties (Level III Cases).

**19.14.1 General Process for Alleged Violations.** A Level III case is a case presenting Level III violations that do not collectively constitute a Level II violation. An institution or involved individual subject to a show-cause order in a Level III case may be represented by legal counsel and shall be provided the following: *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14, 4/14/17)*

(a) Notice of any specific allegations and the facts upon which such allegations are based; and

(b) An opportunity to provide a written response to the vice president of enforcement (or a designee) to answer such allegations by the production of factual information and to appeal to a hearing panel of the Committee on Infractions.

**19.14.2 Determination by Enforcement Staff.** After reviewing relevant information and consulting with the institution or involved individual, the enforcement staff shall conclude whether one or more Level III violations occurred. If the enforcement staff concludes that the alleged violation(s) should not be processed as a Level III case, it may process the case as Level I or Level II case, as appropriate, or determine that no further action is required. *(Adopted: 10/30/12 effective 8/1/13, Revised: 4/14/17)*

**19.14.3 Authority to Prescribe Penalties.** As authorized by the Committee on Infractions, upon a conclusion that one or more Level III violations occurred, the vice president of enforcement (or a designee) may determine whether a penalty is warranted and, if so, prescribe and announce an appropriate penalty pursuant to Bylaw 19.12.10. Failure to fully implement the penalty may be considered a violation and/or may subject the institution to further disciplinary action by the NCAA. Failure to fully implement self-imposed actions may also subject the institution to further disciplinary action by the NCAA. *(Adopted: 10/30/12 effective 8/1/13, Revised: 7/31/14)*

**19.14.4 Appeal to Committee on Infractions.** If an institution or involved individual subject to a show-cause order disputes an action by the enforcement staff regarding a Level III violation, the institution or involved individual may appeal by submitting a notice of appeal through the online reporting system for Level III violations within 15 days after receipt of the enforcement staff's decision. An institution that self-reports a violation may appeal a penalty prescribed by the enforcement staff, but not the violation. An institution or involved individual subject to a show-cause order may request the opportunity to appear in person or by video or telephone conference. If no such request is made, or if the request is denied, a hearing panel of the committee will review the appeal on the basis of the written record. The panel shall not deny an involved individual's request to appear in person if a show-cause order was prescribed. *(Adopted: 10/30/12 effective 8/1/13)*

**19.14.4.1 Stay of Penalties.** If a notice of appeal is filed within the deadline, unless ordered otherwise by a hearing panel of the Committee on Infractions, any penalties prescribed by the enforcement staff that have been appealed shall be stayed during the pendency of the appeal. *(Adopted: 10/30/12 effective 8/1/13)*

# FIGURE 19-1
## Penalty Guidelines

*(Adopted: 10/30/12 effective 8/1/13, Revised: 4/26/17 effective 8/1/17, 8/8/18, 1/23/19, 1/10/24, Revised: 6/26/24 effective 8/1/24)*

| Violation Level | Classification | Competition Penalties: Postseason Ban — Competition penalties may be used singularly or in combination and may apply to the program and/or an involved individual's show-cause order | Financial Penalties: Fine based on percent of total budget for sport program or sports programs | Financial Penalties: Fine based on participation in NCAA championship and other postseason contests in which an ineligible student-athlete competed (see Bylaw 19.12.6.2.1) | Financial Penalties: Negate revenue from sport program for years in which violations occurred | Financial Penalties: Reduce or eliminate NCAA monetary distribution for sports sponsorship and/or grants-in-aid | Financial Penalties: Loss of all revenue sharing in postseason competition (including NCAA Men's Basketball Championship) for entire period of postseason ban |
|---|---|---|---|---|---|---|---|
| Violation Level I | Aggravation | 1 to 3 years | | | | | |
| | Standard | 0 to 1 year | | | | | |
| | Mitigation | 0 | | | | | |
| Violation Level II | Aggravation | | $50,000 plus 5 to 10% | Alternative financial penalty | Impose this penalty if greater than percent of budget fine + $50,000 | Alternative financial penalty | Alternative financial penalty |
| | Standard | | $40,000 plus 3 to 5% | Alternative financial penalty | Alternative financial penalty | Alternative financial penalty | |
| | Aggravation | | $30,000 plus 1 to 3% | Alternative financial penalty | Alternative financial penalty | Alternative financial penalty | |
| | Mitigation | | $25,000 plus 0 to 1% | Alternative financial penalty | Alternative financial penalty | Alternative financial penalty | |

1

| Violation Level I | Violation Level II | Scholarship Reductions of Involved Sport Program* | Show-Cause Order | Restrictions |
|---|---|---|---|---|
| Aggravation | Aggravation | 10 to 25% | 3 years to lifetime | All athletically related duties |
| Standard | Standard | 5 to 15% | 2 to 5 years | All or partial athletically related duties (including suspensions) |
| Mitigation | Standard | 0 to 10% | 1 to 2 years | All or partial athletically related duties (including suspensions) |
| | Mitigation | 0 to 5% | 0 to 1 years | All or partial athletically related duties (including suspensions) |

*For cases in which financial aid overages have occurred, a minimum 2-for-1 reduction in financial aid awards shall apply up to at least 20% of the team financial aid limit.

| Violation Level I | Violation Level II | Suspensions |
|---|---|---|
| Aggravation | Aggravation | 50 to 100% of season plus % of additional seasons |
| Standard | Standard | 30 to 50% of season |
| Mitigation | Standard | 10 to 30% of season |
| | Mitigation | 0 to 10% of season |

| Violation Level I | Violation Level II | Recruiting Visit Restrictions | Recruiting Communication Restrictions | Off-Campus Recruiting Restrictions |
|---|---|---|---|---|
| Aggravation | | 25 to 100%<br><br>14- to 52-week ban on unofficial visits (no scheduled unofficial visits and no complimentary tickets)<br><br>25 to 100% cuts in official paid visits (based on the average number provided during the previous 4 years) | 25 to 50%<br><br>14- to 26-week ban on communication with all prospective student-athletes | 25 to 50%<br><br>Sports with no limits: 14- to 26-week ban on all contacts and evaluations<br><br>25 to 50% cuts in Recruiting Person Days or Evaluation Days |
| Standard | Aggravation | 12.5 to 25%<br><br>7- to 13-week ban on unofficial visits (no scheduled unofficial visits and no complimentary tickets)<br><br>12.5 to 25% cuts in official paid visits (based on the average number provided during the previous 4 years) | 12.5 to 25%<br><br>7- to 13-week ban on communication with all prospective student-athletes | 12.5 to 25%<br><br>No-limit sports: 7- to 13-week ban on all contacts and evaluations<br><br>12.5 to 25% cuts in Recruiting Person Days or Evaluation Days |

3

| Violation Level I | Violation Level II | Recruiting Visit Restrictions | Recruiting Communication Restrictions | Off-Campus Recruiting Restrictions |
|---|---|---|---|---|
| Mitigation | Standard | 0 to 12.5%<br><br>0 to 12.5% cuts in official paid visits (based on the average number provided during the previous 4 years) | 0 to 12.5%<br><br>0 to 6-week ban on communication with all prospective student-athletes | 0 to 12.5%<br><br>No-limit sports: 0 to 6-week ban on all contacts and evaluations<br><br>0 to 12.5% cuts in Recruiting Person Days or Evaluation Days |
| | Mitigation | 0 to 5%<br><br>0 to 3-week ban on unofficial visits (no scheduled unofficial visits and no complimentary tickets)<br><br>0 to 5% cuts in official paid visits (based on the average number provided during the previous 4 years) | 0 to 5%<br><br>0 to 3-week ban on communication with all prospective student-athletes | 0 to 5%<br><br>No-limit sports: 0 to 3-week ban on all contacts and evaluations<br><br>0 to 5% cuts in Recruiting Person Days or Evaluation Days |

| Violation Level I | Violation Level II | Probation |
|---|---|---|
| Aggravation | | 4 to 10 years |
| Standard | Aggravation | 3 to 6 years |
| Mitigation | Standard | 2 to 4 years |
| | Mitigation | 0 to 2 years |

**FIGURE 19-2**
**Processing a Typical NCAA Infractions Appeals Case**

Institution (or involved individual) indicates it will appeal certain findings or penalties to NCAA Infractions Appeals Committee by submitting written notice of intent to appeal to Infractions Appeals Committee not later than 15 calendar days from the date of the public release of the Committee on Infractions' report.

Infractions Appeals Committee acknowledges receipt of timely appeal. Institution (or involved individual) is provided a 30-day period to submit its initial submission in support of its appeal.

After receiving institution's (and/or involved individual's) initial submission, the Committee on Infractions is provided a 30-day period to submit response to the institution's (or involved individual's) written appeal.

Institution (and/or involved individual) is provided 14 days to submit a rebuttal to the Committee on Infractions' response. Enforcement staff may provide written statement not later than 10 days from the rebuttal deadline.

Infractions Appeals Committee reviews the institution's (and/or involved individual's) appeal and the Committee on Infractions' response. The review is completed either through an appeal oral argument or on the written record. Appeal oral arguments include representatives on behalf of the institution, involved individual(s), the Committee on Infractions and enforcement staff.

Infractions Appeals Committee decision is announced.

# Division Membership

## 20.01 General Principles.

**20.01.1 Membership in the Association.** Eligibility for membership in the Association; conditions, obligations and classes of Association membership; and procedures governing the termination, suspension and reinstatement of such membership are governed by this article. *(Revised: 1/20/22)*

**20.01.2 Division Membership.** Each active member institution and member conference is designated as a member of Division I, II or III for certain legislative and competitive purposes. In football, Division I is divided into the Football Bowl Subdivision and the Football Championship Subdivision (see Bylaw 20.7.1). Multidivision classification is permitted under specified circumstances (see Bylaw 20.5). *(Revised: 12/15/06)*

**20.01.3 Revenue Guarantee. [♦]** All member institutions and conferences in good standing with Division I membership requirements shall receive revenue from all gross revenue sources received by the Association, unless specifically excluded, through the division's revenue distribution formulas. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/2/16, 1/20/22)*

   **20.01.3.1 Revenue From New Subdivision Championship. [♦]** This provision shall not apply to the distribution of revenue produced directly by a new subdivisional championship in a sport that has a subdivisional championship at the time of the adoption of this legislation. Any revenue produced by such a new subdivisional championship shall be distributed as determined by that subdivision. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

   **20.01.3.2 Revenue Distribution Formula. [♦]** As used in this section, the components of the division's revenue distribution formulas as they existed at the time of the adoption of this legislation include the Academic Enhancement, Academic Performance, Basketball Performance, Basketball Equal Conference, Conference Grant, Grants-in-Aid, Student Assistance, and Sports Sponsorship funds, and the supplemental and reserve funds intended for distribution to the membership. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

      **20.01.3.2.1 Proportion of Revenue. [♦]** The revenue distributed through these funds shall be allocated among the funds pursuant to the revenue distribution policy and plan in existence and approved by the Board of Directors as of January 20, 2022. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97, 1/20/22)*

      **20.01.3.2.2 Formula for Allocation. [♦]** The formula for allocating each such fund among the members shall be pursuant to the revenue distribution policy and plan in existence and approved by the Board of Directors as of January 20, 2022. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

      **20.01.3.2.3 Waiver of Proportionality Requirement.** The Board of Directors may waive the proportionality requirements of the revenue guarantee to permit uniform increases to all programs in the Academic Enhancement, Conference Grant and Student Assistance funds. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22)*

**20.01.4 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the infractions process and to possible reclassification. *(Revised: 7/31/14, 1/20/22)*

**20.01.5 Termination or Suspension of Membership.** All rights and privileges of a member shall cease immediately upon termination or suspension of its membership. *(Revised: 1/20/22)*

**20.01.6 Joint Ventures.** All marketing joint ventures, involving sports (other than bowl subdivision football) in which the NCAA sponsored a championship as of January 15, 1997, between the Association (or the Association's representative or agent) and a member conference or member institution (or the representative or agent of a member institution or conference) shall be reviewed by the Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 1/20/22)*

   **20.01.6.1 Definition.** A marketing joint venture is any marketing program that uses the Association's marks or logos in conjunction with those of a conference or member institution. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22)*

   **20.01.6.2 Approval Process.** The principles and overall program of any joint venture defined in Bylaw 20.01.6.1 shall require the approval of the Council and Board of Directors to be enacted as an Association business operation. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/7/07 effective 8/1/08, 8/7/14)*

## 20.02 Definitions and Applications.

**20.02.1 Competitive Body.** A competitive body is an athletics conference that conducts competition among its member institutions and determines a conference champion in one or more sports. *(Revised: 1/20/22)*

**20.02.2 Legislative Body.** A legislative body is an athletics conference that develops and maintains rules and regulations governing the athletics programs and activities of its member institutions. *(Revised: 1/20/22)*

**20.02.3 Membership Categories.**

**20.02.3.1 Active Member.** An active member is a four-year college or university that is accredited by the appropriate regional accrediting agency and duly elected to active membership under the provisions of this article (see Bylaw 20.2). Active members have the right to compete in NCAA championships, to vote on legislation and other issues before the Association, and to enjoy other privileges of membership designated in the constitution and bylaws of the Association. (See Bylaw 20.2.2.1.1 regarding restrictions on the privileges of for-profit institutions.) *(Revised: 1/15/11 effective 8/1/11, 4/14/17, 1/20/22)*

**20.02.3.1.1 Athletics Consortium.** An athletics consortium consists of one member institution and neighboring member or nonmember institutions (but not more than one nonmember institution), recognized and approved by a two-thirds vote of the Strategic Vision and Planning Committee. The student-athletes of the combined institutions are permitted to compete on the NCAA member institution's athletics teams, provided they meet the eligibility requirements of the NCAA and the member institution (see Bylaw 20.1.2). *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 1/20/22)*

**20.02.3.2 Member Conference.** A member conference is a group of colleges and/or universities that conducts competition among its members and determines a conference champion in one or more sports (in which the NCAA conducts championships or for which it is responsible for providing playing rules for intercollegiate competition), duly elected to conference membership under the provisions of this article (see Bylaw 20.3.3). A member conference is entitled to all of the privileges of active members except the right to compete in NCAA championships (see Bylaw 20.3.2). Only those conferences that meet specific criteria as competitive and legislative bodies (see Bylaws 20.02.1 and 20.02.2) and minimum standards related to size and division status are permitted to vote on legislation or other issues before the Association. *(Revised: 1/20/22)*

**20.02.4 Multidivision Classification.** Multidivision classification is the classification in which a sport is classified in a division other than the division in which an institution holds membership (see Bylaw 20.5). *(Revised: 1/15/11 effective 8/1/11)*

**20.02.5 Performance Criterion.** A performance criterion is a requirement for membership or classification in a division that must be met by the member institution prior to the date that the requirement becomes effective (e.g., during the academic year preceding the effective date). Performance criteria include, but are not limited to, minimum sports sponsorship requirements, minimum scheduling requirements and minimum game-attendance requirements.

**20.02.6 Restricted Membership.** Restricted membership is a membership classification status assigned to an institution that fails to comply with the minimum requirements of its division (e.g., sports sponsorship, scheduling). The institution placed in such status loses eligibility for a number of membership privileges and has from one year to three years to comply with the requirement involved. Failure to comply shall result in the termination of the institution's membership in the Association. *(Revised: 1/15/11 effective 8/1/11)*

**20.02.7 Emerging Sports for Women.** The following shall be considered emerging sports for women and countable for purposes of revenue distribution (for sports sponsorship and grants-in-aid): *(Adopted: 1/11/94 effective 9/1/94, Revised: 4/15/97, 1/12/99 effective 8/1/99, 4/27/00 effective 8/1/00, 4/25/02, 4/24/03 effective 8/1/03, 1/17/09 effective 8/1/09, 4/30/09, 1/16/10 effective 8/1/11, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14, 10/30/14 effective 8/1/15, 6/23/20 effective 8/1/20, 4/26/23 effective 8/1/23)*

(a) **Team Sports:** acrobatics and tumbling, rugby and stunt; and

(b) **Individual Sports:** equestrian, triathlon and wrestling.

**20.02.7.1 Additional Emerging Sports.** The Board of Directors periodically shall identify future emerging sports for women that shall be countable sports for revenue distribution and minimum sports sponsorship criteria and shall establish procedures to determine minimum contests and maximum grants in those sports. *(Adopted: 1/11/94 effective 9/1/94)*

**20.02.7.2 Removal of Emerging Sports.** A sport shall no longer be considered an emerging sport once the sport has been established as a championship sport. Further, an emerging sport is limited to a 10-year period to become a championship sport unless it can be demonstrated that steady growth has occurred during that time. *(Adopted: 4/15/97)*

**20.02.8 Multisport Conference.** A Division I multisport conference shall satisfy the requirements of this section. *(Adopted: 1/15/11 effective 8/1/11)*

**20.02.8.1 Minimum Number of Members.** A multisport conference shall be composed of at least seven active Division I members. The member conference shall include at least seven active Division I members that sponsor both men's and women's basketball. *(Adopted: 1/15/11 effective 8/1/11)*

**20.02.8.2 Sports Sponsorship.** A multisport conference shall satisfy the following requirements: *(Adopted: 1/15/11 effective 8/1/11, Revised: 6/26/24 effective 8/1/24)*

(a) The conference shall sponsor a minimum of 12 Division I sports;

(b) The conference shall sponsor a minimum of six men's sports, one of which shall be men's basketball. A minimum of seven members shall sponsor men's basketball. A minimum of six members shall sponsor five other men's sports; and

(c) The conference shall sponsor a minimum of six women's sports, one of which shall be women's basketball. In addition to women's basketball, the conference shall sponsor two other women's team sports. A minimum of seven members shall sponsor women's basketball. A minimum of six members shall sponsor five other sports, including two additional women's team sports (or a minimum of five members for an emerging sport for women).

**20.02.8.3 Regular-Season Conference Competition.** Multisport conference members shall participate in regular-season conference competition, subject to the following requirements: *(Adopted: 1/15/11 effective 8/1/11, Revised: 6/26/24 effective 8/1/24)*

(a) Basketball teams shall participate in a regular-season conference schedule of a double round robin, in-season competition, or a minimum of 14 regular-season conference contests;

(b) In men's team sports other than basketball that are used to meet the minimum sports sponsorship requirements for a multisport conference, teams shall compete in a minimum regular-season conference schedule of five contests. A minimum of five regular-season conference contests must be hosted by one of the two competing teams at its home venue. In individual sports, the conference shall determine a conference champion; and

(c) In a minimum of two women's team sports other than women's basketball (as required in Bylaw 20.02.8.2), teams shall compete in a minimum regular-season conference schedule of five contests. A minimum of five regular-season conference contests must be hosted by one of the two competing teams at its home venue.

**20.02.8.4 Continuity.** A multisport conference shall establish continuity. To establish continuity, a multisport conference must meet the requirements of Bylaw 20.02.8.1. In addition, the conference must meet the requirements of Bylaws 20.02.8.2 and 20.02.8.3 for a period of eight consecutive years. *(Adopted: 1/15/11 effective 8/1/11)*

**20.02.8.5 Grace Period.** A conference shall continue to be considered a multisport conference for two years following the date of withdrawal of the institution(s) that causes the conference's noncompliance with the minimum multisport conference requirements. *(Adopted: 1/15/11 effective 8/1/11)*

**20.02.8.5.1 Representation on the Board of Directors.** To qualify for representation on the Division I Board of Directors during the grace period, a conference must be composed of at least seven members, including reclassifying members. *(Adopted: 4/22/24 effective 8/2/24)*

**20.02.9 Football Bowl Subdivision Conference.** A conference classified as a Football Bowl Subdivision conference shall be composed of at least eight full Football Bowl Subdivision members that satisfy all bowl subdivision requirements. An institution shall be included as one of the eight full Football Bowl Subdivision members only if the institution participates in the conference schedule in at least six men's and eight women's conference-sponsored sports, including men's basketball and football and three women's team sports, including women's basketball. A conference-sponsored sport shall be a sport in which regular-season and/or championship opportunities are provided, consistent with the minimum standards identified by the applicable NCAA sport committee for automatic qualification. *(Adopted: 10/31/02 effective 8/1/05, Revised: 12/15/06)*

**20.02.9.1 Exception.** A Football Bowl Subdivision member institution shall be permitted to count as one of its required six men's sports and one of its required eight women's sports a sport in which its conference does not sponsor or conduct a championship, provided the sport is one in which it participates in another Division I multisport or single-sport conference. Different sports may be counted for men and women. *(Adopted: 4/29/04 effective 8/1/05, Revised: 12/15/06)*

**20.02.9.2 Grace Period.** A conference shall continue to be considered a Football Bowl Subdivision conference for two years following the date when it fails to satisfy the eight full Football Bowl Subdivision member requirement due to one or more of its member's failure to comply with the bowl subdivision membership requirements. *(Adopted: 4/28/05 effective 8/1/05, Revised: 12/15/06)*

**20.02.10 Full Grant.** For purposes of Bylaw 20, a full grant is the value of tuition and fees, living expenses, and required course-related books. *(Adopted: 1/17/15 effective 8/1/15, Revised: 7/31/23)*

# 20.1 Eligibility for Membership.

**20.1.1 General.** Membership is available to four-year colleges and universities that are accredited by one of the regional accrediting agencies and are located in the United States, its territories or possessions, and athletics conferences. Such

institutions or organizations must accept and observe the principles set forth in the bylaws. *(Revised: 8/9/07, 11/1/07, 1/15/11 effective 8/1/11, 6/26/19 effective 8/1/19, 1/20/22)*

**20.1.2 Athletics Consortiums.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve an athletics consortium involving a member institution and neighboring member or nonmember institutions (but not more than one nonmember institution) to permit the student-athletes of the combined institutions to compete on the member institution's intercollegiate athletics teams, provided the student-athletes satisfy the eligibility requirements of the member institution and the NCAA. *(Revised: 11/1/07 effective 8/1/08, 7/30/10, 8/7/14, 10/4/17, 1/20/22)*

**20.1.2.1 General Policy.** In general, a consortium shall be approved on the basis of existing academic considerations with the understanding that there shall be no change in the basic recruitment, enrollment or financial aid policies of the involved institutions as a result of such approval. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.2 Combining Entire Athletics Programs.** The institutions shall combine their entire athletics programs, and the consortium shall not be formed on a sport-by-sport basis. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.3 Conference Approval.** An institution that belongs to an NCAA member conference first shall receive approval of its conference prior to instituting a consortium for its intercollegiate athletics program. If more than one institution holds such conference membership, all such conferences shall approve the consortium. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.4 Eligibility Requirements for Student-Athletes.** Participating student-athletes shall meet all eligibility requirements of the member institution(s), the athletics conference(s) involved and the NCAA. The member institution(s) shall certify the eligibility of all student-athletes under those rules. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.5 Financial Assistance to Student-Athletes.** Within a consortium: *(Revised: 7/30/10, 1/20/22)*

(a) Each institution shall be responsible for the financial assistance awarded to its student-athletes. The financial arrangement between or among the institutions for the exchange of funds to cover the academic costs of student-athletes who take part in the exchange program shall apply to student-athletes in the same manner as it applies to those students not participating in the intercollegiate athletics program;

(b) One institution may not provide a scholarship or any other form of financial aid to a student-athlete enrolled in another institution or transmit a scholarship or grant-in-aid to another institution to be used by one or more of its student-athletes; and

(c) Financial aid limitations as set forth in Bylaw 15 shall be applicable to the consortium as one entity and shall include all countable student-athletes, regardless of the institution in which they are enrolled.

**20.1.2.6 Length of Approval.** NCAA approval shall be for a four-academic-year period, at the end of which the institutions shall submit a report on the program, setting forth its effect upon their academic and athletics operations. *(Revised: 8/4/89, 7/30/10, 1/20/22)*

**20.1.2.7 NCAA Division Membership.** The institutions may be members of different NCAA divisions but shall select one division for legislative and competitive purposes. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.8 NCAA Member Involvement.** At least one of the institutions already shall be a member of the NCAA, and not more than one nonmember institution shall be included. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.9 NCAA Membership Application.** The institutions shall apply for NCAA membership as a consortium and shall be considered as one member of the Association, with their combined names included on the official NCAA membership list. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.10 Prior Academic Consortium Relationship.** The institutions shall have had a prior academic consortium relationship. *(Revised: 7/30/10, 1/20/22)*

**20.1.2.11 Recruitment.** It is permissible for one institution to recruit prospective student-athletes with a view to their possible enrollment at another institution in the consortium, provided the individuals qualify for admission to that institution and the athletics interests of the member institution are not involved, directly or indirectly, in influencing the admission or award of financial assistance. *(Revised: 7/30/10, 1/20/22)*

## 20.2 Active Membership.

### 20.2.1 Eligibility Requirements.

**20.2.1.1 Types of Institutions.** Active membership is available to four-year colleges and universities, accredited by the appropriate regional accrediting agency and pursuant to Board of Governors policy, and duly elected to active membership under the provisions of Bylaw 20.2.3. *(Revised: 1/15/11 effective 8/1/11, 7/23/12, 10/30/14, 1/20/22)*

**20.2.1.2 Compliance With Association Rules.** The institution shall administer its athletics programs in accordance with the bylaws. *(Revised: 1/20/22)*

**20.2.1.3 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play. *(Revised: 1/20/22)*

## 20.2.2 Privileges.

**20.2.2.1 Active Members.** Active members shall be entitled to all of the privileges of membership under the constitution and bylaws of the Association and all privileges incidental thereto. *(Revised: 2/4/21, 1/20/22)*

**20.2.2.1.1 Exception -- For-Profit Institutions.** For-profit institutions shall be restricted, as follows: *(Adopted: 4/14/17, Revised: 1/20/22)*

(a) A for-profit institution shall not have voting privileges at the annual NCAA Convention or any special Convention. The institution shall be entitled to three accredited delegates without voting privileges. Any of the accredited delegates shall be entitled to privileges of the floor and the right to active participation in the business proceedings;

(b) A representative of a for-profit institution shall not be permitted to serve as a voting institutional representative on an NCAA committee; and

(c) A for-profit institution shall not receive NCAA grants or financial distributions directly from the NCAA.

**20.2.2.2 Use of Association's Registered Marks.** Active members may use the registered marks of the Association (the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Revised: 10/30/14, 1/20/22)*

## 20.2.3 Election Procedures.

**20.2.3.1 Completion of Reclassification Process.** An institution desiring to become an active member of Division I shall complete a reclassification period (see Bylaw 20.6). After the Strategic Vision and Planning Committee has determined that the institution has met the requirements of reclassification, its request for active membership will be referred to the Board of Directors for election. *(Revised: 1/11/94 effective 9/2/94, 5/8/06, 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 8/7/14, 10/4/17, 1/20/22)*

**20.2.3.2 Accreditation.** After the Strategic Vision and Planning Committee has determined that the institution is accredited by one of the regional accrediting agencies, the application shall be referred to the Board of Directors for consideration. *(Revised: 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 8/7/14, 10/4/17, 1/20/22)*

**20.2.3.3 Election.** A favorable vote by two-thirds of the Board of Directors members present and voting shall elect the applicant to membership effective the following August 1. When the vote of the Board of Directors has been completed, the applicant shall be notified. *(Revised: 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 1/20/22)*

**20.2.3.4 Resignation and Reelection to Membership.** If an institution resigns its Division I membership and subsequently applies to reestablish its Division I membership, the institution shall complete the reclassification process (see Bylaw 20.6) before becoming eligible for reelection as an active member. *(Revised: 1/11/94 effective 9/2/94, 1/26/07, 1/15/11 effective 8/1/11, 1/20/22)*

## 20.2.4 Conditions and Obligations of Membership.

**20.2.4.1 General.** An active member institution agrees to administer its athletics program in accordance with the bylaws. *(Revised: 1/20/22)*

**20.2.4.2 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the infractions process and to possible reclassification. *(Revised: 7/31/14, 1/20/22)*

**20.2.4.3 Equity, Diversity and Inclusion Review.** An active member institution shall complete an equity, diversity and inclusion review at least once every four years and provide written confirmation of completion to the national office. Failure to complete an equity, diversity and inclusion review at least once every four years shall subject an institution to a penalty pursuant to a penalty structure and timeline maintained by the Strategic Vision and Planning Committee. *(Adopted: 5/1/19 effective 8/1/19, Revised: 1/22/20 effective 8/1/20, 1/11/21, 1/20/22)*

**20.2.4.4 Compliance Review.** An active member institution shall complete a compliance review at least once every four years and attest to its completion. The review must involve an authority outside of the athletics department (e.g., campus audit staff, faculty athletics representative, conference staff). The review must, at a minimum, consider areas identified as integral to serving the needs of student-athletes, as identified annually by the Legislative Committee. The findings of the review shall be reviewed by the institution's president or chancellor and director of athletics. Failure to complete a

compliance review at least once every four years shall subject an institution to a penalty pursuant to the policies and procedures maintained by the Strategic Vision and Planning Committee. Additionally, there may be consequences through the NCAA infractions process if an institution's compliance operations fail to deter or detect rules violations. *(Adopted: 6/28/23, Revised: 4/18/24 effective 8/1/25)*

**20.2.4.5 Certification of Eligibility/Declaration of Ineligibility.** An active member is responsible for certifying the eligibility of student-athletes under the terms of the bylaws before permitting a student-athlete to represent the institution in intercollegiate competition. Procedures for eligibility certification shall be approved by the president or chancellor, who may designate an individual on the institution's staff to administer proper certification of eligibility. The institution shall be obligated immediately to apply all applicable rules and withhold ineligible student-athletes from all intercollegiate competition (see Bylaw 12.11). See Bylaw 12.12 for procedures regarding restoration of eligibility. *(Revised: 3/8/06, 1/20/22)*

**20.2.4.6 Academic Performance Program.** An active member institution is responsible for annually submitting documentation demonstrating its compliance with the academic performance program, including the submission of data for the academic progress rate (APR), the academic performance census (APC) and the graduation success rate (GSR). The specific requirements of the academic performance program are set forth in Bylaw 14.8. *(Adopted: 4/29/04, Revised: 1/20/22)*

**20.2.4.7 Application of Rules to All Recognized Varsity Sports.** The constitution, bylaws and other legislation of this Association, unless otherwise specified therein, shall apply to all teams in sports recognized by the member institution as varsity intercollegiate sports and that involve all-male teams, mixed teams of males and females, and all-female teams. To be recognized as a varsity sport, the following conditions must be met: *(Revised: 1/11/89, 1/11/94, 1/10/95, 3/8/06, 1/15/11 effective 8/1/11, 1/20/22)*

(a) The sport shall be one in which the Association conducts championships, except as provided in Bylaw 20.9.6.1.1 or an emerging sport for women per Bylaw 20.02.7;

(b) The sport officially shall have been accorded varsity status by the institution's president or chancellor or committee responsible for intercollegiate athletics;

(c) The sport is administered by the department of intercollegiate athletics;

(d) The eligibility of student-athletes participating in the sport shall be reviewed and certified by a staff member designated by the institution's president or chancellor or committee responsible for intercollegiate athletics policy; and

(e) Qualified participants in the sport shall receive the institution's official varsity awards.

**20.2.4.7.1 Intent to Sponsor a Varsity Sport.** Once an institution evidences an intent or commitment to sponsor a sport on a varsity level (e.g., official announcement that competition will be conducted on a varsity basis, employment of individuals to coach the varsity team), the institution must begin applying NCAA recruiting regulations to the applicable sport. *(Revised: 1/14/97, 1/20/22)*

**20.2.4.8 Student-Athlete Statement.** An active member institution shall administer annually, on a form prescribed by the Legislative Committee, a signed statement for each student-athlete that provides information prescribed in Bylaw 12.7.2. *(Revised: 4/24/03, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 1/20/22)*

**20.2.4.9 Drug-Testing Program and Consent Form.** An active member institution shall administer annually, a drug-testing consent form for each student-athlete (per Bylaw 12.02.14) pursuant to Bylaw 12.7.3 and shall ensure compliance with the following elements of the NCAA Drug-Testing Program: **[D]** *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/24/03, 11/1/07 effective 8/1/08, 7/30/10, 1/15/11 effective 8/1/11, 5/29/15, 1/20/22)*

(a) Respond to the initial drug-testing notification from Drug Free Sport International by the date specified by the organization;

(b) Complete and forward to Drug Free Sport International a current and accurate institutional squad list (see Bylaw 15.5.11) by the date specified by the organization;

(c) Provide adequate and secure drug-testing facilities as specified by Drug Free Sport International;

(d) Notify student-athletes who have been selected for drug testing according to the timeline specified by Drug Free Sport International;

(e) Respond to additional requests for assistance in administering the NCAA drug-testing program as specified by Drug Free Sport International;

(f) Designate an individual (or individuals) as the athletics department resource for questions related to NCAA banned drugs and the use of nutritional supplements; and

(g) Educate athletics department staff members who have regular interaction with student-athletes that:

    (1) The NCAA maintains a list of banned drug classes and provides examples of banned substances in each drug class on the NCAA website;

    (2) Any nutritional supplement use may present risks to a student-athlete's health and eligibility; and

    (3) Questions regarding NCAA banned drugs and the use of nutritional supplements should be referred to the institution's designated athletics department resource individual (or individuals).

**20.2.4.10 Certification of Insurance Coverage.** An active member institution must certify insurance coverage for medical expenses resulting from athletically related injuries sustained by the following individuals while participating in a covered event: **[D]** *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

(a) A student-athlete participating in a covered event in an intercollegiate sport as recognized by the participating institution; and

(b) A prospective student-athlete participating in a covered event who has graduated from high school and signed a National Letter of Intent or an institution's written offer of admission and/or financial aid to participate in an intercollegiate sport at a participating institution.

    **20.2.4.10.1 Amount of Coverage Insurance.** Such insurance coverage must be of equal or greater value than the deductible of the NCAA Catastrophic Injury Insurance Program and may be provided through the following sources: *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

    (a) Parents or guardians' insurance coverage;

    (b) Participant's personal insurance coverage; or

    (c) Institution's insurance program.

    **20.2.4.10.2 Athletically Related Injuries.** For purposes of this provision, athletically related injuries are injuries that are a direct result of participation in a covered event. *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

    **20.2.4.10.3 Covered Event.** A covered event includes the following: *(Adopted: 4/28/05 effective 8/1/05, Revised: 1/20/22)*

    (a) Any intercollegiate sports activity, including team travel, competition, practices and conditioning sessions during the playing season (as defined in Bylaw 17.1.1);

    (b) An NCAA-sanctioned competition in which the insured person is an official competitor; or

    (c) Practice and conditioning sessions that are authorized, organized or directly supervised by athletics department personnel at the member institution other than during the playing season. Such sessions must occur on campus or at approved off-campus facilities as part of an intercollegiate athletics activity. For insured student-athletes or prospective student-athletes who compete in individual sports, off-campus intercollegiate athletics activities must be authorized by athletics department personnel at the participating school and take place at approved locations.

