NCAA Requests/Self-Reports Online

EXHIBIT
__3__

Institution: North Carolina State University　　Division: I　　Case ID: 1235047
Case Type: Season of Competition/Participation Waiver　　Corey Coley　　Date: 01/03/2025

Page 1 - General Information

# General Information

## Institution Information

| | |
|---|---|
| Institution Information* | North Carolina State University |
| Division of Institution* | I |
| Conference* | Atlantic Coast Conference |
| Phone Number* | 919/515-2101 |
| Academic year related to this request* | 2024-25 |

## Student-Athlete Information

| | |
|---|---|
| Is this request for multiple student-athletes? | No |
| Sport(s)* | Football |

### Involved Student-Athletes/Prospective Student-Athletes

| | |
|---|---|
| NCAA ID* | 2009918819 |
| First Name* | Corey |
| Last Name* | Coley |
| Date of Birth* | ▇▇/2003 |
| Gender* | Male |

### Other Involved Individuals

Person(s)*

## Case Prioritization Information

**Cases are prioritized based on next date of competition and requests for expedited review**

| | |
|---|---|
| Institution's Next Date of Competition for this Sport* | 12/28/2024 |
| Institution's Next Location of Competition for this Sport* | Away |
| Date of departure* | 12/24/2024 |
| Does this case require expedited review?* | No |

## Student-Athlete Enrollment Information

| | |
|---|---|
| Date of Initial Collegiate Enrollment* | 08/01/2021 |
| Date of Initial Enrollment at Current Institution (if different)* | |

01/01/2024

Page 2 - Case Information

# Case Information
Provide information pertinent to this case

**Please check all the Season of Competition/Participation Waiver sub-case types and conditions that apply***

Competition/Participation While the Student-Athlete Was ELIGIBLE

> **Competition/Participation While the Student-Athlete Was ELIGIBLE Sub-Case Types**
> Other Extenuating Circumstances

## Student-Athlete Information

### All Requests

| | |
|---|---|
| Was the student-athlete recruited?* | Yes |
| When did recruitment begin?* | 12/15/2024 |

Complete the student-athlete's full enrollment and participation/competition history

| Term/Year | School Name | Division | Full/Part Time | Season Used? | Sport | Was student-athlete otherwise eligible to participate pursuant to NCAA, conference, and institutional rules and regulations? | Does the institution believe the student-athlete was deprived of a participation opportunity due to circumstances outside the control of the student-athlete and the institution? |
|---|---|---|---|---|---|---|---|
| F 2021 | Maryland | I | F | Y | Football | Y | N |
| S 2022 | Maryland | I | F | Y | Football | Y | N |
| F 2022 | Maryland | I | F | Y | Football | Y | N |
| S 2023 | Maryland | I | F | Y | Football | Y | N |
| F 2023 | Maryland | I | F | Y | Football | Y | N |
| S 2024 | NC State | I | F | Y | Football | Y | N |
| F 2024 | NC State | I | F | Y | Football | Y | Y |

## Case Information

### All Requests

| | |
|---|---|
| Provide the number of contests/dates of competition in the institution's season* | 12 |
| Provide the number of contests/dates of competition in which the student-athlete participated* | 6 |
| Calculate and provide the percentage of the season the student-athlete participated (the requirements specified in 2021-22 DI Manual Bylaw 12.8.4.2.6 shall apply to the percent calculation).* | FallbackPDF__3_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br> FallbackPDF__4_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* |

| | |
|---|---|
| Did the student-athlete's participation exceed the legislated limits of competition/participation associated with this request?* | Yes |
| Explain why the student-athlete participated beyond the legislated limits of competition/participation associated with this request* | Student-athlete suffered a season ending injury in the 6th game of the season. |
| Describe the facts associated with this request* | Corey Coley has endured hardships in every year of his collegiate enrollment. His freshman year at Maryland, due to injuries on the team, Corey participated in 9 contests and was unable to redshirt to develop physically and mentally. His sophomore year, he participated in 10 contests, however, he sustained an injury (torn meniscus) that kept him out of the first 2 games of the year and plagued him throughout the season. In his junior year, he dealt with the his uncle having pancreatic cancer, he missed 2 games during the middle of the schedule but was able to return to the roster and compete during the remainder of the season. Finally in his senior year, he sustained an ankle injury in his 4th game that he played through and then sprained his LCL in his 6th game that has kept him out for the remainder of the fall 2024 season. |
| What are any relevant mitigating circumstances that should be considered when reviewing the request?* | The mitigation to consider in this case is Corey's collective struggles throughout his collegiate career. While he competed beyond 30% of the competitions and beyond the mid-way point in all four seasons, Corey's circumstances outside of his control negatively impacted his overall athletic participation to the point he was unable to have a meaningful and impactful opportunity in college athletics. He dealt with multiple injuries, a family member having pancreatic cancer and passing away, and mental health struggles throughout his 4 years of collegiate enrollment. Corey outlines these circumstances thoroughly in his personal statement. Additionally, discussions regarding NCAA legislation changing to allowing 5 years of participation within a 5-year period of eligibility would apply to Corey who has not redshirted to this point in his collegiate career. Based on all of these circumstances, NC State requests Corey receive an additional season of competition for him in his 5th year of of his 5 year period of eligibility. |
| Provide cite(s) of applicable legislation or interpretation* | |

| Type | Division | ID | Text |
|---|---|---|---|
| Bylaw | I | 12.8.6 | Season-of-Competition Waiver -- Competition While Eligible. |
| Bylaw | I | 12.8.6.2 | Extenuating Circumstances. |

| | |
|---|---|
| Provide case numbers of any precedent relevant to this request | |
| Have you previously contacted any NCAA staff regarding this request?* | No |

