**NCAA Requests/Self-Reports Online**

EXHIBIT 5

# Case Summary

## General Case Information

| | |
|---|---|
| **Case Number** | 1235047 |
| **Case Type** | Season of Competition/Participation Waiver |
| **Sub Case Type** | Competition/Participation While the Student-Athlete Was ELIGIBLE<br>Other Extenuating Circumstances |
| **Release to Database** | Yes |
| **Division** | I |
| **Sport(s)** | Football |

**Legislative Cite(s)**

12.8.6 - Season-of-Competition Waiver -- Competition While Eligible.

12.8.6.2 - Extenuating Circumstances.

## Decision Information

| | |
|---|---|
| **Decision** | Denied |
| **Decision Date** | 02/06/2025 |
| **Decision Level** | Staff |

**Conditions**

**Rationale**

Requirements of the legislation are not satisfied:

In denying the waiver request, staff noted legislation, as established by the Division I membership, specifically identifies circumstances that support relief from use of a season of competition. In this case, requirements of the legislation are not satisfied given SA's participation exceeded the 30% legislated limit by two contests. Furthermore, Institution No. 2 was unable to provide objective documentation satisfying any legislated exceptions or demonstrate other extenuating circumstances existed which would enable staff to provide relief consistent with intent of legislation. Therefore, staff denied the waiver.

Case precedent:

## Case Summary

Institution No. 2 (Division I) is requesting season-of-competition waiver -- competition while eligible for recruited, fourth-year football student-athlete based on extenuating circumstances. Specifically, SA competed in six of 13 contests (46%) during 2024-25 football season. During fourth contest of the season (September 21, 2024), SA injured his ankle. Institution No. 2 provided contemporaneous athletic training room notes from September 23, 24 and 25, 2024, noting SA's status was "full go" and SA worked on range of motion rehabilitation. SA subsequently competed in contest number five (September 28, 2024) and six (October 5, 2024). During contest number six, SA sprained his knee. SA saw treating physician October 9, 2024, who recommended conservative treatment for SA's knee injury. SA sought treatment from Institution No. 2's athletic trainers during October and November. November 6, 2024, athletic training room note stated SA returned to limited practice and November 12, 2024, athletic training room note stated SA participated in most of development practice. Institution No. 2's head football athletic trainer stated SA was not cleared for competition after his knee injury October 5, 2024.

Institution No. 2 and SA assert SA has endured hardships each year of his collegiate enrollment which negatively impacted his overall athletics participation. SA stated during his freshman season (2021-22) at Institution No. 1 (Division I), due to injuries of other players, he was forced to play too early. SA competed in nine contests during 2021-22 football season. Furthermore, SA stated prior to 2022-23 football season he tore his meniscus which kept him out of first two contests. SA went on to compete in 10 contests during 2022-23 football season. Additionally, SA stated during his junior year, his uncle battled pancreatic cancer and eventually passed away which impacted his mental health. SA competed in 11 contests during 2023-24 football season. Finally, SA stated his mental health was at its lowest during 2024-25 football season and he was playing in a bad mental space. SA stated after his ankle injury September 21, 2024, he felt pressure to not miss games but looking back realizes how much he was struggling mentally. Institution No. 2 provided noncontemporaneous statement from sports psychologist stating they met with SA September 24 and October 1, 2024, and discussed SA coping with his injuries and managing his needs on the team and his own needs. Sports psychologist stated SA did not want to "let his team/teammates/coaches down" but was also concerned about his health situation. Finally, sports psychologist stated these stressors impacted SA's anxiety and mood symptoms which became "significantly exacerbated during this time."

Finally, Institution No. 2 asserts discussions regarding legislative changes surrounding participation within a student-athlete's five-year period of eligibility. Institution No. 2 asserts SA would meet the "five in five" legislation given he has not redshirted during his collegiate enrollment.

## Specific Case Information