*Division I COVID-19 Self-Applied Waiver Relief for*
# Season of Competition and Extension of Eligibility


EXHIBIT
6

| | **2019-20 SPRING SPORTS** | **2020-21 FALL/WINTER SPORTS** | **2020-21 SPRING SPORTS*** |
|---|---|---|---|
| **Season of Competition** *(Restores season used; does not provide bonus/extra season)* | 1) Student-athlete (SA) used season; 2) SA was eligible for competition during spring 2020; —AND— 3) Season was canceled due to COVID-19. **RESULT:** SA's season of competition for spring 2020 restored. | 1) SA used season; —AND— 2) SA was otherwise eligible to compete. **RESULT:** SA's season of competition for fall 2020/winter 2021 restored. ***Note:** Applies regardless of the amount of competition.* | * Spring 2021 SAs who compete are generally charged with use of a season <u>unless</u>: 1) Institution or conference canceled or suspended season due to COVID-19; 2) SA used season; 3) SA did not compete in more than 30% of maximum permissible contests/dates of competition; 4) SA was eligible for competition; —AND— 5) SA and team end competition by selection date for NCAA championship and do not compete in postseason competition. ***Note:** If all elements listed above are <u>not</u> present, school may submit season of competition waiver via RSRO if it believes relief is warranted.* |
| **Extension of Eligibility** *(Applies on a sport-by-sport basis)* | SA was eligible for competition during spring 2020. **RESULT:** Extends SA's period of eligibility in spring 2020 sport by one year. ***Must be used at first available opportunity.*** ***Note:** Although NCAA Division I legislation provides every SA with five-year period of eligibility, school and conference policies may be more restrictive.* | 1) SA was otherwise eligible to compete either when season: (a) occurred, or (b) was reasonably expected to take place; —AND— (either No. 2 or 3 apply) 2) SA qualifies for season of competition waiver; —OR— 3) SA unable/elects not to compete. **RESULT:** Extends SA's period of eligibility in fall 2020/winter 2021 sport by one year. ***Must be used at first available opportunity.*** | *No self-applied extensions for 2021 spring sports; must submit extension of eligibility waiver via RSRO.* |

# APPLICATION NOTES: COVID-19 SELF-APPLIED WAIVER RELIEF

- Impacted COVID year(s)* are restored if SA competed, rather than providing "extra" year(s)* of competition to SAs who were eligible but did not compete during impacted COVID term(s).

- Extensions of eligibility are sport-specific. For example, outdoor track period of eligibility is different from indoor track period of eligibility. Similarly, if SA attended school that did not sponsor sport during term impacted by COVID-19, schools may not self-apply a COVID-19 extension of eligibility if SA subsequently transfers to a school that sponsors their sport.

- For purposes of 2020-21 fall and winter sport SAs, "otherwise eligible" does not necessarily require that SA be enrolled full time during the relevant term; however, school must verify: (a) SA's reason for not enrolling full time is due to impact of COVID-19, and (b) SA meets all other eligibility requirements to have competed (e.g., Progress Toward Degree, member of team).

- Self-applied season of competition or extension of eligibility waivers from other NCAA schools (even between divisions) apply at subsequent school. (See **COVID-19 Q&A** and **SAR Policies and Procedures**).

- Institutions may self-apply season of competition or extension of eligibility waivers from other organizations (e.g., NAIA, NJCAA), provided SA's enrollment and participation satisfy all listed criteria in **SAR Previously Approved Request List**.

- If SA does not qualify for self-applied relief, school should determine whether circumstances satisfy **SAR Previously Approved Request List** or may submit waiver via RSRO.

- For additional questions, please reference **COVID-19 Q&A**.

## Season of Competition Self-Applied Waiver

### 2019-20 SPRING SPORTS ONLY

| Scenario | SA Used Season in Spring 2019-20 | SA Was Eligible to Compete | Season Canceled Due to COVID-19 | RESULT: SA Recovers Season Used |
|---|---|---|---|---|
| 1 | ✓ | ✓ | ✓ | yes |
| 2 | ✓ | ✗ | ✓ | no |
| 3 | ✓ | ✓ | ✗ | no |

### 2020-21 FALL/WINTER SPORTS ONLY

| Scenario | SA Used Season in Fall/Winter 2020-21 | SA Was Eligible to Compete | RESULT: SA Recovers Season Used |
|---|---|---|---|
| 1 | ✓ | ✓ | yes |
| 2 | ✓ | ✗ | no |