**20.2.4.11 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/ Buckley Amendment Consent Form -- Disclosure of Protected Health Information.** An active member institution shall administer annually a statement for each student-athlete to voluntarily sign that provides information prescribed in Bylaw 12.7.4. *(Adopted: 4/23/03 effective 8/1/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 1/20/22)*

**20.2.4.12 Discipline of Members.** Pursuant to directions of the Board of Directors or the annual Convention, an active member institution shall refrain from athletics competition with designated institutions as required under the provisions of the Association's infractions process (see Bylaw 19). *(Revised: 11/1/07 effective 8/1/08, 7/31/14, 1/20/22)*

**20.2.4.13 Standards.** An active member institution agrees to establish and maintain high standards of personal honor, eligibility and fair play. *(Revised: 1/20/22)*

**20.2.4.14 Publication of Progress-Toward-Degree Requirements.** An active member institution is obligated to publish its progress-toward-degree requirements for student-athletes (see Bylaw 14.4.1). *(Revised: 1/20/22)*

**20.2.4.15 Missed Class-Time Policies.** An active member institution is obligated to establish policies in all sports concerning student-athletes' missed class time due to participation in intercollegiate athletics and in athletics competition scheduled during final examination periods. *(Adopted: 4/29/10 effective 8/1/10, Revised: 4/25/15 effective 8/1/18, 1/20/22)*

**20.2.4.16 President or Chancellor Attestation of Compliance Obligations.** An active member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of individuals to serve on an NCAA board, council or committee unless its president or chancellor

attests annually to an understanding of the institutional obligations and personal responsibilities imposed by the constitution (Principle of Institutional Control; Rules, Compliance and Accountability). [See Bylaw 18.4.2.1-(d).] *(Adopted: 4/19/19 effective 8/1/19, Revised: 1/20/22, 1/11/23)*

**20.2.4.17 Compliance-Related Certification.** An active member institution shall not be eligible to enter a team or individual competitors in an NCAA championship and shall be subject to removal from and/or ineligibility of individuals to serve on an NCAA board, council or committee unless it certifies [see Bylaw 18.4.2.1-(e)] that the conditions of Bylaw 18.4.2.1.1 have been satisfied. *(Adopted: 1/10/95, Revised: 3/8/06, 8/8/18 effective 8/1/19, 1/20/22)*

**20.2.4.18 Operating and Capital Financial Data Report.** An active member institution shall submit financial data detailing operating revenues, expenses and capital related to its intercollegiate athletics program to the NCAA on an annual basis in accordance with the financial reporting policies and procedures. The required data shall include, but is not limited to, the following: *(Adopted: 1/17/09 effective 8/1/09, Revised: 1/20/22)*

(a) All expenses and revenues for or on behalf of an institution's intercollegiate athletics program, including those by any affiliated or outside organization, agency or group of individuals;

(b) Salary and benefits data for all athletics positions. The data shall include base salary, bonuses, endorsements, media fees, camp or clinic income, deferred income and other income contractually guaranteed by the institution;

(c) Capital expenditures (to be reported in aggregate for athletics facilities), including capitalized additions and deletions to facilities during the reporting period, total estimated book value of athletically related plant and equipment net of depreciation, total annual debt service on athletics and university facilities and total debt outstanding on athletics and university facilities;

(d) Value of endowments at fiscal year-end that are dedicated to the sole support of athletics;

(e) Value of all pledges at fiscal year-end that support athletics; and

(f) The athletics department fiscal year-end fund balance.

**20.2.4.18.1 Verification and Certification.** The report shall be subject to annual agreed-on verification procedures approved by the membership (in addition to any regular financial reporting policies and procedures of the institution) and conducted by a qualified independent accountant who is not a staff member of the institution and who is selected by the institution's chancellor or president or by an institutional administrator from outside the athletics department designated by the chancellor or president. The independent accountant shall verify the accuracy and completeness of the data prior to submission to the institution's chancellor or president and the NCAA. The institution's chancellor or president shall certify the financial report prior to submission to the NCAA. *(Adopted: 1/17/09 effective 8/1/09, Revised: 1/20/22)*

**20.2.4.19 Independent Medical Care. [A]** An active member institution shall establish an administrative structure that provides independent medical care and affirms the unchallengeable autonomous authority of primary athletics health care providers (team physicians and athletic trainers) to determine medical management and return-to-play decisions related to student-athletes. Additionally, an active institution shall: *(Adopted: 1/15/16 effective 8/1/16, Revised: 10/7/16, 1/20/22, 6/28/23 effective 8/1/24)*

(a) Designate an athletics health care administrator to oversee the institution's athletics health care administration and delivery; and

(b) Establish and annually review policies and procedures that empower the athletics health care administrator with the authority to oversee the institution's athletics health care administration and delivery. The annual review must assess and affirm that the policies and procedures outline the role and responsibilities of the athletics health care administrator and consider positional authority, reporting lines, organizational structures and skills, knowledge and other qualifications required of the athletics health care administrator.

**20.2.4.19.1 Application to Nonautonomy Conferences.** A member institution of a conference other than the conferences named in Bylaw 9.2.2.1.1 shall apply the provisions of Bylaw 20.2.4.20. *(Adopted: 10/30/19 effective 8/1/20, Revised: 1/20/22)*

**20.2.4.20 Designation of Team Physician. [A]** An active member institution shall designate a team physician for all or each of its intercollegiate teams. The team physician shall be a doctor of medicine (MD) or doctor of osteopathic medicine (DO) with a current license in good standing to practice medicine in the state in which the institution is located. The team physician shall be authorized to oversee the medical services for injuries and illnesses incidental to a student-athlete's participation in intercollegiate athletics. *(Revised: 1/18/14 effective 8/1/14, 1/20/22)*

**20.2.4.21 Concussion Management Plan. [A]** An active member institution shall have a concussion management plan for its student-athletes. The plan shall be consistent with the NCAA Concussion Safety Protocol Checklist and shall

include, but is not limited to, the following: (See Bylaw 20.2.4.27.) *(Adopted: 8/12/10, Revised: 1/20/22, 4/26/23 effective 8/1/24)*

(a) An annual process that ensures student-athletes are educated about the signs and symptoms of concussions. Student-athletes must acknowledge that they have received information about the signs and symptoms of concussions and that they have a responsibility to report concussion-related injuries and illnesses to a medical staff member;

(b) A process that ensures a student-athlete who exhibits signs, symptoms or behaviors consistent with a concussion shall be removed from athletics activities (e.g., competition, practice, conditioning sessions) and evaluated by a medical staff member (e.g., sports medicine staff, team physician) with experience in the evaluation and management of concussions;

(c) A policy that precludes a student-athlete diagnosed with a concussion from returning to athletics activity (e.g., competition, practice, conditioning sessions) for at least the remainder of that calendar day; and

(d) A policy that requires medical clearance for a student-athlete diagnosed with a concussion to return to the athletics activity (e.g., competition, practice, conditioning sessions) as determined by a physician (e.g., team physician) or the physician's designee.

**20.2.4.22 Concussion Reporting.** An active member institution shall report all instances of diagnosed sport-related concussions in student-athletes and their resolutions to the NCAA on an annual basis pursuant to policies and procedures maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 1/22/20, Revised: 1/20/22)*

**20.2.4.23 Catastrophic Sport Injury Review and Report.** An active member institution shall complete a post-incident review of circumstances surrounding athletically related catastrophic fatalities, near fatalities and catastrophic injuries (e.g., injuries and illnesses related to head, neck, spine, cardiac, pulmonary, heat, sickle cell trait, eyes). Additionally, an institution shall submit data detailing all catastrophic fatalities, near fatalities and catastrophic injuries to the NCAA on an annual basis pursuant to policies and procedures that govern such data as determined by the Committee on Competitive Safeguards and Medical Aspects of Sports. **[D]** *(Adopted: 1/18/14 effective 8/1/14, Revised: 1/20/22, 4/26/23 effective 8/1/24)*

**20.2.4.24 Review of Mental and Physical Health, Safety and Performance Support Services.** An active member institution shall complete a comprehensive review of its mental and physical health, safety and performance support services (e.g., legislative and policy requirements, best practice considerations) at least once every four years. The institution shall attest to completion of the review. *(Adopted: 6/28/23 effective 8/1/24)*

**20.2.4.25 Student-Athlete Health and Safety Survey.** An active member institution shall complete a student-athlete health and safety survey on an annual basis pursuant to policies and procedures as determined by the Committee on Competitive Safeguards and Medical Aspects of Sports. Failure to complete the student-athlete health and safety survey shall subject an institution to a penalty pursuant to a penalty structure and timeline maintained by the Strategic Vision and Planning Committee. *(Adopted: 4/26/17 effective 8/1/17, Revised: 1/22/20 effective 8/1/20, 1/20/22)*

**20.2.4.26 Consensus-Based Care, Education and Services Model.** An active member institution shall provide consensus-based care, education and services to its student-athletes. The institution shall attest annually to the institution's compliance with consensus-based guidance supporting student-athlete health, safety and performance (e.g., Cardiac Care Best Practices, Interassociation Mental Health Best Practices, Concussion Safety Protocol Checklist). Consensus-based guidance shall be identified, established and maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports based on policies and procedures approved by the NCAA Board of Governors. *(Adopted: 4/26/23 effective 8/1/24)*

**20.2.4.27 Attestation of Student-Athlete Services Requirements. [A]** An active member institution shall attest annually to providing student-athletes with academic support services consistent with the requirements of Bylaw 16.3.1.1, and career counseling and life skills programming consistent with the requirements of Bylaw 16.3.1.2. *(Adopted: 4/26/23 effective 8/1/24)*

**20.2.4.28 Student-Athlete Advisory Committee.** An active member institution shall establish a student-athlete advisory committee for its student-athletes, which must: *(Adopted: 4/13/23 effective 8/1/23)*

(a) Appoint an executive team that, at a minimum, includes a chair and vice chair;

(b) Be directly overseen by a senior athletics administrator; and

(c) Be provided two opportunities annually for committee leaders to engage with members of the athletics senior leadership team, management team, or members of groups of equivalent nature to discuss and exchange feedback on student-athlete-related topics in academics, facilities, campus life and other initiatives, as well as department-wide projects and strategic planning.

**20.2.4.29 Institutional Committees on Student-Athlete Issues.** An institutional committee or ad hoc group established to address issues that directly impact student-athletes must include at least one student-athlete as an active member. *(Adopted: 4/13/23 effective 8/1/23)*

**20.2.4.29 Education of Institutional Coaching Staff Members.** An active member institution shall provide annual education to all coaching staff members on the career counseling and life skills programming topics listed in Bylaw 16.3.1.2. The institution shall attest annually to completion of this requirement. *(Adopted: 6/28/23 effective 8/1/25)*

**20.2.4.30 Use of a Student-Athlete's Name or Likeness.**

**20.2.4.30.1 Contracts and Commercial Agreements.** For agreements that may involve the use of a student-athlete's name or likeness, an institution shall include language in all licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that outlines the commercial entity's obligation to comply with relevant NCAA legislation, interpretations and policies on the use of a student-athlete's name or likeness. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.2.4.30.2 Written Policies.** An institution shall maintain written policies for its licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that may involve the use of a student-athlete's name or likeness. Such policies shall be made available for examination on request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.2.4.31 Athletics Diversity and Inclusion Designee.** An active member institution shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 1/22/20 effective 8/1/20, Revised: 1/20/22)*

**20.2.4.32 Degree Completion Program. [A]** An active member institution shall provide a former student-athlete with financial aid to complete the individual's first baccalaureate degree, pursuant to the requirements of Bylaw 15.01.5.2.1. *(Adopted: 8/8/18 effective 8/1/19, Revised: 1/20/22, 4/26/23 effective 8/1/24)*

**20.2.4.33 Athletics Diversity and Inclusion Designee.** An active member institution shall designate a senior level administrator with appropriate training as an athletics diversity and inclusion designee, whose primary responsibilities shall include initiatives related to the institution's obligation to create environments and an atmosphere of respect for and sensitivity to the dignity of every person as required by the NCAA constitution. *(Adopted: 1/22/20 effective 8/1/20, Revised: 1/20/22, 10/4/23 effective 8/1/25)*

## 20.2.5 Loss of Active Membership.

**20.2.5.1 Termination or Suspension.** The membership of any active member failing to maintain the academic or athletics standards required for such membership or failing to meet the conditions and obligations of membership may be suspended, terminated or otherwise disciplined by a vote of two-thirds of the delegates present and voting at an annual Convention. Membership shall not be suspended or terminated unless: *(Revised: 3/8/06, 1/20/22)*

(a) A notice of intention to suspend or terminate membership, stating the grounds on which such a motion will be based, is given in writing to the chair of the Board of Directors and to the president or chancellor of the member institution on or before the first day of November prior to the Convention.

(b) The Board of Directors approves the notification of intention to move for suspension or termination; and

(c) Such notice is included in the Official Notice of the annual Convention.

**20.2.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease upon any termination or suspension of active membership. *(Revised: 1/20/22)*

**20.2.5.2 Removal of Accreditation.** If an active member's accreditation is removed by its regional accrediting agency, it shall immediately forfeit its membership in the Association. *(Revised: 1/15/11 effective 8/1/11, 1/20/22)*

**20.2.5.3 Failure to Pay Dues.** If an active member fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Revised: 1/20/22)*

**20.2.5.4 Failure to Satisfy the Academic Performance Program.** A member institution may be placed in a restricted membership category if the institution or its sports team(s) has failed to comply with the established requirements of the academic performance program. (See Bylaw 14.8.) *(Revised: 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11, 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond, 1/20/22)*

**20.2.5.5 Reinstatement of Terminated Member.** An active member whose membership has been terminated may have it reinstated by a two-thirds vote of the members present and voting at an annual Convention. *(Revised: 1/20/22)*

**20.2.5.6 Reinstatement of Suspended Member.** An active member whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at any time after six months from the date of such suspension, by vote of a majority of the Board of Directors or by vote of the majority of the members present and voting at an annual Convention. *(Revised: 1/20/22)*

**20.2.6 Discipline of Active Members.** Disciplinary or corrective actions other than suspension or termination of membership may be affected during the period between annual Conventions for violation of NCAA rules (see Bylaw 19). *(Revised: 7/31/14, 1/20/22)*

**20.2.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing in accordance with the terms of the disciplinary action taken, or may be restored to good standing at any time by a hearing panel of the Committee on Infractions. Disciplined members also may be restored to good standing at the annual Convention, by vote of a majority of the members present and voting. *(Revised: 8/18/18 effective 8/1/19, 12/20/18, 1/23/19 effective 8/1/19, 1/20/22, 8/31/22 effective 1/1/23)*

## 20.3 Member Conference.

### 20.3.1 Eligibility.

**20.3.1.1 Competitive and Legislative Body.** A member conference shall be both a competitive and a legislative body on the conference level (see Bylaws 20.02.7 and 20.02.8). *(Revised: 1/25/11 effective 8/1/11, 1/20/22)*

**20.3.1.2 Conference Competition Requirement.** Conference membership is available to duly elected athletics conferences of colleges and universities that conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. *(Revised: 1/15/11 effective 8/1/11, 1/20/22)*

**20.3.1.3 Composition of Conference.** All of the members of the conference shall be active members of Division I or be engaged in the reclassification process pursuant to Bylaw 20.7. *(Revised: 1/11/94 effective 9/2/94, 1/15/11 effective 8/1/11, 1/20/22)*

### 20.3.2 Privileges.

**20.3.2.1 Privileges of Member Conferences.** Member conferences shall be entitled to all of the privileges of active members except the right to compete as such in NCAA championships. *(Revised: 2/24/21, 1/20/22)*

**20.3.2.2 Voting Rights.** Only a member conference that meets the criteria of Bylaw 20.02.8 shall be permitted to vote on issues before the Association. *(Revised: 1/15/11 effective 8/1/11, 1/20/22)*

**20.3.2.2.1 Football Issues.** Conference championship competition shall be conducted in football in order for the conference to vote on issues pertaining only to football. *(Revised: 1/15/11 effective 8/1/11, 1/20/22)*

**20.3.2.3 Use of Association's Registered Marks.** Member conferences may use the registered marks of the Association (the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Revised: 10/30/14, 1/20/22)*

### 20.3.3 Election Procedures.

**20.3.3.1 Application.** An athletics conference desiring to become a member conference shall make application on a form available from the national office by June 1 for membership effective August 1 of the following academic year. A check in the appropriate amount for annual dues shall accompany the application. Should the applicant fail election, the dues paid shall be refunded. *(Revised: 4/25/02 effective 8/1/11, 1/20/22, 6/26/24)*

**20.3.3.2 Election.** An athletics conference may be elected as a member conference by a majority vote of the delegates present and voting at an annual Convention or by a majority vote of the Board of Directors, effective the following August 1. *(Revised: 4/25/02, 11/11/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 1/20/22)*

### 20.3.4 Conditions and Obligations of Membership.

**20.3.4.1 General.** The member conferences of this Association agree to administer their athletics programs in accordance with the constitution, bylaws and other legislation of the Association. *(Revised: 1/20/22)*

**20.3.4.2 Equity, Diversity and Inclusion Review.** An active member conference shall complete an equity, diversity and inclusion review of its internal policies, procedures and programming at least once every four years and provide written confirmation of completion to the national office. Failure to complete an equity, diversity and inclusion review at least once every four years shall subject a member conference to a penalty pursuant to a penalty structure and timeline maintained by the Strategic Vision and Planning Committee. *(Adopted: 7/27/20 effective 8/1/20, Revised: 1/11/21, 1/20/22)*

**20.3.4.3 Conference Competition.** Member conferences shall conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition. *(Revised: 1/20/22)*

**20.3.4.4 Officiating.** A multisport conference shall provide oversight of the officiating programs for selecting, training and assigning officials for its men's and women's basketball programs. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.3.4.5 Compliance Program.** A multisport conference shall have a comprehensive compliance program. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.3.4.6 Conference Student-Athlete Advisory Committee.** Each conference shall establish a student-athlete advisory committee for its member institutions' student-athletes. The composition and duties of the committee shall be determined by the conference. The committee must: *(Adopted: 10/27/98 effective 8/1/99, Revised: 1/20/22, 4/13/23 effective 8/1/23)*

(a) Appoint an executive team that, at a minimum, includes a chair and vice chair;

(b) Be directly overseen by a senior conference administrator; and

(c) Be provided at least two opportunities annually for at least two student-athlete representatives (e.g., SAAC leadership) to engage with relevant operational-level conference committees to discuss and exchange feedback on student-athlete initiatives, legislation, championships, and other student-athlete-related topics. The conference has the discretion to determine the specific committees that will engage with the student-athletes, but must include at least one group.

**20.3.4.7 Conference Committees on Student-Athlete Issues.** A conference committee or ad hoc group established to address issues that directly impact student-athletes must include at least one student-athlete as an active member. *(Adopted: 4/13/23 effective 8/1/23)*

**20.3.4.8 Sport-Specific Student-Athlete Engagement or Advocacy Groups.** If a conference has sport-specific student-athlete engagement or advocacy groups, a conference coaches group must meet at least once annually with at least two members of the corresponding student-athlete engagement or advocacy group. *(Adopted: 4/13/23 effective 8/1/23)*

**20.3.4.9 Use of a Student-Athlete's Name or Likeness.**

**20.3.4.9.1 Contracts and Commercial Agreements.** For agreements that may involve the use of a student-athlete's name or likeness, a conference shall include language in all licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that outlines the commercial entity's obligation to comply with relevant NCAA legislation, interpretations and policies on the use of a student-athlete's name or likeness. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.3.4.9.2 Written Policies.** A conference shall maintain written policies for its licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that may involve the use of a student-athlete's name or likeness. Such policies shall be made available for examination on request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**20.3.4.10 Academic Performance Program.** A conference shall maintain a written policy regarding teams that are subject to a postseason restriction pursuant to the academic performance program (see Bylaw 14.8) with respect to the conference's automatic qualification for postseason/championships and revenue distribution. The policy shall be made available for examination upon request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 10/27/11 effective 8/1/12 applicable to postseason competition occurring on or after 8/1/12, Revised: 1/20/22)*

**20.3.4.11 Athletics Diversity and Inclusion Designee.** An active member conference shall designate an athletics diversity and inclusion designee to be the primary contact and conduit for diversity and inclusion-related information. *(Adopted: 1/22/20 effective 8/1/20, Revised: 1/20/22)*

**20.3.5 Loss of Member Conference Status.**

**20.3.5.1 Termination or Suspension.** The membership of any member conference failing to maintain the academic or athletics standards required for membership or failing to meet the conditions and obligations of membership may be suspended or terminated or the member conference otherwise disciplined by a vote of two-thirds of the delegates present and voting at an annual Convention. Membership shall not be suspended or terminated unless: *(Revised: 3/8/06, 1/20/22)*

(a) Notice of intention to suspend or terminate membership, stating the grounds on which such motion will be based, is given in writing to the secretary of this Association and to the president or chancellor of the member conference on or before the first day of November prior to the Convention;

(b) The Board of Directors approves the notification of intention to move for suspension or termination; and

(c) Such notice is included in the Official Notice of the annual Convention.

**20.3.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease upon any termination or suspension of conference membership. *(Revised: 1/20/22)*

**20.3.5.2 Failure to Pay Dues.** If a member conference fails to pay its annual dues for one year, its membership shall be automatically terminated. *(Revised: 1/20/22)*

**20.3.5.3 Reinstatement of Terminated Member.** Any member conference whose membership has been terminated (see Bylaw 20.3.5.1) may have it reinstated by a two-thirds vote of the members present and voting at any annual Convention. *(Revised: 1/20/22)*

**20.3.5.4 Reinstatement of Suspended Member.** Any member conference whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at any time after six months from the date of such suspension, by vote of a majority of the Board of Directors or by vote of the majority of the members present and voting at any annual Convention. *(Revised: 1/20/22)*

**20.3.6 Discipline of Member Conferences.** Disciplinary or corrective actions other than suspension or termination of membership may be affected during the period between annual Conventions for violation of NCAA rules (see Bylaw 19). *(Revised: 7/31/14, 1/20/22)*

**20.3.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing under the terms of disciplinary action taken or, at the annual Convention, by majority vote of the members present and voting. *(Revised: 10/31/12 effective 8/1/13, 1/20/22)*

# 20.4 Establishment of and Compliance With Division Criteria.

**20.4.1 Adoption of Criteria.** The members of the division, through the legislative process, may establish division criteria for membership and competition by sport.

**20.4.2 Effective Date and Compliance Period.** In establishing criteria, the members of the division shall specify the effective date and compliance period, if any. Each institution (either as a member of that division or as an institution that competes in a sport in that division under the provisions of multidivision classification per Bylaw 20.5) shall conform to the requirements of the criteria by that effective date or by the end of the compliance period, whichever is later.

**20.4.2.1 Deadline for Meeting Performance Criterion.** An institution must comply with any specific performance criterion adopted by the membership of its division (e.g., that the institution sponsor a minimum number of sports, schedule and play a specific percentage or number of contests against opponents of a certain division, or demonstrate a specific level of paid attendance) by the end of the academic year prior to the effective date of the legislation.

**20.4.3 Failure to Conform by Effective Date.** If an institution has not conformed to the adopted criteria of its division by the effective date or the end of the prescribed compliance period, the institution's membership (or its sport per Bylaw 20.5) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 20.5) does not qualify for any division, the institution (or its sport per Bylaw 20.5) shall be reclassified in accordance with Bylaw 20.4.5.

**20.4.4 Continuation of Compliance.** To retain division membership or approved multidivision classification (per Bylaw 20.5), each member institution shall continue to meet division criteria when any grace period expires. If an institution fails to remain in compliance with its division's criteria, the institution's membership (or its sport per Bylaw 20.5) shall be reassigned to a division for which it qualifies. If the member (or its sport per Bylaw 20.5) does not qualify for any division, the institution shall be reclassified in accordance with Bylaw 20.4.5 and also shall be subject to the Association's infractions process. *(Revised: 7/31/14)*

**20.4.5 Noncompliance and Waivers of Division Criteria.**

**20.4.5.1 Restricted Membership.**

**20.4.5.1.1 Minimum One-Year Compliance Period.** If an institution (or its sport per Bylaw 20.5) does not qualify for membership in any division, the institution (or its sport per Bylaw 20.5) may be placed in a restricted membership category for a minimum of one year. At the conclusion of the minimum one-year period, the institution automatically shall be granted membership in its preferred division, provided the institution complies with the division's criteria. If the institution does not meet the criteria of any division at the end of the restricted membership period, the institution shall forfeit its membership in the Association. *(Revised: 1/15/11 effective 8/1/11)*

**20.4.5.1.2 Failure to Meet Minimum Sports Sponsorship Criteria.**

**20.4.5.1.2.1 One-Year Probationary Period.** An institution that fails to meet either the minimum men's or women's sports sponsorship criterion for its division shall be placed on probation for one year for its entire program (both men's and women's sports) in the next academic year after noncompliance with sports sponsorship requirements is discovered. An institution shall be afforded the one-year probationary period for failure to comply

with sports sponsorship criteria only once in every 10-year period. The 10-year period shall begin the September 1 following completion of the academic year in which the membership criterion is not met. *(Revised: 1/11/89)*

**20.4.5.1.2.2 Application of Restricted Membership Status.** If an institution fails to meet the sports sponsorship criterion at the end of the probationary year or is ineligible for the once-in-10-year probationary period, it shall be placed in restricted membership and shall not be eligible for NCAA championship competition in all sports (both men's and women's) in the first academic year after the probationary year (or the first academic year after failure to meet the requirements if the institution is ineligible for the once-in-10-year probationary period). If the institution still cannot certify compliance with the division criterion at the end of that year, it shall forfeit its membership in the Association. *(Revised: 1/11/89, 1/15/11 effective 8/1/11)*

**20.4.5.1.3 Failure to Meet Division Scheduling Requirement.** An institution that fails to meet the division scheduling requirement in a sport shall be placed in the restricted membership category in that sport, with men's and women's teams in the same sport treated separately. The sport shall be in the restricted membership category for not longer than a three-year period.

**20.4.5.1.4 Failure to Meet Financial Aid Minimums.** An institution that fails to meet the financial aid minimums shall be placed in the restricted membership category for a period of one year. *(Adopted: 11/1/00 effective 8/1/01)*

**20.4.5.1.5 Voting Privileges and Eligibility for Championships.** The institution shall identify its preferred division and, during the period of restricted membership, shall be:

(a) In compliance to the greatest extent possible with that division's scheduling criteria;

(b) Bound by all other applicable rules of the Association;

(c) Permitted to vote only on dominant issues, unless the restricted membership status is in one sport, in which case its loss of voting privileges shall apply only to that sport; and

(d) Ineligible for NCAA championships and postseason football contests, unless the restricted membership status is in one sport, in which case loss of eligibility for championships and postseason football contests shall apply only to that sport.

**20.4.5.1.6 Division Members Counting a Restricted Opponent.** During the period of its restricted membership, an institution may be counted by its classified opponents as a member of the restricted institution's desired division for purposes of the opponents' meeting their division's scheduling criteria; however, a restricted member shall not count another restricted member for such purposes.

**20.4.5.1.6.1 Restricted Members Counting a Restricted Opponent.** A contest between two institutions in restricted membership status in a sport shall not be counted as a contest by either institution for purposes of the scheduling criterion in the sport in which they are restricted, provided this exception is not applied to more than 25 percent of an institution's contests in the sport in question for any particular season.

**20.4.5.1.7 No Voluntary Selection of Restricted Membership Category.** Restricted membership status is imposed only when an institution has failed to comply with division membership criteria. An institution is not permitted to select voluntarily or to request that it be placed in the restricted membership category.

**20.4.5.1.8 Removal of Restricted Membership Status.** When an institution that has been placed in restricted membership status wishes to return to its original membership division, it shall meet the criteria that were in effect at the time it became restricted or that have become effective since that time. If a restricted institution wishes to move to a different membership division, it is considered a petitioner for change of division membership per Bylaw 20.6 and would be required to meet all of the new division's criteria at the time the institution leaves restricted status.

**20.4.5.2 Loss of Membership.**

**20.4.5.2.1 Failure to Meet Three-Season Requirement.** If an active member no longer meets the three-season requirement for either men or women, it shall immediately forfeit its membership in the Association. *(Revised: 5/8/06, 1/15/11 effective 8/1/11)*

**20.4.5.3 Waivers of Division I Membership Criteria.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may grant waivers of the Division I membership criteria according to the procedures specified below. *(Revised: 1/11/94 effective 9/2/94, 4/24/03 effective 8/1/03, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.4.5.3.1 Submission of Request.** The institution shall submit its written request for a waiver to the Strategic Vision and Planning Committee, and it shall be received in the national office not later than September 15. The request shall be signed by the institution's president or chancellor and shall include pertinent information supporting

the institution's request. The committee, by a two-thirds majority of its members present and voting, may waive the September 15 deadline due to circumstances beyond an institution's control. *(Revised: 1/19/96, 4/24/03 effective 8/1/03, 3/8/06, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.4.5.3.2 Effective Date of Waiver.** If the division votes to admit the institution as a member of that division, such classification shall become effective: *(Adopted: 1/11/89, Revised: 1/10/90, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) In accordance with the requirements of Bylaw 20.2.3.3 if a new member of the Association is involved;

(b) September 1 following the Strategic Vision and Planning Committee action if an active member institution is seeking multidivision classification or change of division membership; or

(c) Immediately if the institution receives a waiver of the restricted membership classification.

**20.4.5.3.2.1 Maximum Three-Year Waiver Period.** If after three years from the effective date of multidivision classification or reclassification (September 1 following the Strategic Vision and Planning Committee action) the institution receiving such a waiver has not conformed to all adopted criteria of the division, the institution's membership (or its sport per Bylaw 20.5): *(Revised: 1/11/94 effective 9/2/94, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) Shall be assigned to a division for which it qualifies in accordance with Bylaw 20.6.1.1; or

(b) Shall be placed in the restricted membership category for a maximum of one year in accordance with Bylaw 20.4.5.1 if the member (or its sport per Bylaw 20.5) does not qualify for any division.

**20.4.5.3.2.2 Eligibility for Championships.** The institution receiving such a waiver shall be accorded all privileges of division membership during this waiver period; however, its eligibility for championships shall require compliance with the institutional eligibility requirements of Bylaw 20.5.3 or 20.6.3.

**20.4.5.3.3 Rejection of Waiver Request.** If the Strategic Vision and Planning Committee votes to reject the institution's request, the institution's membership (or its sport per Bylaw 20.5): *(Adopted: 4/24/03 effective 8/1/03, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) Shall be reassigned to a division for which it qualifies;

(b) Shall be placed in the restricted membership category, if it does not qualify for any division (see Bylaw 20.4.5.1); or

(c) Shall be required to repeat the membership process.

# 20.5 Multidivision Classification/Reclassification of Football Subdivision.

**20.5.1 Multidivision Classification.** A member of Division II or Division III may have a sport classified in Division I, provided the sport was so classified during the 2010-11 academic year. Such a classification shall continue until the institution fails to conduct the sport in Division I in any subsequent academic year. *(Revised: 8/9/07, 1/15/11 effective 8/1/11)*

**20.5.1.1 Reclassification of a Sport of the Opposite Gender.** A member of Division II or Division III that had one sport classified in Division I during the 2010-11 academic year may petition to have one sport of the opposite gender, other than football or basketball, classified in Division I, provided the original sport remains classified in Division I. *(Adopted: 10/27/11 process to begin with applications received by 6/1/12)*

**20.5.1.1.1 Notification/Application Requirement.** An institution's chancellor or president shall submit to the national office written notice of the institution's intention to reclassify and a completed application. The notice and application shall be received in the national office (by mail or electronic transmission) not later than June 1 two years prior to August 1 of the year the institution intends to reclassify the applicable sport. Any form received after June 1 shall be postmarked not later than May 25. The notice and application shall be accompanied by a $10,000 fee and a strategic plan that addresses the Division I philosophy statement (see Bylaw 20.9.2) and the requirements set forth by the Strategic Vision and Planning Committee. If the institution fails to meet the requirements of reclassification, the application fee shall be refunded, less any expenditure for educational costs related to the reclassification process. *(Adopted: 10/27/11 process to begin with applications received by 6/1/12, Revised: 1/19/13, 8/7/14, 10/5/16)*

**20.5.1.1.2 Compliance With Criteria.** The Strategic Vision and Planning Committee shall monitor the institution's progress and compliance with the criteria of the reclassification process. The committee shall have the authority to deny advancement to the next year of the process if it determines that deficiencies warrant a requirement that the institution repeat the first year. If the institution meets all applicable division membership criteria of this article (other than scheduling requirements during the first year of reclassification) and complies for the two years preceding June 1 of the year the institution intends to reclassify the applicable sport with all other bylaw requirements as they pertain to the sport in question, the committee shall refer the institution's request for participation in the division in

that sport to the Board of Directors for election effective August 1 of the year that the institution selects as its effective date. *(Adopted: 10/27/11 process to begin with applications received by 6/1/12, Revised: 7/22/13, 8/7/14, 10/6/17)*

**20.5.1.1.3 Reclassification Requirements.**

**20.5.1.1.3.1 First Year.** During the first year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 10/27/11 process to begin with applications received by 6/1/12, Revised: 8/7/14, 10/4/17)*

(a) Attend an orientation session conducted by the national office staff related to the application of Division I membership requirements. Institutional representatives required to attend the orientation session are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics representative and the senior compliance administrator;

(b) Submit an annual report and updated strategic plan by June 1 at the end of the first academic year based on feedback received from the previous year's report; and

(c) Report all violations as part of the required annual report.

**20.5.1.1.3.2 Second Year.** During the second year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 10/27/11 process to begin with applications received by 6/1/12, Revised: 8/7/14, 10/6/17)*

(a) Full compliance with all Division I legislation and membership requirements; and

(b) Submit an annual report and updated strategic plan confirming compliance with all Division I legislation and membership requirements; and

(c) Report all violations as part of the required annual report.