Page 3 - Case Documentation

# Case Documentation

Upload supporting case documentation

*(Maximum individual file size is 10MB.)* Upload each document individually.

## Required Documentation

### All Requests

| | |
|---|---|
| Provide a document(s) showing the following: 1) In chronological order, a list of the contests/dates of competition in the institution's season 2) The schedule from the season showing in which contests/dates of competition the student-athlete participated and 3) Of the times the student-athlete competed, designate whether he or she was eligible or ineligible* | FallbackPDF__2_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> FallbackPDF__1_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> FallbackPDF__3_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> FallbackPDF__4_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> FallbackPDF__5_.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* |
| Provide a written statement from the student-athlete describing circumstances and facts surrounding this request* | Corey_Coley__redline_version__1__1__1_.pdf *(Uploaded on 12/20/2024 by Kevin Hansen)* |

## Recommended Documentation

### All Requests

| | |
|---|---|
| Provide a copy of the student-athlete's current official transcript and official transcripts from all previous institutions attended. Print-screen transcripts are not acceptable. | Coley_NCSU_transcript.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> Coley_UM_Transcript.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* |
| Provide a written statement(s) from any other individuals involved in the circumstances of this request | CCletter.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* <br><br> Coley_C_Letter_12.18.2024.pdf *(Uploaded on 12/20/2024 by Kevin Hansen)* |

| Provide any documentation not previously specified that substantiates any assertions made in this request | Coely_Corey_MRI_R_Knee_10062024_200603088_Medical_Documents_2024-10-07.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)*<br><br>Coley_Corey_10-9-24_Dr_Cadet_200603088_Medical_Documents_2024-10-31.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)*<br><br>follow_up_pdf_form_report_1731959014932.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)*<br><br>Coley_Corey_10052024_Cadet_200603088_Medical_Documents_2024-10-07.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)*<br><br>report_1731958742483.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)*<br><br>treatment_pdf_form_report_1731958922937.pdf *(Uploaded on 12/16/2024 by Kevin Hansen)* |
|---|---|

Page 4 - Signatures

# Signatures

Upload and review any signature documents

## Select Required Signatories

### STOP! IF USING E-SIGN OPTION:

- The signatory email address (in the NCAA Directory) MUST match the email address in NCAA Business Applications (e.g., Single-Source Sign On).
- The signatory MUST have been granted access to Requests/Self-Reports Online by the on-campus Single-Source Sign On administrator in the NCAA Business Application Administrative tool.
- If the signatories do not meet these qualifications, select UPLOAD. Do NOT select e-sign unless the above criteria is met.

## Institutional Authority Outside of Athletics Department*

Signatory — **Approved** by Joel Pawlak on 12/23/2024

## Institutional Authority Inside of Athletics Department*

Signatory — **Approved** by Kevin Hansen on 12/29/2024

## Buckley Statement - Student-Athlete*

Signatory

Coley_Buckley_statement.pdf *(Uploaded on 12/20/2024 by Kevin Hansen)*

## Download Unsigned Signature Documents

- Institutional Authority Outside of Athletics Department
- Institutional Authority Inside of Athletics Department

- [Conference Personnel](...)
- [Buckley Statement](...) A Buckley Statement form is required for submission for all cases involving a student-athlete or prospective student-athlete.
- A Third Party Buckley Statement must be completed in order for a third party individual (e.g., parent, attorney) to discuss a student-athlete's case with the NCAA staff. The Third Party Buckley Statement has been placed in the General Case Information section located on the Resources tab.

Page 5 - Case Contacts and Submission

# Case Contacts and Submission

Select case contacts and submit your request

## Select Contacts for this Case

Primary Contact     Kevin Hansen

Secondary Contact     Carrie Doyle

## Additional Case Contacts

Additional contacts with a valid email address from the conference or member institution will receive selected e-mails related to the case.

| Email Delivery | First Name | Last Name | Title | E-mail Address |
|---|---|---|---|---|

## Terms and Conditions

### Disclaimer Terms and Conditions

By submitting information related to this request, I affirm that I have read and understand the application of NCAA Bylaw 10.1 and the information provided is accurate and complete to the best of my knowledge.

Agreement by Kevin Hansen on 12/20/2024

# Activity After Case Submission

## Responses to Requests for Additional Information