### 2020-21 SPRING SPORTS ONLY

| Scenario | Season Canceled or Suspended Due to COVID-19 | SA Used Season in Spring 2020-21 | SA Did Not Compete in More Than 30% of Bylaw 17 Max Limit | SA Was Eligible to Compete | SA and Team End Competition by NCAA Championship Selection Date and No Postseason Competition | RESULT: SA Recovers Season Used |
|---|---|---|---|---|---|---|
| 1 | ✓ | ✓ | ✓ | ✓ | ✓ | yes |
| 2 | ✓ | ✓ | ✗ | ✓ | ✓ | no |
| 3 | ✓ | ✓ | ✓ | ✗ | ✓ | no |
| 4 | ✓ | ✓ | ✓ | ✓ | ✗ | no |

*Note*: *If SA did not compete or season did not commence, SA will not be charged with use of season of competition; therefore, self-applied season of competition relief not available. Move to analysis of self-applied extension of eligibility waiver to determine time remaining on SA's period of eligibility.*

*Indicates possibility of SA receiving self-applied season of competition waiver for spring 2020 and spring 2021 terms.

**NCAA ACADEMIC AND MEMBERSHIP AFFAIRS**



# Extension of Eligibility Scenarios

| # | SCENARIO | ANSWER |
|---|----------|--------|
| 1 | Baseball SA is on roster and is eligible to compete during 2020 spring semester. Although season commenced, it was ultimately canceled due to COVID-19 and did not resume for remainder of 2019-20 academic year. SA did not compete. Can SA receive self-applied extension of eligibility waiver? | **Yes.** Since SA was otherwise eligible for competition during 2020 spring semester (e.g., enrolled, on roster, eligible), SA can receive self-applied extension waiver. Note that extension <u>must be used at next available opportunity</u>.<br><br>***Note**: Since SA did not compete during 2019-20, season of competition waiver is not applicable, and SA does not receive "extra" season.* |
| 2 | Women's swimming and diving SA completed 2019-20 academic year in good academic standing and satisfied PTD requirements. SA elected not to enroll at school during 2020-21 academic year due to COVID-19 concerns. Can SA receive self-applied extension relief? | **Yes.** So long as the school verifies the SA's reason for not enrolling full-time is due to the impact of COVID-19 and SA meets all other eligibility requirements to have competed, school may self-apply an extension of eligibility. Again, extension must be used at next available opportunity. |
| 3 | Men's soccer SA was enrolled at four-year, international school during 2019-20 academic year. SA was recruited by an NCAA Division I school for 2020 fall enrollment; however, SA did not enroll at any school during 2020-21 academic year. SA subsequently enrolled at an NCAA Division I school 2021 fall semester. Can SA receive self-applied extension relief? | **No.** Institution cannot self-apply an extension of eligibility given SA was not otherwise eligible to compete during 2020-21 soccer season. Institution may submit waiver via RSRO if mitigation exists. |
| 4 | Women's outdoor track and field SA initially enrolls full-time 2017 fall semester. SA was eligible for competition during 2019-20 outdoor track season; however, season was canceled as a result of COVID-19. SA's original five-year period of eligibility set to expire 2021-22 academic year; however, with self-applied extension of eligibility in outdoor track, SA's period of eligibility now expires at conclusion of 2022-23 academic year. Following 2020 spring semester, SA did not satisfy PTD requirements for subsequent 2020 fall and 2021 spring semesters. SA remained on indoor and outdoor track and field rosters; however, SA was ineligible for competition in indoor and outdoor track and field during 2020-21 academic year. When will SA's period of eligibility expire specific to <u>indoor</u> track and field? | SA's period of eligibility for indoor track will expire at the end of the 2021-22 academic year (original five-year period of eligibility). Although SA received self-applied extension, extension is <u>specific to outdoor track and field</u> and periods of eligibility are sport-specific. It is important to monitor periods of eligibility for multisport athletes (e.g., women's volleyball and women's beach volleyball) separately. |
| 5 | Third-year student tries out for and makes football team during 2021 fall semester, therefore, triggering SA status. Student was enrolled full-time at school during 2020-21 academic year and was approached multiple times by football staff to try out for team in 2020-21 season. Prior to COVID-19, SA intended to try out and join team for 2020-21 season. As a result of COVID-19, however, school's athletic department prohibited tryouts for all programs during 2020-21 academic year. SA would have otherwise satisfied initial and continuing eligibility requirements for 2020-21 academic year. Can SA receive self-applied extension relief? | **No.** Institution cannot self-apply an extension of eligibility given SA was not otherwise eligible to compete. Institution may submit waiver via RSRO if mitigation exists. |

**3**

ACADEMIC AND MEMBERSHIP AFFAIRS

Case 5:25-cv-00098-D   Document 1-7   Filed 02/21/25   Page 3 of 3

NCAA is a trademark of the National Collegiate Athletic Association. Fall 2022.