**20.5.1.1.3.3 Compliance Review Requirement.** The institution must engage in a compliance review (at the institution's expense) during the multidivision reclassification period. The review must be conducted by an authority outside the athletics department (e.g., multisport conference, outside consultant), subject to approval by the Strategic Vision and Planning Committee. A copy of the report must be submitted to the Strategic Vision and Planning Committee. *(Adopted: 10/27/11 process to begin with applications received by 6/1/12, Revised: 8/7/14, 10/4/17, 1/23/19)*

**20.5.2 Football Subdivision Reclassification Options.** A member of Division I may petition to be classified in football in the Football Bowl Subdivision or the Football Championship Subdivision. *(Adopted: 1/15/11 effective 8/1/11)*

**20.5.2.1 Reclassification from Football Championship Subdivision to Football Bowl Subdivision.**

**20.5.2.1.1 Eligibility for Reclassification.** Before a Football Championship Subdivision institution may apply for reclassification to the Football Bowl Subdivision, the institution must receive a bona fide invitation for membership from a Football Bowl Subdivision conference or a conference that previously met the definition of a Football Bowl Subdivision conference (see Bylaw 20.02.9). *(Adopted: 1/15/11 effective 8/1/11)*

**20.5.2.1.2 Notification/Application Requirement.** The chancellor or president from a Football Championship Subdivision institution that intends to petition for reclassification to the Football Bowl Subdivision, per Bylaw 20.5.2, shall submit to the national office written notice of the institution's intention to reclassify and a completed application. The notice and application shall be received in the national office (by mail or electronic transmission) not later than June 1 two years prior to the August 1 when the institution intends to reclassify to the Football Bowl Subdivision. Any form received after June 1 shall be postmarked not later than May 25. The notice and application shall be accompanied by a strategic plan that addresses the Division I philosophy statement (see Bylaw 20.9.2) and any requirements set forth by the Football Bowl Subdivision Oversight Committee. *(Adopted: 4/28/05, Revised: 3/8/06, 12/15/06, 1/15/11 effective 8/1/11, 1/19/13, 8/7/14, 10/5/16, 10/4/23 for institutions applying to reclassify to FBS after 6/1/23, 6/26/24 for institutions applying to reclassify by 6/1/25 and thereafter)*

**20.5.2.1.2.1 Application Fee.** A $5 million fee shall accompany the application. If the institution fails to qualify for membership in the Football Bowl Subdivision, the application fee shall be refunded to the institution on a prorated basis -- 50 percent through year one and no refund thereafter. *(Adopted: 10/4/23 for institutions applying to reclassify to FBS after 6/1/23)*

**20.5.2.1.3 Compliance with Criteria.** The Football Bowl Subdivision Oversight Committee shall monitor the institution's progress and compliance with the criteria of the reclassification process. The committee shall have the authority to deny advancement to the next year of the process if it determines that deficiencies warrant a requirement that the institution repeat the first year. If the member has met all applicable division membership criteria of this article (other than scheduling requirements during the first year of reclassification) and has complied for the two years preceding June 1 with all other bylaw requirements as they pertain to the Football Bowl Subdivision, the committee shall refer the institution's request for participation in the Football Bowl Subdivision to the Board of Directors for

election effective August 1 of the year that the institution selects as its effective date. *(Revised: 1/10/90, 4/25/02 effective 8/1/02, 1/15/11 effective 8/1/11, 7/22/13, 8/7/14, 10/4/17, 6/26/24 for institutions applying to reclassify by 6/1/25 and thereafter)*

### 20.5.2.1.4 Reclassification Requirements.

**20.5.2.1.4.1 First Year.** During the first year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 1/8/07, Revised: 11/1/07 effective 8/1/08, 1/14/08 effective 8/1/08, 1/15/11 effective 8/1/11, 8/7/14, 10/4/17)*

(a) Attend an orientation session conducted by the national office staff related to the application of Football Bowl Subdivision membership requirements. Institutional representatives required to attend the orientation session are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics representative and the senior compliance administrator;

(b) Submit an annual report and updated strategic plan by June 1 at the end of the first academic year based on feedback received from the previous year's report; and

(c) Report all violations as part of the required annual report.

**20.5.2.1.4.2 Second Year.** During the second year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 1/14/08 effective 8/1/08, Revised: 1/15/11 effective 8/1/11, 8/7/14, 10/4/17)*

(a) Full compliance with all Football Bowl Subdivision legislation and membership requirements;

(b) Submit an annual report and updated strategic plan confirming compliance with all Football Bowl Subdivision legislation and membership requirements; and

(c) Report all violations as part of the required annual report.

**20.5.2.1.4.3 Compliance Review Requirement.** The institution must engage in a compliance review (at the institution's expense) during the reclassification period. The review must be conducted by an authority outside the athletics department (e.g., multisport conference, outside consultant), subject to approval by the Football Bowl Subdivision Oversight Committee. A copy of the report must be submitted to the Football Bowl Subdivision Oversight Committee. *(Adopted: 1/14/08 effective 8/1/08, Revised: 1/15/11 effective 8/1/11, 8/7/14, 10/4/17, 1/23/19, 6/26/24 for institutions applying to reclassify by 6/1/25 and thereafter)*

**20.5.2.1.5 Waivers.** The Council, by a two-thirds majority of its members present and voting, may grant waivers of the requirements for reclassification from the Football Championship Subdivision to the Football Bowl Subdivision. *(Adopted: 4/25/18)*

**20.5.3 Championships Eligibility.** A member of Division I that has forwarded to the national office written notice of its intention to change its football membership classification from Championship Subdivision to Bowl Subdivision per Bylaw 20.5.2.1 no longer shall be eligible for participation in the Division I Football Championship. *(Adopted: 4/26/01 effective 8/1/01, Revised: 12/15/06)*

**20.5.4 Compliance Review Requirement.** At least once every four years, an active multidivisional institution must engage in a compliance review (at the institution's expense) conducted by an authority outside the athletics department (e.g., Division I multisport conference, outside consultant), subject to approval by the Strategic Vision and Planning Committee. A copy of the report of the compliance review must be submitted to the Strategic Vision and Planning Committee. *(Adopted: 1/14/08 effective 8/1/08, Revised: 8/7/14, 10/4/17, 1/23/19)*

**20.5.4.1 Failure to Meet Deadline.** A multidivisional institution that fails to complete a compliance review and submit a copy of the report to the Strategic Vision and Planning Committee by the end of each four-year period shall be subject to a penalty pursuant to a penalty structure and timeline maintained by the Strategic Vision and Planning Committee. *(Adopted: 10/27/11, Revised: 8/7/14, 10/4/17, 1/22/20 effective 8/1/20)*

# 20.6 Change of Division Membership.

## 20.6.1 Eligibility for Reclassification.

**20.6.1.1 Division II Member.** A member of Division II may petition to change its membership to Division I subject to the following prerequisites: *(Revised: 1/15/11 effective 8/1/11, 4/28/21 effective 6/1/21)*

(a) The institution shall have been an active Division II member for the preceding five years;

(b) The institution shall be in compliance with all Division I minimum sports sponsorship and financial aid membership requirements; and

(c) The institution shall have received a bona fide offer of membership from an active Division I multisport conference.

#### 20.6.1.2 Division III Member.

##### 20.6.1.2.1 Pre-Application Process.
Before a member of Division III may submit an application to change its membership status to Division I, the institution must successfully complete a pre-application process of not less than one year. The pre-application process shall include, but is not limited to, a feasibility study and the development of a strategic plan and policies and procedures that demonstrate the institution's commitment to Division I membership. The Strategic Vision and Planning Committee shall determine whether an institution has satisfied the requirements of the pre-application process and is prepared to submit an application for reclassification to Division I. *(Adopted: 4/28/21 effective 6/1/21)*

##### 20.6.1.2.2 Application for Reclassification.
A member of Division III may petition to change its membership to Division I after the Strategic Vision and Planning Committee has determined the institution has satisfied the requirements of the pre-application process. The Division III member's reclassification application is subject to the following prerequisites: *(Adopted: 4/28/21 effective 6/1/21)*

(a) The institution shall have been an active Division III member for the preceding five years;

(b) The institution shall be in compliance with all Division I minimum sports sponsorship requirements and shall demonstrate an intent to comply with minimum Division I financial aid membership requirements during the first year of the reclassification process;

(c) The institution shall have received a bona fide offer of membership from an active Division I multisport conference.

### 20.6.3 Requesting Reclassification.
In order to petition to change its membership to Division I, the institution and its sponsoring conference shall complete an application and submit it to the Strategic Vision and Planning Committee on a form approved by the committee. *(Revised: 1/15/11 effective 8/1/11, 8/7/14, 10/4/17)*

#### 20.6.3.1 Deadline for Submission of Application.
The application shall be received in the national office (by mail or electronic transmission) not later than June 1 prior to the academic year in which the institution is seeking to begin its first year of the reclassification process. Any application received after that date shall be postmarked not later than May 25. *(Revised: 1/15/11 effective 8/1/11)*

#### 20.6.3.2 Application Fee.
A fee shall accompany the application. The amount of the fee shall be determined each year based on the estimated annual average value of direct benefits through distributions and championships made available to Division I members. If an institution withdraws from the reclassification process, the application fee shall be refunded to the institution on a prorated basis -- 75 percent through year one, 50 percent through year two, 30 percent through year three and no refund thereafter. *(Adopted: 1/15/11 effective 8/1/11)*

#### 20.6.3.3 Initial Strategic Plan.
The institution's application shall include an initial strategic plan that addresses the Division I philosophy statement (see Bylaw 20.9.2) and the requirements set forth by the Strategic Vision and Planning Committee. The initial strategic plan must be approved by the sponsoring conference. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/19/13, 8/7/14, 10/5/16)*

#### 20.6.3.4 Notification of Infractions Matters.
The institution's application shall include notification whether it is, at the time of application, involved in an investigation of potential rules violations, an infractions case or is on probation for rules violations. *(Adopted: 1/15/11 effective 8/1/11)*

#### 20.6.3.5 Compliance With Criteria.
The Strategic Vision and Planning Committee shall monitor the institution's progress and compliance with the criteria of the reclassification process. The committee shall have the authority to deny advancement to the next year of the process if it determines that deficiencies warrant a requirement that the institution repeat a particular year. If the institution has met the reclassification criteria of this article and has complied for the four years preceding June 1 with all other requirements set forth in this bylaw, the committee shall refer the institution's request for active Division I membership to the Board of Directors for election effective August 1 following such election. However, the committee may deny referral of a reclassifying institution to the Board of Directors for advancement to active Division I status if any of the institution's sport programs are subject to penalties pursuant to the Division I Academic Performance Program. An institution shall not be elected to active membership in Division I if it is subject to an Academic Performance Program penalty. *(Revised: 1/10/90, 4/25/02 effective 8/1/02, 1/17/09 effective 8/1/09 applicable to institutions in the provisional or reclassifying processes as of 8/1/09 and those beginning either process on or after 8/1/09, 10/28/10, 1/15/11 effective 8/1/11, 8/7/14, 10/4/17)*

##### 20.6.3.5.1 First Year.
During the first year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 4/25/02 effective 8/1/02, Revised: 3/10/04, 1/15/11 effective 8/1/11, 1/19/13, 7/31/14, 8/7/14, 10/5/16, 10/4/17)*

(a) Attendance at an orientation session conducted by the national office staff related to basic Division I operating rules and membership requirements. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(b) Attendance at the NCAA Convention Division I issues forum and business session. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(c) Attendance at the Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(d) Apply all Division I legislation, except scheduling requirements and continuing eligibility requirements (e.g., progress-toward-degree, five-year rule) for student-athletes who are completing their final season of competition and were enrolled at the institution at least one year prior to the institution entering year one of the reclassification process;

(e) Completion of an NCAA self-study program as established by the Strategic Vision and Planning Committee;

(f) Process institutional and individual student-athlete violations of Division I legislation through Division I infractions and student-athlete reinstatement processes. The institution shall be subject to any and all sanctions for violations of Division I legislation; and

(g) Submit an annual report and a strategic plan by June 1. The institution shall report all violations as part of the annual report and provide notice whether it is involved in an investigation of potential rules violations, an infractions case or is on probation for rules violations.

**20.6.3.5.2 Second Year.** During the second year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 7/31/14, 8/7/14, 10/4/17)*

(a) Full compliance with all Division I legislation and membership requirements;

(b) Attendance at the NCAA Convention Division I issues forum and business session. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(c) Attendance at a Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(d) Completion of a compliance review conducted by the national office and submission of a report with an institutional response to the findings and recommendations;

(e) Process institutional and individual student-athlete violations of Division I legislation through the Division I infractions and student-athlete reinstatement processes. The institution shall be subject to any and all sanctions for violations of Division I legislation; and

(f) Submit an annual report and an updated strategic plan by June 1 based on feedback related to the previous year's plan. The institution shall report all violations as part of the annual report and provide notice whether it is involved in an investigation of potential rules violations, an infractions case or is on probation for rules violation.

**20.6.3.5.3 Third Year.** During the third year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 1/19/13, 7/31/14, 8/7/14, 10/5/16, 10/4/17)*

(a) Attendance at the NCAA Convention Division I issues forum and business session. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(b) Attendance at a Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at

the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(c) Completion of an NCAA self-study program as established by the Strategic Vision and Planning Committee;

(d) Process institutional and individual student-athlete violations of Division I legislation through Division I infractions and student-athlete reinstatement processes. The institution shall be subject to any and all sanctions for violations of Division I legislation; and

(e) Submit an annual report and an updated strategic plan by June 1 based on feedback related to the previous year's plan. The institution shall report all violations as part of the annual report and provide notice whether it is involved in an investigation of potential rules violations, an infractions case or is on probation for rules violations.

**20.6.3.5.4 Fourth Year.** During the fourth year of reclassification, an institution shall satisfy the following requirements: *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/15/11 effective 8/1/11, 1/19/13, 7/31/14, 8/7/14, 10/5/16, 10/4/17)*

(a) Successfully complete an NCAA self-study program as established by the Strategic Vision and Planning Committee;

(b) Attendance at the NCAA Convention Division I issues forum and business session. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(c) Attendance at a Regional Rules Seminar conducted by the NCAA. Institutional representatives required to attend are the chancellor or president (or an individual appointed by the chancellor or president with executive status at the institution), the director of athletics, the senior woman administrator, the faculty athletics representative and the senior compliance administrator;

(d) Process institutional and individual student-athlete violations of Division I legislation through the Division I infractions and student-athlete reinstatement processes. The institution shall be subject to any and all sanctions for violations of Division I legislation; and

(e) Submit an annual report and an updated strategic plan by June 1 based on feedback related to the previous year's plan. The institution shall report all violations as part of the annual report and provide notice whether it is involved in an investigation of potential rules violations, an infractions case or is on probation for rules violations.

**20.6.4 Timing of Monetary Distributions.** The institution shall qualify to begin receiving revenue distributions related to sports sponsorship and grants-in-aid after its third academic year as an active Division I member. The institution shall qualify to receive the Student Assistance Fund, Academic Enhancement Fund, Academic Performance Fund, Basketball Performance Fund and Equal Conference Distribution Fund, as determined by its sponsoring conference, beginning with the first year of active membership. *(Adopted: 1/15/11 effective 8/1/11, Revised: 2/24/12, 10/25/13, 5/16/18, 1/23/19 effective 8/1/19)*

**20.6.5 Championships Eligibility.** To be eligible for NCAA championships in Division I as of the effective August 1 following election to active membership, the institution shall comply with all championships eligibility requirements, as prescribed by Bylaw 31, and otherwise shall be eligible for participation in those championships. In addition, a member of Division I shall comply with the provisions of Bylaw 18.4.2. *(Revised: 1/15/11 effective 8/1/11)*

# 20.7 Division Legislation.

**20.7.1 Applicable Legislation.** A member institution shall observe the applicable legislation and requirements of its membership division. However, if the institution is eligible to participate in a sport in Division I (see Bylaw 20.5 for multidivision-classification privileges), it shall apply the rules of Division I that govern the sport in question. *(Revised: 1/15/11 effective 8/1/11)*

**20.7.1.1.1 Football Championship Subdivision Member Electing Football Bowl Subdivision Legislation.** A Football Championship Subdivision member institution may elect to be governed by the legislation pertaining to the Football Bowl Subdivision, as follows: *(Revised: 12/15/06)*

(a) The institution shall file a declaration of intent with the NCAA president. The declaration shall be received in the national office (by mail or electronic transmission) not later than June 1 preceding the applicable academic year. Any declaration received after that date shall be postmarked not later than May 25.

(b) Once receipt of the declaration has been confirmed, the institution shall not be eligible for inclusion in championship subdivision football rankings or for consideration for the Division I Football Championship.

**20.7.1.2 Division III Application.** A Division III member institution that has a sport classified in Division I may apply Division I rules in that sport except the institution must apply the Division III financial aid regulations of Bylaw 15 in the Division I sport. *(Revised: 1/11/94, 2/7/20)*

**20.7.1.2.1 Waivers.** If a member institution conducts a men's or women's sport that was classified in Division I during the 1982-83 academic year, the Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve waivers of the application of the Division III regulations to such a sport. *(Revised: 11/1/07 effective 8/1/08, 1/15/11 effective 8/1/11, 8/7/14, 10/4/17)*

# 20.8 Eligibility for National Collegiate and Division Championships.

## 20.8.1 Eligibility for National Collegiate Championships. [#] Separate championships in each division are not sponsored in the following sports: *(Adopted: 4/24/03 effective 8/1/03, Revised: 1/15/11 effective 8/1/11, 10/30/14 effective 8/1/15, 7/31/15)*

| | | |
|---|---|---|
| Women's beach volleyball | Women's gymnastics | Men's volleyball (Divisions I and II) |
| Women's bowling | Women's ice hockey (Divisions I and II) | Men's water polo |
| Men's and women's fencing | Men's and women's rifle | Women's water polo |
| Men's gymnastics | Men's and women's skiing | |

An active member institution in good standing, regardless of division, is eligible for the National Collegiate Championships if a division championship in the respective sport is not offered in its division. Such an institution is required to meet only the institutional and individual eligibility requirements of its division that govern the sport in question.

## 20.8.2 Division II Options When No Division II Championship Is Conducted. An active member institution that holds membership in Division II is eligible to compete in the Division I championship in those sports for which no championship is conducted in Division II. The Division II institution shall declare its intention to compete by June 1. This declaration of intent shall be effective for a minimum of three years. *(Revised: 1/10/91 effective 9/1/92)*

**20.8.2.1 Participation in Division I Championship.** To be eligible for the Division I championship in such a sport, the Division II member institution is required to meet all Division I institutional and individual eligibility requirements and may use Division I financial aid limitations in the sport. *(Revised: 1/10/91 effective 9/1/92)*

**20.8.2.2 Exception for Maximum Number of Contests or Dates of Competition.** A Division II member institution that is eligible for a championship in another division because there is no championship in that sport in its membership division shall apply the maximum number of contests or dates of competition in the sport involved that applies to the division in which it declares its intention to compete.

# 20.9 Division I Membership.

## 20.9.1 Commitments to the Division I Collegiate Model. In addition to the purposes and fundamental policy of the National Collegiate Athletic Association, as set forth in the NCAA constitution, members of Division I support the following commitments in the belief that these commitments assist in defining the nature and purposes of the division. These commitments are not binding on member institutions, but serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.1 The Commitment to Value-Based Legislation.** Bylaws proposed and enacted by member institutions governing the conduct of intercollegiate athletics shall be designed to foster competition in amateur athletics, promote the Association's enduring values and advance the Collegiate Model as set forth in the NCAA constitution. In some instances, a careful balancing of these values may be necessary to help achieve the purposes of the Association. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.2 The Commitment to Amateurism.** Member institutions shall conduct their athletics programs for students who choose to participate in intercollegiate athletics as a part of their educational experience and in accordance with NCAA bylaws, thus maintaining a line of demarcation between student-athletes who participate in the Collegiate Model and athletes competing in the professional model. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.3 The Commitment to Fair Competition.** Bylaws shall be designed to promote the opportunity for institutions and eligible student-athletes to engage in fair competition. This commitment requires that all member institutions compete within the framework of the Collegiate Model of athletics in which athletics competition is an integral part of the student-athlete's effort to acquire a degree in higher education. The commitment to fair competition acknowledges that variability will exist among members, including facilities, geographic locations and resources, and that such variability should not be justification for future legislation. Areas affecting fair competition include, but are not limited to, personnel, eligibility and

amateurism, recruiting, financial aid, the length of playing and practice seasons, and the number of institutional competitions per sport. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.4 The Commitment to Integrity and Sportsmanship.** It is the responsibility of each member institution to conduct its athletics programs and manage its staff members, representatives and student-athletes in a manner that promotes the ideals of higher education and the integrity of intercollegiate athletics. Member institutions are committed to encouraging behavior that advances the interests of the Association, its membership and the Collegiate Model of athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity and ethical conduct. These values should be manifest not only in athletics participation, but also in the broad spectrum of activities affecting the athletics programs. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.5 The Commitment to Institutional Control and Compliance.** It is the responsibility of each member institution to monitor and control its athletics programs, staff members, representatives and student-athletes to ensure compliance with the constitution and bylaws of the Association. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. It is also the responsibility of each member institution to report all breaches of conduct established by these bylaws to the Association in a timely manner and cooperate with the Association's infractions process. Upon a conclusion that one or more violations occurred, an institution shall be subject to such disciplinary and corrective actions as may be prescribed by the Association on behalf of the entire membership. *(Adopted: 1/19/13 effective 8/1/13, Revised: 7/31/14)*

**20.9.1.6 The Commitment to Student-Athlete Well-Being.** Intercollegiate athletics programs shall be conducted in a manner designed to enhance the well-being of student-athletes who choose to participate and to prevent undue commercial or other influences that may interfere with their scholastic, athletics or related interests. The time required of student-athletes for participation in intercollegiate athletics shall be regulated to minimize interference with their academic pursuits. It is the responsibility of each member institution to establish and maintain an environment in which student-athletes' activities, in all sports, are conducted to encourage academic success and individual development and as an integral part of the educational experience. Each member institution should also provide an environment that fosters fairness, sportsmanship, safety, honesty and positive relationships between student-athletes and representatives of the institution. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.7 The Commitment to Sound Academic Standards.** Standards of the Association governing participation in intercollegiate athletics, including postseason competition, shall be designed to ensure proper emphasis on educational objectives and the opportunity for academic success, including graduation, of student-athletes who choose to participate at a member institution. Intercollegiate athletics programs shall be maintained as an important component of the educational program, and student-athletes shall be an integral part of the student body. Each member institution's admission and academic standards for student-athletes shall be designed to promote academic progress and graduation and shall be consistent with the standards adopted by the institution for the student body in general. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.8 The Commitment to Responsible Recruiting Standards.** Recruiting bylaws shall be designed to promote informed decisions and balance the interests of prospective student-athletes, their educational institutions, the Association's member institutions and intercollegiate athletics as a whole. This commitment includes minimizing the role of external influences on prospective student-athletes and their families and preventing excessive contact or pressure in the recruitment process. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.1.9 The Commitment to Diversity and Inclusion.** The Division I membership believes in and is committed to the core values of diversity, inclusion and equity, because realization of those values improves the learning environment for all student-athletes and enhances excellence within the membership and in all aspects of intercollegiate athletics. The membership shall create diverse and inclusive environments, promote an atmosphere of respect for and sensitivity to the dignity of every person, and include diverse perspectives in the pursuit of academic and athletic excellence. Member institutions, with assistance from the national office, are expected to develop inclusive practices that foster positive learning and competitive environments for student-athletes, as well as professional development and opportunities for athletics administrators, coaches and staff from diverse backgrounds. *(Adopted: 1/19/13 effective 8/1/13)*

**20.9.2 Division I Philosophy.** Members of Division I support the following principles in the belief that the following statements provide further definition of the nature and purposes of the division. These statements are not binding on member institutions, but serve as additional guidance for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences. A member of Division I: *(Revised: 1/19/13 effective 8/1/13)*

(a) Subscribes to high standards of academic quality, as well as breadth of academic opportunity;

(b) Strives in its athletics program for regional and national excellence and prominence. Accordingly, its recruitment of student-athletes and its emphasis on and support of its athletics program are, in most cases, regional and national in scope;

(c) Recognizes the dual objective in its athletics program of serving both the university or college community (participants, student body, faculty-staff, alumni) and the general public (community, area, state, nation);

(d) Believes in offering extensive opportunities for participation in varsity intercollegiate athletics for both men and women;

(e) Sponsors at the highest feasible level of intercollegiate competition one or both of the traditional spectator-oriented, income-producing sports of football and basketball. In doing so, members of Division I recognize the differences in institutional objectives in support of football; therefore, the division provides competition in that sport in the Bowl Subdivision and the Championship Subdivision;

(f) Believes in scheduling its athletics contests primarily with other members of Division I, especially in the emphasized, spectator-oriented sports, as a reflection of its goal of maintaining an appropriate competitive level in its sports program;

(g) Maintains institutional control over all funds supporting athletics; and

(h) Understands, respects and supports the programs and philosophies of other divisions. Occasionally, institutions from other divisions or athletics associations will seek membership in Division I. In such cases, the applicants should be required to meet, over a period of time, prescribed criteria for Division I membership in order to ensure that such institutions agree and comply with the principles and program objectives embodied in this statement.

### 20.9.3 Financial Aid Requirements.

**20.9.3.1 Maximum Limitations.** A member of Division I shall not make an award of financial aid (for which the recipient's athletics ability is considered in any degree) in excess of the number permitted by the provisions of the bylaws governing Division I financial aid awards limitations (see Bylaw 15.5). *(Revised: 1/10/91 effective 9/1/94)*

**20.9.3.2 Minimum Awards.** A member of Division I that is not a member of the Football Bowl Subdivision (for FBS financial aid requirements, see Bylaw 20.9.9.4) shall provide institutional financial assistance that equals one of the following: *(Revised: 1/10/91 effective 9/1/94, 1/10/95, 1/9/96, 1/14/97 effective 9/1/97, 4/15/97 effective 8/1/98, 10/27/98 effective 8/1/99, 4/13/99, 4/11/00, 4/10/01, 8/14/02, 4/28/05, 4/27/06, 6/11/07, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 10/4/23)*

(a) A minimum of 50 percent of the maximum allowable grants in 14 sports, at least seven of which must be women's sports. If an institution uses indoor track and field, outdoor track and field and cross country to meet the financial aid criterion, it must award the equivalent of at least 80 percent of the full grants for men and 80 percent of the full grants for women in those sports. If the institution counts two of those three sports to meet the financial aid criterion, it must award the equivalent of at least 70 percent of the full grants for men and 70 percent of the full grants for women. If the institution counts indoor and outdoor track and field as one sport, it must award the equivalent of at least 50 percent of the full grants for men and 50 percent of the full grants for women;

(b) Financial aid representing a minimum aggregate expenditure of $1,890,177 in 2024-25 (with at least $945,089 in women's sports) and $1,946,882 in 2025-26 (with at least $973,442 in women's sports) exclusive of grants in football and men's and women's basketball, provided the aggregate grant value is not less than the equivalent of 38 full grants, with at least 19 full grants for women. The Strategic Vision and Planning Committee shall adjust the minimum aggregate figure annually to reflect inflation, based on changes in average national tuition charges for regionally accredited institutions. The committee shall announce the revised figure in the fall each year for the following academic year. If the institution does not sponsor men's or women's basketball, the minimum aggregate expenditure must be $1,247,904in 2024-25 and $1,285,341 in 2025-26 for the gender without the basketball program, but in no case fewer than the equivalent of 29 full grants for that gender;

(c) A minimum of the equivalent of 50 full grants (at least 25 full grants in women's sports), exclusive of grants awarded in football and men's and women's basketball. If the member institution does not provide men's or women's basketball, it shall sponsor a minimum of 35 full grants in the sports program for the gender without the basketball program; or

(d) A minimum of one-half of the required grants or aggregate expenditures cited in (a), (b) or (c) above, for institutions that depend on exceptional amounts of federal assistance to meet students' financial needs. This provision shall be applicable to an institution in a given year if the average per-student allotment of Pell Grant dollars for undergraduates reported to the U.S. Department of Education the previous September is more than one standard deviation above the mean for all reporting Division I member institutions that year. If an institution does not qualify under this provision after having been able to do so the previous year, the institution may continue to use this alternative for one year and shall not be required to meet the provisions of (a), (b) or (c) above until the following year. This provision shall be applicable only to institutions that were members of Division I on September 1, 1990.

**20.9.3.2.1 Aid Counted Toward Minimum Requirements.** All institutional financial aid (including any exempted aid) awarded by the member institution to a counter (per Bylaw 15.5.1) shall be used to meet the appropriate minimum. *(Revised: 1/10/91 effective 9/1/94, 1/11/04, 10/27/05 effective 8/1/06, 7/7/20)*

**20.9.3.2.2 Student-Athlete Who Has Exhausted Eligibility or Used Medical Exemption.** Countable financial aid awarded to a student-athlete who has exhausted eligibility in a sport during a previous academic year and countable aid provided to a medically exempt student-athlete per Bylaw 15.5.1.3 may be used to meet the appropriate minimum. *(Adopted: 1/11/94)*

**20.9.3.2.3 Award Requirement.** To be included in reaching the appropriate minimum, the financial aid actually must be awarded. *(Revised: 1/10/91 effective 9/1/94)*

**20.9.3.2.4 Multisport Student-Athlete.** Financial aid awarded to multisport student-athletes shall be counted against the minimum requirements pursuant to Bylaw 15.5.9. *(Revised: 1/10/91 effective 9/1/94)*

**20.9.3.2.5 Emerging Sports.** Financial aid awarded to student-athletes in emerging sports for women, as defined in Bylaw 20.02.7, may be counted in reaching the appropriate financial aid minimum requirements as well as for revenue distribution. *(Adopted: 1/11/94 effective 9/1/94)*

**20.9.3.2.6 Non-NCAA Sports.** Financial aid awarded in non-NCAA sports per Bylaw 20.9.6.1.1 may be counted in reaching the appropriate minimum, but financial aid awarded to those other than student-athletes (e.g., cheerleaders) shall not be counted. *(Revised: 1/10/91 effective 9/1/94)*

**20.9.3.2.7 Exemptions -- No Institutional Athletics Aid.** Member institutions that did not award any athletically related financial aid in any sport as of January 11, 1991, shall be exempted from the minimum requirements. *(Revised: 1/10/91 effective 9/1/94)*

**20.9.3.2.8 On-Campus Employment.** On-campus employment earnings during the academic year outside the athletics department for which athletics interests of the institution do not intercede on behalf of the student-athlete are not countable for team equivalency purposes per Bylaw 15.02.5.2-(a) but may be counted in reaching the appropriate minimum. *(Adopted: 1/11/94 effective 9/1/94)*

**20.9.3.2.9 Submission of Annual Form.** A member institution must submit its annual form regarding minimum financial aid awards to the NCAA national office not later than September 15. *(Adopted: 11/1/00 effective 8/1/01)*

**20.9.3.2.10 Waiver of Minimum Financial Aid Awards.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may waive the minimum financial aid awards required for Division I membership based on objective evidence that demonstrates circumstances that warrant the waiver of the normal application of that legislation. *(Adopted: 1/9/96, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.9.4 Regular-Season Eligibility.** A member institution shall conduct its regular-season competition under eligibility rules at least as stringent as the provisions of Bylaw 14.

**20.9.5 Three-Season Requirement.** The institution shall sponsor at least one sport involving an all-male team or a mixed team of males and females and at least one sport involving an all-female team in every sport season. An institution may use a sport to meet the three-season requirement only if the institution has met the minimum contests and participants requirements for sports sponsorship in that sport as set forth in Bylaw 20.9.6.3. *(Revised: 5/8/06)*

**20.9.5.1 Counting Multiseason Sports.** If an institution sponsors the same sport in two different seasons, it may count the sport only in the season in which its team participates in the most contests. To be counted as a fall sport, the majority of an institution's contests or dates of competition would have to occur from September through December; to be counted as a spring sport February through May. *(Revised: 5/8/06)*

**20.9.5.2 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes. *(Revised: 5/8/06)*

**20.9.5.3 Single-Gender Institution Exception.** Institutions that sponsor and conduct athletics programs for only one gender need not meet the four-sport/three-season requirement for the other gender. *(Revised: 5/8/06)*

**20.9.5.4 Waiver of Three-Season Requirement.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may waive the requirement that an active member shall conduct at least one sport in every sport season if the institution is precluded by its academic calendar and climatic conditions from conducting a sport in a particular season. *(Revised: 5/8/06, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.9.6 Sports Sponsorship.** A member institution shall sponsor teams in a minimum of: *(Revised: 1/10/91 effective 9/1/94, 1/16/93 effective 8/1/94, 1/11/94 effective 9/1/94, 12/15/06)*

(a) Seven varsity intercollegiate sports, including at least two team sports, based on the minimum requirements of Bylaw 20.9.6.3 and involving all-male teams or mixed teams of males and females, and seven varsity intercollegiate sports (of which a maximum of two emerging sports per Bylaw 20.02.7 may be used), including at least two team sports, based on the minimum requirements of Bylaw 20.9.6.3 and involving all-female teams; or

(b) Six varsity intercollegiate sports, including at least two team sports, based on the minimum requirements of Bylaw 20.9.6.3 and involving all-male teams or mixed teams of males and females, and eight varsity intercollegiate sports (of which a maximum of two emerging sports per Bylaw 20.02.7 may be used), including at least two team sports, based on the minimum requirements of Bylaw 20.9.6.3 and involving all-female teams. (See Bylaws 20.9.9.1 and 20.9.10.1 for additional sports sponsorship requirements for member institutions participating in football.)

**20.9.6.1 Acceptable Sports.** The sports designated to meet the sports sponsorship criteria shall: *(Revised: 1/11/94 effective 9/1/94)*

(a) Be among those in which the Association sponsors a championship or emerging sports for women (per Bylaw 20.02.7);

(b) Be recognized by the institution as varsity intercollegiate sports (see Bylaw 20.2.4.7); and

(c) Involve all-male teams, mixed teams of males and females or all-female teams.

**20.9.6.1.1 Waiver.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve a request from an active member institution to designate one sport involving all-male teams or mixed teams of males and females and one sport involving all-female teams other than those set forth in Bylaw 20.9.6.1-(a). *(Revised: 1/11/89, 11/1/07 effective 8/1/08, 12/17/10, 8/7/14, 10/4/17)*

**20.9.6.2 Waiver of Minimum Women's Sports Sponsorship Criterion.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may grant waivers of the minimum women's sports sponsorship requirement for active members in accordance with the procedures listed below: *(Revised: 1/10/90, 3/8/06, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) The institution shall submit its request for a waiver, signed by the institution's president or chancellor, to the NCAA president. The request shall include pertinent information supporting the institution's request, and it shall be received in the national office (by mail or electronic transmission) not later than October 1. Any request received after that date shall be postmarked not later than September 22.

(b) The institution shall provide data demonstrating that the ratio of male to female enrollment prohibits the offering of the required number of sports for women; or

(c) The institution shall provide data demonstrating insufficient student interest in establishing or maintaining the requisite number of teams.

(d) If the Strategic Vision and Planning Committee votes to reject the institution's request, the institution shall be placed in a division for which it qualifies or in the restricted membership category pursuant to the provisions of Bylaw 20.6.5.1.

**20.9.6.3 Minimum Contests and Participants Requirements for Sports Sponsorship.** In each sport, the institution's team shall engage in at least a minimum number of intercollegiate contests (against four-year, degree-granting collegiate institutions) each year. In the individual sports and women's rowing, the institution's team shall include a minimum number of participants in each contest that is counted toward meeting the minimum-contests requirement. The following minimums are applicable: *(Revised: 1/11/94 effective 9/1/94, 1/12/99, 1/25/02 effective 8/1/02, 10/31/02, 4/28/05 effective 8/1/05, 1/17/09 effective 8/1/09, 1/15/11 effective 8/1/11, 1/18/14 effective 8/1/14, 7/31/15, 4/28/16 effective 8/1/16, 4/25/18 effective 8/1/18, 6/23/20 effective 8/1/20, 4/26/23 effective 8/1/23, 6/26/24 effective 8/1/24)*

| Team Sports | Minimum Contests | Minimum Participants | Individual Sports | Minimum Contests | Minimum Participants |
|---|---|---|---|---|---|
| Women's Acrobatics and Tumbling | 6 | 18 | Women's Bowling | 8 | 5 |
| Baseball | 27 | | Cross Country | 4 | 5 |
| Basketball | 25 | | Equestrian | 6 | 12 |
| Women's Beach Volleyball | 8 | | Men's Fencing | 9 | 5 |
| Field Hockey | 11 | | Women's Fencing | 9 | 5 |
| Football | 9 | | Golf | 8 | 4 |
| Men's Ice Hockey | 25 | | Men's Gymnastics | 8 | 6 |
| Women's Ice Hockey | 20 | | Women's Gymnastics | 9 | 5 |
| Lacrosse | 10 | | Rifle | 8 | 4 |
| Women's Rowing | 6 | 23 | Skiing | 5 | 5 |
| Women's Rugby | 9 | | Swimming and Diving | 6 | 11 |
| Soccer | 11 | | Tennis | 12 | 5 |
| Softball | 27 | | Track and Field, Indoor | 4 | 14 |
| Women's Stunt | 8 | 16 | Track and Field, Outdoor | 4 | 14 |
| Volleyball | 19 | | Women's Triathlon | 4 | 3 |
| Men's Water Polo | 15 | | Men's Wrestling | 13 | 7 |
| Women's Water Polo | 10 | | Women's Wrestling | 13 | 7 |

(Note: The minimum-contest requirements set forth in Bylaws 20.9.6.3.1 through 20.9.6.3.9 apply only to the provisions of this section and do not apply to minimum-contest requirements in Bylaw 17.)

**20.9.6.3.1 Completion of Contest.** To count as a contest, the institution's team actually shall participate in and complete the contest. Scheduled contests that are canceled or not completed (in accordance with the playing rules of the sport in question) may not be counted.

**20.9.6.3.2 Counting Multicontest Events in Team Sports.** In the team sports, each game in a doubleheader, triple-header or tournament shall be counted as one contest.

**20.9.6.3.3 Counting Multiteam Events in Individual Sports.** In cross country and indoor and outdoor track and field, a multiteam event shall count as one contest. In the individual sports other than cross country and indoor and outdoor track and field, not more than three institution-versus-institution meetings shall be counted as contests in any multiteam competition (e.g., quadrangular meet). If the institution achieves a single score in competition with the other competing institutions (e.g., a conference championship), it shall be counted as one contest. *(Revised: 1/10/90 effective 9/1/90, 1/10/95, 4/25/18 effective 8/1/18)*

**20.9.6.3.3.1 Meets With No Team Scoring.** In individual sports, a meet at which no team scoring is kept counts as a contest for the purpose of meeting the minimum-contest requirement, provided at least the minimum number of participants per Bylaw 20.9.6.3 participate on the institution's team.

**20.9.6.3.3.2 Regional Cross Country Qualifying Meets.** An institution may count participation in a regional cross country meet in meeting the minimum-contest requirement, provided the institution meets the minimum-participant requirement per Bylaw 20.9.6.3 and no qualifying standards exist for participation in the meet. *(Adopted: 1/11/94)*

**20.9.6.3.4 Individual Sports -- One or More Sites.** In the individual sports, if the minimum number of student-athletes participating on one or more teams, at one or more sites, on behalf of the institution on the same day equals or exceeds the minimum number of participants per Bylaw 20.9.6.3, an institution may use the competition as a contest in meeting the minimum-contest requirements (see Bylaw 17.02.6.1). *(Adopted: 1/16/93)*

**20.9.6.3.4.1 Exception -- Multiday Meets -- Track and Field.** In track and field, if the number of student-athletes participating in a multiday meet on behalf of the institution during the course of the entire meet equals or exceeds the minimum number of participants per Bylaw 20.9.6.3 and the meet is conducted on consecutive days,

an institution may use the competition as a contest in meeting the minimum-contest requirements. *(Adopted: 1/17/09 effective 8/1/09)*

**20.9.6.3.5 Contests in Two Seasons.** If an institution sponsors the same sport in two different seasons of the same academic year, it may count contests in both seasons, provided regular varsity competition is sponsored in both seasons and is so listed on the institution's official schedule in that sport.

**20.9.6.3.6 Contests vs. Club Teams.** A contest against a collegiate institution's club team may not be counted toward meeting minimum-contest requirements. However, a member is not precluded from scheduling club teams.

**20.9.6.3.6.1 Exception -- Women's Beach Volleyball.** One dual, one-day contest against a four-year collegiate institution's club team per year may count toward meeting minimum-contest requirements. A multi-opponent tournament (see Bylaw 20.9.6.3.9) may count toward meeting minimum-contest requirements if not more than 40 percent of the participating teams are club teams affiliated with four-year collegiate institutions. *(Adopted: 1/15/11 effective 8/1/11)*

**20.9.6.3.6.2 Exception -- Women's Rugby.** In women's rugby, an institution may count up to two contests per year against collegiate club teams of four-year institutions toward meeting minimum-contest requirements. *(Adopted: 1/18/14 effective 8/1/14)*

**20.9.6.3.7 Indoor Track and Field and Outdoor Track and Field.** A member institution may receive credit for sponsoring both indoor track and field and outdoor track and field, provided its team participates in a total of at least eight indoor and outdoor meets during the year, including at least three indoor and  three outdoor meets. *(Revised: 4/25/18 effective 8/1/18)*

**20.9.6.3.8 Women's Rugby.** In women's rugby, 15-a-side and seven-a-side competition may count toward the required minimum number of contests. *(Adopted: 1/18/14 effective 8/1/14)*

**20.9.6.3.9 Women's Beach Volleyball.** The following additional criteria shall apply to women's beach volleyball: *(Adopted: 1/15/11 effective 8/1/11, Revised: 10/30/13)*

(a) Not less than three of the minimum eight contests shall be dual, one-day competitions in which five two-person teams compete (institution versus institution on a single day). Only one contest per day shall count toward meeting this requirement; and

(b) The remaining number of minimum contests shall be dual, one-day competitions in which five two-person teams compete or be multi-opponent competitions. For a tournament to qualify as a contest, it must culminate in the determination of a winner based on the performance of each institution's five, two-person teams.

**20.9.6.3.10 Women's Acrobatics and Tumbling.** In women's acrobatics and tumbling, dual meets and triangular meets may count toward the minimum number of contests. Triangular meets are counted as two contests for each competing team. No more than two triangular meets may be counted toward the minimum number of contests. *(Adopted: 6/23/20 effective 8/1/20)*

**20.9.6.3.11 Waivers.**

**20.9.6.3.11.1 Minimum Contests and Participants.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve waivers of the minimum number of intercollegiate contests or the minimum number of participants in a contest in situations in which unforeseen circumstances beyond the institution's control have prevented the completion of a scheduled competition or the participation of the required minimum number of individuals and, despite a good-faith effort, the institution was unable to engage in at least the required minimum number of intercollegiate contests. *(Revised: 1/10/90, 4/24/03 effective 8/1/03, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.9.6.3.11.2 Minimum Contests.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve an additional waiver of the minimum number of intercollegiate contests in a situation in which: *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) The member institution can document that it had scheduled (for that academic year) the appropriate minimum number of contests under enforceable game contracts executed in writing;

(b) An opponent canceled a game that it had contracted to play that academic year; and

(c) Despite a good-faith effort, the institution was unable to re-arrange its schedule to play the appropriate minimum number of contests.

## 20.9.7 Scheduling -- Sports Other Than Football and Basketball.

**20.9.7.1 Scheduling Requirement -- Sports Other Than Football, Basketball, Cross Country, Men's Swimming and Diving, Indoor and Outdoor Track and Field, and Wrestling.** In sports other than football, basketball, cross country, men's swimming and diving, indoor and outdoor track and field, and wrestling that an institution uses to meet the Division I sports sponsorship criteria, an institution shall schedule and play 100 percent of its contests against Division I opponents to meet the minimum number of contests specified in Bylaw 20.9.6.3. The institution shall schedule and play at least 50 percent of its contests beyond the number specified in Bylaw 20.9.6.3 against Division I opponents. *(Adopted: 1/10/91 effective 9/1/94, Revised: 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11, 6/3/13, 4/25/18 effective 8/1/18)*

**20.9.7.2 Scheduling Requirement -- Cross Country, Men's Swimming and Diving, Indoor and Outdoor Track and Field, and Wrestling.** In cross country, men's swimming and diving, indoor and outdoor track and field, and wrestling, an institution shall schedule and play at least 50 percent of its contests against Division I opponents to satisfy the minimum number of contests specified in Bylaw 20.9.6.3. *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/15/11 effective 8/1/11, 6/3/13, 4/25/18 effective 8/1/18)*

**20.9.7.3 Application of Scheduling Requirements -- Sports Other Than Football and Basketball.**

**20.9.7.3.1 Reclassifying Opponents.** A reclassifying institution shall be counted as a Division I opponent in the year the reclassifying institution must comply with Division I scheduling requirements (year two of reclassifying). A reclassifying institution may be counted as a Division I opponent in year one of the reclassification process if the reclassifying institution meets Division I scheduling requirements. *(Adopted: 1/10/92 effective 9/1/94, Revised: 1/11/94, 6/3/13, 1/23/19 effective 8/1/19)*

**20.9.7.3.2 Multiteam Events -- Individual Sports Other Than Cross Country and Indoor and Outdoor Track and Field.** In individual sports other than cross country and indoor and outdoor track and field, if a multiteam event is not scored by division, an institution may use the event to satisfy the scheduling requirements, provided at least two-thirds of the institutions competing in the event are Division I members. If a multiteam event is scored by division, there is no minimum required percentage of participating Division I institutions. Regardless of whether a multiteam event is scored by division, an institution that is using a multiteam event to satisfy the scheduling requirements must satisfy the minimum required number of participants, per Bylaw 20.9.6.3. *(Adopted: 1/10/92 effective 9/1/94, Revised: 1/11/94, 6/3/13, 4/25/18 effective 8/1/18)*

**20.9.7.3.2.1 Multiteam Events -- Cross Country and Indoor and Outdoor Track and Field.** In cross country and indoor and outdoor track and field, if a multiteam event is not scored by division, an institution may use the event to satisfy the scheduling requirements, provided at least one other institution competing in the event is a Division I member. If a multiteam event is scored by division, there is no minimum required percentage of participating Division I institutions. Regardless of whether a multiteam event is scored by division, an institution that is using a multiteam event to satisfy the scheduling requirements must satisfy the minimum required number of participants, per Bylaw 20.9.6.3. *(Adopted: 4/25/18 effective 8/1/18)*

**20.9.7.3.3 Exception.** The scheduling criteria in Bylaws 20.9.7.1 and 20.9.7.2 shall not apply in sports in which the only championship opportunity is the National Collegiate Championship per Bylaw 18.02.1.1 or sports in which there is no NCAA-sponsored postseason championship. *(Adopted: 1/10/91 effective 9/1/94, Revised: 1/9/96 effective 8/1/96, 6/3/13)*

**20.9.7.3.4 Waiver -- Situations Beyond Institutional Control.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may approve waivers of the scheduling requirement in situations beyond the control of the institution (e.g., weather conditions or natural disasters) that prevent the completion of scheduled competition. *(Adopted: 1/9/96, Revised: 11/1/07 effective 8/1/08, 6/3/13, 8/7/14, 10/4/17)*

## 20.9.8 Basketball Scheduling.

**20.9.8.1 Four-Game Limit.** An institution may schedule and play not more than four basketball games, including any contest (e.g., scrimmage, exhibition), in an academic year against institutions that are not members of Division I. *(Revised: 3/1/12)*

**20.9.8.2 One-Third of Contests in Home Arena.** An active or reclassifying member must play at least one-third of its regular-season basketball contests in the arena regularly used for the institution's home games. *(Revised: 1/11/94 effective 9/2/94, 3/10/04, 1/15/11 effective 8/1/11)*

**20.9.8.2.1 Multiple Home Arenas.** In meeting the home-arena requirement, an institution may use more than one arena, provided each arena is located within a 30-mile radius of the institution's main campus and each arena is used annually by the institution for at least two home basketball contests.

**20.9.8.3 One-Third of Women's Contests Away From Home or at a Neutral Site.** An active member or a reclassifying member must play at least one-third of its regular-season women's basketball contests away from home or at a neutral site. A reclassifying member is required to apply scheduling criteria beginning with year two of the reclassifying process. *(Adopted: 1/15/11 effective 8/1/11)*

**20.9.8.4 Counting Contests.**

**20.9.8.4.1 Membership Classification of Opponents.** In determining whether an institution meets the scheduling criteria, each opponent shall be counted as it was classified on August 1 of the academic year involved.

**20.9.8.4.1.1 Reclassifying Opponents.** A reclassifying institution shall be counted as a Division I opponent in the year the reclassifying institution must comply with Division I scheduling requirements (year two of the reclassifying process). A reclassifying institution may be counted as a Division I opponent in year one of the reclassification process if the reclassifying institution meets Division I scheduling requirements. *(Adopted: 4/15/97, Revised: 4/24/03 effective 8/1/03, 1/23/19 effective 8/1/19)*

**20.9.8.4.1.2 Waiver.** The Strategic Vision and Planning Committee, by a two-thirds majority of its members present and voting, may grant a waiver of the provisions of Bylaw 20.9.8.4.1 in cases of reclassification of an opponent when there is an enforceable game contract, executed in writing, or in the case of similar contractual problems. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**20.9.9 Football Bowl Subdivision Requirements. [FBS]** An institution classified in the Football Bowl Subdivision shall meet the additional requirements listed below. *(Revised: 12/15/06)*

**20.9.9.1 Sports Sponsorship. [FBS]** The institution shall sponsor a minimum of 16 varsity intercollegiate sports, including football, based on the minimum sports sponsorship and scheduling requirements set forth in Bylaws 20.13.6 and 20.13.6.3, including a minimum of six sports involving all-male teams or mixed teams of males and females, and a minimum of eight varsity intercollegiate sports (of which a maximum of two emerging sports per Bylaw 20.02.7 may be used) based on the minimum sports sponsorship and scheduling requirements set forth in Bylaws 20.13.6 and 20.13.6.3 and involving all-female teams, subject to the waiver provision in Bylaw 20.13.6.2. *(Revised: 1/11/94 effective 9/1/94, 4/25/02 effective 8/1/04)*

**20.9.9.2 Football Scheduling Requirements. [FBS]** The institution shall schedule and play at least 60 percent of its football games against members of the Football Bowl Subdivision. The institution shall schedule and play at least five regular-season home games against Football Bowl Subdivision opponents. For purposes of satisfying the home-games requirement, a contest shall be considered a home contest if it is played in the stadium in which an institution conducts at least 50 percent of its home contests. In addition, an institution may use one home contest against a Football Bowl Subdivision member conducted at a neutral site to satisfy the home-games requirement. *(Revised: 4/25/02 effective 8/1/04, 1/12/04, 12/15/06, 10/6/17)*

**20.9.9.2.1 Exception -- Football Championship Subdivision Opponent. [FBS]** Each year, a Football Bowl Subdivision institution may count one contest against a Football Championship Subdivision opponent to satisfy the football-scheduling requirement specified in Bylaw 20.9.9.2, provided the Football Championship Subdivision opponent has averaged 90 percent of the permissible maximum number of grants-in-aid per year in football over a rolling two-year period. *(Adopted: 4/28/05, Revised: 12/15/06, 5/18/22, 9/21/22 effective 8/1/23)*

**20.9.9.2.2 Membership Classification of Opponents. [FBS]** In determining whether an institution meets the scheduling requirements of the Football Bowl Subdivision, each opponent shall be counted as it was classified on September 1 of the academic year involved. *(Revised: 12/15/06, 10/6/17)*

**20.9.9.2.2.1 Reclassifying Opponents. [FBS]** A reclassifying institution shall be counted as a Football Bowl Subdivision opponent in the year the reclassifying institution must meet the Football Bowl Subdivision scheduling requirements (year two of the reclassifying process). A reclassifying institution may be counted as a Football Bowl Subdivision opponent in year one of the reclassification process if the reclassifying institution meets Football Bowl Subdivision scheduling requirements. *(Adopted: 4/15/97, Revised: 3/10/04, 12/15/06, 1/23/19 effective 8/1/19)*

**20.9.9.2.2.2 Waiver. [FBS]** The Football Bowl Subdivision Oversight Committee, by a two-thirds majority of its members present and voting, may grant a waiver of the provisions of Bylaw 20.9.9.2.2 in cases of reclassification of an opponent when there is an enforceable game contract, executed in writing, or in the case of similar contractual problems. *(Revised: 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 11/7/23)*

**20.9.9.2.3 Canceled Games. [FBS]** A canceled game shall not be counted toward meeting the Football Bowl Subdivision scheduling requirements unless the Football Bowl Subdivision Oversight Committee, by a two-thirds

majority of its members present and voting, approve a waiver of the criterion in a situation in which: *(Revised: 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 11/7/23)*

(a) The member institution can document that it had scheduled (for that academic year) the appropriate minimum percentage of contests with members of the Football Bowl Subdivision, under enforceable game contracts executed in writing;

(b) An opponent canceled a game that it had contracted to play that academic year; and

(c) Despite a good-faith effort, the institution was unable to re-arrange its schedule to play the appropriate percentage of contests with members of the Football Bowl Subdivision.

**20.9.9.2.4 Alaska, Hawaii or Puerto Rico. [FBS]** Games played in Alaska, Hawaii or Puerto Rico shall not be counted for purposes of meeting the subdivision's scheduling requirement if such games are exempt from counting toward the playing-season limitations. *(Adopted: 1/10/92)*

**20.9.9.3 Financial Aid Requirements. [FBS]** The institution shall satisfy the following financial aid requirements: *(Adopted: 4/25/02 effective 8/1/04, Revised: 10/4/23 effective 8/1/27 for current members of FBS or institutions that initiated the reclassification process by June 1, 2023; effective upon conclusion of the two-year reclassification period for institutions applying to reclassify to FBS after June 1, 2023)*

(a) Award an average of at least 90 percent of the permissible maximum number of overall grants-in-aid (see Bylaw 15.5) per year during a rolling two-year period in all sports used to meet the sports sponsorship requirement (Bylaw 20.9.9.1); and

(b) Annually award a minimum of 210 athletics grants-in-aids and expend at least $6 million on grants-in-aid to student-athletes in athletics programs.

**20.9.9.3.1 Type of Financial Aid Counted. [FBS]** The institution shall count only athletically related financial aid (as defined in Bylaw 15.02.5.1) awarded to counters (as defined in Bylaw 15.02.3). *(Adopted: 3/10/04 effective 8/1/04)*

**20.9.9.3.2 Exception -- National Service Academies. [FBS]** The national service academies are exempt from all financial aid requirements set forth in Bylaw 20.9.9. *(Adopted: 4/25/02 effective 8/1/04)*

**20.9.9.4 Noncompliance with Football Bowl Subdivision Criteria. [FBS]**

**20.9.9.4.1 Notice of Noncompliance. [FBS]** An institution that fails to satisfy any of the Football Bowl Subdivision membership requirements shall receive notice of such noncompliance. After receiving notice, any further noncompliance with the Football Bowl Subdivision requirements within a 10-year period shall cause the institution to be placed in restricted membership. *(Adopted: 8/5/04, Revised: 12/15/06)*

**20.9.9.4.2 Restricted Membership. [FBS]** While in restricted membership, the institution shall not be eligible for postseason football competition. At the conclusion of the one-year period, the institution shall be granted membership in its preferred subdivision, provided the institution complies with the subdivision's criteria. If the member does not meet the criteria of any subdivision at the end of the restricted membership period, the institution may continue to be classified as a Division I member in sports other than football, provided the institution satisfies the Division I membership requirements set forth in Bylaws 20.13.3 through 20.13.7. A Division I member that loses Football Bowl Subdivision status must comply with the multidivision classification requirements set forth in Bylaw 20.5 to regain such status. *(Adopted: 8/5/04, Revised: 12/15/06)*

**20.9.9.5 Waivers. [FBS]** There shall be no waivers of the Football Bowl Subdivision membership requirements. *(Adopted: 4/24/03 effective 8/1/03, Revised: 12/15/06)*

**20.9.10 Football Championship Subdivision Requirements. [FCSD]** An institution classified as a Football Championship Subdivision member shall meet the additional requirements listed below. *(Revised: 12/15/06)*

**20.9.10.1 Sports Sponsorship. [FCSD]** The institution shall sponsor in Division I a minimum of: *(Revised: 1/10/91 effective 9/1/94, 1/11/94 effective 9/1/94, 1/15/11)*

(a) Seven varsity intercollegiate sports, including football, based on the minimum requirements of Bylaws 20.9.6 and 20.9.6.3 and involving all-male teams or mixed teams of males and females, and seven varsity intercollegiate sports (of which a maximum of two emerging sports per Bylaw 20.02.7 may be utilized) based on the minimum requirements of Bylaws 20.9.6 and 20.9.6.3 and involving all-female teams, subject to the waiver provision in Bylaw 20.9.6.2; or

(b) Six varsity intercollegiate sports, including football, based on the minimum requirements of Bylaws 20.9.6 and 20.9.6.3 and involving all-male teams or mixed teams of males and females, and eight varsity intercollegiate sports (of which a maximum of two emerging sports per Bylaw 20.02.7 may be utilized) based on the minimum requirements of Bylaws 20.9.6 and 20.9.6.3 and involving all-female teams, subject to the waiver provision in Bylaw 20.9.6.2.

**20.9.10.2 Football Scheduling Requirement. [FCSD]** The institution shall schedule and play more than 50 percent of its football games against Football Bowl Subdivision or Football Championship Subdivision members. *(Revised: 12/15/06)*

**20.9.10.2.1 Membership Classification of Opponents. [FCSD]** In determining whether an institution meets the scheduling criteria of the Football Championship Subdivision, each opponent shall be counted as it was classified on September 1 of the academic year involved. *(Revised: 12/15/06, 1/15/11)*

**20.9.10.2.1.1 Reclassifying Opponents. [FCSD]** A reclassifying institution shall be counted as a Football Championship Subdivision opponent in the year the reclassifying institution must comply with Football Championship Subdivision scheduling requirements (year two of the reclassifying process). A reclassifying institution may be counted as a Football Championship Subdivision opponent in year one of the reclassification process if the reclassifying institution meets Football Championship Subdivision scheduling requirements. *(Adopted: 4/15/97, Revised: 3/10/04, 12/15/06, 1/15/11, 1/23/19 effective 8/1/19)*

**20.9.10.2.1.2 Waiver. [FCSD]** The Football Championship Subdivision Oversight Committee, by a two-thirds majority of those present and voting, may grant a waiver of the provisions of Bylaw 20.9.10.2.1 in cases of reclassification of an opponent when there is an enforceable game contract, executed in writing, or in the case of similar contractual problems. *(Revised: 12/15/06, 1/15/11, 8/7/14, 10/4/17, 11/7/23)*

**20.9.10.2.2 Canceled Games. [FCSD]** A canceled game shall not be counted toward meeting the Football Championship Subdivision scheduling criterion unless the Football Championship Subdivision Oversight Committee, by a two-thirds majority of those present and voting, approves a waiver of the criterion in a situation in which: *(Revised: 12/15/06, 1/15/11, 8/7/14, 10/4/17, 11/7/23)*

(a) The member institution can document that it had scheduled (for that academic year) the appropriate minimum percentage of contests with members of the Football Championship Subdivision, under enforceable game contracts executed in writing;

(b) An opponent canceled a game that it had contracted to play that academic year; and

(c) Despite a good-faith effort, the institution was unable to re-arrange its schedule to play the appropriate percentage of contests with Football Championship Subdivision members.

**20.9.10.2.3 Alaska, Hawaii or Puerto Rico. [FCSD]** Games played in Alaska, Hawaii or Puerto Rico shall not be counted for purposes of meeting the subdivision's scheduling requirement if such games are exempt from counting toward the playing-season limitations. *(Adopted: 1/10/92, Revised: 1/15/11)*

**20.9.10.2.4 Geographical Waiver -- Football Championship Subdivision. [FCSD]** The Football Championship Subdivision Oversight Committee, by a two-thirds majority of those present and voting, may waive the provisions of Bylaw 20.9.10.2 for a Football Championship Subdivision institution that does not offer athletically related financial aid in football, or which offers fewer than 20 percent of the maximum allowable number of scholarships in the Football Championship Subdivision and was classified in Division II prior to September 1993, if it is determined that fewer than six other championship subdivision football programs exist within a 500-mile radius of the institution's campus that do not offer athletically related financial aid in football or which offer fewer than 20 percent of the maximum allowable number of scholarships in the Football Championship Subdivision and were classified in Division II prior to September 1993. An institution must calculate the percentage based upon the amount of athletically related financial aid received by its student-athletes, as opposed to including all institutional aid. *(Adopted: 1/16/93 effective 8/1/93, Revised: 1/10/95, 12/15/06, 1/15/11, 8/7/14, 10/4/17, 11/7/23)*

# Governance Structure and Committees

## 21.02 Definitions and Applications.

**21.02.1 Faculty Athletics Representative.** A faculty athletics representative is a member of an institution's faculty or administrative staff who is designated by the institution's president or chancellor or other appropriate entity to represent the institution and its faculty in the institution's relationships with the NCAA and its conference(s), if any (see also Bylaw 8.1.3). *(Adopted: 1/9/96 effective 8/1/97, Revised: 6/26/19 effective 8/1/19, 1/20/22)*

**21.02.2 Senior Woman Administrator.**

**21.02.2.1 Institutional Senior Woman Administrator.** An institutional senior woman administrator is the highest-ranking female involved in the management of an institution's intercollegiate athletics program. An institution with a director of athletics who identifies as female may designate a different individual who identifies as female involved with the management of the member's program as a fifth representative to the NCAA governance structure. *(Revised: 11/1/01 effective 8/1/02, 10/27/05, 1/20/22, 2/17/23)*

**21.02.2.2 Conference Senior Woman Administrator.** A conference senior woman administrator is the highest-ranking female involved with the conduct and policy processes of a conference's office. A conference with a commissioner who identifies as female may designate a different individual who identifies as female involved with the management of the conference as a representative to the NCAA governance structure. *(Adopted: 11/1/01 effective 8/1/02, Revised: 10/27/05, 1/20/22, 2/17/23)*

**21.02.3 Gender and Diversity Requirements.** The Board of Directors membership shall include at least one person who is an ethnic minority and at least one person of each gender, and a single member shall not be considered to meet both minimums. The combined membership of the Council, Committee on Academics and other Division I governance entities (other than sport committees) shall include representatives who comprise at least 20 percent persons who are ethnic minorities and at least 35 percent persons of each gender. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/20/22)*

**21.02.4 Selection/Term of Office of Board of Directors and Council.**

**21.02.4.1 Selection.** Members of the Board of Directors shall be selected by the constituencies that they represent. Each membership unit (e.g., conference) that is authorized to select or nominate individuals must have a plan to ensure diversity among these individuals. Members of the Council shall be selected by the Board of Directors or a committee designated by the Board of Directors. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/20/22)*

**21.02.4.1.1 Selection Process -- Board of Directors.** In order to ensure that the requirements for diversity of membership (as set forth in Bylaw 21.02.3) are met, the following process shall be used: *(Adopted: 11/1/07 effective 8/1/08, Revised: 10/30/14, 1/20/22)*

(a) The conferences represented in each subdivision (as identified in Bylaw 21.1.1), shall review the open positions in the subdivision and shall attempt to coordinate the conference selections to ensure adequate diversity in the subdivision's representatives.

(b) The Board of Directors shall review the selections from each subdivision to assess the diversity of those selections. If the Board of Directors does not approve the diversity of the selections of a subdivision, it shall ask the subdivision to reconsider the selections and report any changes.

(c) If, after reconsideration, the Board of Directors still does not agree that the selections of any subdivision are adequately diverse, it shall direct each conference that has made a selection in that subdivision to provide a report on the diversity, qualifications and willingness to serve of the chancellors or presidents in the conference. The report shall be forwarded to a subcommittee of the Board of Governors. The subcommittee shall analyze the availability and alter selections as warranted to achieve adequate diversity.

(d) In the event a conference fails to satisfy Football Bowl Subdivision membership criteria, the conference shall lose its designated seat on the Board of Directors and be removed from Football Bowl Subdivision classification in the governance structure. The Board of Directors shall be authorized to determine the manner by which the unallocated Football Bowl Subdivision position is assigned.

**21.02.4.1.2 Selection Process -- Council.** The following process shall be used for selection of members of the Council: *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/20/22)*

(a) Each conference listed in Bylaw 21.1.1.-(a), 21.1.1.-(b) and 21.1.1.-(c) shall nominate at least three candidates to serve as its representative on the Council.

(b) The Board of Directors or a designated committee shall review the nominations to assess competency and ensure reasonable diversity of perspectives and shall make the selection for service.

**21.02.4.2 Term of Office.**

**21.02.4.2.1 Board of Directors.** The term of office for the members of the Board of Directors shall be as follows: *(Adopted: 11/1/07 effective 8/1/08, Revised: 1/20/22)*

(a) Football Bowl Subdivision members shall serve a four-year term. Football Bowl Subdivision members of the Board of Directors are not eligible for immediate re-election;

(b) The Football Championship Subdivision and Division I Subdivision conferences shall be authorized to determine the term of office of their members, not to exceed four consecutive years. Further, after completing a term, Football Championship Subdivision and Division I Subdivision members of the Board of Directors may not serve again for two years;

(c) A conference may remove its representative during a term of office;

(d) The terms of service of Board of Directors members shall expire on a staggered basis to provide for continuity. Members may be appointed for less than full terms; and

(e) Board of Directors members who serve more than one-half of a term shall be considered to have served a full term.

**21.02.4.2.2 Council.** The term of office for the Council shall be as follows: *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/20/22)*

(a) A member shall serve a four-year term. A member is not eligible for immediate reappointment;

(b) A conference may recommend to the Board of Directors or a designated committee to replace its representative during a term;

(c) The terms of office of Football Bowl Subdivision positions and Football Championship Subdivision and Division I Subdivision positions shall expire on a staggered basis to provide for continuity. A member may be appointed for less than a full term; and

(d) A member who serves more than one-half of a term shall be considered to have served a full term.

**21.02.4.3 Institution's Membership in Different Subdivision.** An institution's representative to the Board of Directors or Council is eligible to serve on behalf of the multisport conference in which the institution holds membership, even if the institution's NCAA membership is in a different subdivision. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/20/22)*

**21.02.5 Association-Wide Committees. [#]** Association-wide committees deal with issues that affect all members of the Association and perform duties necessary to the on-going operation of the Association. Association-wide committees are comprised of members from each of the Association's divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.6 Common Committees. [#]** Common committees deal with issues that apply to more than one division of the Association. Common committees perform duties necessary to the on-going operation of the applicable divisions and are comprised of members from the applicable divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/20/22 effective 8/1/22)*

**21.02.7 Districts. [#]** For purposes of committee composition, the geographical districts are as follows: *(Adopted: 10/30/03)*

(a) District 1 -- Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont;

(b) District 2 -- Delaware, New Jersey, New York, Pennsylvania, Puerto Rico, West Virginia;

(c) District 3 -- Alabama, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, South Carolina, Tennessee, Virginia;

(d) District 4 -- Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin;

(e) District 5 -- Iowa, Kansas, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota;

(f) District 6 -- Arkansas, New Mexico, Texas;

(g) District 7 -- Arizona, Colorado, Idaho, Montana, Utah, Wyoming; and

(h) District 8 -- Alaska, British Columbia, California, Hawaii, Nevada, Oregon, Washington.

**21.02.8 Conflict of Interest.** A committee member shall not participate in the committee's discussion or vote on any action that might bring direct or indirect financial benefit to the member of any organization in which the member is financially interested (other than the member's institution or the conference of which it is a member). A violation of this rule by a member of a committee shall not invalidate the action taken by the committee if, following disclosure of the conflict of interest, the committee authorizes, ratifies or approves the action by a vote sufficient for the purpose, without counting the vote of the committee member with the conflict of interest, and the Council approves such action. All committee members shall agree to this policy prior to committee service and shall abide by the policy at all times. The current conflict of interest policy is located on the NCAA website (NCAA.org) or may be obtained from the NCAA national office. *(Adopted: 1/13/09, Revised: 8/7/14)*

# 21.1 Division I Board of Directors.

**21.1.1 Composition.** Giving due weight to gender and ethnic diversity per Bylaw 21.02.3, the Board of Directors shall include 24 members and shall be comprised of 19 presidents or chancellors, one director of athletics, one senior woman administrator, one faculty athletics representative and two student-athletes. The members of the Board shall include: *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97 effective 8/1/97, 8/5/99, 4/24/03, 11/1/07 effective 8/1/05, 5/2/13 effective 8/1/13, 8/7/14, 1/20/22, 4/26/23 effective 8/1/23, 4/22/24 effective 8/2/24)*

(a) One institutional president or chancellor from each of the following conferences:

    (1) American Athletic Conference;             (6) Mid-American Conference;

    (2) Atlantic Coast Conference;                (7) Mountain West Conference;

    (3) Big 12 Conference;                     (8) Southeastern Conference; and

    (4) Big Ten Conference;                   (9) Sun Belt Conference.

    (5) Conference USA;

(b) Five institutional presidents or chancellors from among the following conferences (limited to one president or chancellor from any one conference):

    (1) Big Sky Conference;                 (7) Ohio Valley Conference;

    (2) Big South Conference;              (8) Patriot League;

    (3) Coastal Athletic Association        (9) Southern Conference;

    (4) The Ivy League;                   (10) Southland Conference; and

    (5) Mid-Eastern Athletic Conference;   (11) Southwestern Athletic Conference.

    (6) Northeast Conference;

(c) Five institutional presidents or chancellors from among the following conferences (limited to one president or chancellor from any one conference):

    (1) America East Conference;          (7) Metro Atlantic Athletic Conference;

    (2) Atlantic Sun (ASUN) Conference;   (8) Missouri Valley Conference;

    (3) Atlantic 10 Conference;           (9) The Summit League;

    (4) Big East Conference;            (10) West Coast Conference; and

    (5) Big West Conference;           (11) Western Athletic Conference.

    (6) Horizon League;

(d) The chair of the Council.

(e) An institutional Division I member of Women Leaders in College Sports, appointed by the Executive Committee of Women Leaders in College Sports.

(f) A Division I member of the Executive Committee of the Faculty Athletic Representatives Association, selected by the Executive Committee of the Faculty Athletics Representatives Association.

(g) The chair of the Student-Athlete Advisory Committee and an additional student-athlete nominated by the Student-Athlete Advisory Committee. At least one of the two shall be a current or former student-athlete in men's or women's basketball or football.

    **21.1.1.1 Rotation of Representatives.** The rotation of Board of Directors conference representatives among the conferences listed in Bylaw 21.1.1-(b) and 21.1.1-(c) shall be developed, maintained and revised by those conferences. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/15/06, 8/7/14, 1/20/22)*

**21.1.2 Duties and Responsibilities.** The Board of Directors shall serve as the overall governing body for Division I, with responsibility for strategy, policy, legislative oversight and management oversight. Specifically, the Board shall: *(Adopted: 1/9/96*

(a) Address future issues, challenges, opportunities and outcomes, focusing on strategic topics in intercollegiate athletics and its relationship to higher education;

(b) Review and set parameters that guide and determine present and future decisions, embracing general goals and acceptable procedures;

(c) Monitor legislation to ensure it does not conflict with basic policies and strategic goals;

(d) Ratify, amend or defeat academically related legislation adopted by the Council and, at its discretion, adopt academically related legislation otherwise addressed by the Council;

(e) Rescind or adopt other legislation addressed by the Council in order to prevent an extraordinary adverse impact on the Division I membership;

(f) Adopt legislation or grant relief from the application of legislation in circumstances in which significant values are at stake or the use of the regular legislative process is likely to cause significant harm or hardship to the Association or the Division I membership because of the delay in its effective date;

(g) Delegate to the Council responsibilities for specific matters it deems appropriate;

(h) Appoint members of the Committee on Infractions, Infractions Appeals Committee, Council and Committee on Academics;

(i) Review and ratify policies and procedures governing the infractions program;

(j) Determine whether legislation proposed as an area of autonomy is consistent with the scope and nature of the applicable area of autonomy as set for in Bylaw 9.2.2.1.2;

(k) Ensure that there is gender and ethnic diversity among its membership and the membership of each of the other bodies in the administrative structure;

(l) Require bodies in the administrative structure to alter (but not expand) their membership to achieve diversity;

(m) Approve an annual budget;

(n) Approve regulations providing for the expenditure of funds and the distribution of income consistent with the provisions of Bylaw 20.01.3;

(o) Collaborate with NCAA staff, as necessary, to determine how the national office can best to serve the Division I membership;

(p) Advise the Board of Governors concerning the employment of the NCAA president and concerning the oversight of the president's employment;

(q) Conduct biannual assessments to evaluate the operation of the governance structure and to monitor membership standards and criteria affecting Division I and subdivisional membership; and

(r) Elect institutions to active Division I membership.

**21.1.3 Voting Method.** The method of voting on issues considered by the Board of Directors shall be by roll call, except for those actions taken by the unanimous consent of the Board members present and voting. Roll-call vote results shall be reported to the membership. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/20/22)*

**21.1.4 Administrative Committee.** Administrative Committee. The Board of Directors Administrative Committee is empowered to act on behalf of the Council to transact necessary and routine items of business as set forth in the Board of Directors' policies and procedures. *(Adopted: 10/4/17, Revised: 1/20/22)*

**21.1.5 Standing Committees.** Standing committees may be formed by the Board of Directors as it deems necessary. Details related to such committees (e.g., composition, selection, duties) shall be set forth in the Board of Directors' policies and procedures. *(Adopted: 8/7/14, Revised: 10/14/17, 1/20/22)*

**21.1.6 Executive Sessions.** The Board of Directors shall have the authority to conduct an executive session involving only presidents and chancellors. *(Adopted: 8/7/14, Revised: 1/20/22)*

## 21.2 Division I Council.

**21.2.1 Composition.** Giving due weight to gender and ethnic diversity per Bylaw 21.02.3, the Council shall include 40 members and shall be comprised of athletics administrators (e.g., athletics directors, senior woman administrators, conference administrators, compliance administrators and other senior level administrators), faculty athletics representatives and student-

athletes. The members of the Council shall include: *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97 effective 8/1/97, 8/5/99, 4/24/03, 12/15/06, 11/1/07 effective 8/1/08, 5/2/13 effective 8/1/13, 8/7/14, 1/20/22, 4/22/24 effective 8/2/24)*

(a) One athletics administrator or faculty athletics representative from each of the conferences listed in Bylaw 21.1.1-(a), 21.1.1 -(b) and 21.1.1-(c). At least 60 percent of these representatives shall be directors of athletics.

(b) One conference commissioner from one of the following conferences:

(1) Atlantic Coast Conference;
(3) Big Ten Conference; or
(2) Big 12 Conference;
(4) Southeastern Conference.

(c) One conference commissioner from one of the following conferences:

(1) American Athletic Conference;
(4) Mountain West Conference;
(2) Conference USA;
(5) Pac-12 Conference; or
(3) Mid-American Conference;
(6) Sun Belt Conference.

(d) One conference commissioner from one of the following conferences:

(1) Atlantic Sun (ASUN) Conference;
(8) Ohio Valley Conference;
(2) Big Sky Conference;
(9) Patriot League;
(3) Coastal Athletic Association;
(10) Pioneer Football League;
(4) The Ivy League;
(11) Southern Conference;
(5) Mid-Eastern Athletic Conference;
(12) Southland Conference; and
(6) Missouri Valley Football Conference;
(13) Southwestern Athletic Conference.
(7) Northeast Conference;

(e) One conference commissioner from one of the following conferences:

(1) America East Conference;
(7) Metro Atlantic Athletic Conference;
(2) Atlantic 10 Conference;
(8) Missouri Valley Conference;
(3) Big East Conference;
(9) The Summit League;
(4) Big South Conference;
(10) West Coast Conference; and
(5) Big West Conference;
(11) Western Athletic Conference.
(6) Horizon League;

(f) Two faculty athletics representatives, one appointed by the 1A Faculty Athletics Representatives group and one appointed by the Faculty Athletics Representatives Association.

(g) Two members of the Student-Athlete Advisory Committee, each of whom may serve on the Council up to one year after completion of intercollegiate athletics eligibility.

**21.2.2 Duties and Responsibilities.** The Council shall: *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 1/20/22)*

(a) Serve as the division's primary legislative authority, subject to review by the Board of Directors (see Bylaw 9.2.2);

(b) Recommend nonacademic policies to the Board of Directors;

(c) Coordinate strategic planning activities;

(d) Identify and examine trends and issues of intercollegiate athletics;

(e) Take final action on matters delegated to it by the Board of Directors;

(f) Make interpretations of the bylaws;

(g) Review the recommendations of the substructure;

(h) Supervise qualification and/or selection procedures for National Collegiate Championships and Division I championships;

(i) Review recommendations from sports committees regarding the administration of championships;

(j) Act as the final authority regarding championships matters in Division I or in a National Collegiate Championship that are subject to appeal to the Council;

(k) Oversee the appointment of the members of the substructure (e.g., subcommittees and committees);

(l) Oversee Division I membership requirements and processes;

(m) In conjunction with the Minority Opportunities and Interests Committee, review issues related to the interests of ethnic minority student-athletes, NCAA minority programs and NCAA policies that affect ethnic minorities; and

(n) In conjunction with the Committee on Women's Athletics, study and make policy recommendations concerning opportunities for women in athletics at the institutional, conference and national levels, and other issues directly affecting women's athletics.

**21.2.3 Chair.** The Council shall elect a member who is a director of athletics to serve for a period of not more than two years as chair. The chair shall not be eligible for immediate re-election to that position. At least once in every three chair rotations, a Football Championship Subdivision or Division I Subdivision representative shall serve as chair. *(Revised: 1/14/97 effective 8/1/97, 4/27/97 effective 8/1/97, 4/27/00 effective 8/1/00, 11/1/01, 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 1/20/22)*

**21.2.4 Weighted Voting.** Voting on matters other than football-specific issues or football-specific legislation shall be weighted as follows: *(Adopted: 8/7/14, Revised: 1/20/22, 4/22/24 effective 8/2/24)*

(a) Representatives [other than those noted in (d) and (e) below] from the following conferences and the conference commissioner representative of these conferences shall have four votes each:

    (1) Atlantic Coast Conference;           (3) Big Ten Conference; and

    (2) Big 12 Conference;                  (4) Southeastern Conference.

(b) Representatives [other than those noted in (d) and (e) below] from the following conferences and the conference commissioner representative of these conferences shall have two votes each:

    (1) American Athletic Conference;        (4) Mountain West Conference;

    (2) Conference USA;                (5) Pac-12 Conference; and

    (3) Mid-American Conference;          (6) Sun Belt Conference.

(c) Representatives from the following conferences and the conference commissioner representatives of these conferences shall have one vote each:

    (1) America East Conference;          (12) Mid-Eastern Athletic Conference;

    (2) Atlantic 10 Conference;           (13) Missouri Valley Conference;

    (3) Atlantic Sun (ASUN) Conference;    (14) Northeast Conference;

    (4) Big East Conference;              (15) Ohio Valley Conference;

    (5) Big Sky Conference;              (16) Patriot League;

    (6) Big South Conference;            (17) Southern Conference;

    (7) Big West Conference;            (18) Southland Conference;

    (8) Coastal Athletic Association;      (19) Southwestern Athletic Conference;

    (9) Horizon League;                (20) The Summit League;

    (10) The Ivy League;              (21) West Coast Conference; and

    (11) Metro Atlantic Athletic Conference;   (22) Western Athletic Conference.

(d) The two designated faculty athletics representatives [see Bylaw 21.2.1-(f)] shall have one vote each.

(e) Student-athlete representatives shall have one vote each.

**21.2.4.1 Voting on Football Bowl Subdivision Issues and Legislation.** Voting on Football Bowl Subdivision-specific issues and Football Bowl Subdivision-specific legislation other than legislation related to scholarship limitations shall be weighted as follows: *(Adopted: 8/7/14, Revised: 1/20/22, 4/22/24 effective 8/2/24)*

 (a) Representatives from the following conferences shall have two votes each:

    (1) Atlantic Coast Conference;

    (2) Big 12 Conference;

    (3) Big Ten Conference; and

    (4) Southeastern Conference.

 (b) Representatives from the following conferences shall have one vote each:

    (1) American Athletic Conference;

    (2) Conference USA;

    (3) Mid-American Conference;

    (4) Mountain West Conference;

    (5) Pac-12 Conference; and

**21.2.4.1.1 Voting on Scholarship Limitations.** Voting on legislation related to football scholarship limitations shall not be weighted. *(Adopted: 8/7/14, 1/20/22)*

**21.2.5 Football Championship Subdivision Representation and Voting.** Members of the Council who represent Football Championship Subdivision conferences shall act on issues and legislation specific to the subdivision in accordance with Bylaw 9.2.2.2.6 (see Bylaw 9.1.1.3). A Football Championship Subdivision conference not listed in Bylaw 21.1.1-(b), may appoint an individual to represent its interests and vote on issues and legislation related to championship subdivision football, provided the conference consists of at least six championship subdivision football-sponsoring members (regular or affiliate members of the conference) that play a single round-robin schedule that leads to the declaration of a conference football champion and the affairs of the conference are administered by a conference listed in Bylaw 21.1.1-(b) or 21.1.1-(c). *(Adopted: 8/7/14, Revised: 1/20/22)*

**21.2.6 Voting Method.** The method of voting on issues considered by the Council shall be by roll call, except for actions taken by the unanimous consent of the members present and voting. Roll-call vote results of legislative actions shall be reported to the membership and shall include a record of each member's vote. The overall outcomes of votes on other matters shall be reported to the membership, but neither the vote count nor individual votes shall be reported. *(Adopted: 1/9/96 effective 8/1/97, Revised: 11/1/07 effective 8/1/88, 10/28/10, 8/7/14, 1/20/22)*

**21.2.7 Council Coordination Committee.**

**21.2.7.1 Composition and Selection.** The Council Coordination Committee shall consist of members of the Council, including two representatives of Football Bowl Subdivision conferences, two representatives of Football Championship Subdivision conferences and two representatives of Division I Subdivision conferences. The process for selection to the Council Coordination Committee and the term of office of committee members shall be set forth in the policies and procedures of the Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/10/00, 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 10/14/17, 1/20/22)*

**21.2.7.2 Duties.** The Council Coordination Committee is empowered to act on behalf of the Council to transact necessary and routine items of business as set forth in the Council's policies and procedures. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 1/20/22)*

**21.2.7.3 Review of Actions.** All actions of the Council Coordination Committee shall be reported to and subject to review by the Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 1/20/22)*

# 21.3 Committee on Academics.

**21.3.1 Composition.** The Board of Directors shall appoint a Committee on Academics composed of 20 members, including a minimum of two chancellors or presidents, one provost, four faculty athletics representatives, one director of athletics, one senior woman administrator, one conference administrator and one student-athlete. The Committee on Academics shall include at least two members from each of the three Division I membership subdivisions. A president or chancellor member shall serve as chair. After the chair has served two full terms, the Board of Directors may extend the individual's term at two-year intervals. *(Adopted: 8/7/14, Revised: 1/20/22)*

**21.3.1.1 Student-Athlete Representation.** One member of the Division I Student-Athlete Advisory Committee shall serve as a voting member of the Committee on Academics up to one year after completion of intercollegiate athletics eligibility. *(Adopted: 8/7/14, Revised: 1/20/22)*

**21.3.2 Duties and Responsibilities.** The Committee on Academics shall: *(Adopted: 8/7/14, Revised: 1/20/22)*

(a) Serve as the division's primary academic authority, subject to review by the Board of Directors;

(b) Manage all policy pertaining to academic matters, including academic eligibility standards and related policies;

(c) Recommend and review legislation pertaining to academic matters, including academic eligibility standards;

(d) Take final action on routine and noncontroversial matters of general academic policy and Academic Performance Program policy;

(e) Establish, oversee and support the work of the academic substructure;

(f) Perform all duties directly related to the administration of the Academic Performance Program, including interpretations of Academic Performance Program legislation and policies, hearing appeals (or waivers) of institutions or teams subject to penalties and any other matters of appeal pursuant to the legislation and policies and procedures of the Academic Performance Program;

(g) Determine the appropriate standards on which Academic Performance Program penalties or rewards apply;

(h) Recommend changes to the Academic Performance Program based on research data analysis and practical experience;

(i) Oversee administration of academic waivers as specified by legislation and/or policy;

(j) Study issues and make policy or legislative recommendations concerning relationships between the Association and the nation's two-year colleges as represented by established regional and national organizations; and

(k) Work with the Division II governance structure to ensure that consistent policies exist when possible, while maintaining each division's philosophy and legislative intent.

**21.3.3 Academic Performance Program Policies and Procedures.** The Committee on Academics shall have the authority to adopt or revise policies and procedures for the conduct of the academic performance program. The Board of Directors, at its discretion, may review, amend and/or act on any academic performance program policy adopted by the Committee on Academics. *(Adopted: 4/29/04, Revised: 11/1/07 effective 8/1/08, 8/7/14, 11/15/14, 1/20/22)*

# 21.4 Playing Rules Oversight Panel. [#]

**21.4.1 Composition. [#]** The panel shall consist of 12 members, including six members from Division I and three representatives each from Divisions II and III. A single conference may not have more than one representative on the panel. *(Adopted: 4/28/05)*

**21.4.2 Method of Selection. [#]** Three of the six Division I representatives shall be appointed by the Division I Council and one of those three must have experience working with playing rules. The remaining three shall be appointed by the Division I Collegiate Commissioners Association (CCA). Two of those three shall have experience working with playing rules. One of the three Divisions II and III representatives shall be appointed by the divisions' Championships Committees (these appointees must be current members of the divisions' Championships Committees). The remaining two representatives in Divisions II and III will be appointed at large and one of the two per each division shall have experience working with playing rules. *(Adopted: 4/28/05, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**21.4.2.1 Definition of "Working With Playing Rules." [#]** The following experience will be considered to be the equivalent of "working with playing rules": officiating experience, previous service on a rules committee, previous service on a committee with responsibility for playing rules administration or coaching. *(Adopted: 4/28/05)*

**21.4.3 Term of Office. [#]** At-large and Division I members of the panel will serve four-year terms. Championships Committee appointments will serve for the duration of their committee terms. *(Adopted: 4/28/05, Revised: 11/1/07 effective 8/1/07, 8/7/14)*

**21.4.4 Duties.** The panel shall: *(Adopted: 4/28/05, Revised: 1/8/07, 4/13/23)*

(a) Oversee all NCAA playing rules committees. This includes approval of playing rules recommendations and oversight of other issues pertaining to playing rules.

(b) Recommend the establishment and dissolution of playing rules committees;

(c) Monitor playing rules maintained outside the NCAA;

(d) Be responsible for all research and communication pertaining to the administration of playing rules, including the advancement of budgetary recommendations from the playing rules committees and to ensure consistency among different sports, when appropriate (for example, policies controlling fighting or abusive language);

(e) Review all playing rules changes pertaining to finances, safety and image of the game; and

(f) Oversee the selection process for secretary-rules editors, approve the selections of secretary-rules editors and review waiver requests for secretary-rules editor term limits.

**21.4.5 Meetings. [#]** The Playing Rules Oversight Panel shall meet three times annually (e.g., March, June, August) after the playing rules committees for each season have completed their meetings. *(Adopted: 4/28/05)*

**21.4.6 Special Operating Rules. [#]**

**21.4.6.1 Review Process. [#]** A recommendation from any rules committee shall be considered valid unless the Playing Rules Oversight Panel determines that the recommendation harms the image of the game, creates an unsafe environment for student-athletes or places an unreasonable financial burden on the membership. *(Adopted: 4/28/05)*

**21.4.6.1.1 Rules Committee Involvement. [#]** The Playing Rules Oversight Panel may request that playing rules committee chairs and/or secretary-rules editors present their cases to the Playing Rules Oversight Panel when proposed changes are controversial or unusually complicated. *(Adopted: 4/28/05)*

# 21.5 Association-Wide Committees -- General Committees. [#]

## 21.5.1 Selection, Term of Office and Operation. [#]

**21.5.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the general Association-wide committees of the Association, consistent with that division's committee-appointment procedures. The membership of each committee shall include representatives from each of the Association's membership divisions, including each subdivision of Division I. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 11/1/01, 5/13/08)*

**21.5.1.2 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Revised: 5/13/08)*

**21.5.1.3 Operation. [#]** The Board of Governors also shall ratify policies regarding length, location and expenses of Association-wide committee meetings. *(Revised: 1/10/90, 1/16/93, 1/14/97 effective 8/1/97, 11/1/01, 5/13/08, 10/30/14)*

## 21.5.2 Committee on Competitive Safeguards and Medical Aspects of Sports. [#]

**21.5.2.1 Composition. [#]** The Committee on Competitive Safeguards and Medical Aspects of Sports shall consist of 25 members, including seven positions allocated for individuals who identify as male, seven allocated for individuals who identify as female and 11 unallocated. The membership of the committee shall be constituted as follows: *(Revised: 1/10/90, 1/10/91, 1/10/95, 10/28/99, 4/26/01, 11/1/01, 10/30/03, 7/22/14, 4/30/15, 3/27/17, 4/14/17, 10/4/17, 5/18/22, 2/17/23)*

(a) Two athletics directors or senior woman athletics administrators, one who identifies as male and one who identifies as female;

(b) One member who is an active coach;

(c) One strength and conditioning specialist certified by an accredited strength and conditioning certification body;

(d) Five members from the field of medicine, of whom at least two shall identify as female. One shall be a primary-care physician who is board certified in family practice, internal medicine or emergency medicine, and shall have a current Certificate of Added Qualifications in Sports Medicine. One shall be a board certified orthopedic surgeon. One shall be a physician with expertise in endocrinology. One shall be a physician with expertise in drug-testing. One member shall be a physician who is a member of the general public;

(e) Two athletic trainers, one who identifies as male and one who identifies as female. One must be responsible for the total athletics training program at a member institution;

(f) One member representing the field of law who is a lawyer practicing in sports law or a related field, or a faculty member in sports law or a related field;

(g) One member of the NCAA Football Rules Committee;

(h) One member representing secondary school interests. This individual shall be the National Federation of State High School Associations' staff liaison to the Sports Medicine Advisory Board and shall be eligible for reappointment without restriction;

(i) One member active in sport-science research;

(j) One member with expertise in the area of drug education;

(k) One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. Each student-athlete may serve on the committee up to one year after completion of intercollegiate athletics eligibility;

(l) Two licensed mental health practitioners, one who identifies as male and one who identifies as female;

(m) One registered dietitian who specializes in sports nutrition;

(n) One representative from the Division I Council;

(o) One representative from the Division II Management Council; and

(p) One representative from the Division III Management Council.

**21.5.2.2 Duties. [#]** The committee, subject to the direction of the Board of Governors, and in conjunction with the NCAA Sport Science Institute, shall: *(Revised: 10/31/02, 10/30/14)*

(a) Promote and sponsor research to address relevant health and safety issues;

(b) Promote education to enhance the health and safety of student-athletes;

(c) Operate a national injury surveillance program to monitor injury trends and enhance safety in intercollegiate athletics;

(d) Deter the use of NCAA banned substances in order to promote fair competition and safety;

(e) Facilitate outreach activities to enhance student-athlete health and safety; and

(f) Provide a health and safety perspective on relevant legislation and policy.

**21.5.2.3 Term of Office, Chair. [#]** The chair may remain on the committee for up to one additional year if the individual becomes the committee chair with only one year or less remaining on the individual's four-year term. *(Adopted: 1/9/06 effective 10/22/07)*

## 21.5.3 Honors Committee. [#]

**21.5.3.1 Composition. [#]** The Honors Committee shall consist of nine members, including one current or former chancellor or president from a member institution, one member from each division and subdivision of Division I and three nationally distinguished citizens, one of which must be a former NCAA honors recipient. Division II and Division III will be represented each by a member of the Management Council. Two positions shall be allocated for individuals who identify as male, two allocated for individuals who identify as female and five unallocated. *(Revised: 1/13/98, 11/1/07, 2/17/23)*

**21.5.3.2 Term of Office. [#]** A member's term of service shall commence on the day following adjournment of the NCAA Convention following the member's appointment. *(Adopted: 1/14/08)*

**21.5.3.3 Duties.** The committee shall receive nominations for the Theodore Roosevelt Award, the Silver Anniversary Awards, the Today's Top 10 Awards, the Award of Valor, the Gerald R. Ford Award, the Pat Summitt Award and the Inspiration Award and shall select the recipients of those awards. *(Revised: 7/25/12, 6/26/24)*

## 21.5.4 Minority Opportunities and Interests Committee. [#]

**21.5.4.1 Composition. [#]** The Minority Opportunities and Interests Committee shall consist of 18 members, including a current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. The Division I student-athlete may serve on the committee up to one year after completion of intercollegiate athletics eligibility. The Division II and Division III student-athletes may serve on the committee up to two years after completion of athletics eligibility. Committee membership shall include a minimum of eight ethnic minorities, including at least four who identify as male and four who identify as female. *(Adopted: 1/10/91, Revised: 11/1/01, 8/11/11, 4/14/17, 2/17/23)*

**21.5.4.2 Duties. [#]** The committee shall: *(Adopted: 1/10/91, Revised: 10/29/15)*

(a) Review issues related to the interests and advocacy of student-athletes, coaches and administrators who are ethnic minorities, LGBTQ or who have disabilities; and

(b) Review and advocate for NCAA programs and policies that affect and include, but are not limited to, ethnic minorities, individuals with disabilities and the LGBTQ community.

## 21.5.5 Postgraduate Scholarship Committee. [#]

**21.5.5.1 Composition. [#]** The Postgraduate Scholarship Committee shall consist of seven members, including two positions allocated for individuals who identify as male, two allocated for individuals who identify as female and three unallocated, one of which shall be a former recipient of an NCAA postgraduate scholarship. *(Revised: 2/17/23)*

**21.5.5.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's postgraduate scholarship program for student-athletes who have distinguished themselves academically and athletically.

## 21.5.6 Walter Byers Scholarship Committee. [#]

**21.5.6.1 Composition. [#]** The Walter Byers Scholarship Committee shall consist of seven members, including one position allocated for an individual who identifies as male, one allocated for an individual who identifies as female, one allocated for a former student-athlete and four unallocated. *(Adopted: 1/10/90, Revised: 5/2/13, 6/13/18, 2/17/23)*

**21.5.6.2 Duties. [#]** The committee shall be responsible for planning and administering the Association's Walter Byers Scholarship program for student-athletes who have distinguished themselves academically and athletically. *(Adopted: 1/10/90)*

## 21.5.7 Committee on Women's Athletics. [#]

**21.5.7.1 Composition. [#]** The Committee on Women's Athletics shall consist of 18 members, including a current chancellor or president from each division. There shall be six members from Division I, six members from Division II and six members from Division III. Six positions shall be allocated for individuals who identify as male, six allocated for individuals who identify as female and six unallocated. One student-athlete from each division (who shall have one vote each) shall serve as a member of the committee. The Division I student-athlete may serve on the committee up to one year after completion of intercollegiate athletics eligibility. The Division II and Division III student-athlete may serve on the

committee up to two years after completion of athletics eligibility. *(Revised: 1/11/89, 11/1/01, 4/29/04 effective 8/1/04, 4/24/08, 8/11/11, 4/14/17, 2/17/23)*

**21.5.7.2 Duties. [#]** The committee shall: *(Revised: 4/24/03)*

(a) Study and make policy recommendations concerning opportunities for women in athletics at the institutional, conference and national levels;

(b) Study and make policy recommendations concerning other issues directly affecting women's athletics; and

(c) Appoint and oversee the Woman of the Year Selection Committee and the process.

# 21.6 Association-Wide Committees -- Rules Committees Without Championships Administration Responsibilities. [#]

## 21.6.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.6.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the rules committees without championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process for secretary-rules editors and approve selections for those positions. The secretary-rules editor may be re-appointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/10/91, 1/16/93, 1/14/97 effective 8/1/97, 11/1/01, 4/24/03, 1/8/07)*

**21.6.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 4/24/03, Revised: 1/8/07)*

**21.6.1.2 Composition Requirements. [#]** At least 25 percent of the positions on each rules committee shall be filled by athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full-time as administrators by member conferences, or individuals who are employed both part-time as administrators by member conferences and full-time by member institutions. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented, at least five of its active members shall sponsor the sport involved on an intercollegiate basis. *(Revised: 1/10/90, 4/27/00 effective 8/1/00)*

**21.6.1.3 Duties.** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without Playing Rules Oversight Panel approval. Experimentation in the regular season shall be subject to Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 4/28/05, 12/2/05, 4/13/23)*

**21.6.1.4 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Revised: 5/13/08)*

**21.6.1.5 Cooperation with Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.6.1.6 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of association-wide committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/30/14)*

## 21.6.2 Baseball Rules Committee. [#] The Baseball Rules Committee shall consist of nine members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

## 21.6.3 Basketball Rules Committee, Men's. [#] The Men's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/10/91)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and

(c) One member shall be elected chair.

**21.6.4 Basketball Rules Committee, Women's. [#]** The Women's Basketball Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and

(c) One member shall be elected chair.

**21.6.5 Football Rules Committee. [#]** The Football Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/16/93)*

(a) There shall be at least two representatives from each of the following four geographical regions: Districts 1 and 2; District 3; Districts 4 and 5; and Districts 6, 7 and 8;

(b) Six members shall be from Division I, three members shall be from Division II, three members shall be from Division III and an additional member shall be secretary-rules editor; and

(c) One member shall be elected chair.

**21.6.6 Ice Hockey Rules Committee, Men's and Women's. [#]** The Men's and Women's Ice Hockey Rules Committee shall consist of 13 members and shall be constituted as follows: *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 4/27/00, 4/26/01, 10/29/15)*

(a) Six members shall be from Division I, one member shall be from a Division II institution that sponsors Division I, II or III men's or women's ice hockey, four members shall be from Division III, one member shall be from Division II or III and an additional member shall be secretary-rules editor;

(b) Within Divisions I and III, one-half of the members shall represent men's ice hockey interests and one-half of the members shall represent women's ice hockey interests; and

(c) One member shall be elected chair.

**21.6.7 Lacrosse Rules Committee, Men's. [#]** The Men's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows:

(a) Four members shall be from Division I, one member shall be from the Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.8 Lacrosse Rules Committee, Women's. [#]** The Women's Lacrosse Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 4/28/05 effective 8/1/05)*

(a) Four members shall be from Division I, one member shall be from Division II and three members shall be from Division III. One additional member shall serve as a nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.9 Soccer Rules Committee, Men's and Women's. [#]** The Men's and Women's Soccer Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/11/89)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor;

(b) Within each division, one-half of the members shall represent men's soccer interests, and one-half of the members shall represent women's soccer interests; and

(c) One member shall be elected chair.

**21.6.10 Softball Rules Committee, Women's. [#]** The Women's Softball Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/9/96)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.11 Swimming and Diving Rules Committee, Men's and Women's. [#]** The Men's and Women's Swimming and Diving Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.12 Track and Field Rules Committee, Men's and Women's. [#]** The Men's and Women's Track and Field Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.13 Volleyball Rules Committee, Women's. [#]** The Women's Volleyball Rules Committee shall consist of nine members and shall be constituted as follows: *(Revised: 4/26/01 effective 8/1/01, Adopted: 11/1/01)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and one additional member shall serve as nonvoting secretary-rules editor; and

(b) One member shall be elected chair.

**21.6.14 Wrestling Rules Committee, Men's. [#]** The Men's Wrestling Rules Committee shall consist of nine members and shall be constituted as follows: *(Adopted: 1/14/12 effective 8/1/12, Revised: 6/23/20 effective 8/1/20)*

(a) Four members shall be from Division I, two members shall be from Division II, two members shall be from Division III and an additional member shall be a secretary-rules editor; and

(b) One member shall be elected chair.

# 21.7 Common Committees -- Committees With Playing Rules and Championships Administration Responsibilities. [#]

## 21.7.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.7.1.1 Method of Selection. [#]** Each division's governance structure shall appoint members to serve on the committees with playing rules and championships administration responsibilities. The Playing Rules Oversight Panel shall oversee the selection process of secretary-rules editors and approve the selections for those positions. The secretary-rules editor may be reappointed but is limited to a term not to exceed eight years in length and shall be a nonvoting member of the committee. The membership of each committee shall include representatives from each of the Association's membership divisions. *(Revised: 1/11/89, 1/14/97 effective 8/1/97, 11/1/01, 4/24/03, 1/8/07)*

**21.7.1.1.1 Waiver -- Secretary-Rules Editor Term Limit. [#]** Due to extenuating circumstances, the Playing Rules Oversight Panel may waive the secretary-rules editor's eight-year term limit; however, the term shall not be extended by more than four additional years. *(Adopted: 4/24/03, Revised: 1/8/07)*

**21.7.1.2 Composition Requirements. [#]** For committees that administer Division I, Division II, Division III and National Collegiate Championships in individual sports, at least 25 percent of the positions on each committee shall be filled by athletics administrators (athletics directors, associate or assistant athletics directors, senior woman athletics administrators, individuals who are employed full time as administrators by member conferences, or individuals who are employed both part time as administrators by member conferences and full time by member institutions). Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. For committees that administer Division I, Division II, Division III and National Collegiate Championships in team sports, at least 50 percent of the positions on each committee shall be filled by athletics administrators. Further, at least 50 percent of the total positions on each rules committee shall be filled by coaching staff members. In order for a district to be represented on a committee for which district representation is specified, at least five of its active members shall sponsor the sport on an intercollegiate basis. *(Revised: 1/10/90, 1/10/95, 4/27/00 effective 8/1/00)*

**21.7.1.2.1 Exception -- Men's and Women's Skiing Committee. [#]** The Men's and Women's Skiing Committee shall be exempt from the composition requirements set forth in Bylaw 21.7.1.2. *(Adopted: 11/1/00)*

**21.7.1.3 Special Operating Rules. [#]** Each committee shall act as one body to formulate playing rules and determine general policies for the administration of the NCAA championships under its jurisdiction. Division subcommittees, composed of committee members from the respective divisions, shall be responsible for administering the respective division championships.

**21.7.1.4 Advisory Committees. [#]** The governing sports committee may appoint individuals not already serving on a sports committee to an advisory committee.

**21.7.1.5 Duties. [#]**

**21.7.1.5.1 Rules of Play.** Subject to the final authority of the Playing Rules Oversight Panel, each rules committee shall establish and maintain rules of play in its sport consistent with the sound traditions of the sport and of such character as to ensure good sportsmanship and safe participation by the competitors. Playing rules committees shall have the authority to permit rules experimentation in the nontraditional/nonchampionship season without Playing Rules Oversight Panel approval. Experimentation in the regular season shall be subject to Playing Rules Oversight Panel review. *(Revised: 1/10/92 effective 8/1/92, 1/14/97 effective 8/1/97, 4/28/05, 12/2/05, 4/13/23)*

**21.7.1.5.2 National Records. [#]** In sports for which national records are maintained, each committee shall be responsible for approval of such national records.

**21.7.1.5.3 Cooperation with Other Organizations. [#]** A rules committee may cooperate with other national organizations in the development of common playing rules. *(Revised: 1/14/97 effective 8/1/97)*

**21.7.1.5.4 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/30/14)*

**21.7.1.6 Term of Office. [#]** Unless otherwise specified, a member of the committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Revised: 5/13/08)*

**21.7.2 Beach Volleyball Committee, Women's. [#]** The Women's Beach Volleyball Committee shall consist of six members. *(Adopted: 1/17/15, Revised: 7/31/15)*

**21.7.3 Bowling Committee, Women's. [#]** The Women's Bowling Committee shall consist of seven members, including the secretary-rules editor, who shall be a nonvoting member. *(Revised: 10/28/10)*

**21.7.4 Rifle Committee, Men's and Women's. [#]** The Men's and Women's Rifle Committee shall consist of seven members, including the secretary-rules editor.

**21.7.5 Skiing Committee, Men's and Women's. [#]** The Men's and Women's Skiing Committee shall consist of seven members and shall be constituted as follows: *(Revised: 1/11/89, 4/11/00, 11/1/01 effective 8/1/01, 10/29/15)*

(a) Two members shall represent men's skiing interests, two members shall represent women's skiing interests and three unallocated;

(b) One member shall be selected from the West skiing region, one member shall be selected from the Central skiing region, two members shall be selected from the East skiing region, two members shall be selected at large and one member shall be secretary-rules editor; and

(c) Two members shall be coaches who represent downhill Alpine skiing and two members shall be coaches who represent Nordic skiing. The secretary-rules editor may be counted toward satisfying this requirement.

**21.7.6 Water Polo Committee, Men's. [#]** The Men's Water Polo Committee shall consist of six members and shall be constituted as follows: *(Revised: 10/28/97, 1/12/99 effective 8/1/99, 1/8/07)*

(a) Two members shall be from the East region;

(b) Two members shall be from the West region;

(c) One member shall be selected at large; and

(d) An additional member shall be secretary-rules editor.

**21.7.7 Water Polo Committee, Women's. [#]** The Women's Water Polo Committee shall consist of six members. There shall be three members from Division I, one member from Division II, one member from Division III and an additional member shall be secretary-rules editor. *(Adopted: 4/27/00 effective 8/1/00)*

# 21.8 Common Committees -- Committees With Only Championship Administration Responsibilities. [#]

### 21.8.1 Selection, Composition, Duties, Term of Office and Operation. [#]

**21.8.1.1 Method of Selection. [#]** Each applicable division's governance structure shall nominate and select the members and chair of each committee. *(Revised: 1/14/97 effective 8/1/97, 11/1/01)*

**21.8.1.2 Duties. [#]** Each committee shall be responsible for developing policies and procedures governing the administration and conduct of the NCAA championships under its jurisdiction, subject to the approval of the applicable division's governance structure and the requirements, standards and conditions prescribed by Bylaw 31. Policies and procedures governing the administration of National Collegiate Championships applicable to more than one division also shall be subject to the ratification of the Board of Governors. (See Bylaw 31 for committee duties related to the administration of championships.) *(Revised: 1/14/97 effective 8/1/97, 11/1/07 effective 8/1/07, 10/30/14)*

**21.8.1.3 Term of Office. [#]** Unless otherwise specified, a member of committees listed in this bylaw shall be appointed for one four-year term. A former member may be appointed to an additional term after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee. A member's term of service shall commence on the first day of September following the member's election or appointment. *(Revised: 5/13/08)*

**21.8.1.4 Special Operating Rules. [#]** Each committee shall act as one body to determine general policies for the administration of championships. *(Revised: 1/14/97 effective 8/1/97)*

**21.8.1.5 Selection Criteria. [#]** Each committee shall have the authority to establish championships selection criteria, including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules.

**21.8.1.6 Regional Advisory Committees. [#]** Regional advisory committees may be appointed by each championships committee. *(Revised: 1/14/97 effective 8/1/97)*

**21.8.1.7 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/30/14)*

**21.8.2 Ice Hockey Committee, Women's. [#]** The Women's Ice Hockey Committee shall consist of one member from each conference that is eligible for and applies for automatic qualification into the NCAA National Collegiate Women's Ice Hockey Championship. *(Adopted: 4/27/00, Revised: 4/25/02 effective 8/1/02, 4/26/17 effective 7/18/17, 12/15/21 effective 9/1/22)*

# 21.9 Common Committees -- Committees With Governance Administration Responsibilities. [#]

**21.9.1 Selection. [#]** Each applicable division's governance structure shall appoint members to serve on the common committees with governance administration responsibilities. The membership of each committee shall include representatives from each of the Association's applicable membership divisions, including each subdivision of Division I. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/01)*

**21.9.2 Operation. [#]** The Board of Governors shall ratify policies regarding the length, location and expenses of common committee meetings. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/30/14)*

**21.9.3 International Student Records Committee. [#]**

    **21.9.3.1 Composition. [#]** The committee shall consist of six members, including two Division I representatives, two Division II representatives and two representatives who may be from either Division I or Division II. *(Adopted: 4/27/00, Revised: 5/9/07, 4/30/09, 10/29/09)*

    **21.9.3.2 Duties. [#]** The committee shall assist in reviewing initial-eligibility standards for international students. The Division I Committee on Academics and the Division II Academic Requirements Committee shall annually review and approve the policies and procedures of the International-Student Records Committee. *(Adopted: 4/27/00, Revised: 10/29/15)*

    **21.9.3.3 Terms. [#]** Committee members shall be appointed for one three-year term. Members may be appointed to an additional term(s) on the committee after three years have elapsed. An individual who has served three consecutive terms on the committee may not serve further on the committee. *(Adopted: 4/27/00, Revised: 11/1/01)*

**21.9.4 High School Review Committee. [#]**

    **21.9.4.1 Composition. [#]** The committee shall consist of nine members and shall be constituted as follows: *(Adopted: 4/26/07, Revised: 11/1/07 effective 8/1/08, 8/7/14, 4/30/15)*

    (a) One admissions officer of a Division I or Division II institution;

    (b) One staff member of a Division I or Division II institution or conference office;

    (c) One staff member of a Division I institution or conference;

    (d) One representative from the Division II Academic Requirements Committee;

    (e) Four representatives from the secondary-school community; and

(f) One member selected at large from either the secondary-school community or a Division I or II institution or conference office.

**21.9.4.2 Duties. [#]** The committee shall have the authority to establish policies and procedures related to reviewing the validity of a high school and the validity of a prospective student-athlete's academic credentials. A review may result in a determination that a high school or a prospective student-athlete's academic credentials shall not be used f to meet initial-eligibility requirements. The committee's policies and procedures shall be approved by the Division I Committee on Academics and the Division II Academic Requirements Committee. (See Bylaw 14.1.2.2.) *(Adopted: 4/26/07, Revised: 11/1/07 effective 8/1/08, 8/7/14, 1/10/24)*

**21.9.4.3 Terms. [#]** Committee members shall be appointed to one four-year term. A member's term of service shall commence on the first day of July following the member's appointment. A member may be appointed to one additional term. An individual who has served two terms may not be re-appointed. The term of service of the member serving on the Division II Academic Requirements Committee shall run concurrently with service on that committee. *(Adopted: 4/26/07, Revised: 11/1/07 effective 8/1/08, 8/7/14, 4/30/15)*

**21.9.4.4 Appeals. [#]** The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 4/26/07, Revised: 11/1/07 effective 8/1/08)*

# 21.10 Division I Committees.

## 21.10.1 Eligibility for Membership.

**21.10.1.1 "On the Staff."** Individuals serving on Division I committees, or as Division I representatives on Association-wide or common committees shall be salaried on a regular basis by a Division I institution or conference and perform a regular staff function representing at least 50 percent of the normal workload for a staff member at that institution or conference, unless otherwise specified. In addition, a conference office staff member must be employed at a single or multisport conference that meets the requirements for automatic qualification and must be nominated by a multisport conference set forth in Bylaw 21.1.1. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/31/02 effective 8/1/03, 1/8/07, 8/7/14)*

**21.10.1.1.1 Modification in Employment Status.** If a committee member's employment status is altered to the extent that the individual no longer meets this requirement, the individual shall be replaced. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**21.10.1.1.2 Individuals on Sabbatical or Temporary Leave.** An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" and eligible for committee membership. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be eligible to serve on a committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 8/7/14)*

**21.10.1.1.3 Waiver of Replacement Requirement.** The Council, subject to ratification by the Board of Directors, shall have the authority to waive this provision or to approve a delayed replacement if it deems that an immediate replacement would be detrimental to the work of the committee involved. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**21.10.1.1.4 Exception -- Secretary-Rules Editor.** An individual serving as the secretary-rules editor on a sport rules committee shall not be subject to the "on the staff" requirement set forth in Bylaw 21.10.1.1. *(Adopted: 8/9/01)*

**21.10.1.1.5 Exception -- Playing Rules Committees.** Institutional staff members from Division II or Division III institutions that sponsor a Division I sport may serve on that sport's playing rules committee as a Division I representative, provided at least 25 percent of the institutions that sponsor the sport are Division II or III institutions. *(Adopted: 1/8/07 effective 8/1/07)*

**21.10.2 Representation.** No subdivision shall have more than 50 percent representation on any committee unless approved by a vote of at least 85 percent of the Board of Directors. The Board of Directors, the Council and football-related committees are not subject to this requirement. *(Adopted: 1/14/97 effective 8/1/97, Revised: 6/4/07, 11/1/07 effective 8/1/08, 8/7/14)*

**21.10.2.1 Exception.** The following committees shall not be subject to the requirement that no subdivision shall have more than 50 percent representation on any committee: *(Adopted: 10/27/98, Revised: 11/1/01, 8/8/02, 10/31/02, 4/24/03, 4/29/04, 5/30/07, 1/14/08, 4/28/11, 8/7/14, 1/17/18 effective 8/1/18, 1/23/19 effective 8/1/19, 6/23/20 effective 8/1/20, 8/31/22 effective 1/11/23, 6/28/23 effective 8/1/23)*

(a) Baseball Committee;

(b) Men's Basketball Committee;

(c) Women's Basketball Committee;

(d) Committee on Academics;

(e) Committee on Infractions;

(f) Committee on Student-Athlete Reinstatement;

(g) Field Hockey Committee;

(h) Men's Golf Committee;

(i) Women's Golf Committee;

(j) Men's Gymnastics Committee;

(k) Women's Gymnastics Committee;

(l) Men's Ice Hockey Committee;

(m) Infractions Appeals Committee;

(n) Initial-Eligibility Waivers Committee;

(o) Women's Lacrosse Committee;

(p) Women's Rowing Committee;

(q) Men's Soccer Committee;

(r) Women's Soccer Committee;

(s) Women's Softball Committee;

(t) Men's and Women's Swimming and Diving Committee;

(u) Men's and Women's Tennis Committee;

(v) Men's and Women's Track and Field and Cross Country Committee;

(w) Women's Volleyball Committee; and

(x) Men's Wrestling Committee.

## 21.10.3 Appointments, Methods of Selection and Term of Office.

**21.10.3.1 Appointment of Committees.** The Council shall make committee appointments. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**21.10.3.2 Term of Office of Committees.** The term of office for members of committees shall be as follows: *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

(a) Unless otherwise specified, members of committees shall be appointed for one four-year term. A former committee member may be appointed to an additional term on that committee after three years have elapsed. An individual who has served two terms on a committee may not serve further on that committee;

(b) Unless otherwise specified, a term of office shall commence on the first day of September following the member's appointment;

(c) Members who serve more than one-half of a term shall be considered to have served a full term; and

(d) The chair of each committee may recommend to the Council that a member be replaced if the member is not properly discharging the member's duties.

**21.10.4 Meeting Length and Sites.** The Council, subject to ratification by the Board of Directors, is responsible for developing policies governing the length, sites and expenses related to Division I committee meetings (see Bylaw 31.7.2). *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

## 21.10.5 Committees Reporting to the Committee on Academics.

### 21.10.5.1 Initial-Eligibility Waivers Committee.

**21.10.5.1.1 Composition.** The Initial-Eligibility Waivers Committee shall consist of seven members. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/15/97, 10/30/03, 11/1/07 effective 8/1/08, 8/7/14, 1/10/24 reduction to be achieved through normal attrition)*

**21.10.5.1.2 Term of Office.** A member's term of office shall commence on the first day of January following the member's appointment. *(Adopted: 4/27/00)*

**21.10.5.1.3 Duties.** The committee shall be responsible for: *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/16/10 effective 5/1/10, 8/7/14)*

(a) Oversight of the process for reviewing requests for waivers of the initial-eligibility requirements in accordance with Bylaw 14.3.1.4 . The policies and procedures for the review of such waivers shall be approved by the Committee on Academics; and

(b) Consideration of appeals of staff decisions related to initial-eligibility waiver requests.

**21.10.5.1.4 Appeals.** After the NCAA staff has acted on an initial-eligibility matter, the involved institution may appeal the decision to the Initial-Eligibility Waivers Committee. The committee determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 4/15/97, Revised: 11/1/07 effective 8/1/08, 1/16/10 effective 5/1/10)*

**21.10.5.2 Progress-Toward-Degree Waivers Committee.**

**21.10.5.2.1 Composition.** The Progress-Toward-Degree Waivers Committee shall consist of nine members. *(Revised: 4/24/03, 11/1/07 effective 8/1/08, 10/27/11 effective 4/1/12, 8/7/14, 1/10/24 reduction to be achieved through normal attrition)*

**21.10.5.2.2 Duties.** The committee shall be responsible for: *(Revised: 1/16/10 effective 5/1/10, 10/27/11 effective 4/1/12, 8/7/14)*

(a) Oversight of the process for reviewing requests for waivers of all progress-toward-degree requirements set forth in Bylaw 14.4.3 and all full-time enrollment requirements of Bylaw 14.2. The policies and procedures for the review of such waivers shall be approved by the Committee on Academics; and

(b) Oversight of the process for reviewing requests for waivers of the two-year college transfer requirements set forth in Bylaw 14.5.4 and 14.5.5. The policies and procedures for the review of such waivers shall be approved by the Committee on Academics; and

(c) Consideration of appeals of staff decisions related to waiver requests for which the committee has jurisdiction.

**21.10.5.2.3 Appeals.** After the NCAA staff has acted on a progress-toward-degree or two-year college transfer matter, the involved institution may appeal the decision to the Progress-Toward-Degree Waivers Committee. The committee's determination shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 1/16/10 effective 5/1/10, Revised: 10/28/11 effective 4/1/12)*

**21.10.5.3 Common Committees.** The following committees shall report to the Committee on Academics regarding issues related to Division I: *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14, 1/10/24)*

(a) International-Student Records Committee; and

(b) High School Review Committee.

**21.10.6 Committees Reporting to the Council.** The total composition of the standing committees of the Council (Men's Basketball Oversight Committee, Women's Basketball Oversight Committee, Competition Oversight Committee, Football Bowl Subdivision Oversight Committee, Football Championship Subdivision Oversight Committee, Legislative Committee, Strategic Vision and Planning Committee and Student-Athlete Experience Committee) shall consist of approximately 125 members, as set forth in the Council's policies and procedures. The composition of other committees that report to the Council is set forth below. *(Revised: 10/4/17, 11/7/23)*

**21.10.6.1 Men's Basketball Oversight Committee.** The composition, duties and substructure of the Men's Basketball Oversight Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.1.1 Men's Basketball Committee.** The Men's Basketball Committee shall consist of 12 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that are eligible for automatic qualification, four members selected from the seven highest ranked other conferences based on basketball success and the remaining members from the remaining conferences. Basketball success is defined as total conference appearances plus total conference wins in the previous five NCAA championships, excluding First Four wins. The committee shall include at least one member from each of the five Division I men's basketball regions and seven members selected at large. Not more than four committee members shall represent any single region. *(Revised: 10/4/17, 1/14/21 composition achieved through normal attrition, 6/26/24)*

**21.10.6.1.1.1 Term of Office.** A committee member shall be appointed for a five-year term. *(Revised: 10/4/17)*

**21.10.6.2 Women's Basketball Oversight Committee.** The composition, duties and substructure of the Women's Basketball Oversight Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.2.1 Women's Basketball Committee.** The Women's Basketball Committee shall consist of 12 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that are eligible for automatic qualification, four members selected from the seven highest ranked other conferences based on basketball success and the remaining members from the remaining conferences. Basketball success is defined as total conference appearances plus total conference wins in the previous five NCAA championships, excluding First Four wins. The committee shall include at least one member from each of the five Division I women's basketball regions and seven members selected at large. Not more than four committee members shall be from any single region. *(Revised: 10/4/17, 1/14/21 composition achieved through normal attrition, 1/11/23, 6/26/24)*

**21.10.6.2.1.1 Term of Office.** A committee member shall be appointed for a five-year term. *(Revised: 10/4/17)*

**21.10.6.3 Competition Oversight Committee.** The composition, duties and substructure of the Competition Oversight Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.3.1 Sport Championship Committees.** *(Revised: 6/28/23 effective 8/1/23)*

**21.10.6.3.1.1 Rules Committees without Championships Responsibilities.** These Association-wide committees shall report to the applicable sport oversight committee or the Competition Oversight Committee for Division I review of the playing rules developed by those committees, which are applicable to all divisions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**21.10.6.3.1.2 Rules Committees with Championships Responsibilities.** These common committees shall report to the Competition Oversight Committee for Division I review of the playing rules developed by those committees, which are applicable to all divisions. Each committee shall act as one body to formulate playing rules and to administer championships in those sports in which there is only a National Collegiate Championship. Division I members of each committee shall be responsible for administering the Division I championship in the sport. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**21.10.6.3.1.2.1 Administration of Championships.** Each committee shall develop policies and procedures governing the administration of the NCAA championships under its jurisdiction, subject to the approval of the Competition Oversight Committee, and shall control, direct and supervise the conduct of said championships subject to the requirements, standards and conditions prescribed by Bylaw 31. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 6/3/15, 10/4/17)*

**21.10.6.3.1.2.2 Regional Advisory Committees.** Regional advisory committees may be appointed by each sports committee as prescribed by the Competition Oversight Committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**21.10.6.3.1.3 Committees with Championships Administration and Sports Issues Responsibilities.** These sports committees shall be responsible for administering the Division I championships or National Collegiate Championships in the applicable sport. Those committees that administer National Collegiate Championships may include representatives from member institutions in Divisions II and III. Those committees administering Division I championships may meet with committees administering championships in the same sport in other divisions as appropriate for the efficient administration of the championships. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08)*

**21.10.6.3.1.3.1 Composition Requirements.** For committees that administer championships in individual sports, at least 25 percent of the positions on each committee shall be filled by athletics administrators (e.g., athletics directors, associate or assistant athletics directors, senior woman administrators, individuals who are employed full time as administrators by member conferences, or individuals who are employed both part time as administrators by member conferences and full time by member institutions). For committees that administer championships in team sports, at least 50 percent of the positions on each committee shall be filled by athletics administrators. *(Adopted: 1/14/97 effective 8/1/97)*

**21.10.6.3.1.3.2 Duties.** Each committee shall be responsible for: *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

(a) Developing policies and procedures governing the administration and conduct of the NCAA championships under its jurisdiction, subject to the approval of the Council and the requirements, standards and conditions prescribed by Bylaw 31; and

(b) The review of issues related to the applicable sport.

**21.10.6.3.1.3.3 Championships Selection Criteria.** Each committee shall have the authority to establish championships selection criteria, including requirements to use regular-season playing rules that conform with rules used in NCAA championships under its jurisdiction in those sports for which the Association does not maintain playing rules. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08)*

**21.10.6.3.1.3.4 Regional Advisory Committees.** Regional advisory committees may be appointed by each sports committee as prescribed by the Competition Oversight Committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**21.10.6.3.1.3.5 Baseball Committee.** The Baseball Committee shall consist of 10 members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on baseball success and the remaining members from the remaining conferences. Baseball success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. Each of the five Division I baseball regions must be represented. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/27/98, 12/15/06, 10/5/16, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.6 Men's and Women's Fencing Committee.** The Men's and Women's Fencing Committee shall consist of eight members. Four members shall represent men's fencing interests, including one representative from each of the four men's fencing regions. Four members shall represent women's fencing interests, including one representative from each of the four women's fencing regions. *(Adopted: 1/14/97 effective 8/1/97)*

**21.10.6.3.1.3.7 Field Hockey Committee.** The Field Hockey Committee shall consist of six members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, two members from the three highest ranked other conferences based on field hockey success and the remaining members from the remaining conferences. Field hockey success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. One member shall be selected from each of the five Division I field hockey regions, and one member shall be selected at large. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99 effective 8/1/99, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.8 Men's Golf Committee.** The Men's Golf Committee shall consist of nine members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on golf success and the remaining members from the remaining conferences. Golf success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. Each geographic region (east, central and west) shall be represented by three members. The committee shall include at least four coaches (at least two from conferences listed in Bylaw 9.2.2.1.1) and at least four administrators (at least two from conferences listed in Bylaw 9.2.2.1.1). *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/28/97 effective 8/1/98, 4/20/99 effective 8/1/99, 10/28/99, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.9 Women's Golf Committee.** The Women's Golf Committee shall consist of nine members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on golf success and the remaining members from the remaining conferences. Golf success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. Each geographic region (east, central and west) shall be represented by three members. The committee shall include at least four coaches (at least two from conferences listed in Bylaw 9.2.2.1.1) and at least four administrators (at least two from conferences listed in Bylaw 9.2.2.1.1). *(Adopted: 10/28/99, Revised: 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.10 Men's Gymnastics Committee.** The Men's Gymnastics Committee shall consist of six members, including at least two representatives from each of the two men's gymnastics regions (East and West) and two representatives selected at large. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/24/03)*

**21.10.6.3.1.3.11 Women's Gymnastics Committee.** The Women's Gymnastics Committee shall consist of seven members, including six members from Division I and one member from Division II or III. The six Division I members shall include one member from each of the six women's gymnastics regions and the Division II or III member may represent any of the six women's gymnastics regions. Further, the Division II or III member shall be excluded in determining whether the 50 percent administrator committee composition requirements per Bylaw 21.7.1.2 are met. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/28/99 effective 8/1/00, 4/26/01)*

**21.10.6.3.1.3.12 Men's Ice Hockey Committee.** The Men's Ice Hockey Committee shall consist of one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, and one member from each of the remaining conferences that is eligible for and applies for automatic qualification into the Division I Men's Ice Hockey Championship. Institutional staff members from Division II or Division III institutions that sponsor Division I men's ice hockey may serve on the committee. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/26/01, 10/29/09 effective 8/1/10, 4/29/10 effective 8/1/10, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.13 Men's Lacrosse Committee.** The Men's Lacrosse Committee shall consist of five members, including two representatives from the North region, two representatives from the South region and one representative from the West region. Of the five members, at least two must be coaches. *(Revised: 4/27/06)*

**21.10.6.3.1.3.14 Women's Lacrosse Committee.** The Women's Lacrosse Committee shall consist of six members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, two members from the three highest ranked other conferences based on lacrosse success and the remaining members from the remaining conferences. Lacrosse success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. The committee shall include a representative from each of the four regions (Northeast, Mid-Atlantic, South and West/Midwest) and two representatives selected at large. Not more than two committee members shall be from any single region. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/20/99 effective 8/1/99, 4/27/00, 4/24/03 effective 8/1/03, 5/18/05, 4/27/06, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.15 Women's Rowing Committee.** The Women's Rowing Committee shall consist of seven members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, two members from the three highest ranked other conferences based on women's rowing success and the remaining members from the remaining conferences. Rowing success shall be defined as the total number of points scored by a conference in the previous five NCAA championships. The committee shall include a member from each of the five Division I women's rowing regions . *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/26/01 effective 8/1/01, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.16 Men's Soccer Committee.** The Men's Soccer Committee shall consist of eight members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, two members from the five highest ranked other conferences based on soccer success and the remaining members from the remaining conferences. Soccer success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. The committee shall include a representative from each of the four Division I men's soccer regions . Not more than three members may be appointed from the same region. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/27/98, 1/12/99 effective 8/1/99, 12/15/06, 1/15/11 effective 8/1/11, 10/5/16, 1/17/18 effective 8/1/18, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.17 Women's Soccer Committee.** The Women's Soccer Committee shall consist of 10 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on soccer success and the remaining members from the remaining conferences. Soccer success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. The committee shall include a representative from each of the five Division I women's soccer regions. Not more than two members of the committee may be appointed from the same region. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/27/98, 1/12/99 effective 8/1/99, 4/26/01 effective 8/1/01, 12/15/06, 10/30/08, 10/5/16, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.18 Women's Softball Committee.** The Women's Softball Committee shall consist of 10 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on softball success and the remaining members from the remaining conferences. Softball success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. The committee shall include one representative from each of the five regions. Not more than two members of the committee may be appointed from the same region. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/27/98, 4/20/99 effective 8/1/99, 4/27/00, 12/15/06, 10/5/16, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.19 Men's and Women's Swimming and Diving Committee.** The Men's and Women's Swimming and Diving Committee shall consist of 10 members, including one member from each of the

conferences named in Bylaw 9.2.2.1.1 that sponsors the sport, three members from the five highest ranked other conferences based on swimming and diving success and the remaining members from the remaining conferences. Swimming and diving success is defined as the total number of points scored by a conference in the previous five NCAA championships. Four members of the committee shall represent men's swimming interests and four members shall represent women's swimming interests, including three positions allocated for individuals who identify as male, three allocated for individuals who identify as female and two unallocated. Two members shall represent diving interests, one representing men's diving and one representing women's diving. *(Adopted: 1/14/12 effective 8/1/12, Revised: 2/17/23, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.20 Men's and Women's Tennis Committee.** The Men's and Women's Tennis Committee shall consist of 12 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on tennis success and the remaining members from the remaining conferences. Tennis success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. Six members of the committee shall represent men's tennis interests and six members shall represent women's tennis interests, including four positions allocated for individuals who identify as male, four allocated for individuals who identify as female and four unallocated. Not more than one of the six members representing men's tennis interests shall be selected from any one of the six Division I men's tennis regions. Not more than one of the six members representing women's tennis interests shall be selected from any one of the six Division I women's tennis regions. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99 effective 8/1/99, 11/1/00, 10/27/06, 2/17/23, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.21 Men's and Women's Track and Field and Cross Country Committee.** The Men's and Women's Track and Field and Cross Country Committee shall consist of 12 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that sponsors the sport, three members from the seven highest ranked other conferences based on track and field and cross country success and the remaining members from the remaining conferences. Track and field and cross country success is defined as the total number of points scored by a conference in the previous five NCAA championships. Six members of the committee shall represent men's track and field and cross country interests and six members shall represent women's track and field and cross country interests, including four positions allocated for individuals who identify as male, four allocated for individuals who identify as female and four unallocated. *(Adopted: 1/14/12 effective 8/1/12, Revised: 6/3/15, 2/17/23, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.22 Men's Volleyball Committee.** The Men's Volleyball Committee shall consist of five members, including one member from each of the three men's volleyball regions and two members selected at large. Not more than two committee members shall be from any single region. *(Adopted: 1/14/97 effective 8/1/97, Revised: 1/12/99 effective 8/1/99, 5/11/19 effective 8/1/19)*

**21.10.6.3.1.3.23 Women's Volleyball Committee.** The Women's Volleyball Committee shall consist of 10 members, including one member from each of the conferences named in Bylaw 9.2.2.1.1 that is eligible for automatic qualification, three members from the seven highest ranked other conferences based on volleyball success and the remaining members from the remaining conferences. Volleyball success is defined as total conference appearances plus total conference wins in the previous five NCAA championships. The committee shall include one member from each of the five Division I women's volleyball districts. *(Adopted: 1/14/97 effective 8/1/97, Revised: 10/27/98, 1/12/99 effective 8/1/99, 12/15/06, 10/5/16, 6/28/23 effective 8/1/23)*

**21.10.6.3.1.3.24 Men's Wrestling Committee.** The Men's Wrestling Committee shall consist of six members, including one member from each of the conferences listed in Bylaw 9.2.2.1.1 that sponsors the sport. *(Adopted: 1/14/12 effective 8/1/12, Revised: 6/23/20 effective 8/1/20, 6/28/23 effective 8/1/23)*

**21.10.6.3.2 Association-Wide Committees.** The Playing Rules Oversight Panel shall report (for informational purposes only) to the Competition Oversight Committee regarding issues related to Division I . *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 10/17/23)*

**21.10.6.4 Football Bowl Subdivision Oversight Committee.** The composition, duties and substructure of the Football Bowl Subdivision Oversight Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 11/7/23)*

**21.10.6.5 Football Championship Subdivision Oversight Committee.** The composition, duties and substructure of the Football Championship Subdivision Oversight Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17, Revised: 11/7/23)*

**21.10.6.5.1 Football Championship Committee.** The Football Championship Committee shall consist of one representative from each conference that is eligible for and applies for automatic qualification for participation in the Division I Football Championship. *(Revised: 10/4/17)*

**21.10.6.6 Legislative Committee.** The composition, duties and substructure of the Legislative Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.6.1 Interpretations Committee.** The Interpretations Committee shall report to the Legislative Committee. *(Revised: 10/4/17)*

**21.10.6.6.1.1 Composition.** The Interpretations Committee shall consist of 11 members, including a representative from each of the conferences named in Bylaw 9.2.2.1.1, a minimum of two members representing each subdivision and a minimum of one director of athletics/senior woman administrator, one campus compliance administrator, one conference administrator and one faculty athletics representative. *(Adopted: 8/5/04, Revised: 8/7/14, 4/16/15)*

**21.10.6.6.1.2 Duties.** The committee shall: *(Adopted: 8/5/04)*

(a) Determine interpretations of all legislation;

(b) Review interpretations issued by the academic and membership affairs staff and, if necessary, modify such interpretations;

(c) Respond to requests from the member institutions to interpret Division I bylaws (see Bylaw 9.3.1.2.1); and

(d) Identify interpretations to be incorporated into the NCAA Division I Manual.

**21.10.6.6.1.3 Special Operating Rules.**

**21.10.6.6.1.3.1 Limit on Authority.** The committee shall not have the authority to alter interpretations that have been approved by the Legislative Committee. Its decision shall be binding unless overturned on appeal to the Legislative Committee at its regularly scheduled meeting. *(Adopted: 8/5/04, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**21.10.6.6.1.3.2 Areas of Autonomy.** The members of the committee who are representatives from the conferences named in Bylaw 9.2.2.1.1 shall have the authority to act on behalf of the committee on matters that relate to the areas of autonomy listed in Bylaw 9.2.2.1.2. *(Adopted: 8/7/14)*

**21.10.6.6.2 Committee for Legislative Relief.** The Committee for Legislative Relief shall report to the Legislative Committee. *(Adopted: 10/4/17)*

**21.10.6.6.2.1 Composition.** The Committee for Legislative Relief shall consist of seven members, including at least one representative from the conferences listed in Bylaw 21.2.1-(b), at least one representative from the conferences listed in Bylaw 21.2.1-(c), at least one representative from the conferences listed in Bylaw 21.2.1-(d) and at least one representative from the conferences listed in Bylaw 21.2.1-(e). One member of the committee shall be a member of the Student-Athlete Experience Committee. *(Adopted: 10/4/17)*

**21.10.6.6.2.1.1 Student-Athlete Representation.** One member of the Student-Athlete Advisory Committee shall serve as a member of the committee in an advisory capacity and may serve up to one year after completion of athletics eligibility. The student-athlete member shall attend all in-person meetings and participate on teleconferences not associated with an appeal of a legislative relief waiver case. *(Adopted: 4/18/18)*

**21.10.6.6.2.2 Duties.** The Committee for Legislative Relief shall review appeals of waiver requests submitted to the NCAA staff for relief from the application of NCAA legislation to a particular situation in which no other entity has the authority to act. In reaching its decision, the committee shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation. The Committee for Legislative Relief shall establish policies and procedures for reviewing such requests, subject to the review of the Legislative Committee. *(Adopted: 10/4/17)*

**21.10.6.6.2.3 Authority.** A decision made by the Committee for Legislative Relief shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 10/4/17)*

**21.10.6.6.3 Committee on Student-Athlete Reinstatement.** The Committee on Student-Athlete Reinstatement shall report to the Legislative Committee. *(Revised: 10/4/17)*

**21.10.6.6.3.1 Composition.** The Committee on Student-Athlete Reinstatement shall consist of five members. *(Adopted: 11/1/01, Revised: 1/9/06, 11/1/07 effective 8/1/08)*

**21.10.6.6.3.1.1 Student-Athlete Representation.** One member of the Student-Athlete Advisory Committee shall serve as a member of the committee in an advisory capacity and may serve up to one year after completion of athletics eligibility. The student-athlete member shall attend all in-person meetings and participate on teleconferences not associated with an appeal of a reinstatement case. *(Adopted: 1/9/06, Revised: 11/1/07 effective 8/1/08)*

**21.10.6.6.3.2 Term of Office.** Committee members shall be appointed for a three-year term. A member's term of service shall commence on the first day of July following the member's appointment. A committee member may be appointed to a second three-year term on the committee. An individual who has served two terms on the committee may not serve further on the committee. *(Adopted: 11/1/01, Revised: 8/4/05, 11/1/07 effective 8/1/08)*

**21.10.6.6.3.3 Duties.** The committee shall have the authority under Bylaw 12.12 to determine all matters pertaining to the policies and procedures for the restoration of eligibility of a student-athlete who is ineligible for intercollegiate competition as a result of a violation of NCAA legislation and for waivers of legislation for which the committee has been authorized to act. *(Adopted: 1/11/01, Revised: 11/1/07 effective 8/1/08)*

**21.10.6.6.3.3.1 Application of Eligibility Rules.** In fulfilling the duties set forth above, the following shall apply: *(Adopted: 1/11/01, Revised: 1/1/07 effective 8/1/08, 4/20/09, 8/7/14, 10/4/17)*

(a) **Authority of the Student-Athlete Reinstatement Staff.** Subject to review by the Legislative Committee, the student-athlete reinstatement staff is authorized to apply the eligibility rules of the division.

(b) **Appeals.** After the student-athlete reinstatement staff has acted on a reinstatement matter or waiver, the involved institution or conference may appeal the decision to the Committee on Student-Athlete Reinstatement. The committee's determination shall be final, binding and conclusive and shall not be subject to further review by any other authority.

**21.10.6.7 Strategic Vision and Planning Committee.** The composition, duties and substructure of the Strategic Vision and Planning Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.7.1 Association-Wide Committees.** The following committees shall report to the Strategic Vision and Planning Committee regarding issues related to Division I: *(Adopted: 10/4/17, Revised: 1/11/23, 4/13/23)*

(a) Committee on Competitive Safeguards and Medical Aspects of Sports;

(b) Honors Committee;

(c) Minority Opportunities and Interests Committee;

(d) Postgraduate Scholarship Committee;

(e) Walter Byers Scholarship Committee; and

(f) Committee on Women's Athletics.

**21.10.6.8 Student-Athlete Experience Committee.** The composition, duties and substructure of the Student-Athlete Experience Committee are set forth in the policies and procedures of the Council and the committee's policies and procedures. *(Adopted: 10/4/17)*

**21.10.6.8.1 Preenrollment Amateurism Certification Committee.** The Preenrollment Amateurism Certification Committee shall report to the Student-Athlete Experience Committee. *(Adopted: 10/6/17, Revised: 5/19/21)*

**21.10.6.8.1.1 Composition.** The committee shall consist of seven members, including four members from the conferences named in Bylaw 9.2.2.1.1 and one member of the Student-Athlete Advisory Committee. *(Adopted: 10/4/17, Revised: 5/19/21)*

**21.10.6.8.1.2 Duties.** The committee shall be responsible for establishing and maintaining preenrollment amateurism certification policies and procedures, subject to the review of the Student-Athlete Experience Committee. Additionally, the committee shall be responsible for making a determination of facts related to the certification of a prospective student-athlete's amateur status on appeal of an institution related to a final determination of facts by the staff of the NCAA Eligibility Center. The student-athlete member of the committee shall not participate in such an appeal. Additional policies and procedures governing such an appeal shall be approved by the Student-Athlete Experience Committee. *(Adopted: 10/4/17, Revised: 5/19/21)*

**21.10.6.8.1.3 Authority.** A decision made by the Preenrollment Amateurism Certification Committee shall be final, binding and conclusive and shall not be subject to further review by any other authority. *(Adopted: 10/4/17, Revised: 5/19/21)*

### 21.10.6.9 Nominating Committee.

**21.10.6.9.1 Composition.** The committee shall consist of 12 members, including four representatives from Football Bowl Subdivision conferences, four from Football Championship Subdivision conferences, and four from Division I Subdivision conferences. *(Adopted: 10/4/17)*

**21.10.6.9.2 Duties.** The committee shall: *(Adopted: 10/4/17)*

(a) Recommend representatives for all Division I committees (e.g., sport committees) other than Council standing committees and recommend representatives to fill Division I vacancies on Association-wide committees; and

(b) Conduct a semiannual review of demographic data of Division I governance entities and Division I representation on Association-wide committees, including a review of gender and diversity pursuant to the requirements of Bylaw 21.02.3, and provide a report to the Council Coordination Committee and the Council.

### 21.10.6.10 Student-Athlete Advisory Committee.

**21.10.6.10.1 Composition.** The Student-Athlete Advisory Committee shall consist of one student-athlete from each of the conferences identified in Bylaw 21.1.1. The members shall be selected by the Council from a pool of two nominees from each of the represented conferences. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/29/15)*

**21.10.6.10.2 Term of Office.** A student-athlete member shall not serve more than two years on the committee but may request appointment for another two-year term, subject to the Council's approval. A member's term of office shall commence on the first day of June following the member's appointment. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/26/01 effective 8/1/01, 11/1/07 effective 8/1/08, 4/29/10, 8/7/14, 1/14/16)*

**21.10.6.10.3 Duties.** The committee shall receive information and explanations of divisional activities and legislation, review and react to topics referred to it by other governance entities and comment to the governance structure on any divisional subject of interest. *(Adopted: 1/14/97 effective 8/1/97)*

## 21.10.7 Committees Reporting to Board of Directors.

**21.10.7.1 Committee on Academics.** The Committee on Academics shall be appointed and its duties assigned as provided in Bylaw 21.3. *(Adopted: 4/29/04, Revised: 11/1/07 effective 8/1/08, 7/31/13, 8/7/14)*

**21.10.7.1 Term of Office. [A]** A committee member may be removed at any time at the discretion of the appropriate appointing authority (NCAA president or specific conference commissioner). *(Adopted: 1/17/15)*

**21.10.7.2 Committee on Infractions.** The Committee on Infractions shall be appointed and its duties assigned as provided in Bylaw 19.4. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08)*

**21.10.7.2 Duties. [A]** The committee shall: *(Adopted: 1/17/15, Revised: 5/23/17, 2/13/20)*

(a) Review each institution's Concussion Safety Protocol for consistency with the requirements of Bylaw 20.2.4.20.1 by June 30 of the calendar year in which it is submitted; and

(b) Provide guidance and updates concerning expectations and requirements for Concussion Safety Protocols and best practices for baseline testing, prevention, education, evaluation and management of concussions in a manner that is consistent with the NCAA Concussion Safety Protocol Checklist.

**21.10.7.3 Infractions Appeals Committee.** The Infractions Appeals Committee shall be appointed and its duties assigned as provided in Bylaw 19.5. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08)*

# Name, Image and Likeness Activities

## 22.01 General Principles. *(Adopted: 1/10/24 effective 8/1/24)*

**22.01.1 Name, Image and Likeness Compensation.** An individual may receive compensation for the use of the individual's name, image and likeness, which may be secured or compensated based, in whole or in part, on athletics skill or reputation. Name, image and likeness activities may not be used to compensate a student-athlete for athletics participation or achievement. *(Adopted: 1/10/24 effective 8/1/24)*

**22.01.2 Offers and Inducements.** Name, image and likeness activities may not be used as an inducement for an individual to enroll or remain enrolled at a specific institution. *(Adopted: 1/10/24 effective 8/1/24)*

## 22.02 Definitions and Applications. *(Adopted: 1/10/24 effective 8/1/24)*

**22.02.1 Name, Image and Likeness Activity.** Name, image and likeness activity is any activity that involves the commercial use of an individual's name, image or likeness to advertise or endorse the sale or use of a product or service. Name, image and likeness compensation must: *(Adopted: 1/10/24 effective 8/1/24)*

 (a) Include quid pro quo (e.g., compensation for work performed);

 (b) Not be contingent upon initial or continued enrollment at a particular institution (see Bylaw 22.01.2); and

 (c) Not be in return for athletics participation or achievement.

## 22.1 Role of Institutions in Student-Athlete Name, Image and Likeness Activities.

**22.1.1 Institutional Involvement in Student-Athlete Name, Image and Likeness Opportunities.** An institution may provide assistance and services (e.g., identify specific name, image and likeness opportunities, facilitate deals between student-athletes and third parties) to a student-athlete pursuing name, image and likeness opportunities, provided: *(Adopted: 4/18/24)*

 (a) The student-athlete does not receive compensation from the institution for use of the student-athlete's name, image or likeness (e.g., indirect or direct payment from the institution for use of name, image or likeness);

 (b) The student-athlete maintains independent authority over the name, image and likeness agreement (e.g., student-athlete determines specific terms, has final decision in accepting or rejecting name, image and likeness agreements); and

 (c) The student-athlete is not required to accept institutional assistance or services (e.g., assistance and services are optional, outside representation may be used).

   **22.1.1.1 Third-Party Service Providers.** An institution may contract with third-party service providers (e.g., multimedia rights holder, attorney, tax service, name, image and likeness marketplace) to provide a student-athlete the same support an institution is permitted to provide to a student-athlete. *(Adopted: 4/18/24)*

## 22.2 Disclosure. *(Adopted: 1/10/24, Revised: 4/18/24 effective 8/1/24)*

**22.2.1 Disclosure of Name, Image and Likeness Activities.** An institution must provide a student-athlete an opportunity to disclose name, image and likeness activities to the institution consistent with the provisions of Bylaw 22.2. *(Adopted: 4/18/24 effective 8/1/24)*

   **22.2.1.1 Receipt of Institutional Assistance and Services.** An institution may provide assistance and services to a student-athlete who elects to disclose name, image and likeness activities consistent with institutional policies and procedures. A student-athlete who elects not to disclose name, image and likeness activities shall not receive such institutional assistance and services. *(Adopted: 4/18/24 effective 8/1/24)*

   **22.2.1.2 Name, Image and Likeness Attestation.** A student-athlete who elects to disclose name, image and likeness activities must attest that: *(Adopted: 1/10/24, Revised: 4/18/24 effective 8/1/24)*

 (a) All disclosed information is and will be complete and accurate;

 (b) The disclosed activities are and will be consistent with institutional and conference policy, NCAA rules and any applicable state or federal law;

 (c) Pay or promise of pay related to the disclosed activities are not and will not be a substitute for payment for athletics participation or achievement or an inducement to enroll or remain enrolled at a specific institution; and

(d) Acknowledgement that failure to disclose or fraudulent disclosure may constitute impermissible unethical conduct (see Bylaw 10.1).

**22.2.2 Institutional Policies.** An institution shall establish policies for student-athlete disclosure of name, image and likeness activities consistent with Bylaw 22.2 and its subsections. *(Adopted: 1/10/24 effective 8/1/24)*

**22.2.3 Name, Image and Likeness Disclosure.** A student-athlete who elects to disclose name, image and likeness activities must provide such disclosures not later than 30 days after entering into or signing an agreement. Upon initial enrollment at the certifying institution, a student-athlete who elects to disclose name, image and likeness activities must provide the institution all current and expired name, image and likeness activities not later than 30 days after enrollment. *(Adopted: 1/10/24, Revised: 4/18/24 effective 8/1/24)*

> **22.2.3.1 Required Elements of Name, Image and Likeness Disclosure.** Disclosure of a student-athlete's name, image and likeness activities shall include the following: *(Adopted: 1/10/24, Revised: 4/18/24 effective 8/1/24)*
>
> (a) Names and contact information of individuals involved in the activity, including a description of the nature of the relationship between such individuals;
>
> (b) Terms of the arrangement, including a description of services rendered, rights granted, term duration, compensation and payment structure (e.g., cash, barter, deferred);
>
> (c) Names and contact information of professional service providers involved in the arranging, negotiating, or securing the disclosed activity, including a description of the nature of the relationship between the service provider and individuals involved in the activity; and
>
> (d) Terms of compensation between the professional service provider and the student-athlete (e.g., agent contingency fee).
>
> **22.2.3.2 Reasonable Time to Cure Failure to Disclose.** If an institution discovers that a student-athlete who elected to disclose name, image and likeness activities failed to meet the requirements of Bylaw 22.2.3 and its subsections, the institution may provide the student-athlete a reasonable amount of time to disclose the name, image and likeness activity. *(Adopted: 4/18/24 effective 8/1/24)*
>
> **22.2.3.3 Limited Disclosure.** Unless otherwise noted, a student-athlete shall not be required to disclose name, image and likeness activities valued at less than $600. A student-athlete must disclose name, image and likeness activities involving the same (or substantially the same) parties if the aggregate value of the activities is equal to or greater than $600. *(Adopted: 1/10/24, Revised: 4/18/24 effective 8/1/24)*
>
> **22.2.3.4 Effect of Violation.** As it relates to compliance with institutional policies consistent with Bylaw 22.2 or its subsections, an institution shall only be held accountable through the NCAA infractions process for actions that clearly demonstrate a disregard for its stated policies. *(Adopted: 1/10/24 effective 8/1/24)*
>
> **22.2.3.5 Reporting of Disclosed Information.** Aggregated information related to name, image and likeness activities disclosed to an institution shall be reported to the NCAA national office on a biannual basis. An institution shall make disclosed information available for examination on request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 1/10/24 effective 8/1/24)*
>
> > **22.2.3.5.1 Publication of Aggregate Name, Image and Likeness Data.** The NCAA national office shall make available an aggregated database of disclosed name, image and likeness information. *(Adopted: 1/10/24 effective 8/1/24)*

## 22.3 Professional Service Providers. *(Adopted: 1/10/24 effective 8/1/24)*

**22.3.1 Representation for Purposes of Name, Image and Likeness Activities.** An individual may use professional services, including agent representation, for the purpose of name, image and likeness activities. Business arrangements related to representation for purposes of name, image and likeness activities (e.g., travel expenses associated with meeting) shall be consistent with arrangements between the professional service provider and other prospective or current clients and align with industry standards. *(Adopted: 1/10/24 effective 8/1/24)*

**22.3.2 Professional Service Provider Registry.** The NCAA national office shall make available a centralized registry of professional service providers who provide or are seeking to provide services to student-athletes in a manner approved by the Board of Directors, or an entity designated by the Board. *(Adopted: 1/10/24 effective 8/1/24)*

## 22.4 Education. *(Adopted: 1/10/24 effective 8/1/24)*

**22.4.1 Name, Image and Likeness Education.** The NCAA national office shall make available comprehensive education regarding name, image and likeness activities in a manner approved by the Board of Directors, or an entity designated by the Board. Such education shall include the provision of standardized contract terms for use in name, image and likeness agreements. *(Adopted: 1/10/24 effective 8/1/24)*

# Executive Regulations

## 31.01 General Principles.

**31.01.1 Names of Championships.** All NCAA championships (see Bylaw 18.3) have formal designations that identify their appropriate category and sport classification (see Bylaw 31.02.2). The name of each championship is the property of the Association (see Bylaw 31.6).

**31.01.2 Postseason Championship Opportunities.** NCAA championships are intended to provide national-championship competition among the best eligible student-athletes and teams at the conclusion of the respective sport seasons, with consideration for regional structures that may be approved for certain championships.

**31.01.3 Size of Championship Fields.** The size of all NCAA championships fields shall be established by the applicable sport oversight committee or the Competition Oversight Committee to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.01.4 Economy of Operation.** Every sports committee (see Bylaws 21.02.5 through 21.02.7) and games committee (Bylaw 31.1.2) shall exercise all possible economy in the conduct of an NCAA championship.

## 31.02 Definitions and Applications.

**31.02.1 Automatic Qualification.** Automatic qualification is the automatic entry into a championship field by a team or individual student-athletes representing a member conference recommended by the appropriate sports committee and approved by the applicable sport oversight committee or the Competition Oversight Committee (see Bylaw 31.3.4). *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.02.2 Championships Classification and Terminology.**

**31.02.2.1 Team Championships.** Generally, team championships are those conducted for the team sports (see Bylaw 17.02.18.1). The title of a team championship is always singular and is identified as a National Collegiate Championship or a division championship (e.g., National Collegiate Women's Water Polo Championship, Division I Men's Basketball Championship).

**31.02.2.2 Individual-Team Championships.** Generally, individual-team championships are those conducted for the individual sports (see Bylaw 17.02.18.2). The title of an individual-team championship is always plural, reflecting the fact that both individual and team championships are determined (e.g., National Collegiate Men's Gymnastics Championships, Division I Women's Tennis Championships).

**31.02.3 Core Conference.** A core conference is a multisport conference that has been elected to membership and, as a result of legislation, is identified in the applicable sections of Bylaw 21 related to representation in the NCAA governance structure. *(Adopted: 1/15/11 effective 8/1/11, Revised: 1/20/22)*

**31.02.4 Misconduct.** Misconduct in an NCAA championship is any act of dishonesty, unsportsmanlike conduct, unprofessional behavior or breach of law, occurring from the time the championship field is announced through the end of the championship, that discredits the event or intercollegiate athletics. *(Revised: 8/15/89, 8/13/92, 1/14/08 effective 8/1/08)*

## 31.1 Administration of NCAA Championships.

**31.1.1 Authority for Conduct of Championships.** As specified in Bylaw 18.1, all NCAA championships shall be conducted in accordance with the general policies established by the applicable sport oversight committee or the Competition Oversight Committee and shall be under the control, direction and supervision of the appropriate sports committees, subject to the standards and conditions set forth in these executive regulations. Additional policies of an administrative nature are set forth in the respective championships handbooks and are to be followed in the administration of NCAA championships. *(Revised: 8/9/07, 11/1/07 effective 8/1/08, 8/7/14, 10/30/14, 10/4/17)*

**31.1.1.1 Waivers.** The NCAA president shall be authorized to grant waivers of executive regulations governing the conduct of an NCAA championship when warranted by special and unusual circumstances.

**31.1.1.2 Appeal of Decisions of Sports Committees.** An appeal of a decision of a governing sports committee, or a subcommittee designated by it, concerning questions of individual or institutional eligibility or the conduct of a championship will not be considered by the applicable sport oversight committee or the Competition Oversight

at any time during the championship or 48 hours immediately preceding the beginning of the championship. During such period, the governing sports committee, or a subcommittee designated by it, shall be the final authority in acting upon appeals concerning the conduct of the championship, subject to the provisions of Bylaw 31.2 regarding institutional and individual eligibility questions. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.2 Games Committee.** The governing sports committee shall appoint a games committee to supervise actively the conduct of each championship session. The games committee conducting any NCAA championship shall limit participation to eligible student-athletes and may limit the number of entries or reject any application for entry in any event in order that the competition shall best promote the welfare and interest of the sport involved.

**31.1.3 Sites and Dates.** The governing sports committees recommend to the applicable sport oversight committee or the Competition Oversight Committee the sites and dates for all NCAA championships. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.3.1 Approval.** Approval shall be obtained before final site commitments are made to the host institution or any other individual or organization associated with the management of an NCAA championship. However, in baseball, basketball, field hockey, football, ice hockey, lacrosse, soccer, softball and volleyball, the governing sports committees are authorized to select sites for preliminary rounds of competition without prior approval. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.3.2 Site Selection.** The governing sports committees shall evaluate prospective sites for NCAA championships in terms of the specific criteria approved by the applicable sport oversight committee or the Competition Oversight Committee. The division championships committees may assign specific priorities to these criteria for their respective championships. These criteria shall be specified in the appropriate championships handbooks. A governing sports committee that desires to use additional criteria shall obtain approval before doing so. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.3.2.1 Criteria for Site Determination.** The following criteria are to be used in the evaluation of sites for all competition in NCAA championships: *(Revised: 11/1/01, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) Quality and availability of the facility and other necessary accommodations;

(b) Revenue potential (e.g., a financial guarantee or guideline that ensures fiscal responsibility and is appropriate for the particular event, as recommended by the governing sports committee and approved by the applicable sport oversight committee or the Competition Oversight Committee);

(c) Attendance history and potential;

(d) Geographical location; and

(e) Championships operating costs.

**31.1.3.2.1.1 Site Bid Information.** Sports committees shall submit information related to championships site bids in a format approved by the applicable sport oversight committee or the Competition Oversight Committee. *(Adopted: 11/1/01, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.3.2.2 Nonpredetermined Site.** If a championship site is not predetermined, the governing sports committee may award the site to the higher-ranked team if the above criteria, and any priorities established by the respective division championships committee, are met.

**31.1.3.2.3 On-Campus Versus Off-Campus Sites.** Preference shall be given to conducting competition on the grounds or in the buildings of educational institutions unless there are compelling reasons, based on evaluation of the criteria in Bylaw 31.1.3.2.1 (which shall be applied to both on-campus and off-campus sites), to conduct the competition in an off-campus facility. In those instances in which it is advisable to conduct the competition at off-campus sites, the host institution(s) shall have complete control, supervision and management of the facility being used. *(Revised: 12/3/90)*

**31.1.3.2.4 Reconsideration of Host Institution.** The applicable sport oversight committee or the Competition Oversight Committee may reconsider the designation of a host institution for an NCAA championship if that institution's team or individual student-athletes are not eligible to compete in the championship. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.3.2.5 Nonrevenue Championships Site Assignment.** In championships that do not generate revenue and for which only 25 percent of the bracket is seeded, seeded teams shall have the opportunity to host preliminary rounds. Conference opponents shall be avoided in the first two rounds of the championships. *(Adopted: 4/28/11 effective 8/1/11)*

**31.1.3.2.5.1 Exception -- Women's Bowling.** In women's bowling, if five or more teams from one conference are in the championship, competition may occur between conference opponents during the first two rounds. If four or fewer teams from one conference are in the championship, conference opponents shall be avoided in the first round. *(Adopted: 10/4/23)*

**31.1.3.3 Concluding Dates.** NCAA championships competition shall be concluded not later than May 31 each year unless later dates are approved by the applicable sport oversight committee or the Competition Oversight Committee. (Note: Waivers have been granted for the Division I Baseball Championship, the Division I Men's Golf Championships, the Division I Softball Championship, and the Division I Men's and Women's Outdoor Track and Field Championships.) *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.4 Day of Competition.** NCAA championships competition may be scheduled or conducted on any day, provided the governing sports committee has received the prior approval of the applicable sport oversight committee or the Competition Oversight Committee and the following regulations are applied. *(Revised: 4/22/98, 8/11/98, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.4.1 Institutional Policy.** If a participating institution has a written policy against competition on a particular day for religious reasons, it shall submit its written policy to the governing sports committee on or before September 1 of each academic year in order for it or one of its student-athletes to be excused from competing on that day. The championship schedule shall be adjusted to accommodate that institution. *(Adopted: 4/22/98, Revised: 8/11/98, 10/28/99, 5/2/13)*

**31.1.4.2 Individual Championships.** In individual championships, an athlete must compete according to the institution's policy regarding Sunday competition (if the institution has no policy against Sunday competition, the athlete shall compete on Sunday if required by the schedule).

**31.1.4.3 Rescheduling.** If an emergency develops that causes postponement of an NCAA championship, or if the competitive situation dictates a more expeditious completion of the meet or tournament, Sunday competition may be permitted, provided the competing institutions are agreeable and advance approval is obtained from the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.1.4.4 Noon Start Time.** NCAA competition conducted on Sunday may not begin prior to noon, local time.

**31.1.4.4.1 Exception.** Sports committees may reschedule competition to begin prior to noon on Sunday if extenuating circumstances arise (e.g., weather) that would affect the health and safety of the participants or otherwise cause postponement of the championship. *(Adopted: 4/25/02, Revised: 10/30/03)*

**31.1.4.4.2 Exception -- Men's Golf and Women's Rowing Championships.** In instances in which the final day of the men's golf or women's rowing championship occurs on a Sunday, competition may begin prior to noon. *(Adopted: 10/31/02 effective 8/1/03, Revised: 1/14/12)*

**31.1.4.4.3 Exception -- Women's Golf Championships.** Competition conducted on Sunday in the women's golf championships may begin prior to noon. *(Adopted: 10/29/15)*

**31.1.4.4.4 Exception -- Men's and Women's Fencing Championships.** Competition conducted on Sunday in the men's and women's fencing championships may begin prior to noon. *(Adopted: 10/29/15)*

**31.1.5 Squad Limits.** In any championship in which a squad limit has been established by the governing sports committee or by the bylaws, the number of eligible student-athletes in competitive uniform at the start of the competition shall not exceed the prescribed number. An institution that is advised that it is in violation of this regulation and that does not promptly conform to it automatically shall forfeit the competition. There shall be no inordinate delay of the competition to allow the institution to conform to the rule.

**31.1.6 Playing Rules.**

**31.1.6.1 Non-NCAA Rules, Men's Sports.** In those men's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except where those rules are superseded by modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Revised: 4/20/11, 1/23/19, 5/2/19)*

(a) Fencing -- U.S. Fencing Association Rules;

(b) Golf -- U.S. Golf Association Rules;

(c) Gymnastics -- International Gymnastics Federation Rules;

(d) Rifle -- USA Shooting Rules;

(e) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides;

(f) Tennis -- U.S. Tennis Association Rules; and

(g) Volleyball -- U.S. Volleyball Association Rules.

**31.1.6.2 Non-NCAA Rules, Women's Sports.** In those women's sports in which the Association does not publish rules, the NCAA championships shall be conducted according to the following, except where those rules are superseded by modifications recommended by the appropriate governing sports committee and approved by the Playing Rules Oversight Panel (see Bylaw 18.6): *(Adopted: 1/14/97, Revised: 4/20/11, 1/23/19, 5/2/19)*

(a) Fencing -- U.S. Fencing Association Rules;

(b) Field Hockey -- International Field Hockey Rules;

(c) Golf -- U.S. Golf Association Rules;

(d) Gymnastics -- USA Gymnastics Junior Olympic and Paralympic Women's Code of Points (Level 10 Rules)

(e) Rifle -- USA Shooting Rules;

(f) Rowing -- U.S. Rowing Rules;

(g) Skiing -- International Ski Federation and U.S. Ski and Snowboard Association Competition Guides; and

(h) Tennis -- U.S. Tennis Association Rules.

**31.1.7 Logo Restrictions -- Bench Personnel.** The logo restrictions on student-athletes' apparel set forth in Bylaw 12.5.4 shall apply during NCAA championships to all personnel (e.g., coaches, trainers, managers) who are on the team bench for practices and games or who participate in NCAA news conferences. *(Adopted: 8/11/98 effective 8/1/99 those contracts between institutions and apparel manufacturers or distributors that include logo specifications may be honored provided such contracts were in effect before 8/11/98)*

**31.1.8 Logo Restrictions -- Noncompeting Participants.** The logo restriction on student-athletes' apparel set forth in Bylaw 12.5.4 shall apply to commercial logos on uniforms worn by band members, cheerleaders, dance team members and the institution's mascot during NCAA championship events. *(Adopted: 8/11/98 effective 8/1/99)*

**31.1.9 Medical Disqualification.** The student-athlete's team physician shall examine each athlete injured during NCAA competition and make a recommendation to the athlete, the coach and the chair of the governing sports committee, or the chair's designated representative, as to the advisability of continued participation or disqualification of the athlete. In the absence of said team physician, the NCAA tournament physician, as recommended by the host institution and approved by the governing sports committee, shall examine the injured athlete and make a recommendation as noted above. The chair of the governing sports committee, or the chair's designated representative, shall be responsible for enforcement of the medical recommendation if it involves disqualification.

**31.1.10 Misconduct.** Each games committee shall hold a pretournament meeting with the coaches of participating institutions to review and explain the policies related to misconduct (as defined in Bylaw 31.02.4).

**31.1.10.1 Hearing Opportunity.** An act of misconduct may be found upon an administrative hearing granted to the student-athlete or the institutional representative involved by the governing sports committee or the games committee authorized to act for it.

**31.1.10.2 Misconduct Incident During Competition.** If the act of misconduct occurs during the competition, under normal circumstances the individual shall be allowed to complete the competition in which the individual is participating at the time of the incident. An administrative hearing shall be held at the conclusion of the day's competition, during a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted or at the conclusion of the championship. However, if the act of misconduct is so flagrant that it obviously violates the principles of fair play and sportsmanship, the games committee may immediately withdraw the student-athlete or institutional representative from the competition and conduct the hearing following this action. Other acts of misconduct may be dealt with at the governing sports committee's convenience. *(Revised: 8/13/92)*

**31.1.10.3 Penalty for Misconduct.** A governing sports committee (or the games committee authorized to act for it) may impose any one or a combination of the following penalties on an institution or any student-athlete or representative of an institution guilty of misconduct: *(Revised: 8/13/92, 11/1/07 effective 8/1/08, 1/14/08 effective 8/1/08, 8/7/14)*

(a) Public or private reprimand of the individual;

(b) Disqualification of the individual from further participation in the NCAA championship involved;

(c) Banishment of the individual from participation in one or more following championships of the sport involved;

(d) Cancellation of payment to the institution of the Association's travel guarantee for the individuals involved;

(e) Withholding of all or a portion of the institution's share of revenue distribution;

(f) Banishment of the institution from participation in one or more following championships in which its team in that sport otherwise would be eligible to participate;

(g) Disqualification of an institution for a period of time from serving as host institution for one or more NCAA championships;

(h) Cancellation of all or a portion of the honorarium for hosting an NCAA championship; and

(i) Financial or other penalties different from (a) through (h) above, but only if they have prior approval of the applicable sport oversight committee or the Competition Oversight Committee.

**31.1.10.4 Ban from Subsequent Championship.** When a student-athlete or institutional representative is banned from participation in a subsequent championship, such penalty shall be applied to the next tournament(s) in which the individual's team is involved and the individual otherwise is eligible to participate. In the case of an individual event, the penalty shall be applied to the next meet(s) or tournament(s) for which the individual qualifies and otherwise is eligible to participate.

**31.1.10.5 Review of Action.** Any action related to misconduct may be reviewed by the governing sports committee upon request of any institution participating in the championship.

**31.1.11 Failure to Adhere to Policies and Procedures.**

**31.1.11.1 Financial Penalties.** Pursuant to established policies and procedures, a governing sports committee may assess a financial penalty against an institution for failure of any of its representatives to adhere to the policies and procedures governing championships administration, subject to review by and appeal to the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 5/7/90, 11/1/07 effective 8/1/08, 10/29/09, 8/7/14, 4/26/17 effective 8/1/17)*

**31.1.11.2 Late-Entry Fines.** Institutions shall not be charged entry fees for teams or student-athletes competing in NCAA championships, but governing sports committees may establish late-entry fines, subject to the approval of the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**31.1.12 Awards.** The Association has created standard participant and commemorative awards for individuals and teams that participate in NCAA championships. The number of such awards for each championship shall be determined by the governing sports committee, subject to the approval of the applicable sport oversight committee (men's basketball, women's basketball or football) or the Competition Oversight Committee (for all other sports). These official NCAA awards shall be the only awards presented by the Association to teams and individuals for participation in NCAA championships competition and shall be the only awards presented at the site of an NCAA championship. "At the site" is intended to include the period from the time access to the site is available to spectators until all patrons have left the facility or area used for competition. (See Figure 16-1, Figure 16-2 and Figure 16-3 for additional limitations on awards.) *(Revised: 8/8/02, 11/1/07 effective 8/1/08, 8/7/14)*

**31.1.12.1 Additional Awards.** Subject to the director of athletics' discretion, an institution may purchase standard participant or commemorative awards at the level in which the institution competed. The NCAA awards form shall be used to purchase additional awards. *(Adopted: 8/8/02, Revised: 10/28/04, 5/18/05)*

**31.1.12.2 Other Permissible Awards.** The above provision places no restriction on the presentation of awards at banquets or meetings held in conjunction with the championship or at sites other than that of the championships competition itself.

**31.1.13 Admission and Tickets.** Admission shall be charged at all NCAA championships unless a governing sports committee determines that charging admission is not feasible because of facility configuration or the expense relative to the event's attendance history. Ticket prices shall be determined by the respective games committees with the approval of the governing sports committee.

# 31.2 Eligibility for Championships.

**31.2.1 Institutional Eligibility.** To be eligible to enter teams or individual student-athletes in NCAA championships, an institution shall recognize the sport involved as a varsity intercollegiate sport (see Bylaw 17.02.18) and shall meet the institutional requirements set forth in Bylaw 18.4.2 applicable to the division in which the institution is a member or for which it is petitioning for eligibility in a sport. An institution that holds membership in a member conference may not enter teams or individuals in an NCAA championship unless they are eligible for such competition under the rules of that conference [see Bylaw 18.4.2.1-(a)].

**31.2.1.1 Commitment to Participate.** Eligible members in a sport that are not also members of the National Association of Intercollegiate Athletics will participate (if selected) in the NCAA championship or in no postseason competition in that sport. *(Revised: 8/12/91)*

**31.2.1.2 Deadline.** The institutional eligibility requirements for entry into NCAA championships (see Bylaw 18.4.2) must be met by the following dates [in addition to the deadline for the academic reporting form required for Division I set forth in Bylaw 18.4.2.2-(c)]:

(a) September 15 for fall championships;

(b) December 1 for winter championships; and

(c) March 1 for spring championships.

**31.2.1.2.1 Compliance with Deadline.** Any dues check or approved form required shall be received in the national office by the applicable date or must have been postmarked not later than seven days prior to the applicable date.

**31.2.1.3 Deadline Waivers.** Institutions that fail to meet a deadline for institutional eligibility in NCAA championships may appeal to the applicable sport oversight committee or the Competition Oversight Committee for a waiver. If the appeal is granted, the institution may be restored to eligibility for NCAA championships. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.2.1.3.1 Penalty for Additional Waiver.** An institution that fails to meet a deadline again may be granted a waiver only on payment of a penalty of $150 for the second offense and $300 for each offense thereafter during the five-year period preceding the last offense. On approval of such waiver and receipt of the institution's check in the national office, the institution may compete in NCAA championships, provided it is otherwise eligible. *(Revised: 1/11/07 effective 8/1/08)*

**31.2.1.4 Joint-Declaration Program.** The NCAA and the National Association of Intercollegiate Athletics together administer a joint-declaration program in those men's and women's sports in which there is a date conflict between the national championships of the two organizations. In such championships, each institution that holds membership in both organizations must declare by mid-September each year whether it will participate (if selected) in the NAIA championship, in the NCAA championship or in no postseason competition in that sport. An institution that fails to submit the joint-declaration form by the established deadline shall be ineligible to compete in both associations' championships in the particular sport(s) that year. An appeal process exists for such institutions and such an appeal may be submitted to the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.2.1.5 National Collegiate Championships.** In team sports in which the NCAA offers only one national championship, all member institutions in good standing are eligible to compete in accordance with the requirements of division membership (see Bylaw 20.9) and institutional eligibility (per Bylaw 31.2.1).

**31.2.1.6 Division Championships.** In those sports in which national-championship competition is offered in more than one division, only those member institutions that meet the membership requirements of the respective divisions or requirements applicable to institutions competing outside their membership divisions are eligible to compete in such division championships (see Bylaw 20).

**31.2.1.7 Eligibility Requirements.** Institutional eligibility for all championships shall be limited to member institutions that meet institutional eligibility requirements (see Bylaw 31.2.1) and any additional requirements specified in the applicable championships handbooks.

**31.2.1.7.1 Eligibility of Participants.** An institution shall advise the NCAA championships staff if a student-athlete who had participated in regular-season competition becomes ineligible before the date on which the governing sports committee selects championship participants, as indicated in the appropriate championships handbook.

**31.2.1.7.1.1 Failure to Report Ineligible Student-Athlete Prior to Selection.** If an institution fails to report an ineligible student-athlete prior to being selected to participate in the championship, the governing sports committee may declare the institution ineligible to participate in the tournament for one or two years.

**31.2.1.7.1.2 Discovery of Ineligibility of Student-Athlete After Selection.** If an institution fails to report an ineligible student-athlete and the omission is not discovered until after the institution is selected to participate in the championship, necessitating the institution's withdrawal from the championship, that withdrawal shall be considered as one of the years of ineligibility, provided another institution participates in the championship in place of the disqualified institution. If the discovery of the ineligible student-athlete occurs so near the beginning of the championship that the governing sports committee does not have a reasonable period of time to replace the disqualified institution in the bracket, that fact shall be taken into consideration in determining the number of years the disqualified institution shall be ineligible to participate.

**31.2.1.7.1.3 Review of Violation of Terms of Availability Questionnaire.** When an institution is alleged to have violated the terms of an availability questionnaire (e.g., failing to report an ineligible student-athlete), it may be represented at the meeting of the governing sports committee when the committee determines whether a violation occurred and, if so, whether the institution shall be ineligible to participate in the tournament for one or more years. The institution may submit a written statement or make an in-person presentation, or both. After the governing sports committee has ruled on the matter, its decision shall be final unless the institution appeals the decision to the applicable sport oversight committee or the Competition Oversight Committee. The applicable sport oversight committee or the Competition Oversight Committee shall hear the appeal at one of its regularly scheduled meetings unless there are compelling reasons to conduct a special meeting for such purpose. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.2.1.7.2 Protest Regarding Eligibility of Team.** Any team that has been duly certified as eligible for an NCAA championship shall not be withheld from participation because of any protest made or filed during the progress of the competition or during a period 24 hours immediately before the championship. If there is a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted, a team may be withheld from further competition in the championship, provided such protest is made or filed at least 24 hours before the next segment of the championship.

**31.2.2 Individual Eligibility.** All student-athletes, regardless of division, must meet the eligibility standards established for NCAA championships competition. The general and academic eligibility requirements are set forth in detail in Bylaws 12 and 14, in which there also is reference to other legislation regarding eligibility of the individual student-athlete. Other specific requirements for eligibility for NCAA championships (e.g., authority of the Committee on Academics, Committee on Student-Athlete Reinstatement, amateur status certification and ineligibility for use of banned drugs) are set forth in Bylaws 10.3, 10.4 and 18.4.1. *(Revised: 3/5/97, 11/1/07 effective 8/1/08, 8/7/14, 10/30/14, 6/29/16)*

**31.2.2.1 Eligibility Requirements.** A member institution shall not enter a student-athlete, as an individual or as a member of a team, in an NCAA championship unless the student-athlete satisfies the relevant eligibility requirements of Bylaw 14. *(Revised: 8/15/89)*

**31.2.2.2 Protest of Eligibility Status.** Any student-athlete duly certified by the institution for an NCAA championship shall not be withheld from participation because of any protest made or filed during the championship or during the 24 hours immediately before the championship. If there is a break in the continuity of the championship (e.g., between rounds of a basketball tournament) when no competition is being conducted, the student may be withheld from further competition in the championship, provided the protest is made or filed at least 24 hours before the next segment of the championship.

**31.2.2.3 Participation While Ineligible.** When a student-athlete competing as an individual or representing the institution in a team championship is declared ineligible following the competition, or a penalty has been prescribed or action taken as set forth in Bylaw 19.12.9-(g) or the Committee on Infractions may require the following: *(Revised: 8/15/89, 4/26/01, 7/31/14, 1/23/19 effective 8/1/19)*

(a) **Individual Competition.** The individual's performance may be stricken from the championships records, the points the student has contributed to the team's total may be deleted, the team standings may be adjusted accordingly, and any awards involved may be returned to the Association. For those championships in which individual results are recorded by time, points or stroke totals (cross country, golf, gymnastics, indoor track and field, outdoor track and field, rifle, swimming and skiing), the placement of other competitors may be altered and awards presented accordingly. For those championships in which individual results are recorded by advancement through a bracket or head-to-head competition, the placement of other competitors shall not be altered.

(b) **Team Competition.** The record of the team's performance may be deleted, the team's place in the final standings may be vacated, and the team's trophy and the ineligible student's award may be returned to the Association.

**31.2.2.4 Institutional Penalty for Ineligible Participation.** When an ineligible student-athlete participates in an NCAA championship and the student-athlete or the institution knew or had reason to know of the ineligibility, the Committee on Infractions may assess a financial penalty. *(Revised: 4/26/01 effective 8/1/01, 1/23/19 effective 8/1/19, 8/31/22 effective 1/1/23)*

# 31.3 Selection of Teams and Individuals for Championships Participation. 
A list of the institutions in good standing shall be supplied by the NCAA president to the chair of each governing sports committee and to the athletics director of the host institution. This list should be observed carefully to ensure that no entries are accepted from or invitations extended to ineligible institutions.

**31.3.1 Size of Championships Fields.** The size of all NCAA championships fields shall be established by the applicable sport oversight committee or the Competition Oversight Committee to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships. *(Revised: 8/13/93, 1/14/97 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.3.2 Selection Decisions of Sports Committees.** The determination of sites, selection of teams or individuals, or their site assignment in championships competition made by a governing sports committee (or a designated subcommittee) may not be appealed.

**31.3.3 Criteria for Selection of Participants.** The following criteria shall be employed by a governing sports committee in selecting participants for NCAA championships competition, and a governing sports committee that wishes to use additional criteria must obtain approval from the applicable sport oversight committee or the Competition Oversight Committee before doing so: *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

(a) Won-lost record;

(b) Strength of schedule; and

(c) Eligibility and availability of student-athletes for NCAA championships.

**31.3.3.1 Countable Competition.** For NCAA team-championship selection purposes, competition is countable only when the teams played are varsity intercollegiate teams of four-year, degree-granting institutions that conduct a majority of their competition in that team sport against varsity intercollegiate teams (see Bylaw 20.2.4.7) of United States four-year, degree-granting institutions. Competition against service teams, professional teams, semiprofessional teams, amateur teams, two-year colleges and club teams shall be excluded.

**31.3.3.2 Qualifying Standards.** Individuals and teams required to meet performance standards to qualify for NCAA championships competition shall achieve such standards in meets held during the same academic year as the particular championship.

**31.3.3.3 Ineligible Student-Athletes on Team.** The presence on a varsity squad of one or more student-athletes who are ineligible, or unavailable due to injury, for NCAA championships competition does not necessarily disqualify that team from consideration. If such a student-athlete contributed materially to the team's success during the season, the committee may choose not to select that team, based on the conclusion that without the use of the ineligible or unavailable student-athlete, the team would not have been able to compile the record that brought it before the committee for consideration. It shall be the responsibility of the governing sports committee to apply the criterion "contributed materially" to each case as it arises.

**31.3.3.4 Removal of Committee Member from Selection Process.** If a team or individual athlete of the institution of a member of the governing sports committee is under consideration for selection, that person shall withdraw from the committee deliberations while that team or individual is being considered and shall not participate in any discussion or vote affecting that particular selection. The chair of the committee may appoint a replacement if it is deemed necessary. In the event the chair must withdraw, an individual shall be appointed by the chair to assume the responsibilities of the chair. The new chair may appoint a replacement to fill the vacancy if it is deemed necessary. In the event a replacement is appointed, geographical representation on the committee shall be maintained insofar as possible.

**31.3.3.5 Exclusion of Institution Reclassifying from Division II to Division I.** In all sports, any Division II institution that has forwarded to the national office written notice of its intention to change its membership classification to Division I per Bylaw 20.6.1.1 or that has petitioned to reclassify to Division I per Bylaw 20.6.3.1 no longer shall be eligible to participate in any subsequent NCAA Division II championship. *(Adopted: 1/11/94 effective 8/1/94)*

**31.3.4 Automatic Qualification.** Each governing sport committee shall forward annually to the applicable sport oversight committee or the Competition Oversight Committee those conferences that should receive automatic qualification for their teams or individual student-athletes into NCAA championships. Prior to forwarding the list of conferences to receive automatic qualification, a governing sport committee shall ensure that the member conference meets the requirements specified in Bylaws 31.3.4.1 through 31.3.4.6. A member conference may appeal to the applicable sport oversight committee or the Competition Oversight Committee the automatic-qualification review of the sport committee and the committee's decision to find, or not find, a conference qualified for automatic-qualification status. The decision on such appeals will be final. *(Revised: 1/14/97 effective 8/1/97, 4/27/00, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.3.4.1 Requirements -- Division I Championship.** To be eligible for automatic qualification in a Division I Championship, a member conference must meet the following requirements: *(Revised: 12/9/91, 8/13/93, 12/5/94, 10/18/95, 10/27/98, 4/20/99, 1/9/06 effective 8/1/06, 12/15/06)*

(a) Conference competition must be conducted in the applicable sport and the conference champion in that sport must be determined not later than the date on which participants are selected for the NCAA championship, either by regular in-season conference competition or a conference meet or tournament, as indicated at the time of application. If a conference's competition to determine its automatic qualifier is unexpectedly terminated (e.g., due to inclement weather), the conference may designate its qualifier, provided it has established objective criteria for making that designation and has communicated that information to the appropriate sports committee by a specified deadline.

(b) In the event of a tie for the conference championship, the conference shall have the responsibility of determining which team or individual shall represent the conference in NCAA competition. If a play-off is held, such competition shall be considered conference competition, not NCAA competition.

(c) In sports other than championship subdivision football, a conference may establish subdivisions and conduct competition within each subdivision to determine a conference champion, as long as each subdivision consists of at least four members. A conference with subdivisions of four members must conduct double round-robin competition within each subdivision, plus a postseason tournament, to determine its champion. A conference with subdivisions of five or more members may conduct either single or double round-robin competition within each subdivision, plus a postseason tournament to determine its champion. (Note: This regulation does not apply to Division I men's or women's basketball. In those sports, a conference may conduct either double round-robin, in-season competition, or a minimum of 14 conference games in order to determine its champion.)

(d) In championship subdivision football, football-playing conferences that subdivide into five or more teams are required to conduct a single round-robin competition within each division and develop a formula for determination of the conference champion, which must be approved by the Football Championship Committee prior to the start of the season. A postseason championship game is not required.

(e) The conference must maintain and actively enforce compliance with eligibility rules at least as stringent as those in Bylaw 14 applicable to its members. The use of an ineligible student-athlete by a team in a conference that has been granted automatic qualification may result in the involved team being denied the right to be the automatic entry in the NCAA championship. The governing sports committee may recommend loss of the automatic-qualification privilege for the conference during the season in which the violation occurred or for a future championship.

(f) All eligible member institutions must agree to participate in the applicable NCAA championship. If a conference champion is ineligible to compete, declines to compete or cannot compete for any reason, automatic qualification shall be withdrawn for that year and the remaining conference members shall be considered at large. Automatic qualification for a conference shall not be withdrawn if a conference champion declines to compete in an NCAA championship for reasons related to written religious policies against competition on certain days. Under such circumstances, the conference's second-place team (as determined by the conference) shall receive the automatic bid to the NCAA championship.

(g) All institutions may hold membership in only that conference in the sport in which automatic qualification is sought and may participate in only that conference's process to determine the automatic qualifier.

**31.3.4.1.1 Notification -- Automatic Qualification in Jeopardy.** A governing sports committee must issue a written warning one year in advance to a conference that is in jeopardy of losing its automatic qualification. (Note: This regulation does not apply to championships in which a play-in system has been established.)

**31.3.4.2 Requirements -- National Collegiate Championship. [#]** To be eligible for automatic qualification in a National Collegiate Championship, a member conference must meet the following general requirements: *(Adopted: 1/9/06 effective 8/1/06)*

(a) Have at least six active members that sponsor the applicable sport in any division (Note: A provisional member in the process of becoming an NCAA member may not be used to meet the requisite number.);

(b) The six active members must have conducted conference competition together for the preceding two years in the applicable sport;

(c) There shall be no waivers of the two-year waiting period; and

(d) Any new member added to a conference that is eligible for an automatic bid shall be immediately eligible to represent the conference as the automatic qualifier.

**31.3.4.3 Additional Requirements -- Sports Other Than Basketball.**

**31.3.4.3.1 Multisport Conference.** To be considered eligible for automatic qualification in a particular sport, a multisport conference (see Bylaw 20.02.8) must be a core conference (see Bylaw 31.02.3) and must include six

institutions that sponsor the sport and conduct conference competition together. *(Revised: 4/27/00 10/00, 4/29/04 effective 8/1/04, 8/5/04, 1/15/11 effective 8/1/11)*

**31.3.4.3.2 Single-Sport Conference.** To be considered for automatic qualification in a particular sport, a single-sport member conference for a sport sponsored by less than 50 percent of the Division I membership must include six institutions that have conducted conference competition together the preceding two years in the sport in question at the Division I level. *(Adopted: 8/5/04, Revised: 4/27/06 effective 8/1/06)*

**31.3.4.3.3 Grace Period.** A conference shall remain eligible for automatic qualification for two years following the date of the withdrawal of the institution(s) that causes the conference's membership to fall below six institutions that sponsor the sport and conduct conference competition together, provided the conference maintains at least five Division I members. *(Adopted: 8/5/04, Revised: 1/15/11 effective 8/1/11)*

**31.3.4.4 Additional Requirements -- Basketball.** To be considered eligible for automatic qualification in basketball, a member conference must be a core conference (see Bylaw 31.02.3) and must meet the requirements of Bylaw 20.02.8. *(Revised: 8/14/90, 12/3/90, 4/27/00, 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11)*

**31.3.4.4.1 Grace Period.** A conference shall remain eligible for automatic qualification for two years following the date of withdrawal of the institution(s) that causes the conference's membership to fall below seven institutions that sponsor the sport and conduct conference competition together, provided the conference maintains at least six Division I members (see Bylaw 20.02.8). *(Adopted: 4/27/00, Revised: 4/29/04 effective 8/1/04, 1/15/11 effective 8/1/11)*

**31.3.4.5 Sports Groupings for Automatic Qualification.** For purposes of evaluating criteria for automatic qualification, the various sports shall be grouped as follows: *(Revised: 4/26/07 effective 8/1/07, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17, 6/23/20 effective 8/1/20)*

(a) **Team Sports** -- baseball, basketball, beach volleyball, bowling, field hockey, football, ice hockey, lacrosse, rowing, soccer, softball, volleyball and water polo. In this category, subject to the approval of the applicable sport oversight committee or the Competition Oversight Committee, a sport committee may grant exceptions to the six-team requirement for sports that are sponsored by less than 30 percent of the membership, provided the conference previously included six teams that sponsored the sport;

(b) **Timed Individual Sports** -- indoor track and field, outdoor track and field, and swimming; and

(c) **Other Individual Sports** -- cross country, fencing, golf, gymnastics, rifle, skiing, tennis and men's wrestling. In this category, a sports committee may grant exceptions to the six-team requirement, subject to the approval of the applicable sport oversight committee or the Competition Oversight Committee.

**31.3.4.6 Limitations on Automatic-Qualifying Positions.**

**31.3.4.6.1 Team Sports Other Than Men's Basketball.** In team sports, per Bylaw 31.3.4.5-(a), excluding football and any team sport in which automatic qualification is not offered, the sport committee must award, if a sufficient number of applications for automatic qualification exist, at least 50 percent of the championship field to conferences that meet automatic-qualification criteria and provide play-in criteria. In sports other than men's volleyball, men's water polo and women's water polo, the remaining 50 percent of the championship field shall be reserved for at-large teams. It will be the responsibility of the applicable sport oversight committee or the Competition Oversight Committee to determine if a conference play-in to a championship field is to be administered by the NCAA championships staff or by the member conferences. *(Adopted: 4/20/99, Revised: 11/1/07 effective 8/1/08, 4/28/11 effective 8/1/11, 8/7/14, 10/4/17)*

**31.3.4.6.2 Men's Basketball.** In men's basketball, subject to the championships-access guarantee afforded to members as set forth in Bylaw 18.01.3 (e.g., all contests that are part of the championship shall be administered and funded by the NCAA and broadcast on television and any team that participates in the championship shall be awarded at least one financial unit), there shall be a minimum of 34 at-large selections and the remainder of the championship field automatic-qualifying positions. All competition in the championship is to be administered by the NCAA championships staff. *(Adopted: 4/20/99, Revised: 12/15/06)*

**31.3.5 Selection of Balance of Championship Field.** Once the official representative(s) of each qualifying conference is determined, the governing sports committee responsible for selection of the balance of the championship field shall consider objectively and without prejudice the competitive records of all other eligible student-athletes and teams (including representatives of the other members of the conferences receiving automatic qualification). To the best of its ability, the committee shall select the most highly qualified individuals and teams to complete the championship field in accordance with the regional structure, if any, approved for the particular championship.

**31.3.6 Institution Trademarks.** Participation in a national collegiate championship constitutes acquiescence by the member institution that the Association may use the institution's name, mascot and other identifying marks in championship-related activities, including television, promotion, licensing and merchandising programs incident to the championship. Revenues derived from such activities, less expenses, will be remitted to the member institution. *(Revised: 11/3/93)*

# 31.4 Financial Administration of Championships.

**31.4.1 Host Institution's Responsibility.** The host institution shall administer the finances of an NCAA championship in accordance with this bylaw and consistent with the institution's championship budget, as submitted to and approved by the governing sports committee and the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.1.1 Institution's Financial Report.** A financial report from each championship site shall be submitted to the NCAA president not later than 60 days following the conclusion of the competition and shall bear certification of the athletics director of the host institution. The report shall be submitted on a form approved and provided by the NCAA president.

**31.4.1.1.1 Exclusions.** A host institution or sponsoring agency shall not include in its financial report or in its percentage of net receipts television rights fees or income from the sale of championships merchandise. Also, income from program advertising or sales shall not be included in the host institution's or sponsoring agency's financial report or percentage of net receipts if the program is produced and sold under contract between the NCAA and an outside agency.

**31.4.2 Gross Receipts.** Gross receipts shall be all revenues derived from the championship, including:

(a) Sale of tickets. All tickets shall be accounted for at face value and shall become a part of gross receipts. Working passes may be provided to bona fide working personnel, including media representatives; and participation passes may be provided to student-athletes competing in the championship and to their coaches, athletic trainers, managers and other members of the participating institution's official party as defined by the Association;

(b) Net revenue from marketing items sold at the site through or by an outside agency under contract with the NCAA;

(c) Program sales and advertising;

(d) Radio, television and movie rights; and

(e) Any other income derived from the operation of the championship.

**31.4.2.1 Exclusions.** Income from concessions and parking shall accrue to the host institution or sponsoring agency and is not included in gross receipts. Sales commissions received by a host institution for selling marketing items on behalf of an outside agency under contract with the NCAA shall accrue to the host institution.

**31.4.2.2 Waiver.** Any waiver of the policies for the gross receipts of championships shall be approved in advance by the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.3 Game Expenses.** Game expenses are the actual costs directly related to the administration and conduct of the championship, including specifically the costs for tickets (printing, selling and collecting), sales taxes, ushers, game officials, police, buildings and grounds expenses, printing of related materials, motion pictures of the competition (if authorized by the applicable sport oversight committee or the Competition Oversight Committee), reasonable entertainment, expenses of selection committees authorized by the governing sports committee and any other out-of-pocket expense directly related to the administration and conduct of the championship. *(Revised: 12/2/90, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.3.1 Exclusions.** The following items shall not be included as game expenses:

(a) The cost of permanent equipment, local transportation of competing teams and on-campus facility rental charges; and

(b) A fee or honorarium for athletics department staff members of the host institution (e.g., athletics director, assistant athletics director, business manager, ticket manager, coach, sports information director or athletic trainer). (Note: Such a payment could be made from the host institution's share of net receipts.)

**31.4.3.2 Waiver.** Any waiver of the policies for game expenses shall be approved in advance by the applicable sport oversight committee or the Competition Oversight Committee. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.4 Institutional Allowance.** The host institution may share in the balance remaining after game expenses are deducted from the gross receipts. Television rights fees and income from championships programs and merchandise produced and sold under contract between the NCAA and an outside agency shall not be included in determining the host institution's allowance.

**31.4.4.1 Permissible Allowances.** The amount of institutional allowance varies with the sport, the level of championships competition, whether there is a common site for men's and women's championships and whether an institution's facilities are used. The permissible institutional allowances (from balance of gross receipts after deduction of game expenses) are as follows: *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

|  | TEAM | | INDIVIDUAL | |
|---|---|---|---|---|
|  | Preliminary | Final | Preliminary | Final |
| One day | $575 | $1,150 | $700 | $1,725 |
| Two days | $750 | $1,450 | $870 | $2,000 |
| Three or more days | $920 | $1,725 | $1,150 | $2,300 |

-- For championships conducted at institutional facilities, hosts may deduct the permissible allowance above or a maximum of 15 percent of gross receipts after deduction of game expenses (20 percent for the NCAA Division I Men's Basketball Championship), whichever is greater.

-- For championships conducted at off-campus facilities, hosts may deduct the permissible allowance or a maximum of 10 percent of gross receipts after deduction of game expenses, upon the recommendation of the sports committee and approval of the applicable sport oversight committee or the Competition Oversight Committee.

-- Amount is doubled for common-site men's and women's championships.

**31.4.4.2 Restrictions.** The following restrictions apply to allowances to host institutions:

(a) If an institution's department of intercollegiate athletics must pay a rental fee for the use of an on-campus facility, such fee shall be deducted from the institution's share of the net receipts or allowance; and

(b) No other sum from the receipts of an NCAA championship, or from any other source, shall be paid to the college or university sponsoring or acting as host of the NCAA championship except to cover actual and necessary expenses directly incurred in the conduct of the championship as noted in Bylaw 31.4.3.

**31.4.5 Administrative Expenses.** After the institution's allowance has been deducted, the athletics director of the host institution shall forward the remaining receipts to the NCAA president, who then deducts administrative expenses and costs incurred by governing sports committees and their representatives in matters of championships administration.

**31.4.6 Transportation and Per Diem Expenses.** Subject to the availability of funds, the Association may pay transportation and per diem expenses incurred by teams and individual competitors in NCAA championships competition. Transportation expenses and per diem allowances for the official traveling parties of competing institutions in Division I and National Collegiate team championships and individual-team championships shall be determined and provided in accordance with policies and procedures established by the applicable sport oversight committee or the Competition Oversight Committee. On an annual basis, the percentage of transportation expense and the per diem allowance to be paid in each championship for the next academic year shall be announced to the membership. *(Revised: 4/26/07, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.7 Expenses for Family Travel to Final Four -- Basketball.** The Association may provide travel expenses for family members of each student-athlete who travels with the student-athlete's team that participates in the men's or women's basketball Final Four. The expenses shall be provided in accordance with policies and procedures established and maintained by the Men's Basketball Oversight Committee for the Men's Final Four and by the Women's Basketball Oversight Committee for the Women's Final Four. *(Adopted: 1/24/19)*

**31.4.8 Net Receipts.** After payment of game and administrative expenses for each championship, the NCAA president shall place the remaining money in the general operating fund of the Association to be used to cover other expenses of the Association and to be apportioned among member institutions, as directed by the Board of Directors Finance Committee. *(Revised: 8/14/90, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.9 Distribution of Forfeited Receipts.** An institution may be obligated to return its share of the revenue distribution for permitting an ineligible student-athlete to participate in the championship (see Bylaw 31.2.2.4). If so, such funds shall be distributed among other member institutions according to a formula prescribed by the Board of Directors Finance Committee. *(Revised: 8/14/90, 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.4.10 Publication of Championships Financial Summaries.** A financial summary of each championship shall be published on the Association's website.

## 31.5 Financial Administration of Postseason Football. [FBS/FCS] Requirements that must be met in order for an institution to participate in a postseason bowl game are set forth in Bylaw 18.7 and the NCAA postseason football handbook. *(Adopted: 11/1/00, Revised: 1/14/12 effective 4/1/12)*

## 31.6 Rights to NCAA Properties and Marketing Restrictions.

**31.6.1 Names and Marks.** The NCAA owns or controls all rights and interests in its name, logo, seal, trademarks and service marks, whether registered or unregistered, including "National Collegiate Athletic Association," "NCAA," "National Collegiate Championships," "NCAAction," "College Sports USA," "The Final Four," "Women's Final Four," "College World Series," "Women's College World Series" and "Stagg Bowl." The NCAA will prosecute infringement of identical or confusingly similar marks. The NCAA shall maintain control over the nature and quality of the goods and services rendered under the marks; therefore, no use of the marks by others will be permitted in advertising, in association with commercial services or related to the sale of merchandise without the specific approval of the NCAA. *(Revised: 1/29/90)*

**31.6.2 Concessions.** The following conditions or restrictions apply to all concession items sold at any event sponsored or administered by the Association: *(Revised: 12/4/89, 4/25/18 effective 8/1/18)*

(a) Any merchandise or material bearing any name, logo, trademarks or service marks of the Association that is to be sold or distributed at an event sponsored or administered by the Association must have the prior approval of the NCAA president before being sold or distributed. No such merchandise or material shall be sold or distributed by anyone except as designated by the NCAA. The host institution may sell merchandise that features an institutional mark or logo at NCAA competition only if it has guaranteed a sellout of the NCAA merchandise at the site of the competition and has agreed to provide the NCAA championship 25 percent of gross sales (after sales taxes) of all non-NCAA championship merchandise. The quantity of NCAA merchandise sent to the site shall have the prior approval of the president and shall not be less than a comparable shipment to a comparable site of the previous year's championship.

(b) The NCAA owns the rights to all concession items other than food or drink sold at such events. Any merchandise or material to be sold at such events must have prior approval of the NCAA president, and any unapproved material shall be barred from the premises. If the championship facility has prior contractual commitments with outside vendors, the NCAA will endeavor to work with such vendors to advance the policies of the Association in the sale of concession items as herein stated.

(c) The NCAA may authorize others, including the host institution or the coaches organization for the sport involved in the particular event, to sell and distribute concession items.

(d) Income payable to the NCAA from the sale of concession items other than food and drink at such events shall be included in the gross receipts of the championship.

**31.6.3 Programs.** The Association reserves the right to publish and sell any program sold or distributed for an NCAA championship. It may award such rights for any championship to another party or agency, provided it retains the right to review and approve the content of all programs to be sold or distributed, and provided it shall receive a guaranteed amount or predetermined percentage of program receipts. All financial arrangements for official programs produced by the host institution or sponsoring agency shall be reflected in the proposed budget, and receipts and expenses shall be entered in the financial report of the championship. If the program is produced and sold under contract between the NCAA and an outside agency, income from program advertising or sales shall not be included in the host institution's or sponsoring agency's financial report or percentage of net receipts.

**31.6.4 Championships Properties.** The Association owns all rights to each and all of its championships as listed in Bylaw 18.3. These rights include, in addition to the rights with respect to participation and admission, rights to television (live and delayed), radio broadcasting, filming and commercial photography. In addition, the NCAA reserves the right to sell items developed through the NCAA marketing program at the site of a championship.

**31.6.4.1 Awarding Media Rights.** Television, radio and film rights shall be awarded in such a manner as to advance most fully the following interests:

(a) Gate attendance;

(b) Promotion of interest in the sport;

(c) Promotion of intercollegiate athletics as a part of collegiate education; and

(d) Promotion of the Association and its purposes and fundamental policy.

**31.6.4.1.1 Procedures.** Specific policy decisions under the foregoing are determined by the governing sports committee for the particular championship, subject to the approval of the applicable sport oversight committee or the Competition Oversight Committee. Negotiations with respect to the awarding of any such rights shall be conducted by

the president, who shall have authority to determine the specific terms and conditions and to execute contracts for the awarding of such rights on behalf of the Association. Inquiries concerning all such rights should be directed to the NCAA president at the national office. In accordance with the policies stated herein, the NCAA president shall negotiate with any party interested in such rights when they are available. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.6.4.2 Marketing, Licensing, Promotional and Public Affairs Initiatives.** The NCAA president shall be responsible for the oversight and administration of all marketing, licensing, promotions and public affairs initiatives. The NCAA president shall have the authority to appoint ad hoc advisory groups to provide assistance in developing policies to review any initiative and to provide assistance in addressing emerging issues. In addition, negotiations with respect to awarding merchandising, marketing and licensing rights (including corporate partner rights) shall be conducted by the NCAA president, who shall have the authority to determine the specific terms and conditions and to execute and enforce contracts for the awarding of such rights on behalf of the Association. The Board of Governors, at its discretion, may request a detailed accounting of any marketing, licensing, promotional and public affairs initiative that resulted in the awarding of a contract on behalf of the Association. The Board of Directors and the Council may request a report related to any matter handled by the NCAA president under the authority of this legislation. *(Adopted: 1/11/00, Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.6.4.3 Photographs, Films and Videotapes.** The Association reserves all rights to the use of still photographs, films and videotapes of its championships. All rights to photograph, film and videotape NCAA championships may be assigned to media representatives for news purposes but otherwise are to be controlled exclusively by NCAA Productions, a unit of the NCAA. NCAA Productions shall film or videotape certain NCAA championships, as recommended by the governing sports committees and approved by the applicable sport oversight committee or the Competition Oversight Committee. Its cost in filming or videotaping an NCAA championship and producing prints or video dubs for the NCAA library of films shall be entered as an item of game expenses for that championship. The filming or videotaping of NCAA championships by parties other than NCAA Productions (e.g., participating institutions or commercial film production companies) for any purpose other than news purposes may be permitted only with the advance written consent of the NCAA president. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/4/17)*

**31.6.4.3.1 Exception.** An institution is permitted to designate two team content personnel to be present at NCAA championship events for the purpose of capturing video and photographs of the institution's participation in the event for the sole use of the institution (not to be released for commercial purposes). *(Adopted: 1/9/06, Revised: 10/14/19)*

**31.6.4.4 Use of Action Footage on Television News Programs.** The games committee of a particular NCAA championship for which exclusive rights have not been awarded may permit single television stations or television and/or cable networks to broadcast action footage of the championship (on a live or delayed basis) on their regular television news programs (see Bylaw 31.6.4.4.1). Unless otherwise approved by the NCAA, these broadcasts shall not exceed three minutes of action footage of the championship unless broadcast rights have been secured from the Association by payment of a rights fee. The NCAA president shall be authorized to interpret and apply these provisions as necessary.

**31.6.4.4.1 News Program.** A "news program" shall be a regularly scheduled program devoted exclusively to general news and/or sports news. Sports-entertainment programs do not qualify under this provision.

**31.6.4.5 Live Microphone on Coach.** The placement of microphones on a team coach or in team huddles and bench areas for television, radio or motion-picture purposes is prohibited in all NCAA championships.

**31.6.4.6 Promotional Announcements for Professional Sports Contests.** During the telecast of any NCAA championship, there shall be not more than two promotional announcements for telecasts of professional sports contests. Each such announcement shall not exceed 15 seconds in length. It may be of a billboard nature only and shall not include any action footage of any professional sports contest. If less than the complete championship segment is televised, only one such professional announcement shall be permitted. These restrictions shall not apply to postseason bowl games. *(Revised: 8/15/89)*

# 31.7 General Financial Management.

**31.7.1 General Operating Budget.** The Board of Governors shall adopt a budget for the ensuing fiscal year prior to the end of any current fiscal year. The budget, as approved, shall list all anticipated revenues and expenses for the coming fiscal year, including transfers to or withdrawals from reserve funds. *(Revised: 10/30/14)*

**31.7.2 Committee and Delegate Finances.**

**31.7.2.1 Allowable Expenses, Committee Members.** Any member of an NCAA committee who is entitled under the following regulations to reimbursement of expenses for attendance at a committee meeting shall not receive such payment if the member fails to remain in actual attendance at the meeting for its entire duration as announced in advance.

However, in any special case in which a committee member for valid reasons is granted permission by the chair for late arrival or early departure, the member shall receive reimbursement in full.

**31.7.2.1.1 Transportation Allowances.** A committee member may be reimbursed for the following transportation expenses: *(Revised: 8/12/91, 1/13/98 effective 2/1/98, 1/12/99, 6/20/08)*

(a) **Commercial Airline.** The member must travel by coach (or "super saver"); and

(b) **Automobile.** The member may claim mileage for the round trip at the NCAA approved rate, based on the most direct route between the two points.

**31.7.2.1.1.1 Travel to Competition Site.** A committee member or designated representative who travels to the site of preliminary competition in an NCAA championship via either ground or coach-class air may claim mileage at the NCAA approved rate based on the most direct route between the two points. *(Revised: 1/13/98, 6/20/08)*

**31.7.2.1.2 Per Diem Allowance.** A per diem allowance of $75 may be claimed for each day or part thereof away from home, except that not more than one day's travel each way may be claimed. The Association shall pay single-room and tax charges for committee members attending scheduled committee meetings or on Association business. Incidental charges shall be the responsibility of the committee member. *(Revised: 8/3/95, 1/13/98)*

**31.7.2.1.3 Actual Expenses.** The Council or Board of Governors for Association-wide issues may authorize reimbursement of actual expenses if circumstances warrant. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.4 Meeting Frequency.** Payment of expenses for attendance at meetings of an NCAA standing committee shall be limited to two meetings per year unless otherwise authorized by the Council or Board of Governors for Association-wide issues. *(Revised: 8/5/99, 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.5 Meeting Site.** Recommendations for sites of meetings of standing and special committees shall be submitted by the committee chair to the NCAA president and are subject to the following conditions: *(Revised: 10/28/97, 1/12/99)*

(a) Committees that meet only once per year are required to meet in the Indianapolis metropolitan area in alternate years;

(b) Committees that meet more than once per year are required to conduct at least one-half of the meetings in the Indianapolis metropolitan area (e.g., one of two or two of four); and

(c) All meetings of NCAA committees shall be held within the 48 contiguous states.

**31.7.2.1.6 Special Committees.** The expense allowance for any special committees or for individuals engaged in official Association business shall be determined by the Council or Board of Governors for Association-wide issues. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.7 Sports Committees.** Meetings of sports committees shall be held at places and times other than those authorized for the championships of their respective sports and shall be limited to two days (plus travel time) for purposes of the NCAA per diem expense allowance, unless other arrangements have been approved by the Council or Board of Governors for Association-wide issues. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.8 Expense Allowance for Conventions.** An expense allowance shall not be granted for committee meetings held in connection with a Convention of the Association, except that standing committees that regularly meet before or after an Association Convention shall be entitled to one day's per diem for each day or part thereof on Association business, subject to the approval of the Council or Board of Governors for Association-wide issues. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.9 Approval of Payments.** All expense payments shall be approved in writing by the committee chair or, in the case of the Council, Board of Directors and Board of Governors, by the secretary-treasurer or the NCAA president. *(Revised: 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

**31.7.2.1.10 Waivers.** The NCAA president, subject to the approval of the Council or Board of Governors for Association-wide issues, may grant such waivers of the committee-expense regulations in particular cases as are deemed advisable to prevent hardship upon a committee or an individual committee member. *(Revised: 8/7/47, 11/1/07 effective 8/1/08, 10/30/14)*

**31.7.2.2 Allowable Delegate Expenses.**

**31.7.2.2.1 Meetings of Other Organizations.** Delegates of the Association attending meetings of other organizations (e.g., various sports federations) shall be entitled to the same expense allowances as those outlined in Bylaw 31.7.2.

**31.7.2.2.2 Games Committees for International Competition.** NCAA delegates to games committees appointed to supervise international competition may not receive expenses to more than one meeting during each academic year.

**31.7.2.2.3 Governing Boards of Other Organizations.** NCAA delegates to the governing boards of other organizations may claim an expense allowance for each regular or special meeting of the particular board.

**31.7.2.3 Prohibition Against Funding Olympics.** Income from the Association's championships shall not be allocated to the Olympic fund.

## 31.7.3 Defense and Indemnification.

**31.7.3.1 Conditions for Defense and Indemnification.** The Association shall defend and indemnify any present or former employee, committee member, or agent of the Association who is or was a party to or is threatened to be made a party to, or who is to be subpoenaed to be deposed or to give evidence in any civil, criminal, administrative, or investigative action or proceeding, including those brought by the Association, provided all of the following conditions are met: *(Adopted: 11/1/01)*

(a) The individual requesting defense and indemnification is being named as a party or subpoenaed to be deposed or to give evidence by reason of the fact that the individual is or was an employee, committee member, or agent of the Association or is or was serving at the request of the Association as a director, officer, employee, or agent of another association, corporation, partnership, joint venture, trust, or other enterprise;

(b) The individual is determined to have been acting within the scope of the individual's duties to the Association;

(c) The individual is determined to have been acting in good faith and in a manner the individual reasonably believed to be in or not opposed to the best interest of the Association in the performance of the individual's duties to the Association. In respect to any alleged criminal action or proceeding, the individual also must be determined to have had no reasonable cause to believe the alleged conduct was unlawful;

(d) The individual promptly and timely notifies the Association's general counsel of the actual or threatened service of process, subpoena, notice of deposition, or other legal process before incurring attorney fees or other expenses;

(e) The individual accepts counsel provided or approved by the Association and agrees to accede to the legal strategies approved by the Association's general counsel, including any settlement determinations. In the event that the individual wishes to hire other counsel or not accede to the Association's legal strategies, the Association shall not be obligated to defend or indemnify the individual, except when it is determined that a conflict of interest exists with the Association such that retaining separate counsel is warranted; and

(f) The individual agrees to repay any expenses, including attorney fees, incurred in bringing or defending a civil or criminal action or proceeding paid by the Association in advance of the final disposition of such action or proceeding, if it is ultimately determined that the individual is not entitled to be indemnified by the Association as authorized in this bylaw.

**31.7.3.1.1 Determination Regarding Conditions for Defense and Indemnification.** The determination as to whether indemnification is appropriate because the conditions of Bylaw 31.7.3.1 have been satisfied shall be made: *(Adopted: 11/1/01, Revised: 1/12/09, 10/30/14)*

(a) By the NCAA Board of Governors Executive Committee by a majority vote of a quorum consisting of members who are not parties to such action or proceeding. The vote may be taken by electronic mail, telephone, facsimile or in person;

(b) If such a quorum is not obtainable, or, even if obtainable, if a quorum of disinterested Board of Governors members so directs, by independent legal counsel in a written opinion; or

(c) By the NCAA president if so delegated by the Board of Governors.

**31.7.3.1.2 Definition of Committee.** For purposes of Bylaw 31.7.3, committee shall include all Association committees, boards, cabinets, councils, subcommittees and panels. *(Adopted: 11/1/01)*

**31.7.3.1.3 Termination of Action or Proceeding.** The termination of any action or proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent, shall not, of itself create a presumption in regard to these determinations. However, if an individual is adjudged to be liable for negligence or misconduct in the performance of the individual's duty to the Association, there shall be no indemnification unless and only to the extent that the court in which such action or suit was brought shall determine that, despite the adjudication of liability but in view of all circumstances of the case, such individual is fairly and reasonably entitled to indemnity for such expenses as the court shall deem proper. *(Adopted: 11/1/01)*

**31.7.3.2 Insurance.** The Association may purchase and maintain insurance on behalf of any individual who is or was an employee, committee member, or agent of the Association, or is or was serving at the request of the Association as a director, officer, employee, or agent of another association, corporation, partnership, joint venture, trust, or other enterprise against any liability asserted against the individual and incurred by the individual in any such capacity or arising out of the individual's status as such, whether or not the Association would have the power to indemnify the individual against such liability under the provisions of Bylaw 31.7.3. *(Adopted: 11/1/01)*

**31.7.3.3 Definition of Indemnification.** For purposes of this bylaw, indemnification shall consist of payment against expenses (including attorney's fees), judgments, fines, and amounts paid in settlement actually and reasonably incurred by the individual in connection with such action or proceeding. *(Adopted: 11/1/01)*

## 31.7.4 Insurance.

**31.7.4.1 Primary Liability.** Host institutions and sponsoring agencies of NCAA championships shall have in place primary comprehensive general public liability insurance coverage with combined single limits of at least $1 million per occurrence for bodily injury and property damage and shall provide the national office with the appropriate insurance certificates unless statutes of the state in which the host institution or sponsoring agency is located provide a lesser maximum recovery limit and documentation of that statute is on file at the NCAA national office. *(Revised: 12/2/90)*

**31.7.4.2 Excess Liability.** The Association maintains excess liability insurance coverage for the conduct of NCAA championships. The coverage includes bodily injury and property damage resulting from accidents.

**31.7.4.3 Injury, Death and Dismemberment.** Basic athletics-injury, catastrophic-injury, and accidental death and dismemberment insurance for participants in NCAA championships shall be provided by the Association.

# 31.8 Personnel.

**31.8.1 Employment.** The NCAA president is authorized to employ such persons as may be necessary to conduct efficiently the business of the Association. The number of administrative personnel that may be employed shall be determined at the beginning of each fiscal year and may not be increased without the approval of the Board of Governors. The NCAA president may employ as many nonadministrative personnel as may be necessary. *(Revised: 10/30/14)*

**31.8.1.1 Affirmative Action.** In the selection of personnel for appointment, the policies and procedures of the Association's affirmative-action program, as approved by the Board of Governors, shall be followed. *(Revised: 10/30/14)*

**31.8.2 Staff Operations.** The national office staff operations shall be reviewed by the Board of Governors. Among the items to be reviewed are: *(Revised: 10/30/14)*

(a) Employee compensation;

(b) Employee benefits; and

(c) Allegations of improper conduct by any member of the national office staff as reported to the NCAA president.

**31.8.2.1 Employee Compensation and Benefits.** The Board of Governors shall review staff compensation and benefits at least once each year. *(Revised: 10/30/14)*

**31.8.2.2 Pension Trust Plan.** The policies for the retirement benefits of the staff are set forth in the NCAA Pension Trust Plan, which was adopted and may be revised by the Board of Governors. *(Revised: 10/30/14)*

# 31.9 National Statistics Program. A national statistics program shall be maintained for active member institutions in baseball, men's and women's basketball, field hockey, football, men's and women's ice hockey, men's and women's lacrosse, men's and women's soccer, softball, and men's and women's volleyball. The sport oversight committees and the Competition Oversight Committee shall oversee the statistics program and approve its policies and procedures. The national statistics program policies and procedures shall be published on the NCAA website. *(Revised: 4/14/06, 11/1/07 effective 8/1/08, 10/30/08, 8/7/14, 10/4/17)*